Tanya E. Moore, SBN 206683
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@mission.legal

Defendant in pro se

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATEMEH SANIEFAR,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RONALD D. MOORE, et al.,<br><br>　　　　Defendants. | No. 1:17-cv-00823-LJO-BAM<br><br>**STIPULATION FOR EXTENSION OF TIME FOR TANYA E. MOORE TO RESPOND TO COMPLAINT; ORDER** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Fatemeh Saniefar, by and through her counsel, and Defendant Tanya E. Moore ("Defendant"), who is self-represented, pursuant to Federal Rule of Civil Procedure 6(a) and Local Rule 144, that Defendant may have to and including September 11, 2017 to file a responsive pleading in this matter. This extension of time is Defendant's first extension, and does not alter the date of any event or any deadline already fixed by Court order, including the Mandatory Scheduling Conference set for September 20, 2017, but does exceed 28 days. Good cause exists for the extension as several of the co-defendants were served via waiver of service of summons and their responsive pleadings

are not due until September 11, 2017; this extension will allow all co-defendants to have the same responsive pleading deadline.

Dated: July 12, 2017                                   SANIEFAR LAW

                                                       */s/ Moji Saniefar*
                                                       Moji Saniefar
                                                       Attorneys for Plaintiff
                                                       Fatemeh Saniefar


Dated: July 12, 2017                                   */s/ Tanya E. Moore*
                                                       Tanya E. Moore
                                                       Defendant in pro se


## ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant, Tanya E. Moore, shall have to and including September 11, 2017 within which to file a responsive pleading.

IT IS SO ORDERED.

   Dated:   **July 14, 2017**                          /s/ *Barbara A. McAuliffe*
                                                       UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR EXTENSION OF TIME; ORDER