1 Zachary M. Best, SBN 166035
332 North Second Street
2 San Jose, California  95112
Telephone (408) 298-2000
3 Facsimile (408) 298-6046
Email:  service@mission.legal

4 Defendant in pro se,
erroneously sued as "Zachery M. Best"
5

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| FATEMEH SANIEFAR, | ) No.  1:17-cv-00823-LJO-BAM |
|---|---|
| Plaintiff, | ) **STIPULATION FOR EXTENSION OF TIME FOR ZACHARY M. BEST TO RESPOND TO COMPLAINT; ORDER** |
| vs. | ) |
| RONALD D. MOORE, et al., | ) |
| Defendants. | ) |

**IT IS HEREBY STIPULATED** by and between Plaintiff Fatemeh Saniefar, by and through her counsel, and Defendant Zachary M. Best, erroneously sued herein as "Zachery M. Best" ("Defendant"), who is self-represented, pursuant to Federal Rule of Civil Procedure 6(a) and Local Rule 144, that Defendant may have to and including September 11, 2017 to file a responsive pleading in this matter. This extension of time is Defendant's first extension, and does not alter the date of any event or any deadline already fixed by Court order, including the Mandatory Scheduling Conference set for September 20, 2017, but does exceed 28 days. Good cause exists for the extension as several of the co-defendants were served via waiver of service

of summons and their responsive pleadings are not due until September 11, 2017; this extension will allow all co-defendants to have the same responsive pleading deadline.

Dated: July 12, 2017                       SANIEFAR LAW

                                           */s/ Moji Saniefar*
                                           Moji Saniefar
                                           Attorneys for Plaintiff
                                           Fatemeh Saniefar


Dated: July 12, 2017                       */s/ Zachary M. Best*
                                           Zachary M. Best
                                           Defendant in pro se,
                                           erroneously sued as "Zachery M. Best"

## ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant, Zachary M. Best, erroneously sued as "Zachery M. Best," shall have to and including September 11, 2017 within which to file a responsive pleading.

IT IS SO ORDERED.

Dated:   **July 14, 2017**             /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE