Tanya E. Moore, SBN 206683
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  service@mission.legal

Attorney for Defendants,
Mission Law Firm, Moore Law Firm,
Ronald D. Moore, Ronny Loreto,
Elmer LeRoy Falk, and Marejka Sacks

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FATEMEH SANIEFAR,<br><br>    Plaintiff,<br><br>    vs.<br><br>RONALD D. MOORE, et al.,<br><br>    Defendants. | No.  1:17-cv-00823-LJO-BAM<br><br>**STIPULATION FOR EXTENSION OF TIME FOR MISSION LAW FIRM, MOORE LAW FIRM, RONALD D. MOORE, RONNY LORETO, ELMER LEROY FALK, AND MAREJKA SACKS TO RESPOND TO COMPLAINT; ORDER** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Fatemeh Saniefar and Defendants Mission Law Firm, Moore Law Firm, Ronald D. Moore, Ronny Loreto, Elmer LeRoy Falk, and Marejka Sacks (collectively "Defendants"), by and through their respective counsel, pursuant to Federal Rule of Civil Procedure 6(a) and Local Rule 144, that Defendants may have to and including September 11, 2017 to file responsive pleadings in this matter. This extension of time is Defendants' first extension, and does not alter the date of any event or any deadline already fixed by Court order, including the Mandatory Scheduling Conference set for September 20, 2017, but does exceed 28 days. Good cause exists for the extension as several of

the co-defendants were served via waiver of service of summons and their responsive pleadings are not due until September 11, 2017; this extension will allow all co-defendants to have the same responsive pleading deadline.

Dated: July 12, 2017                              SANIEFAR LAW

                                                  */s/ Moji Saniefar*
                                                  Moji Saniefar
                                                  Attorneys for Plaintiff
                                                  Fatemeh Saniefar

Dated: July 12, 2017                              */s/ Tanya E. Moore*
                                                  Tanya E. Moore
                                                  Attorney for Defendants
                                                  Mission Law Firm, Moore Law Firm,
                                                  Ronald D. Moore, Ronny Loreto,
                                                  Elmer LeRoy Falk, and Marejka Sacks

## ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Defendants Mission Law Firm, Moore Law Firm, Ronald D. Moore, Ronny Loreto, Elmer LeRoy Falk, and Marejka Sacks shall have to and including September 11, 2017 within which to file responsive pleadings.

IT IS SO ORDERED.

Dated:   **July 14, 2017**                        /s/ *Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE