1  Tanya E. Moore, SBN 206683
   332 North Second Street
2  San Jose, California  95112
   Telephone (408) 298-2000
3  Facsimile (408) 298-6046
   Email:  service@mission.legal
4
   Attorney for Defendants,
5  Mission Law Firm, Moore Law Firm,
   West Coast CASp & ADA Services,
6  Kenneth Randolph Moore, Geoshua Levinson,
   Rick D. Moore, Ronald D. Moore, Ronny Loreto,
7  Elmer LeRoy Falk, and Marejka Sacks

8
   Tanya E. Moore, SBN 206683
9  332 North Second Street
   San Jose, California  95112
10 Telephone (408) 298-2000
   Facsimile (408) 298-6046
11 Email:  service@mission.legal

12 Defendant in pro se

13
   Zachary M. Best, SBN 166035
14 332 North Second Street
   San Jose, California  95112
15 Telephone (408) 298-2000
   Facsimile (408) 298-6046
16 Email:  service@mission.legal

17 Defendant in pro se,
   erroneously sued as "Zachery M. Best"

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FATEMEH SANIEFAR, | No. 1:17-cv-00823-LJO-BAM |
| Plaintiff, | **STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; [PROPOSED] ORDER** |
| vs. | |
| RONALD D. MOORE, et al., | |
| Defendants. | |

1  **WHEREAS,** a Mandatory Scheduling Conference in this matter is set for September 20, 2017 (Dkt. 5);

**WHEREAS,** Defendants Kenneth Randolph Moore, Geoshua Levinson, West Coast CASp & ADA Services, and Rick D. Moore waived service of summons in this matter and their responsive pleadings are due September 11, 2017 (Dkt. 15);

**WHEREAS,** Plaintiff, Fatemeh Saniefar ("Plaintiff"), and Defendants, Tanya E. Moore, Zachary M. Best (erroneously sued herein as "Zachery M. Best"), Mission Law Firm, Moore Law Firm, Ronald D. Moore, Ronny Loreto, Elmer LeRoy Falk, and Marejka Sacks (all defendants are collectively referred to herein as "Defendants," and together with Plaintiff, "the Parties"), previously entered into stipulations granting those defendants to and including September 11, 2017 to file responsive pleadings in this matter (Dkt. 12, 13, and 14);

**WHEREAS,** Defendants intend to file motions to dismiss on or before the responsive pleading deadline and because Defendants' motions to dismiss have not yet been filed, the Parties agree that it is most efficient and appropriate to continue the Mandatory Scheduling Conference until after Defendants' motions to dismiss are ruled upon;

**NOW, THEREFORE,** the Parties, by and through their respective counsel, stipulate to a continuance of the Mandatory Scheduling Conference currently set for September 20, 2017 to a date at the Court's convenience on or after November 13, 2017 to allow time for Defendants' Motion to Dismiss to be heard and ruled on.

Dated: August 31, 2017                                  SANIEFAR LAW

                                                        */s/ Moji Saniefar*
                                                        Moji Saniefar
                                                        Attorneys for Plaintiff
                                                        Fatemeh Saniefar

| | | |
|---|---|---|
| Dated: August 31, 2017 | | */s/ Tanya E. Moore* |
| | | Tanya E. Moore |
| | | Attorney for Defendants |
| | | Mission Law Firm, Moore Law Firm, West Coast CASp & ADA Services, Kenneth Randolph Moore, Geoshua Levinson, Rick D. Moore, Ronald D. Moore, Ronny Loreto, Elmer LeRoy Falk, and Marejka Sacks |

Dated: August 31, 2017                                      */s/ Tanya E. Moore*
                                                                        Tanya E. Moore
                                                                        Defendant in pro se

Dated: August 31, 2017                                      */s/ Zachary M. Best*
                                                                        Zachary M. Best
                                                                        Defendant in pro se,
                                                                        erroneously sued as "Zachery M. Best"

## **ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the Mandatory Scheduling Conference currently set for September 20, 2017 is continued to Tuesday, **November 28, 2017 at 09:30 AM** in Courtroom 8, before Magistrate Judge Barbara A. McAuliffe. The parties are to file their Joint Scheduling Report no later than seven days prior to the conference.

IT IS SO ORDERED.

Dated:   **September 1, 2017**                         /s/ *Barbara A. McAuliffe*
                                                                        UNITED STATES MAGISTRATE JUDGE