Tanya E. Moore, SBN 206683
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@mission.legal

Attorney for Defendants,
Mission Law Firm, Moore Law Firm,
West Coast CASp & ADA Services,
Kenneth Randolph Moore, Geoshua Levinson,
Rick D. Moore, Ronald D. Moore, Ronny Loreto,
Elmer LeRoy Falk, and Marejka Sacks


Tanya E. Moore, SBN 206683
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@mission.legal

Defendant in pro se


Zachary M. Best, SBN 166035
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@mission.legal

Defendant in pro se,
erroneously sued as "Zachery M. Best"

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FATEMEH SANIEFAR, | No. 1:17-cv-00823-LJO-BAM |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE TO FILE FIRST AMENDED COMPLAINT AND FOR DEFENDANTS TO FILE THEIR RESPONSE; [PROPOSED] ORDER** |
| vs. | |
| RONALD D. MOORE, et al., | |
| Defendants. | |

| | |
|---|---|
| 1 | **WHEREAS,** on December 1, 2017, the Court granted the motions of Defendants Kenneth Randolph Moore, Geoshua Levinson, West Coast CASp & ADA Services, Rick D. Moore; Tanya E. Moore, Zachary M. Best (erroneously sued herein as "Zachery M. Best"), Mission Law Firm, Moore Law Firm, Ronald D. Moore, Ronny Loreto, Elmer LeRoy Falk, and Marejka Sacks (collectively referred to herein as "Defendants") to dismiss the Complaint filed by Plaintiff Fatemeh Saniefar ("Plaintiff," and together with Defendants, "the Parties") with leave to amend and allowing Plaintiff 20 days from the date of the order to file an amended complaint (Dkt. 29); |

**WHEREAS,** on December 1, 2017, the Court granted the motions of Defendants Kenneth Randolph Moore, Geoshua Levinson, West Coast CASp & ADA Services, Rick D. Moore; Tanya E. Moore, Zachary M. Best (erroneously sued herein as "Zachery M. Best"), Mission Law Firm, Moore Law Firm, Ronald D. Moore, Ronny Loreto, Elmer LeRoy Falk, and Marejka Sacks (collectively referred to herein as "Defendants") to dismiss the Complaint filed by Plaintiff Fatemeh Saniefar ("Plaintiff," and together with Defendants, "the Parties") with leave to amend and allowing Plaintiff 20 days from the date of the order to file an amended complaint (Dkt. 29);

**WHEREAS,** Plaintiff's amended complaint would therefore be due on December 21, 2017, and pursuant to Federal Rule of Civil Procedure 15(a)(3), Defendants' responsive response would be due within 14 days or by January 4, 2018; and

**WHEREAS,** the Parties have agreed to an alternative briefing schedule in light of the holidays and counsels' availability.

**NOW, THEREFORE,** the Parties, by and through their respective counsel, stipulate that the time for Plaintiff to file her amended complaint be extended from December 21, 2017 to January 3, 2018, and that Defendants' response to the amended complaint be filed on or before January 19, 2018.

Dated: December 18, 2017     SANIEFAR LAW

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Moji Saniefar*
　　　　　　　　　　　　　　　　　　　　　　　Moji Saniefar
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　Fatemeh Saniefar

Dated: December 18, 2017     */s/ Tanya E. Moore*
　　　　　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendants
　　　　　　　　　　　　　　　　　　　　　　　Mission Law Firm, Moore Law Firm, West Coast CASp & ADA Services, Kenneth Randolph Moore, Geoshua Levinson, Rick D. Moore, Ronald D. Moore, Ronny Loreto, Elmer LeRoy Falk, and Marejka Sacks

| | | |
|---|---|---|
| Dated: December 18, 2017 | | */s/ Tanya E. Moore* |
| | | Tanya E. Moore |
| | | Defendant in pro se |

| | | |
|---|---|---|
| Dated: December 18, 2017 | | */s/ Zachary M. Best* |
| | | Zachary M. Best |
| | | Defendant in pro se, |
| | | erroneously sued as "Zachery M. Best" |

## **ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the time for Plaintiff to file her amended complaint is extended from December 21, 2017 to January 3, 2018, and that Defendants' responsive pleadings shall be filed on or before January 19, 2018.

**IT IS SO ORDERED.**

Dated: **December 20, 2017**          /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE