Tanya E. Moore, SBN 206683
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@mission.legal

Attorney for Defendants,
Mission Law Firm, Moore Law Firm,
West Coast CASp & ADA Services,
Kenneth Randolph Moore, Geoshua Levinson,
Rick D. Moore, Ronald D. Moore, Ronny Loreto,
Elmer LeRoy Falk, and Marejka Sacks


Tanya E. Moore, SBN 206683
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@mission.legal

Defendant in pro se


Zachary M. Best, SBN 166035
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@mission.legal

Defendant in pro se

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FATEMEH SANIEFAR,<br><br>   Plaintiff,<br><br> vs.<br><br>RONALD D. MOORE, et al.,<br><br>   Defendants. | No. 1:17-cv-00823-LJO-BAM<br><br>**STIPULATION FOR FURTHER CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; [~~PROPOSED~~] ORDER** |

**WHEREAS,** a Mandatory Scheduling Conference in this matter is set for January 17, 2018, having been continued from September 20, 2017 and November 28, 2017 (Dkt. 28);

| | |
|---|---|
| 1 | **WHEREAS,** Plaintiff, Fatemeh Saniefar ("Plaintiff"), filed her First Amended Complaint on January 3, 2018 (Dkt. 33); |
| 2 | |

1  **WHEREAS,** Plaintiff, Fatemeh Saniefar ("Plaintiff"), filed her First Amended Complaint on January 3, 2018 (Dkt. 33);

**WHEREAS,** Defendants, Kenneth Randolph Moore, Geoshua Levinson, West Coast CASp & ADA Services, Rick D. Moore, Tanya E. Moore, Zachary M. Best, Mission Law Firm, Moore Law Firm, Ronald D. Moore, Ronny Loreto, Elmer LeRoy Falk, and Marejka Sacks (all defendants are collectively referred to herein as "Defendants," and together with Plaintiff, "the Parties"), are required to respond to the First Amended Complaint by January 19, 2018 (Dkt. 31);

**WHEREAS,** Defendants intend to file motions to dismiss on or before the responsive pleading deadline, and the Parties desire to have those motions decided prior to moving forward with the scheduling of this matter since the outcome of the motions may inform how this matter proceeds and as to which (if any) Defendants;

**NOW, THEREFORE,** the Parties, by and through their respective counsel, stipulate to a continuance of the Mandatory Scheduling Conference currently set for January 17, 2018 to a date at the Court's convenience on or after March 19, 2018 to allow time for Defendants' Motion to Dismiss to be heard and ruled on.

Dated: January 8, 2018                     SANIEFAR LAW

*/s/ Moji Saniefar*
Moji Saniefar
Attorneys for Plaintiff
Fatemeh Saniefar

Dated: January 8, 2018                     */s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Defendants
Mission Law Firm, Moore Law Firm, West Coast CASp & ADA Services, Kenneth Randolph Moore, Geoshua Levinson, Rick D. Moore, Ronald D. Moore, Ronny Loreto, Elmer LeRoy Falk, and Marejka Sacks

Dated: January 8, 2018                     */s/ Tanya E. Moore*
Tanya E. Moore
Defendant in pro se

Dated: January 8, 2018                     */s/ Zachary M. Best*
                                           Zachary M. Best
                                           Defendant in pro se

## **ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the Mandatory Scheduling Conference currently set for January 17, 2018 is continued to **April 9, 2018 at 9:30 AM** in Courtroom 8, before Magistrate Judge Barbara A. McAuliffe. The parties are to file their Joint Scheduling Report no later than seven days prior to the conference.

IT IS SO ORDERED.

Dated: __**January 10, 2018**__             /s/ *Barbara A. McAuliffe*
                                           UNITED STATES MAGISTRATE JUDGE