John D. O'Connor (SBN 54238)
  john@joclaw.com
Jeffrey D. Kirk (SBN 113163)
  jeff@joclaw.com
Jessica Shafer (SBN 297856)
  jessica@joclaw.com
O'CONNOR AND ASSOCIATES
201 Mission Street, Suite 710
San Francisco, CA 94105
Telephone: (415) 693-9960
Facsimile: (415) 692-6537

Attorney for Defendants
RONALD D. MOORE, TANYA E. MOORE,
KENNETH RANDOLPH MOORE, MAREJKA SACKS,
ELMER LEROY FALK, ZACHARY M. BEST,
MOORE LAW FIRM, a California Professional
Corporation, MISSION LAW FIRM, a California
Professional Corporation, GEOSHUA LEVINSON,
RICK D. MOORE, WEST COAST CASP
AND ADA SERVICES, a California Corporation,
RONNY LORETO

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| FATEMEH SANIEFAR,<br><br>Plaintiff(s),<br><br>vs.<br><br>RONALD D. MOORE, TANYA E. MOORE, KENNETH RANDOLPH MOORE, MAREJKA SACKS, ELMER LEROY FALK, ZACHARY M. BEST, MOORE LAW FIRM, a California Professional Corporation, MISSION LAW FIRM, a California Professional Corporation, GEOSHUA LEVINSON, RICK D. MOORE, WEST COAST CASP AND ADA SERVICES, a California Corporation, RONNY LORETO,<br><br>Defendant(s). | Case No. 1:17-cv-00823-LJO-BAM<br><br>**ORDER APPROVING STIPULATION TO RESOLVE MOTION FOR PROTECTIVE ORDER [Dckt 77]** |

Plaintiff, Defendants, and third-party ADA Inspector LLC have entered into a stipulation to resolve the Motion for Protective Order (Dckt. No. 77) regarding the subpoena issued by Plaintiff to ADA Inspector LLC.

The Court having reviewed the stipulation, and for good cause appearing therein now rules as follows:

IT IS HEREBY ORDERED that the stipulation to resolve the Motion for Protective Order be and is hereby APPROVED (Dckt. No. 85).

IT IS FURTHER ORDERED that the Court will retain jurisdiction to decide any disputes arising under the stipulation to resolve Motion for Protective Order, including any remedies provided by Federal Rules of Civil Procedure 11, 16, 26 and 37.

IT IS SO ORDERED.

Dated: **October 3, 2018**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE