# UNITED STATES DISTRICT COURT

EASTERN **District of** CALIFORNIA

FATEMEH SANIEFAR
    Plaintiff (s),

V.

TANYA E. MOORE, et al.
    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 1:17-cv-00823-LJO-BAM

Notice is hereby given that, subject to approval by the court, __TANYA E. MOORE__ substitutes
(Party (s) Name)

__STEVEN R. INOUYE__, State Bar No. __245024__ as counsel of record in place
(Name of New Attorney)

place of __JOHN D. O'CONNOR__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:     GORDON REES SCULLY MANSUKHANI, LLP

    Address:     633 W. Fifth Street, 52nd Floor, Los Angeles, California 90071

    Telephone:     (213) 576-5000     Facsimile (213) 680-4470

    E-Mail (Optional):     sinouye@grsm.com

I consent to the above substitution.      TANYA E. MOORE

Date: November 9, 2018      *[signature]*
    (Signature of Party (s))

I consent to being substituted.      JOHN D. O'CONNOR

Date: November 9, 2018      *[signature]*
    (Signature of Former Attorney (s))

I consent to the above substitution.

Date: November 9, 2018      *[signature]*
    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____      _____
    Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**