ROGER M. MANSUKHANI (SBN: 164463)
DAVID L. JONES (SBN: 112307)
STEVEN R. INOUYE (SBN: 245024)
GORDON & REES LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Defendants
Moore Law Firm, A.P.C., Tanya E. Moore,
Kenneth Randolph Moore, Ronald D. Moore,
Zachery M. Best, Marejka Sacks, Mission Law
Firm, A.P.C., Elmer Leroy Falk, Geoshua
Levinson, Rick D. Moore, West Coast CASp and
ADA Services, and Ronny Loreto

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATEMEH SANIEFAR<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>RONALD D. MOORE, TANYA E. MOORE, KENNETH RANDOLPH MOORE, MAREJKA SACKS, ELMER LEROY FALK, ZACHARY M. BEST, MOORE LAW FIRM, a California Professional Corporation, MISSION LAW FIRM, a California Professional Corporation, GEOSHUA LEVINSON, RICK D. MOORE, WEST COAST CASP AND ADA SERVICES, a California Corporation, RONNY LORETO, and DOES 1 THROUGH 100, inclusive<br><br>　　　　　　Defendants. | CASE NO.  1:17-cv-00823-LJO-BAM<br><br>**DEFENDANTS' STATUS REPORT REGARDING BANKRUPTCY ISSUES** |

　　　　Pursuant to the Court's Minute Order dated November 6, 2018, Defendants Moore Law Firm, A.P.C., Tanya E. Moore, Kenneth Randolph Moore, Ronald D. Moore, Zachery M. Best, Marejka Sacks, Mission Law Firm, A.P.C., Elmer Leroy Falk, Geoshua Levinson, Rick D. Moore, West Coast CASp and ADA Services,

-1-

and Ronny Loreto (collectively, "Defendants") hereby provide the Court with a status update regarding pending bankruptcy issues:

(1) On October 16, 2018, Defendant Elmer Leroy Falk, Jr. filed a voluntary petition for Chapter 7 bankruptcy in the United States District Court, Eastern District of California, Case Number 1:18-bk-14207. Mr. Falk is represented by bankruptcy counsel in that action by Jerry R. Lowe, Esq. In addition, James Edward Salven has been appointed as the bankruptcy trustee.

(2) Defendants' position is that Mr. Falk's bankruptcy should only stay the claims against Mr. Falk. The claims against the remaining Defendants can proceed in litigation.

Dated:  November 27, 2018				GORDON & REES LLP

						By:	*/s/Steven R. Inouye*
							Roger M. Mansukhani
							David L. Jones
							Steven R. Inouye
							Attorneys for Defendants
							Moore Law Firm, A.P.C., Tanya E. Moore, Kenneth Randolph Moore, Ronald D. Moore, Zachery M. Best, Marejka Sacks, Mission Law Firm, A.P.C., Elmer Leroy Falk, Geoshua Levinson, Rick D. Moore, West Coast Casp and ADA Services, and Ronny Loreto