UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATEMEH SANIEFAR,<br><br>Plaintiff,<br><br>v.<br><br>RONALD D. MOORE, TANYA E. MOORE, KENNETH RANDOLPH MOORE, MAREJKA SACKS, ELMER LEROY FALK, ZACHARY M. BEST, MOORE LAW FIRM, a California Professional Corporation, MISSION LAW FIRM, a California Professional Corporation, GEOSHUA LEVINSON, RICK D. MOORE, WEST COAST CASP AND ADA SERVICES, a California Corporation, RONNY LORETO,<br><br>Defendants. | Case No. 1:17-cv-00823-LJO-BAM<br><br>**ORDER RE STIPULATION TO EXTEND DATE OF HEARING ON PLAINTIFF'S MOTION TO COMPEL**<br><br>(Doc. No. 122) |

On March 12, 2019, Plaintiff Fatemeh Saniefar and Defendants Ronald D. Moore, Tanya E. Moore, Kenneth Randolph Moore, Marejka Sacks, Zachary M. Best, Moore Law Firm, Mission Law Firm, Geoshua Levinson, Rick D. Moore, West Coast CASp and ADA Services, and Ronny Loreto filed a stipulation requesting that Plaintiff's Motion to Compel (Doc. No. 119), currently set for hearing on March 22, 2019, be continued to March 29, 2019. The stipulation indicates that the parties are currently meeting and conferring in an attempt to resolve some of the outstanding items

1

in dispute that are the subject of Plaintiff's pending motion to compel and the parties further intend to participate in an informal discovery conference with the Court on March 18, 2019.

Pursuant to the parties' stipulation, and for good cause shown, the hearing on Plaintiff's motion to compel (Doc. No. 119), currently set for March 22, 2019, is HEREBY CONTINUED to **March 29, 2019, at 9:00 a.m. in Courtroom 8 (BAM)** before Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated: __March 13, 2019__         /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE