MOJI SANIEFAR, Cal. Bar. No. 233330
SANIEFAR LAW
7469 Mission St., 2nd Fl.
Daly City, CA 94014
Tel: (650) 581-0025
moji@saniefarlaw.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
RAYMOND C. MARSHALL, Cal. Bar No. 83717
GREGORY F. HURLEY, Cal. Bar No. 126791
WHITNEY A. HODGES, Cal. Bar No. 273080
rmarshall@sheppardmullin.com
ghurley@sheppardmullin.com
whodges@sheppardmullin.com
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone:     714.513.5100
Facsimile:      714.513.5130

Attorneys for Plaintiff FATEMEH SANIEFAR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| FATEMEH SANIEFAR, | Case No. 1:17-cv-00823-LJO-BAM |
| Plaintiff, | JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER |
| vs. | |
| RONALD D. MOORE, TANYA E. MOORE, KENNETH RANDOLPH MOORE, MAREJKA SACKS, ELMER LEROY FALK, ZACHARY M. BEST, MOORE LAW FIRM, a California Professional Corporation, MISSION LAW FIRM, a California Professional Corporation, GEOSHUA LEVINSON, RICK D. MOORE, WEST COAST CASP AND ADA SERVICES, a California Corporation, RONNY LORETO, and DOES 1 THROUGH 100, inclusive, | District Judge: Hon. Lawrence J. O'Neil<br><br>Magistrate Judge: Hon. Barbara A. McAuliffe |
| Defendants. | |

Plaintiff Fatemeh Saniefar and Defendants Ronald D. Moore, Tanya E. Moore, Kenneth Randolph Moore, Marejka Sacks, Zachary M. Best, Moore Law Firm, Mission Law Firm, Geoshua Levinson, Rick D. Moore, West Coast CASp and ADA Services, and Ronny Loreto, by and through their undersigned counsel, hereby submit the following Stipulation Modifying Scheduling Order to modify the Court's Scheduling Order issued on July 24, 2018 for good cause for the stated reasons below.

WHEREAS, the Court issued a Scheduling Order on July 24, 2018 with the following deadlines:

Expert Disclosures - May 17, 2019;

Non-expert Discovery Cutoff - June 7, 2019;

Supplemental Expert Disclosures - June 21, 2019;

Expert Discovery Cutoff - August 9, 2019;

Pretrial Motion Filing Deadline - October 4, 2019;

Pretrial Conference - March 3, 2020; and

Trial - May 5, 2020;

Whereas, pursuant to the Court's order of April 23, 2019, Defendants have been ordered to produce a privilege log and unprivileged and responsive documents to Plaintiff by May 23, 2019;

Whereas, after Defendants produce documents and a privilege log as ordered by April 23, 2019, Plaintiff intends to pursue a motion to compel based on application of the crime-fraud exception;

Whereas, the Parties are still in the midst of conducting fact discovery;

Whereas, because of ongoing discovery, under the Court's current Scheduling Order, the Parties will be unable to: (1) provide their expert disclosures by May 17, 2019; (2) finish fact discovery by June 7, 2019; (3) provide supplemental expert disclosures by June 21, 2019; and finish expert discovery by August 9, 2019.

THEREFORE, the parties agree that good cause exists to extend the following deadlines as provided below:

Expert Disclosures - August 16, 2019;

Non-expert Discovery Cutoff - September 6, 2019;

Supplemental Expert Disclosures - September 13, 2019;

Expert Discovery Cutoff – October 11, 2019;

Pretrial Motion Filing Deadline – November 22, 2019;

All remaining dates issued in the July 24, 2018 Scheduling Order are to remain unchanged, or to other dates that the Court deems appropriate based on the Court's scheduling preference.

Respectfully submitted,

DATED: May 6, 2019     SANIEFAR LAW

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


*/s/ Moji Saniefar*
_____
MOJI SANIEFAR
RAYMOND C. MARSHALL
GREGORY F. HURLEY
WHITNEY A. HODGES
Attorneys for Plaintiff Fatemeh Saniefar


DATED: May 6, 2019     GORDON REES SCULLY MANSUKHANI, LLP


*/s/ Steven R. Inouye*
_____
Roger M. Mansukhani
David L. Jones
Steven R. Inouye
Attorneys for Defendants
Moore Law Firm, A.P.C., Tanya E. Moore, Kenneth Randolph Moore, Ronald D. Moore, Zachery M. Best, Marejka Sacks, Mission Law Firm, A.P.C., Elmer Leroy Falk, Geoshua Levinson, Rick D. Moore, West Coast CASp and ADA Services, and Ronny Loreto

**ORDER**

Based on the Joint Stipulation of the parties, and good cause appearing therefor, **IT IS ORDERED** that the Scheduling Order issued on July 24, 2018 be modified as follows:

Expert Disclosures - August 16, 2019;

Non-expert Discovery Cutoff - September 6, 2019;

Supplemental Expert Disclosures - September 13, 2019;

Expert Discovery Cutoff – October 11, 2019;

Pretrial Motion Filing Deadline – November 22, 2019;

All remaining dates issued in the July 24, 2018 Scheduling Order are to remain unchanged.

IT IS SO ORDERED.

Dated: **May 6, 2019**        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE