MOJI SANIEFAR, Cal. Bar. No. 233330
SANIEFAR LAW
7469 Mission St., 2nd Fl.
Daly City, CA 94014
Tel: (650) 581-0025
moji@saniefarlaw.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
RAYMOND C. MARSHALL, Cal. Bar No. 83717
GREGORY F. HURLEY, Cal. Bar No. 126791
HAYLEY S. GRUNVALD, Cal. Bar No. 227909
WHITNEY A. HODGES, Cal. Bar No. 273080
rmarshall@sheppardmullin.com
ghurley@sheppardmullin.com
whodges@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone:    415.434.9100
Facsimile:    415.434.3947

Attorneys for Plaintiff FATEMEH SANIEFAR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| FATEMEH SANIEFAR,<br><br>    Plaintiff,<br><br>vs.<br><br>RONALD D. MOORE, TANYA E. MOORE, KENNETH RANDOLPH MOORE, MAREJKA SACKS, ELMER LEROY FALK, ZACHARY M. BEST, MOORE LAW FIRM, a California Professional Corporation, MISSION LAW FIRM, a California Professional Corporation, GEOSHUA LEVINSON, RICK D. MOORE, WEST COAST CASP AND ADA SERVICES, a California Corporation, RONNY LORETO, and DOES 1 THROUGH 100, inclusive,<br><br>    Defendants. | Case No. 1:17-cv-00823-LJO-BAM<br>Honorable Lawrence J. O'Neill<br><br>**PLAINTIFF FATEMAH SANIEFAR'S APPLICATION TO FILE A SUPPLEMENTAL BRIEF IN SUPPORT OF HER MOTION FOR SANCTIONS**<br><br>[Plaintiff Saniefar's Supplemental Brief in support of her Motion for Sanctions and Declaration of Moji Saniefar filed concurrently herewith] |

Plaintiff Fatemah Saniefar, by and through her attorneys of record, hereby requests to file a supplemental brief in support of her Motion for Sanctions. Said Application is made on the grounds that:

1. Plaintiff's Sanctions Motion was fully briefed as of May 22, 2019 with a hearing date of June 17, 2019 assigned. On June 7, 2018, Plaintiff's counsel reviewed the docket of a case entitled *Moralez v. City of Oakland, et al.*, Case Number 3:17-cv-07268-WHO ("Oakland Action"), filed on December 21, 2017, which is currently pending in the Northern District of California, and being prosecuted by three of the RICO Defendants against both the City of Oakland and SP Plus Corporation ("Oakland Defendants"). Both Oakland Defendants have been represented by Gordon Rees Scully & Mansukhani ("GRSM") since at least February 21, 2018, when GRSM filed an answer on behalf of both of them.

2. On June 4, 2019, the City of Oakland, by way of their a Deputy City Attorney who recently moved to a private law firm, filed a document entitled "City of Oakland's Supplemental Case Management Statement" ("Oakland CMC Statement") which presented facts previously unknown to Plaintiff. These newly discovered facts indeed serve to not only further support Plaintiff's Sanctions Motion and support that granting terminating sanctions is the only means by which Plaintiff can continue to pursue her RICO Action, but also suggests that GRSM has a personal stake in the outcome of Plaintiff's Motion for Sanctions, GRSM may likely be called as a witness to support that Defendants are engaging in a criminal enterprise and, even worse, that GRSM is advancing Defendants' criminal enterprise. The newly discovered facts also likely serve as a disqualifying conflict in GSRM's continued representation of the RICO Defendants.

3. Plaintiff believes these newly discovered facts which are set forth in detail in Plaintiff's brief attached at **Exhibit A** must be considered by the Court in evaluating and adjudicating Plaintiff's Sanctions Motion currently set for June 17, 2019.

-1-

SMRH:4816-3141-6729.3

Case No. 1:17-cv-00823-LJO-BAM

4. Plaintiff believes that these newly discovered facts suggest that Defendants' Moore and Levinson's conduct, as detailed in Plaintiff's Sanctions Motion and Reply, did indeed occur and it may have in fact been furthered by the actions (or inaction) of GRSM. Because this relevant information was not available to Plaintiff at the time that her initial briefing was completed, Plaintiff respectfully requests leave to provide the Court with the additional information at this time.

5. Attached hereto as **Exhibit A** is Plaintiff's supplemental brief setting forth the newly discovered facts in addition to a declaration of Plaintiff's counsel, Moji Saniefar in support thereof.

Respectfully submitted.

DATED: June 10, 2019

SANIEFAR LAW
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      /s/ Moji Saniefar
MOJI SANIEFAR
RAYMOND C. MARSHALL
GREGORY F. HURLEY
HAYLEY S. GRUNVALD
WHITNEY A. HODGES

Attorneys for Plaintiff FATEMAH SANIEFAR