MOJI SANIEFAR, Cal. Bar. No. 233330
SANIEFAR LAW
7469 Mission St., 2nd Fl.
Daly City, CA 94014
Tel: (650) 581-0025
moji@saniefarlaw.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
RAYMOND C. MARSHALL, Cal. Bar No. 83717
GREGORY F. HURLEY, Cal. Bar No. 126791
HAYLEY S. GRUNVALD, Cal. Bar No. 227909
WHITNEY A. HODGES, Cal. Bar No. 273080
rmarshall@sheppardmullin.com
ghurley@sheppardmullin.com
whodges@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone:    415.434.9100
Facsimile:    415.434.3947

Attorneys for Plaintiff FATEMEH SANIEFAR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| FATEMEH SANIEFAR,<br><br>          Plaintiff,<br><br>vs.<br><br>RONALD D. MOORE, TANYA E. MOORE, KENNETH RANDOLPH MOORE, MAREJKA SACKS, ELMER LEROY FALK, ZACHARY M. BEST, MOORE LAW FIRM, a California Professional Corporation, MISSION LAW FIRM, a California Professional Corporation, GEOSHUA LEVINSON, RICK D. MOORE, WEST COAST CASP AND ADA SERVICES, a California Corporation, RONNY LORETO, and DOES 1 THROUGH 100, inclusive,<br><br>          Defendants. | Case No. 1:17-cv-00823-LJO-BAM<br>Hon. Barbara A. McAuliffe<br><br>PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO COMPEL<br><br>Hearing Date: June 21, 2019<br>Hearing Time: 9:00 a.m. |

-1-

SMRH:4817-3122-5753.1    PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO COMPEL

I.

## NEWLY DISCOVERED FACTS FURTHER SUPPORT A STAY OF DEFENDANTS' MOTION TO COMPEL

Plaintiff Fatemeh Saniefar ("Plaintiff") respectfully submits this Reply to Defendants' Opposition to Plaintiff's Ex Parte Application to Continue the Hearing Date (the "Application") on Defendants' Motion to Compel.

Subsequent to the filing of Plaintiff's Application on June 7, 2019, Plaintiff learned for the first time that GRSM has a personal stake in the outcome of the Sanctions Motion. These new facts illustrate that Gordon Rees Scully & Mansukhani ("GRSM") continues to violate California Rule of Professional Conduct 3.3, Duty of Candor (See Memorandum in Support of Sanctions Motion at 24-25; Reply at 9) and that GRSM's interference with Plaintiff's efforts in the discovery process, as outlined fully by Plaintiff in her Memorandum at 5-7; 24-25 and Reply at 9-10, are a likely result of GRSM's business relationship with Defendant Levinson. Based on these newly discovered facts, Plaintiff believes that: (1) GRSM cannot be objective in its defense of the Sanctions Motion since they have a personal stake in it; (2) GRSM likely has a disqualifying conflict in their continued representation of the RICO Defendants; and (3) GRSM's conduct may have served to further Defendants' criminal enterprise.

Plaintiff has fully briefed this issue in a supplemental brief filed before the instant Reply Brief and, for purposes of brevity and to prevent duplication of its efforts, Plaintiff directs the Court to both its Request to File a Supplemental Brief and its Supplemental Brief which is attached thereto as Exhibit A at Docket No. 162.

For the foregoing reasons and those fully articulated in Plaintiff's supplemental briefing, Plaintiff respectfully requests that Defendants' Motion to Compel currently scheduled for June 21, 2019 be moved to July 19, 2019 to allow sufficient time for the Court to rule on Plaintiff's Sanctions Motion and to allow Plaintiff time to consider how to address GRSM's and Steven Inouye's disqualifying conflict of interest.

Respectfully Submitted,

Dated: June 10, 2019

SANIEFAR LAW
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  _____/s/ Moji Saniefar_____
MOJI SANIEFAR
RAYMOND C. MARSHALL
GREGORY F. HURLEY
HAYLEY S. GRUNVALD
WHITNEY A. HODGES
Attorneys for Plaintiff
FATEMEH SANIEFAR

SMRH:4817-3122-5753.1