ROGER M. MANSUKHANI (SBN: 164463)
DAVID L. JONES (SBN: 112307)
STEVEN R. INOUYE (SBN: 245024)
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Defendants
Moore Law Firm, P.C.; Tanya E. Moore;
Kenneth Randolph Moore; Ronald D. Moore;
Zachary M. Best; Marejka Sacks; Mission Law
Firm, A.P.C.; Elmer LeRoy Falk; Geoshua
Levinson; Rick D. Moore; West Coast CASp and
ADA Services; and Ronny Loreto

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATEMEH SANIEFAR<br><br>Plaintiff,<br><br>vs.<br><br>RONALD D. MOORE, TANYA E. MOORE, KENNETH RANDOLPH MOORE, MAREJKA SACKS, ELMER LEROY FALK, ZACHARY M. BEST, MOORE LAW FIRM, a California Professional Corporation, MISSION LAW FIRM, a California Professional Corporation, GEOSHUA LEVINSON, RICK D. MOORE, WEST COAST CASP AND ADA SERVICES, a California Corporation, RONNY LORETO, and DOES 1 THROUGH 100, inclusive<br><br>Defendants. | CASE NO. 1:17-cv-00823-LJO-BAM<br><br>**DECLARATION OF STEVEN R. INOUYE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION**<br><br>Date: November 14, 2019<br>Time: 8:30 a.m.<br>Dept: 4, 7th Floor<br>Judge: Hon. Lawrence O'Neill |

///

///

///

-1-

## **DECLARATION OF STEVEN R. INOUYE**

I, Steven R. Inouye, declare:

I am attorney at law duly admitted to practice before the United States District Court for the Eastern District of California. I am Senior Counsel at Gordon Rees Scully Mansukhani, LLP, counsel of record for all Defendants in this case. This declaration is offered based on my personal knowledge such that if called as a witness I could and would competently testify as follows:

1. Attached to the Appendix as Exhibit 130 is a true and correct copy of excerpts from the deposition of Jason Loreto taken in the instant action on August 27, 2019.

2. On August 26, 2019, counsel for the parties attended a Discovery Conference in this case in which Plaintiff agreed to limit the scope of her claims from 2,000 underlying lawsuits to approximately 50 cases. (Dkt. #203). On August 30, 2019, Plaintiff provided Defendants with a specific list of approximately 95 of Ronald Moore's cases to be tried. Plaintiff further identified Ron's cases to be tried in this instant lawsuit in Plaintiff's First Supplemental Responses to Defendant Moore Law Firm's First Set Of Special Interrogatories dated September 6, 2019, a true and correct copy is attached to the Appendix as Exhibit 131.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed this 10th day of October 2019, at Los Angeles, California.

*/s/Steven R. Inouye*
Steven R. Inouye

-2-
DECLARATION OF STEVEN R. INOUYE IN SUPPORT OF DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION