ROGER M. MANSUKHANI (SBN: 164463)
DAVID L. JONES (SBN: 112307)
STEVEN R. INOUYE (SBN: 245024)
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Defendants
Moore Law Firm, A.P.C., Tanya E. Moore,
Kenneth Randolph Moore, Ronald D. Moore,
Zachery M. Best, Marejka Sacks, Mission Law
Firm, A.P.C., Elmer Leroy Falk, Geoshua
Levinson, Rick D. Moore, West Coast Casp and
ADA Services, and Ronny Loreto

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATEMEH SANIEFAR<br><br>Plaintiff,<br><br>vs.<br><br>RONALD D. MOORE, TANYA E. MOORE, KENNETH RANDOLPH MOORE, MAREJKA SACKS, ELMER LEROY FALK, ZACHARY M. BEST, MOORE LAW FIRM, a California Professional Corporation, MISSION LAW FIRM, a California Professional Corporation, GEOSHUA LEVINSON, RICK D. MOORE, WEST COAST CASP AND ADA SERVICES, a California Corporation, RONNY LORETO, and DOES 1 THROUGH 100, inclusive<br><br>Defendants. | CASE NO. 1:17-cv-00823-LJO-BAM<br><br>**APPENDIX OF EXHIBITS**<br><br>Date: November 14, 2019<br>Time: 8:30 a.m.<br>Dept: 4<br>Judge: The Hon. Lawrence J. O'Neill |

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD:**

Defendants Moore Law Firm, P.C., Tanya E. Moore, Ronald D. Moore, Marejka Sacks, Mission Law Firm, A.P.C., Rick D. Moore, West Coast Casp and ADA Services, and Ronny Loreto ("Defendants"), by and through their counsel of record, hereby submit the instant Appendix of Exhibits support of their Motion for Summary Judgment, or alternatively, Motion for Partial Summary Judgment:

-1-
APPENDIX OF EXHIBITS

## APPENDIX OF EXHIBITS

| EXHIBIT | CONTENT |
|---|---|
| Exhibit 1 | Note from Patrick Yun Kee C. Kan M.D. |
| Exhibit 2 | Note from Brian H. Clauge M.D. |
| Exhibit 3 | Report from Dr. Levin |
| Exhibit 4 | Checklists for client intakes |
| Exhibit 5 | Letter from Dr. Powell |
| Exhibit 6 | Ron Moore's list of accepted and rejected cases |
| Exhibit 7 | Letters and notes |
| Exhibit 8 | Database of rejected cases |
| Exhibit 9 | Moore v. Saniefar (Zlfred's receipts, questionnaire, Barrier Memo, photographs, letters, verified complaint, first amended complaint) |
| Exhibit 10 | Moore v. A & A Tarzana Plaza Limited Partnership, Big Lots Stores, Inc., an Ohio Corporation; PNS Stores, Inc., A California Corporation; Surinder K. Dhanda, aka Surinder Pal Kaur Dhanda, dba Clovis Fair Deal Liquor |
| Exhibit 11 | Moore v. A & K Partnership, Mohsinhussein dba Primos Family Market; Rosalinda Morales dba Tacos La Piedad |
| Exhibit 12 | Moore v. AJCA 0929, LLC; PEK CC, Inc. dba Taft Hwy Chevron; Chevron U.S.A. Inc. dba Chevron Station #209125; Ravinder Dhaliwal dba Subway 27425 |
| Exhibit 13 | Moore v. Albashah dba 1 Start Mini Mart |
| Exhibit 14 | Moore v. AMI LTD, A California Limited Partnership; Big 5 Corp. dba Big 5 Sporting Goods |
| Exhibit 15 | Moore v. Singh dba Gas N Save |
| Exhibit 16 | Moore v. Armey, Gill dba Arco |
| Exhibit 17 | Moore v. B & S Fresh Investments (Bobby Salazar's) |

