# Exhibit 1

### The Permanente Medical Group, Inc.
Adult Medicine
2071 East Herndon
Clovis, CA 93611-6101
Main: 559-324-5100

August 13, 2007

Ronald D Moore



Dear Mr. Moore,

This is to certify that Mr. Moore suffers from hx of hydrocephalus, B knee arthritis, degenerative disc disease of the lower back, cervical radiculopathy and chronic pain syndrome since 2002 and is ongoing. Thank you.

Sincerely,

PATRICK YUN KEE C KAN MD

MOORE0003

MLF056562

EX. 1-2

# Exhibit 2

Steven Hysell, M.D.
Daniel Miller, M.D.
Meg Verrees, M.D.

2335 East Kashian Lane,
Suite 301
Fresno, California 93701

Phone: 559.320.0830
Fax: 559.320.0832
www.UniversityMDs.com

*A University Center of Excellence*



Sep 21, 2011

Kevin Wingert, MD
681 Medical Center Dr West #103
Clovis, CA 93611

**RE: MOORE, RON**
**DOB:** ▌
**DOS:** 09/21/2011

Dear Kevin,

A brief note on Ron Moore. I had the pleasure of seeing him on 09/21 for consideration of the possibility of occult hydrocephalus. This patient is rather complicated as you know. He was a patient at Kaiser. He had some strange episodes there in 2009, of feeling that water was pouring out of his ears. He did have an ENT evaluation. He said they poked a hole in his ear drum and he was somewhat better after that. One of his complaints was he had sudden unsteadiness. Symptoms would be up and down. There was no true vertigo or tinnitus, however. Symptoms seemed to improve after that. However, he continued to go to Kaiser, and he still had periods of dizziness. He also was complaining of back pain and at that time he was placed on increasing amounts of OxyContin and Valium, despite the fact that he is an alcoholic. While there, he did see Dr. Brant. He was complaining of severe dizziness and Dr. Brant did an MRI scan suggesting hydrocephalus and recommended a shunt. The patient went for a second opinion in San Francisco, where he said they did either a lumbar puncture drainage or a RISA cisternogram. He talked with the surgeon there and they thought he might be a candidate for a shunt, but the surgeon suggested that would be the last resort. This was on 09/14/2009. He came back to Kaiser, but his wife decided to take him out of Kaiser because of his narcotic usage. That was also a little after 2009. For the last 2 years, he has gradually gotten better. He still has episodes of unsteadiness wherein he feels as though he is on a ship rocking up and down, but no true vertigo. No hearing loss.

He does have chronic disability, having been injured years ago. He has chronic back pain. He has lost over 80 pounds in the last year, but at times uses a wheelchair. He has no urinary incontinence I should notice. His memory is poor, but stable and it is hard to be certain about his gait.

Of note is his wife says he is taking an old family remedy of colloidin silver and hydrogen peroxide, which he drinks daily for the last 2 years.

His main complaint is episodic unsteadiness. He did have a recent MRI scan and he was confused by the report that suggested that he had really cerebral atrophy rather than hydrocephalus.

I did review his past medical history. You are aware of his multiple medical problems, as reviewed in your note of 08/05/2011.

On examination, this patient is overweight. He is alert. He is in no acute distress. He is in a wheelchair. He does have a cane. His cranial nerves 2 through 12 though were





CC: WINGERT, KEVIN

MLF0039495

normal. There was no nystagmus. Reflexes are 1+ at the biceps and both knees. Sensation was intact to pin in hands and feet, and strength was good. Finger-to-nose testing was normal. His memory, he could remember 3 objects with colors at 5 minutes, which is quite good. He was also able to come up with the date September 14, 2009, spontaneously.

I did review his MRI scan with him. I suspect he probably has hydrocephalus ex vacuo, but giving him the benefit of the doubt and with the history of the UCSF study, I suggested he come back here in 2 weeks, bringing with him his Kaiser records, as well as his San Francisco records. If he does not have a RISA cisternogram done, I would recommend we do that just for completion sake. Otherwise, if this ex vacuo hydrocephalus, as you know, this is generally due to small vessel vascular disease, and there is really no treatment for that.

The other question is could he have an occult problem with the endolymph in his vestibular system, and given the history of ear drainage, it might be worthwhile to have another ENT evaluation.

Thanks again for the opportunity of seeing him.

Sincerely,

Electronically viewed and signed on 09/28/2011 17:06:37
by BRIAN H. CLAGUE, MD

BC / WMX
DD: 09/21/2011  16:39
TT: 09/22/2011  14:47
Job #: 18774

cc:    KEVIN WINGERT, MD
       KEVIN WINGERT, MD

CC:  WINGERT, KEVIN

MLF0039496

EX. 2-3

# Exhibit 3

# Mark Levin MD,
# 6 Gel Court, Monsey NY, 10952

July 28, 2015

To whom it may concern:

I am a licensed and board certified physician. I am licensed in New York and New Jersey. I am certified by the American Board of Utilization Review and Quality Assurance, with training and experience in health care quality assessment, evidence based best practices, and case management, including workers' compensation. I have worked as a consultant to various agencies for workers' compensation and disability impairment claims. Over the course of my career, I have had extensive clinical and administrative experience in many areas of medicine, including psychological and psychiatric facets of life threatening conditions in both adult and pediatric populations, including those with depression and PTSD. My New York State Worker's Compensation authorization number is 165212-2B. Accompanying this report is my curriculum vitae which more particularly sets forth my credentials to testify.

Also enclosed herewith is a list of publications which I have authored over the past 10 years, as well as a list of cases in which I have testified as an expert, either at deposition or at trial, for the past four years.

Under my agreement with the Moore Law Firm, P.C., My billing rate for consultation services including my rates for deposition, trial etc. are found on my Fee Schedule page which I have included as a separate document.

I reviewed medical records of Ronald Moore, date of birth November 17, 1958, including records from Community Medical Providers - Clovis, 7/9/11 -1/10/2012, records from Kaiser – Permanente for various dates from 2005 to 2011, and I interviewed Mr. Moore on July 24, 2015 in regard to his medical history, restrictions, and limitations reflected in the medical records and how those have affected him over time, including the present.

Mr. Moore has been suffering from hydrocephalus, initially diagnosed in 2005. His symptoms predated this diagnosis for roughly a year. On 9/14/2009, a decision was made to observe and not to operate. Already at that time, Mr. Moore was suffering from headaches, dizziness, and impaired balance. MRI of 8/7/11 showed volume loss, periventricular white matter changes, and small laminar infarct as well as post-traumatic right orbital change. This was interpreted by his physicians as confirming the diagnosis of hydrocephalus.

The medical records to date document osteoarthritis of the knee, degenerative spine disease, hyperkalemia, chronic pain, confusion, depression, foot pain (with a history of Achilles tendon problem well predating 2009), nausea, blurred vision/ red eye. He has had left knee surgery (arthroscopy and meniscectomy) on 7/26/2006,and cervical fusion. His medication from 2005 to 2011 included Oxycodone and ketoroloac for pain, diazepam for anxiety, hydroxyzine for itching and pain. Notes confirm that he had been on very higher doses of opioids for pain, but they were

MLF056563

tapered sometime ago and the patient now relies on over the counter pain medications and takes no opioids. At one time Mr. Moore was on as high as 300mg of Oxycontin per day. Mr. Moore reports that he has significant pain, and that the pain was more manageable with the opioid use. However, Mr. Moore has chosen not to resume opioid usage.

Mr. Moore suffers from various limitations and restrictions and they appear by history and from the notes to not have significantly changed since 2005.

Mr. Moore is unable to walk more than a few feet in the house or immediately outside of it which is terrain he knows and is more comfortable with. This because of balance impairment resulting from the hydrocephalus, causing falls that he sustains if walking. His medical records reflect several significant falls. Further, Mr. Moore cannot walk more than a few feet without assistance ,due to chronic pain. His pain measures 5-8 with medications. Since the opioids were markedly discontinued, the pain is significantly worse and he is more limited in regard to walking. He has to sit down frequently, but is able to perform activities of daily living. He started using a wheelchair in 2005.

In my opinion with a reasonable degree of medical certainty, Mr. Moore is substantially limited in his ability to walk and a wheelchair would help ameliorate this pain, and that a cane would assist on occasion. In my opinion and based on the records reviewed and the interview with Mr. Moore, as well as my experience and training, Mr. Moore has been 100% disabled since 2008 because of above symptoms. Maximal Medical Improvement was reached in 2008 and no farther improvement is expected.

In general, Mr. Moore is unable to walk any farther than short distances without a wheelchair, although there are some days when he might be able to walk slightly longer distances than others, with a cane or support from another person. There are some days that Mr. Moore feels better than others, which is not unusual in patients presenting with chronic pain related conditions, and on those days, he is more likely to be able to walk short distances without a wheelchair or cane. However, on most days, it is my opinion that Mr. Moore needs a wheel chair to help ameliorate his pain and minimize his risk of falling.

Sincerely,

*M Levin*

---
Mark Levin, MD

Enclosures:

1. Curriculum vitae
2. List of publications
3. List of cases in which expert testimony provided
4. Fee Schedule

MLF056564

# Exhibit 4

**PROCEDURE CHECKLIST**
**New Receipts**

**Process new receipt:**

- ☐ Read the client's notes and check the receipt for a date.
    - o If no date, call client immediately for the date of visit before they forget.
- ☐ (If it hasn't already been done) Scan receipt and notes to Dropbox "Client Scanned Receipts/Notes" file (as separate files); print copy for file.
- ☐ Mail original receipt and notes back to client.
- ☐ Whitney to add to ADA list – make sure the business is not already there (i.e. from a different client).
- ☐ Open case in Clio.
    - o Description: [Client name] v. [Business name]
    - o Pending Date: [Date case opened in Clio]
    - o Open Date: Leave blank
    - o Close Date: Leave blank
    - o Status: Pending
    - o Practice Area: ADA
    - o Client Reference Number: Leave blank
    - o Responsible Attorney: TM
    - o Location: Address of the Facility
    - o Billable: Checked
    - o Reset Matter Number: Unchecked
    - o Matter Client: Enter client name to find contact or add new person
    - o Statute of Limitations: One year from date of receipt
    - o Satisfied: Unchecked
    - o Matter Permissions: Everyone
    - o Billing Method: Hourly
    - o New Task Matter
- ☐ Enter time on Clio for the above tasks (and for each following task as you do it).
- ☐ Send a "Receipt letter" to client. (See example.)
- ☐ Set a task to interview the client.

**Client interview:**

- ☐ Review client notes and Google map/street view of the location to familiarize yourself with the facility.
- ☐ Call the client. Go over in detail their experiences, eliciting as necessary additional barriers they may have encountered. (Use the Questionnaire as a starting point for your questions.)

MLF0056391

EX. 4-2

- Talk them through their entire visit to the facility, including arrival, how they got into the building, opening the door, entering, experiences inside (sitting, maneuvering, etc.), using the restroom, leaving, getting back to their car.
  - The goal is to help them identify EVERY barrier they encountered with specifics. However, they MUST be able to articulate how an alleged barrier posed <u>difficulty, discomfort or embarrassment</u> for them. It is not good enough to just note something is not compliant (i.e. not proper signage). They must explain how this caused them a problem. The more detailed, the better.
  - Every barrier must be identified specifically in terms of location. Defendants MUST be able to use the complaint as a roadmap to identify the barrier. If, after reading our complaint, a reasonable person could not go out to the site and identify the barrier, we will be precluded from relief.
- ☐ Enter your notes from the client interview into Clio under "notes".
- ☐ Evaluate whether the barriers are sufficient to proceed with filing claim. (Ask TM if unsure.)
  - If no, proceed to **"Rejecting Claims"**.
  - If yes, proceed with steps below.

**Setting a site inspection:**

- ☐ Prepare a "Barrier Memo". (See example.) Each paragraph should focus on one individual barrier, etc. You should write this memo so that you can ultimately cut and paste each paragraph into Paragraph 10 of the Complaint.
- ☐ Email the barrier memo to Whitney.  She will put it on the list of inspections that need to be done.
  - CLIO TASK FORMAT: "Site inspection: ABC Market, 123 1st Street, San Jose"
  - EMAIL SUBJECT FORMAT: "Site inspection: 00000  Client v. Defendant (Attach memo)
    - We need a sit inspection at "NAME OF FACILITY", ADDRESS.  Barrier memo is attached.

