# Exhibit 7



# MOORE LAW FIRM
### PROFESSIONAL CORPORATION

332 North Second Street
San Jose, CA 95112
Office (408) 298-2000 Fax (408) 298-6046

K. RANDOLPH MOORE
ESQUIRE
AND FOUNDER

Tanya E. Moore
*Attorney at Law*

Martha H. Alvizo
*Paralegal*

August 17, 2010

Mr. Ron Moore
80 N. Hughes Ave
Clovis, CA 93612

Re:     *Arby's, Applebee's, Alberto's Mexican Food, Baskin Robins, Country Waffles, Stop N Save Liquor, Susie's Deal, Win Wah Chinese Restaurant, Varsity Liquor, Villa Food Mart, Oshard Supply, King of Kabob.*

Dear Mr. Moore:

This letter is to inform you that we have received your request to file a lawsuit on your behalf against the above-referenced facility along with the receipt of purchase you provided. Please be advised that we will investigate the barriers to access encountered by you and advise you within three weeks if we decide to accept this case.

Thank you for sending us this information. If you have any questions, or want to discuss something specific about this matter, please do not hesitate to contact me.

Sincerely,

*Tanya Moore*

Tanya Moore
Attorney at Law

TM/ma

MLF0046738

EX. 7-2



# MOORE LAW FIRM
## PROFESSIONAL CORPORATION

332 North Second Street
San Jose, CA 95112
Office (408) 298-2000 Fax (408) 298-6046

K. RANDOLPH MOORE
ESQUIRE
AND FOUNDER

Tanya E. Moore
*Attorney at Law*

Martha H. Alvizo
*Paralegal*

September 10, 2010

Mr. Ronald Moore
80 N. Hughes Ave
Clovis, CA 93612

Re:     *El Pueblito Restaurant, BJ'S Kountry Kitchen, Burger King, Chapala Mexican Restaurant, Chile My Corona, Clovis 8, El Gran Rodeo, Donut Shop, Mateos, Donut Nation, DO Cakes, Los Banos Donuts, Fajita Fiesta, Fresh & Easy, Fosters Freeze, Ihop, Handi Stop, Joes Steakhouse, Kwik Serve Mkt, La Nobleza, My Slice Pizza, K & C, McDonalds, Rite Aid, Robertitos, Ryan's Place, SaveMart, Susie's Deals, Subway, Shushi and Sake Bar, Smokehouse, Supercuts, Royal Palace, Tahoe's Joe's, The Original, Valli Gas, Yogurt.*

Dear Mr. Moore:

This letter is to inform you that we have received your request to file a lawsuit on your behalf against the above-referenced facility along with the receipt of purchase you provided. Please be advised that we will investigate the barriers to access encountered by you and advise you within three weeks if we decide to accept this case.

Thank you for sending us this information. If you have any questions, or want to discuss something specific about this matter, please do not hesitate to contact me.

Sincerely,

*Tanya Moore*

Tanya Moore
Attorney at Law

TM/ma

MLF0046737

EX. 7-3



# MOORE LAW FIRM
### PROFESSIONAL CORPORATION

332 North Second Street
San Jose, CA 95112
Office (408) 298-2000 Fax (408) 298-6046

K. RANDOLPH MOORE
ESQUIRE
AND FOUNDER

Tanya E. Moore
Attorney at Law

Martha H. Alvizo
Paralegal

October 19, 2010

Mr. Ronald Moore
80 N. Hughes Ave
Clovis, CA 93612

Re: ___*Ihop #654*___

Dear Mr. Moore:

This letter is to inform you that we have received your request to file a lawsuit on your behalf against the above-referenced facility along with the receipt of purchase you provided. Please be advised that we will investigate the barriers to access encountered by you and advise you within three weeks if we decide to accept this case.

Thank you for sending us this information. If you have any questions, or want to discuss something specific about this matter, please do not hesitate to contact me.

Sincerely,

*Tanya Moore*

Tanya Moore
Attorney at Law

TM/ma

MLF0046739



# MOORE LAW FIRM
## PROFESSIONAL CORPORATION

332 North Second Street
San Jose, CA 95112
Office (408) 298-2000 Fax (408) 298-6046

K. RANDOLPH MOORE
ESQUIRE
AND FOUNDER

November 15, 2010

Tanya E. Moore
*Attorney at Law*

Martha H. Alvizo
*Paralegal*

Mr. Ronald Moore
80 N. Hughes Avenue
Clovis, CA 93612

Re: *Don Pepe's Taqueria, Ventura SuperMarket, Clovis Hookh & Cigarttes, Little Caesars, Valero Corner Store, Guadalajara, Chapala Mexican Restaurant,*

Dear Mr. Moore:

This letter is to inform you that we have received your request to file a lawsuit on your behalf against the above-referenced facility along with the receipt of purchase you provided. Please be advised that we will investigate the barriers to access encountered by you and advise you within three weeks if we decide to accept this case.

Thank you for sending us this information. If you have any questions, or want to discuss something specific about this matter, please do not hesitate to contact me.

Sincerely,

*Tanya Moore*

Tanya Moore
Attorney at Law

TM/ma

MLF0046740

EX. 7-5





### MOORE LAW FIRM
#### PROFESSIONAL CORPORATION

332 North Second Street
San Jose, CA 95112
Office (408) 298-2000 Fax (408) 298-6046

K. RANDOLPH MOORE
ESQUIRE
AND FOUNDER

Tanya E. Moore
*Attorney at Law*

Marejka Sacks
*Paralegal*

November 14, 2011

Mr. Ronald Moore
80 N. Hughes Ave.
Clovis, CA 93612

Re:     ***Red Lobster located at 1460 E. Shaw Ave, Fresno CA***

Dear Mr. Moore:

This letter is to inform you that we have already filed a lawsuit against the above-referenced facility on behalf of a different plaintiff; therefore we are unable to proceed with the lawsuit on your behalf.

Thank you for sending us information regarding the above referenced facility. If you have any questions, or want to discuss something specific about this matter, please do not hesitate to contact me.

Sincerely,

*Tanya Moore*
Tanya Moore
Attorney at Law

TM/ms

*Copy*

MLF0046659



RED LOBSTER 0579
1460 E Shaw Ave
Fresno, CA 93710-8002

Check # :53202

Table 14
Server 1
17:49:18 01/26/2011                    Gst 9

------------------------------------------------

Guest No.1
1 Water w/Lemon
1 Lobster Stuffed Mushrooms        9.75
1 Bar Harbor Lobster Bake          25.50
  Fevered Red Potatoes

Guest No.2
1 Water w/Lemon
1 Lobster Lovers Dream             9.99

Guest No.3
1 Water w/Lemon
1 Bahama Mama                       6.95
1 Grilled Lobster + Shrimp        19.99

------------------------------------------------

ID # 1032 81465 9499

*  *  *  *  *  *  *  *  *
* To complete the survey and enter
* the contest, go to
* www.RedLobsterSurvey.com and
* enter the ID on this receipt.
* NO PURCHASE NECESSARY. Void where
* prohibited. See Official Rules at
* www.RedLobsterSurvey.com.
*
* Valoramos su opinion. Complete la
* encuesta sobre su experiencia
* gastronomica en
* www.RedLobsterSurvey.com
*  *  *  *  *  *  *  *  *
OFFER EXPIRES Apr 2, 2011

Subtotal    97.15
Tax          8.16

17:49:10 0/

Amount    101.54

Add a Gift Card

handwritten notes: 3022 Please, need already had order wa..., File after sending him a letter



3/26/11

Red Lobster

Ramp in Front
Front Door Had to have someone hold
open
Table had poll in center
So I could not get up to table

MLF0046661

EX. 7-8




# MOORE LAW FIRM

### PROFESSIONAL CORPORATION

332 North Second Street
San Jose, CA 95112
Office (408) 298-2000 Fax (408) 298-6046

K. RANDOLPH MOORE
ESQUIRE
AND FOUNDER

Tanya E. Moore
*Attorney at Law*

Marejka Sacks
*Paralegal*

November 14, 2011

Mr. Ronald Moore
80 N. Hughes Ave.
Clovis, CA 93612

### *Re: Sal's Mexican Restaurant*

Dear Mr. Moore:

This letter is to inform you that although there may be ADA violations involved in the above-referenced facility we have rejected the option of filing a civil rights action due to the building being closed from fire damage.

As you know, these civil rights actions usually involve considerable costs and attorneys fees and we are only able to pursue cases which involve the most egregious violations of the ADA law.

Thank you for sending us information regarding the above referenced facility. If you have any questions, or want to discuss something specific about this matter, please do not hesitate to contact me.

Sincerely,

Tanya Moore
Attorney at Law

TM/cf

MLF0046645





### PROFESSIONAL CORPORATION

332 North Second Street
San Jose, CA 95112
Office (408) 298-2000 Fax (408) 298-6046

K. RANDOLPH MOORE
ESQUIRE
AND FOUNDER

Tanya E. Moore
*Attorney at Law*

Marejka Sacks
*Paralegal*

December 20, 2011

Mr. Ronald Moore
80 N. Hughes Ave.
Clovis, CA 93612

**Re: *Clovis Hookh & Cigarettes***

Dear Mr. Moore:

This letter is to inform you that although there may be ADA violations involved in the above-referenced facility we have rejected the option of filing a civil rights action.

As you know, these civil rights actions usually involve considerable costs and attorneys fees and we are only able to pursue cases which involve the most egregious violations of the ADA law.

Thank you for sending us information regarding the above referenced facility. If you have any questions, or want to discuss something specific about this matter, please do not hesitate to contact me.

Sincerely,

Tanya Moore
Attorney at Law

TM/ms

MLF0046504

(Ron)                                    Shaw & Fowler/clovis

Ramp comes out into access
Door is heavy
Counter is too high
Ran had to go around to the
Back of counter to be able to see
what chew he wanted

Clovis, CA

CLOVIS
HOOKH & CIGARTTES
1820 SHAW AVE
559 248 7686

DATE 09/30/2011      TIME 19:08

LOTTERY          $10.00
PACKS 13          $2.89
TAX              $0.26
TOTAL            $13.15
                 $13.15

MLF0046505

EX. 7-11



# MOORE LAW FIRM
## PROFESSIONAL CORPORATION

332 North Second Street
San Jose, CA 95112
Office (408) 298-2000 Fax (408) 298-6046

K. RANDOLPH MOORE
ESQUIRE
AND FOUNDER

Tanya E. Moore
*Attorney at Law*

Marejka Sacks
*Paralegal*

January 21, 2012

Mr. Ronald Moore
80 N. Hughes Avenue
Clovis, California 93612

RE:  ADAI No. 804
*Lola's Rico's Tacos* (Facility) 491 N. Blackstone Ave., Fresno, CA
&
ADAI No. 1236
*Lola & Rico's* (Facility) 12889 Highway 145, Madera, CA 93637.

Dear Mr. Moore:

This letter is to inform you that we have received your inquiry regarding potentially filing a lawsuit on your behalf against the above-referenced facilities. Unfortunately, only one receipt was provided to our office and it does not have a date nor does it identify which Lola's was visited.

In order for us to evaluate the inquiry and determine if you have a cause of action under the ADA and applicable California statutes we must first obtain information from you regarding the barriers you encountered at the time of your visit to the facilities. Please complete the enclosed questionnaires. This information will assist us in documenting the existence of the barriers at the facilities visited.

Your complete and prompt response to the enclosed questionnaires is crucial. Please be advised that we will not be able to proceed with this case until we receive the completely filled out questionnaires as well as receipts with dates on them from the above-referenced facilities.

Kindest regards,

Maribel Banuelos
Paralegal

Enclosures as indicated

MLF0046636





# MOORE LAW FIRM
### PROFESSIONAL CORPORATION

332 North Second Street
San Jose, CA 95112
Office (408) 298-2000 Fax (408) 298-6046

**K. RANDOLPH MOORE**
ESQUIRE
AND FOUNDER

**Tanya E. Moore**
Attorney at Law

**Marejka Sacks**
Paralegal

February 1, 2012

Mr. Ronald Moore
80 N. Hughes Ave.
Clovis, CA 93612

### Re: FRESH & EASY

Dear Mr. Moore:

This letter is to inform you that although there may be ADA violations involved in the above-referenced facility we have rejected the option of filing a civil rights action.

As you know, these civil rights actions usually involve considerable costs and attorneys fees and we are only able to pursue cases which involve the most egregious violations of the ADA law.

Thank you for sending us information regarding the above referenced facility. If you have any questions, or want to discuss something specific about this matter, please do not hesitate to contact me.

Sincerely,

*Tanya Moore*

Tanya Moore
Attorney at Law

TM/kp

MLF0046499

EX. 7-13



**Receipt 1:**

fresh & easy
**Neighborhood Market**

Shaw Ave. & Willow Ave.
STORE HOURS 8 AM - 10 PM
559-322-5103

```
BAJA CLASSIC TOM 16Z
TODAY'S SPECIAL                 0.64
F&E ASST PORK CHOPS             7.68  F
F&E ASST PORK CHOPS             7.68  F
THE NEXT ITEM IS CANCELLED
F&E ASST PORK CHOPS            -7.68  F
TRIDENT BUBBLEGUM 18            0.99  F

TOTAL                          9.31
CASH                          10.00
CHANGE DUE                      0.69

  SUB TOTAL                    9.31
  TOTAL TAX                    0.00
  TOTAL                        9.31
```

THANK YOU FOR SHOPPING
WITH FRESH & EASY

For every $20 you spend with us,
$1 can go back to local schools.

freshandeasy.com/shopforschools

5/10/10  16:53  1100  006  1206  0052

**Receipt 2:**

fresh & easy
**Neighborhood Market**

Shaw Ave. & Willow Ave.
STORE HOURS 8 AM - 10 PM
559-322-5103

```
FE PITA CHIP PARMGAR            2.89  F
F&E ROMAINE LETT 9OZ            1.99  F
ORG BANANAS 32OZ
TODAY'S SPECIAL                 1.09
YOPLAIT LIGHT STRWBR            0.69  F
YOPLAIT LT PEACH 6OZ            0.69  F

TOTAL                          7.35
Master Card                    7.35
  [S] xxxxxxxxxxxx4633
  Auth # 042872  Ref # 021716
CHANGE DUE                      0.00

  SUB TOTAL                    7.35
  TOTAL TAX                    0.00
  TOTAL                        7.35
```

THANK YOU FOR SHOPPING
WITH FRESH & EASY

For every $20 you spend with us,
$1 can go back to local schools.

freshandeasy.com/shopforschools

0  002  1202  0016

*[Handwritten notes:]*

HC parking is the farthest from door there is Hybrid parking & family parking & HC is farthest.

NO marked Spot
NO Ramp, NO Signs
Bathrooms Bad
Whole center
Bad.