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

| EXHIBIT | CONTENT |
|---|---|
| Exhibit 18 | Moore v. Jasvinder Singh Bhangu dba A-1 Liquor |
| Exhibit 19 | Moore v. Beal Properties, Inc., A California Corporation, Chahal dba Johnny Quik #117 |
| Exhibit 20 | Moore v. Beal Properties, Inc., A California Corporation, Singh dba Johnny Quik #155 |
| Exhibit 21 | Moore v. Singh Bhaurla dba Elite Liquors & Van Ness Investment Company |
| Exhibit 22 | Moore v. Borrelli; Rivera dba El Ranchito Bakery |
| Exhibit 23 | Moore v. Hassan Chaibi, dba Sunrise Mini Mart |
| Exhibit 24 | Moore v. Chan's Cedar Chinese Food, LLC |
| Exhibit 25 | Moore v. Cisneros dba Serrano Chipotle Mexican Restaurant |
| Exhibit 26 | Moore v. Cloud, Rodas, dba K&C House of Donuts |
| Exhibit 27 | Moore v. CST California Stations, Inc., dba Valero California Retail Company |
| Exhibit 28 | Moore v. DeSantis; Avonce dba M-N-M Shear & Clipper Cuts; Singh dba Squire Liquor |
| Exhibit 29 | Moore v. Singh Dhaliwal dba Fresno Gas & Liquor |
| Exhibit 30 | Moore v. Dhillon (Fig Tree Liquor, Baskin-Robbins) |
| Exhibit 31 | Moore v. Dhillon Brothers, No. 1, LLC, Rascon dba The Green Mile Smoke Shop; Wong dba Bamboo Garden Restaurant, Save Mart Supermarkets |
| Exhibit 32 | Moore v. Dollar Tree Stores, Inc. |
| Exhibit 33 | Moore v. Karakashian dba Dollar Place |
| Exhibit 34 | Moore v. El Toro Partners, Inc. dba El Toro Café |
| Exhibit 35 | Moore v. Shop N Save |
| Exhibit 36 | Moore v. Elite Vapor Shop, Inc., Bullard Palm Investors |
| Exhibit 37 | Moore v. E-Z-N Quick |
| Exhibit 38 | Moore v. Fajita Fiesta Mexican Grill & Cantina |
| Exhibit 39 | Moore v. Fouy Chau dba Donut Nation |

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

| EXHIBIT | CONTENT |
|---|---|
| Exhibit 40 | Moore v. Fresno Shaw Blackstone, LLC, Bertao Family Industries, Inc. dba Papa Murphy's, Al Bawadi, Inc. dba Elbasha Mediterranean Grill, Dimas Manuel Inc., dba Ramos Furniture, Ali Abdullah, dba USA Furniture |
| Exhibit 41 | Moore v. Gharibeh dba Abe's Liquor & Food |
| Exhibit 42 | Moore v. Ghuman, dba Johnny Quik #143 |
| Exhibit 43 | Moore v. Gong & Young, Inc. Tshjian, Inc. dba Baskin-Robbins, Dhillon Holdings, LTD, dba Stop n Save Liquor |
| Exhibit 44 | Moore v. Gong's Market (Chapala) |
| Exhibit 45 | Moore v. Gulamali (Kwik Korner Liquor) |
| Exhibit 46 | Moore v. Hadjis (Madera Mini Mart) |
| Exhibit 47 | Moore v. Hamid, dba California Market |
| Exhibit 48 | Moore v. Heim (Shell aka Mexicali Market) |
| Exhibit 49 | Moore v. Hernandez (Leonor's Barber shop) |
| Exhibit 50 | Moore v. Hinds Investments (Sierra Vista Shopping Center Pets Mart, CVS, Big 5, Smart & Final) |
| Exhibit 51 | Moore v. Hinds Investments (Tang Dynasty) |
| Exhibit 52 | Moore v. Horanian (Clinton Street Clippers, Pizza Hut) |
| Exhibit 53 | Moore v. Jimenez (George's Dari-Snack) |
| Exhibit 54 | Moore v. Jouda (California Chevron) |
| Exhibit 55 | Moore v. Kaur (Harry's Liquor) |
| Exhibit 56 | Moore v. Kaur (Parkway Mini Mart) |
| Exhibit 57 | Moore v. Kijima (Kijima Restaurant) |
| Exhibit 58 | Moore v. Ky (Doughnuts to Go) |
| Exhibit 59 | Moore v. La Hacienda Market |
| Exhibit 60 | Moore v. Lambetecchio (Pho 2006) |
| Exhibit 61 | Moore v. Las Islitas Restaurant, Inc. (Mariscos Las Islitas) |