**Once site inspection photos are received from Josh:**

- ☐ Move the photos from the "Share with Josh" dropbox folder to the appropriate client folder.
- ☐ Assign task to Tanya to review site inspection photos and memo when it comes in and advise whether to proceed with case.
  - If no, proceed to **"Rejecting Claims"**.
  - If yes, proceed with steps below.
- ☐ Send fee agreement letter to client. (See example.)
- ☐ Open a binder (don't put a label on it until you have researched the defendants). Put all documents in it, including a copy of the photos from the site inspection (print to PDF with 4 images per page first, save a copy in the Dropbox case folder).
- ☐ Proceed to **"Researching Defendants"**.

MLF0056392

EX. 4-3

Date

Name
Address
Address

Re:    ADAI No. xxxxx
        Case name

Dear Client Name:

We have received and reviewed your receipt and information regarding your visit to the above-named facility.

As such, enclosed please find a Fee Agreement which I have signed and dated. As set forth in the Agreement, we will seek the fees and costs incurred during the investigation from any settlement or judgment reached as more particularly described in the Agreement.

Please carefully review the Fee Agreement and let me know if you have any questions or concerns. If it is acceptable to you, please initial, sign, and date where indicated and return it to me. I will thereafter mail you a fully signed copy for your records.

Please carefully review the Complaint for accuracy. It is particularly important that the allegations in paragraph 10 fully and accurately describe your experience. If anything is incorrect or incomplete, please contact me right away. If there are no changes, please sign and return the provided verification in the enclosed envelope or by fax/email

Thank you for the opportunity to represent you in this matter, and again, as always, please feel free to call me with any questions.

Sincerely,


Tanya E. Moore

TEM:dg
Enlcosure(s)

MLF0056393

# Checklist for the Intake Paralegal

## Opening a New File and Complaint Preparation Procedures

All your time must be entered in Clio at the same time you are performing any task. Before you do anything on the file you must start the timer running. Once the file is put away you turn off the timer. Use this checklist and follow the steps below. Once the step is complete place your initials and a date of completion of the task next to each paragraph below. Since you will be working on several files at the same time, when you have to move to the next file, enter in Clio your next step on this file to remind yourself where you left when you return to this file in the future.

1. Original receipt received from the client. Meylin places the original receipt into a plastic sleeve, files it away and hands you a **copy** of the receipt for further processing. Date of receipt of the copy from Meylin: _____ Initials:____

2. Enter receipt in Clio under a "pending matter", make sure the address of the place and the SOL is calendared. Check for conflicts. If we have this particular location already in Clio enter a task for TM to review the conflict and enter a task for yourself to follow up with TM re conflict in 1 week. If no conflict proceed to the next step. Date of completion: _____ Initials:____

3. Then enter the receipt in the ADA list of facilities. Check for conflicts. If this facility is on the list, enter a task for TM to review the conflict and enter a task for yourself to follow up with TM re conflict in 1 week. If no conflict proceed to the next step. Date of completion: _____ Initials:____

4. If the facility in question is not on ADA list and is not in Clio send client a first letter advising him/her that we received it and will investigate it. If there is a conflict TM will advise you which letter to send out. Have TM sign the letter and then mail it to the client. Open a new folder under "Pending cases" in dropbox and save the letter in the folder. Copy of the letter should be placed in the main client file until the case is open. Date of completion: _____ Initials:____

5. Next, make a phone call to the client to conduct an interview about all the details of the incident. If you can't get hold of the client leave a message and enter a task in Clio to follow up. Do not assume that the client will tell you every detail. Ask questions to get the entire story out. Find out why the client went there, was he/she alone, what method of transportation was used, which wheelchair was the client using that day, has he/she previously been to this facility, where did they park? Who was driving? What happened as the client was unloading from the car or van? Time of the day. What was purchased, any difficulty encountered there. If you get an answer that he/she can't remember what exactly happened, kindly explain that we need all these details to decide if we will take the case. Once you get the details prepare a memo for TM to review and copy and paste the memo text into Clio – save it under notes. Calendar 1 week for TM to get back to you re completeness of the story. Enter a task for TM to review the memo

1

in the new Clio matter created by you. Place a hard copy of the memo in TM's inbox. Date of completion: _____ Initials:____

6.  After you receive feedback from TM (within 1 week from your memo – if no feedback follow up with TM) enter tasks for investigator (JL) to do the site inspection (all tasks are entered under the new pending matter you just created in Clio). Provide the details for the investigator, such as a summary of client's complaints. The site inspection results due date should be within 2 weeks of your entry. At the same time enter a task for yourself to follow up with the investigator 1 week after the due date to see if we have the photos and results. Date of completion: _____ Initials:____

7.  If you do not have any response from the investigator it is your responsibility to follow up re photos and results of the site inspection. Ask when it will be complete and enter a follow up task in Clio accordingly. Date of completion: _____ Initials:____

8.  Once we have photos from the investigator prepare a package for TM's review consisting of 1) copy of the receipt, 2) notes from the client and your memo, 3) photos from the investigator, and 4) this checklist. Place the package in TM's inbox and task it for TM to review (next day) and for yourself to fup w/TM within 5 days if no instructions received from TM re whether to open the file. Date of completion: _____ Initials:____

9.  Once TM instructs you to open the file you have to prepare a black folder, place all documents in the folder, prepare a label, and do research re defendants, i.e. landlord and business operator. Research has to be done within 1 week from receiving the instructions from TM re opening the file. So, task the due date for the research and 1st draft of the complaint for 1 week from the date you receive instructions. Date of completion: _____ Initials:____

10. Once the research is done prepare a complaint draft for TM's review. Place the black folder on TM's desk with 1st draft of the complaint attached to the front of the file. Task it for 5 days to follow up with TM re revisions. Also enter all names of the defendants in Clio as contacts. Date of completion: _____ Initials:____

11. Once revisions received prepare the final draft and all other documents (Summons, Certificate of Interested Parties, Cover Sheet, etc) for TM's review. Task for TM and yourself to provide/receive final revisions for 2 days. Date of completion: _____ Initials:____

12. Once final revisions are received prepare all documents in pdf and give TM printed out pdf's to get an approval prior to filing. Task for 1 day to get it filed with the court. Date of completion: _____ Initials:____

13. Once filed with the court, you have to immediately download all filed documents in Clio, save the documents in the folder and, if necessary, send courtesy copies to the intake or judge. Also

2

MLF0056395

EX. 4-6

make sure you enter a task for yourself to prepare everything for service and send out to a process server within 1 week after service. You also change the status of the file from pending to open and update the name of the matter to correspond with the court's designation and enter the court case number. Date of completion: _____ Initials:_____

14. You also must send copies to clients via email or mail. Most clients have an email and it is easier to attached filed pdfs to the email. Date of completion: _____ Initials:_____

15. Once the documents are out for service, enter a task to follow up with the process server within 1 week after the documents were sent out. If the service is not complete within 1 week, find out what the problem is. If there is a problem, e.g. defendant moved or address is wrong, advise TM and do additional research to confirm this is a right party. Date of completion: _____ Initials:_____

16. Once proof of service is received it must be filed with the court immediately and task entered in Clio re answer due date. Date of completion: _____ Initials:_____

17. After the proof of service filed and the filed document entered in Clio and in dropbox your job on this case is complete unless you receive further instructions. Date of completion: _____ Initials:_____

3

MLF0056396

EX. 4-7

SENDING VERIFICATIONS AND FEE AGREEMENT TO CLIENT

1) Receive Binder from Whitney / TM, OK to proceed
2) Prepare cover letter to client re: Fee Agreement and signing of Verification
3) Prepare Fee Agreement; Send with copy of Complaint Draft and a Verification page for client to sign (include self-addressed envelope for return)   1.5 week
4) Set task to f/u to receive signed Verification page and signed Fee Agreement from client

AFTER RECEIVING FEE AGREEMENT AND VERIFICATION FROM CLIENT

1) Once received, scan signed fee agreement and verification to Clio case folder "client documents and place originals in binder
2) Update tasks
3) File case

MLF0056397

**RECEIVE SIGNED VERIFICATION OR FEE AGREEMENT**

1) Scan document(s) to clio case folder, "client documents" as either 'Fee Agreement Signed' or 'Verification Signed'.
2) Place document(s) into case binder under (9) Client Documents.
3) Check off task in Clio.
4) Create task 'File Complaint' for David.

MLF0056398

Receipts                                                1

Fee Agreement/Client Communication                      2

Investigation Report/Photos                             3

Deed Property Owner                                     4

Business Owner                                          5

Research                                                6

Drafts                                                  7

Summons Issued/Complaint/Civil Case Documents           8

Proof of Service                                        9

Answer Documents                                       10

JSR Documents                                          11

CASp Report                                            12

Expert Communication                                   13

Notes                                                  14

Tasks                                                  15

Expenses                                               16

Plaintiff/Defendant Settlement Conference              17

Letter to CCDA                                         18

Motion for Entry of Default                            19

                                                       20

Mediation                                              21

Defendant Mediation Brief                              23

Plaintiff Mediation Brief                              24

Defendant                        to Proceed            25

First Motion for Service by Publication                26

MLF0056399

EX. 4-10

# MATTER GENERAL FILE

## INDEX

| | TAB |
|---|---|
| **General Correspondence** | 1 |
| **Client Correspondence** | 2 |
| **Attorney Correspondence** | 3 |
| **Pleadings** | 4 |
| **Motions** | 5 |
| **Discovery** | 6 |
| **CASp Reports** | 7 |
| **Evidence** | 8 |
| **Client Documents** | 9 |
| **Pre-Filing Investigation** | 10 |
| **Settlement Conference/Mediation** | 11 |
| **Legal Research** | 12 |
| **Notes, Drafts, etc.** | 13 |
| **Expenses** | 14 |
| **Fully Executed Settlement Agreement** | 15 |

MLF0056400

EX. 4-11

Our clients send us receipts and should include notes as to what they experienced at the Facility. Upon receipt, Meylin scans them in and gives them to you. You put them on the ADA List (if they aren't there already); call client and let them know you got the receipt and ask questions about his/her experience there (go over there notes and then get as much additional information as you can). We have to check ADA List and Clio to make sure receipt isn't duplicate. Make sure you have address for receipt and date the client went to the place. Also open a clio –pending file. Then the receipt goes into the expando file on book case under clients name and waits for you to send Josh/Tanya to facility for investigation. I am forwarding to you the Investigation Memo that I use to add facilities to Josh. I try (ideally) to add 3-5 a week and he'll call if he needs more. Use the same email it makes it easier and just cross them off as he does them. When you cross them off, make sure you update CLIO and ADA List.

When they are rejected by investigation, you sent client a form reject letter and staple the receipt to our copy of the letter and put it in the client files in desk drawer.

If they are accepted, send client the fee agreement and form letter that goes with it. Go to ADA and put "open", same with Clio.

Next we do research as to property owner(s) and business owner(s) using all tools available. TM's lexis account info is under the clear plastic on the desk. We always sue both property owner and business owner. Some resources are Property Shark ( searches a month, this would be for property ownership only), Parcel Quest ( ); Fresno Health Inspectors, CA ABC Liquor License, CA Sec of State, Fictitious Names Search

After we have investigation (photos from Josh in drop box need to be put into pdf format and saved in the client's s-drive file as well as a hard copy printed for the binder, putting 4 photos per page).

If fee agreement back, you are ready to draft complaint.

ALWAYS use the ADA Complaint Form template (in S-drive). The things to look out for are: VENUE; PLAINTIFF'S NAME; ALL DEFENDANTS LISTED CORRECTLY AND ADDRESSES ARE CORRECT. When using the template, everything stays the same (other than the above) and Paragraph 10. This is where we have to put the plaintiff's personal experiences in – specifically but not too specific. The draft is printed and given to TM for review (please staple drafts and indicate on first page "Draft #xx". She will make revisions and this will go back and forth until the final draft. This needs to be saved and printed in PDF for her review.

We file in three of the four Federal District Courts in CA – Northern, Central & Eastern

To file in Eastern we file on line (: and submit only the complaint and the civil case cover sheet. Please note that in Fresno these are two different filings but in Sacramento they want you to file the civil case cover sheet and add the complaint as an attachment so it's one document.