MLF0046500

EX. 7-14



**fresh & easy**
Neighborhood Market

Shaw Ave. & Willow Ave.
STORE HOURS 8 AM - 10 PM
559-322-5103

| | | |
|---|---|---|
| AZ GRN TEA GALLON | 2.99 | F |
| CA CRV | 0.10 | F |
| QUAKER CARAMEL RICE | 1.99 | F |
| QUAKER CARAMEL RICE | 1.99 | F |
| QUAKER APPLE CINNAMO | 1.99 | F |
| QUAKER APPLE CINNAMO | 1.99 | F |
| F&E CTG CH PINA 16Z | 1.99 | F |

| | |
|---|---|
| TOTAL | 13.04 |
| CASH | 20.00 |
| CHANGE DUE | 6.96 |
| | |
| SUB TOTAL | 13.04 |
| TOTAL TAX | 0.00 |
| TOTAL | 13.04 |

THANK YOU FOR SHOPPING
WITH FRESH & EASY

For every $20 you spend with us,
$1 can go back to local schools.

freshandeasy.com/shopforschools

4/21/10  17:19  1100  006  1206  0078



**fresh & easy**
Neighborhood Market

Shaw Ave. & Willow Ave.
STORE HOURS 8 AM - 10 PM
559-322-5103

| | | |
|---|---|---|
| F&E DRY FRI | 4.38 | F |
| F&E TROP | 2.28 | F |
| QUAKER | 0.99 | F |
| QUAKER | 0.99 | F |
| QUAKER | 0.99 | F |
| QUAKER | 0.99 | F |
| QUAKER | 0.99 | F |
| QUAKER CARAMEL RICE | 0.99 | F |
| QUAKER APPLE CINNAMO | 0.99 | F |
| QUAKER CARAMEL RICE | 0.99 | F |
| F&E HERB SLD 6.25OZ | 1.99 | F |
| QUAKER CARAMEL RICE | 0.99 | F |
| QUAKER CARAMEL RICE | 0.99 | F |
| FRSH BLBRES 4.4-6OZ | 3.49 | F |

| | |
|---|---|
| TOTAL | 22.04 |
| CASH | 23.00 |
| CHANGE DUE | 0.96 |
| | |
| SUB TOTAL | 22.04 |
| TOTAL TAX | 0.00 |
| TOTAL | 22.04 |

THANK YOU FOR SHOPPING
WITH FRESH & EASY

For every $20 you spend with us,
$1 can go back to local schools.

freshandeasy.com/shopforschools

1100  006  1206  0037

MLF0046501

EX. 7-15



(Ron)

3rd as 4th receipt Submitted

*Quantity in List*

**fresh & easy**
Neighborhood Market

Shaw Ave. & Willow Ave.
STORE HOURS 8 AM - 10 PM
559-322-5103

| | |
|---|---|
| BAJA CLASSIC TOM 16Z | 0.64 |
| TODAY'S SPECIAL | |
| F&E ASST PORK CHOPS | 7.68 F |
| F&E ASST PORK CHOPS | 7.68 F |
| THE NEXT ITEM IS CANCELLED | |
| F&E ASST PORK CHOPS | -7.68 F |
| TRIDENT BUBBLEGUM 18 | 0.99 F |
| | |
| TOTAL | 9.31 |
| CASH | 10.00 |
| CHANGE DUE | 0.69 |
| | |
| SUB TOTAL | 9.31 |
| TOTAL TAX | 0.00 |
| TOTAL | 9.31 |

THANK YOU FOR SHOPPING
WITH FRESH & EASY

For every $20 you spend with us,
$1 can go back to local schools.

freshandeasy.com/shopforschools

5/10/10  16:53  1100  006  1206  0052



**fresh & easy**
Neighborhood Market

Shaw Ave. & Willow Ave.
STORE HOURS 8 AM - 10 PM
559-322-5103

| | |
|---|---|
| QUAKER CARAMEL RICE | 0.99 F |
| QUAKER CARAMEL RICE | 0.99 F |
| QUAKER APPLE CINNAMO | 0.99 |
| QUAKER APPLE CINNAMO | |
| QUAKER CARAMEL RICE | |
| | |
| TOTAL | |
| CASH | |
| CHANGE DUE | |
| | |
| SUB TOTAL | 4.95 |
| TOTAL TAX | 0.00 |
| TOTAL | 4.95 |

THANK YOU FOR SHOPPING
WITH FRESH & EASY

For every $20 you spend with us,
$1 can go back to local schools.

freshandeasy.com/shopforschools

4/14/10  17:25  1100  007  1207  0087



MLF0046503

EX. 7-16





# MOORE LAW FIRM
## PROFESSIONAL CORPORATION

332 North Second Street
San Jose, CA 95112
Office (408) 298-2000 Fax (408) 298-6046

February 16, 2012

K. RANDOLPH MOORE
ESQUIRE
AND FOUNDER

Tanya E. Moore
*Attorney at Law*

Marejka Sacks
*Paralegal*

Mr. Ronald Moore
80 N. Hughes Ave.
Clovis, CA 93612

*Re: O'Rielly*

Dear Mr. Moore:

This letter is to inform you that although there may be ADA violations involved in the above-referenced facility we have rejected the option of filing a civil rights action.

As you know, these civil rights actions usually involve considerable costs and attorneys fees and we are only able to pursue cases which involve the most egregious violations of the ADA law.

Thank you for sending us information regarding the above referenced facility. If you have any questions, or want to discuss something specific about this matter, please do not hesitate to contact me.

Sincerely,

*Sent without signature to avoid delay*

Tanya Moore
Attorney at Law

TM/kp

MLF0046498

February 22, 2012

Ronald Moore
80 N. Hughes Ave.
Clovis, CA 93612

*Re: In-n-Out @ 382 N Clovis Ave, Clovis*

Dear Mr. Moore:

This letter is to inform you that although there may be ADA violations involved in the above-referenced facility we have rejected the option of filing a civil rights action.

As you know, these civil rights actions usually involve considerable costs and attorneys fees and we are only able to pursue cases which involve the most egregious violations of the ADA law.

Thank you for sending us information regarding the above referenced facility. If you have any questions, or want to discuss something specific about this matter, please do not hesitate to contact me.

Sincerely,

Tanya Moore
Attorney at Law

TM/ml

MLF0046485

EX. 7-18

**From:** Tanya Moore <tanya@moorelawfirm.com>
**Sent:** Wednesday, February 22, 2012 11:26 AM
**To:** Kathleen Ann Powel; marsha@moorelawfirm.com
**Subject:** ADA list

Also in Moore cases we rejected In & Out @ 382 No. Clovis, please send a letter.

Please note, there are 2 Applebee's for Moore. Kathy put it on the list in two different places: one on the list of Ron Moore receipts from Clovis with no address, and two in the memo re inspections requested of 2/8/2012 identified as Cedar & Herndon. The one we inspected is at 7007 N. Cedar Avenue, and I have a second receipt from Ron on this one.

We have not inspected the one on Shaw.

Josh said he already transferred photos on Pizza Hut identified as Dakota & Cedar, Fresno – please double check.
Josh said he already transferred photos for Alberto's Mexican Restaurant @ 3880 N. Cedar Avenue, Fresno, CA – please double check.

Tanya Moore
Attorney at Law
Moore Law Firm, P.C.
332 N. Second Street
San Jose, CA 95112
(408) 298-2000 ext. 225

The preceding email message (including any attachments) contains information that may be confidential, protected by the attorney-client or other applicable privileges, or constitutes non-public information. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete it from your system. Use, dissemination, or reproduction of this message by unintended recipients is not authorized and may be unlawful.

1

MLF0046484

EX. 7-19




## MOORE LAW FIRM
### PROFESSIONAL CORPORATION

332 North Second Street
San Jose, CA 95112
Office (408) 298-2000 Fax (408) 298-6046

**K. RANDOLPH MOORE**
*ESQUIRE*
*AND FOUNDER*

**Tanya E. Moore**
*Attorney at Law*

**Marejka Sacks**
*Paralegal*

February 29, 2012

Ronald Moore
80 N. Hughes Avenue
Clovis, CA 93612

**<u>*Re: Styles Expo*</u>**

Dear Mr. Moore:

This letter is to inform you that although there may be ADA violations involved in the above-referenced facility we have rejected the option of filing a civil rights action.

As you know, these civil rights actions usually involve considerable costs and attorneys fees and we are only able to pursue cases which involve the most egregious violations of the ADA law.

Thank you for sending us information regarding the above referenced facility. If you have any questions, or want to discuss something specific about this matter, please do not hesitate to contact me.

Sincerely,

*Sent without signature to avoid delay*

Tanya Moore
Attorney at Law

TM/kp

**MLF0046480**



R. Moore

rej

STYLES EXPO
2327 N FRESNO ST #105
FRESNO, CA 93703
(559)222-1601

Merchant ID: 000016363427
Ref #: 0001

**Sale**

XXXXXXXXXXXXX8374

VISA      Entry Method: Swiped

Total:        $        14.03

01/26/12         13:56:43
Inv #: 000001  Appr Code: 026038
Transaction ID: 282026790033206
Apprvd: Online   Batch#: 000004

Customer Copy

THANK YOU!

Signs
Ramp into Access Isle
No Van Access
Front Door
counter top to pay to
High

MLF0046481

EX. 7-21





## MOORE LAW FIRM
### PROFESSIONAL CORPORATION

332 North Second Street
San Jose, CA 95112
Office (408) 298-2000 Fax (408) 298-6046

February 22, 2012

**K. RANDOLPH MOORE**
ESQUIRE
AND FOUNDER

Ronald Moore
80 N. Hughes Avenue
Clovis, CA 93612

**Tanya E. Moore**
*Attorney at Law*

**Marejka Sacks**
*Paralegal*

*Re: Guadalajara Restaurant*

Dear Mr. Moore:

This letter is to inform you that although there may be ADA violations involved in the above-referenced facility we have rejected the option of filing a civil rights action.

As you know, these civil rights actions usually involve considerable costs and attorneys fees and we are only able to pursue cases which involve the most egregious violations of the ADA law.

Thank you for sending us information regarding the above referenced facility. If you have any questions, or want to discuss something specific about this matter, please do not hesitate to contact me.

Sincerely,

*Sent without signature to avoid delay*

Tanya Moore
Attorney at Law

TM/kp

**MLF0046486**

EX. 7-22



# MOORE LAW FIRM
### PROFESSIONAL CORPORATION

332 North Second Street
San Jose, CA 95112
Office (408) 298-2000 Fax (408) 298-6046

April 20, 2012

K. RANDOLPH MOORE
ESQUIRE
AND FOUNDER

Tanya E. Moore
*Attorney at Law*

Marejka Sacks
*Paralegal*

Ronald Moore
80 N. Hughes Avenue
Clovis, CA 93612

Dear Mr. Moore:

*previously and we had investigated already.*

Per our conversation of last week, enclosed please find two lists of all the receipts you have submitted to our firm. The first list is a list of all the receipts you have turned in that we have taken some sort of action on... ~~filed, investigated, opened,~~ settled, rejected. These are the ones that ~~you don't have to resubmit receipts from.~~ *no*

*please*

The other list is of the receipts that we currently have in "pending". ~~After going through the list, on the items that do not have your notes entered~~, if you can recall your experiences at the facility, please write or call me with your experiences. I have to ~~give the name, the address, date visited and a~~ description of your experience before I can send the matter out for investigation.

As always, please call me with any questions or concerns you may have.

*a complaint*  *soon.*

We will be filing, ~~in the near future,~~ against Grocery Outlet Arce Fresno (Ashlan Plaza), PetsSmart, Marshalls, and CVS. I will forward to you the first pages of each complaint as they are filed.

Very truly yours,

*Kathy*

Kathy Powell
Paralegal to Tanya Moore

*tell tome*

*review it and all*
*a write me with*
*the problems you encountered.*

MLF0046274

EX. 7-23





# MOORE LAW FIRM
### PROFESSIONAL CORPORATION

332 North Second Street
San Jose, CA 95112
Office (408) 298-2000 Fax (408) 298-6046

*/259*

May 14, 2012

K. RANDOLPH MOORE
ESQUIRE
AND FOUNDER

Tanya E. Moore
*Attorney at Law*

Marejka Sacks
*Paralegal*

Ronald Moore
80 N. Hughes Avenue
Clovis, CA 93612

Re:     Tandoori Night, 6751 N. Blackstone, Fresno

Dear Mr. Moore:

This letter is to inform you that although there may be ADA violations involved in the above-referenced facility, we have rejected the option of filing a civil rights action.

As you know, these civil rights actions usually involve considerable costs and attorneys fees and we are only able to pursue cases which involve the most egregious violations of the ADA law.

Thank you for sending us information regarding the above-referenced facility. If you have any questions, or want to discuss something specific about this matter, please do not hesitate to contact me.

Very truly yours,

*Sent without signature to avoid delay*

Tanya Moore
Attorney at Law

TM:kp

MLF0046348



# MOORE LAW FIRM
### P R O F E S S I O N A L   C O R P O R A T I O N

332 North Second Street
San Jose, CA 95112
Office (408) 298-2000 Fax (408) 298-6046



K. RANDOLPH MOORE
ESQUIRE
AND FOUNDER

Tanya E. Moore
*Attorney at Law*

Marejka Sacks
*Paralegal*

May 16, 2012

Ronald Moore
80 N. Hughes Avenue
Clovis, CA 93612

Re:     Robertito's Taco Shop, 2623 Toulumne St., Fresno

Dear Mr. Moore:

This letter is to inform you that although there may be ADA violations involved in the above-referenced facility, we have rejected the option of filing a civil rights action.

As you know, these civil rights actions usually involve considerable costs and attorneys fees and we are only able to pursue cases which involve the most egregious violations of the ADA law.

Thank you for sending us information regarding the above-referenced facility. If you have any questions, or want to discuss something specific about this matter, please do not hesitate to contact me.

Very truly yours,

*Send without signature to avoid delay*

Tanya Moore
Attorney at Law

MLF0046342



No Handicap parking
Ron could not get into outdoor
Dining area "the only area to Eat"
at that location.

redacted
Guterez
already
filed

always in lit

ROBERTITO'S
TACO SHOP
2623 TOULUMNE ST.
(237-6434)

DATE 06/17/2010 THU   TIME 17:28

MED COKE T1              $1.59
MED DR.PEPPER T1         $1.59
BURRITO BEAN T1          $2.79
ADD CHEESE T1            $0.40
BURRITO BEAN T1          $2.79
ADD CHEESE T1            $0.40
ADD SOUR CREAM T1        $0.40
TAX1                     $0.89
TOTAL                   $10.85
CASH                    $20.00
CHANGE                   $9.15

** ORDER# 0122 **
THANK YOU!
PLEASE COME BACK
CLERK 1        000124  00001

faxed

MLF0046343

EX. 7-26



faxed 6/17 ?