| EXHIBIT | CONTENT |
| --- | --- |
| Exhibit 62 | Moore v. Leingang (KFC) |
| Exhibit 63 | Moore v. Lucido (Thai Chili) |
| Exhibit 64 | Moore v. Madanat Investments LLC (Las Cazuelas, A Quality Food Liquor) |
| Exhibit 65 | Moore v. Manjal (Central Food) |
| Exhibit 66 | Moore v. Mann (Johnny Quik #109) |
| Exhibit 67 | Moore v. Millennium Acquisitions, LLC (Arco am/pm) |
| Exhibit 68 | Moore v. Mohamed (La Princesa Market) |
| Exhibit 69 | Moore v. Monetary Management of California, Inc. (Leslie's Poolmart, Inc., Money Mart) |
| Exhibit 70 | Moore v. Nagi (La Buena Market) |
| Exhibit 71 | Moore v. Nimatex Co. (Arco) |
| Exhibit 72 | Moore v. Park (Big Stop Food Mart) |
| Exhibit 73 | Moore v. Piccolos Pizza Inc. (Papa Murphy) |
| Exhibit 74 | Moore v. Pondicherry (Johnny Quik #161) |
| Exhibit 75 | Moore v. Prolo Family Clovis LLC (MGA Liquor) |
| Exhibit 76 | Moore v. QFS Incorporated (Shell) |
| Exhibit 77 | Moore v. Refai (USA Liquors) |
| Exhibit 78 | Moore v. Robinson Oil |
| Exhibit 79 | Moore v. Rose & Ybarra Restaurants, Inc. (Dollar Fifty Store & Ryan's Place) |
| Exhibit 80 | Moore v. Rowell Family LLC (Express Grill, Bingo Donuts) |
| Exhibit 81 | Moore v. Ruiz (Chile My Corona) |
| Exhibit 82 | Moore v. Sarantos (Clovis 500 Club) |
| Exhibit 83 | Moore v. Schiff (Frosty Queen) |
| Exhibit 84 | Moore v. Sekhon (Cedar Market) |
| Exhibit 85 | Moore v. Shaw Blackstone Center LLC (Lamps Plus, Skechers, Port of Subs) |