To file in Central we have to file 4 through 1 Legal and submit summons, civil case cover sheet, complaint and notice of interested parties. Once we get the filed documents back from 1 Legal, we have to email the Court (one legal will give you a page with the correct email) two

* if it is a duplicate from a different client — talk to TM.
** calendar sol 2years

MLF0056401

attachments – one is of the Notice of Interested Parties, one is of the complaint, summons, civil case cover sheet and Notice of Assignment to Magistrate Judge for Discovery. This email with these two attachments MUST BE SUBMITTED TO THE COURT VIA EMAIL WITHIN 24 HOURS OF THE FILING.

To file in Northern (                        ..... use County Process to file. Send two copies and the original to the court of the summons, civil case cover sheet and complaint. After Co. Process brings back the filed documents, scan and email to the Judge assigned a filed copy of the complaint (only the complaint).

All documents from the Court – whether emailed or scanned – must be put in both the S-drive and C-lio.

The FULL case number needs to be entered into Clio once we get it assigned. Also the Contacts must be entered into Clio when we get the summons back.

Once we get all filed documents back and orders from the Court, it's ready to be served. These complaints have time limits on service so you need to read the orders and see if it is 45 (sometimes in Sacramento this happens), 90 (also Sacramento has done this), or 120 (which is normally the order in Eastern).

ALWAYS ENTER TASKS AND NOTES INTO CLIO (I was real bad at this and it is so important so that if you are not here, everyone can look at Clio and know exactly what has been done, what is to be done, what we are waiting for, etc. etc.)

After the Proofs come back, we file them with the Court, put the filed POS in both S-drive and Clio, enter a task for MS as to when each Defendant's answer is due.

MLF0056402

50 miles
per mo.

Our law firm is seeking an individual for a hybrid position, including office manager, receptionist, bookkeeper, personal assistant, and entry level legal assistant. Typical duties include the following:

- Answer phones, direct calls, take accurate messages, provide information to caller as appropriate
- Receive incoming mail, scan, and distribute to appropriate individuals
- Drop end of day mail/overnight deliveries at post office/overnight delivery drop boxes
- Process invoices and ensure all expenses related to a particular matter are properly associated with that matter, mail payments, file all bookkeeping related documents
- Enter attorney time into law firm management software system
- Receive and document incoming settlement payments
- Prepare and make daily bank deposits
- Communications with clients, both written and verbal, as needed
- Manage and track office needs including office supplies, maintenance, gardening services, janitorial services and related supplies
- Filing (both digital and hard copy) requiring knowledge of legal documents to correctly file under corresponding tabs
- Take court filings to local courts in San Jose
- Provide personal assistance to one attorney as needed (including limited errands, making appointments, coordinating personal calendar, and similar tasks)

Accordingly, we are looking for someone who has the following skills:

- Must have reliable vehicle, clean driving record and full liability coverage (driving will be reimbursed at the IRS per mile rate and is generally less than 50 miles per month; you will be required to maintain an accurate mileage log); DMV printout and proof of insurance will be required after job offer is made
- Strong MS Word and Outlook skills
- High energy, ability to juggle many tasks without becoming flustered, extremely positive attitude
- Strong team player with a "can do" attitude and willingness to take on any task, even if not clearly identified within job description
- Adept at learning new technology, as well as firm's office practices and procedures
- Ability to take charge of the position, and suggest improvements on processes as appropriate
- Willingness to take direction from multiple sources, including attorney, paralegals and legal assistants
- Pleasant and professional telephone demeanor

MLF0056403

EX. 4-14

- Ability to write simple letters using standard office format with proper grammar and without typographical errors
- Strong work ethic
- Ability to work with a wide array of personalities
- Excellent judgment and ability to keep matters absolutely confidential
- Some bookkeeping experience desirable
- Some experience in a legal environment desirable
- Some experience managing a small office desirable
- Associates degree or higher desirable

We offer very competitive pay, a congenial atmosphere, health and dental benefits, as well as vacation and holiday pay. We have one attorney, three paralegals, a legal assistant, and several part-time clerks. Our office is very fast paced, but not pretentious. We are located in downtown San Jose within walking distance to both Japan Town and San Pedro Square, as well as the heart of downtown.

To be considered for this position, you must provide all of the following: 1) a cover letter explaining why you believe you are suited to this position; 2) a resume; and 3) desired salary and salary history. Please provide all three in PDF format. Failure to provide all the information requested will result in your application not being considered. Thank you for considering this position!

MLF0056404

EX. 4-15

(1) Intra Office Filing + Time Entry – 15%

(2) Scanning New Notes and Receipts – 15%

(3) Assisting Paralegal (electronic case filing, filing POS, sending out for service, research) – 25%

(4) Closing Cases – 25%

(5) Preparing and Sending Client Correspondence (Fee Agreements, Complaint, Verifications, Receipt Letters, Rejection Letters, etc) – 20%

MLF0056405

EX. 4-16


Drivers

## MEYLIN JOB DUTIES

- ~~All miscellaneous office driving ( Picking and dropping off client, drop off or picking up documents or checks, sometimes office supplies ) 1 - 2 hr (Varies)~~
- Answer phone- 30 Min
- Assisting paralegal -Interview clients and translate (Spanish) Questionnaires for cases 1 – 2 hrs *once in a blue moon*
- ~~Coordinating repairs = (Depends)~~
- ~~Court filing - 40 min = 1 hr.( Not daily as needed)~~
- Daily bank deposits 30 -35 min
- Daily drop off mail 20 min
- ~~Get TM lunch – 20 min 9 ( Only  When she's in the office)~~
- Office filing (Stamp Court Timing Documents) 4- hrs
- Open mail and distribute – 1 hr
- Order office supplies (Break room area and cleaning supplies) 45 min (Not daily approximately once a week.)
- ~~Personal tasks (Addressing children's tickets, depositing checks for children, personal banking, coordinate vehicle repairs/maintenance.)~~
- Process case payments and classified per case -1 hr
- Process invoices – Enter in Clio- (Process Servers Company and Lexis Nexis) 1 hr.
- ~~Process payroll- 10 = 15 min ( Twice a month)~~
- Scanning- 20 min to 1 hr ( Varies)
- ~~Schedule TM personal appointments -10 min ( Not daily)~~
- Send client settlement agreements for signature – (Fax or Email) 15 min
- Sent payments to clients and enter in Clio.
- ~~Sometimes buy Christmas items and decorations -Also for yearly abilities expo.~~
- TM Personal Filing -1 hr
- ~~Year-end accounting 5 hr ( TM Personal)~~

*Went personal Assistant (  Driver)*

Phone .5
Deposits .5
mave 1 hr
Scanny 1 hr
Bookkeep. 1 hr
Settle. agmts ?

MLF0056406

EX. 4-17

Our clients send us receipts and should include notes as to what they experienced at the Facility. Upon receipt, Meylin scans them in and gives them to you. You put them on the ADA List (if they aren't there already); call client and let them know you got the receipt and ask questions about his/her experience there (go over there notes and then get as much additional information as you can). We have to check ADA List and Clio to make sure receipt isn't duplicate. Make sure you have address for receipt and date the client went to the place. Also open a clio –pending file. Then the receipt goes into the expando file on book case under clients name and waits for you to send Josh/Tanya to facility for investigation. I am forwarding to you the Investigation Memo that I use to add facilities to Josh. I try (ideally) to add 3-5 a week and he'll call if he needs more. Use the same email it makes it easier and just cross them off as he does them. When you cross them off, make sure you update CLIO and ADA List.

When they are rejected by investigation, you sent client a form reject letter and staple the receipt to our copy of the letter and put it in the client files in desk drawer.

If they are accepted, send client the fee agreement and form letter that goes with it. Go to ADA and put "open", same with Clio.

Next we do research as to property owner(s) and business owner(s) using all tools available. TM's lexis account info is under the clear plastic on the desk. We always sue both property owner and business owner. Some resources are Property Shark
searches a month, this would be for property ownership only), Parcel Quest
); Fresno Health Inspectors, CA ABC Liquor License, CA Sec of State, Fictitious Names Search

After we have investigation (photos from Josh in drop box need to be put into pdf format and saved in the client's s-drive file as well as a hard copy printed for the binder, putting 4 photos per page).

If fee agreement back, you are ready to draft complaint.

ALWAYS use the ADA Complaint Form template (in S-drive). The things to look out for are: VENUE; PLAINTIFF'S NAME; ALL DEFENDANTS LISTED CORRECTLY AND ADDRESSES ARE CORRECT. When using the template, everything stays the same (other than the above) and Paragraph 10. This is where we have to put the plaintiff's personal experiences in – specifically but not too specific. The draft is printed and given to TM for review (please staple drafts and indicate on first page "Draft #xx). She will make revisions and this will go back and forth until the final draft. This needs to be saved and printed in PDF for her review.

We file in three of the four Federal District Courts in CA – Northern, Central & Eastern

To file in Eastern we file on line                .  . . . . . .1) and submit only the complaint and the civil case cover sheet. Please note that in Fresno these are two different filings but in Sacramento they want you to file the civil case cover sheet and add the complaint as an attachment so it's one document.

To file in Central            . . . . . . , . . . . . . . . , . we have to file 4 through 1 Legal and submit summons, civil case cover sheet, complaint and notice of interested parties. Once we get the filed documents back from 1 Legal, we have to email the Court (one legal will give you a page with the correct email) two

*\* if it is a duplicate from a different client —
talk to TM.
\*\* calendar sol 2 years*

MLF0056407

attachments – one is of the Notice of Interested Parties, one is of the complaint, summons, civil case cover sheet and Notice of Assignment to Magistrate Judge for Discovery. This email with these two attachments MUST BE SUBMITTED TO THE COURT VIA EMAIL WITHIN 24 HOURS OF THE FILING.

To file in Northern ̈ ̇ ̇ ̇ ̇ ', we use County Process to file. Send two copies and the original to the court of the summons, civil case cover sheet and complaint. After Co. Process brings back the filed documents, scan and email to the Judge assigned a filed copy of the complaint (only the complaint).

All documents from the Court – whether emailed or scanned – must be put in both the S-drive and C-lio.

The FULL case number needs to be entered into Clio once we get it assigned. Also the Contacts must be entered into Clio when we get the summons back.

Once we get all filed documents back and orders from the Court, it's ready to be served. These complaints have time limits on service so you need to read the orders and see if it is 45 (sometimes in Sacramento this happens), 90 (also Sacramento has done this), or 120 (which is normally the order in Eastern).

ALWAYS ENTER TASKS AND NOTES INTO CLIO (I was real bad at this and it is so important so that if you are not here, everyone can look at Clio and know exactly what has been done, what is to be done, what we are waiting for, etc. etc.)

After the Proofs come back, we file them with the Court, put the filed POS in both S-drive and Clio, enter a task for MS as to when each Defendant's answer is due.

MLF0056408

<u>**Checklist for the Intake Paralegal**</u>

<u>**Opening a New File and Complaint Preparation Procedures**</u>

All your time must be entered in Clio at the same time you are performing any task. Before you do anything on the file you must start the timer running. Once the file is put away you turn off the timer. Use this checklist and follow the steps below. Once the step is complete place your initials and a date of completion of the task next to each paragraph below. Since you will be working on several files at the same time, when you have to move to the next file, enter in Clio your next step on this file to remind yourself where you left when you return to this file in the future.