Ron, (Robertita's Fresno)

No HC parking at all.
2623       Ron's wheelchair will not
Tuolomne at Fr.  fit in seating area.
+ F st.       High counters

Alvisadero & abby
Behind Arco Station

not  the same as
the 333 N abby location

```
** ... **
...
001 ...
001 ... PEPPER
... SIM ... BEAN
001 ADD ... SE
001 BOILED ... EAN
001 ... CHEESE
001 ADD ... UR CREAM
RK 1    917/09 ... 00074
```

MLF0046344

EX. 7-27



ROBERTO'S
TACO SHOP
2623 TOCHIMIE ST
(____) ___034_

DATE 01/11/2011    TIME 11:21

BURRITO MIX 11        $3.89
BURR CA VERDE 11      $4.29
LRG COKE 11           $1.79
TACO CHICKEN 11       $2.29
TACO CHICKEN 11       $2.29
TAX1                  $1.31
TOTAL                $15.90
CASH                $100.00
CHANGE               $84.__

** ORDER INFO **
THANK YOU!
PLEASE COME BACK
CLERK       001522   08001

DATE 01/11/2011 TUE    TIME 11:21

** ORDER# 1443 **
99¢ LRG COKE

MLF0046345

EX. 7-28



ROBERTITO'S
TACO SHOP
TOULUMNE ST.
(237-1034)

DATE 2/7/2014 FRI    TIME 17:6

BURR C/VERDE T1          $4.2?
BURR C/VERDE T1          $4.2?
TAX1                     $0.7?
TOTAL                    $9.36
CASH                    $20.00
CHANGE                  $10.65

ORDER# 310
THANK YOU
PLEASE COME BACK
CLERK             003.05

MLF0046346

EX. 7-29



Robertito's

No parking        No Van Access
No Signs          Nothing
No Acess At All
can't Even get into the Door
Then to order outside the
Conner is way to High to order
And there's No where to eat.
No way to Get to Restrooms


Clark + Abby
South - East
    Corner

        2623 FotLme

MLF0046347

EX. 7-30



# MOORE LAW FIRM
### P R O F E S S I O N A L   C O R P O R A T I O N

332 North Second Street
San Jose, CA 95112
Office (408) 298-2000 Fax (408) 298-6046

K. RANDOLPH MOORE
ESQUIRE
AND FOUNDER

Tanya E. Moore
*Attorney at Law*

Marejka Sacks
*Paralegal*

June 21, 2012

Mr. Ronald Moore
80 N. Hughes Ave.
Clovis, CA 93612

**Re: *Tahoe Joe's, Inc.***

Dear Mr. Moore

Thank you for contacting our office requesting our assistance in the above-referenced matter. This is letter is to inform you that although there may be ADA violations involved in the above-referenced facility, we have rejected the option of filing a civil rights action. This letter of rejection should not be interpreted by you, or anyone, that you do not have a legitimate case. As you know, these civil rights actions usually involve considerable costs and attorneys fees and we are only able to pursue cases which involve the most egregious violations of the ADA law.

Thank you for sending us information regarding the above referenced facility. Please be advised that the current statute of limitations is two years from the date of incident. We will be doing nothing further in this matter and will not be monitoring any statute. If you have any questions, or want to discuss something specific about this matter, please do not hesitate to contact me.

Sincerely,

*Tanya Moore*

Tanya Moore
Attorney at Law

TM/ms

**MLF0046247**

EX. 7-31



# MOORE LAW FIRM
### PROFESSIONAL CORPORATION

332 North Second Street
San Jose, CA 95112
Office (408) 298-2000 Fax (408) 298-6046

July 30, 2012

K. RANDOLPH MOORE
ESQUIRE
AND FOUNDER

Tanya E. Moore
*Attorney at Law*

Marejka Sacks
*Paralegal*

Ronald Moore
80 N. Hughes
Clovis, CA 93612

Re:  *__Receipts__*

Dear Mr. Moore:

This letter is to inform you that we have received your request to file lawsuits on your behalf and the receipts you provided for the following Facilities:

1. Kerman Carnitas;
2. Robertito's Taco Shop;
3. Radio Shack;
4. Bob's Liquor;
5. Supercuts;
6. Arco;
7. Smart & Final;
8. Arsenio's Mexican Food;
9. Six Star 76, 1;
10. El Realito De Oro;
11. El Bajio;
12. Buy Rite;
13. Firebaugh Mart, 1;
14. Las Canago Restaurant;
15. Super Burger;
16. City Hart #2;
17. Clovis Fair Deal Liquor Market;
18. Best Buy Liquor;
19. Big Lots;
20. Kings Market;
21. Dollar Tree Stores, Inc;
22. Burger King;
23. Big 5 Sporting Goods #376;
24. Dave's Liquor & Gas;
25. Wendy's Old Fashion Hamburgers Store #437;
26. Airport Liquor;
27. Ross Dress For Less;
28. Bobby Salazar's;
29. Cal-Fresno Oils Union 76 Twin Stations;
30. Das Palas.

MLF0046308

Please be advised that we will investigate the barriers to access encountered by you and advise you within three weeks if we decide to accept these cases.

Thank you for sending us this information. If you have any questions, or want to discuss something specific about this matter, please do not hesitate to contact me.

Sincerely,

*Dictated but not read.*
*Sent to avoid delay.*

Tanya Moore
Attorney at Law

TM/mg

MLF0046309



# MOORE LAW FIRM
## PROFESSIONAL CORPORATION

332 North Second Street
San Jose, CA 95112
Office (408) 298-2000 Fax (408) 298-6046

K. RANDOLPH MOORE
ESQUIRE
AND FOUNDER

Tanya E. Moore
Attorney at Law

Marejka Sacks
Paralegal

August 14, 2012

Mr. Ronald Moore
80 N. Hughes Ave.
Clovis, CA 93612

**_Re: Robertito's Taco Shop_**

Dear Mr. Moore:

This letter is to inform you that although there may be ADA violations involved in the above-referenced facility we have rejected the option of filing a civil rights action.

As you know, these civil rights actions usually involve considerable costs and attorneys fees and we are only able to pursue cases which involve the most egregious violations of the ADA law.

Thank you for sending us information regarding the above referenced facility. If you have any questions, or want to discuss something specific about this matter, please do not hesitate to contact me.

Sincerely,

Tanya Moore

Tanya Moore
Attorney at Law

TM/ms

MLF0046337

# Moore

## v. Robertito's Taco Shop (Reopen File)

### Matter Detail

📝 Edit | ❌ Delete

| | |
|---|---|
| Matter Number | 00826-Moore |
| Client Reference Number | |
| Description | Moore v. Robertito's Taco Shop |
| Responsible Attorney | TM |
| Practice Area | ADA |
| Location | 2623 Toulumne St, Fresno |
| Billing Method | Hourly |

| | |
|---|---|
| Pending Date | 10/27/2011 |
| Open Date | |
| Close Date | 05/16/2012 |
| Limitations Date | |
| Status | Closed |
| Billable | Yes |

### Firm Feed

**Description**

TM created a task, 'Review file to determine if file or reject', for the matter '00826-Moore' about 1 month ago.

KP closed a matter, '00826-Moore' 3 months ago.

TM created a matter, '00826-Moore', 10 months ago.

< Prev | 1 | Next >

### Client (Edit)

| | |
|---|---|
| Name | Mr Ronald Moore |
| Company Name | |
| Address | 80 N. Hughes Avenue<br>Clovis, California 93612<br>(Home) |

| | |
|---|---|
| Phone | 559-298-3228 (Home) |
| Web Site | |
| Email | |
| Instant Messenger | (Work) |

### Ledger

[ Citi ▾ ]

| Date | Source/Recipient | Reference | Fees | Payments | Balance | |
|---|---|---|---|---|---|---|
| No records found. | | | | | | |

### Relationships

| Description | Contact | Phone | Email | |
|---|---|---|---|---|
| No records found. | | | | |

< Prev | Next >

Display: All | Due This Week | Due Today | Due Tomorrow | Overdue

### Tasks

| | Description | Due | Assigned To | Assigned By | |
|---|---|---|---|---|---|
| | Send client a letter - rejected (if not sent before) | Today | Meylin Solozabal | Me | 📝❌ |

s://app.goclio.com/matters/1013703211

1/2

**MLF0046338**

EX. 7-35

< Prev | 1 | Next >                                                          Export to F

## Calendar Entries

| Date | Start | End | Summary | Attendees | |
|------|-------|-----|---------|-----------|--|
| No records found. | | | | | |

< Prev | Next >                                                          Export to File

**Print Notes**

## Notes

| Date | Subject | Note | Author | |
|------|---------|------|--------|--|
| 08/14/2012 | | Rejected, already filed by Gutierrez. | T M | |

< Prev | 1 | Next >

## Time Entries

| | Date | User | Description | Time | Rate | Total | |
|--|------|------|-------------|------|------|-------|--|
| | | | | 0.00 | | $0.00 | |

< Prev | Next >                                                          Export to File

## Expense Entries

| Date | User | Notes | Amount | |
|------|------|-------|--------|--|
| | | | $0.00 | |

< Prev | Next >                                                          Export to File

## Documents

                                                                            Create

| | # | Category | Description | User | Last Modified | |
|--|---|----------|-------------|------|---------------|--|
| No records found. | | | | | | |

< Prev | Next >

## Communications (Email communications directly to this matter...)

| | Date | | | |
|--|------|--|--|--|
| No records found. | | | | |

< Prev | Next >

MLF0046339

EX. 7-36



power
Total $ 11·86
regular
total $ 9.38 +x
+0·86

KBHERTITO'S
1720 SHOP
1021 TUOLUMNE ST.
(237-1034)

DATE 04/03/2012 TUE  TIME

POWER BURR T1          $5.49
/CARNE ASADA
POWER BURR T1          $5.49
/CARNE ASADA
VOID ----
POWER BURR T1           5.49
VOID ----
/CARNE ASADA
-10
BURR B             -5.49
CARNE ASADA
TOTAL                 $0.00
CAS                   $0.00
THANK YOU!
PLEASE COME BACK
CLERK 1      000455  00001

additional
Receipt for
Ron

MyYP.com.    Valley Yellow Pages.

MLF0046340

EX. 7-37



*power*
*Total $ 11.86*
*regular*
*total $ 9.38 +x*
                *.88*
              *10.26*

KENNEL FIELD
CAFE/SHOP
IMPES. TUOLUMNE, CA
(209) 1034)

Date: 04/03/2012 TUE

PORTER BURR TH          $5.49
/CARNE ASADA
PORTER BURR TI          $5.49
/CARNE ASADA
VOID ---
POWER PUD
VOID

TOTAL                   $0.00
CASH                    $0.00

CLERK

*additional*
*Receipt for*
*Ron*

My com.      Valley Yellow Pages.

MLF0046341

EX. 7-38

```
CASH                    $9.72
CHANGE                 $20.00
                       $10.28
            ...tom # : 1
CLERK 1    No.002999   00000
```

```
ROBERTITO'S
TACO SHOP
3830 N CEDAR
(559) 227-6434

DATE 08/24/2013 SAT   TIME 15:03

AUTO#                    #620
PBAL                    $0.00
SIDE JALAP T1           $0.99
TAX1                    $0.08
CHECKS PAID             $1.07
TOTAL                   $1.07
CASH                    $1.07
       ** ORDER# 1773 **
CLERK 1    No.003000   00000
```

```
ROBERTITO'S
TACO SHOP
3830 N CEDAR
(559) 227-6434

DATE 08/24/2013 SAT   TIME 14:58

AUTO#                    #619
PBAL                    $0.00
BURR VERDE 11           $4.69
BURR BEEF T1            $4.29
TAX1                    $0.74
CHECKS P                $9.72
TOTAL                   $9.72
CASH                   $20.00
CHANGE                 $10.28
       ** ORDER# 17   **
CLERK 1    No.002998   00000
```

```
ROBERTITO'S
TACO SHOP
3830 N CEDAR
(559) 227-6431

DATE 0:          4T   TIME 14:58

AUTO#                    #619
BURR VERDE T1           $4.69
BURR BEEF T1            $4.29
TAX1                    $0.74
CHECKS PAID             $9.72
TOTAL
CASH
```

```
ROBERTITO'
TACO
```

MLF0046355

EX. 7-39

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

ADAI No. _____

(Facility)

1. What is the name of the Facility? _Robertito's taco shop_

2. When did you visit the Facility? _8/24/13_ (Date) _300 pm_ (Time)

3. What is the address of the Facility? _3830 N Cedar Ave Fresno CA_

4. Was this your first visit to the Facility? _No_

5. How many times have you visited the Facility? _Few_ If more than one visit, please list the date and time if you know it. _?_

6. What was the purpose of your visit? _to eat_

7. Who accompanied you to the Facility? _my wife Lynn_

8. What car did you drive to the Facility? _Mine_

9. Did you drive yourself of did you get a ride from someone else? _I drove_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. _In D/p spot_

11. Was it difficult for you to park there? _yes_

12. Why? _pavements_

13. How did you unload from your vehicle? _Rear_

14. What side of the vehicle did you unload from? Driver or passenger? _Driver_

15. Did anyone help you to transfer onto your wheelchair? _Lynn_

16. What problems did you encounter transferring onto your wheelchair?

_pavment cracked_

17. Which way did you go from the parking to the entrance of the Facility? _to Ramp_

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.

_Ramp short and steep Ramp All cracked up Access pavement cracked_

19. Did you encounter any problems opening the door? Describe why. _No Door_

20. Did you have any problems inside the Facility? Describe. _Out side ._

_He already sued this place (x6) matter #130_

**MLF0046356**

EX. 7-40

*there was somo Kind of water main at top of* ~~Ray~~ *cover*

*Ramp my wheel got stuck in it. side walk was on a sloop*

21. What did you purchase (or what meal did you have there). Describe: _Chilli Verde Burrito_

_and Beef Burito_

22. Have you used the restroom at the Facility? _No_

23. Why did you need to use the restroom? _____

24. Did you use the sink? _____

25. Any problems? _____

26. Did you use the urinal? _____

27. Did you use the toilet? _____

28. Did you use the toilet paper? _____

29. Did you use paper towels? _____

30. Did you use the soap dispenser? _____

31. Did you have any problem maneuvering inside the restroom? _____

32. Where did you sit? _____

33. Was there any seating provided inside the Facility? _Yes_

34. Was it wheelchair accessible? _No it was at a Angle had to sit_
_Crooked_

35. Where you comfortable at the table? _No_

36. Did you use the counter to pay for purchase? _Yes_

37. Which counter did you use? _only one_

38. Was the counter accessible? _it was very wide had to get over_

39. Which way did you go after you left the Facility? _to the Right to my car_

40. Any problems getting back to your vehicle? _got stuck in water main cover a_
_Ramp was Bad_

41. Any problems transferring from your wheelchair to your vehicle? _No Lynn Helpme_

42. If you have any addition information you believe would assist us in evaluating this inquiry.

MLF0046357




# MOORE LAW FIRM
## PROFESSIONAL CORPORATION

332 North Second Street
San Jose, CA 95112
Office (408) 298-2000 Fax (408) 298-6046

**K. RANDOLPH MOORE**
*ESQUIRE
AND FOUNDER*

August 21, 2012

**Tanya E. Moore**
*Attorney at Law*

**Marejka Sacks**
*Paralegal*

Mr. Ronald Moore
80 N. Hughes Ave.
Clovis, CA 93612

*Re: Best Buy Liquor ( Gong's Market )*

Dear Mr. Moore:

Thank you for contacting our office requesting our assistance in the above-referenced matter. This is letter is to inform you that although there may be ADA violations involved in the above-referenced facility, we have rejected the option of filing a civil rights action. This letter of rejection should not be interpreted by you, or anyone, that you do not have a legitimate case. As you know, these civil rights actions usually involve considerable costs and attorneys fees and we are only able to pursue cases which involve the most egregious violations of the ADA law.

Thank you for sending us information regarding the above referenced facility. Please be advised that the current statute of limitations is two years from the date of incident. We will be doing nothing further in this matter and will not be monitoring any statute. If you have any questions, or want to discuss something specific about this matter, please do not hesitate to contact me.

Sincerely,

Tanya Moore
Attorney at Law

TM/ms

**MLF0046241**



**BEST BUY LIQOUR**
**1813 ACADEMY AVE**
**SANGER CA**
**(559)-875-3410**
```
DATE        03/19/2012              MON
    GROCERY NON TAX F          $1.18
    SUBTOTAL                   $1.18
    TOTAL                      $1.18
    CASH                       $1.18
         * ORDER# 0159 *
NO.081359 REG01 1 EMPLOYEE    TIME 17:00
         THANK YOU
```

Sanger
bad parking
No Signs
Dosnt
Isles



MyYP.com

Valley
YellowPages.
The better book. Since 1953.