| EXHIBIT | CONTENT |
| --- | --- |
| Exhibit 86 | Moore v. Simone (Madera Family Mart) |
| Exhibit 87 | Moore v. Singh (El Bajio & Buy Rite) |
| Exhibit 88 | Moore v. Singh (Ernie's Liquor) |
| Exhibit 89 | Moore v. Singh (Handi Stop) |
| Exhibit 90 | Moore v. Singh (K&A Liquor) |
| Exhibit 91 | Moore v. Singh (PB Liquor Food) |
| Exhibit 92 | Moore v. Singh (Quik Stop Mini Mart) |
| Exhibit 93 | Moore v. Singh (Sukis Auto Shop Gas) |
| Exhibit 94 | Moore v. SNL Corp. (Quickway Food Store) |
| Exhibit 95 | Moore v. Songu (B & B Liquor) |
| Exhibit 96 | Moore v. Soto (La Enchilada) |
| Exhibit 97 | Moore v. Singh (Stop n Shop) |
| Exhibit 98 | Moore v. Sunflower Clovis Investors, LLC (Bobby Salazar's Taqueria) |
| Exhibit 99 | Moore v. Sunrise Square (Arsenio's) |
| Exhibit 100 | Moore v. Talwandi & Son Inc. (Bottle House Liquor) |
| Exhibit 101 | Moore v. The Pep Boys Manny Moe & Jack of California, Inc. (3655 N. Blackstone, Fresno) |
| Exhibit 102 | Moore v. The Pep Boys Manny Moe & Jack of California, Inc. (693 W. Shaw Ave, Clovis) |
| Exhibit 103 | Moore v. Times Square Holdings, LLC (Kar Wah Restaurant, JK Cigarettes, Big Lots, Plaza Ventana) |
| Exhibit 104 | Moore v. Toledo (Toledito's Mexican Restaurant) |
| Exhibit 105 | Moore v. Topoozian (Kevin & Alex Liquor Deli) |
| Exhibit 106 | Moore v. Torigian (Andre's Liquor) |
| Exhibit 107 | Moore v. Trini's Oil, Inc. (Trinis Beacon) |
| Exhibit 108 | Moore v. Victoria Fresno Realty, LLC (King of Kabob) |

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

| EXHIBIT | CONTENT |
|---|---|
| Exhibit 109 | Moore v. Villa Mart, Inc. |
| Exhibit 110 | Moore v. Vituma Properties, LLC (KFC) |
| Exhibit 111 | Moore v. Vohra (Arco) |
| Exhibit 112 | Moore v. Westfield Investment & Associates LLC (Robertito's Taco Shop) |
| Exhibit 113 | Moore v. Wong (Toby's Vapes and More) |
| Exhibit 114 | Moore v. Zamzami (City Wide Market) |
| Exhibit 115 | Lobato v. Garcia (Teazar World Tea Market) |
| Exhibit 116 | Lobato v. Lopez (El Campesino Mexican Restaurant) |
| Exhibit 117 | Receipts, notes and questionnaires for additional businesses sued |
| Exhibit 118 | Receipts, notes and questionnaires for additional businesses sued |
| Exhibit 119 | Receipts, notes and questionnaires for additional businesses sued |
| Exhibit 120 | Receipts, notes and questionnaires for additional businesses sued |
| Exhibit 121 | Excerpts of the deposition of Raymond Franco |
| Exhibit 122 | Excerpts of the deposition of Nick Franco |
| Exhibit 123 | Excerpts of the deposition of Lynn Moore dated June 19, 2015 |
| Exhibit 124 | Excerpts of the deposition of Rhonda Moore dated June 19, 2015 |
| Exhibit 125 | Excerpts of the deposition of Ronny Loreto dated July 14, 2015 |
| Exhibit 126 | Joint Statement of Stipulated Facts in Support of the Parties Cross Motions for Summary Judgement |
| Exhibit 127 | Michael Bluhm's expert report |
| Exhibit 128 | Saniefar's Memorandum filed in support of her Motion for Summary Judgement |
| Exhibit 129 | Order granting Saniefar's Motion for Summary Judgement |
| Exhibit 130 | Excerpts of the deposition of Jason Loreto dated August 27, 2019 |

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

| EXHIBIT | CONTENT |
|---|---|
| Exhibit 131 | Plaintiff Fatemeh Saniefar's Objections and First Supplemental Responses to Defendant Moore Law Firm's First Set of Special Interrogatories dated September 6, 2019 |

Dated: October 10, 2019             GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Steven R. Inouye*
Roger M. Mansukhani
David L. Jones
Steven R. Inouye
Attorneys for Defendants
Moore Law Firm, A.P.C., Tanya E. Moore, Kenneth Randolph Moore, Ronald D. Moore, Zachery M. Best, Marejka Sacks, Mission Law Firm, A.P.C., Elmer Leroy Falk, Geoshua Levinson, Rick D. Moore, West Coast Casp and ADA Services, and Ronny Loreto

-8-
APPENDIX OF EXHIBITS