1. Original receipt received from the client. Meylin places the original receipt into a plastic sleeve, files it away and hands you a **copy** of the receipt for further processing. Date of receipt of the copy from Meylin: _____ Initials:_____

2. Enter receipt in Clio under a "pending matter", make sure the address of the place and the SOL is calendared. Check for conflicts. If we have this particular location already in Clio enter a task for TM to review the conflict and enter a task for yourself to follow up with TM re conflict in 1 week. If no conflict proceed to the next step. Date of completion: _____ Initials:_____

3. Then enter the receipt in the ADA list of facilities. Check for conflicts. If this facility is on the list, enter a task for TM to review the conflict and enter a task for yourself to follow up with TM re conflict in 1 week. If no conflict proceed to the next step. Date of completion: _____ Initials:_____

4. If the facility in question is not on ADA list and is not in Clio send client a first letter advising him/her that we received it and will investigate it. If there is a conflict TM will advise you which letter to send out. Have TM sign the letter and then mail it to the client. Open a new folder under "Pending cases" in dropbox and save the letter in the folder. Copy of the letter should be placed in the main client file until the case is open. Date of completion: _____ Initials:_____

5. Next, make a phone call to the client to conduct an interview about all the details of the incident. If you can't get hold of the client leave a message and enter a task in Clio to follow up. Do not assume that the client will tell you every detail. Ask questions to get the entire story out. Find out why the client went there, was he/she alone, what method of transportation was used, which wheelchair was the client using that day, has he/she previously been to this facility, where did they park? Who was driving? What happened as the client was unloading from the car or van? Time of the day. What was purchased, any difficulty encountered there. If you get an answer that he/she can't remember what exactly happened, kindly explain that we need all these details to decide if we will take the case. Once you get the details prepare a memo for TM to review and copy and paste the memo text into Clio – save it under notes. Calendar 1 week for TM to get back to you re completeness of the story. Enter a task for TM to review the memo

1

MLF0056409

in the new Clio matter created by you. Place a hard copy of the memo in TM's inbox. Date of completion: _____ Initials:____

6. After you receive feedback from TM (within 1 week from your memo – if no feedback follow up with TM) enter tasks for investigator (JL) to do the site inspection (all tasks are entered under the new pending matter you just created in Clio). Provide the details for the investigator, such as a summary of client's complaints. The site inspection results due date should be within 2 weeks of your entry. At the same time enter a task for yourself to follow up with the investigator 1 week after the due date to see if we have the photos and results. Date of completion: _____ Initials:____

7. If you do not have any response from the investigator it is your responsibility to follow up re photos and results of the site inspection. Ask when it will be complete and enter a follow up task in Clio accordingly. Date of completion: _____ Initials:____

8. Once we have photos from the investigator prepare a package for TM's review consisting of 1) copy of the receipt, 2) notes from the client and your memo, 3) photos from the investigator, and 4) this checklist. Place the package in TM's inbox and task it for TM to review (next day) and for yourself to fup w/TM within 5 days if no instructions received from TM re whether to open the file. Date of completion: _____ Initials:____

9. Once TM instructs you to open the file you have to prepare a black folder, place all documents in the folder, prepare a label, and do research re defendants, i.e. landlord and business operator. Research has to be done within 1 week from receiving the instructions from TM re opening the file. So, task the due date for the research and 1st draft of the complaint for 1 week from the date you receive instructions. Date of completion: _____ Initials:____

10. Once the research is done prepare a complaint draft for TM's review. Place the black folder on TM's desk with 1st draft of the complaint attached to the front of the file. Task it for 5 days to follow up with TM re revisions. Also enter all names of the defendants in Clio as contacts. Date of completion: _____ Initials:____

11. Once revisions received prepare the final draft and all other documents (Summons, Certificate of Interested Parties, Cover Sheet, etc) for TM's review. Task for TM and yourself to provide/receive final revisions for 2 days. Date of completion: _____ Initials:____

12. Once final revisions are received prepare all documents in pdf and give TM printed out pdf's to get an approval prior to filing. Task for 1 day to get it filed with the court. Date of completion: _____ Initials:____

13. Once filed with the court, you have to immediately download all filed documents in Clio, save the documents in the folder and, if necessary, send courtesy copies to the intake or judge. Also

2

MLF0056410

make sure you enter a task for yourself to prepare everything for service and send out to a process server within 1 week after service. You also change the status of the file from pending to open and update the name of the matter to correspond with the court's designation and enter the court case number. Date of completion: _____ Initials:_____

14. You also must send copies to clients via email or mail. Most clients have an email and it is easier to attached filed pdfs to the email. Date of completion: _____ Initials:_____

15. Once the documents are out for service, enter a task to follow up with the process server within 1 week after the documents were sent out. If the service is not complete within 1 week, find out what the problem is. If there is a problem, e.g. defendant moved or address is wrong, advise TM and do additional research to confirm this is a right party. Date of completion: _____ Initials:_____

16. Once proof of service is received it must be filed with the court immediately and task entered in Clio re answer due date. Date of completion: _____ Initials:_____

17. After the proof of service filed and the filed document entered in Clio and in dropbox your job on this case is complete unless you receive further instructions. Date of completion: _____ Initials:_____

3

MLF0056411

EX. 4-22

## Tasks

Display: All | Due This Week | Due Today | Due Tomorrow | Overdue

Tasks

| | Description | Due | Assigned By | Reference | |
|---|---|---|---|---|---|
| | Open file, letters, complaint | 11/12/2011 | T M | ... | |
| | Follow up on service of process from Action Legal | 11/14/2011 | Me | | |
| | File open, letters, draft complaint | 11/14/2011 | T M | | |
| | Open file, letters, find notes in the client's file, draft complaint. | 11/14/2011 | T M | | |
| | Do not open this one yet, waiting for further investigation from Josh. He needs to measure the parking spaces and slope. | 11/14/2011 | T M | | |
| | Open file, letters to client, research, draft complaint see my notes | 11/14/2011 | T M | | |
| | Need additional information from the client, what was that inconvenienced him or made him uncomfortable? | 11/14/2011 | T M | | |
| | File open, letters to client, research, draft complaint - see my notes | 11/14/2011 | T M | s | |
| | Open the new file, send letter to the client, draft the complaint see my notes in clio | 11/14/2011 | T M | | |
| | Mr. Delgado to call me re: Choice Food Market complaint | 11/14/2011 | Me | | |
| | File open, letter of representation, draft complaint | 11/14/2011 | T M | | |
| | Follow up with Court re rest of initial filing documents | 11/14/2011 | Me | | |
| | Serve defendents when rest of documents are received from Court | 11/14/2011 | Me | | |
| | Hold - per Tanya 11/10. Send a letter to Mr. representation | 11/14/2011 | T M | | |
| | Hold - per Tanya 11/10. Open the file and start research re business and property owners | 11/14/2011 | T M | | |
| | Follow up on court initial filing | 11/14/2011 | Me | | |
| | Open file, letters, complain | 11/14/2011 | T M | | |
| | Send a client a rejection letter on this one then close the file | Today | T M | | |
| | Follow up on service of defendants and see if they received other package for service | Today | Me | | |
| | File open, letters, complaint - see notes | Today | T M | | |
| | File open, letters, research, draft complaint | Today | T M | | |
| | Open file, research, letters to defendant, draft complaint | Today | T M | | |
| | File open, research, draft the complaint | Today | T M | | |
| | Follow up with County Legal on service for E. Iaconetti | Today | Me | | |
| | Open the file and draft complaint | Today | T M | | |

< Prev | 1 | 2 | Next >

MLF0056412

EX. 4-23

## Tasks

Display: All | Due This Week | Due Today | Due Tomorrow | Overdue

**Tasks**

| | Description | Due | Assigned By | Reference | |
|---|---|---|---|---|---|
| ☐ | Follow up on One Legal initial filing | 11/17/2011 | Me | | |
| ☐ | Follow up on service of defendants | 11/17/2011 | Me | | |
| ☐ | Follow up with One Legal re initial filing | 11/22/2011 | Me | | |

| < Prev | 1 | 2 | Next > |

MLF0056413

EX. 4-24

## PROCEDURE CHECKLIST
## New Receipts

**Process new receipt:**

- ☐ Read the client's notes and check the receipt for a date.
    - ○ If no date, call client immediately for the date of visit before they forget.
- ☐ (If it hasn't already been done) Scan receipt and notes to Dropbox "Client Scanned Receipts/Notes" file (as separate files); print copy for file.
- ☐ Mail original receipt and notes back to client.
- ☐ Whitney to add to ADA list – make sure the business is not already there (i.e. from a different client).
- ☐ Open case in Clio.
    - ○ Description: [Client name] v. [Business name]
    - ○ Pending Date: [Date case opened in Clio]
    - ○ Open Date: Leave blank
    - ○ Close Date: Leave blank
    - ○ Status: Pending
    - ○ Practice Area: ADA
    - ○ Client Reference Number: Leave blank
    - ○ Responsible Attorney: TM
    - ○ Location: Address of the Facility
    - ○ Billable: Checked
    - ○ Reset Matter Number: Unchecked
    - ○ Matter Client: Enter client name to find contact or add new person
    - ○ Statute of Limitations: One year from date of receipt
    - ○ Satisfied: Unchecked
    - ○ Matter Permissions: Everyone
    - ○ Billing Method: Hourly
    - ○ New Task Matter
- ☐ Enter time on Clio for the above tasks (and for each following task as you do it).
- ☐ Send a "Receipt letter" to client. (See example.)
- ☐ Set a task to interview the client.

**Client interview:**

- ☐ Review client notes and Google map/street view of the location to familiarize yourself with the facility.
- ☐ Call the client. Go over in detail their experiences, eliciting as necessary additional barriers they may have encountered. (Use the Questionnaire as a starting point for your questions.)

MLF0056414

EX. 4-25

- Talk them through their entire visit to the facility, including arrival, how they got into the building, opening the door, entering, experiences inside (sitting, maneuvering, etc.), using the restroom, leaving, getting back to their car.
    - The goal is to help them identify EVERY barrier they encountered with specifics. However, they MUST be able to articulate how an alleged barrier posed <u>difficulty, discomfort or embarrassment</u> for them. It is not good enough to just note something is not compliant (i.e. not proper signage). They must explain how this caused them a problem. The more detailed, the better.
    - Every barrier must be identified specifically in terms of location. Defendants MUST be able to use the complaint as a roadmap to identify the barrier. If, after reading our complaint, a reasonable person could not go out to the site and identify the barrier, we will be precluded from relief.
- ☐ Enter your notes from the client interview into Clio under "notes".
- ☐ Evaluate whether the barriers are sufficient to proceed with filing claim. (Ask TM if unsure.)
    - If no, proceed to **"Rejecting Claims"**.
    - If yes, proceed with steps below.

**Setting a site inspection:**

- ☐ Prepare a "Barrier Memo". (See example.) Each paragraph should focus on one individual barrier, etc. You should write this memo so that you can ultimately cut and paste each paragraph into Paragraph 10 of the Complaint.
- ☐ Email the barrier memo to Whitney. She will put it on the list of inspections that need to be done.
    - CLIO TASK FORMAT: "Site inspection: ABC Market, 123 1st Street, San Jose"
    - EMAIL SUBJECT FORMAT: "Site inspection: 00000 Client v. Defendant (Attach memo)
        - We need a sit inspection at "NAME OF FACILITY", ADDRESS. Barrier memo is attached.

**Once site inspection photos are received from Josh:**

- ☐ Move the photos from the "Share with Josh" dropbox folder to the appropriate client folder.
- ☐ Assign task to Tanya to review site inspection photos and memo when it comes in and advise whether to proceed with case.
    - If no, proceed to **"Rejecting Claims"**.
    - If yes, proceed with steps below.
- ☐ Send fee agreement letter to client. (See example.)
- ☐ Open a binder (don't put a label on it until you have researched the defendants). Put all documents in it, including a copy of the photos from the site inspection (print to PDF with 4 images per page first, save a copy in the Dropbox case folder).
- ☐ Proceed to **"Researching Defendants"**.

MLF0056415

EX. 4-26

## **PROCEDURE CHECKLIST**
### **New Receipts**

**Process new receipt:**

- ☐ Read the client's notes and check the receipt for a date.
    - ○ If no date, call client immediately for the date of visit before they forget.
- ☐ (If it hasn't already been done) Scan receipt and notes to Dropbox "Client Scanned Receipts/Notes" file (as separate files); print copy for file.
- ☐ Put original receipt and notes in client receipts binder.
- ☐ Add to ADA list – make sure the business is not already there (i.e. from a different client).
- ☐ Open case in Clio.
    - ○ Description: [Client name] v. [Business name]
    - ○ Pending Date: [Date case opened in Clio]
    - ○ Open Date: Leave blank
    - ○ Close Date: Leave blank
    - ○ Status: Pending
    - ○ Practice Area: ADA
    - ○ Client Reference Number: Leave blank
    - ○ Responsible Attorney: TM
    - ○ Location: Address of the Facility
    - ○ Billable: Checked
    - ○ Reset Matter Number: Unchecked
    - ○ Matter Client: Enter client name to find contact or add new person
    - ○ Statute of Limitations: One year from date of receipt
    - ○ Satisfied: Unchecked
    - ○ Matter Permissions: Everyone
    - ○ Billing Method: Hourly
- ☐ Note new Clio case number on receipt/notes copies you printed to file.
- ☐ Enter time on Clio for the above tasks (and for each following task as you do it).
- ☐ Send a "Receipt letter" to client. (See example.)
- ☐ Set a task to interview the client.