MLF0046242



**BEST BUY LIQOUR**
**1813 ACADEMY AVE**
**SANGER CA**
**(559)-875-3410**

| DATE | 03/19/2012 | MON |
|------|-----------|-----|
| GROCERY NON TAX F | | $1.18 |
| SUBTOTAL | | $1.18 |
| TOTAL | | $1.18 |
| CASH | | $1.18 |

\* ORDER# 0159 \*
NO.081359 REG01 1 EMPLOYEE     TIME 17:00



Sanger
Bad parking
No Signs
Door
Isles

Valley △
YellowPages.

MyYP.com

MLF0046243

EX. 7-44

*8/21/10* *already serve this* *and Closed*

## Moore v. Best Buy Liquor (Open File)

### Matter Detail

Edit | Delete

| | | | |
|---|---|---|---|
| Matter Number | 01385-Moore | Pending Date | 08/09/2012 |
| Client Reference Number | | Open Date | |
| Description | Moore v. Best Buy Liquor | Close Date | |
| Responsible Attorney | T M | Limitations Date | 03/19/2013 |
| Practice Area | ADA | Status | Pending as of 08/09/2012 |
| Location | 1813 Academy Ave, Sanger CA | Billable | Yes |
| Billing Method | Hourly | | |

### Firm Feed

| Description |
|---|
| Meylin Solozabal created a task, 'CHeck out new Case-FLU', for the matter '01385-Moore' 11 days ago. |
| Meylin Solozabal created a task, 'Limitations Date', for the matter '01385-Moore' 11 days ago. |
| Meylin Solozabal created a matter, '01385-Moore', 11 days ago. |

< Prev | 1 | Next >

### Client (Edit)

| | | | |
|---|---|---|---|
| Name | Ron Moore | Phone | (559)273-1080 (Mobile) |
| Company Name | | Web Site | |
| Address | | Email | |
| | | Instant Messenger | |

Loading please wait...
Loading please wait...
Display: All | Due This Week | Due Today | Due Tomorrow | Overdue

### Tasks

| | Description | Due | Assigned To | Assigned By | |
|---|---|---|---|---|---|
| | It is my understanding that Shaw already sued it in Shaw v. Gong's? Please review the Gong's file and advise. | 08/15/2012 | Meylin Solozabal | Meylin Solozabal | |

< Prev | 1 | Next >
Export to File

*Meylin, let me know!*

### Calendar Entries

| Date | Start | End | Summary | Attendees | |
|---|---|---|---|---|---|
| No records found. | | | | | |

< Prev | Next >
Export to File

*already sued this Location*

Loading please wait...
Loading please wait...
Loading please wait...

https://app.goclio.com/matters/1015846456

1/2

MLF0046244

**Communications (Email communications directly to this matter...)**

| | Date | | | |
|---|---|---|---|---|
| No records found. | | | | |

< Prev | Next >

MLF0046245

EX. 7-46



1385-Moore

# y Liquor (Open File)

☑ Edit | ☒ Delete

etail

| Matter Number | 01385-Moore | | Pending Date | 08/09/2012 |
|---|---|---|---|---|
| Client Reference Number | | | Open Date | |
| Description | Moore v. Best Buy Liquor | | Close Date | |
| Responsible Attorney | T M | | Limitations Date | 03/19/2013 |
| Practice Area | ADA | | Status | Pending as of 08/09/2012 |
| Location | 1813 Academy Ave, Sanger CA | | Billable | Yes |
| Billing Method | Hourly | | | |

## Firm Feed

| Description |
|---|
| **Meylin Solozabal** created a task, 'CHeck out new Case- FLU', for the matter '**01385-Moore**' 11 days ago. |
| **Meylin Solozabal** created a task, 'Limitations Date', for the matter '**01385-Moore**' 11 days ago. |
| **Meylin Solozabal** created a matter, '**01385-Moore**', 11 days ago. |

< Prev | 1 | Next >

## Client (Edit)

| Name | Ron Moore | | Phone | (559)273-1080 (Mobile) |
|---|---|---|---|---|
| Company Name | | | Web Site | |
| Address | | | Email | |
| | | | Instant Messenger | |

Loading please wait... ⟳
Loading please wait... ⟳
Display: All | Due This Week | Due Today | Due Tomorrow | Overdue

## Tasks

| | Description | Due | Assigned To | Assigned By | |
|---|---|---|---|---|---|
| 📋 | CHeck out new Case- FLU | 08/15/2012 | Me | **Meylin Solozabal** | ☺☑☒ |

< Prev | 1 | Next > | Export to File

## Calendar Entries

| Date | Start | End | Summary | Attendees | |
|---|---|---|---|---|---|
| No records found. | | | | | |

< Prev | Next > | Export to File

Loading please wait... ⟳
Loading please wait... ⟳
Loading please wait... ⟳
Loading please wait... ⟳
Loading please wait... ⟳

MLF0046246

EX. 7-47





# MOORE LAW FIRM
### P R O F E S S I O N A L   C O R P O R A T I O N

332 North Second Street
San Jose, CA 95112
Office (408) 298-2000 Fax (408) 298-6046

**K. RANDOLPH MOORE**
ESQUIRE
AND FOUNDER

*Tanya E. Moore*
*Attorney at Law*

*Marejka Sacks*
*Paralegal*

September 4, 2012

Mr. Ronald Moore
80 N. Hughes Ave.
Clovis, CA 93612

**_Re: Ross_**

Dear Mr. Moore:

Thank you for contacting our office requesting our assistance in the above-referenced matter. This is letter is to inform you that although there may be ADA violations involved in the above-referenced facility, we have rejected the option of filing a civil rights action. This letter of rejection should not be interpreted by you, or anyone, that you do not have a legitimate case. As you know, these civil rights actions usually involve considerable costs and attorneys fees and we are only able to pursue cases which involve the most egregious violations of the ADA law.

Thank you for sending us information regarding the above referenced facility. Please be advised that the current statute of limitations is two years from the date of incident. We will be doing nothing further in this matter and will not be monitoring any statute. If you have any questions, or want to discuss something specific about this matter, please do not hesitate to contact me.

Sincerely,

Tanya Moore

Tanya Moore
Attorney at Law

TM/ms

MLF0046234

Moore

oore

v. Ross (Open File)

Matter Detail                                                                    📝 Edit | ❌ Delete

| | | | |
|---|---|---|---|
| Matter Number | 01395-Moore | Pending Date | 08/09/2012 |
| Client Reference Number | | Open Date | |
| Description | Moore v. Ross | Close Date | |
| Responsible Attorney | T M | Limitations Date | 04/14/2013 |
| Practice Area | ADA | Status | Pending as of 08/09/2012 |
| Location | 90 West Shaw Avenue, Clovis CA | Billable | Yes |
| Billing Method | Hourly | | |

**Firm Feed**

| Description |
|---|
| T M removed a task, 'check out new case-FLU', for the matter '01395-Moore' 3 days ago. |
| T M created a task, 'Already sued in Morales v. Dollar Tree, Meylin to send a rejection letter, update the ADA list, close this clio file after rejection letter is sent.', for the matter '01395-Moore' 3 days ago. |
| T M created a matter note, 'Case rejected', for the matter '01395-Moore' 3 days ago. |
| T M completed a task, 'check out new case-FLU', for the matter '01395-Moore' 3 days ago. |

< Prev | 1 | 2 | Next >

**Client (Edit)**

| | | | |
|---|---|---|---|
| Name | Ronald Moore | Phone | (559)298-3228 (Home) |
| Company Name | | Web Site | |
| Address | 80 N. Hughes Avenue | Email | |
| | Clovis, California 93612 | | |
| | (Home) | Instant Messenger | |

Loading please wait... ⚙

Display: All | Due This Week | Due Today | Due Tomorrow | Overdue

**Tasks**

| | Description | Due | Assigned To | Assigned By | |
|---|---|---|---|---|---|
| | Already sued in Morales v. Dollar Tree, Meylin to send a rejection letter, update the ADA list, close this clio file after rejection letter is sent. | Today | Me | T M | |

< Prev | 1 | Next >                                                        Export to File

Loading please wait... ⚙

                                                                              Print Notes

**Notes**

https://app.goclio.com/matters/1015846872                          9/4/2012

MLF0046235

EX. 7-49



| Subject | Note | Author | |
|---|---|---|---|
| | Prepared a letter of rejection and sent to client on 9/4/2012 | Meylin Solozabal | |
| Case rejected | Already sued in Morales v. Dollar Tree, instructed Meylin to send a rejection letter. | T M | |

< Prev | 1 | Next >

**Time Entries**

| | Date | User | Description | Time | Rate | Total | |
|---|---|---|---|---|---|---|---|
| | | | | 0.00 | | $0.00 | |

< Prev | Next >                                    Export to File

**Expense Entries**

| Date | User | Notes | Amount | |
|---|---|---|---|---|
| | | | $0.00 | |

< Prev | Next >                                    Export to File

**Documents**

Create

| | # | Category | Description | User | Last Modified | |
|---|---|---|---|---|---|---|
| No records found. | | | | | | |

< Prev | Next >

Loading please wait...

https://app.goclio.com/matters/1015846872                    9/4/2012

MLF0046236

EX. 7-50





# MOORE LAW FIRM
### P R O F E S S I O N A L   C O R P O R A T I O N

332 North Second Street
San Jose, CA 95112
Office (408) 298-2000 Fax (408) 298-6046

**K. RANDOLPH MOORE**
*ESQUIRE*
*AND FOUNDER*

September 5, 2012

**Tanya E. Moore**
*Attorney at Law*

**Marejka Sacks**
*Paralegal*

Mr. Ronald Moore
80 N. Hughes Ave.
Clovis, CA 93612

*S/w client*

### *Re: Airport Liquor*

Dear Mr. Moore:

Thank you for contacting our office requesting our assistance in the above-referenced matter. This is letter is to inform you that although there may be ADA violations involved in the above-referenced facility, we have rejected the option of filing a civil rights action. This letter of rejection should not be interpreted by you, or anyone, that you do not have a legitimate case. As you know, these civil rights actions usually involve considerable costs and attorneys fees and we are only able to pursue cases which involve the most egregious violations of the ADA law.

Thank you for sending us information regarding the above referenced facility. Please be advised that the current statute of limitations is one year from the date of incident. We will be doing nothing further in this matter and will not be monitoring any statute. If you have any questions, or want to discuss something specific about this matter, please do not hesitate to contact me.

Sincerely,

*Tanya Moore*

Tanya Moore
Attorney at Law

TM/kf

MLF0046237

*[handwritten: close this free]* *[handwritten: done]*

*[handwritten: receips]*

... successfully updated.

-Moore

re v, Airport Liquor (Open File)   →   *[handwritten: close]*

### Matter Detail                                    📝 Edit | ❌ Delete

| | | | |
|---|---|---|---|
| Matter Number | 01394-Moore | Pending Date | 08/09/2012 |
| Client Reference Number | | Open Date | |
| Description | Moore v. Airport Liquor | Close Date | |
| Responsible Attorney | T M | Limitations Date | 03/30/2013 |
| Practice Area | ADA | Status | Pending as of 08/09/2012 |
| Location | 4777 E. Mckinley Ave. Fresno CA 93703 | Billable | Yes |
| Billing Method | Hourly | | |

### Firm Feed

| Description |
|---|
| 👤 Meylin Solozabal updated a task, 'Limitations Date', for the matter '01394-Moore' less than... |
| 👤 Meylin Solozabal updated a matter, '01394-Moore' less than a minute ago. |
| 📄 T M removed a task, 'Check out new case-PLU', for the matter '01394-Moore' 3 days ago. |
| 📄 T M created Time Entry, 'File reviewed and updated tasks', for the matter '01394-Moore' 3 da... |

< Prev | 1 | 2 | 3 | Next >

*[handwritten note over feed: note - Closed mat... and put the o... Ow Gutierrez]*

*[handwritten on sticky note: send a letter to R moore case rejected (due 9/5/12) m]*

### Client (Edit)

Name   Mr Ronald Moore

Company Name

Address   80 N. Hughes Avenue
          Clovis, California 93612                    Email

          (Home)

                                    Instant Messenger   (Work)

*[handwritten: done close]*

Loading please wait... ⟳
**Display: All | Due This Week | Due Today | Due Tomorrow | Overdue**

### Tasks

*[handwritten: Done update address in Clio]*

| | Description | Due | Assigned To | Assigned By | |
|---|---|---|---|---|---|
| | Meylin, please always enter a complete address. Can t review the case without it. | Today | Me | T M | |
| ☐ | Fup with Meylin to see if she updated the address in Clio | 09/05/2012 | T M | T M | |

< Prev | 1 | Next >                                    Export to File

*[handwritten: Note: Gutierrez we open and sent a fee agreement to Gutierrez same location]*

### Calendar Entries

MLF0046238

EX. 7-52

*(handwritten, circled)* close this file — done

*(handwritten)* 7 receips

**Moore**

re v. Airport Liquor (Open File) → *(handwritten)* close

**Matter Detail**                                                                  ✏ Edit | ❌ Delete

| | | | |
|---|---|---|---|
| Matter Number | 01394-Moore | Pending Date | 08/09/2012 |
| Client Reference Number | | Open Date | |
| Description | Moore v. Airport Liquor | Close Date | |
| Responsible Attorney | T M | Limitations Date | 03/30/2013 |
| Practice Area | ADA | Status | Pending as of 08/09/2012 |
| Location | 4777 E. McKinley Ave. Fresno CA 93703 | Billable | Yes |
| Billing Method | Hourly | | |

**Firm Feed**

| Description |
|---|
| Meylin Solozabal updated a task, 'Limitations Date', for the matter '01394-Moore' less than a minute ago. |
| Meylin Solozabal updated a matter, '01394-Moore' less than a minute ago. |
| T M removed a task, 'Check out new case-PLU', for the matter '01394-Moore' 3 days ago. |
| T M created Time Entry, 'File reviewed and updated tasks.', for the matter '01394-Moore' 3 days ago. |

< Prev 1 2 3 Next >

*(handwritten, circled)* note – Closed matter in Clio and put the other receipt on Goutierrez

**Client** (Edit)

| | | | |
|---|---|---|---|
| Name | Mr Ronald Moore | Phone | 559-298-3228 (Home) |
| Company Name | | Web Site | |
| Address | 80 N. Hughes Avenue Clovis, California 93612 | Email | |
| | (Home) | | |
| | | Instant Messenger | (Work) |

*(handwritten)* done close

Loading, please wait... ⟳
**Display:** All | Due This Week | Due Today | Due Tomorrow | Overdue

**Tasks**

| | Description | Due | Assigned To | Assigned By | |
|---|---|---|---|---|---|
| | Meylin, please always enter a complete address. Can't review the case without it. | Today | Me | T M | |
| ☑ | Fup with Meylin to see if she updated the address in Clio | 09/05/2012 | T M | T M | |

*(handwritten)* Done update address in Clio

< Prev 1 Next >                                                                Export to File

**Calendar Entries**

*(handwritten)* Not Gutierrez we open and sent a fee agreement to Gutierrez same location

https://app.goclio.com/matters/101584694                                       9/4/2012

MLF0046239

EX. 7-53



AIRPORT L. LIQUOR
4777 I. MCKINLEY
(252) 41 1

DATE 03/30/2012 FRI

GROCERY          $1.59
ENV TI           $0.10
TAX1             $0.01
TOTAL            $1.70
CASH             $1.70
        THANK YOU
       COME AGAIN
CLERK 01      No.00096
TIME 18:03        00

MLF0046240

EX. 7-54



# MOORE LAW FIRM
### PROFESSIONAL CORPORATION

332 North Second Street
San Jose, CA 95112
Office (408) 298-2000 Fax (408) 298-6046

R. RANDOLPH MOORE
ESQUIRE
AND FOUNDER

Tanya E. Moore
Attorney at Law

Marejka Sacks
Paralegal

September 20, 2012

Ronald Moore
80 N Hughes Avenue
Clovis, CA 93612

*__Re: Dave's Liquor & Gas, Parlier, California__*

Dear Mr. Moore:

Thank you for contacting our office requesting our assistance in the above-referenced matter. This is letter is to inform you that although there may be ADA violations involved in the above-referenced facility, we have rejected the option of filing a civil rights action. This letter of rejection should not be interpreted by you, or anyone, that you do not have a legitimate case. As you know, these civil rights actions usually involve considerable costs and attorneys fees and we are only able to pursue cases which involve the most egregious violations of the ADA law.