**Client interview:**

- ☐ Review client notes and Google map/street view of the location to familiarize yourself with the facility.
- ☐ Call the client. Go over in detail their experiences, eliciting as necessary additional barriers they may have encountered. (Use the Questionnaire as a starting point for your questions.)
    - ○ Talk them through their entire visit to the facility, including arrival, how they got into the building, opening the door, entering, experiences inside (sitting, maneuvering, etc.), using the restroom, leaving, getting back to their car.

MLF0056416

EX. 4-27

- The goal is to help them identify EVERY barrier they encountered with specifics. However, they MUST be able to articulate how an alleged barrier posed <u>difficulty, discomfort or embarrassment</u> for them. It is not good enough to just note something is not compliant (i.e. not proper signage). They must explain how this caused them a problem. The more detailed, the better.
- Every barrier must be identified specifically in terms of location. Defendants MUST be able to use the complaint as a roadmap to identify the barrier. If, after reading our complaint, a reasonable person could not go out to the site and identify the barrier, we will be precluded from relief.
- ☐ Enter your notes from the client interview into Clio under "notes".
- ☐ Evaluate whether the barriers are sufficient to proceed with filing claim. (Ask TM if unsure.)
  - o If no, proceed to **"Rejecting Claims"**.
  - o If yes, proceed with steps below.

**Setting a site inspection:**

- ☐ Open a new folder in the Dropbox under "Civil Cases Not Filed."
- ☐ Prepare a "Barrier Memo". (See example.) Each paragraph should focus on one individual barrier, etc. You should write this memo so that you can ultimately cut and paste each paragraph into Paragraph 10 of the Complaint.
- ☐ Email the barrier memo to Josh (glevinson@westcoastcasp.com; cc Tanya; cc Clio), provide him the address of the facility and ask him to do a site inspection. (If the facility is local to the Bay Area, ask Tanya if she would rather do the site inspection herself.)
  - o CLIO TASK FORMAT: "Site inspection: ABC Market, 123 1st Street, San Jose"
  - o EMAIL SUBJECT FORMAT: "Site inspection: 00000 Client v. Defendant (Attach memo)
    - We need a sit inspection at "NAME OF FACILITY", ADDRESS. Barrier memo is attached.
  - o Set a task in Clio for Josh (JL) to do the site inspection
  - o Set up a task in Clio for you to follow up (in two to three weeks)

**Once site inspection photos are received from Josh:**

- ☐ Move the photos from the "Share with Josh" dropbox folder to the appropriate client folder.
- ☐ Assign task to Tanya to review site inspection photos and memo when it comes in and advise whether to proceed with case.
  - o If no, proceed to **"Rejecting Claims"**.
  - o If yes, proceed with steps below.
- ☐ Send fee agreement letter to client. (See example.)
- ☐ Open a binder (don't put a label on it until you have researched the defendants). Put all documents in it, including a copy of the photos from the site inspection (print to PDF with 4 images per page first, save a copy in the Dropbox case folder).
- ☐ Proceed to **"Researching Defendants"**.

MLF0056417

EX. 4-28

## <u>PROCEDURE CHECKLIST</u>
## Researching Defendants

☐ Google the property and use hybrid/street view to find its precise location. (Note the location of the parking lot and any other areas used by the client as well.)

☐ Use Parcel Quest to search for the parcel by address. Use "Hybrid" and click on the section of the building that contains the property. Click on the APN and print out the resulting pages. Print and Scan to folder "Pre-filing Investigation" – "Landlord".

☐ Click on the most recent Recording Document. Save the Deed Image to "Pre-filing Investigation" – "Landlord"   (cost $5.00 – note in Clio under expenses)

☐ Use Lexis to locate the property owner.

☐ Do a "Real Property" search and look at the results. Note the recorded current/former owners and tenants; make sure it seems like the right place. Save the most recent Assessor's records showing who paid the property taxes to "Pre-filing Investigation" – "Landlord".

  ○ **SOMETIMES** Parcel Quest does not have the deed image.  Then we need to use Lexis. Do a search on the address for "Deed Images". [Note: we have to pay extra for the deed images so do not access any that are not needed.] You may need to search by parcel number rather than address.  Print out the resulting list of deed transactions. Then click on the most recent deed and print it. Make sure that it names the full owner of the property (sometimes people will own only ½, ¼, etc.) and if not, look at the other deeds to find the other owners.

☐ Note the full name of the property owner exactly as listed on the deed. This will be the name of the defendant in the Complaint. [i.e. JOHN DOE, Trustee of the JOHN H. DOE REVOCABLE TRUST dated January 1, 2000]

☐ Locate the person/company named as the owner or trustee. Save to Landlord folder all your research.

  ○ Do a "Comprehensive Person Report" if an individual. Make sure they are not deceased and that you can find their current address.

  ○ If the property owner is a corporation, LLC or LLP, do a search of the CA Secretary of State database to find the registered agent. Make sure the corporate status is current.

☐ Put all the above property owner research under the "Pre-Filing Investigation - Landlord" tab in the case binder.

☐ Now use Lexis to locate the business owner. Print out all your research.

  ○ Do a "Comprehensive Business Report" first. You can use other searches to find the owner if it is unclear, such as "Fictitious Business Names". [If you really have a hard time finding the current owner, the business may have closed. Try calling the business to see if it is still there.]

  ○ If the business is a food facility, try to find and print the most recent health inspection report showing the business owner's name (not available in all counties).

  ○ If the business serves alcohol, you can search the CA ABC License Database.

MLF0056418

EX. 4-29

- If the business is a gas station, you can search the CA Underground Storage Tanks Database.
- Once you are sure about the property owner, note their complete name, including "dba". [i.e., JOHN DOE, dba RICKY'S TACOS] This will be the defendant's name in the Complaint.
- Locate the address of the defendant and print your research.
  - If the property owner is a corporation, LLC or LLP, do a search of the CA Secretary of State database to find the registered agent.
  - If an individual, do a "Comprehensive Person Report" to find correct home address.
- Put all business owner research under the "Pre-Filing Investigation - Tenant" tab in the case folder.
- Set a task to draft the complaint.

MLF0056419

EX. 4-30

## **PROCEDURE CHECKLIST**
## **Drafting Complaint**

- ☐ Research the proper defendants. (See **"Researching defendants."**)
- ☐ Draft Complaint. (See example.)
  - ○ Fill in all the blanks.
  - ○ Cut and paste the paragraphs from the barrier memo into Paragraph 10.
  - ○ If the client visited on multiple occasions, or there are multiple facilities in the same case, you will need to alter the template a bit. (See examples)
  - ○ Double check the formatting.
  - ○ Save it in the client Dropbox folder.
- ☐ Prepare a Verification. (See example.)
- ☐ Create a task in Clio for WL to review the draft Complaint, and a task for you to follow up with her. Email a copy to WL.  Receive revised draft from WL.
- ☐ Print a copy, write "Draft [date]" in the top right corner, and give it to Tanya for review (put it on her in-box).
- ☐ Once you have Tanya's edits, make any needed revisions.
- ☐ Once Tanya has approved the Complaint, make a PDF of it and email it to the client with the Verification. (See example.) (Some clients do not accept emails and you have to mail it.) Call the client to let them know you sent it.
- ☐ Set a task in Clio to follow up with the client if signed Verification is not received promptly.
- ☐ Once Verification is received, proceed with filing instructions for applicable District.

MLF0056420

EX. 4-31

## PROCEDURE CHECKLIST
## Filing Complaints
## (Eastern District)

- ☐ Prepare documents for filing:
  - ○ Complaint and Verification (in one PDF – electronically signed verification and add to PDF of Complaint, make sure the dates correspond)
  - ○ Civil Cover Sheet (see example)
- ☐ Login to Eastern District ECF
  - ○ Login:
  - ○ Password:
- ☐ Click "Civil" tab at top of page and click "Lodge new case" (only if new complaint)
- ☐ Select proper office:
  - ○ Fresno: Calaveras, Stanislaus, Tuolumne, Merced, Mariposa, Madera, Fresno, Inyo, Kings, Tulare and Kern Counties
  - ○ Sacramento: Alpine, Amador, Butte, Colusa, El Dorado, Glenn, Lassen, Modoc, Mono, Nevada, Placer, Plumas, Sacramento, San Joaquin, Shasta, Sierra, Siskiyou, Solano, Sutter, Tehama, Trinity, Yolo and Yuba Counties
- ☐ Set the remaining variables as follows:
  - ○ Jurisdiction: 3
  - ○ Cause of action: 42:12101
  - ○ Nature: 446
  - ○ Origin: 1
  - ○ Jury Demand: N
  - ○ Demand: 75,000
  - ○ County: Choose county of first named plaintiff
  - ○ Leave everything else blank/as is
  - ○ Click "next"
- ☐ Click "Add New Party" and add Plaintiff.
  - ○ Add parties in the order they are named on the Complaint
  - ○ Leave everything blank except name
  - ○ **Make sure to change Role to "Plaintiff"**
  - ○ Use **& only** if it is part of the name
  - ○ You will be assigned a temporary case number. Print this page / note the number
- ☐ Click the plus sign on left of screen to add Attorney
  - ○ Search by SBN: 206683
  - ○ Make sure Tanya Moore is selected as "Lead Attorney" and click "add attorney"
- ☐ Click "Add New Party" and create a new party for Defendant
  - ○ Make sure to add the defendants in the order they are named in the caption.
  - ○ Add any "aka" or "dba" for the defendants under Alias. "Trustee of XYZ trust" under the "party text"

MLF0056421

EX. 4-32

- o   Corporation – choose yes if it is a corporation
- ☐ Double check that everything is correct and click "Create Case"
- ☐ Click "Docket Lead Event"
  - o   Select the type of initiating document you are filing, ie. Complaint
  - o   Confirm the case number
  - o   Select the name of the party filing the Complaint
  - o   Tanya will be added as the attorney automatically.
  - o   Select the names of the defendants (All Defendants)
- ☐ Uploading Documents
  - o   Main Document – **Complaint**
  - o   Attachment 1 – Exhibits (if any); if none, then **Civil Cover Sheet**
  - o   Attachment 2 – Civil Cover Sheet (or above)
- ☐ Double check that everything is correct and click, "submit".
- ☐ Filing Fees  <u>(need credit card number)</u>
  - o   You will be directed to a pay.gov website.
  - o   Complete all required information
- ☐ Completing the Filing
  - o   Complete the blank field next to the "Complaint". Add "asserting denial …"
  - o   Click submit
  - o   The final screen will appear; confirm and then click 'submit'
  - o   You will receive the notice of electronic filing. Print a copy.
- ☐ RECEIVE the filed Complaint and Civil Cover Sheet with temporary case number.  You only have a **short time period** in which to download those documents.
- ☐ Update Clio to change the case name; status to "OPEN" with today's date; Case number; Assign tasks list for "CAED New Filed Case; update matter display.
- ☐ Communications – set up link to clio from email.
- ☐ When you receive the filed documents, proceed to **"Processing Filed Complaints (Eastern District)"**

MLF0056422

EX. 4-33

## **PROCEDURE CHECKLIST**
## **Processing Filed Complaints**
## **(Eastern District)**

- ☐ Receive emailed copies (from court) of documents you filed, ie: New Case Documents, Summons.
- ☐ Print ECF page, initial and write ADA # on top right corner; Place on Jessica's desk.
- ☐ Save documents to case folder Pleadings as "Filed [name of document]", etc. Be specific.
- ☐ Retrieve and save from court website any Standing Orders for the Judge. Save to Pleadings.
- ☐ Forward all filed documents to Clio.
- ☐ Add case number to Clio (under "Client Reference Number").
- ☐ Add all defendants to Clio contacts (name and addresses).
- ☐ Note filing fee as expense in Clio.
- ☐ Review the Scheduling Order. Set up a task for the last date to complete service (and some reminders). If there is no date listed then set it for 60 days out.
  - o 90 days – Last day to complete service
  - o 60 days – Have defendants been served
  - o 3 weeks out – F/u on each named defendant
- ☐ Send a letter to the California Commission on Disability Access, with Proof of Service, enclosing a copy of the filed Complaint. (See example.) Copy to file.
- ☐ Send a copy of the Complaint to the client.
- ☐ Send documents out for service.
  - o Fresno/Clovis local defendants – use **Action Legal**
  - o Southern CA defendants – use **OneLegal**
  - o Bay Area – use **County Process**