Thank you for sending us information regarding the above referenced facility. Please be advised that the current statute of limitations is two years from the date of incident. We will be doing nothing further in this matter and will not be monitoring any statute. If you have any questions, or want to discuss something specific about this matter, please do not hesitate to contact me.

Sincerely,

*Dictated, not read.*
*Sent in Mrs. Moore's absence to avoid delay.*

Tanya Moore
Attorney at Law

TM/jr

MLF0046110



Moore v. Dave's Liquor & Gas

PO: National Farm Workers
Service Center, Inc.
BO: Betram Singh
Parminder Kaur

REJECT

send a letter
reject the
case

MLF0046111

EX. 7-56



# MOORE LAW FIRM
## P R O F E S S I O N A L   C O R P O R A T I O N

332 North Second Street
San Jose, CA 95112
Office (408) 298-2000 Fax (408) 298-6046

*1388*

K. RANDOLPH MOORE
ESQUIRE
AND FOUNDER

Tanya E. Moore
*Attorney at Law*

Marejka Sacks
*Paralegal*

September 21, 2012

Mr. Ronald Moore
80 N. Hughes Ave.
Clovis, CA 93612

**Re: Kings Market**

Dear Mr. Moore:

Thank you for contacting our office requesting our assistance in the above-referenced matter. This is letter is to inform you that although there may be ADA violations involved in the above-referenced facility, we have rejected the option of filing a civil rights action. This letter of rejection should not be interpreted by you, or anyone, that you do not have a legitimate case. As you know, these civil rights actions usually involve considerable costs and attorneys fees and we are only able to pursue cases which involve the most egregious violations of the ADA law.

Thank you for sending us information regarding the above referenced facility. Please be advised that the current statute of limitations is two years from the date of incident. We will be doing nothing further in this matter and will not be monitoring any statute. If you have any questions, or want to discuss something specific about this matter, please do not hesitate to contact me.

Sincerely,

*Tanya Moore*

Tanya Moore
Attorney at Law

TM/ms

MLF0046310

EX. 7-57

## 01388-Moore

## Moore v. Kings Market (Open File)

### Matter Detail

                                            ☑ Edit | ☒ Delete

| | | | |
|---|---|---|---|
| Matter Number | 01388-Moore | Pending Date | 08/09/2012 |
| Client Reference Number | | Open Date | |
| Description | Moore v. Kings Market | Close Date | |
| Responsible Attorney | T M | Limitations Date | 03/23/2013 |
| Practice Area | ADA | Status | Pending as of 08/09/2012 |
| Location | 1801 6th Ave, Kingsburg CA 93631 | Billable | Yes |
| Billing Method | Hourly | | |

### Firm Feed

| Description |
|---|
| J R created a matter note, 'Re: Site Inspection & Photos', for the matter '01388-Moore' 3 days ago. |
| J R completed a task, 'Site Inspection: Moore v. Kings Market 1801 6th Ave, Kingsburg CA 93631', for the matter '01388-Moore' 3 days ago. |
| J R renamed a task from 'Do I have photos from JL re site inspection?' to 'Do I have photos from JL re 9/03/12 site inspection?', for the matter '01388-Moore' 3 days ago. |
| J R updated a task, 'Do I have photos from JL re site inspection?', for the matter '01388-Moore' 3 days ago. |

`< Prev` `1` `2` `3` `4` `Next >`

### Client (Edit)

| | | | |
|---|---|---|---|
| Name | Mr Ronald Moore | Phone | 559-298-3228 (Home) |

| | | | |
|---|---|---|---|
| Company Name | | Web Site | |
| Address | 80 N. Hughes Avenue Clovis, California 93612 (Home) | ✉ Email | |
| | | Instant Messenger | (Work) |

Loading please wait... ✱

### Relationships

| Description | Contact | Phone | Email | |
|---|---|---|---|---|
| No records found. | | | | |

`< Prev` `Next >`

**Display: All | Due This Week | Due Today | Due Tomorrow | Overdue**

### Tasks

| | Description | Due | Assigned To | Assigned By | |
|---|---|---|---|---|---|
| ▢ | Meylin, please pull client's notes for my review. | 09/17/2012 | Meylin Solozabal | Me | ☑☒ |
| ▢ | Review notes from the client re his problems. Parking seems ok, clearances not, not sure. | 09/17/2012 | Me | Me | ☑☒ |

MLF0046311

EX. 7-58

...ending ...estis ...ill, ...sstands requires...
about counter.

< Prev | 1 | Next >                                    Export to File

## Calendar Entries

| Date | Start | End | Summary | Attendees | |
|------|-------|-----|---------|-----------|---|
| No records found. | | | | | |

< Prev | Next >                                    Export to File

Print Notes

## Notes

| Date | Subject | Note | Author | |
|------|---------|------|--------|---|
| 09/12/2012 | Re: Site Inspection & Photos | TC with JL re site inspection and photos. JL will email over photos and list of barrier. | J R | |

< Prev | 1 | Next >

## Time Entries

| | Date | User | Description | Time | Rate | Total | |
|---|------|------|-------------|------|------|-------|---|
| | 09/15/2012 | T M | File Review: File reviewed, reviewed photos, instructions to MS re correspondence from the client. | 0.40 | $350.00 | $140.00 | |
| | 09/01/2012 | T M | Communication Misc.: Communications with the consultant. | 0.33 | $350.00 | $115.50 | |
| | 09/01/2012 | T M | Correspondence with the client; Reviewed correspondence from the client and updated tasks. | 0.22 | $350.00 | $77.00 | |
| | | | | 0.95 | | $332.50 | |

< Prev | 1 | Next >                                    Export to File

## Expense Entries

| Date | User | Notes | Amount | |
|------|------|-------|--------|---|
| | | | $0.00 | |

< Prev | Next >                                    Export to File

## Documents

Create

| | # | Category | Description | User | Last Modified | |
|---|---|----------|-------------|------|---------------|---|
| No records found. | | | | | | |

< Prev | Next >

## Communications (Email communications directly to this matter...)

| | Date | | |
|---|------|---|---|
| No records found. | | | |

< Prev | Next >

MLF0046312

EX. 7-59

KINGS MARKET
1801 6TH AVE
KINGSBURG CA. 93631
PH 559-897-8182

REG 03-23-2012 13:31
C:01    MCH01    311842
                  01

1 GROC.NO/ TAX      $2.25
     TL        $2.25
     CASH        $2.25

MLF0046314

EX. 7-60



# MOORE LAW FIRM
## PROFESSIONAL CORPORATION

332 North Second Street
San Jose, CA 95112
Office (408) 298-2000 Fax (408) 298-6046



K. RANDOLPH MOORE
ESQUIRE
AND FOUNDER

Tanya E. Moore
Attorney at Law

Marejka Sacks
Paralegal

September 21, 2012

Mr. Ronald Moore
80 N. Hughes Ave.
Clovis, CA 93612

*Re: Bobby Salazar*

Dear Mr. Moore:

Thank you for contacting our office requesting our assistance in the above-referenced matter. This is letter is to inform you that although there may be ADA violations involved in the above-referenced facility, we have rejected the option of filing a civil rights action. This letter of rejection should not be interpreted by you, or anyone, that you do not have a legitimate case. As you know, these civil rights actions usually involve considerable costs and attorneys fees and we are only able to pursue cases which involve the most egregious violations of the ADA law.

Thank you for sending us information regarding the above referenced facility. Please be advised that the current statute of limitations is two years from the date of incident. We will be doing nothing further in this matter and will not be monitoring any statute. If you have any questions, or want to discuss something specific about this matter, please do not hesitate to contact me.

Sincerely,

*Tanya Moore*

Tanya Moore
Attorney at Law

TM/ms

MLF0046112

EX. 7-61

## 01397-Moore

**Moore v. Bobby Salazar (Open File)**

### Matter Detail

Edit | Delete

| | | | |
|---|---|---|---|
| Matter Number | 01397-Moore | Pending Date | 08/09/2012 |
| Client Reference Number | | Open Date | |
| Description | Moore v. Bobby Salazar | Close Date | |
| Responsible Attorney | T M | Limitations Date | 04/18/2013 |
| Practice Area | ADA | Status | Pending as of 08/09/2012 |
| Location | 430 Clovis Ave, Clovis CA 93612 | Billable | Yes |
| Billing Method | Hourly | | |

### Firm Feed

| Description |
|---|
| T M created a matter note, 'Rejected after site inspection', for the matter '01397-Moore' about 15 hours ago. |
| T M renamed a task from 'Reject-->Moore v. Bobby Salazar site inspection 430 Clovis Ave, Clovis CA 93612' to 'Send the letter of rejection>Moore v. Bobby Salazar site inspection 430 Clovis Ave, Clovis CA 93612', for the matter '01397-Moore' about 15 hours ago. |
| J R completed a task, 'Fup with JL re photos', for the matter '01397-Moore' 2 days ago. |
| J L renamed a task from 'Moore v. Bobby Salazar site inspection 430 Clovis Ave, Clovis CA 93612' to 'Reject-->Moore v. Bobby Salazar site inspection 430 Clovis Ave, Clovis CA 93612', for the matter '01397-Moore' 2 days ago. |

< Prev | 1 | 2 | 3 | 4 | 5 | Next >

### Client (Edit)

| | | | |
|---|---|---|---|
| Name | Mr Ronald Moore | Phone | 559-298-3228 (Home) |
| Company Name | | Web Site | |
| Address | 80 N. Hughes Avenue Clovis, California 93612 (Home) | Email | |
| | | Instant Messenger | (Work) |

Loading please wait...

**Display: All | Due This Week | Due Today | Due Tomorrow | Overdue**

*[handwritten: Done / Update ADA / Rent letter to Client / and Close 9/21/12]*

### Tasks

| | Description | Due | Assigned To | Assigned By | |
|---|---|---|---|---|---|
| | Send the letter of rejection>Moore v. Bobby Salazar site inspection 430 Clovis Ave, Clovis CA 93612 | Today | Me | T M | |

< Prev | 1 | Next >

Export to File

### Calendar Entries

| Date | Start | End | Summary | Attendees | |
|---|---|---|---|---|---|
| No records found. | | | | | |

*[handwritten: Thank you → File T M]*

**MLF0046113**

EX. 7-62

## 01294-Moore

### Moore v. Aluisi, et al. (Baskin Robbins) (Open File)

#### Matter Detail

📝 Edit | ❌ Delete

| | | | |
|---|---|---|---|
| Matter Number | 01294-Moore | Pending Date | 03/27/2012 |
| Client Reference Number | | Open Date | |
| Description | Moore v. Aluisi, et al. (Baskin Robbins) | Close Date | |
| Responsible Attorney | T M | Limitations Date | |
| Practice Area | ADA | Status | Pending as of 03/27/2012 |
| Location | 950 Herndon Ave, Clovis CA | Billable | Yes |
| Billing Method | Hourly | | |

#### Firm Feed

| Description |
|---|
| T M created Time Entry, 'Reviewed file - ParcelQuest and photos, updated tasks. ', for the matter '01294-Moore' 4 days ago. |
| T M created a task, 'Site inspection revealed problems on the outside only. need to talk to client re problems on the inside. ', for the matter '01294-Moore' 4 days ago. |
| T M completed a task, 'Review the file determine if complaint is to be filed - I think the same place where Burger King and Dollar Tree is - same plaza - double check and make a decision if file or reject', for the matter '01294-Moore' 4 days ago. |
| T M removed a task, 'research done, please draft complaint and give to TM for approval', for the matter '01294-Moore' 3 months ago. |

< Prev | 1 | 2 | 3 | 4 | Next >

#### Client (Edit)

| | | | |
|---|---|---|---|
| Name | Ron Moore | Phone | (559)273-1080 (Mobile) |
| Company Name | | Web Site | |
| Address | | Email | |
| | | Instant Messenger | |

Loading please wait... ✿
Loading please wait... ✿

**Display:** All | Due This Week | Due Today | Due Tomorrow | Overdue

#### Tasks

| | Description | Due | Assigned To | Assigned By | |
|---|---|---|---|---|---|
| ☐ | Do we have questionnaire from Ron re inside? Determine if we should reject the case? | 10/28/2012 | Me | Me | 🖉📝❌ |
| ☐ | Send a questionnaire to the client | Today | Meylin Solozabal | Me | 📝❌ |

< Prev | 1 | Next >     Export to File

#### Calendar Entries

| Date | Start | End | Summary | Attendees | |
|---|---|---|---|---|---|
| No records found. | | | | | |

< Prev | Next >     Export to File

**MLF0046109**

EX. 7-63



# MOORE LAW FIRM
## PROFESSIONAL CORPORATION

332 North Second Street
San Jose, CA 95112
Office (408) 298-2000 Fax (408) 298-6046

K. RANDOLPH MOORE
ESQUIRE
AND FOUNDER

Tanya E. Moore
Attorney at Law

Marejka Sacks
Paralegal

November 14, 2012

Mr. Ron Moore
80 N. Hughes Ave.
Clovis, CA 93612

Re:     **ADAI No.1401**
        **Donut Store (Facility)**

Dear Mr. Moore:

This letter is to inform you that we have received your inquiry regarding potentially filing a lawsuit on your behalf against the above-referenced facility along with the receipt of purchase you provided.

In order for us to evaluate the inquiry and determine if you have a cause of action under the ADA and applicable California statutes we must first obtain information from you regarding the barriers you encountered at the time of your visit to the Facility.   Please complete the questionnaire provided with this letter.   Please provide specific details. This information will assist us in documenting the existence of the barriers at the Facility.

Your complete and prompt response to this questionnaire is crucial information that is necessary.  Please be advised that we will not be able to proceed with this case until we receive the completely filled out questionnaire.

Kindest regarding,

*Tanya Moore*

Tanya Moore
Attorney at Law

TM/ms

Enclosure:     Public Accommodation Visit Questionnaire

MLF0046648



# MOORE LAW FIRM
### PROFESSIONAL CORPORATION

332 North Second Street
San Jose, CA 95112
Office (408) 298-2000 Fax (408) 298-6046

**K. RANDOLPH MOORE**
ESQUIRE
AND FOUNDER

**Tanya E. Moore**
*Attorney at Law*

**Marejka Sacks**
*Paralegal*

December 17, 2012

Mr. Ronald Moore
80 N. Hughes Avenue
Clovis, California 93612

**RE:** **ADAI No. 1527**
*La Buena Market* **(Facility) 100 Helen Ave., Reedley, CA**

Dear Mr. Moore:

Thank you for contacting our office with your inquiry regarding potentially filing a lawsuit on your behalf against the above–referenced facility. This letter is to inform you that although there may be ADA violations involved in the above–referenced facility, we have rejected the option of filing a civil rights action. This letter of rejection should not be interpreted by you, or anyone, that you do not have a legitimate case. As you know, these civil rights actions usually involve considerable costs and attorney's fees and we are usually only able to pursue cases which involve the most egregious violations of the ADA law.