MLF0056423

EX. 4-34

**<u>PROCEDURE CHECKLIST</u>**
**Serving Summons & Complaint**
**(Action Legal)**

☐  Make a pdf of each document per defendant. Serve the following documents:
  ○  Civil Cover Sheet
  ○  Summons
  ○  Complaint
  ○  Any documents provided by court i.e. scheduling order, standing orders, etc.
  ○  Any other documents required by court (see scheduling order for instructions – you might have to download them from court website)
  ○  Alternative Dispute Resolution Information Sheet (Count Superior Court Cases)
  ○  Notice of Stay of Proceedings and Early Evaluation Conference
  ○  Notice of Mandatory Evaluation Conference
  ○  Defendant's Application for Stay and Early Evaluation Conference
  ○  State Law Requires… (must be printed on yellow paper)
  ○  Advisory Notice to Defendant (must be printed on blue paper)
☐  Prepare cover letter to Action Legal (see example).
☐  Scan a copy of cover letter to the 'General Correspondence' folder in Clio.
☐  Email Process Service request to Action Legal (action@attitude.com). Copy to clio.
☐  Put a notation in Clio that "Sent out for service on X defendant(s) via Action Legal"
☐  Set a task to follow up to make sure defendants were served. (Set task at 3 weeks, 60 days, and last day to service is normally 120 days)

MLF0056424

EX. 4-35

## <u>PROCEDURE CHECKLIST</u>
### Serving Summons & Complaint
### (One Legal) (https://www.onelegal.com)

- ☐ Make sure you have all your documents in PDF form, save copies in a separate folder for easy uploading. Serve the following documents:
  - ○ Civil Cover Sheet
  - ○ Summons
  - ○ Complaint
  - ○ Any documents provided by court i.e. scheduling order, standing orders, etc.
  - ○ Any other documents required by court (see scheduling order for instructions – you might have to download them from court website)
  - ○ Important Information for Building Owners & Tenants
  - ○ Notice of Stay
  - ○ Notice to Defendant
  - ○ Defendant's Application for Stay
  - ○ State Law Requires…
  - ○ Advisory Notice to Defendant
- ☐ Go to onelegal.com and log in
- ☐ Complete form on website for "Process Service" (see example)
  - ○ List all documents with as complete a title as possible
  - ○ You can put all defendants on the same order as long as they are being served with the same summons (Northern District cases will have different summons for each defendant so you will have to do separate orders)
- ☐ Upload documents (in order they were listed)
- ☐ Print confirmation page, put in file under Proof of Service
- ☐ Note tracking number to Clio
- ☐ Set a task to make sure defendants were served.

MLF0056425

EX. 4-36

# PROCEDURE CHECKLIST
## Filing Proofs of Service
## (Eastern District)

- ☐ Receive signed Proof of Service from process server.
- ☐ Scan Proof of Service (without cover confirmation page) and save to file.
- ☐ **Log into CAED ECF:**
- ☐ **Click "Civil" at the top of the screen. Then click "Service of Process." Then, click "Summons Returned Executed." [DO NOT FILE AS "CERTIFICATE OF SERVICE/PROOF OF SERVICE"!!!] Click submit.**
- ☐ **Enter the case number to find the case. Check the case name and make sure it is the right case.**
- ☐ **File the document. FILE TOGETHER IF ALL SERVED SAME DAY / SAME MANNER.**
- ☐ **Enter the date served. [Note: for substitute service, add 10 days to the date of mailing, and that is the date of service. If this is a date in the future, you cannot file the proof yet, so make a task to remind you to do it later.]**
- ☐ **Calendar the date the defendant's answer is due by creating a task for Whitney. Call it "Defendant _____ answer due".**
- ☐ **Receive the email with the filed document from the court.**
- ☐ **Forward the email to Clio.**
- ☐ **Print the ECF page of the email. Check off the document with your initials. Put the ADAI number on the top right corner, give to Ashley.**
- ☐ **Save the filed document to Clio.**
- ☐ **Check off all tasks to follow up on service on that particular defendant.**
- ☐ When you receive the invoice for service, note the expense to Clio. Save in Clio under Expense.

Page 1 of 1

MLF0056426

EX. 4-37

# **PROCEDURE CHECKLIST**
## **Rejecting Claims**

- ☐ Send client "Rejection Letter". (See example.) Print to file. Save in "Client scanned receipts" folder in Dropbox (or in the case folder if one was already opened, in which case you would then move the folder to the "closed cases" folder).
- ☐ Update Clio to reflect closed date. Put reason for rejection in Notes. Change status to "Closed".
- ☐ Update ADA list to reflect closed case. Put reason for rejection in Notes.
- ☐ Staple all materials together, including original receipt, and put in client miscellaneous folder. (Shaw has a separate binder for "Rejection Letters")

MLF0056427

EX. 4-38

## **PROCEDURE CHECKLIST**
## **Filing Complaints**
## **(Central District)**

☐ Prepare documents for filing:
  - ○ Complaint and Verification
  - ○ Civil Cover Sheet
  - ○ Summons (one for all defendants – all defendants must be listed in full in the caption)
  - ○ Certification And Notice Of Interested Parties
☐ Log into CACD ECF
☐ Select "Civil Case (Attorney Electronic Filing)
☐ Click 'next' until you get to the window "Open a Civil Case", Choice the Office according to the information from the Civil Cover Sheet. Click 'next'.
☐ Complete statistical information, Jurisdiciton (3); Cause of Action (42:12101); Nature of Suit (446); Demand (75); County (plaintiff's); Leave everything else blank or how it was pre-filled
☐ Add Parties, in the order they are on the Complaint, with the Plaintiff first. Make sure to choose if Plaintiff or Defendant.  If corporation, check 'yes' at the bottom.
☐ Add alias, if any. Then choose Add New Party.
☐ When completed adding parties, choose Create Case. "Yes" to proceed.
☐ You will be given a case number; ex: 14-1245. If this is a Riverside case, the case number is 5:14-CV-01245.  Add the case number to the documents.
☐ Docket Lead Event: File the Complaint with verification. Complete the questions asked.
☐ Pay through pay.gov
☐ File all documents separately.
☐ Civil Cover Sheet: Other Filings – Misc. Filing (Non-Motion)
☐ Summons: Civil Events – Service/Waivers of Summons and Complaints – Summons Request
☐ Notice of Interested Parties – Other Filings - Notices
☐ Set task to receive Judge Assignment.
☐ Move the case folder in Dropbox to "CIVIL CASES – OPEN"
☐ Update the ADA list to reflect that the case has been filed.
☐ Move the original receipt and notes from "unfiled" section of binder to "filed" section.
☐ When you receive the filed documents via email and hard copy, proceed to **"Processing Filed Complaints (Central District)"**

MLF0056428

EX. 4-39

### <u>PROCEDURE CHECKLIST</u>
### Processing Filed Complaints
### (Central District)

- ☐ Receive emailed notices (from court) of documents you filed plus any new documents. (Sometimes a subsequent document will come through after the others – so wait to make sure you have them all before you send it out for service)
- ☐ Print court emails and forward them to Clio.
- ☐ Send Mandatory Chambers Copies to Court via One Legal. (See requirements of the individual Judges)
- ☐ Check off on email printouts with your initials after saving filed documents. Staple them behind court emails, write ADAI# on top right corner, and put on TM's small round table.
- ☐ Upload all filed documents to Clio.
- ☐ Add case number to Clio (under "Client Reference Number"); mark open date as date of filing and change case status to "open".
- ☐ Add all defendants to Clio contacts (name and addresses).
- ☐ Note filing fee/One Legal court runner fee as expense in Clio. Put receipt under "expense" tab in case binder.
- ☐ Set up a task to complete service within 60 days (or otherwise if the court issues a scheduling order).
- ☐ Send a letter to the California Commission on Disability Access, with Proof of Service, enclosing a copy of the filed Complaint. (See example.) Copy to file.
- ☐ Send a copy of the Complaint to the client. [Email to Shaw/Kalani/Morales, mail to all others]
- ☐ Send documents out for service.
  - o Fresno/Clovis local defendants – use **Action Legal**
  - o Southern CA defendants – use **OneLegal**
  - o Northern CA defendants and all others – use **ABC Legal**

MLF0056429

EX. 4-40

## PROCEDURE CHECKLIST
### Filing Proofs of Service
### (Central District)

### TRY TO FILE ALL PROOFS AT ONE TIME IF POSSIBLE

- ☐ Receive signed Proof of Service from process server.
- ☐ Scan Proof of Service (without cover confirmation page) and save to file.
- ☐ Log into CACD ECF:
- ☐ Click "Civil" at the top of the screen. Enter the case number to find the case. Check the case name and make sure it is the right case.
- ☐ Then click "Service/Waivers of Summons and Complaints." Then, click "Service of Summons/Complaint Returned Executed." [DO NOT FILE AS "CERTIFICATE OF SERVICE/PROOF OF SERVICE"!!!] Click submit.
- ☐ Answer the questions it asks you and upload the correct document.
  - o Select "Original summons returned"
  - o Enter the date served. [Note: for substitute service, add 10 days to the date of mailing, and that is the date of service. If this is a date in the future, you cannot file the proof yet, so make a task to remind you to do it later.]
- ☐ Receive the email with the filed document from the court.
- ☐ Forward the email to Clio.
- ☐ Print the email and the document, and staple the document behind the email. Check off the document with your initials. Put the ADAI number on the top right corner and put it on Tanya's small round table.
- ☐ Save the filed document and upload it to Clio.
- ☐ Review the assigned judge's Standing Orders to determine if you need to send a chambers copy. If so, use One Legal to hand-deliver it.
  - o Courtesy Copy Delivery Location: "Clerk's Office, 312 Spring Street, Los Angeles" (Change as needed per judge orders)
  - o Special Instructions: "Deliver an e-filed copy of X document to: Courtroom Deputy Civil Intake Section". Please stamp all documents "COURT COPY" (Change as needed per judge orders)
- ☐ Calendar the date the defendant's answer is due by creating a task for Marejka. Call it "Defendant _____ answer due".
- ☐ Check off all tasks to follow up on service on that particular defendant.
- ☐ When you receive the invoice for service, note the expense to Clio. Print two copies and put your initials with a check mark on the top right. Put one copy in the case binder under expenses and give the other copy to Meylin.