Thank you for sending us information regarding the above referenced facility. Please be advised that the current statute of limitations is one year from the date of incident. We will be doing nothing further in this matter and will not be monitoring any statute.

If you have any questions or would like to discuss something specific about this matter, please do not hesitate to contact me.

Sincerely,

*Sent in my absence to*
*Avoid delay*

Tanya Moore
Attorney at Law

TM/mb

MLF0046395



# MOORE LAW FIRM

### PROFESSIONAL CORPORATION

332 North Second Street
San Jose, CA 95112
Office (408) 298-2000 Fax (408) 298-6046

K. RANDOLPH MOORE
ESQUIRE
AND FOUNDER

Tanya E. Moore
*Attorney at Law*

Marejka Sacks
*Paralegal*

March 1, 2013

Mr. Ronald Moore
80 N. Hughes Avenue
Clovis, California 93612

**RE:   ADA No: 01274**
**Casual Male XL; Furniture One**

Dear Mr. Moore:

Thank you for contacting our office with your inquiry regarding potentially filing a lawsuit on your behalf against the above–referenced facilities. This letter is to inform you that although there may be ADA violations involved in the above–referenced facilities, we have rejected the option of filing a civil rights action. Our initial site inspection found the facilities to be closed.

This letter of rejection should not be interpreted by you, or anyone, that you do not have a legitimate case. As you know, these civil rights actions usually involve considerable costs and attorney's fees and we are usually only able to pursue cases which involve the most egregious violations of the ADA law.

Thank you for sending us information regarding the above referenced facilities. Please be advised that the current statute of limitations is one year from the date of incident. We will be doing nothing further in this matter and will not be monitoring any statute.

If you have any questions or would like to discuss something specific about this matter, please do not hesitate to contact me.

Sincerely,

*Dictated but not read.*
*Sent in the absence of Tanya Moore to avoid delay.*

Tanya Moore
Attorney at Law

TM/wl

**MLF0046403**



CASUAL MALE XL

Casual Male 9714
5048 N BLACKSTONE AVE.
FRESNO, CA 93710
Telephone: (559)244-0590


Guest Name: RONALD MOORE
Guest Number: 888101381727
Current Points Balance: 0

<Slsprsn: LISET No. 041006>
717151453950 SYNTXTGRID/Black/3      49.50T1
Subtotal                              $49.50
Sales Tax 7.975%                        3.95
Total                                 $53.45

      Item(s) Sold: 1
      Item(s) Returned: 0

Visa                                  $53.45
  Card No. XXXXXXXXXXX8374 <S>
  Auth. No. 002905

    Please Retain for Your Records

Store: 9714      Res: 01      Tran: 099162
Date: 03/02/12  Time: 14:33   Assoc: 085929

    GILBERT served you today.

    Thank you for shopping at
       Casual Male 9714

    Please retain your receipt
      as proof of purchase.

    ************************
    We would like Your feedback!
 Please help us serve you better by
    visiting TELLCASUALMALEXL.COM

MLF0046404

for $20 off your next purchase
of $75 or more.

*******************************

When a purchase involves a coupon
discount taken on the entire
transaction, the value of such coupon will
be proportionally distributed to all
items purchased. If you return
one of the items, the final
price refunded is the original
as-sold price shown on the receipt
less the prorated coupon discount

When select forms of payment are
used and original receipt is present
the refund may be delivered in the
form of a check mailed from our
Home Office within 7 - 10
business days of the return
For additional details about our return
policy please see a store associate
or go to www.casualmale.com

Please visit us on Facebook at
http://www.facebook.com/OfficialDXL

Follow us on Twitter at
http://twitter.com/DestinationXL

Please visit our website at
WWW.CASUALMALE.COM

MLF0046405

EX. 7-68



# MOORE LAW FIRM
## PROFESSIONAL CORPORATION

332 North Second Street
San Jose, CA 95112
Office (408) 298-2000 Fax (408) 298-6046

March 4, 2013

K. RANDOLPH MOORE
ESQUIRE
AND FOUNDER

Tanya E. Moore
*Attorney at Law*

Marejka Sacks
*Paralegal*

Mr. Ronald Moore
80 N. Hughes Avenue
Clovis, California 93612

RE:     ADA No: 01572
        Circle K, 2790 Whitson, Selma, CA

Dear Mr. Moore:

Thank you for contacting our office with your inquiry regarding potentially filing a lawsuit on your behalf against the above–referenced facility. This letter is to inform you that although there may be ADA violations involved in the above–referenced facility, we have rejected the option of filing a civil rights action. This letter of rejection should not be interpreted by you, or anyone, that you do not have a legitimate case.  As you know, these civil rights actions usually involve considerable costs and attorney's fees and we are usually only able to pursue cases which involve the most egregious violations of the ADA law.

Thank you for sending us information regarding the above referenced facility. Please be advised that the current statute of limitations is one year from the date of incident.  We will be doing nothing further in this matter and will not be monitoring any statute.

If you have any questions or would like to discuss something specific about this matter, please do not hesitate to contact me.

Sincerely,

*Dictated but not read.*
*Sent in the absence of Tanya Moore to avoid delay.*

Tanya Moore
Attorney at Law

TM/wl

It was actually Mr. Rubios receipt. Sent a rejection letter to Rubio also.

MLF0046398

EX. 7-69





# MOORE LAW FIRM

P R O F E S S I O N A L   C O R P O R A T I O N

332 North Second Street
San Jose, CA 95112
Office (408) 298-2000 Fax (408) 298-6046

March 4, 2013

K. RANDOLPH MOORE
ESQUIRE
AND FOUNDER

Tanya E. Moore
*Attorney at Law*

Marejka Sacks
*Paralegal*

Mr. Ronald Moore
80 N. Hughes Avenue
Clovis, California 93612

**RE:** **ADA No: 01571**
**Buffalo Wild Wings, 3065 E. Shaw Ave, Fresno**

Dear Mr. Moore:

Thank you for contacting our office with your inquiry regarding potentially filing a lawsuit on your behalf against the above–referenced facility. This letter is to inform you that although there may be ADA violations involved in the above–referenced facility, we have rejected the option of filing a civil rights action. This letter of rejection should not be interpreted by you, or anyone, that you do not have a legitimate case. As you know, these civil rights actions usually involve considerable costs and attorney's fees and we are usually only able to pursue cases which involve the most egregious violations of the ADA law.

Thank you for sending us information regarding the above referenced facility. Please be advised that the current statute of limitations is one year from the date of incident. We will be doing nothing further in this matter and will not be monitoring any statute.

If you have any questions or would like to discuss something specific about this matter, please do not hesitate to contact me.

Sincerely,

*Dictated but not read.*
*Sent in the absence of Tanya Moore to avoid delay.*

Tanya Moore
Attorney at Law

TM/wl

MLF0046399

EX. 7-70



Buffalo Wild Wings
Grill and Bar #0284
3065 E. Shaw Ave
559-348-9080

01/28/2013
8:25 PM

Server: Daniel
Table i24/1
Guests: 3

#80014

Reprint #: 2
Order Type: DINE IN

```
Seat 1                          11.19 T
************************************  T
STEAK BURGER                    11.29 T
  *HONEY BBQ                          T
12 WINGS                         5.99 T
  *SPICY GARLIC                       T
6 WINGS                               T
  *BLAZIN                       28.47
CC BOAT                          2.35
          Subtotal             30.82
          Tax
          Total

**********************************
Seat 2                           9.99 T
**********************************  9.99
ITALIAN BURGER                   0.82
          Subtotal             10.81
          Tax
          Total

**********************************
Seat 3                           9.39 T
**********************************  0.99
1/2LB SHRIMP                    10.38
SIDE SALAD PLTR                  0.85
          Subtotal             11.23
          Tax
          Total
```

**************************************

$5 OFF FOR YOUR FEEDBACK

DESCUENTO DE $5 POR SUS
OPINIONES Y REACCIONES
**************************************
4 Easy Steps To $5 OFF Coupon

**MLF0046400**

1. Log on: survey.buffalowildwings.com (no www.)
2. Take the survey within 48 hours. (Limit 1 survey per household every 7 days)
3. Write the redemption code in space below
4. Present complete original receipt with code to redeem $5 OFF Coupon

Survey Code:

| 494 121 000 088 219 |

Redemption Code:

This $5 off coupon provided at no cost to the bearer. Redeemable during your next visit to a participating Buffalo Wild Wings« restaurant in the U.S. or Canada. Expires   days from the date printed on receipt. Good towards the purchase of food and non-alcoholic beverages only. One redemption per customer, non-transferable. Must present original Coupon. Cannot be combined with any other coupon/discount or offers. No cash/credit back.

USA $5.3

| Subtotal | |
|---|---|
| Tax | 48.84 |
| | 4.02 |
| Total | |
| | 52.86 |

M/C #XXXXXXXXXXXX4370
Auth:F1080Z                 $ 52.86

+ Tip:        _____

= Total:      _____


X_____

**Balance Due      $ 0.00**

Thank you for dining with us!
Any comments or suggestions,
please visit our website:
www.buffalowildwings.com

--- Check Closed ---

MLF0046401

EX. 7-72



# MOORE LAW FIRM
### PROFESSIONAL CORPORATION

332 North Second Street
San Jose, CA 95112
Office (408) 298-2000 Fax (408) 298-6046



K. RANDOLPH MOORE
ESQUIRE
AND FOUNDER

Tanya E. Moore
*Attorney at Law*

Marejka Sacks
*Paralegal*

March 7, 2013

Mr. Ronald Moore
80 N. Hughes Avenue
Clovis, California 93612

**RE:     ADA No: 01516**
**Shell #5, 2747 E. Manning Avenue, Fowler CA**

Dear Mr. Moore:

Thank you for contacting our office with your inquiry regarding potentially filing a lawsuit on your behalf against the above–referenced facility. This letter is to inform you that although there may be ADA violations involved in the above–referenced facility, we have rejected the option of filing a civil rights action. This letter of rejection should not be interpreted by you, or anyone, that you do not have a legitimate case. As you know, these civil rights actions usually involve considerable costs and attorney's fees and we are usually only able to pursue cases which involve the most egregious violations of the ADA law.

Thank you for sending us information regarding the above referenced facility. Please be advised that the current statute of limitations is one year from the date of incident. We will be doing nothing further in this matter and will not be monitoring any statute.

If you have any questions or would like to discuss something specific about this matter, please do not hesitate to contact me.

Sincerely,

*Dictated but not read.*
*Sent without signature to avoid delay.*

Tanya Moore
Attorney at Law

TM/wl

MLF0046396

```
            SHELL #5
       2747 E. MANNING AVE.
       HIGHWAY 99 EXIT 121
         FOWLER, CA 93625
           559-834-3634
         FAX 559-834-3684

SHELL
2747 EAST MANNING AVENU
FOWLER          CA  93625
62625472767


      12/15/2011 3:55:30 PM
   Register: 3 Trans #: 2829 Op ID: 4
       Your cashier: JOHN


ROCKSTAR 16oz (BLACK)       $2.99 101
$.05 CRV                    $0.05  99
TRACKER CHARGING CORD      $11.49 101
                          ----------
             Subtotal =     $14.53
                  Tax =      $1.15
                          ----------
                Total =     $15.68

            Change Due =     $0.00


Credit                      $15.68
-------------------------------------
XXXX XXXXXX X1028, AMEX
INVOICE 185066
AUTH 501031
Buyer agrees to pay the total, according
To the agreement with the card issuer
-------------------------------------



      THANKS  COME A....
```

MLF0046397

EX. 7-74





# MOORE LAW FIRM
### PROFESSIONAL CORPORATION

332 North Second Street
San Jose, CA 95112
Office (408) 298-2000 Fax (408) 298-6046

K. RANDOLPH MOORE
ESQUIRE
AND FOUNDER

Tanya E. Moore
*Attorney at Law*

Marejka Sacks
*Paralegal*

March 21, 2012

Ronald Moore
80 N. Hughes Avenue
Clovis, CA 93612

**Re:**  *Me-n-Ed's Pizza @ Ashlan Park; CVS Pharmacy on Herndon; Subway @ Bullard; dd's Discounts; Smokehouse, Radio Shack*

Dear Mr. Moore:

This letter is to inform you that although there may be ADA violations involved in the above-referenced facility we have rejected the option of filing a civil rights action.

As you know, these civil rights actions usually involve considerable costs and attorneys fees and we are only able to pursue cases which involve the most egregious violations of the ADA law.

Thank you for sending us information regarding the above referenced facility. If you have any questions, or want to discuss something specific about this matter, please do not hesitate to contact me.

Sincerely,

*Sent without signature to avoid delay*

Tanya Moore
Attorney at Law

TM/kp

MLF0046471



THE SHACK THANKS YOU.

RADIOSHACK 01-3230
4046 E Kings Canyon #101
Fresno, CA 93727-3656
(559) 255-0491

Order: 752309    01/07/2011    12:01P    Term #002

Helped By: 002 (PSY)
Entered By: 002 (PSY)

2501109  SANDISK 4GB CRUZER USB FL    1    9.99
1601121  SANDISK MOBILEMATE DUO RE    1   10.99

Subtotal        20.98
Tax  8.975%      1.88
Total           22.86

Cash            25.00

Change Due        2.14

Your name, address and the original sales receipt are
required for all refunds. Sales and returns are
subject to the terms and conditions identified
on the back.

Shop online 24/7 at
www.radioshack.com

*The door is hard to
open*

X

*********************************************
*      TELL US ABOUT YOUR        *
*    SHOPPING EXPERIENCE!        *
*           Visit               *
*  www.tellradioshack.com        *
* within 5 days of purchase*
*    to complete a short        *
*    survey and receive a        *
*  coupon good for $10 off        *
*   your next qualifying        *
*  purchase of $40 or more        *
*     at radioshack plus be*
*     entered into a $1000        *
* LLT YOUR VOICE BE HEARD!*
*    monthly sweepstakes.        *

*rejected 3/14*

*RV 2/28/12*

MLF0046472



Ron
exist file

THE SHACK @ RAB YOU.

RADIOSHACK 01-3230
3846 E Shaw Canyon #101
Fresno, CA 9172  656
(559) 255-04 1

Order 721387   04/12/2010   37:44P   Term #003

Helped By: 008 (188)
Entered By: 208 (ERN)

TL09208  98010 3' Her  ALE           34.99

Subtotal           34.93
Tax   8.975%        3.14
Tota               38.13

Credit Card        38.13

Change Due          0.00

AI                   X010 0
Car  Type  AE
Acct #:   9568
Auth  0072         38.13
Host  Ce   ed V

The ca  holder identified hereon may apply the total
amount shown on this receipt to the appropriate account
to be paid according to its current terms.

I agree to pay above total according to card issuer
agreement.

Your name, address and the original sales receipt are
required for all refunds. Sales and returns are
subject to the terms and conditions identified
on the back.