Page 1 of 1

MLF0056430

EX. 4-41

## <u>PROCEDURE CHECKLIST</u>
## Filing Complaints
## (Northern District via ECF)

☐ Prepare documents for filing:
- o Complaint and Verification (in one PDF – scan the signed verification and add to PDF of Complaint, make sure the dates correspond)
- o Civil Cover Sheet (see example)
- o Proposed Summons

☐ Login to Northern District ECF
- o Logir
- o Passwor

☐ Click "Civil" tab at top of page and click "Attorney Case Opening" (only if new complaint)

☐ Select proper office:
- o San Jose:
- o San Francisco/Oakland:
- o Eureka:

☐ Set the remaining variables as follows:
- o Jurisdiction: 3
- o Cause of action: 42:12101
- o Nature: 446
- o Origin: 1
- o Jury Demand: N
- o Demand: 75,000
- o County: Choose county of first named plaintiff
- o Leave everything else blank/as is
- o Click "next"

☐ Click "Add New Party" and add Plaintiff.
- o Do not create a new party unless absolutely necessary
- o Add the parties in the order they are named on the Complaint
- o Leave everything blank except name
- o Make sure to change Role to "Plaintiff"
- o Do not use ALL CAPS
- o Do not put spaces between initials
- o Add any "aka" or "dba" for the defendants under Alias. "Trustee of XYZ trust" is an aka
- o Use **& only** if it is part of the name
- o After all parties are added, click **Create Case** button
- o A case number has been assigned; note the case number

☐ Click "Docket Lead Event".
- o Select the type of initiating document you are filing, ie. Complaint
- o Confirm the case number
- o Select the name of the party filing the Complaint

MLF0056431

EX. 4-42

- o Tanya will be added as the attorney automatically. Click "lead attorney"
- o Select the names of the defendants
- ☐ Uploading Documents
  - o Main Document – Complaint
  - o Attachment 1 – Exhibits (if any); in none, then Civil Case Cover Sheet
  - o Attachment 2 – Civil Case Cover Sheet (or above)
- ☐ Double check that everything is correct and click "Submit"
- ☐ Filing Fees
  - o Three questions will appear, click "no"
  - o You will be directed to the Pay.gov web site
  - o Complete the payment fields
  - o Check the authorization and disclosure checkbox
- ☐ Completing the Filing
  - o Complete the blank field next to the "Complaint". Add "asserting denial…"
  - o Click submit
  - o The final text screen will appear; confirm and then click "submit"
  - o You will receive the notice of electronic filing
- ☐ Submitting a Proposed Summons
  - o Upload this separately from the initiating documents
  - o **Submit as one PDF document if there are multiple defendants**
  - o Click **Civil**, then **Other Filing**, then **Other Documents**
  - o Select **Proposed Summons** under available events
  - o Enter the Civil Case Number, click submit
  - o Select person filing, then select the document
- ☐ RECEIVE the filed Complaint and Civil Cover Sheet (as one document).
- ☐ Case Assignment
  - o The document will be reviewed by court staff who will contact you if there are any problems
  - o When you receive the notice of the Judge Assignment, read it carefully. Follow the instructions for downloading standing orders and service of defendant(s)
  - o You will receive the Scheduling Order in an email within 2 business days
- ☐ Issuance of Summons
  - o You will receive an email containing the issued summons from the court
- ☐ **Mail a copy of the initiating documents (Complaint and Civil Cover Sheet) to the assigned judge. Refer to the court website for the mail address**
- ☐ Set task to receive filed documents (scheduling order and summons) emailed from court
- ☐ Update Clio to change the case status to "Open" with today's date
- ☐ When you receive the filed documents, proceed to **"Processing Filed Complaints (Eastern District)"**

MLF0056432

EX. 4-43

## <u>PROCEDURE CHECKLIST</u>
### Filing Complaints
### (Northern District)

☐ Prepare documents for filing:
  - Complaint with Verification
  - Civil Cover Sheet
  - Summons (a separate one for each defendant – leave off the defendant's address)

☐ Print three copies of each document. Top hole punch one copy of each and paper clip them together in groups by document, i.e. AAA, BBB, CCC.

☐ Prepare a letter to County Process (see example). Keep a copy of the letter for the file.

☐ Call County Process at (408) 297-6070 and let them know we have documents for pickup.

**After County Process picks up the documents for filing:**

☐ Set task to receive filed documents emailed from the court (depending on how quickly County Process files the documents, it will usually take until the following day).

☐ Set task to receive hard copy filed document packet from County Process. (It usually takes between 1-3 days)

☐ Move the case folder in Dropbox to "CIVIL CASES – OPEN"

☐ Update the ADA list to reflect that the case has been filed.

☐ Move the original receipt and notes from "unfiled" section of binder to "filed" section.

☐ When you receive the filed documents via both email and hard copy, proceed to **"Processing Filed Complaints (Northern District)"**

MLF0056433

EX. 4-44

**<u>PROCEDURE CHECKLIST</u>**
**Processing Filed Complaints**
**(Northern District)**

- ☐ Receive emailed copies (from court).
- ☐ Print filed (emailed) page. Check off printouts with your initials after printing. Put on Jessica's desk.
- ☐ Save documents to case folder as "Filed [name of document]", etc. Be specific.
- ☐ Add case number to Clio (under "Client Reference Number"); mark open date as date of filing and change status of case to "open".
- ☐ Add all defendants to Clio contacts (name and addresses).
- ☐ Review the Scheduling Order. Set up a task for the last date to complete service (and some reminders). Also set a task 7 days in advance of the last date to file a motion for relief from service deadline (to talk to Marejka about whether a motion is necessary).
- ☐ Send a letter to the California Commission on Disability Access, with Proof of Service, enclosing a copy of the filed Complaint. (See example.) Copy to file.
- ☐ Email a copy of the Complaint, in PDF form, to the judge. (See court website for judge email address.) CC Clio. (Must do this within ten days from filing)
- ☐ Email a copy of the filed Complaint to client with cover letter. (mail to Bryant / Acosta, email to all others)
- ☐ Send documents out for service.
  - ○ Fresno/Clovis local defendants – use **Action Legal**
  - ○ Southern CA defendants – use **OneLegal**
  - ○ **Local – County Process**

MLF0056434

EX. 4-45

## <u>PROCEDURE CHECKLIST</u>
## Processing Filed Complaints
## (Northern District)

- ☐ Receive emailed copies (from court).
- ☐ Print court emails and forward them to Clio.
- ☐ Print filed (emailed) documents. Check off on email printouts with your initials after printing. Staple the documents behind the court emails, write ADAI# on top right corner, and put on TM's small round table.
- ☐ Save documents to case folder as "Filed [name of document]", etc. Be specific.
- ☐ Scan any documents that were not emailed to us by the Court, save to case folder. (If they were not attached to the court emails, then staple them behind the court emails and next to your check mark write "scanned"; also put them on TM's table.)
- ☐ Upload all filed documents to Clio.
- ☐ Add case number to Clio (under "Client Reference Number"); mark open date as date of filing and change status of case to "open".
- ☐ Add all defendants to Clio contacts (name and addresses).
- ☐ Tape filing fee receipt to blank paper and file under "Expenses". Note as expense in Clio.
- ☐ Review the Scheduling Order. Set up a task for the last date to complete service (and some reminders). Also set a task 7 days in advance of the last date to file a motion for relief from service deadline (to talk to Marejka about whether a motion is necessary).
- ☐ Send a letter to the California Commission on Disability Access, with Proof of Service, enclosing a copy of the filed Complaint. (See example.) Copy to file.
- ☐ Email a copy of the Complaint, in PDF form, to the judge. (See court website for judge email address.) CC Clio and print to file. (Must do this within ten days from filing)
- ☐ Mail a copy of the filed Complaint to client with cover letter. (Email to _____, mail to all others)
- ☐ Send documents out for service.
  - ○ Fresno/Clovis local defendants – use **Action Legal**
  - ○ Southern CA defendants – use **OneLegal**
  - ○ Northern CA defendants and all others – use **ABC Legal**
  - ○ **Local – County Process**

MLF0056435

EX. 4-46

# PROCEDURE CHECKLIST
## Filing Proofs of Service
## (Northern District)

- ☐ Receive signed Proof of Service from process server (if hard copy, scan it and save; if electronic copy, just save it as "POS re X defendant draft").
- ☐ Prepare cover sheet with caption (see example). Title of document is "Proof of Service of Summons as to Defendant _____"
- ☐ Make a PDF of the cover sheet called "POS re X Defendant with cover for filing", use Acrobat to insert the rest of the pages of the "POS draft", and save the completed document to file.
- ☐ If the POS says the documents were served via personal service, you can file the POS immediately. If the documents were served via substituted service, then service is not effective until ten days after the date of mailing. If this is a date in the future, you cannot file the proof yet, so make a task to remind you to do it as soon as possible on or after the effective date of service.
- ☐ Log into CAND ECF:
- ☐ Click "Civil" at the top of the screen. Then click "Service of Process." Then, click "Summons Returned Executed." [DO NOT FILE AS "CERTIFICATE OF SERVICE/PROOF OF SERVICE"!!!] Click submit.
- ☐ Enter the case number to find the case. Check the case name and make sure it is the right case.
- ☐ File the document. Make sure you attach the correct document.
- ☐ Enter the date served (for substitute service, enter effective service date of ten days past mailing).
- ☐ Calendar the date the defendant's answer is due by creating a task for WL. Call it "Defendant X answer due".
- ☐ Receive the email with the filed document from the court.
- ☐ Forward the email to Clio.
- ☐ Print the ECF page of the email. Put the ADAI number on the top right corner and give it to Ashley.
- ☐ Save the filed document to Clio Pleadings.
- ☐ Check off all tasks to follow up on service on that particular defendant.
- ☐ Mail a copy of the Filed Proof of Service to Court as MANDATORY CHAMBERS COPY. (Use Acrobat to input MANDATORY CHAMBERS COPY on document. See cover page sample.
- ☐ **When you receive the invoice for service, note the expense to Clio.** Save under expenses.

MLF0056436

EX. 4-47

**PROCEDURE CHECKLIST**
**Filing Complaints**
**(Superior Courts)**

- ☐ Prepare documents for filing:
  - ○ Complaint with Verification
  - ○ Civil Cover Sheet
  - ○ Summons (Sac County requires names same as complaint)
- ☐ Print three copies of each document. Top hole punch one copy of each and paper clip them together in groups by document, i.e. AAA, BBB, CCC.
- ☐ For Santa Clara County, prepare a letter to County Process (see example). Keep a copy of the letter for the file. Others, check to see how they want it processed, ie: mailed, etc.
- ☐ Call County Process at (408) 297-6070 and let them know we have documents for pickup.

**After County Process picks up the documents for filing:**

- ☐ Set task to receive hard copy filed document packet from County Process. (It usually takes between 1-3 days) or receive in mail from court.
- ☐ Move the case folder in Dropbox to "CIVIL CASES – OPEN"
- ☐ Update the ADA list to reflect that the case has been filed.
- ☐ Move the original receipt and notes from "unfiled" section of binder to "filed" section.
- ☐ When you receive the filed documents via both email and hard copy, proceed to "**Processing Filed Complaints (Northern District)**"

MLF0056437

EX. 4-48

## **PROCEDURE CHECKLIST**
### **Processing Filed Complaints**
### **(Superior Court)**

- ☐ Receive hard copy (from County Process).
- ☐ Scan documents, save to case folder. Mark "scanned", place ADAI# and initial at top right corner, and place on TM desk.
- ☐ Add case number to Clio (under "Client Reference Number"); mark open date as date of filing and change status of case to "open".
- ☐ Add all defendants to Clio contacts (name and addresses).
- ☐ Tape filing fee receipt to blank paper and file under "Expenses". Note as expense in Clio.
- ☐ Note the expense for County Process filing. Make a copy of the invoice, and write your initials with a check mark on the top right corner of both copies. Give one copy to Meylin and put the other copy in the case binder under "expenses".
- ☐ Review the Scheduling Order / Lawsuit Notice. Set up a task for the last date to complete service (and some reminders). Also set a task 7 days in advance of the last date to file a motion for relief from service deadline (to talk to Marejka about whether a motion is necessary).
- ☐ Send a letter to the California Commission on Disability Access, with Proof of Service, enclosing a copy of the filed Complaint. (See example.) Copy to file.
- ☐ Mail a copy of the filed Complaint to client with cover letter. (Email to Shaw/Kalani/Morales, mail to all others)
- ☐ Send documents out for service.
  - ○ Fresno/Clovis local defendants – use **Action Legal**
  - ○ Southern CA defendants – use **OneLegal**
  - ○ Northern CA defendants and all others – use **ABC Legal**

MLF0056438

EX. 4-49

## PROCEDURE CHECKLIST
## Serving Summons & Complaint
## (ABC Legal)

☐ Make sure you have all your documents in PDF form. (Save copies in a separate folder for easy uploading. You can also combine the files as much as possible using Acrobat so that it is easier to upload them.) Serve the following documents in this order:
- ○ Civil Cover Sheet
- ○ Summons
- ○ Complaint
- ○ Any documents provided by court i.e. scheduling order, standing orders, etc.
- ○ Any other documents required by court (see scheduling order for instructions – you might have to download them from court website)
- ○ **SEE SERVICE PACKET ATTACHMENT IN FOLDER FOR ITEMS BELOW**
- ○ Important Information for Building Owners & Tenants
- ○ Notice of Stay
- ○ Notice to Defendant
- ○ Defendant's Application for Stay
- ○ State Law Requires...
- ○ Advisory Notice to Defendant

☐ Go to abclegal.com and log in
☐ Complete form on website for "Process Service" (see example)
- ○ Make sure to check "none" under Proofs Filed by ABC
- ○ List all documents with as complete a title as possible
- ○ Do a separate order for each defendant

☐ Upload documents (in order they were listed) and click Continue
☐ Print confirmation page and put in binder under "Proof of Service".
☐ Note tracking number to Clio.
☐ Set a task to follow up to make sure defendants were served.