MLF0046473

EX. 7-77



# CVS/pharmacy

920 HERNDON AVE
CLOVIS, CA 93612
559-322-0150

REG#02 TRN#1186 CSHR#0851719 STR#9933

**ExtraCare Card #: *******5349**



1 LEGGS SE CT S NUDE       5.29T
1 LEGGS SE SHEE Q+JB       5.99T
1 OLAY BW III S 23.6       7.49T

3 ITEMS
    SUBTOTAL             18.77
    CA 7.975% TAX         1.50
    **TOTAL**            **20.27**
    CASH                 20.27
    CHANGE                 .00

2509 9332 0501 1860 28
RETURNS WITH RECEIPT THRU 04/19/2012

FEBRUARY 19, 2012        11:58 AM

Earn 2% back on almost everything
in the store and on cvs.com
when you use your ExtraCare card.

THANK YOU. SHOP 24 HOURS AT CVS.COM

rejected - Moore

MLF0046474



dd's<sup>SM</sup>
DISCOUNTS
5663 E. Kings Canyon Road
FRESNO, CA 93727
Phone: 559-251-1112

| | | |
|---|---|---|
| 400058578351 BLK/GRY/BRN AML S | 8.49 R | |
| 400060120104 PEACE OF MIND T | 5.99 R | |
| 400060247098 WINTER WEAR FLEECE | 2.99 R | |
| 400058894436 ETHOS DOT STRIPE N | 2.99 R | |
| 400051090621 SEVEN PRINT PLUSH | 5.99 R | |
| 400060140157 G-HERO FLEECE PANT | 5.99 R | |
| 400050544798 NIKE OBS/GOLD FLC | 7.99 R | |
| 400057533894 MAKAVELLI HAT SET | 3.99 R | |
| 400057634341 FUBU HAT SCARF SET | 3.99 R | |
| 400060163477 YN S/S ACREEN NIGH | 4.99 R | |
| 400057829591 TWILL TIE SETS ASS | 7.99 R | |
| 400059729684 2 PK TONKA TREAD S | 4.99 R | |
| 400060240598 EMPIRE SKULL STUD | 4.99 R | |
| 400060240598 EMPIRE SKULL STUD | 4.99 R | |
| 400054806706 WINTER WARM UP STR | 2.99 R | |
| 400059997373 FU/FU PATENT SNK T | 8.99 R | |
| 400058919826 MARS HEROS 3PK FIG | 5.99 R | |
| 400058919826 MARS HEROS 3PK FIG | 5.99 R | |
| 400056077603 HW CITY SPEEDWAY:N | 11.99 R | |

| | |
|---|---|
| Subtotal | $112.31 |
| Taxable 8.975% | $10.08 |
| Total | $122.39 |

Number of Items Sold: 19
Number of Items Returned: 0
Number of Items Deleted: 0

| | |
|---|---|
| Cash | $123.00 |
| Cash Change | $0.61 |

Receipt #: 5002-07-0257-0353-9
Tender Detail#: 1-01-5-01-012239

Receipt # 5002-07-0257-0353-9

1-01-5-01-012239

Store: 5002      Reg: 07      Tran: 0257
Date: 12/19/10 Time: 04:14  Assoc: 645309
Visit us at www.ddsdiscounts.com
Sales from 11-1-10 - 12-24-10 may
be returned through 1-16-11.

Tell us about your visit to dd's DISCOUNTS
and enter our drawing for a $500 Gift Card

MLF0046475

EX. 7-79



ME-N-ED'S PIZZA PARLOR
ASHLAN PARK (85)
559-224-9191
To Go 02/18/2012   5:53P
Trans 000270187

Order 650

Server:  Steven
Guest:   RON

Lrg Reg Create Pizza          $12.00
Pepperoni;; Sausage;; Impt Mushrooms
                            ----------
        Sub Total            $12.00
        Discount              $1.50
        Sub Total            $10.50
        Tax                   $0.84
        Total                $11.34
        Paid                 $15.00
        Change                $3.66

CASH

        Delivery 559-224-9191
**********WE HOPE TO SEE YOU
AGAIN********** $$$IT'S BEEN OUR PLEASURE
SERVING YOU$$$

MLF0046476

EX. 7-80

March 15, 2012

Ronald Moore
80 N. Hughes Ave.
Clovis, CA 93612

Re:     _**Subway @ Bullard**_

Dear Mr. Moore:

This letter is to inform you that we have received your request to file a lawsuit on your behalf against the above-referenced facility along with the receipt of purchase you provided. Please be advised that we will investigate the barriers to access encountered by you and advise you within three weeks if we decide to accept this case.

Thank you for sending us this information. If you have any questions, or want to discuss something specific about this matter, please do not hesitate to contact me.

Sincerely,

**Sent w/out signature to avoid delay**
Tanya Moore
Attorney at Law

TM/ml

MLF0046477



Bad signs no Hc Van access
Ramp comes out into the street.

more

50 W. Bullard Clovis Ca.
corner of Bullard & minnewawa

* * * * RECEIPT IS REPRINTED * * * * *
        08/09/10    16:45:15
            SALE RECEIPT
Store #2223        tkc 08/09/10 16:30:47
Subway Sandwiches & Salads #2223
50 W. Bullard
#108
Clovis                    CA 93612
(559) 299-4640
  Trans# 110 Clerk 1   Dwr 1 TRDT 080910
  Receipt # 0000236777 Reg-ID REG-MAIN
--- ITEM --- QTY      PRICE MEMO PLU
* * * * * RECEIPT IS REPRINTED * * * * *

ROAST BEEFfr  1 T $    7.00      10221
  HotSubTax                      Toast
RST CHICK fr  1 T $    5.00      14735
EX BACONft    1 T $    1.00      10082
Hot Pstrmi6r  1 T $    5.00      10328
ChkenRnh6 6r  1 T $    4.50      18774
CHICKEN  sr   1 T $    5.00      20135
                    ----------
        SUBTOTAL $    27.50
        Sales Tx $     1.93
                    ----------
TAKE-OUT **TOTAL $    29.43
Cash   AMT TEND $     40.00
                    ----------
     CHANGE DUE$      10.57
   Stamps earned this sale:    +6.

Thank you for making Subway
the World's Best Sandwich!
* * * * RECEIPT IS REPRINTED * * * * *

MLF0046478

EX. 7-82



1231 VanNess
559-237-1184

This is the Smokehouse in Fresno
("not the same as fais Steakhouse")

Door is heavy have to
park on the street no Hk
Parking rear. Bar has no
Hk area. Ron could not
even get in Bathroom.
("very small") Womens
Has very narrow doorways
also + no Handicap anything

```
************ *** ********** *************
Smokehouse
1231 Von Ness Avenue  Order 4705
Fresno   A 93721
Tel. (55 )  237-1184
06/29/10   5:35 PM
Table 2  Cust 1
Waiter 111 FELICIA
************ ****** *** ************
1 COR                    16.95
1 MINUT                   1.99

Table:          18.94
                -------
Sub-total:      18.94
      Tax:       1.7

Total Due:  20.64


15% Gratuity        _____

Grand Total:              24 00
Thank you for visiting the
SMOKEHOUSE RESTAURANT & BAR

HAP     Monday - Friday 3 to 7 PM
```

*rejected*

```
      Fresno, CA 93721
       (559) 237-1184

Date:        06/29/10
Time:        5:41 PM
Server:      111. FELICIA
Order:       84705
Description: Table 2

Card Type:   Visa/MC
Card No:     515597XXXXXX4370
Appr Code:   F3208Z


Purchases:  $   20.64


Tip:        $ _____


Total:      $  24.00
            MOORE/RONALD D

I agree to pay the above total amount
according to the card issuer agreement.
```

MLF0046479



# MOORE LAW FIRM
## PROFESSIONAL CORPORATION

332 North Second Street
San Jose, CA 95112
Office (408) 298-2000 Fax (408) 298-6046

**K. RANDOLPH MOORE**
*ESQUIRE*
*AND FOUNDER*

*Tanya E. Moore*
*Attorney at Law*

*Marejka Sacks*
*Paralegal*

April 17, 2013

Mr. Ronald Moore
80 N. Hughes Avenue
Clovis, California 93612

**RE:** **ADAI No:** 01172

**Supercuts #9845, 435 North Clovis Avenue, #101, Clovis, CA**

Dear Mr. Moore:

Thank you for contacting our office with your inquiry regarding potentially filing a lawsuit on your behalf against the above–referenced facility. This letter is to inform you that although there may be ADA violations involved in the above–referenced facility, we have rejected the option of filing a civil rights action. This letter of rejection should not be interpreted by you, or anyone, that you do not have a legitimate case. As you know, these civil rights actions usually involve considerable costs and attorney's fees and we are usually only able to pursue cases which involve the most egregious violations of the ADA law.

Thank you for sending us information regarding the above referenced facility. Please be advised that the current statute of limitations is one year from the date of incident. We will be doing nothing further in this matter and will not be monitoring any statute.

If you have any questions or would like to discuss something specific about this matter, please do not hesitate to contact me.

Sincerely,

*Dictated but not read.*
*Sent without signature to avoid delay.*

Tanya Moore
Attorney at Law

TM/wl

MLF0046372

EX. 7-84

SUPERCUTS 9485
435 NORTH CLOVIS AVE #101 CLOVIS CA 9361
559-324-3253

TRANS # 63076    5/25/12         06:08 PM

SALES TICKET # 019

SUPERCUT SR.         EMP#53      13.00
        Discount [L6]            -2.00

        SUBTOTAL                 11.00

        TOTAL                    11.00

MSTR ************4370 CHARGE
        Auth # R5B74Z            11.00

RECEPTIONIST: # 53 AMANDA

STYLIST: # 53 AMANDA

        THANK YOU!

Hey Fresno Grizzlies Fans!
Text PROMO to 667788
to win a VIP Grizzlies
package! Message & data
rates may apply.
Text HELP for help or
STOP to cancel to 667788.
For complete rules visit
supercuts.com/rules/GrizzliesRules

parking
signs
Ramp.
Doors



My YP.com     Valley Yellow Pages

MLF0046373

EX. 7-85



SUPERCUTS  SUPERCUTS  SUPERCUTS  SUPERCUTS  SUPERCUT

```
           SUPERCUTS 9485
        435 NORTH CLOVIS AVE #101 CLOVIS CA 9361
                559-324-9253

TRANS # 33349    5/7/10         03:50 PM

SALES TICKET # 648

ICE SPIKER 5.1 OZ  EDM008
QTY 1
41195                           13.95

SUBTOTAL                        13.95
SALES TAX                        1.25

TOTAL                          -15.20

CASH TENDERED                   20.00

CHANGE                           4.80

THANK YOU!

RECEPTIONIST # 00-TRISH-

STYLIST # 00-TRISH-

ALL RETAIL PRODUCT RETURNS MUST BE
ACCOMPANIED BY THE ORIGINAL SALES
RECEIPT WITHIN 30 DAYS OF THE SALE
```

Big long Bump that
looks like Supercuts
+ the painting in Bad
didn't work Bathroom

MLF0046374

EX. 7-86



SUPERCUTS #485
435 NORTH CLOVIS AVE 0101 CLOVIS CA 9361
559-324-9253

TRANS # 63076     5/25/12          06:00 PM

SALES TICKET # 019

SUPERCUT 6p.        EMP#53      13.00
      Discount (16)             -2.00
            SUBTOTAL            11.00
            TOTAL               11.00

MSTR **************0379 CHARGE
            Auth # R50742       11.00

RECEPTIONIST: # S3 AMANDA

STYLIST: # S2 AMANDA

            THANK YOU!

Hey Fresno Grizzlies Fans!
Text PROMO to 667788
to win a VIP Grizzlies
package! Message & data
rates may apply.
Text HELP for help or
STOP to cancel 667788.
For complete rules visit
supercuts.com/rules/GrizzliesRules

MLF0046375



SUPERCUTS 9485
425 NORTH CLOVIS AVE #101 CLOVIS CA 9361
559 324-9654

TRANS # 00501   3/11/10      05:21 PM

SALES TICKET # 305

        TID 4 MIRACLE LV-IN SPRY
     TRBS#4  QTY 1           EMPH1      17.10
   HIGHLIGHTS - XTRA LRG TOUCHUP3      55.00
           BRAND
   SUPERKID3                  EMPH1    15.06
   _____
              SUBTOTAL                 87.16
              SALES TAX                 1.30

              TOTAL                    88.46


              CASH TENDERED           100.00

                    CHANGE             11.54

RECEPTIONIST: # 3 GLORIA

STYLIST: # 3 GLORIA

              THANK YOU!

   ALL RETAIL PRODUCT RETURNS MUST BE
   ACCOMPANIED BY THE ORIGINAL SALES
   RECEIPT WITHIN 30 DAYS OF THE SALE

MLF0046376

EX. 7-88



Ron

additional Request
Clovis & Herndon
Supercuts

Has long steep
Ramp to get in
on the side of Building

SUPERCUTS 9485
435 NORTH CLOVIS AVE #101 CLOVIS CA 9361
559-324-9253

TRANS # 38088    3/27/18         06:30 PM

SALES TICKET # 208

HIGHLIGHTS - XTRA LRG TREND#53    65.00
    LONG
SUPERCUT III           EMP#53    27.00
    SHORT

            SUBTOTAL              92.00

            TOTAL                 92.00

            CASH TENDERED        100.00
            CHANGE                 8.00

RECEPTIONIST: # 53 AMANDA

STYLIST: # 53 AMANDA

            THANK YOU!

MLF0046377

EX. 7-89



0472

SUPERCUTS
435 NORTH CLOVIS AVE UNIT CLOVIS CA 9361
559-324-9651

TRANS # 06064 | 10/28/11          05:07 PM

SALES TICKET #-929

SUPERCUT          EMP#9          15.00
    Discount [NS162]          -3.00

    SUBTOTAL          12.00

    TOTAL          12.00

    CASH TENDERED          20.00

    CHANGE          8.00

RECEPTIONIST: # 9 COURTNEY

STYLIST: # 9 COURTNEY

THANK YOU!

No Signs
No parKing spots
No Access
Had to go up
Very steep Ramp
to get up. only
has Rail on one
Side.

MLF0046378

EX. 7-90

SUPERCUTS 9465
435 NORTH CLOVIS AVE #181 CLOVIS CA 9361
559-324-9203

TRANS # 59073    1/24/12    06:09 PM

SALES TICKET # 001

    ROHU 4.25 BOOST CREAM
ISU153   0113    ENP#9    13.95
    ROHU 4.25 BOOST CREAM
ISU15    0113    ENP#9    15.90
    Discount (ROUG)           -5.90
SUPERCUT         ENP#9    15.00

        SUBTOTAL           38.95
        SALES TAX           1.43

        TOTAL              34.38

TRANS # 59073         TOTAL    15.00

TOTAL ALL TICKETS              49.38
        CASH TENDERED        100.00

            CHANGE           50.62

RECEPTIONIST: # 9 COURTNEY

STYLIST: # 9 COURTNEY

        THANK YOU!

ALL RETAIL PRODUCT RETURNS MUST BE
ACCOMPANIED BY THE ORIGINAL SALES
RECEIPT WITHIN 30 DAYS OF THE SALE

YOU HAVE
This one Already
I Think you
Just Filed it

Rex

duplicate

MLF0046379

**Whitney Law**

| | |
|---|---|
| **From:** | Whitney Law |
| **Sent:** | Friday, March 22, 2013 4:25 PM |
| **To:** | ronmoore441@gmail.com |
| **Subject:** | Super Cuts |
| **Attachments:** | SCAN051668.pdf |

Dear Mr. Moore:

Attached are copies of receipts and notes from Super Cuts. Please give me a call within the next week to discuss this facility if you still wish to pursue these claims.