MLF0056439

EX. 4-50

## <u>PROCEDURE CHECKLIST</u>
## Serving Summons & Complaint
## (County Process)

☐ Make two copies of each document per defendant. Serve the following documents:
  - ○ Civil Cover Sheet
  - ○ Summons
  - ○ Complaint
  - ○ Any documents provided by court i.e. scheduling order, standing orders, etc.
  - ○ Any other documents required by court (see scheduling order for instructions – you might have to download them from court website)
  - ○ ~~Alternative Dispute Resolution Information Sheet~~
  - ○ Notice of Stay of Proceedings and Early Evaluation Conference
  - ○ Notice of Mandatory Evaluation Conference
  - ○ Defendant's Application for Stay and Early Evaluation Conference
  - ○ State Law Requires... (must be printed on yellow paper)
  - ○ Advisory Notice to Defendant (must be printed on blue paper)

☐ Prepare cover letter to County Process (see example).
☐ Scan a copy of cover letter to the 'General Correspondence' folder in Clio.
☐ Call County Process to have documents picked up. (408-297-6070)
☐ Put a notation in Clio that "Sent out for service on X defendant(s) via County Process"
☐ Set a task to follow up to make sure defendants were served. (For Eastern District set task for 3 weeks, 60 days, and last day to serve is normally 120 days.) (For Northern District, set task at 3 weeks, 6 weeks, and last day to serve is normally 60 days).

MLF0056440

EX. 4-51

# Exhibit 5



# MOORE LAW FIRM
## PROFESSIONAL CORPORATION

332 North Second Street
San Jose, CA 95112
Office (408) 298-2000 Fax (408) 298-6046

1170

K. RANDOLPH MOORE
ESQUIRE
AND FOUNDER

Tanya E. Moore
*Attorney at Law*

Marejka Sacks
*Paralegal*

April 13, 2012

Ronald Moore
80 N. Hughes Avenue
Clovis, CA 93612

Dear Mr. Moore:

It was a pleasure speaking with you (and Lynn) this afternoon. Per our telephone conversation, I am enclosing copies for the first few pages of the complaints recently filed on your behalf against property owners and business owners.

The paragraphs beginning "While visiting ....., Plaintiff personally encountered the following barriers" comes from your experiences. The list of items (a), (b), (c), etc. following each of these paragraphs are the words I take from your notes and comments. Each receipt MUST be accompanied with your notes and/or comments. If receipts come in blank, I will give you a call and get your comments. (Another note: all receipts must be dated either by the facility or you and include the address of the Facility.) Without comments, I can't send our investigator out to investigate for violations or proceed with any action against the entity.

On occasion, I will need better details or have additional comments after looking at the photographs provided by investigation to clarify your complaints in the complaint. I will call you on those occasions.

I am having Marsha prepare a list of all the facilities we have received receipts from you on and the status of each and will get that off to you early next week.

As I mentioned on the phone, my job consists of client contact (especially about the problems they encounter), intakes, working with investigators and preparing and serving the complaints. If you have any questions or concerns, about anything, please feel free to call me. If I don't have the answer, I will do my best to get the answer and get back to you as early as possible.

Again, I am really glad we all got a chance to speak this afternoon and look forward to working closely with both of you.

Very truly yours,

Kathy Powell
Paralegal to Tanya Moore

MLF0046381

EX. 5-2

# Exhibit 6

Here is a list of all the receipts that you have submitted that we have taken action on and you need not submit anymore against these places.

| | | | |
|---|---|---|---|
| Fajita Fiesta | Shaw Ave | Fresno | Filed |
| Applebee's | 7007 N. Cedar | Fresno | Open |
| Arsenio's | 497 N Clovis | Clovis | Open |
| BJ'sKountry kitchen | 6700 N. Cedar | Fresno | Filed |
| Borders | 7722 N. Blackstone | Fresno | Rejected |
| Burger King | Herndon | Clovis | Open |
| Carniceria La Mich... | Pacheco Pass | | Filed |
| Carrows | 2100 Clovis | Clovis | Settled |
| Carrows | Hamilton | SJ | Settled |
| Casa De Fruta | Pacheco Pass | | Settled |
| Cigar LTD | 630 Clovis | Clovis | Settled |
| City Heart Food | 7 Bullard | Clovis | Settled |
| Country Waffles | 7131 N. Cedar | Fresno | Settled |
| CVS Pharmacy | 920 Herndon | Clovis | Rejected |
| Dave's Donut's | 4616 N. First | Fresno | Open |
| DD's | 5663 E. Kings Canyon | Fresno | Rejected |
| Dollar Tree Stores | 930 Herndon | | Rejected |
| Donuts Nations | Pacheco Pass | | Filed |
| El Gallo | 13220 Clovis | Clovis | Settled |
| El Tapatio | 4295 N. First St. | Fresno | Open |
| Ernie's Liquor | 20 W Bullard | Clovis | Filed |
| Figueroa's Jewlry | Fulton mall | Fresno | Rejected |
| Fosters freeze | Pacheco Pass | | Settled |
| Gen Auto | | LosGatos | Settled |
| Gilroy Chevron | Monterey | Gilroy | Rejected |
| Giovanni's | 533 Polasky Ave | Clovis | Settled |
| Grocery Outlet | 1848 S Clovis | Clovis | Rejected |
| Hardtky Wrd BBall | 541 Division | Campbell | Rejected |
| Hobbie's | | Los Gatos | Settled |
| Home Depot | Kings Canyon | Fresno | Rejected |
| Hungry Howies | 111 Bullard | Clovis | Filed |
| In n Out | 382 N Clovis | Clovis | Rejected |
| Inang's Kitchen | 75 Bullard | Clovis | Closed |
| Johnny Quick 111 | 7995 N. Cedar | Fresno | Settled |
| Johnny Quick 185 | 1799 Bullard | Clovis | Rejected |
| KFC | Manning | Reedley | Filed |
| Liquor Max | 497 Clovis | Fresno | Rejected |
| Lucky Gas & Liquor | 4608 N. First | Fresno | Open |
| Luxury Nails | 6736 N. Cedar | Fresno | Rejected |
| Main St. Café | G St | Reedley | Rejected |
| May's Café | 2327 N Fresno | Fresno | Open |
| Me N Eds | 5630 E Kings Canyon | Fresno | Rejected |
| Me n Eds | Jensen | " | Rejected |
| Office Depot | 2736 Divisadero | Fresno | Settled |
| Pacheco Chevron | Pacheco | | Filed |

MLF0046271

EX. 6-2

| | | | |
|---|---|---|---|
| Papa Murphys | Pacheco Pass | | Filed |
| Quiznos | Pacheco | | Rejected |
| Rite Aid | Jensen | " | Settled |
| Rite Aid | Jensen | " | Settled |
| Rooneys | | Los Banos | Filed |
| Royal Palace | Herndon | Clovis | Rejected |
| Ryan's place | Pacheco | | Filed |
| Sal's Mex Food | 2163 Park St | Selma | Rejected |
| Seafood | 2327 N. Fresno | Fresno | Open |
| Serrano Chipotle | McKinley | Fresno | Rejected |
| Shell | Jensen | Sanger | Settled |
| Shell | Jensen | " | Settled |
| Sierra Pav. Shops | Common area | Fresno | Settled |
| Starbucks | Pacheco | | Rejected |
| Subway | 50 W Bullard | Clovis | Rejected |
| Sunshine Food Mart | 2327 N. Fresno | Fresno | Open |
| Styles Expo | 2327 N. Fresno | Fresno | Rejected |
| Teriyaki Don | 6731 N. Cedar | Fresno | Filed |
| Total Fashion | Pacheco | | Filed |
| Toys R Us | Winchester | SJose | Rejected |
| El Rodeo Mex | 40 W. Shaw | Clovis | Rejected |
| Clovis Hook & Cigs | Shaw Ave. | Fresno | Rejected |
| Super Save | Shaw Ave | Clovis | Settled |
| Fat Jacks | Shaw Ave | Clovis | Filed |
| Food Max | Shaw Ave. | Clovis | Settled |
| Kfc | Shaw | Clovis | Settled |
| Los Amigos | Shaw | Fresno | Filed |
| Burlington | 5630 N. Blackstone | Fresno | To inv. |
| HandiStop | 4206 White Ave. | Fresno | Filed |
| Japanese Kitchen | 711 W. Shaw | Clovis | Rej |
| Dollar Fifty Store | Pacheco | | Filed |
| Smokehouse | 1231 Van Ness | Fresno | Rejected |
| Borders | 50 University | Los Gatos | Rej |
| Shalaby Ent | Tulare | Fresno | Filed |
| El Pueblito Rest | 1437 Tollhouse | Clovis | Filed |
| SuperExpress 76 | Sunnyside | Clovis | Rejected |
| Toledo's Mex | Blackstone | Fresno | Rejected |
| KFC | Shaw | Clovis | Settled |
| Los Amigos | 1752 Shaw | Fresno | Filed |
| Bobby Salazar | Reed | Reedley | Filed |
| Mattress Land | Shaw Ave | Clovis | Settled |
| Me N Eds | Shaw Ave | Clovis | Settled |
| Party City | Shaw | Clovis | Settled |
| Pet Extreme | Shaw | Clovis | Settled |
| Red Robin | 950 Shaw Ave. | Clovis | Settled |
| Rio Grill | Shaw Ave | Clovis | Rejected |
| Rite Aide | Shaw Ave. | Clovis | Settled |
| Takken Shoes | 549 E. Shaw Ave. | Fresno | |

MLF0046272

EX. 6-3

| | | | |
|---|---|---|---|
| Fresh n Easy | Shaw Ave | Fresno | Rejected |
| Chile My Corona | 3848E. Belmont | Fresno | Filed |
| Jack Gas/Valero | 1736 E. Belmont | Fresno | Rejected |
| Johnny Quick | 5993 E. Belmont | Fresno | Settled |
| La Estrella Market | 1860 Bauder | Selma | Filed |
| Aamco Transmission | 1205 Barstow Ave | Clovis | Settled |
| Arby's | 4181 E. Ashlan | Fresno | Open |
| Casa Quintero Mex | 2564 E Ashlan | Fresno | Rejected |
| Costco | 380 W. Ashlan | Clovis | Filed |
| Johnny Quick #151 | 1805 Ashlan | Clovis | Filed |
| McDonalds | 5608 E. Ashlan | Fresno | Rejected |
| Stop n shop | 777 W. Ashlan | Clovis | Settled |
| Alberto's | 3880 N. Cedar | Fresno | Filed |
| Bag o Bag | 4205 E. Olive | Fresno | Rejected |
| Japanese Kitchen | | | Rejected |
| Guadalajara | 1365 N. Willow St. | Clovis | |
| Petro Diner | | LosBanos | |
| Andale | 21 N. Santa Cruz | LG | Filed |
| Star 1 Mart | 1506 2nd St. | Selma | Filed |
| Super Liquor | 4430 W. Ashlan | Clovis | Reject |
| Varsity Liquor | 4017 Ashlan | Fresno | Open |
| Me N Eds | E. Ashlan | Fresno | Open |
| Academy Hardware | Academy | Sanger | Settled |
| Arco | Academy | Sanger | Reject |
| Chapala | Academy | Sanger | Filed |
| Foster Freeze | Academy | Sanger | Settled |
| Save Mart | Academy | Sanger | Settled |
| Sunmaid Grocery | Academy | Sanger | Settled |
| Donuts to Go | 11th St. | Reedley | Settled |
| Foster Freeze | 11th St. | Reedley | Filed |
| Silver Dollar | 333 E. Shaw | Fresno | Rejected |
| Toledo's Mex Res | 1125 Shaw | Clovis | Settled |
| Wienerschnitzel | 1768 W. Shaw | | Filed |
| Tahoe Joe's | 7006 N. Cedar | Fresno | done |
| Pets Smart | 470 Shaw Ave | Clovis | Accept 4/18 |
| Marshall's | 540 Shaw | Clovis | Accept 4/18 |
| CVS | 634 Shaw Ave. | Clovis | Accept 4/18 |
| Big 5 | 480 E. Shaw | Clovis | Accept 4/18 |
| Smart n final | 534 Shaw | Clovis | Accept 4/18 |
| 7-11 | 188 N. Sixth | SJ | Rejected |
| 7-11 | 657 N. Santa Cruz | LGatos | Rejected |
| Don Pepe's Taqueria | 4852 N Blackstone | Fresno | Done |

MLF0046273

EX. 6-4