Thank you,

Whitney Law
Paralegal
**Moore Law Firm, P.C.**
332 North Second Street
San Jose, California 95112
(408) 298-2000 Extension 238
(408) 298-6046 Facsimile
whitney@moorelawfirm.com

1

MLF0046380

EX. 7-92



# M〇〇RE LAW FIRM
### PROFESSIONAL CORPORATION

332 North Second Street
San Jose, CA 95112
Office (408) 298-2000 Fax (408) 298-6046

K. RANDOLPH MOORE
ESQUIRE
AND FOUNDER

Tanya E. Moore
*Attorney at Law*

Marejka Sacks
*Paralegal*

March 18, 2013

Mr. Ronald Moore
80 N. Hughes Avenue
Clovis, California 93612

RE: ADA No: 01206
Sizzler, 3121 West Shaw Ave, Fresno

Dear Mr. Moore:

Thank you for contacting our office with your inquiry regarding potentially filing a lawsuit on your behalf against the above–referenced facility. This letter is to inform you that although there may be ADA violations involved in the above–referenced facility, we have rejected the option of filing a civil rights action. Pursuant to a settlement agreement in a different case, this facility has until June 2014 to become compliant. Please let us know if you visit the facility after that date and continue to encounter barriers.

This letter of rejection should not be interpreted by you, or anyone, that you do not have a legitimate case. As you know, these civil rights actions usually involve considerable costs and attorney's fees and we are usually only able to pursue cases which involve the most egregious violations of the ADA law.

Thank you for sending us information regarding the above referenced facility. Please be advised that the current statute of limitations is one year from the date of incident. We will be doing nothing further in this matter and will not be monitoring any statute.

If you have any questions or would like to discuss something specific about this matter, please do not hesitate to contact me.

Sincerely,

*Dictated but not read.*
*Sent without signature to avoid delay.*

Tanya Moore
Attorney at Law

TM/wl

MLF0046646

EX. 7-93



SIZZLER
3121 W. SHAW AVE
FRESNO, CA 93711
559-227-1218

**Order #203**

| | |
|---|---|
| Host: THREE | 11/30/2011 |
| Order #203 | 7:05 PM |
| REPRINT# 1 | 20104 |

| | |
|---|---|
| 10 oz Prime Rib | 13.99 |
| Medium Rare | |
| Baked | |
| HIST | |
| Steak and AYCE | 2.00 |
| Salad Bar Upgrade | 18.99 |
| Pilaf | |
| Pepsi Cola | 0.00 |
| | 34.98 |
| | 2.79 |

**Total     37.77**

40.00

2.23

T OF GREAT TASTE.
T CERTIFICATES

---- Closed ----

MLF0046647

EX. 7-94





# MOORE LAW FIRM
### PROFESSIONAL CORPORATION

332 North Second Street
San Jose, CA 95112
Office (408) 298-2000 Fax (408) 298-6046

April 17, 2013

K. RANDOLPH MOORE
ESQUIRE
AND FOUNDER

Tanya E. Moore
*Attorney at Law*

Marejka Sacks
*Paralegal*

Mr. Ronald Moore
80 N. Hughes Avenue
Clovis, California 93612

**Re:    ADAI No: 01573**
**Restore, 1631 Railroad Avenue, Clovis**

Dear Mr. Moore:

Thank you for contacting our office with your inquiry regarding potentially filing a lawsuit on your behalf against the above–referenced facility. This letter is to inform you that although there may be ADA violations involved in the above–referenced facility, we have rejected the option of filing a civil rights action. This letter of rejection should not be interpreted by you, or anyone, that you do not have a legitimate case. As you know, these civil rights actions usually involve considerable costs and attorney's fees and we are usually only able to pursue cases which involve the most egregious violations of the ADA law.

Thank you for sending us information regarding the above referenced facility. Please be advised that the current statute of limitations is one year from the date of incident. We will be doing nothing further in this matter and will not be monitoring any statute.

If you have any questions or would like to discuss something specific about this matter, please do not hesitate to contact me.

Sincerely,

*Dictated but not read.*
*Sent without signature to avoid delay.*

Tanya Moore
Attorney at Law

TM/wl

MLF0046365

Date _1/5/13_

Name _Lynn_

Address

| Reg. No. | Clerk | Account Forward | | |
|---|---|---|---|---|
| 1 | Distributor 20 | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | Paid in Full | | | |
| 6 | 317 | 97.00 | | |
| 7 | | | | |
| 8 | 1/5 | | | |
| 9 | 1/13 tableC | | | |
| 10 | 8 | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | 7337 10 | | | |

A-1300/3010/2830
T-45200/46500/46200    Your Account Stated to Date - If Error is Found, Return at Once

_Restore_

_1/5/13_ (Date) _2:30 pm_ (Time)

_1631 Clovis OR_ ~~Railroad AVE~~

_No_

Facility? _By time_ If more than one visit, please list the date and time if you

_I had to use Restroom_

_Dishwasher_

_By myself_

_N/A_

ride from someone else? _I Drove_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. _IN Front in H/C parking space_

11. Was it difficult for you to park there? _NO_

12. Why? _____

13. How did you unload from your vehicle? _Rear_

14. What side of the vehicle did you unload from? Driver or passenger? _Driver_

15. Did anyone help you to transfer onto your wheelchair? _No_

16. What problems did you encounter transferring onto your wheelchair?

_NO_

17. Which way did you go from the parking to the entrance of the Facility? _To The Front door_

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe. _had chairs and things in Front on way to Door_

19. Did you encounter any problems opening the door? Describe why. _Door open_

20. Did you have any problems inside the Facility? Describe. _Yes Some issle_

MLF0046366

EX. 7-96

**PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE**

ADAI No. _____

(Facility)

1. What is the name of the Facility? *Restore*

2. When did you visit the Facility? *1/8/13* (Date) *230pm* (Time)

3. What is the address of the Facility? *1631 Clovis ~~Ave~~ or Railroad Ave*

4. Was this your first visit to the Facility? *No*

5. How many times have you visited the Facility? *First time* If more than one visit, please list the date and time if you know it. *First Time I had to use Restroom*

6. What was the purpose of your visit? *Dishwasher*

7. Who accompanied you to the Facility? *By myself*

8. What car did you drive to the Facility? *Mine*

9. Did you drive yourself of did you get a ride from someone else? *I Drove*

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. *In Front in H/c parking space*

11. Was it difficult for you to park there? *No*

12. Why? _____

13. How did you unload from your vehicle? *Rear*

14. What side of the vehicle did you unload from? Driver or passenger? *Driver*

15. Did anyone help you to transfer onto your wheelchair? *No*

16. What problems did you encounter transferring onto your wheelchair?

*N/O*

17. Which way did you go from the parking to the entrance of the Facility? *To The Front door*

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe. *had chairs and things in Front on way to Door*

19. Did you encounter any problems opening the door? Describe why. *Door open*

20. Did you have any problems inside the Facility? Describe. *Yes Some Issue*

MLF0046367

were not Able to get to

21. What did you purchase (or what meal did you have there). Describe: _Dish Washer_

22. Have you used the restroom at the Facility? _Could not_

23. Why did you need to use the restroom? _I had to go_

24. Did you use the sink? _No_

25. Any problems? _Ailes was not Able to even got into_
the Door to small

26. Did you use the urinal?
Then guy at store sind try women's could

27. Did you use the toilet? _not get in that one either_

28. Did you use the toilet paper? _No_

29. Did you use paper towels? _No_

30. Did you use the soap dispenser? _No_

31. Did you have any problem maneuvering inside the restroom? _?_

32. Where did you sit? _____

33. Was there any seating provided inside the Facility? _____

34. Was it wheelchair accessible? _____

35. Where you comfortable at the table? _____

36. Did you use the counter to pay for purchase? _____

37. Which counter did you use? _Just get someone to show me_
where to pick up Dishwasher

38. Was the counter accessible? _____

39. Which way did you go after you left the Facility? _Out to my car and then drove_
into gated area up to door and they

40. Any problems getting back to your vehicle? _No put Dishwasher in my car_

41. Any problems transferring from your wheelchair to your vehicle? _No_

42. If you have any addition information you believe would assist us in evaluating this inquiry.

MLF0046368



# MOORE LAW FIRM

### P R O F E S S I O N A L   C O R P O R A T I O N

332 North Second Street
San Jose, CA 95112
Office (408) 298-2000 Fax (408) 298-6046



K. RANDOLPH MOORE
ESQUIRE
AND FOUNDER

Tanya E. Moore
Attorney at Law

Marejka Sacks
Paralegal

April 25, 2012

Ronald Moore
80 N. Hughes Avenue
Clovis, CA 93612

     Re:    Café Oaxaca, 1160 Clovis Ave
               Grocery Outlet, 1848 S. Clovis

Dear Mr. Moore:

This letter is to inform you that although there may be ADA violations involved in the above-referenced facility, we have rejected the option of filing a civil rights action.

As you know, these civil rights actions usually involve considerable costs and attorneys fees and we are only able to pursue cases which involve the most egregious violations of the ADA law.

Thank you for sending us information regarding the above-referenced facility. If you have any questions, or want to discuss something specific about this matter, please do not hesitate to contact me.

Very truly yours,

*Sent without signature to avoid delay*

Tanya Moore
Attorney at Law

TM:kp

MLF0046402





# MOORE LAW FIRM
### PROFESSIONAL CORPORATION

332 North Second Street
San Jose, CA 95112
Office (408) 298-2000 Fax (408) 298-6046

K. RANDOLPH MOORE
ESQUIRE
AND FOUNDER

Tanya E. Moore
*Attorney at Law*

Marejka Sacks
*Paralegal*

June 21, 2013

Mr. Ron Moore
80 N. Hughes Ave.
Clovis, CA 93612

**RE:    ADA No: 1662**
**Bobs Liquor (Facility) 944 N. Alta Ave, Dinuba CA 93618**

Dear Mr. Moore:

Thank you for contacting our office with your inquiry regarding potentially filing a lawsuit on your behalf against the above–referenced facility. This letter is to inform you that although there may be ADA violations involved in the above–referenced facility, we have rejected the option of filing a civil rights action. This letter of rejection should not be interpreted by you, or anyone, that you do not have a legitimate case.  As you know, these civil rights actions usually involve considerable costs and attorney's fees and we are usually only able to pursue cases which involve the most egregious violations of the ADA law.

Thank you for sending us information regarding the above referenced facility. Please be advised that the current statute of limitations is one year from the date of incident.  We will be doing nothing further in this matter and will not be monitoring any statute.

If you have any questions or would like to discuss something specific about this matter, please do not hesitate to contact me.

Sincerely,



Tanya Moore
Attorney at Law

TM/ms

MLF0046363



MLF0046364

EX. 7-101



# MOORE LAW FIRM
### PROFESSIONAL CORPORATION

332 North Second Street
San Jose, CA 95112
Office (408) 298-2000 Fax (408) 298-6046

**K. RANDOLPH MOORE**
*ESQUIRE*
*AND FOUNDER*

*Tanya E. Moore*
*Attorney at Law*

*Marejka Sacks*
*Paralegal*

June 21, 2013

Mr. Ron Moore
80 N. Hughes Ave.
Clovis, CA 93612

**RE:    ADA No: 1668**
**FedEx (Facility) 383 West Shaw Ave, Clovis CA 93612**

Dear Mr. Moore:

Thank you for contacting our office with your inquiry regarding potentially filing a lawsuit on your behalf against the above–referenced facility. This letter is to inform you that although there may be ADA violations involved in the above–referenced facility, we have rejected the option of filing a civil rights action. This letter of rejection should not be interpreted by you, or anyone, that you do not have a legitimate case. As you know, these civil rights actions usually involve considerable costs and attorney's fees and we are usually only able to pursue cases which involve the most egregious violations of the ADA law.

Thank you for sending us information regarding the above referenced facility. Please be advised that the current statute of limitations is one year from the date of incident. We will be doing nothing further in this matter and will not be monitoring any statute.

If you have any questions or would like to discuss something specific about this matter, please do not hesitate to contact me.

Sincerely,

*Dictated by not read*
*Sent in Tanya Moore's absence to avoid delay.*

Tanya Moore
Attorney at Law

TM/ms

MLF0046359

EX. 7-102

KiOROS

I went to Fax some papers ~~for there~~ there were no Handicap spots and no Ramp So When I was going up the curb the guy and the store Run outside and picked up the Back of my wheel chair Because I was stuck Half UP and Half Down then I could NOT see to use the machines so he had to do it for me Because I could ~~not~~ do it my self in wheel chair Because they were To High to see how or what to do where to put card or to see How to use Card menichin or the Fax menchines

See Back for Reciept

MLF0046360

**FedEx Express US Airbill** 8729 5940 5489

0215

FedEx Copy

SLA21

5/26/12

Sender's FedEx Account Number 1341-0444-9

RON MOORE    Phone 408 298-2000

MOORE LAW FIRM

332 N 2ND ST

SAN JOSE    State CA  ZIP 951

Internal Billing Reference

Randy Moore    Phone 408 298 2000

Moore Law Firm PC

332 N Second

San Jose    State CA  ZIP 95112

0422294782

8729 5940 5489

Receipt #: 763621
MasterCard #: 51XXXXXXXXXX4370
2010/03/26 16:20

| Qty | Description | Amount |
|-----|-------------|--------|
| 2 | SS Fax - Domestic Send | 3.98 |
| | SubTotal | 3.98 |
| | Taxes | 0.00 |
| | Total | 3.98 |

The Cardholder agrees to pay the issuer of the charge
card in accordance with the agreement between the
issuer and the Cardholder.

393 West Shaw Ave
Clovis, CA 93612
(559) 297-1335
www.fedexkinkos.com
Please recycle this receipt.

MLF0046361

EX. 7-104



# MOORE LAW FIRM
## P R O F E S S I O N A L   C O R P O R A T I O N



332 North Second Street
San Jose, CA 95112
Office (408) 298-2000 Fax (408) 298-6046

K. RANDOLPH MOORE
ESQUIRE
AND FOUNDER

August 26, 2013

Tanya E. Moore
Attorney at Law

Marejka Sacks
Paralegal

Mr. Ron Moore
80 N. Hughes Ave.
Clovis, CA 93612

RE:    ADA No: 00835
       Save Mart (Facility) 1337 E. Pacheco Blvd, Los Banos CA

Dear Mr. Moore:

Thank you for contacting our office with your inquiry regarding potentially filing a lawsuit on your behalf against the above–referenced facility. This letter is to inform you that although there may be ADA violations involved in the above–referenced facility, we have rejected the option of filing a civil rights action. This letter of rejection should not be interpreted by you, or anyone, that you do not have a legitimate case. As you know, these civil rights actions usually involve considerable costs and attorney's fees and we are usually only able to pursue cases which involve the most egregious violations of the ADA law.

Thank you for sending us information regarding the above referenced facility. Please be advised that the current statute of limitations is one year from the date of incident. We will be doing nothing further in this matter and will not be monitoring any statute.

If you have any questions or would like to discuss something specific about this matter, please do not hesitate to contact me.

Sincerely,

Tanya Moore
Attorney at Law

TM/ms

MLF0046358

EX. 7-105