# Exhibit 117

CASA de FRUTA
9610A Pacheco Pass Hwy
Tel: 800-543-1702
Check: 3180672

Server: Esmeralda          Date: 01/19/2010
Table: 046                 Time: 17:49
          Guests: 1

1  SM NAVEL 90lb                    ?.??
1  Bananas 1.29/lb                  .??
1  ROCK GUMMY                       .??

               TOTAL:             8.02

CRDTCRD          :               8.02

THANK YOU FOR SHOPPING AT
CASA de FRUTA
Visit Us Online   www.CasadeFruta.com
1-800-543-1702

421098059889
CASA DE FRUTA
10021 PACHECO PASS HWY
HOLLISTER CA 95043
408-842-7282

Merchant ID: 888485?9755
Term ID: 047

Sale

XXXXXXXXXX6244

MASTERCARD

                   Entry Method: Swiped

01/19/10                          18:45:?1
Inv: 059?0          Appr Code: 029597
Swiped Online       Batch#: 6280

Total              $         8.?2

        Customer Copy

Casa de Fruta par

Ron Moore

I faxed + they paid

this is correct address for Casa de Fruta

bad access
bathroom in the back
no handicap parking
at all
rothy
text
to front
entrance

Chevron

YOUR CHECK
THANK YOU
CALLACH

FEB 10 2013 16:13

CASH
Total          $12.58
CAS
Change        $12.58

MLF0053987

Ron Moore
new free

Cigars LtD.
No parking no Room for
wheel chair at all inside

Cigars LTD
Door had to be held open
no Parking signs

ace isn't for
people "
into humidor

d parking
a traffic

y a truck backing up
y monday 2/8

EX. 117-4

MLF0054248

Ron Moore
new tire

Cigars LTD
Door had to be held open
no Parking signs
high grade to door
Can't open door
Can't see cigars
girl says "Guess this place isn't for
handicapped people"
large dropoff to get into humidor
no signs

AAMCO
Not one disabled parking
had to roll through traffic
door hard to open
almost ran over by a truck backing up
Appointment set 11:30 monday 2/8

RECD FEB 12 REC'D

EX. 117-5

MLF0054249

# Cigars LTD

Door had to be held open
no Parking sighs
high grade to door
Can't open door
Can't see cigars
girl says "Guess this place isn't for
      handicapped people"
large drop off to get into humidor
no sighs

# AAMCO

Not one ~~too~~ disabled parking
had to roll through traffic
door hard to open
almost ran over by a truck backing up
Appointment set 11:30 monday 2/8

REC'D FEB 1 2 REC'D

MLF0054250

*Just 1 gas* **City Heart food & liquor**
**Bullard & minnewawa**

*Moore*

WELCOME

T006139139-001
CITY HEART FOOD STOR
7 WEST BULLARD AVE
CLOVIS       CA 9361

DATE      02/07/10
TIME       5:23 PM
AUTH# 761209
PIN USED

DEBIT

PUMP   PRODUCT  PPG
04     UNLD    $2.859

GALLONS       TOTAL
13.681       $39.11

THANK YOU
'AVE A NICE DAY

WELCOME

T006139139-001
CITY HEART FOOD STOR
7 WEST BULLARD AVE
CLOVIS       CA 9361

DATE      02/07/10
TIME       5:42 PM
AUTH# R4981Z

MASTERCARD

PUMP   PRODUCT  PPG
04     UNLD    $2.899

GALLONS       TOTAL
6.280        $18.21

Y

EX. 117-7

MLF0054264

*more*

```
        CITY HEART # 2
         7 BULLARD AVE
        CLOVIS CA 93612
          559 298 3977
T006139139-001  CITY HEART FOOD STORE #
7 WEST BULLARD AVE
CLOVIS      CA 93612


Descr.              qty         amount
-------             ---         ------
NONTAX               1            4.10
                              -----------
                Sub Total         4.10
                     Tax          0.00
        TOTAL               4.10
                   CASH  $        4.10
    THANKS,COME AGAIN
REG# 0001 CSH# 001 DR# 01  TRAN# 13580
02/17/10  19:55:50          ST# AB123
```

EX. 117-8

MLF0054265

```
         CITY HEART # 2
          7 BULLARD AVE
         CLOVIS CA 93612
           559 298 3977
T006139139-001 CITY HEART FOOD STORE #
7 WEST BULLARD AVE
CLOVIS     CA 93612


  Descr.          qty        amount
  ------          ---        ------

  NONTAX           1          2.25
  NONTAX           1          1.00
                            ---------
              Sub Total       3.25
                    Tax       0.00
         TOTAL              3.25
                 CASH  $     10.00
               Change  $     -6.75
  THANKS.COME AGAIN
  REG# 0001 CSH# 001 DR# 01  TRAN# 18761
  05/26/10  16:19:47          ST# AB123
```

MLF0054266

Tonya Here is a
Costco Receipt from ashlan
in clovis.



**CLOVIS #135**

380 W. ASHLAN BLVD.
CLOVIS, CA 93612
LW Q E1 90-102241
MEMBER #111277553022  9F

| | | |
|---|---|---|
| 511076 DVD/CMB | | 21.99 A |
| 367562 CDQ1 4202 | | 29.99 A |
| 440175 PO DTSTKR | | 9.99 |
| 24311 R. MUFFIN | | 6.49 |

E
E

        SUBTOTAL                68.46
A   8.975% TAX                   4.67

    TOTAL
    Cash                        80.00
    CHANGE                       6.87

TOTAL NUMBER OF ITEMS SOLD = 4
CASHIER: TODD P.                 REG# 6
3/11/2010  15:18  0135 06 0254 12

CA TAXES PAID ON ANY TOBACCO PURCHASES
            TH       YOU!
PLEASE              N

EX. 117-10

MLF0054287

*Tanya Here is a Costco Receipt from ashlan in Clovis.*

# COSTCO
## WHOLESALE

### CLOVIS #135

380 W. ASHLAN BLVD.
CLOVIS, CA 93612
LW Q ET 90-102241
MEMBER #111777553822  9F

| | | |
|---|---|---|
| 511076 DVD/CHPMNKS | 21.99 | A |
| 367562 COQ10 LTQ20Z | 29.99 | A |
| 440175 PORK POTSTKR | 9.99 | |
| 24311 VAR. MUFFIN | 6.49 | |

SUBTOTAL                68.46
A 8.975% TAX            4.67

TOTAL             ▓▓▓▓▓
Cash              80.00
CHANGE             6.87

TOTAL NUMBER OF ITEMS SOLD = 4
CASHIER: TODD P.           REG# 6
▓▓▓▓▓ 15:18 0135 06 0254 12

CA TAXES PAID ON ANY TOBACCO PURCHASES
THANK YOU!
PLEASE COME AGAIN

*Duplicate of Original in file*

MLF0054288



El peublito
Parking is Bad
Sign Bad Ramp
Bad. Door are
Bad. Bathroom
door Rons chair
got stuck in it
and he had to
pull his self
through But the
doorway. Sinks
not wrapped
mirror too high
stall too small

Moore

MLF0054467

6-23-10 paid

This is an additional Receipt
for a Business already
given to you.
Ann

( El pueblito Resturant
in chris on Tall Hause

14 2 TO LHOUSE ROAD
LLOIS   A 936110800

ID. :                    006569SH
            174221 6899H

ISM                        $.

SALE.
129 345
on 21  10        106. 1800
345                4071 02

TOSE          $17

TP       $

OI :    $ 19.78

HOLD No.

Posting

MLF0054468

```
        FAT JACK'S
         299-1104
    ※      THANK YOU         ※
    ※                        ※
    *****************************
    15:00          12-01-2009
    MC NO.0000            2739
    SMALL DRINK        $0.95T1

    SUBTOTAL           $0.95
    TAX1               $0.09
    TOTAL-TAX          $0.09

    TOTAL              $1.04
    CASH               $1.04

    /    HAVE A NICE DAY      /
    /    PLEASE COME AGAIN    /
    /                         /
```

Fat Jacks
Bad Parking Bad Bathroom
no Room to get thsough

MLF0054532

```
        FAT JACK'S
        625 W SHAW
         CLOVIS,CA
    PHONE: 299-1104

DATE 12/09/2009 WED   TIME 15:55

GRILLED CHEESE T1        $3.99
MED DRINK T1             $1.45
TAX1                     $0.49
TOTAL                    $5.93
CASH                     $5.93
            WHERE THE
             50'S
```

EX. 117-15

MLF0054533

14460 11th ST
Reedley CA

FOSTERS FREEZE

REEDLEY, CA.

ORDER # 0187

1 SM SODA            1.19 T 4

EAT IN
    SUBTOTAL     $    1.19
    TAX 4        $    0.11
    TOTAL        $    1.30

    CASH         $    5.30

    CHANGE       $    .74

REG 01 112        01 13:02

194

EX. 117-16

MLF0054577

GENUINE AUTOMOTIVE, INC.
15367 LOS GATOS BLVD
LOS GATOS, CA 95032
(408) 356-6366
BAR # RC/ARD 217373

| Type: | Invoice #: | Form Status: | Date: | Time: | Sold By: |
|---|---|---|---|---|---|
| CW | 00044289 | *Original* | 4/30/2010 | 1:15 pm | 0000000002 |

Name-Address:                                          Home Phone:
UHAUL SALES, BOXES, STUF                               (408)395-1414
Account:                                               Work Phone:
PO Number:                                             (   )  -
Tag Number:         LOS GATOS, CA 95032

| License #: | Year-Model: | | Vin #: | Mileage: |
|---|---|---|---|---|
| UFWE | BOX SALES AND RELATED STUFF | | N | 354 |

| Item | Description | Qty | Parts | Labor | Extension |
|---|---|---|---|---|---|
| | 1.5 CUBIC SMALL BOX | 1 | 1.75 | | 1.75 |



百樂門修車廠
**Michell Ng,** Manager
15367 Los Gatos Blvd., Los Gatos, CA 95032 • (408) 356-6366
www.genuineautomotive.com

| Estimate | Amount | Date | Time | Employee | Phone | Customer | Promised: |
|---|---|---|---|---|---|---|---|
| Original | 1.91 | 4/30 | 1:15 pm | 0000000002 | 395-1414 | UHAUL SALES, BO | |
| Revised 1 | 1.91 | 4/30 | 1:15 pm | | - | | Auth by: |
| Revised 2 | 1.91 | 4/30 | 1:15 pm | | - | | Auth by: |

Notice to Customers:You may choose another smog check station to perform
needed repairs, installations, adjustments, or subsequent test.
Notice to Customer:You have 1 free smog retest @ no charge within 30 days!
NO RETEST OR REFUND IF VEHICLE FAIL AS GROSS POLLUTER!!!!!!!!
CHECK OUR WEBSITE FOR ONLINE SPECIALS AT www.genuineautomotive.com
EPA#CAL000219521
Most repairs have a 12month/12k warranty unless expressly defined
CUSTOMER REVIEWED/RECIEVED/SIGNED DOT REGISTRATION_____

```
         T O T A L S
Parts:              1.75
Labor:              0.00
Other:              0.00
Sublet:             0.00
Subtotal:           1.75
Tax:                0.16
TOTAL:              1.91
```

| Cash: | Checks: | Check#: | CR CD: | DC TYPE: | DC APPROVAL: | CHRG: |
|---|---|---|---|---|---|---|
| 100.00 | 0.00 | | 0.00 | | | 0.00 |

EX. 117-17

MLF0054658

U-Haul across
from Trader Joes

U-Haul - Could
not move around
store to look at
Boxes, Restrooms

man Had to
open door Because
it kept Slamming
Shut Light was
not reachable
had to use cane
going out there
It was no one

(U-Haul)
to hold it
open, So Ron
pinched his
hand Between
Door + frame
Wheel chair
Barely fits though

MLF0054659



Thomsen

more



# Giovanni's Caffe
## ITALIANO

**GIOVANNI'S CAFFE'
ITALIANO**
522 Polasky Avenue
Clovis CA 93612
559.298.7139
www.giovanniscaffe.com

10/28/2009          1:05:11 PM

Check#    Table/PN    Guests  Server
12357     6442/1        0       109

1  CHICKEN SALAD SANDWICH         7.95
   ICE TEA                        1.75

                                  9.70
                                  0.88

TOTAL                            10.58

THANK YOU
Nikki B

EX. 117-19

MLF0054705

More

27.25

72.75 Thanks.

# Giovanni's
## Caffe
### ITALIANO

GIOVANNI'S CAFFE'
ITALIANO
522 Polasky Avenue
Clovis CA 93612
559.298.7139
www.giovanniscaffe.com

5/26/2010          5:58:43 PM

Check#   Table/PN   Guests Server
35586    2/1,2      2      121

```
1   ANTIPASTA                  12.00
1   ZUPPA d' ORO                6.00
1   CAPRESE SALAD               7.00
                           --------
    Sub Total                  25.00
    Sales Tax                   2.25
                           --------
```

TOTAL              27.25

THANK YOU
Demetria

MLF0054707

Ron Mone



Bad parking) Bad grade
41 + Divisadero (Fresno
Ron also has accident report
for things smash + cut in the door.
(Sent gone for repair)
Office Keeys

Had trouble getting
through drive + hp
Ramp. Dent + Rockam
was going in Smokya
held open for him.
Going out got stuck
Odds slam me I am
his hand Broke Skin
Ripped nail

**Valley YellowPages.**
MyYP.com
The better book. Since 1953.

**Office DEPOT.**

**Bianca Montoya**
*Department Manager*

2736 EAST DIVISADERO STREET
FRESNO, CA 93721
T + 559.497.9012
F + 559.497.8301

ods00945@officedepot.com

EX. 117-21

MLF0054825

Replica of
to Harlen

```
05-22-2010 SAT   02
```
```
92 ENTRY
TO CHAD
```
```
CORONA EXTRA        7.79T

60- 4 -0.30

C.R.V. +            0.30T

SUBTL               8.09

TAX                 0.71

TOTAL               8.80
CATEND              9.00

CHANGE              0.20


REGISTER 2 : 0706 10:59PM
```

MLF0054847

Roone - Liquor

Moore

310 W. Pacheco Blvd

Los Banos, CA

93635

EX. 117-23

MLF0054848

(Ram)

Bought Kids combo
chicken wrap.
looks like the just paint
spot & put up signs but
doors may be bad.

FOSTERS FREEZE
906 PACHECO BLVD
LOS BANOS CA 93635

REG 04-04-2010 2:36
CT1    MGR01  273856

1 KID COMBO 13    $3.99
TAX               $3.29
    #/1           $0.35
TL               $4.34
CASH             $5.00
CH               $0.66

(209)827-7000

City -
planning Dept
        X 118

026-133-022

wasting
property
taxes



Wiener Schnitzel #551
Fresno, CA 93711
(559) 431-3761

D C FRY                    3.29 0
                           4.30 J
                           1.40 J
VEER MED*                 -2.60 T
CORN DOG                   3.23 T
WATER                      0.00 T
WATER                      0.00 T
TAX                        0.25 L
TOTAL                      9.92 L
CASH                       5.07

ITEM          7
Oct  5/16    09:34PM
Fresno-1     #3,705 T

Ron Moore
new case

Not E. Pacheco Blvd
Los Banos

```
     Pacheco Chevron
    1164 PACHECO BLVD
    LOS BANOS 93635

CHEVRON
1164 PACHECO AVE, LOS BANOS      CA
STN# 00090769

           Cash Receipt

FIJI 1/2 lt                    1.50
CRV NO TAX .                    0.05

Items:  2      Subtotal        1.55
Tax                            0.00
Total                          1.55

Cash                          $5.00
   CHANGE DUE                   3.45

707837e65s118/t1 05/26/10 20:07:44

         Thank You
         Call  Again
```

Trustee
Philip J. Ruggero
a.
Erthe F. Emens

fax request
209-125-3954

property Owner:
written

No / list

MLF0055063

Moore

(1235-1257)

```
        TOTAL FASHION
      1235 PACHECO BLVD
        209 826 5647

05/26/2010  6:57PM    01
00000#5224    JONG

DEPT.01        T+$0.99
DEPT.01        T+$0.99
HOSE 5?          $1.98
TAX?             $0.??

ITEMS       20
***TOTAL       $52.15
CASH            $5.00
CHANGE         $2.85

        NO REFUNDS
      EXCHANGES ONLY
        THANK YOU
```

Norm
209-837-7000
X/18

Business: Park Jong Yu

property:

Pacheco Plaza LLC

National
Shopping
Center

MLF0055111

*More*

TOTAL FASHION INC
1235 E PACHECO BLVD
LOS BANOS, CA 93635

Merchant #  :  60000000000747  0091
Terminal I.D. :  00246689

APR 29, 10          11:51 AM

DEBIT
XXXXXXXXX1910          EXP: 09/12
DEBIT SALE     REF#:0004
BATCH #: 194        AUTH #: 874007

AMOUNT          $21.74

APPROVED

SIGNATURE
NOT REQUIRED

209-826-5647
NO REFUNDS!
EXCHANGE ONLY

EX. 117-28

MLF0055112

TOTAL FASHION
1235 PACHECO BLVD
209 826 5647

04/29/2010 11:45AM    01
000000#1460    JONG

DEPT.01              $43.99
DEPT.01              $50.99
MISE ST              $4.00
TAX1                 $0.44

ITEMS       20
CHARGE              $5.42

NO REFUNDS
EXCHANGES ONLY
THANK YOU

---

TOTAL DISCOUNT
1237 E PACHECO BLVD
LOS BANOS CA 93635
209-826-5647

Terminal #:          00000001
APR 29, 10           11:46 AM

DEBIT
XXXXXXXXXXX1910
DEBIT SALE    REF#:003
BATCH #: 199  AUTH #: 919417

AMOUNT               $5.42

APPROVED

NO REFUNDS!!
EXCHANGE OR STORE
CREDIT ONLY!

CUSTOMER COPY

---

This is the
store next to
99¢ store in
Los Banos
that has suitcase
sitting in the
parking

MLF0055113

LA ESTRELLA MKT
1660 BAUDER
SELMA, CA
(896-1315)

DATE 11/12/2010 FRI    TIME 19:34
1  RED BULL          $    $1.99
1  QTY               $    $0.10
1  SPLENDA $             $2.99
   2X         @1.69
   TAXABLE \1       $3.38
   TAXI AMT          $0.32
   TOTAL        $8.78
   CASH        $20.00
   CHANGE      $11.22
EMPLOYEE1   NO.803728   REG 02

THANK YOU!
GRACIAS!
PLEASE COME AGAIN

ESTRELLA MKT
60 BAUDER
ELMA, CA
896-1315)

/2010 SUN   TIME 20:68
CANDY          $    $0.89
TTERY      $10.00
OTAL      $10.89
ASH       $15.00
HANGE     $4.11
   NO 698939   REG 02

HANK YOU!
GRACIAS!
SE COME AGAI

Jose A Maria
Mndoz dba
La estrella#2
aka La Estrella
Market

property jaime

Cko
00199

martha +Jose
mendoza
(business
owners)

1860 Bauder Elma
(La Estrella mkt AKA Star market)

2-29-10 Ran still Hadnt faund Bathroom
So we went to a grocery store Right Behind
the other store no ~~store~~ Signes had to enter
at end of sidewalk
Ran went in & told them he had to go
realy Bad at this point. They directed
him to the Back of the store. there were
so many Boxes & Beer Cases that the man
had to move Ron Kept telling him please
hurry, he was not able to Wait, He got
in the Bathroom & tried to wash up &
turned the water on and there were no pipes
so he flodded the Bathroom. Bought same
candy & tried to get in line to pay & chair
wauldn't fit so he had to go around to
front door & man came to get his $
then going out the have cement poles every
few feet & had pulled the Security gate closed
& chair wauldn't fit between cement poles so
they had to came Back out and open then for
him to get out.

MLF0055163

MLF0055223

(Ron)

8/1/10

Los Amigos Resturant
Fresno West & Shaw

Front Door
Bad Signs
Ramp goes
out into Street
Table Bad.

Bathroom Door
Slams on you.
When Ron tries
to scooter up to
Sink, knees
hit bottom of
Sink & unwraped
pipes



GUEST RECEIPT    062889
Mi Casa Es Su Casa    2.95
DATE _____    AMOUNT _____

EX. 117-32

*Moore*

```
              TERIYAKI DON
            6731 N CEDAR AVE
              FRESNO,CA  93710
             (559) 439-6759

         DATE 03/27/2010 SAT

      CHK TERI T1
      CHK TERI T1                $6.15
      TAX1                       $6.15
      TOTAL                      $1.10
      CASH                      $13.40
      CHANGE                    $20.50
                                 $7.10
             ** ORDER# 0048 **
              THANK YOU !
      CLERK 1
                      017707    00000
```

MLF0055314

Teriyaki Bows

I saw a Handicap spot our was in it I parked in Front of Resturant I got Front of my chair up thee curb could not get Back up then A ploice offiwer came out of Resturant and said could you use a hand there and I said thankyou very much I sure could I'm kind of Stuck Here Half up and Half down So the officer picked up the Back of my chair and he said Dawn there No way you could have got up there he said Thank you very much he said your wellcome and then he pushed me into the Rest Runst





Blackstone
& Yale
N/E courner
Could not get a Drink
no way to get to them
SCOTTY'S
2206 N BLACKSTONE
222-4240

THANK YOU!
DATE 03/15/2010 MON   TIME 16:09

NONTAX F            $1.59
NONTAX F            $4.00
TOTAL               $5.59
CASH               $10.00
CHANGE              $4.41
CLERK 1

MLF0055467

DON Pepes ● Fresno
(By Fresno State)   Shaw AVE
                      Behind Deli
Signs Not Right
  Access Not Right size
  grade Not Right
Door with whed chair symBol
wheel chair will not go in it
the Door Next to it is Locked
No way to get in
Had to go All the WAY around
Restraunt to other Door that
Door is not good. grade Bad Also
BAthroom Door No good
Water pipe under sink not
wARepe

  No Fire Excape
  wheel chair table you can't
get chair up to it Because of
poll in middle of the table

Condiments to high to get
to corrner to high

MLF0055405

WP-1130MF- 111
HANDI STOP
4206 E WHITE
FRANKLIN

HRWXN9571-001

| ITEM | QTY | AMOUNT |
|------|-----|--------|
| NON TAX | 1 | 1.15 |
| NON TAX | 1 | 1.15 |
| NON TAX | 1 | 1.49 |
| SUB TOTAL | | 3.79 |
| TAX | | 0.00 |
| TOTAL | | 3.79 |
| CASH $ | | 5.00 |
| CHANGE $ | | -1.21 |

THANKS-COME AGAIN

REG# 0001 CSH# 001 DRW 01 TRAN# 10167
09/26/10 16:04:54              STR AR025

*Handi Stop
Market
4206 E white
Franklin*

*need V list*

MLF0055530

8/3/10

Ron Applebees
on Cedar & Herndon

**Receipt:**
APPLEBEE[S]
[WOO]D GRILL & BAR
CEDAR AV[E]
CA 93720
[9]22-7144

BETH                    TB [0]51
DATE: 08-03    TIME:        GUESTS: 2

1  *LUN SAND/SAL
   ..PP FRNCHSLDR
1  WATER

1  CLUB HS GRI            8.
1  WATER                  0.0

Check TOTAL:
     TAX:  1.48
Total Due:         17   6
     Feast on Your Favorites
     APPLEBEES SENSATIONAL SALADS

     [Ge]neral Manager - Steve Jones
     [fo]r Comments or Questions
Please call Area Director Vilma Tawil
     800-653-3517 ext 8221

**Pink note:**
Sink too high
Bathroom Door,
Toilet door wont
close.
Some of Sink is
wrapped +
paper towels
too high.
Table Bad
Ramp + Signs
Ramp inside -
no Bar access

If there were a fire near Ramp
inside there would be no way for
Ron to get out.

EX. 117-38

MLF0025179

APPLEBEE'S
GOOD GRILL & BAR
N. Cedar

Acct ID: 06?345
Tran Type: Auth

Amount                    $ .16

Total   $60.00

** COPY **

MLF0025180



*Ron new receipt*

Burger King ®
#7742

820 Herndon Ave.
Clovis, CA. 93612
(559) 299-3839

ORDER 21

EAT IN

| 10 PC TENDER | 2.99 |
|---|---|
| SUBTOTAL | 2.99 |
| TAX | 0.24 |
| TOTAL | 3.23 |
| CASH | 20.00 |
| CHANGE | 16.77 |

=================================
WHOPPER® Sandwich for your thoughts:
www.mybkexperience.com

CHECK ON BACK FOR FOOD OFFER.

OUR GOAL IS YOUR SATISFACTION!
=================================
Sun Feb 19 1' °° ··· ··· ···· C=117

MLF0025474

R. Moore



SANDWICH

Bu ... KI ..
#7742
VEN DETALLES AL DORSO.

820 Herndon Ave.
Clovis, CA. 93612
(559) 299-3839

ORDER 22

EAT IN
www.mybkexperience.com

2 DBL STACKER                    4.00
-----------
        SUBTOTAL                 4.00
        TAX                      0.32
        ================
        TOTAL                    4.32
        CASH                    20.00
        CHANGE                  15.68

=================================
WHOPPER® Sandwich for your thoughts:
www.mybkexperience.com
    CHECK ON BACK FOR FOOD OFFER.

   OUR GOAL IS YOUR SATISFACTION!
=====================------   ===
Tue                             117

B. Ramp go's
into street
Front Door
Bath Room Door
counter to high

duplicate on ADA list

**MLF0025475**

CASA QUINTERO MEXICAN
2561 EAST ASHLAN AVENUE
FRESNO, CA 93726

ID Comercio: 000000001008639
ID Term: 01461823
226330445991

# Venta

MC
XXXXXXXXXXXXX4370
Metodo Entrada: Electronica
Aprobada: En Linea Lote#: 000705
04/14/10                    19:18:47

Factura#: 000019
            Codigo Aprob: F68317

Cant:           $        20.38
Propina:                 3.00
                    ---------------
Total:                 23.38

            Copia Cliente

EX. 117-42

MLF0025511



(Ron) Country Waffles (Fresno) cedar av ⁷¹⁴¹

Parking is Bad no Van access, Ramp goes out into the street. Door to get in Slams. Tables are Bad, Ron can't scoot up to table. Bathroom Door is Bad But the Rest is OK.

Already in List.

COUNTRY WAFFLES
7141 N CEDAR AVE SUIT
FRESNO, CA. 93720
559-297-5212

TERMINAL ID.:      0002150000016/13748000
MERCHANT #:              8016713748

MASTER              SEQ: 1
SALE
RECORD:        INV: 000069
DATE: Aug 08, 10      TIME: 11:05

BASE
TIP                    $2.90
                     30.00
TOTAL

CUSTOMER COPY

EX. 117-43

MLF0025658

```
           EL RODEO
         MEXICAN REST.
      40 W. SHAW STE101
        (559) 299-0675
   DATE 02/22/2011 TUE   TIME 15:53

   CHECK #                  #50
   PBAL                  $16.61
   TAX1                   $1.37
   CHECKS PAID           $16.61
   TOTAL                 $16.61
   C A S H               $20.00
   CHANGE                 $3.39
           THANK YOU!
   CLERK 1        000003  00000
```

MLF0026029

El Rodeo

No parking
No VAN parking
No crosswalk to cross street
Half to cross Drive way Down to side
walk.
Then Ramp to get up is way to
stepp Had to back up Because it was
to High.
~~Doors~~ Front Doors Bad Had to open
Both to get in
Bathroom Door And stall Door

~~$~~ s/w conner MiNNewawa
+ shaw
in parkid Lot

inJ 2/28

FLAVORED CR...
Original
PIZZ
Bullard
, CA 9...
Phone:559-297...
Fax:559-3...
http://www.ho...

## Wa1k

Empl: tyler a.          05

1 Med Reg Pizza
  ***Original Crust***
  Pepperoni                    .25
  [anniers special 2.9         .25
                          -------
                 ...totat   2.99
                             .27
                    Tota      26

 Ca...  Tendered       5.00

   Change Due           1.74

Cust: LENN              Ph #

     Thank You !!

     Paid in Full

*(handwritten)*

There is no visable parking
from the front of store.
There is a Ramp @ End
of Sidewalk. Door is Heavy

111 W Bullard Ave #101
Clovis, CA

MLF0026146

Tom

No Parking
in front
that he works.
Rent a car
by sidewalk

MLF0026147

*Hungry Howies*
*no HC parking*



111 W Bullard #101
Clovis, CA 93611
Phone:559-297-4444
Fax:559-323-6001
http://www.hungryhowies.com

# Walk In

## Ord #66

Empl: madona a.          02/17/2010 9:12 PM

1 Lg Reg Pizza                         10.99
  ***Original Crust***
  Pepperoni                             1.50
  [Large 1-Top $4.99]                  -7.50
1 2Ltr Rootbeer                         2.99
  [$1   off Miscellaneous]             -1.00

                          ---------
              Subtotal        6.98
                   Tax        0.63
                 Total        7.61

        Cash Tendered        10.00

          Change Due          2.39

Cust: lyn                      Ph #

### Thank You !!

### Paid in Full

*Moore*

EX. 117-48

**MLF0026148**

Sunday 5/29/11

## hotel CURRENT

www.hotelcurrent.com

parKing NO Lower
to go Behind cnkrs Have to
cross st to get to Door
FRONt WALKWAY
is up Hill a Hard to oppen
FRoNt Doors one you
get in the it opens oot
WARd so you Have to go
in FRont of the other Door
to get around Door to get
in then BATHROOM
siNK Has A FRoNt ON it
Hits yourKnees So you
cant get up to WASh your
Hands Also BAthRoom
Door opens inWARd to get

3325 e. pacific coast hwy | long beach, ca 90804
562.597.1341 | 800.990.9991

MLF0026222

Out So its Hard to get
Out.
 Sink is high so you
have to Lean your
arms on the Sink to
wash hands -
 on the way out Door
the Ramp shoots you
out into the street.

MLF0026223



LA
County
Central

Ran

IHOP Store # 771
24737 Pico Canyon Rd
Stevenson Ranch, CA 91381
ne: (661) 254-1537

213 DAISY H

Tbl 34/1          Chk ⁷₋⁹3          Gst  4
              May29'11 ⊍2:19PM

1 Stw B⸱⸱⸱ ⸱ ⸱⸱⸱              $⸱ ⸱9'
1 Jr ⸱⸱⸱⸱⸱eese
1 FTl Create Face           $4⸱ ⸱ ⸱
1 Take Two Combo            $6.99
   Loaded Pot Soup
   1/2 P⸱⸱ Rst Melt

*****⁺⁺⸱ ⸱⸱⁺⁺⁺*⁺⸱⸱*****************
      We ⸱       Feedback!

         ⸱⸱⸱ (1) Free
       ⸱⸱⸱ort Stack of
        Buttermilk Pancakes  ⸱
   when you complete our survey.

Follo⸱ ⸱⸱⸱ ⸱e easy steps
1) Call 1-800-825-6963 or visit
   www.ihopfeedback.com
   ⸱⸱thin 3 days

fapec 6-23-10

This place is pretty Bad, Dow
Fresno. The grade up to fron
door is steep There is only xtra
or parking Garage parking. Door
are too heavy + open
tward you, 2nd set of
doors are the same
Ron could not fit
his wheel chair into th
hall to get to Bathroor
+ even if he could the
is not enough room to
move around to get in
Bathroom door.
No Bars, no x/d
Bathroom (in Womens)
towels are too high, no
wrap under sink etc.
Did not look at mens.

Lynn

ES STEAKHOUSE
801 VAN NESS
FRESNO, CA 9372
559-406-3536

C O P Y
06/21/2010   19:54:13
Sale:

Transaction #            3
Card Type:  MasterCard
Acct:    ************4370
Entry:              Swip
Srvr #
Bse Amt:

Tip:       $   2.10

Total Amt. $  13.00

erence No.:
           017329253189
ch Code:        F94772
se:           APPROVAL
Sequence Number:   0003
   CUSTOMER COP

06/22/2010 01:51PM
Waiters
Lunch Special
Lunch Special

SUBTOTAL
Tax

TOTAL DUE        $10.90

Catering & Banquet services available!
us help you plan your next event!
Or contact us at       nessteakhouse.com

Order Number: 1225

EX. 117-52

MLF0026278

JOES STEAKHOUSF
831 VAN NESS
FRESNO, CA 93721
559-486-3536

C O P Y
06/21/2010 19:54:13
**Sale:**

Transaction # 3
Card Type: MasterCard
Acc: ************4370
Entry: Swiped
Srvr #
Bse Amt: 1[illegible]

Tip: $ 2.10

Total Amt: $ 13.00

Reference No.:
017329253189
Auth.Code: F94772
Response: APPROVAL
Sequence Number: 0003
CUSTOMER COPY

EX. 117-53

MLF0026279

Thank You:

Joe's Steakh[illegible] Grill
831 [illegible]
Fre[illegible]
([illegible]

21[illegible] Jackie

[illegible]k: 1225 [illegible]st
[illegible]ble: B1-1
06/22/2010 01:57PM

| | | |
|---|---|---|
| 2 | *Water* | |
| 1 | Lunch Special | [illegible] |
| 1 | Lunch Special | 5.00 |
| | SUBTOTAL | [illegible]00 |
| | Tax | [illegible]0 |

TOTAL DUE $10.90

Catering & Banquet services available!
Let us help you plan your next event!
Visit our website:www.Joessteakhouse.com

Order Number: 1225

EX. 117-54

MLF0026280

Faxed 6-23-10

This place is pretty Bad, Downtown
Fresno. The grade up to front
door is steep. There is only street
or parking Garage parking. Doors
are too heavy + open
toward you, 2nd set of
doors are the same.
Ron could not fit
his wheel chair into the
hall to get to Bathrooms
+ even if he could there
is not enough room to
move around to get in
Bathroom door.
No Bars, no H/c
Bathroom (in Womens)
towels are too high, no
wrap under sink etc.
Did not look at mens.

Lynn

(red handwriting, vertical on right:)
was invited to go on 5/19/2012
but could not go b/c knew

.FS STEAKHOUSE
8.. VAN NESS
FRESNO, CA 93721
559-486-3536

C O P Y
06/21/2010  19:54:13
Sale:

Transaction #          3
Card Type:    MasterCard
ACC:   **************4370
Entry:          Swipe
Srvr #
Bse Amt:          1(

Tip:        $  2.10

Total Amt:  $ 13.00

erence No.:
          017329253189
th.Code:       F94772
Response:      APPROVAL
Sequence Number:   0003
   CUSTOMER COT

Thank You!

.ge s Steakhon
831 N.
      Fre
        (

.. Mackie

k: 1225
.ble: B1-1    06/22/2010 01:57PM

*Water*           5.0c
1 Lunch Special
1 Lunch Special

SUBTOTAL         10.
Tax              (

TOTAL DUE    $10.90

Catering & Banquet services available!
Let us help you plan your next event!
Vis.. our website:....bessteakhouse.com

Order Number: 1225

EX. 117-55

MLF0026281

*Ron Moore*

*drive thru*

# KFC

STORE #D670009

198 West Shaw Avenue
Clovis
(559)299-3940

### Ticket #1397

2010-01-14                          4:07 PM

D670009 2 38 1397

Cashier: MECHELLE

```
*** Order was Modified ***
***      After Total    ***

  12PC ML OR COM              19.99
3  Breast
3  Leg
3  Thigh
3  Wing
   + Lg CSlaw
2  + Lg Msh/Grvy
6  + Biscuit
  2 APPLE TRNOVR              0.99

Tax                           1.88
DRIVE THRU                  $22.86

CASH NEXT                   $23.00
Change                       $0.14
```

## MODIFIED

For a chance to win $1000

Please call 1-888-731-9645 or

Visit www.opinionport.com/yum

See back for more details

## CUSTOMER COPY

! $1,000 GIVEAWAY ON BACK!   ! $1,000 GIVEAWAY ON BACK!   ! $1,000 GIVEAWAY ON BACK!   !EAWAY ON BACK!

MLF0026506

*moore files*

# KFC

STORE #D670009

198 West Shaw Avenue
Clovis
(559)299-3940

## Ticket #3156

2010-02-15                    12:53 PM
          D670009 3 47 3156

Cashier: CHOA

    3 OTML RSIN CKIE           0.99
    3 Oatml Rsn Ckie

Tax                            0.09
CARRY OUT                     $1.08

EXACT CASH                    $1.08
Change                        $0.00

    For a chance to win $1000

    Please call 1-888-731-9645 or

    Visit www.opinionport.com/yum

    See back for more details

## CUSTOMER COPY

$1,000 GIVEAWAY ON BACK!  $1,000 GIVEAWAY ON BACK!  $1,000 GIVEAWAY ON BACK!  $1,000 GIVEAWAY ON BACK!

MLF0026507



LOLAS RICOS TACOS
**RECEIPT**
**THANK YOU**

01/29/2013  3:39PM    08
000000#4209    CLERK08

TWO TACOS      T1 $1.50
TWO TACOS      T1 $1.50
JALAPEÑOS      T1 $0.25
MDSE ST           $3.25
TAX1              $0.26

ITEMS      3Q
***TOTAL      **$3.51**
**CASH**        $20.00
CHANGE        $16.49

LOLAS #2
    **VISIT**
  **US AGAIN**

MLF0026688

# PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

1. What is the name of the Facility? Lola's Tacos

2. When did you visit the Facility? 1/29/13 (Date) 3 4 5 AM (Time)

3. What is the address of the Facility? 491. N Blackstone Ave Fresno

4. Was this your first visit to the Facility? No

5. How many times have you visited the Facility? several If more than one visit, please list the date and time if you know it. you have Recipt

6. What was the purpose of your visit? to eat

7. Who accompanied you to the Facility? By myself

8. What car did you drive to the Facility? mine

9. Did you drive yourself of did you get a ride from someone else? I Drove

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. IN H/C parking space NO signs

11. Was it difficult for you to park there?

12. Why?

13. How did you unload from your vehicle? Rear

14. What side of the vehicle did you unload from? Driver or passenger? Driver

15. Did anyone help you to transfer onto your wheelchair? no

16. What problems did you encounter transferring onto your wheelchair?

    NonE

17. Which way did you go from the parking to the entrance of the Facility? ACross the Drive Thru

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.

Had to go Across Drizu Thru Lane ACRoss Rd ARound talBe's to side walk to the Front

19. Did you encounter any problems opening the door? Describe why. No Door

20. Did you have any problems inside the Facility? Describe. N/A

MLF0026686

21. What did you purchase (or what meal did you have there). Describe: _tacos_

22. Have you used the restroom at the Facility? _____

23. Why did you need to use the restroom? _____

24. Did you use the sink? _____

25. Any problems? _____

26. Did you use the urinal? _____

27. Did you use the toilet? _____

28. Did you use the toilet paper? _____

29. Did you use paper towels? _____

30. Did you use the soap dispenser? _____

31. Did you have any problem maneuvering inside the restroom? _____

32. Where did you sit? _At only H/c sit_

33. Was there any seating provided inside the Facility? _N/A_

34. Was it wheelchair accessible? _No wheel chair was partly on Black top_

35. Where you comfortable at the table? _No_

36. Did you use the counter to pay for purchase? _yes_

37. Which counter did you use? _IN Front_

38. Was the counter accessible? _No to High_

39. Which way did you go after you left the Facility? _to the light to sitting area_

40. Any problems getting back to your vehicle? _Black top very holy Big Holo everywhere_

41. Any problems transferring from your wheelchair to your vehicle? _No_

42. If you have any addition information you believe would assist us in evaluating this inquiry.

MLF0026687

Market
Blkstone
3-2-10

Ronnies 11 way market
Doors dont open no signs
no Hc parking; knocked over a
display isle was to small to get
through, Doors are too heavy to get
out clerk helped him get out + helped
him Reach drink on shelf.

3-2-10 Teddas on Blackstone
no Hc parking only one stall
to told with faded square & a
Blue Poles Could not get in door
heavy then couldnt get into Rest
a Booth Bench Booth was in the
way man finally was able to
moke Booth so we could get in
went to patio to eat and door
opens toward you so it had to Be held
open. Ray went to use Bathroom
& could not get through door to other
part of Resterant to use Bathroom
Door kept Shutting everytime he tried to
kick it open; finally a customer came
+ held it. Ron got to Bathroom &
wheelchair wouldn't fit so he came
Back. after a while decided he would
leave chair out side & walk in &
asked them leave his chair there, no handrails
got out & chair was moved, yelled for them to
Bring chair Back. Leaving we gave Mark (the
Busboy) #2 to let us out the emergency Exit
So we didn't have to go through the Entrancesmore to

; No VAN parking

Front doors
Todd            6/?5/12

Market      Ronnie's r. tway market
Blkstone    Doors dont apen no signs
─────       no HC parking; knocked over a
3-2-10      display isle was to small to get
            through, Doors are too heavy to get
            out clerk helped him get out + helped
            him Reach drink on shelf.

```
      MIDWAY LIQUOR                           MIDWAY LIQUOR
    7095 N BLACKSTONE                        7095 N BLACKSTONE
    FRESNO,CA 93650                          FRESNO,CA 93650
    (559) 439-0634                           (559) 439-0634

DATE 06/05/2012 TUE   TIME 15:26     DATE 06/05/2012 TUE   TIME 15:26
 1  GRIZZLY LC WGRN  x1  $2.99        1  LOTTERY             $1.00
        ITEMS 1.00                           ITEMS 1.00
    TAX1 AMT          $0.24
    TOTAL      $3.23              TOTAL      $1.00
    CASH       $5.00              CASH       $1.00
    CHANGE     $1.77      EMPLOYEE1   NO.000154    REG 01
EMPLOYEE1   NO.000153   REG 01

    THANK YOU!                          THANK YOU!
 PLEASE COME AGAIN              PLEASE COME AGAIN
  OPEN MONDAY THRU SUNDAY           OPEN MONDAY THRU SUNDAY
    7:00AM TO 11:00PM                7:00AM TO 11:00PM
```

Rogers Liquor
No Signs
No parking
Front Doors
trist hold
Isle to small CUT ARM on nail
in corner

MLF0026713

7091 N. Blackstone
Ave
Fresno

```
           WELCOME TO
     R o n n i e ' s
        M i d w a y .
        M a r k e t
BIRTHDAY 99/99/9999
   MEGA MONSTER
   WAVE                    $2.99 T F
   LIGHTERS                $3.98 T
      2 @   $0.49
   CRV LRG SODA            $0.98 T
                           $0.10 T F

   5 BAL DUE
                           $8.77

   CASH
   CHANGE                 $20.00
                          $11.23

   SUB TOTAL
   TOTAL TAX               $8.05
   TOTAL                   $0.72
                           $8.77

C0002    #7553   18:15:42    2MAR2010
         S00001    R003

      THANK YOU
  EASE COME AGAIN
```

MLF0026714

```
        WELCOME TO
   R o n n i e ' s
     M i d w a y
     M a r k e t

LAYS
1 @ 2 FOR     $5.00        $2.50   F
ITEM SUBTRACTED
LAYS
1 @ 2 FOR    -$5.00       -$2.50   F
EMBASA                     $1.79   F
SIXLETS                    $0.99   F


BALANCE DUE               $2.78
CASH                    $100.00
CHANGE                   $97.22


C0003   #6666   15:23:11    5JUN2012
         S00001    R003

      THANK YOU
PLEASE COME AGAIN
```

MLF0026715

```
THANK YOU-COME AGAIN
     TO VALERO
   CORNER STORE
    VALERO.COM


P06648413-001 VALERO 3640
705 SECOND ST
SELMA    CA 93


Descr.            qty    amount
--------

<CUSTOMER COPY>
  FC UFORCE ENRG CHRY    1      1.99
  M&M PLN SINGLE         1      1.09
  CRV NONALCOHOL .05 S   1      0.05

            Subtotal            3.13
            Tax                 0.19
  TOTAL                         3.32
         CREDIT  $              3.32

CARD TYPE: MASTERCARD
CARD NAME: RONALD D MOORE
ACCT NUMBER: XXXXXXXXXXXX4370
TRANS TYPE: SALE
APPROVAL: R5828Z
INVOICE: 151556
AMOUNT: 3.32

PROVED  R5828Z
*************************************

        Store #3640
      1705 Second Street
         Selma, CA
  3640  TILL XXXX DR# 1 TRAN# 1010077
: 9             04/02/10 14:13:29
```

to Valero & got gas when
didnt see any HC signs
& they were on the side of

← There is He parking
around corner where you
cant find it.

MLF0026813

& also Whent to Valero & got gas when we left there Didnt see any Hc signs until we left they were on the side of Bld.

← There is Hc parking around corner where you cant find it!

MLF0026814

Ron  8/1/10

Hoff Brau
no Signs
parking
wrong - have
to go in stret
door is Bad
Table is Bad
no place in
Bar to sit
had to sit in
closed Resturant
Bathroom, cant
Reach Sink Due
to, Door not
wide enough.

MLF0026905

Stall is small
Door Doesnt
Shut Because
chair is in
the way

Ron
Matt Brau

MLF0026906

SILVER DOLLAR
133 E Shaw Ave
Fresno, CA 93710
224-3605 / 227-6000

| | |
|---|---|
| Table Ann | 08/01/2010 |
| | 7:37 PM |
| | 80117 |
| | |
| | 8.50 |
| | 4.75 |
| Subtotal | 13.25 |
| Tax | 0.00 |
| Total | 13.25 |

**Balance Due**            25

Thank you for dining at

MLF0026907

01169

10432 Hwy 41
Madera, CA 93636
(559)326-2022
http://skywalk.us

Lynn Moore
CA

Sale Date:        10/22/2011 - 2:27 PM
Sale ID:          256
Sold By:          Samantha Earley

1  Trampoline Reservation 1 hr (Exp: 11/22/2011)    $18.00

                            Subtotal:    $18.00
                            Tax:         $0.00
                            Total:       $18.00

**Payment Method**
Cash                                      $18.00

We appreciate your business - if you purchased a series,
please note the expiration date.

Skywalk  10-22-11
No Van access,
Ramp comes out
into the street.
Counters are too
high for Ron to Reach
Counters to Sign
Waivers are to high
Ron Could not go
Back to Trampolines
So he was not able
to watch Kids

EX. 117-71

MLF0027011

98 cent Store

signs
Ramp gos into Street
Cant even get
Into the store
Box's in way
no way to go
anywhere Roway
had to Buy fod
me.

MLF0027057

R. Moore

*(scribbled writing)*

```
            SALE RECEIPT
  Store #12005        tkc 01/24/12 18:08:00
  Subway Sandwiches & Salads #12005
  4831 E. McKinley
  Fresno                    CA 93703
  559 453-1070
  Trans# 106 Clerk 9    Frank Sainz
  Dwr1 TRDT 012412 Reg-ID MAIN
              Receipt # 0000135073
  --- ITEM --- QTY     PRICE MEMO  PLU
  Pastrami  fr  1  T $  8.25       10338
                      --------
          SUBTOTAL $    8.25
          Sales Tx $    0.66
                      --------
  TAKE-OUT **TOTAL $    8.91
  Cash   AMT TEND $    20.00
                      --------
          CHANGE DUE$   11.09

  How'd                         
  Take 1                    .com
```

No Ramp
No Signs
No parking
Front Door
Both rest room Door

*(signature)* deanney
*(signature)*

EX. 117-73

MLF0027058

K. Moore



## GUESTCHECK™

| Date | Table | Guests | Server | |
|------|-------|--------|--------|---|
| A9 | 2 | | | 610853 |

APPT–SOUP/SAL–ENTREE–VEG/POT–DESSERT–BEV

15% off

2BF × 9.95

10X

18.28

Tax

Total

Thank You — Please Come Again

NCC◇ 6000 "GuestCheck™ www.nationalchecking.com MADE IN

4845
Great Moon
Buffet
Signs
Ramp gos into
Access isle
Front Door
Bathroom Door
Floor uneven
Bump at Door
Chairsee Food
Signs or food
Chairs rad Front
ot Bathroom Door

EX. 117-74

MLF0027059

Moon Buffet

# GUESTCHECK™

| Date | Table | Guests | Server | |
|------|-------|--------|--------|---|
| | | | | 610680 |

APPT–SOUP/SAL–ENTREE–VEG/POT–DESSERT–BEV

1 Orange chicken    6.99

1 soda    × 0.99

Tax

8.62

| | Tax |
|---|---|
| | Total |

Thank You — Please Come Again

NCCO 6000 GUESTCHECK™ www.nationalchecking.com  MADE IN THE USA

MLF0027060

R. Moore

```
        SABER
   LIQUOR MARKET
   4807 E McKINLEY
      (454-1833)
   FAX#(454-0119)

DATE 01/25/2012 WED   TIME 17:42
   1 LOTTERY        $2.00
   TOTAL      $2.00
   CASH       $2.00
       NO.000301    REG 01

MONDAY TO THURSDAY 7 AM TO 11-PM
FRIDAY & SATURDAY 7-AM TO 12-AM
ONLY SUNDAY & HOLIDAYS OPEN 8-AM
```

No
Signs
Ramp goes into Street
FRont Door
Counter to High

```
        SABER
   LIQUOR MARKET
   4807 E McKINLEY
      (454-1833)
   FAX#(454-0119)

DATE 01/24/2012 TUE   TIME 17:33
   1 grocnontax ₣      $0.99
   1 grocnontax ₣      $0.05
   TOTAL      $1.04
   CASH       $2.00
   CHANGE     $0.96
 EMPLOYEE1  NO.000314    REG 01

MONDAY TO THURSDAY 7-AM TO 11-PM
FRIDAY & SATURDAY 7-AM TO 12-AM
ONLY S        HOLIDAYS OPEN 8-AM
```

EX. 117-76

MLF0027061

R Moore

```
        CARNICERIA
        Y TAQUERIA
      LOS COMPADRES
     4847 E MCKINLEY
          FRESNO
DATE 01/15/2012 SUN   TIME 16:31

SODA FT1              $1.50
TAX1                  $0.12
TOTAL                 $1.62
CASH                  $2.00
CHANGE                $0.38
```

No Recipt
No Signs
No parking
Front Door
Could not get
into Rest room

```
        CARNICERIA
        Y TAQUERIA
      LOS COMPADRES
     4847 E MCKINLEY
          FRESNO
DATE 02/01/2012 WED   TIME 12:17

GROCERY F            $0.99
HOT FOOD T1          $1.50
TAX1                 $0.12
TOTAL                $2.61
CASH                 $5.00
CHANGE               $2.39
```

MLF0027062

001170

CARNICERIA Y TAQUERI
4847 E MCKINLEY AVE
102
FRESNO, CA, 93703
559-452-1500

Merchant ID: 8020922707
Term ID: 00021500080203227070000

Sale

xxxxxxxxxxx8374
VISA                Entry Method: Swiped

Total:              $      11.94

12/13/11                     11:19:30
Inv #: 000002        Appr Code: 013307
Approvd: Online

Customer Copy
THANK YOU!

No parking
No Ramp
Front Door
table middle pole
cant get up to table
Bath Room cant get
in Because chairs
And All kinds or
stuff in the way.
~~parking the~~
H/c parking is Down
at other End And
Ramp gos into street

EX. 117-78

MLF0027063

R.Moore

```
Order# 398
Take Out
Print  Order
    RON

209-275-1080
Sent By WILLIAM L

Order :: Pizza

Lrg Reg
Pepperoni
Sausage
Lght Mushrooms


Order# 398
Take Out
Print  Order
    RON

209-275-1080
Sent By William L
         Finished
```

Me & Eds
Pizza
No parking
no sign
No Ramp

Ron Moore

```
GERALD'S PIZZA PARLOR
R. KINGCT & CHESTNUT (RIG)
        207-251-0371
Here 09/01/2012  After
Trans 09/15/3047
        Order 223

Drivers  Beren

For Reg create Pizza          $3.50
 Pepperoni                   $0.00
 Lrg Pepsi                   $1.80

          bar Total          $0.00
          tax                $0.40
          Total              $0.40
          Paid               $0.00
          Change             $14.27

CASH

DELIVERY APT-01437
Thank you for visiting.
label us one on Facebook
    become a fan
and receive information on
events and promotions.
```

01171

```
       . . . .
     SPEE DEE OIL CHANGE
       736 CLOVIS AVE
       CLOVIS CA 93612
        559-323-8398
     3899000000899896-01

          C O P Y
     12/19/2011  15:16:35
     SALE

     Transaction #        11
     Card Type:        Visa
     Acc:    ************8374
     Exp. Date:       **/**
     Entry:          Swiped
     Batch No:       353001
     Amount:          39.23

     Reference No.:  00000011
     Auth.Code:       019120
     Respon.        APPROVED


        CUSTOMER COPY
```

* Front Door
Bath Room Door  sink
   not wrapped all the way
counter to pay is
to High
No place for wheel
chair had to seat in
Front of the cashier
* Ramp for Door is in the
Door way

MLF0027203

7-26-10

(Ran) alberto's mexican Resturant

Parking Bad
Door Bad
Can't Reach condiments
Table Bad.
Bathroom Door Bad.

RTO'S
AN FOOD
CEDAR AVE
26-7731

TIME 19:44

$5.99
$.5
$6.53
$20.00
$13.47
GRACIAS!
THANK YOU!

CL          00000

already in lit

MLF0027277

R. Moore

David Donuts

```
    4616 N First Fresno
      (559) 224-9430

01/25/2012  6:05PM    01
000000#0654      CLERK01

Reg. Donut       Ti $0.70
Bar/Twist        Ti $0.75
     #119
Reg. Donut       Ti $0.70

ITEMS        3Q
***TOTAL       $2. 15
CASH            $5.00
(              $2.85
```

No Signs
No parking
No Ramp
Front Door

MLF0027332

R. Moore

```
                LUCKY GAS & LIQUOR
                 4608 N. FIRST ST.
                 FRESNO, CA 93726

        LUCKY GAS & LIQUOR,
        4608 N. FIRST ST
        FRESNO, CA  93726


            01/25/2012 6:01:18 PM
        Register: 2 Trans #: 1519 Op ID:
            Your cashier: LUCKY GAS

    DAVID SEEDS  1.75Z         $0.59  99
    RED BULL 16Z               $3.89   1
    CRV                        $0.05
                          ----------
              Subtotal =      $4.53
                   Tax =      $0.31
                          ----------
                 Total =      $4.84

             Change Due =     $-0.16

    Cash
                              $5.00


         THANK YOU FOR SHOPPING
```

NO signs
No parking
Front Door
No Ramp

MLF0027333

No Van access
Ramp Comes out
into street. Door
is heavy Condiments
cant Be Reached.
Pole in the middle
of Table makes it
so you cant get close
enough to the Table
Bathroom door is
heavy.

El Topatio
Ashlan + First
Ron
10-22-11

EX. 117-84

MLF0027389

1 #
10-22-11
1338#01-24@
4.50 1
4.99 1
4.99 1
6.99 1
21.47 ST
1.93 1 TX
23.40 CA

EX. 117-85

8/29/10
BJ's County Kitchen
Herndon and Clovis Ave
There is only 2 spots 1 Van Accessablely sign Bad But had Ramp only spot sign Bad But was also being used so had to park in another spot had to go into Road and cross the street from Disabled parking and there is no Ramp to go up the curb so this man came over and helped me he picked up the Back of my chair so I did not Fall Back on my head Becaus I was trying to get up the curb Then Front Door Bad Also inside Door Bad Also Bathroom Door Bad Table was not good could not get up to it Because of poll in the center

BJ'S KOUNTRY KITCHEN
[illegible] N CEDAR
FRESNO CA 93710
559-275-1981

Merchant ID: 000001810194
Term ID: 00238094 Ref #: 005[illegible]
Server ID: 5

[illegible]
MASTERCARD [illegible]
Sale
Amount [illegible]
T[illegible]
To[illegible] 21.04

08/29/10 12:28:12
Inv #: [illegible]
Appr [illegible] Code: F52362
Batch#: 0000[illegible]

[illegible] Copy

21.04

1200

Ron

BJ'S FRESNO
LOCATION #435
0136   TABLE 314   #Party 1
KENDRA G   Svr Ck: 8  1:00p 03/07/12

BJ's is the perfect place to catch
the basketball madness this March.
Enjoy the games in the company of
good friends, great food and
handcrafted beer!

| | |
|---|---|
| PINT GUINNESS | |
| AVOCADO EGG ROLLS | 6.75 |
| FRIED ARTICHOKE | 9.95 |
| JAMBALAYA | 3.50 |
| HALF FB PIZZA & SALAD | 15.50 |
| HALF FB CHICKEN PESTO | 6.95 |
| | 0.00 |

Sub Total:   42.65
Tax:    3.40
Sub Total:   46.05
03/07  1:26p TOTAL:   46.05

THANK YOU FOR VISITING BJ'S
FRESNO
SEAN MADDEN, GENERAL MANAGER
AND SHAREHOLDER
BJ'S IS THE PLACE TO
CATCH ALL THE GAMES IN HIGH DEFINITION
ON OUR LARGE SCREEN TV'S

EX. 117-87

MLF0027436



(Ron) BJ's Country Kitchen (ashlen & cedar)

8-7-10

BJ's Country Kitchen (ashlen cedar)

No Hc parking or signs have to go out into the street & 8 or so parking spots before you can find a Ramp. that also goes out into street. Ramp is bad, had to mole Booth to get to table, could not get to Bathroom Booth & coffee machine are Blocking.



GUEST CHECK     DATE     AMOUNT
20.60

MLF0027508

faxed 8/8/0

MLF0027509



Sale

$79.00

APPROVED

EX. 117-90

MLF0027510

*Ron's receipt*

# SAVE MART SUPERMARKETS

4041 E Ashlan
559-224-6064

Save Mart

| | |
|---|---|
| Cashier: Brad | Clerk# 19367 |
| 02/18/12 | 10:19:59 |

**GROCERY**

| Item | Price |
|---|---|
| BERTO OLV OIL&GRLC | 2.98 F |
| BERTO OLV OIL&GRLC | 2.98 F |
| 1 @ 10/ 8.00 | |
| FFST FLAKED TUNA | .80 T |
| 1 @ 10/ 8.00 | |
| FFST GRVY LVR OCWF | .80 T |
| GM BASIC 4 CEREAL | 4.49 F |
| GUERR 3TR FLR FORT | 3.99 F |
| 1 @ 10/ 10.00 | |
| HUNTS CH/C DICED | 1.00 F |
| Regular Price | 1.79 |
| 1 @ 10/ 10.00 | |
| HUNTS DC BSL GRL | 1.00 F |
| Regular Price | 1.79 |
| 1 @ 10/ 10.00 | |
| HUNTS DC BSL GRL | 1.00 F |
| Regular Price | 1.79 |
| 1 @ 10/ 10.00 | |
| HUNTS DC BSL GRL | 1.00 F |
| Regular Price | 1.79 |
| 1 @ 10/ 10.00 | |
| HUNTS DC BSL GRL | 1.00 F |
| Regular Price | 1.79 |
| 1 @ 10/ 10.00 | |
| HUNTS DC BSL GRL | 1.00 F |
| Regular Price | 1.79 |
| 1 @ 10/ 10.00 | |
| HUNTS DC BSL GRL | 1.00 F |
| Regular Price | 1.79 |
| 1 @ 10/ 10.00 | |
| HUNTS DC BSL GRL | 1.00 F |
| Regular Price | 1.79 |
| 1 @ 10/ 10.00 | |
| HUNTS PETIT DC TOM | 1.00 F |
| Regular Price | 1.79 |
| 1 @ 10/ 10.00 | |
| HUNTS PETIT DC TOM | 1.00 F |
| Regular Price | 1.79 |
| JIF PNT BTR CRNCHY | 3.99 F |
| LPTN I/T DT GR M/B | 6.49 F |
| Regular Price | 6.99 |
| +BEV N/T CRV .60 | .60 F |
| MEZZE V/V TOM BSL | 3.49 F |
| Regular Price | 6.59 |
| ORO DARK RYE BREAD | 3.99 F |
| Regular Price | 4.69 |
| PFARM APRC RB VRNA | 3.99 F |
| 1 @ 2/ 3.00 | |
| ROCK EVRGY DRINK | 1.50 T |
| +ENERGY CRV <24 OZ | .05 T |
| SLEE C ASSIC WHITE | 4.39 F |
| SSL SPAGHETTI VP | 4.49 F |

**GEN MDSE**

| Item | Price |
|---|---|
| ETD NATIONAL INQ. | 3.79 T |
| HOL TMS FRZD PLTC | 1.00 T |
| Regular Price | 1.19 |

**DAIRY-DELI-FROZEN**

| Item | Price |
|---|---|
| CHAL UNSLTD BUTTER | |
| Regular Price | |
| DATSY ORG SOUR CRM | |

EX. 117-91

**MLF0027511**



# DOLLAR TREE STORES, INC.

Store# 1261                    (559) 224-9898
4021 East Ashlan Avenue
Fresno CA 93726-3734
===============================================
DESCRIPTION          QTY   PRICE      TOTAL
-----------------------------------------------
SPRAY/LOTION          1    1.00       1.00T
ASSURED SOFTGELS      1    1.00       1.00T
READING GLASSES       1    1.00       1.00T
LIP GLOSS             1    1.00       1.00T
PRINCESS TIARA        1    1.00       1.00T
BDAY GIFT BAG         1    1.00       1.00T
BUBBLES               1    1.00       1.00T
SPLASH CATHCERS       1    1.00       1.00T
LIGHT UP YO YO        1    1.00       1.00T
CLR/ACT BOOK          1    1.00       1.00T
CLR/ACT BOOK          1    1.00       1.00T
SCRATCH PAD           1    1.00       1.00T
COLOR PENCIL          1    1.00       1.00T
EASTER PENCILS        1    1.00       1.00T
GIFT BAG              1    1.00       1.00T
GIFT BAG              1    1.00       1.00T
GIFT BAG              1    1.00       1.00T
GIFT BAG              1    1.00       1.00T

          Sub Total          $18.00
          SALES TAX 8.        $1.44
          Total              $19.44
          Cash               $20.00

          CHANGE  ====-       $-0.56

===============================================
Thank You for Shopping at Dollar Tree
      Where Everything's $1.00
   Now Shop On-Line at Dollartree.com
===============================================

000899 01261 02 00066 61216   2/18/12 17:46
Sales Associate:Josh4444

MLF0027512



ARBY'S
UNIT #5524

DT #15488                    DR-T
1 CB REUB        4.89
        SBTL              4.89

        TXTL          .39
    TOTL            5.28
        CASH              5.28
        CHNG               .00

CSHR KERTYN
No0046 15:43 #00L   8.18'12 REG0004

EX. 117-93

MLF0027513



VARSITY LIQUOR
ASHLAN PARK
222-5892

DATE 02/18/2012 SAT    TIME 17:22

TAXABLE T1                    $2.99
TAX1                          $0.24
TOTAL                         $3.23
CASH                         $20.00
CHANGE                       $16.77
CLERK 1                          00

Varsity Liquor

4017 E Ashlan,
Fresno CA

PS BHULLAR

SURINDER

BHULLAR

MLF0027514

| GUEST CHECK | | |
|---|---|---|
| Thank you! :) | DATE | $31.32 |

BJ's Kounty Kitchen
Ashlah Park

EX. 117-95

**MLF0027515**

R. Moore

```
        Sunshine Food Mart
         2327 N.Fresno st.
         Fresno Ca.93703

SUNSHINE FOODS, 1
2327 N. FRESNO ST.
FRESNO , CA  93703


    01/26/2012 1:16:39 PM
  Register: 1 Trans #: 6108 Op ID: 2
    Your cashier: Sunshine

choc milk pint              $1.39  99
NONTAX                      $1.00  99
                         -----------
              Subtotal =      $2.39
                   Tax =      $0.00
                         -----------
                 Total =      $2.39

            Change Due =      $0.00

                              $2.39



        Thank You!!!
      Please come again!
```

Sunshine Food Mart
NO Signs
No Ramp
Front Door
Isle at End
Stuff in Isles
No parking

EX. 117-96

MLF0027647

# GUEST CHECK™

| Date | Table | Guests | Server | |
|------|-------|--------|--------|---|
| | | | | 961201 |

APPT–SOUP/SAL–ENTREE–VEG/POT–DESSERT–BEV

4

MAYS CAFE
2327 N. Fresno #102
Fresno Ca 93703

Thank You

Tax

Total

NC 525   GUESTCHECK™ www.nationalchecking.com   MADE IN THE USA

**Guest Receipt**

| Date | Amount | Guests | |
|------|--------|--------|---|
| | 4 59 | | 961201 |

No signs
No Ramp
No parties
Front Door
Bathroom Door
Bars on tolito
Sink
Mirro
sope
paper tobles
Bar on table

MLF0027648

# GUESTCHECK™

| Date | Table | Guests | Server | 960788 |
|------|-------|--------|--------|--------|

**MAY'S CAFE**
APPT–SOUP/SAL–ENTREE–VEG/POT–DESSERT–BEV
2467 N. Fresno #102
Fresno Ca 93703

21 HT

21 mi

4

Thai

Hmc

Thank You          Tax

Total

NCCO 525     GUESTCHECK™ www.nationalchecking.com     MADE IN THE USA

| Guest Receipt | | | $ 24.82 |
|---------------|--|--|---------|

| Date | Amount | Guests | 960788 |
|------|--------|--------|--------|

EX. 117-98

**MLF0027649**

R. Moore

```
          FRESNO
2327 N. FRESNO STD.
    559-224-9400
  PLEASE COMEBACK
SEAFOODS      8.65
ITEM CT   1
CASH 8.65
11:04PM01-25-2012
7354 RICHARD   01
```

SeaFood
No signs not Right
Ramp 90° into
street and Accessible
No VAN Access ~~~~

**MLF0027650**



**Guest Receipt**

| TABLE | GUESTS | SERVER |
|-------|--------|--------|

5951-13

5A540A    Receipt for Income Tax or Expense
Account Record

6.53

Tala & Rioas
Rest in
Madira

MLF0051540



Lola and Rico's
Mexican Restaurant

12889 Hwy. 145 Madera, CA 93637
Tel. (559) 673-2900

EX. 117-101

MLF0051541



LOLA AND RICOS MEXICAN REST
12089 HIGHWAY 145
MADERA, CA 93637
559-673-2900

Merchant ID: 249260627
Term ID: 2024
Server ID: 1

Sale

MASTERCARD
XXXXXXXXXXXX4370
Entry Method: Swiped
Apprvd: Online   Batch#: 000006
01/29/13             21:49:56

Inv#: 00000006 Appr Code: F3610Z

Amount:       $      20.97
Tip:

Total:

Customer Copy
THANK YOU

EX. 117-102

MLF0051542

LOLA AND RICOS MEXICAN REST
12989 HIGHWAY 145
MADERA, CA 93637
555-672-2900

Merchant ID: 249260062,
Term ID: 2024
Server ID: 1

## Sale

MASTERCARD
XXXXXXXXXX 9276
Entry ... Swiped
... ID: Line    Batch#: 000008
01/29/13                  21:49:55

        0000006 Appr Code: 102

Amount:         $      20.97
Tip:

Total:         24,00

    Cust
    Cop

MLF0051716

Cool Hand Lukes
955 Shaw Ave
Clovis, CA
559-297-7435

Server: Vanessa          DOB: 08/02/2014
09:42 PM                      08/02/2014
Table 11/1                      1/10037

SALE

VISA                              4194345
Card #XXXXXXXXXXXX4008
Magnetic card present: MOORE RONALD
Card Entry Method: S

Approval: 01858B

                Amount:      $ 52.76

                + Tip: _____

                = Total: _____

        I agree to pay the above
        total amount according to the
        card issuer agreement.

X_____

---

Cool Hand Lukes
955 Shaw Ave
Clovis, CA
559-297-7435

Server: Vanessa          08/02/2014
Table 11/1                    9:42 PM
Guests: 2                      10037
Reprint #: 2

Lukes Western Rib Eye 13 (2 @23.00    46.00
  Baked Idaho Potato
    Add bacon & Cheese
Soda                                   2.75

Complete Subtotal                     48.75

Subtotal                              48.75
Tax                                    4.01

Total                                 52.76

VISA #XXXXXXXXXXX4008                 52.76
  Auth:01858B
Balance Due                          0.00

Thank you from CHL!

--- Check Closed ---

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

1. What is the name of the Facility? _Cool Hand Luke's_

2. What is the address of the Facility? _955 Shaw Ave_

3. When did you visit the Facility? _8/2/14_ (Date) _9 pm_ (Time)

4. Was this your first visit to the Facility? _No_

5. If you have been to the Facility before, please list the date and times of each visit if you can remember, or give an estimate of how often you go. _Now and Then_

6. What was the purpose of your visit? _To eat_

7. Who accompanied you to the Facility? _JR._

8. What car did you drive to the Facility? _Mine_

9. Did you drive yourself or did you get a ride from someone else? _I drove_

10. Describe a specific location where you parked your vehicle.
_In D/p spot in Front_

11. Was it difficult for you to park there?   No ☐      Yes ☑

   If you marked yes, please describe **HOW** it was difficult:
   _Street All cracked up_

12. How did you unload from your vehicle? _Ram_

13. What side of the vehicle did you unload from? Driver or passenger? _Driver_

14. Did anyone help you to transfer onto your wheelchair? Who? _No_

15. Did you encounter any problems transferring onto your wheelchair?   No ☐      Yes ☑

   If you marked yes, please describe these problems and **HOW** they prevented you from accessing your wheelchair:

   a) _Un-even ground_

   b) _____

   c) _____

16. Which way did you go from the parking to the entrance of the Facility? _Up Ramp_

17. Did you encounter any problems on your way to the entrance?   No ☐      Yes ☑

EX. 117-105

MLF0028632

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

If you marked yes, list each problem and **_HOW/WHY_** it made it difficult for you to get to the facility:

a) Ramp went into street steep.

b) Also Access Isle

c) Street cracked up Also Ramp

18. Did you encounter any problems opening the door?　　　No ☐　　　Yes ☒

If you marked yes, list each problem and **HOW/WHY** it made it difficult for you to get inside the facility:

a) Heavy

b) _____

c) _____

19. What did you purchase (or what meal did you have there)? _2 Meals_

20. Did you need to use the restroom while you were at the Facility? Why? _Yes_

21. List any problems you encountered and **_HOW_** they prevented you from accessing any of the following  (or write

"Did not need to use" or "No problems"):

Sink: _Yes_

Toilet: _Yes_

Urinal: _No_

Toilet paper: _Yes_

Toilet seat covers: _Yy_

Paper towels: _Nyny_

Hand dryer: _____

Soap dispenser: _yes_

Other: _____

22. Did you have any problem maneuvering inside the restroom?　　　No ☒　　　Yes ☐

If you marked yes, list each problem and **_HOW/WHY_** it prevented or made it hard to move around the restroom:

a) _____

b) _____

MLF0028633

23. Did you want to sit down in the facility?　　No ☐　　　　　Yes ☑

24. If you answered yes to the question above, please describe a specific location of where you sat:

Iw the BAR

25. Were you able to sit comfortably in the seating provided?　　No ☑　　　　　Yes ☐

If you marked no, list each reason **WHY** you were not able to sit comfortably in the seating provided:

a) It was off to the side

b) could not sit All the way up to table

c) _____

26. Did you use the counter to pay for purchase? Which one? _NO_

27. Did you pay with cash or credit card? _Credit card_

28. Was the counter accessible?　　No ☐　　　　　Yes ☐

If you marked no, list each reason **WHY and HOW** the counter was not accessible:

a) _____

b) _____

c) _____

29. Did you have any other problems inside the Facility?　　No ☑　　　　　Yes ☐

If you marked yes, list each problem and **HOW and WHY** they caused you to feel uncomfortable in the facility:

a) _____

b) _____

c) _____

30. Which way did you go after you left the Facility? _obt Door to Ramp_

31. Any problems getting back to your vehicle?　　No ☐　　　　　Yes ☑

If you marked yes, list each problem and **HOW** it was a barrier for you to get back to your vehicle:

a) Ramp Right into Street All Cracked

b) up And uneven

MLF0028634

c) _____

32. Any problems transferring from your wheelchair to your vehicle? _J R Helped_

33. Any additional information you believe would assist us in evaluating this inquiry?

_Because of uneven groud._

MLF0028635

more

HAVANA HOUSE
40 EAST SHAW AVE
FRESNO, CA 937100000

Merchant ID: 000000001578050
Term ID: 02359935
267432410089

### Sale

VISA
XXXXXXXXXXXX8374
Entry Method: Swiped
Apprvd: Online    Batch#: 000638
03/02/12              15:36:30

Inv #: 000017  Appr Code: 002370
Total:        $        7.54

Customer Copy

- Signs
- Ramp ro's into street
- Ramp into Access fosle
- Front Door

MLF0028768

```
        HAVANA HOUSE
         40 E SHAW AVE
       FRESNO CA 93710
        559-229-2898

Merchant ID: 000006886546
Term ID: 00957857    Ref #: 0003


            Sale

xxxxxxxxxxxx1890
MASTERCARD  Entry Method: Swiped

Total:          $       6.10

02/26/13              13:25:33
Inv #: 000003  Appr Code: 431328
Apprvd: Online   Batch#: 000111


        Customer Copy
```

MLF0028767

```
..............
VIDEO LIQUIDATORS
24 EAST SHAW
FRESNO, CA  93710
559-221-0420

    C O P Y
03/02/2012  15:48:02
Sale:

Transaction #          3
Card Type:          VISA
Acc:      ************8374
Entry:            Swiped
Total:          14.14

Device ID:          6399
Reference No.:
     082062858790256
Auth.Code:      002054
Respon.AUTH/TKT 002054
Merchant number ***00233


   CUSTOMER COPY
```

*No Signs*
*No Ramp*
*Front Door*

MLF0028868

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

~~Le Princess Market (Facility) 1031 N. Alta Ave, Dinuba CA 93618~~

1. What is the name of the Facility? _video bio dont_

2. When did you visit the Facility? _3/2/12_ (Date) _348 pm_ (Time)

3. What is the address of the Facility? _24 E Shaw AVE_

4. Was this your first visit to the Facility? _Yes_

5. How many times have you visited the Facility? _____ If more than one visit, please list the date and time if you know it. _____

6. What was the purpose of your visit? _Look for movie_

7. Who accompanied you to the Facility? _By myself_

8. What car did you drive to the Facility? _mine_

9. Did you drive yourself of did you get a ride from someone else? _I drove_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. _I parked in H/c parking to the right of store_

11. Was it difficult for you to park there? _yes_

12. Why? _Because its FAR away from store store had no H/c parking or Ramp_

13. How did you unload from your vehicle? _Rear_

14. What side of the vehicle did you unload from? Driver or passenger? _Driver_

15. Did anyone help you to transfer onto your wheelchair? _No_

16. What problems did you encounter transferring onto your wheelchair?

    ~~RAME~~ Kind of in the Road

17. Which way did you go from the parking to the entrance of the Facility? _Left_

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.
    _Ramp short and steep And has cracks and Holes And no sides_

19. Did you encounter any problems opening the door? Describe why. _Yes very Heavey_

20. Did you have any problems inside the Facility? Describe. _TRASH old Gat stuck and Door Shot on me_

MLF0028866

21. What did you purchase (or what meal did you have there). Describe: Sign for my grandson Barthday

22. Have you used the restroom at the Facility? yes

23. Why did you need to use the restroom? had to go

24. Did you use the sink? yes

25. Any problems? Yes, paper towels very high pipes under sink not wrapped

26. Did you use the urinal? No

27. Did you use the toilet? Yes

28. Did you use the toilet paper? yes

29. Did you use paper towels? yes

30. Did you use the soap dispenser? yes    Bathroom door did not close Because of shelf hard to close it

31. Did you have any problem maneuvering inside the restroom? Yes They have a shelf in there made it hard to turn

32. Where did you sit? _____

33. Was there any seating provided inside the Facility? _____

34. Was it wheelchair accessible? _____

35. Where you comfortable at the table? _____

36. Did you use the counter to pay for purchase? Yes

37. Which counter did you use? only one

38. Was the counter accessible? Kind of High

39. Which way did you go after you left the Facility? to the left Back to my car

40. Any problems getting back to your vehicle? Side walk can pulled up to far and side walk had crecks and was too pelt and Ramp cracks

41. Any problems transferring from your wheelchair to your vehicle? No

42. If you have any addition information you believe would assist us in evaluating this inquiry.

MLF0028867



Dine In

Denny's
3120 North Blackstone Avenue
Fresno, CA 93703
(559)227-7151
( ) -

6/6/2014                    10:03:52 PM
Order:  456563              Server: Tina O
Table: 42  Guests:  2
SEAT:  1
    No Beverage                    0.00
    Sirloin Steak Dinner          11.69
         Tax:                      0.96
                                 --------
    Seat  1 Total:                12.65

SEAT:  2
    Dr Pepper                      2.29
    BYO Single Burger              8.59
    $Onion Tanglers                1.00
    Seasoned Fries                 0.59
         Tax:                      1.03
                                 --------
    Seat  2 Total:                13.50

***************************************
*    Receipt must be attached.       *
*       Do not tear off.             *
*    Free Everyday Value Slam        *
*       on your next visit           *
*      with beverage purchase        *
*      (no substitutions please)     *
*   Visit www.DennysListens.com      *
*  within 3 days and complete a survey *
*  about your experience at this Denny's. *
*                                    *
*       Disponibles en español       *
*                                    *
***************************************

MLF0029063

* Survey Code: 06064-22620-94J6563 *
* Please write your validation code *
* below and return this receipt to a *
* participating restaurant to redeem: *
* *
* Validation Code: _____ *
* Must be redeemed within 30 days. *

||||||||||||||||||||||||||||||||||
*88881091*

* SURVEY RULES: You may complete one *
* survey every 30 days. *
* *
* One coupon, per check, per visit. Not *
* valid with any other coupons or *
* promotional offers. Coupon has no cash *
* value. No change returned. Taxes and *
* gratuity not included. Beverages not *
* included. Valid at participating *
* restaurants only. Only original *
* receipt with survey attached accepted. *
* Photocopied and internet printed or *
* purchased coupons are not valid. *
* Copyright(c)2013 DFO, LLC. *
*******************************************

```
            SubTotal        24.16
            Tax              1.99
            Gratuity         3.85
   Total               30.00

            Master Card     30.00
            Acct:XXXXXXXX7245
         AuthCode:86603Z
```

******************************************
        Go to www.dennys.com and join
    Denny's Rewards to receive exclusive
  offers and the latest news delivered right
                to your inbox.
******************************************


              Customer Copy

EX. 117-115

MLF0029064

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

1. What is the name of the Facility? _Dennys_

2. What is the address of the Facility? _3120 N Blackstone Ave Fresno Ca_

3. When did you visit the Facility? _6/6/14_ (Date) _9:30 pm_ (Time)

4. Was this your first visit to the Facility? _No_

5. If you have been to the Facility before, please list the date and times of each visit if you can remember, or give an estimate of how often you go. _? Now And Then_

6. What was the purpose of your visit? _To Eat_

7. Who accompanied you to the Facility? _Ronny_

8. What car did you drive to the Facility? _Mine_

9. Did you drive yourself or did you get a ride from someone else? _I Drove_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. _Next to the D/P parking on the Right side_

11. Was it difficult for you to park there? If so, why? _yes Because had to go Behind cars to get to Access Isle_

12. How did you unload from your vehicle? _Rear_

13. What side of the vehicle did you unload from? Driver or passenger? _Driver_

14. Did anyone help you to transfer onto your wheelchair? Who? _yes Ronny_

15. Did you encounter any problems transferring onto your wheelchair? Describe. _No_

16. Which way did you go from the parking to the entrance of the Facility? _to the Left_

17. Did you encounter any problems on your way to the entrance, for example a ramp? Describe. _Ramp went Into street cracked and steep_

18. Did you encounter any problems opening the door? Describe. _No Not Really_

19. What did you purchase (or what meal did you have there)? _Steak and A Burger_

20. Did you need to use the restroom while you were at the Facility? Why? _Yes_

21. Describe any problems you encountered with the following (or write "Did not need to use" or "No problems":

MLF0029061

Sink: _Yes_

Toilet: _Yes_

Urinal: _No_

Toilet paper: _Yes_

Toilet seat covers: _no_

Paper towels/hand dryer: _yes_

Soap dispenser: _yes High_

Other: _Door to the toilet did not close Buy itself Also it was Very NARRow could not turn Around_

22. Did you have any problem maneuvering inside the restroom? _yes_

23. Was there any seating provided inside the Facility? _yes_

24. Were you able to sit comfortably at the table? If not, why? _No could not sit all the way up Because of taBle leg._

25. Did you use the counter to pay for purchase? Which one? _yes only one_

26. Did you pay with cash or credit card? _cRedit CARd._

27. Was the counter accessible? If not, describe: _No she Brought the paper to sign to high I gave it to Ronny to sign._

28. Did you have any other problems inside the Facility? Describe. _not much._

29. Which way did you go after you left the Facility? _out Door to the left to car._

30. Any problems getting back to your vehicle? _Ramp cracks' in street_

31. Any problems transferring from your wheelchair to your vehicle? _the slop But Ronny took me to my Door_

32. Any additional information you believe would assist us in evaluating this inquiry?

_Some Kids Heald the Bathroom Door open for me and Helped me Shut the Stall Door to tolitet._

MLF0029062

Marie Callender's Restaurant
Store #0062
1781 E. Shaw Ave.
Fresno, CA 93710
(559) 224-8434
www.mcpies.com

105934 JONATAN

Tbl 24/1          Chk 2078          Gst 2
                  Jun29'12 06:10PM

--                                    --
CORNBREAD SVC                    0.00
BEVERAGE                         0.00
ANGUS SIRLOIN                   16.99
SOUP BOWL                        7.99

Subtotal                        24.98
Tax                              1.99
Total            26.97

* * * * * * * * * * * *

Incuide... ...ber ... code pie!

Marie Callender's Restaurant
Store #0062
1781   Shaw Ave.
Fresno, CA 93710
(559) 224-8434
mcpies.com
D            Jun29'12 09:53PM
C   .typ:   Mastercard
Acct #:    XXXXXXXXXXXX1890
Trans Key: AFE007501878S0
Exp Date:  XX/XX
Auth Code: 09744B
Check:     2078
Table:     24/1
Server:    1059 1 JONATAN

Subtotal:         26.97

Tip: _____  303

Total  8 3000

Signature _____

I Agree To Pay Above Total
According To My Card Issuer
Agreement.
**Customer Copy**

EX. 117-118

MLF0029090

Bathroom Door
opens In cant
get in without
moveing trash
Can and turning
Back in and out
3 or 4 Times

MyYP.com    Valley Yellow Pages.

There's a treashold
on the Floor of
Door.
Bathroom Stall
Door Does not
close By it self

MyYP.com    Valley Yellow Pages.

Cant Reach
Salad Bar.
access Isle
too Small Van access
has no Ramp have
to go Behind cars to
get to Ramp.

MyYP.com    Valley Yellow Pages.

Ramp gos into
Access Isle
Front Door opens
out then have to
go in And open
another Door

MyYP.com    Valley Yellow Pages.

Sink is High
Table was had
to sit at Because
leaves close under
it So no Room for Legs

MyYP.com    Valley Yellow Pages.

EX. 117-119

MLF0029089

```
         CITY HEART # 2
         7 BULLARD AVE
         CLOVIS CA. 93612
            559 298 3977
TD06899074-001  CITY HEART FOOD STORE #
7 BULLARD AVE.
CLOVIS      CA 93612


Descr.            qty        amount


<CUSTOMER COPY>
NONTAX            1           1.35
NONTAX            1           1.10
FEE               1           0.50

              Sub Total       2.95
                    Tax       0.00
                  Total       2.95
                CREDIT $      2.95
CARD TYPE: VISA
ACCT NUMBER: XXXX XXXX XXXX 4008
TRANS TYPE: SALE
APPROVAL: 05236B       INVOICE: 029068
AMOUNT:        $    2.95


APPROVED  05236B
**************************************

THANKS.COME AGAIN
REG# 0001 CSH# 001 DR# 01  TRAN# 19516
06/18/14  19:52:11         ST# AB123
```

MLF0029406

# PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

1. What is the name of the Facility? City Heart Liquor

2. What is the address of the Facility? 7 Bullard Ave Clovis, CA

3. When did you visit the Facility? 6/18/14 (Date) 7,50 pm (Time)

4. Was this your first visit to the Facility? No

5. If you have been to the Facility before, please list the date and times of each visit if you can remember, or give an estimate of how often you go. ?

6. What was the purpose of your visit? Drink

7. Who accompanied you to the Facility? Grandson Ronny

8. What car did you drive to the Facility? Mine

9. Did you drive yourself or did you get a ride from someone else? I drove

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. In d/p parking spot

11. Was it difficult for you to park there? If so, why? No

12. How did you unload from your vehicle? Rear

13. What side of the vehicle did you unload from? Driver or passenger? Driver

14. Did anyone help you to transfer onto your wheelchair? Who? Yes, Ronny

15. Did you encounter any problems transferring onto your wheelchair? Describe. No, because Ronny helped me with my chair.

16. Which way did you go from the parking to the entrance of the Facility? To access isle

17. Did you encounter any problems on your way to the entrance, for example a ramp? Describe. Yes, Ramp goes into street and accessisle goes into curb.

18. Did you encounter any problems opening the door? Describe. No

19. What did you purchase (or what meal did you have there)? Drinks

20. Did you need to use the restroom while you were at the Facility? Why? No

21. Describe any problems you encountered with the following (or write "Did not need to use" or "No problems"

MLF0029404

Sink: __NIA__

Toilet: __NIA__

Urinal: __NIIA__

Toilet paper: __NIA__

Toilet seat covers: __NIA__

Paper towels/hand dryer: __NIA__

Soap dispenser: __NIA__

Other: _____

22. Did you have any problem maneuvering inside the restroom? __NIA__

23. Was there any seating provided inside the Facility? __NIA__

24. Were you able to sit comfortably at the table? If not, why? __NIA__

25. Did you use the counter to pay for purchase? Which one? __Yes, only one__

26. Did you pay with cash or credit card? __Credit card__

27. Was the counter accessible? If not, describe: __No, because counter too high grandson had to sign recept.__

28. Did you have any other problems inside the Facility? Describe. __fountain drinks too high and counter had ice cream on one side and beef jerky on the other,__

29. Which way did you go after you left the Facility? __Outdoor to access isle too car.__

30. Any problems getting back to your vehicle? __Yes, ramp goes into street__

31. Any problems transferring from your wheelchair to your vehicle? __No because Ronny help me with my chair.__

32. Any additional information you believe would assist us in evaluating this inquiry?

_____

_____

MLF0029405

# Burlington
coat factory

70 West Shaw Ave, Clovis, CA
Store Mgr Brian G.  (559)299-2153

Shop online @
BurlingtonCoatFactory.com

863/07 T21435 02/06/14 19:35 C68564

863 07 21435 02/06/14

## REGULAR SALE

| | | |
|---|---|---|
| MENS t | 129-79034192 | $19.99 |
| | Subtotal | $19.99 |
| | Tax | $1.64 |
| | Total | $21.63 |

Amounts Tendered
Cash                    $22.00
CHANGE                 $-0.37
-------
Total Paid             $21.63

--------------------------------------
Returns must be made by 03/08/14
863/07 T21435 02/06/14
--------------------------------------

## # ITEMS SOLD 1

## SHOP WITH CONFIDENCE
Our goal is your complete satisfaction!
30 day refund policy
If for any reason you are not satisfied
with your purchase, just bring it back
within 30 days with your receipt.
Complete details available at checkout
THANK YOU FOR SHOPPING

+++++++++++++++++++++++++
SIGN UP TODAY FOR
A CHANCE TO WIN A
$500 SHOPPING SPREE
Go To
www.bcfsweeps.com
for details on how to enter and
sign up for updates on the latest
trends and values for the whole family.

+++++++++++++++++++++++++



# ROSS
DRESS FOR LESS
CLOVIS
Phone: 559-296 483

400083642409 BLACK INTERLOCK 1   10.99 R
082643933 X RED SHORLINE MUL   11.99 R
0095808260 BLK/WHT PLAID FF S   12.99 R
400095743743 SC WHT SOLID JERSE    4.99 R
400085215540 X ECKO FUNCTION GR   14.99 R
Subtotal                          $55.95
Tuesday Club - 10%                 -5.60
Sales Tax 8.225%                    $4.14
Total                             $54.49
      Sold  Returned, 0 Deleted: 0

Mastercard                        $54.49
Card No  XXXXXXXXXXX4370 <S>
18300163
Auth No  Ro

Receipt # 0163-01-0218-01-001



1-01-5-08-005449

Store: 0163    Reg: 01    Tran: 0218
Date: 07/09/13 Time: 04:36  Assoc: 485562
Thank you for shopping at Ross!
www.rossstores.com
***********************************
Like us on Facebook!
www.facebook.com/RossDressforLess
***********************************
ROSS STORES is

giving away $1000!

To learn how you can potentially be
one of two $500 gift card
winners of the month, visit
www.tellross.com

No purchase necessary. For complete rules
visit http:// www.tellross.com

EX. 117-123

**MLF0029742**



**ROSS**
DRESS FOR LESS
CLOVIS, CA
Phone: 559-298-4835

```
400083642409 BLACK INTERLOCK 1    10.99 R
400082643933 X RED SHORLINE MUL   11.99 R
J00095888260 BLK/WHT PLAID FF S   12.99 R
400095743743 SC WHT SOLID JERSE    4.99 R
400085215540 X ECKO FUNCTION GR   14.99 R
Subtotal                         $55.95
Tuesday Club - 10%                -5.60
Sales Tax 8.225%                  $4.14
Total                            $54.49
     Sold: 5  Returned: 0  Deleted: 0

Mastercard                       $54.49
   rd No. XXYXXXXXXXXX4370 <S>
   J3183001630     4
   Auth. No. R81

         Cardholder
   Please Retain for Your Records

Receipt #: 0163-01-0    -3183-3
Tender Detail,        08-005449
Mastercard 00
```

Receipt # 0163-01-0218-3183-3



1-01-5-08-005449

```
Store: 0163      Reg: 01      Tran: 0218
Date: 07/02/13 Time: 04:36   Assoc: 485562
     Thank you for shopping at Ross!
           www.rossstores.com
*******************************************
         Like us on Facebook!
     www.facebook.com/RossDressforLess
*******************************************
```

## ROSS STORES is

## giving away $1000!

```
   To learn how you can potentially be
   one    e two $500 gift card
        winners of the month, visit
       www.tellross.com
```

No purchase necessary. For complete rules
     visit http:// www.tellross.com

MLF0029743



ROSS
DRESS FOR LESS
CLOVIS, CA
Phone: 559-298-4835

```
400112281036 ASST CLASSIC FIT F    13.99 R
400104454899 X6 DOCKERS 18/18.5    13.99 R
400111912993 S6 VH SP 17.5 36/3    14.99 R
400112147158 P/T OX BLK            32.99 R
Subtotal                           $75.96
Sales Tax 8.225%                    $6.25
Total                              $82.21
          Sold: 4  Returned: 0  Deleted: 0

Cash                              $100.00
Cash Change                        $17.79
Receipt #: 0163-04-2717-4197-1
Tender Detail#: 1-01-8-01-008221
```

Receipt # 0163-04-2717-4197-1

1-01-8-01-008221

MLF0029744

# Burlington
### coat factory

70 West Shaw Ave, Clovis, CA
Store Mgr Brian G. (559)299-2153

Shop online @
BurlingtonCoatFactory.com

863/05 T24593 05/15/14 18:17 C70390

863 05 24593 05/15/14

## REGULAR SALE

| MENS t | 211-10414534 | $16.99 |
|---|---|---|
| | Subtotal | $16.99 |
| | Tax | $1.40 |
| | Total | $18.39 |

Amounts Tendered
1 MasterCd          $18.39
Auth#: 266967 Acct #:  XXXXXXXXXXX7245
MOORE/RONALD D
                              ------
            Total Paid    $18.39

-------------------------------------
Returns must be made by 06/14/14
863/05 T24593 05/15/14
-------------------------------------

## # ITEMS SOLD 1

## SHOP WITH CONFIDENCE
Our goal is your complete satisfaction!
30 day refund policy
If for any reason you are not satisfied
with your purchase, just bring it back
within 30 days with your receipt.
Complete details available at checkout
THANK YOU FOR SHOPPING

+++++++++++++++++++++++
SIGN UP TODAY FOR
A CHANCE TO WIN A
$500 SHOPPING SPREE
Go To
www.bcfsweeps.com
for details on how to enter and
sign up for updates on the latest
trends and values for the whole family.

+++++++++++++++++++++++

MLF0029712



Jiffy Lube # 1480
Broadbase, Inc.
240 W. ASHLAN AVE
CLOVIS, CA  93612
(559) 348-0404

BAR # ARD185059
EPA # CAL000173738

WORK ORDER # 12768
        DATE 10/26/12 02:53 PM
     INVOICE # 1480 681926 BAY2
 TRANSACTION # 12102600681926
    EMPLOYEES BRA80 RS1480 JL14
              CV429 JE1480  7JV

CUSTOMER

RON MOORE
30 N HUGHES AVE
CLOVIS, CA  93612
(559) 298-3228

VEHICLE INFO

LICENSE 6SNM664
MILEAGE 100,857
YEAR    2004
MAKE    CHEVROLET TRUCKS
MODEL   SUBURBAN
ENGINE  5.3L 8Cyl ([T]) Fuel Injected

SERVICE HISTORY

* Indicates service performed at a
different store
DATE       MILEAGE SERVICES
10/26/12   100,857 FS LGT

| SERVICE DESCRIPTION | | UOM | UNIT PRICE | QTY | PRICE |
|---|---|---|---|---|---|
| SIGNATURE SERVICE SPECIAL | | | | 1.00 | 26.99 |
| OIL FILTER # PH44 | | Each | 8.00 | 1.00 | Included |
| SHELL FORMULA 5W30 | | Quart | 3.39 | 5.00 | Included |
| SHELL FORMULA 5W30 | | Quart | 3.39 | 1.00 | 3.39 |
| LABOR | | | 5.04 | 1.00 | Included |
| | | | | Subtotal | 30.38 |
| LIGHT BULB SERVICE | | | | 1.00 | 29.97 |
| MINIATURE BULB #194 | Left Front Marker | Each | 9.99 | 1.00 | Included |
| MINIATURE BULB #194 | Right Front Marker | Each | 9.99 | 1.00 | Included |
| MINIATURE BULB #3157 | Left Brake | Each | 9.99 | 1.00 | Included |
| LABOR | | | 0.00 | 1.00 | Included |
| | | | | Subtotal | 29.97 |
| | | | | Labor Subtotal | 5.04 |
| | | | | Parts Subtotal | 58.31 |

CONTINUED ON NEXT PAGE
PAGE 1 OF 2

AUTHORIZED & RECEIVED BY

Cardholder acknowledges receipt of goods and/or services in the amount of the total shown hereon and
agrees to perform the obligations set forth in the Cardholder's agreement with the issuer.

Jiffy Lube Signature Service®Oil Change includes up to 5 quarts of oil and oil filter. Additional oil may require an additional charge.
ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.

© Jiffy Lube International, Inc. All Rights Reserved 2008 FORM JL100P-2CA

681926

EX. 117-127

MLF0030060

# jiffy lube™

Jiffy Lube # 1480
Broadbase, Inc.
240 W. ASHLAN AVE
CLOVIS, CA  93612
(559) 348-0404

BAR # ARD185059
EPA # CAL000173738

WORK ORDER # 12768
DATE 10/26/12 02:53 PM
INVOICE # 1480 681926 BAY2
TRANSACTION # 12102600681926
EMPLOYEES BRA80 RS1480 JL14
CV429 JE1480  7JV

CUSTOMER
--------
RON MOORE
80 N HUGHES AVE
CLOVIS, CA  93612
(559) 298-3228

VEHICLE INFO
------------
LICENSE  6SNM664
MILEAGE  100,857
YEAR     2004
MAKE     CHEVROLET TRUCKS
MODEL    SUBURBAN
ENGINE   5.3L 8Cyl ([T]) Fuel Injected

SERVICE HISTORY
---------------
* Indicates service performed at a
different store
DATE        MILEAGE SERVICES
10/26/12    100,857 FS LGT

SERVICE CHECKLIST

| | | | PRICE |
|---|---|---|---|
| CHANGE OIL | CHANGED | GROSS SALES | 60.35 |
| CHANGE OIL FILTER | CHANGED | NET SALES | 60.35 |
| CHECK AIR FILTER | REC. RPL. | PARTS | 58.31 |
| CHECK WIPER BLADES | OK | LABOR | 5.04 |
| WASH EXT WINDOWS/VACUUM FLOORS | COMPLETED | SALES TAX ON PA | 4.65 |
| * COMPLIMENTARY SERVICES: | COMPLETED | TOTAL | 65.00 |
| LUBRICATE CHASSIS | 11 FITTIN | MASTER CARD ***********1890 | 65.00 |
| CHECK TRANSMISSION FLUID | LEVEL OK | 61742B 019968 | |
| CHECK DIFFERENTIAL FLUID | LEVEL OK | | |
| CHECK POWER STEERING FLUID | LEVEL OK | | |
| CHECK WINDOW WASHER FLUID | ADDED | SERVICE COMMENTS | |
| FILL BATTERY WATER | CHECKED O | | |
| INFLATE TIRES TO PRESSURE | F40 R40 | QUALITY INSPECTION BY S. BRAR | |
| FRONT DIFFERENTIAL | LEVEL OK | SPEC: OIL DRAIN PLUG TORQUE  18FTLB | |
| TRANSFER CASE | LEVEL OK | | |
| SERPENTINE BELT | CHECKED O | | |
| BRAKE FLUID LEVEL | SENSOR OK | | |
| OIL LEVEL UPON ARRIVAL | LEVEL OK | | |
| LIGHTS CHECK | REPLACED | | |
| COOLANT RESERVOIR BOTTLE | LEVEL OK | | |

MESSAGES
--------
Recommend next service on 103857 miles.
JIFFY LUBE RECOMMENDS CHECKING YOUR OIL REGULARLY!
PLEASE SLOW FOR THE CONE ZONE!
PAGE 2 OF 2

AUTHORIZED & RECEIVED BY

Cardholder acknowledges receipt of goods and/or services in the amount of the total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the issuer.

Jiffy Lube Signature Service® Oil Change includes up to 5 quarts of oil and oil filter. Additional oil may require an additional charge.
ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.
© Jiffy Lube International, Inc. All Rights Reserved 2008 FORM JL100P-2CA

681927

EX. 117-128

MLF0030061

Had to wheel in Rel to get to

Ramp 1 is into st
Ramp goes into st
Bath Room Door
Sink to High not wrapped
No where in waiting Room to sit
had to sit in the middle of the Room
Counter to High to pay to sign Name
And to see paper work
Had to wheel all the way around in Rel
to get to my Car when done
Roman was with me

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE
ADAI No.1516
*Jiffy Lube* (Facility) 240 W. Ashlan Ave., Clovis, CA 93612

1. What is the name of the Facility? Jiffy LuBe

2. When did you visit the Facility? _____ (Date) _____ (Time) you have Receipt

3. What is the address of the Facility? 240 W Ashland AVE clovis CA

4. Was this your first visit to the Facility? NO

5. How many times have you visited the Facility? acovopt If more than one visit, please list the date and time if you

   know it. _____

6. What was the purpose of your visit? Oil Change.

7. Who accompanied you to the Facility? Roman

8. What car did you drive to the Facility? mine

9. Did you drive yourself of did you get a ride from someone else? I Drove

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your

    vehicle. I DRoped my car off At Garage Door

11. Was it difficult for you to park there? yes had to unload my wheel chair.

12. Why? Then I had to wheel in the Road ARROSS parking Lot to Ramp

13. How did you unload from your vehicle? Rear

14. What side of the vehicle did you unload from? Driver or passenger? Driver

15. Did anyone help you to transfer onto your wheelchair? No

16. What problems did you encounter transferring onto your wheelchair?

    N/A

17. Which way did you go from the parking to the entrance of the Facility? Left to Ramp

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.

    No RAMP where you unload to go to other side of store to Ramp

19. Did you encounter any problems opening the door? Describe why. yes Door opened to sideway

20. Did you have any problems inside the Facility? Describe. yes There is no place for

EX. 117-130

MLF0030058

my chair +they have chairs everywhere so I had
to sit in middle of the Room till my car was done

21. What did you purchase (or what meal did you have there). Describe: _____

Oil change

22. Have you used the restroom at the Facility? yes

23. Why did you need to use the restroom? had to go.

24. Did you use the sink? yes

25. Any problems? Bad

26. Did you use the urinal? _____

27. Did you use the toilet? Yes

28. Did you use the toilet paper? Yes

29. Did you use paper towels? yes

30. Did you use the soap dispenser? yes

31. Did you have any problem maneuvering inside the restroom? _____

32. Where did you sit? In middle of the Room

33. Was there any seating provided inside the Facility? yes

34. Was it wheelchair accessible? NO

35. Where you comfortable at the table? _____

36. Did you use the counter to pay for purchase? yes

37. Which counter did you use? only one

38. Was the counter accessible? NO

39. Which way did you go after you left the Facility? had to Left then Left to Ramp

40. Any problems getting back to your vehicle? Yes had to go in Road over to where
to pick my car BACK up at Right then Right to grage

41. Any problems transferring from your wheelchair to your vehicle? NO

42. If you have any addition information you believe would assist us in evaluating this inquiry.
Ramp go's into Street and Acless Issue
Ramp very High short hard to get up.

EX. 117-131

MLF0030059

U-HAUL EQUIPMENT CONTRACT

In-Town Rental Contract

Return Date/Time:

Chargeable Rental Periods: 2

| Equipment | | MI In | MI Rate | | Discount or Mileage Charge | Rental Rate | Rental Days | |
|---|---|---|---|---|---|---|---|---|
| 1H - 26' Truck | | 164521.6 | $0.99 X 131.1 | | $0.00 | 5.00 | | |
| 1H1 299H | | | | | | | | |
| Rate Av | | | | | | | | |
| Utility Dolly | Qty Received 1 | Qty Damaged 0 | | | $0.00 | 7.00 | 1.00 | |

FUEL TANK CAPACITY: 60 GALLON

Environmental Fees

Card Type
MASTERCARD

Account:
XXXXXXXXXX5xx5

Credit Card Payment

Card Type
MASTERCARD

Account:
XXXXXXXX5xXXxx

Credit Card Payment

**How are we doing? Please go to http://www.uhaul.com/review and let us know if you received the level of quality and service you expect from this U-Haul location.**

MLF0030571

In-Town Rental (OU)    Delivery 12/2_ _01     Contract No:

ROADSIDE ASSISTANCE    297-0918

Dispatched From: 01   4   Safe Protection( E )

| | |
|---|---|
| Customer | Renting Location: |
| Ron moore | Peters Auto Repair R __ (P__4) |
| 5404 CHATEAU | 1__1 Railroad No __5 |
| MADERA, CA _737 | __DERA, CA 9361_ 00   2 |

Rental Out Date/Time: 12/2_/2012 _2 03 PM      Rental Due Date/Time: 12/23/201_ 1 __2PM

* Failure to return the equipment by the Rental Du_ Time may result in additional charge

| Equipment | MI Out | MI Rate | MI Charge | Coverage | Rental Rate | Rental Charge | Estimated Charge |
|---|---|---|---|---|---|---|---|
| JH 2299H | 16400.2 | $0.99 X 40.0 | $0.00 | 6 Mon $14.00 | _ 95 | | _6.95 |
| AB23036 A_ | | | | | | | |

FULL TANK CAPACITY   50 GALLON

| E | | 1/4 | 3/8 | 1/2 | 5/8 | 4 | 7/8 | |
|---|---|---|---|---|---|---|---|---|
| 50.4 47 | 4 41 | 36.4 34 | 32 | 28.5 26 | 23 | 20 | 1_ 14 | 11 7 |

**Estimated** gallons needed to **return** to dispatched level or Full

Card Type:
MASTERCARD      Account:      XXXXXXXXXXXXX1890

Estimated Environmental Fee:   $1.00
Estimated Subtotal:   $94.55
Estimated Rental Tax:   $6.43
Estimated Charges Paid:   $0.00
Estimated Total Charges:   100.98

Net Paid Today:   $0.00

The bank has placed a HOLD for $100.98 on your account. It _uld may appear on your statement. U-Haul will not charge/credit your card until you return the equipment and __ rental charges are calculated

* I agree to verify my truck's fuel level is Full before leaving premises. I agree to return this truck with this amount of fuel or pay a $30 __ fueling fee and a minimum of $1.50 per gallon for fuel used. U-Haul __ s not reimburse if this truck is returned with more fuel than when it was dispatched U-Haul pays for oil (save receipts).

* U-Haul provides the customer with minimum limits of __ on required by that state or province where arises any claim, suit or cause of action has provided __rotection a_ a system of secondary (_____ coverage(s) of the Customer. Customer assumes Sole Responsibility for any and all ility that exceeds the applicable minimum limits of pr_ t_ that the state or province

* I understand that the equipment must be returned to the __ U-Haul location where it was rented. I understand that the minimum extra charge car equipment returned to a different location is twice the a_ nt of the current One Way rate from this U-Haul location to the actual r_nal location I understand that the equipment rented is water resistan _not w_ter _ _ _ I acknowledge that I have received the appropriate __ instructions before operating the equipment.

* I agree to submit all claims against U-Haul in a_ da __ __ _ _ arbitration are _ incorporated by referen_ uhaul.com/arbitration from your local U-Haul re_re_ n

* Watch for overhead objects and back-up the car _ _ l __ _ _ _ __ c_ _'t t_ _ e _ overhead object and theft o_ _ _ _ _ w __ pecific exclusions not covered by Safemove or Safeto _ _ _

* I acknowledge that I have received and agree to the term _ _ C_ndition of this Rental Contract and the Rental Contract ad_ _ ms.

* This moving _a_ is equipped with a utility dolly and _ fu_ _ _ _ _ _ nvenience if you break the seal and use these tools rental charges ill be deducted from your deposit.

Customer Signature - (Ron moore)      _ent Signature (DAVID BARRAZA)

Questions or need help? Call me.

(559)225-1092

EX. 117-133

MLF0030592

U Haul Rental

No parking

No Ramp

No way to get in

Anthony had to go in

with my D.L. and

creit card

then they Brought out

the key to the truck

I did not even sign

credit card slip Anthony

did no way to get in

MLF0030605

# PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE
## ADAI No.1550
### U-Haul (Facility) 1621 Railroad No. 102, Clovis, CA 93612

1. What is the name of the Facility? _U Haul_

2. When did you visit the Facility? _____ (Date) _____ (Time) _You have Receipts_

3. What is the address of the Facility? _1621 Railroad Ave 102 Clovis_

4. Was this your first visit to the Facility? _~~To get a Truck~~ Yes_

5. How many times have you visited the Facility? _1st_ If more than one visit, please list the date and time if you know it. _____

6. What was the purpose of your visit? _To get a Truck_

7. Who accompanied you to the Facility? _Anothny and his Brother_

8. What car did you drive to the Facility? _My Car_

9. Did you drive yourself of did you get a ride from someone else? _I Drove_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. _In Front_

11. Was it difficult for you to park there? _Yes no parking No signs_

12. Why? _No Ramp no way to get into it._

13. How did you unload from your vehicle? _Rear_

14. What side of the vehicle did you unload from? Driver or passenger? _Driver_

15. Did anyone help you to transfer onto your wheelchair? _Anthony_

16. What problems did you encounter transferring onto your wheelchair?
_N/A_

17. Which way did you go from the parking to the entrance of the Facility? _up to Front_

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.
_Yes No Ramp no way to get in AT All_

19. Did you encounter any problems opening the door? Describe why. _could not get to the Door_

20. Did you have any problems inside the Facility? Describe. _Anthony went in_

MLF0030606

with my credit card and my
DL to Rent Truck Because I could not get in

21. What did you purchase (or what meal did you have there). Describe: Truck

22. Have you used the restroom at the Facility? No

23. Why did you need to use the restroom?

24. Did you use the sink?

25. Any problems?

26. Did you use the urinal?

27. Did you use the toilet?

28. Did you use the toilet paper?

29. Did you use paper towels?

30. Did you use the soap dispenser?

31. Did you have any problem maneuvering inside the restroom?

32. Where did you sit? In my wheel chair outside

33. Was there any seating provided inside the Facility? Could not get In

34. Was it wheelchair accessible? No

35. Where you comfortable at the table? N/A

36. Did you use the counter to pay for purchase? No

37. Which counter did you use? Anthony Singed my card

38. Was the counter accessible? No could not even get in

39. Which way did you go after you left the Facility? Waited for them to Bring out keys to truck

40. Any problems getting back to your vehicle? No

41. Any problems transferring from your wheelchair to your vehicle? Anthony put my chair Back into my car

42. If you have any addition information you believe would assist us in evaluating this inquiry.

MLF0030607



# DOLLAR TREE STORES, INC.

Store# 2093
3780 W Shields Ave                    (559) 276-8733
Fresno CA 93722-6702

```
DESCRIPTION           QTY   PRICE        TOTAL

MANGO NECTAR 3PK       1    1.00        1.00N
MANGO NECTAR 3PK       1    1.00        1.00N
STRAWBANANA NECTAR     1    1.00        1.00N
PEACH NECTAR           1    1.00        1.00N
STRAWBANANA NECTAR     1    1.00        1.00N

         Sub Total                $5.00
         GENERAL EXEM             $0.00
         Total                    $5.00
         Cash                     $5.00
```

Thank You for Shopping at Dollar Tree
       Where Everything's $1.00
  Now Shop On-Line at Dollartree.com

9662 02093 04 004 55239      1/11/13 20:23
Sales Associate:APRIL

MLF0031581



# Dollar Tree Stores, Inc.®

Store# 2093
3780 W Shields Ave
Fresno CA 93722-6702

(559) 275-8733

| DESCRIPTION | QTY | PRICE | TOTAL |
|---|---|---|---|
| WYLER'S ENHANCER | 1 | 1.00 | 1.00N |
| WYLER'S ENHANCER | 1 | 1.00 | 1.00N |
| WYLER'S ENHANCER | 1 | 1.00 | 1.00N |
| WYLER'S ENHANCER | 1 | 1.00 | 1.00N |
| WYLER'S ENHANCER | 1 | 1.00 | 1.00N |
| WYLER'S ENHANCER | 1 | 1.00 | 1.00N |
| WYLER'S ENHANCER | 1 | 1.00 | 1.00N |
| WYLER'S ENHANCER | 1 | 1.00 | 1.00N |
| WYLER'S ENHANCER | 1 | 1.00 | 1.00N |
| WYLER'S ENHANCER | 1 | 1.00 | 1.00N |
| WYLER'S ENHANCER | 1 | 1.00 | 1.00N |
| WYLER'S ENHANCER | 1 | 1.00 | 1.00N |

|  |  |
|---|---|
| Sub Total | $12.00 |
| GENERAL EXEM | $0.00 |
| Total | $12.00 |
| MasterCard | $12.00 |
| ************7245 | S |

Auth. Code: 89272Z

==============================================
Thank You for Shopping at Dollar Tree
Where Everything's $1.00
Now Shop On-Line at Dollartree.com
==============================================

4688 02093 06 022 60360       5/09/14 15:13
Sales Associate:ANGELINA

EX. 117-138

MLF0031559

## PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE
### ADAI No.
### (Facility)

1  What is the name of the Facility? _Dollar tree_

2  When did you visit the Facility? _1/11/13_ (Date) _8:20 pm_ (Time)

3  What is the address of the Facility? _3780 w shields Ave Fresno CA 93722_

4  Was this your first visit to the Facility? _No_

5  How many times have you visited the Facility? _Few_ If more than one visit, please list the date and time if you
   know it. _____

6  What was the purpose of your visit? _get some mio Drops and some other Drinks_

7  Who accompanied you to the Facility? _myself_

8  What car did you drive to the Facility? _Mins_

9  Did you drive yourself or did you get a ride from someone else? _I drove_

10  Where did you park when you arrived at the Facility? Describe a specific location where you parked your
   vehicle. _In Front_

11  Was it difficult for you to park there? _No_

12  Why? _____

13  How did you unload from your vehicle? _Reen_

14  What side of the vehicle did you unload from? Driver or passenger? _Driver_

15  Did anyone help you to transfer onto your wheelchair? _No_

16  What problems did you encounter transferring onto your wheelchair?
   _No payment un cain_

17  Which way did you go from the parking to the entrance of the Facility? _to the Ramp_

18  Did you encounter any problems on your way to the entrance, for example a ramp? Describe.
   _Ramp go's out into the street and is steep_

19  Did you encounter any problems opening the door? Describe why. _Thish hold equal Doors Shut to fast_

20  Did you have any problems inside the Facility? Describe. _yes There were_

MLF0031579

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

ADAI No.

(Facility)

Issue I could not get Doe stuff in way
and Issues to small.

21. What did you purchase (or what meal did you have there). Describe: _Drinks_

22. Have you used the restroom at the Facility? _No_

23. Why did you need to use the restroom? _____

24. Did you use the sink? _____

25. Any problems? _____

26. Did you use the urinal? _____

27. Did you use the toilet? _____

28. Did you use the toilet paper? _____

29. Did you use paper towels? _____

30. Did you use the soap dispenser? _____

31. Did you have any problem maneuvering inside the restroom? _____

32. Where did you sit? _____

33. Was there any seating provided inside the Facility? _____

34. Was it wheelchair accessible? _____

35. Where you comfortable at the table? _____

36. Did you use the counter to pay for purchase? _yes_

37. Which counter did you use? _the one that was open_

38. Was the counter accessible? _High. Hard to get stuff once paid for_

39. Which way did you go after you left the Facility? _out door to ramps_

40. Any problems getting back to your vehicle? _ramp steep_

41. Any problems transferring from your wheelchair to your vehicle? _Uneven ground_

42. If you have any addition information you believe would assist us in evaluating this inquiry.

MLF0031580

```
        JOHNNY QUIK 175
         4395 W ASHLAN
         FRESNO, CA.

Johnny Quik #175
4395 W ASHLAN    FRESNO      CA
STN# 00209516


              Cash Receipt

51b ice                    0.99T
WORKS                      7.99
WashDisc     (Disc -1.00)  -1.00
WashDisc     (Disc -1.00)  -1.00

Items: 2      Subtotal     6.98
Sales Tax                  0.06
Total                      7.04

Cash                       $8.00
   CHANGE DUE               0.96

Carwash#:        33103

Code Expires 07/28/12
1575837e24s3357t1 07/21/12 17:38:49

        Thank You
        Call  Again
```

EX. 117-141

**MLF0031848**

```
        JOHNNY QUIK 175
         4395 W ASHLAN
         FRESNO, CA.

Johnny Quik #175
4395 W ASHLAN     FRESNO       CA
STN# 00209516


            Cash Receipt

6lb ice                    0.99T
WORKS                      7.99
WashDisc    (Disc -1.00)  -1.00
WashDisc    (Disc -1.00)  -1.00


Items:  2   Subtotal      6.98
Sales Tax                 0.06
Total                     7.04

Cash                     $8.00
    CHANGE DUE            0.96

Carwash#:          33103

Code Expires 07/28/12
1575837e24s3357t1 07/21/12 17:38:49

        Thank You
        Call  Again
```



Signs
Parking
Doors
Isles
Bathroom

MyYP.com    Valley Yellow Pages.

MLF0031847

Enterprise Rent a Car

| | |
|---|---|
| Rental Location | RA # 135727075 | Bill Ref# | 90048086860 |
| FRESNO INTL ARPT | 04-JUL-2013 09:36 AM | Renter Name RON DEAN MOORE |
| 5175 EAST CLINTON WAY | | 80  N HUGHES |
| FRESNO          CA   93727-2 | Phone (559)2532700 | CLOVIS          CA  93612 |

| | |
|---|---|
| Return Location | |
| FRESNO INTL ARPT | 06-JUL-2013 05:29 PM |

| Vehicle # | DC637518 |
|---|---|
| Model | PATHFINDER |
| Class Driven | SFAR |
| Class Charge | FCAR |
| License# | 62HF769 |
| State/Province | CALIFORNIA |
| K/Kms Driven | 12644 |
| M/Kms Out | 13000 |
| M/Kms In | 13000 |

| Charges | No | Unit | Price/Unit | Amount |
|---|---|---|---|---|
| TIME & DISTANCE | 3 | Days | 19.93 | 59.79 * |
| UNLIMITED MILES/KM - TIME & DIST | | M/Kms | | 0.00 * |
| CDW | 3 | Days | 14.99 | 44.97 |
| ROADSIDE ASSISTANCE PROTECTION | 3 | Days | 4.99 | 14.97 |
| PAI | 3 | Days | 5.00 | 15.00 |
| SUPPLEMENTAL LIABILITY PROTECT | 3 | Days | 12.44 | 37.32 |
| LDW CREDIT | 1 | Rental | -64.00 | -64.00 |
| AIR CON | | | | 12.00 |
| FACILITY CHARGE | | | | 13.50 |
| TOURISM FEE | 3 | Days | 4.50 | 13.50 |
| SALES TAX @8.225 % | | | 59.79 | 5.90 |
| | | | 71.79 | |

| Rate Info | |
|---|---|

| | Total Charges | | USD 141.00 |
|---|---|---|---|
| | Payments | | |
| | Master Card | 1890 | |
| | AUTH:   94007B  04-JUL-2013 | 170.17 | -141.00 |

Messages

* Taxable Items
Subject to Audit

| | Payment |
|---|---|

For Reservations: 1-800-RENT-A-CAR

| Reverse Auth: 04-JUL-2013  -29.17 | Amount Due | USD 0.00 |
|---|---|---|

EX. 117-144

**MLF0031977**

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

ADAI No.

(Facility)

1  What is the name of the Facility? _Enterprise Car Rental_

2  When did you visit the Facility? _7/6/13_ (Date) _5:15 pm_ (Time)
   7/9/13  930 AM

3  What is the address of the Facility? _5175 East Clinton Way Fresno Ca 93727_

4  Was this your first visit to the Facility? _yes_

5  How many times have you visited the Facility? _____ If more than one visit, please list the date and time if you

   know it. _____

6  What was the purpose of your visit? _Rent a car_

7  Who accompanied you to the Facility? _Kyle Contaratie_

8  What car did you drive to the Facility? _JR Drove me_ _Kyle Drove_ _me to get off drop off_

9  Did you drive yourself or did you get a ride from someone else? _SR's wife_ _Kyle Drove my car to pick me up @ drop off_

10 Where did you park when you arrived at the Facility? Describe a specific location where you parked your

   vehicle. _out in parking Lot_

11 Was it difficult for you to park there? _yes_

12 Why? _No parking No spots_

13 How did you unload from your vehicle? _Rear_

14 What side of the vehicle did you unload from? Driver or passenger? _Driver_

15 Did anyone help you to transfer onto your wheelchair? _No_

16 What problems did you encounter transferring onto your wheelchair?

   _Had to go thru other parked car's to get into street so_
   _I could go to the office_

17 Which way did you go from the parking to the entrance of the Facility? _to the Left then straight_

18 Did you encounter any problems on your way to the entrance, for example a ramp? Describe.

   _Ramp steep had Rails But way Far apart_

19 Did you encounter any problems opening the door? Describe why. _Door very heavy to open_
   _Kyle had to open and hold door open for me_

20 Did you have any problems inside the Facility? Describe. _The connel way_

EX. 117-145

**MLF0031965**

*Very high*

21. What did you purchase (or what meal did you have there). Describe: _____

22. Have you used the restroom at the Facility? *NO*

23. Why did you need to use the restroom? _____

24. Did you use the sink? _____

25. Any problems? _____

26. Did you use the urinal? _____

27. Did you use the toilet? _____

28. Did you use the toilet paper? _____

29. Did you use paper towels? _____

30. Did you use the soap dispenser? _____

31. Did you have any problem maneuvering inside the restroom? _____

32. Where did you sit? _____

33. Was there any seating provided inside the Facility? _____

34. Was it wheelchair accessible? _____

35. Where you comfortable at the table? _____

36. Did you use the counter to pay for purchase? *Yes*

37. Which counter did you use? *The Only one they have*

38. Was the counter accessible? *No Realy high*

39. Which way did you go after you left the Facility? *Kyle went to get my plackerd out of Rental car Costomer had to open the door for me*

40. Any problems getting back to your vehicle? *Had to wheel all the WAY out to where my car WAS parked payment Uneven and cracked up*

41. Any problems transferring from your wheelchair to your vehicle? *No*

42. If you have any addition information you believe would assist us in evaluating this inquiry.

MLF0031966

JOHNNY [    ]   163
[   ] E BELMONT A.
[    ]NO, CA.

JOH[  ]
5993 E. BELM[   ]   FRESNO        CA
STH# 00207988

        Credit Card Receipt


xxxxxxxxxxxx8374      P/VISA
BOBSAL                    6.69T

Items:  1      Subtotal    6.69
Sales Tax                  0.60
T[  ]al                    7.29

    · Card(USDS)          [ ]9

    ease Imprint S28**

    [ ]:   07300
           009730


        Tell us about
        your shopping
        experience by
        logging onto
        S[  ]ey.Chevron.com


SS3457e2s659t2 08/09/09 18:13:34



        Thank You
        Call   Again

Couldn't fit through
end alse got stuck
on chip Rack tried
to go around got
stuck on candy
Rack. Paid by
cashier leaning by
counter

**Valley YellowPages** *The better book... Since 1955.*
**MyYP.com**

then Degignate
Caunther for Eating
had lottery Rack
+ sodas on it.
johnny Quick
Belmont

**Valley YellowPages** *The better book... Since 1955.*
**MyYP.com**

Johnny Qvik

EX. 117-147

MLF0055735

Dropped
Wallet Employee
Come around
counter & Picked up
Ron couldn't pay
without Book to
Sign Receipt on

Johnny

xxxxxxxxxxxx8374 P/VISA
BOBSAL 6.69T

| | | |
|---|---|---|
| Items: 1 | Subtotal | 6.69 |
| Sales Tax | | 0.60 |
| T..al | | 7.29 |
| Card(USDs) | | 9 |

ease Imprint S28**

I: 07300
009730

Tell us about
your shopping
experience by
logging onto
Su ey.Chevron.com

553457e2s659t2 08/09/09 18:13:34

Thank You
Call Again

Couldn't fit through
end aisle got stuck
on chip Rack tried
to go around got
Stuck on candy
Rack. Laid key
Cashier leaving key
counter

Valley YellowPages. The better book.. Since 1985
MyYP.com

DISCOUNT CIG & TOBACCO ACC
1432 N CEDAR #103 FRESNO 93703
(559) 251-4546 THANK YOU

05/25/2013    000001
#3217    15:38    SERV.09 0009

DPT. 13                $20.00

CASH            $20. 00


DISCOUNT CIG & TOBACCO ACC
1432 N CEDAR #103 FRESNO 93703
(559) 251-4546 THANK YOU

MLF0031999

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE
ADAI No.
(Facility)

1. What is the name of the Facility? Discount Gig + Tobecco

2. When did you visit the Facility? 5/25/13 (Date) 3:35 /m (Time)  #103

3. What is the address of the Facility? 1432 N cedar Ave Fresno CA 93703

4. Was this your first visit to the Facility? No

5. How many times have you visited the Facility? few If more than one visit, please list the date and time if you know it.

6. What was the purpose of your visit? Smoking pipe

7. Who accompanied you to the Facility? Myself

8. What car did you drive to the Facility? Mine

9. Did you drive yourself of did you get a ride from someone else? I drove

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. In H/c parking in Front

11. Was it difficult for you to park there? when you got out there A curb Right

12. Why? There hard to get Around walking with the cane

13. How did you unload from your vehicle? Rear

14. What side of the vehicle did you unload from? Driver or passenger? Driver

15. Did anyone help you to transfer onto your wheelchair? No

16. What problems did you encounter transferring onto your wheelchair?

In part of Road when pull chair out

17. Which way did you go from the parking to the entrance of the Facility? to the Ramp

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.

Ramp seems Kind of step not Real Bad

19. Did you encounter any problems opening the door? Describe why. Door And threshhold

20. Did you have any problems inside the Facility? Describe. yes

MLF0031997

could not get Down the Issle without moving
a potten chip Rack out of the way No way at
All to get Down the other Issle

21. What did you purchase (or what meal did you have there). Describe: _Smoke + pipe_

22. Have you used the restroom at the Facility? _NO_

23. Why did you need to use the restroom? _____

24. Did you use the sink? _____

25. Any problems? _____

26. Did you use the urinal? _____

27. Did you use the toilet? _____

28. Did you use the toilet paper? _____

29. Did you use paper towels? _____

30. Did you use the soap dispenser? _____

31. Did you have any problem maneuvering inside the restroom? _____

32. Where did you sit? _____

33. Was there any seating provided inside the Facility? _____

34. Was it wheelchair accessible? _NO_

35. Where you comfortable at the table? _____

36. Did you use the counter to pay for purchase? _Yes_

37. Which counter did you use? _Only one_

38. Was the counter accessible? _No Why high_

39. Which way did you go after you left the Facility? _Out front Door to Left to Ramp to my car_

40. Any problems getting back to your vehicle? _Just make sure no cars coming._

41. Any problems transferring from your wheelchair to your vehicle? _NO_

42. If you have any addition information you believe would assist us in evaluating this inquiry.

MLF0031998

4/25/2014 4:40 PM    **Sales Receipt #433053**
Store: CED

**Customer Copy**
### Kelley's Pet Food
1382 N Cedar Ave
Fresno, Ca.93703
559-252-6303
Your Local Pet Store
Cashier: Ricardo

| Item Name | Qty | Price | Ext Price |
|-----------|-----|-------|-----------|
| Dog Chow 46# | 2 | $24.99 | $49.98 T |
| | | D% 26.48% | Buy 1 for $2 |

| | | |
|---|---|---|
| | Subtotal: | $49.98 |
| Local Sales Tax | 8.225 % Tax: | + $4.11 |
| | **RECEIPT TOTAL:** | **$54.09** |

Credit Card: $54.09 XXXX7245
MasterCard
Reference # 0000006012    Auth=29761Z
Entry: Swiped    Merchant # ***13526


Signature _____
I agree to pay above amount according to card
issuer agreement (merchant agreement
if credit voucher).


Total Sales Discounts:    $18.00

Sorry,No Cash Refunds.Store credit or exchange
only with receipt and in new condition with all original
packaging,etc within
30 days of purchase.No returns or exchanges
allowed on:cages,carriers,refridgerated or bulk
items,and syringes.



433053

MLF0032142

5/25/2013 2:47 PM      Sales Receipt #353547
Store: CED

**Customer Copy**

**Kelley's Pet Food**
1382 N Cedar Ave
Fresno Ca 93703
559-252-6303
Your Local Pet Store

Cashier: chris

| Item # | Qty | | |
|---|---|---|---|
| 489 | | | |
| Spectra 7 | | | |
| 107232 | | .98 | 9.1 |
| Bordetella Vac | | | |
| 107165 | | 1.98 | 5.88 T |
| WORMER DOG LIQ | | | |
| 51850441 | 2 | $1.49 | $2.98 T |
| PIG EAR SMOKED | | | |

Subtotal     $52.95
Local Sales Tax   8.225 %  $4.36
**RECEIPT TOTAL**

Credit Card: $57.31  XXX
Visa
Reference # 0000002002   Aut
Entry: Swiped     Mer  ant a

Signature _____
I agree to pay a
issuer agreement
if credit voucher

Total Sale       57.50

Sorry,No Cash Refunds Store
only with receipt and in new con
packaging, etc within
30 days of purchase. No returns or exchanges
allowed on:cages,carriers,rehdyerated or bulk
items,and syringes.

353547

MLF0032143

6/10/2014 1:17 PM     Sales Receipt #444442
Store: CED

Customer Copy
**Kelley's Pet Food**
1382 N Cedar Ave
Fresno, Ca.93703
559-252-6303
Your Local Pet Store

Cashier: Ricardo

| Item Name | Qty | Price | Ext Price |
|---|---|---|---|
| Dog Chow 46# | 2 | $33.99 | $67.98 T |
| | | Subtotal: | $67.98 |
| Local Sales Tax | 8.225 % Tax: | | + $5.59 |
| | **RECEIPT TOTAL:** | | **$73.57** |

Credit Card: $73.57   XXXX4370
MasterCard
Reference # 0000002003     Auth=09780B
Entry: Swiped     Merchant # ***13526

Signature _____
   I agree to pay above amount according to card
   issuer agreement (merchant agreement
   if credit voucher).

Sorry,No Cash Refunds.Store credit or exchange
only with receipt and in new condition with all original
packaging,etc within
30 days of purchase.No returns or exchanges
allowed on:cages,carriers,refridgerated or bulk
items,and syringes.


444442

MLF0032144

8/7/2014 1:15 PM       Sales Receipt #457458
Store: CED

### Kelley's Pet Food
1382 N Cedar Ave
Fresno, Ca.93703
559-252-6303
Your Local Pet Store

Cashier: Joseph

| Item # | Qty | Price | Ext Price |
|---|---|---|---|
| 15809 | 2 | $24.99 | $49.98 T |
| Dog Chow 46# | D% | 26.46% | |
| | | Subtotal: | $49.98 |
| Local Sales Tax | 8.225 % Tax: | | + $4.11 |
| | **RECEIPT TOTAL:** | | $54.09 |

Amount Tendered: $100.00
Change Given: $45.91

Cash: $100.00

Total Sales Discounts:        $19.00

Sorry,No Cash Refunds.Store credit or exchange
only with receipt and in new condition with all original
packaging,etc within
30 days of purchase.No returns or exchanges
allowed on:cages,carriers,refridgerated or bulk
items,and syringes.

457458

---

7/21/2014 1:50 PM       Sales Receipt #453687
Store: CED

### Kelley's Pet Food
1382 N Cedar Ave
Fresno, Ca.93703
559-252-6303
Your Local Pet Store

Cashier: Joseph

| Item # | Qty | Price | Ext Price |
|---|---|---|---|
| 15809 | 1 | $24.99 | $24.99 T |
| Dog Chow 46# | D% | 26.46% | Buy 1 for $2 |
| 232 | 3 | $1.99 | $5.97 T |
| Adult Mouse | | | |
| | | Subtotal: | $30.96 |
| Local Sales Tax | 8.225 % Tax: | | + $2.55 |
| | **RECEIPT TOTAL:** | | $33.51 |

Amount Tendered: $40.00
Change Given: $6.49

Cash: $40.00

Total Sales Discounts:        $9.00

Sorry,No Cash Refunds.Store credit or exchange
only with receipt and in new condition with all original
packaging,etc within
30 days of purchase.No returns or exchanges
allowed on:cages,carriers,refridgerated or bulk
items,and syringes.

453687

EX. 117-155

MLF0032145

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

ADAI No.

(Facility)

1. What is the name of the Facility? _Kelly's Pet Food_

2. When did you visit the Facility? _5/25/13_ (Date) _245_ (Time)

3. What is the address of the Facility? _1382 N Cedar Ave Fresno CA 93703_

4. Was this your first visit to the Facility? _No_

5. How many times have you visited the Facility? _A Few_ If more than one visit, please list the date and time if you

   know it. _____

6. What was the purpose of your visit? _Dog Food  Dog wormer  shots_

7. Who accompanied you to the Facility? _My Grand Son Tyler_

8. What car did you drive to the Facility? _Mine_

9. Did you drive yourself or did you get a ride from someone else? _I Drove_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your

    vehicle. _In Front to the Right of the Door_

11. Was it difficult for you to park there? _Yes_

12. Why? _No H/c parking  No Signs_

13. How did you unload from your vehicle? _Rear_

14. What side of the vehicle did you unload from? Driver or passenger? _Driver_

15. Did anyone help you to transfer onto your wheelchair? _Grand Son Tyler_

16. What problems did you encounter transferring onto your wheelchair?

_Yes payment out Front very uneven And Holes_

17. Which way did you go from the parking to the entrance of the Facility? _Straight to Front Door_

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.

_Yes at Front Door the payment End Aud'it Become Dirt Before you_
_go into store cement wheel chair got stuck_

19. Did you encounter any problems opening the door? Describe why. _Door WAS open But hit_
_My Kunker going Thru Door Because got stuck in Hole in Front of Door_

20. Did you have any problems inside the Facility? Describe. _Yes I had to Ask one of_
_the guy there come over and get Dog chews for me to Heyk_
_for me to get too._

**MLF0032130**

# PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

## ADAI No.
### (Facility)

21. What did you purchase (or what meal did you have there). Describe: _Dog Shots Dog Chew_ _Dog Woemer for puppy's_

22. Have you used the restroom at the Facility? _____

23. Why did you need to use the restroom? _____

24. Did you use the sink? _____

25. Any problems? _____

26. Did you use the urinal? _____

27. Did you use the toilet? _____

28. Did you use the toilet paper? _____

29. Did you use paper towels? _____

30. Did you use the soap dispenser? _____

31. Did you have any problem maneuvering inside the restroom? _____

32. Where did you sit? _____

33. Was there any seating provided inside the Facility? _____

34. Was it wheelchair accessible? _____

35. Where you comfortable at the table? _____

36. Did you use the counter to pay for purchase? _Yes_

37. Which counter did you use? _The only one_

38. Was the counter accessible? _Not Realy_

39. Which way did you go after you left the Facility? _____

40. Any problems getting back to your vehicle? _Getting out Front Door My Grandson had to push me Because my Front Wheels Fell in the Hole at Front Door_

41. Any problems transferring from your wheelchair to your vehicle? _No_

42. If you have any addition information you believe would assist us in evaluating this inquiry.

MLF0032131



Dine In

Restaurant #8173
1121 NORTH PARKWAY DRIVE
FRESNO, CA 93728
(559) 233-7811
(    ) -

7/14/2013                    11:45:22 AM
Order:   215247            Server: Juana A
Table:  25  Guests:   3
SEAT:  1
    1 Mild Roast Coffee              2.09
    1 Mild Roast Coffee              2.09
    1 Dr Pepper                      2.29
    1 R-W-B Pancakes Bfst            6.99
    1 R W-B Pancakes Bfst            6.99
    1 W-B Pancakes Bfst              6.99
    1 $Fajita Blend                  0.59


            SubTotal              28.03
            Tax                    2.31
    Total                         30.34

            Cash                  40.35
            Change                10.01

*******************************************
Bring this receit in Sunday through
Thursday from 10pm to 6am and receive 10%
off your bill.
*******************************************
*******************************************
        Go to www.dennys.com and join
     Denny's Rewards to receive exclusive
   offers and the latest news delivered right
              to your inbox.
*******************************************

EX. 117-158

**MLF0032337**

\* Validation Code: _____ \*
\*   Must be redeemed within 30 days.   \*

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
\*88881091\*

\* SURVEY RULES: You may complete one   \*
\* survey every 30 days.   \*
\*   \*
\* One coupon, per check, per visit. Not   \*
\* valid with any other coupons or   \*
\* promotional offers. Coupon has no cash   \*
\* value. No change returned. Taxes and   \*
\* gratuity not included. Beverages not   \*
\* included. Valid at participating   \*
\* restaurants only. Only original   \*
\* receipt with survey attached accepted.   \*
\* Photocopied and internet printed or   \*
\* purchased coupons are not valid.   \*
\* Copyright(c)2013 DFO, LLC.   \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

          SubTotal        10.67
          Tax              0.88
          Gratuity         1.45
    Total              13.00

          Visa            13.00
          Acct:XXXXXXXX4008
          AuthCode:07116B

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Bring this receipt in Sunday throu-
Thursday from 10pm to 6am and rece.ve 10%
off your bill.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Go to www.dennys.com and join
Denny's Rewards to receive exclusive
offers and the latest news delivered right
to your inbox.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

          Customer Copy



Dine In

          Restaurant #8173
        1121 NORTH PARKWAY DRIVE
          FRESNO, CA 93728
          (559) 233-7811
             (   ) -
9/1/2013                   11:29:04 AM
Order:  125902           Server: JOSE C
Table:  21  Guests:  2
SEAT:  1
  1 Mild Roast Coffee          2.09
  1 Mild Roast Coffee          2.09
  1 Everyday Value Slam        4.00
  1 $$ Soup                    2.49

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*        Receipt must be attached.        \*
\*          Do not tear off.               \*
\*    Free Everyday Value Slam             \*
\*         on your next visit              \*
\*        with beverage purchase           \*
\*       (no substitutions please)         \*
\*   Visit www.DennysListens.com           \*
\* within 3 days and complete a survey     \*
\* about your experience at this Denny's.  \*
\*                                         \*
\*       Disponibles en español            \*
\*                                         \*
\*   Survey Code: 09013-11817-3125902      \*
\* Please write your validation code       \*
\* below and return this receipt to a      \*
\* participating restaurant to redeem.     \*
\*                                         \*

MLF0032338

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

ADAI No. 01708  MOORE
(Facility)

1. What is the name of the Facility? _Dennys_

2. When did you visit the Facility? _7/14/13_ (Date) _11:00_ (Time)

3. What is the address of the Facility? _1121 N parkway drive Fresno CA 93728_

4. Was this your first visit to the Facility? _No_

5. How many times have you visited the Facility? _Few_ If more than one visit, please list the date and time if you
know it. _?_

6. What was the purpose of your visit? _To Eat After church_

7. Who accompanied you to the Facility? _My wife Lynn Grandson Ronny_ (my)

8. What car did you drive to the Facility? _mine_

9. Did you drive yourself of did you get a ride from someone else? _I Drove_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your
vehicle. _Right in Front_

11. Was it difficult for you to park there? _No_

12. Why? ____

13. How did you unload from your vehicle? _Rear_

14. What side of the vehicle did you unload from? Driver or passenger? _Driver_

15. Did anyone help you to transfer onto your wheelchair? _Grandson_

16. What problems did you encounter transferring onto your wheelchair?

_None_

17. Which way did you go from the parking to the entrance of the Facility? _Right Behind where
I parked_

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.

_Rised payment Befor Ramp Ramp steep has Rail But Rail
was pulled out of the groud on its side_

19. Did you encounter any problems opening the door? Describe why. _My grandson had to push me
up the Ramp_

20. Did you have any problems inside the Facility? Describe. _yes_

EX. 117-160

**MLF0032335**

_They have moding on the ground from tidl to the carpet_

21. What did you purchase (or what meal did you have there). Describe: __3 Brckfsts__

22. Have you used the restroom at the Facility? __Yes__

23. Why did you need to use the restroom? __Hnd to go__

24. Did you use the sink? __Yos__

25. Any problems? _____

26. Did you use the urinal? _____

27. Did you use the toilet? __Door did not shut__

28. Did you use the toilet paper? __Yes__

29. Did you use paper towels? __High__

30. Did you use the soap dispenser? __Back up on wall__

31. Did you have any problem maneuvering inside the restroom? _____

32. Where did you sit? __table__

33. Was there any seating provided inside the Facility? __I dont know__

34. Was it wheelchair accessible? __No Had poll in way__

35. Where you comfortable at the table? __Not Really They put me on the side so I would not be in the way when they were serving peeple.__

36. Did you use the counter to pay for purchase? __Yes__

37. Which counter did you use? __only one__

38. Was the counter accessible? __was high But paid cash it did have a place down low to sign card though__

39. Which way did you go after you left the Facility? __to the Left Down Romp__

40. Any problems getting back to your vehicle? __Rail was on its side Also payment @ the End of Romp Yes__

41. Any problems transferring from your wheelchair to your vehicle? __No__

42. If you have any addition information you believe would assist us in evaluating this inquiry.

MLF0032336

```
            SUSHI N POP
         1788 E BARSTOW AVE
          FRESNO, CA 93710
           (559) 438-1690
            Sale
MID:542929805351772
TID: 380552
02/11/14                    15:11:26
Batch #: 14

VISA
XXXXXXXXXXXX4008
Appr Code: 04180B   InvW: 000017
Amount:              $ 22.62
Tip:        $27.62

Total:

       APPROVED 04180B
        Customer Copy
         THANK YOU!
```

MLF0032380

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

ADAI No.

(Facility)

1. What is the name of the Facility? _SUSHI N POP_

2. When did you visit the Facility? _2/4/14_ (Date) _3 pm_ (Time) _Fresno Calif_

3. What is the address of the Facility? _1788 E Barstow Ave_

4. Was this your first visit to the Facility? _No_

5. How many times have you visited the Facility? _?_ If more than one visit, please list the date and time if you know it. _?_

6. What was the purpose of your visit? _to eat_

7. Who accompanied you to the Facility? _My wife Lynn_

8. What car did you drive to the Facility? _mine_

9. Did you drive yourself of did you get a ride from someone else? _I Drove_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. _In Front of Restaurant_

11. Was it difficult for you to park there? _Yes_

12. Why? _No Ramp had to go over curb_

13. How did you unload from your vehicle? _Rear_

14. What side of the vehicle did you unload from? Driver or passenger? _Driver_

15. Did anyone help you to transfer onto your wheelchair? _my wife_

16. What problems did you encounter transferring onto your wheelchair?

_unload in Road way_

17. Which way did you go from the parking to the entrance of the Facility? _Straight Ahead to curb._

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.

_No Ramp No signs No parking no Rout of Travel_

19. Did you encounter any problems opening the door? Describe why. _yes Door Close on me Treshold_

20. Did you have any problems inside the Facility? Describe. _yes_

EX. 117-163

MLF0032378

_TABle Leg could not seat up to table_

21. What did you purchase (or what meal did you have there). Describe: _2 Meals_

22. Have you used the restroom at the Facility? _Yes_

23. Why did you need to use the restroom? _Had to Go_

24. Did you use the sink? _Yes_

25. Any problems? _Soap seat covers paper towels_

26. Did you use the urinal? _No_

27. Did you use the toilet? _Yes_

28. Did you use the toilet paper? _Yes_

29. Did you use paper towels? _Yes_

30. Did you use the soap dispenser? _Yes_

31. Did you have any problem maneuvering inside the restroom? _Yes cabinet Around Sink made it hard to use sink and soap_

32. Where did you sit? _table_

33. Was there any seating provided inside the Facility? _No_

34. Was it wheelchair accessible? _No_

35. Where you comfortable at the table? _No_

36. Did you use the counter to pay for purchase? _Yes_

37. Which counter did you use? _Only one_

38. Was the counter accessible? _No way high had to sign Receipt on my Leg._

39. Which way did you go after you left the Facility? _Straight out door off curb to car_

40. Any problems getting back to your vehicle? _Had to go off crub and in Road to load up_

41. Any problems transferring from your wheelchair to your vehicle? _My wife helped me._

42. If you have any additional information you believe would assist us in evaluating this inquiry.

MLF0032379

```
        UNIVERSITY
      DELI & LIQUOR
      1752 E. BARSTOW

DATE 07/18/2013 THU   TIME 21:39

TOBACCO T1              $3.99
NONTAX                  $0.99
NONTAX                  $0.10
TAX1                    $0.33
TOTAL                   $5.41
CASH                    $5.41
CLERK 1        092608   00000
```

MLF0032383

ADAI No. 01709   MOORE
(Facility)

1  What is the name of the Facility? University Delit Liquor

2  When did you visit the Facility? 7/18/13 (Date)  930 pm  (Time)

3  What is the address of the Facility? 1752 E Barstow Fresno Ca

4  Was this your first visit to the Facility? No

5  How many times have you visited the Facility? Few If more than one visit, please list the date and time if you know it. ?

6  What was the purpose of your visit? Smokes And A Drink

7  Who accompanied you to the Facility? my wife.

8  What car did you drive to the Facility? mine

9  Did you drive yourself of did you get a ride from someone else? I Drove

10  Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. Right in Front of Store

11  Was it difficult for you to park there? yes

12  Why? No parking. No signs.

13  How did you unload from your vehicle? Rear

14  What side of the vehicle did you unload from? Driver or passenger? Driver

15  Did anyone help you to transfer onto your wheelchair? No

16  What problems did you encounter transferring onto your wheelchair?


17  Which way did you go from the parking to the entrance of the Facility? Straight Ahead

18  Did you encounter any problems on your way to the entrance, for example a ramp? Describe.
yes   No Ramp got stuck going up curb my wife had to get out And Help me could not get up.

19  Did you encounter any problems opening the door? Describe why. Door Open

20  Did you have any problems inside the Facility? Describe. Fountain Drinks too High

EX. 117-166

MLF0032381

_____

_____

21. What did you purchase (or what meal did you have there). Describe: _____ N/A _____

_____

22. Have you used the restroom at the Facility? _____ No _____

23. Why did you need to use the restroom? _____

24. Did you use the sink? _____

25. Any problems? _____

26. Did you use the urinal? _____

27. Did you use the toilet? _____

28. Did you use the toilet paper? _____

29. Did you use paper towels? _____

30. Did you use the soap dispenser? _____

31. Did you have any problem maneuvering inside the restroom? _____

32. Where did you sit? _____

33. Was there any seating provided inside the Facility? _____

34. Was it wheelchair accessible? _____

35. Where you comfortable at the table? _____

36. Did you use the counter to pay for purchase? _____ Yes _____

37. Which counter did you use? _____ only one _____

38. Was the counter accessible? _____ No  way to High _____

39. Which way did you go after you left the Facility? _____ out Front Door then had to go off curb into street No Access Issue _____

40. Any problems getting back to your vehicle? _____ Had to use parking space to get Back to my car _____

41. Any problems transferring from your wheelchair to your vehicle? _____ No _____

42. If you have any addition information you believe would assist us in evaluating this inquiry.

```
            YOUR RECEIPT
            THANK YOU
            CALL AGAIN

REG   07-30-2013  12:47
                       000102

DEPT07        T1       $3.00
DEPT07        T1       $1.29
DEPT07        T1       $1.29
DEPT07        T1       $1.29
DEPT07        T1       $1.29
DEPT07        T1       $4.62
TAX-AMT  1            $12.78
TAX  1                 $1.05
TOTAL           $13.83
CASH                 $100.00
CHANGE                $86.17
```

MLF0032582

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

ADAI No.

(Facility)

1. What is the name of the Facility? _A dRIANS_

2. When did you visit the Facility? _7/30/13_ (Date) _1245 pm_ (Time)

3. What is the address of the Facility? _3060 E Belmont AVE_

4. Was this your first visit to the Facility? _No_

5. How many times have you visited the Facility? _four_ If more than one visit, please list the date and time if you know it. _?_

6. What was the purpose of your visit? _To Eat_

7. Who accompanied you to the Facility? _Lynn Grandsons Ronny and Daniel_

8. What car did you drive to the Facility? _mine_

9. Did you drive yourself of did you get a ride from someone else? _I Drove_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. _In parking space_

11. Was it difficult for you to park there? _yes_

12. Why? _No parking spots No signs   No Access Route of Travel_

13. How did you unload from your vehicle? _Rear_

14. What side of the vehicle did you unload from? Driver or passenger? _Driver_

15. Did anyone help you to transfer onto your wheelchair? _My Grandson donny_

16. What problems did you encounter transferring onto your wheelchair?

_pavment All cracked up_

17. Which way did you go from the parking to the entrance of the Facility? _Across street to window_

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.
_There was A side walk in Front of the window Grandson had to Help me up_

19. Did you encounter any problems opening the door? Describe why. _NO Door_

20. Did you have any problems inside the Facility? Describe. _was out side only_

MLF0032568

21. What did you purchase (or what meal did you have there). Describe: _tacos Burrito's And waters_

22. Have you used the restroom at the Facility? _could not get into the Restroom_

23. Why did you need to use the restroom? _Had to pee Real BAD._

24. Did you use the sink? _Grandson Used Restroom_

25. Any problems? _____

26. Did you use the urinal? _____

27. Did you use the toilet? _____

28. Did you use the toilet paper? _____

29. Did you use paper towels? _____

30. Did you use the soap dispenser? _____

31. Did you have any problem maneuvering inside the restroom? _____

32. Where did you sit? _A Table_

33. Was there any seating provided inside the Facility? _outside yes_

34. Was it wheelchair accessible? _No_

35. Where you comfortable at the table? _No_

36. Did you use the counter to pay for purchase? _yes_

37. Which counter did you use? _only one_

38. Was the counter accessible? _No To High_

39. Which way did you go after you left the Facility? _Access Road._

40. Any problems getting back to your vehicle? _pavment cracked up_

41. Any problems transferring from your wheelchair to your vehicle? _No._

42. If you have any additional information you believe would assist us in evaluating this inquiry.

MLF0032569



ARCO ampm

ARCO #### #2420
4025 S Chestnut Ave
Fresno
CA 93725
TEL#: 5594##
Site Number ##0079?2

| Qty Name | Price | Total |
|---|---|---|
| 4 ROCKSTAR ZERO CARB 1 | 2.00 | 8.00 T |
| 4 CA LESS 24OZ 1PK | 0.05 | 0.20 T |
| 2 ALMOND JOY SNACK SIZ | 0.33 | 0.66 |
| 1 ALMOND JOY SNACK SIZ | 0.34 | 0.34 |
| SubTotal | | 9.20 |
| SALES TAX    @ 8.22% on | 8.20 | 0.67 |
| Total | | 9.87 |

Cash                              $    100.00
Change due customer                    -90.13

Receipt 898635                         ORIGINAL
2 AMNET                     07/27/2013 10:50
Thank you for choosing AMPM

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

ADAI No.

(Facility)

1. What is the name of the Facility? _ARCO  Am pm_

2. When did you visit the Facility? _7/27/13_(Date) _10:45_ (Time)

3. What is the address of the Facility? _4025 S chestnut Ave_

4. Was this your first visit to the Facility? _yes_ ?

5. How many times have you visited the Facility? _?_ If more than one visit, please list the date and time if you
   know it. _?_

6. What was the purpose of your visit? _Drinks + snacks_

7. Who accompanied you to the Facility? _JR and Grandson Jason_

8. What car did you drive to the Facility? _I Drove_

9. Did you drive yourself of did you get a ride from someone else? _mine_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your
    vehicle. _In o/p spot_

11. Was it difficult for you to park there? _yes_

12. Why? _Access Issle went Right into crubs had to go into street_
    _to get to the Ramp inFront of the store_

13. How did you unload from your vehicle? _Rr_

14. What side of the vehicle did you unload from? Driver or passenger? _Driver_

15. Did anyone help you to transfer onto your wheelchair? _my Grandson_

16. What problems did you encounter transferring onto your wheelchair?

_payment All cracked up._

17. Which way did you go from the parking to the entrance of the Facility? _Access to the Road to_
    _Front of store to get to Ramp_

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.

_Ramp very steep had to hold onto Door gre I would have_
_Rolled Back Down the Ramp Door opened out_

19. Did you encounter any problems opening the door? Describe why. _Grand Son opened it for_
_me no way to open it with Ramp like. it is_

20. Did you have any problems inside the Facility? Describe. _yes_

MLF0032721

Bathroom door Heavy and gets stuck

21. What did you purchase (or what meal did you have there). Describe: Drinks + Snacks

22. Have you used the restroom at the Facility? yes

23. Why did you need to use the restroom? Why Do yo Think

24. Did you use the sink? yes

25. Any problems? it was High     No Seat covers

26. Did you use the urinal? No

27. Did you use the toilet? yes

28. Did you use the toilet paper? yes

29. Did you use paper towels? High Far

30. Did you use the soap dispenser? yes   High

31. Did you have any problem maneuvering inside the restroom? No

32. Where did you sit? N/A

33. Was there any seating provided inside the Facility? No

34. Was it wheelchair accessible? NO Some Food to high to get to

35. Where you comfortable at the table?

36. Did you use the counter to pay for purchase? yes

37. Which counter did you use? the one on the way out

38. Was the counter accessible? No   High crent card niehoa to high
had my Grandson do it she said No croid Just Dedit so I Just pan cash.

39. Which way did you go after you left the Facility? Dow n Ramp into Street Right to
my CAR

40. Any problems getting back to your vehicle? Road And pavement cracked

41. Any problems transferring from your wheelchair to your vehicle? No

42. If you have any additional information you believe would assist us in evaluating this inquiry.

MLF0032722

```
          RED CARPET CAR WASH
              3601 W SHAW
           FRESNO, CA. 93722
              559-2;,-6221

Merchant ID: 802122 6512
Term ID: 000215000802122 6512002

              Sale

xxxxxxxxxxxx4008
VISA                   Entry Method: Swiped

Total:                   $      43.03

07/27/13                       09:01:22
Inv #: 000010            Appr Code: 03687B
Apprvd: Online

              Customer Copy
              THANK YOU!
```

MLF0032993

```
LA KEBRADA MEXICAN RESTAURANT
        1042 N MARKS AVE
         FRESNO CA 93722
          559-270-1117

Terminal ID: 00876            0050
-----------------------      ----------
7/29/13                      6:31 PM

SERV     1

VISA
ACCT #: **** ******4008
CREDIT SALE

                        REF #: 015
BATCH #: 45     AUTH #: 041598

AMOUNT                     $24.91

TIP                   $_____

TOTAL                 $_____

        APPROVED

      CUSTOMER COPY
```

MLF0033129

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

ADAI No. 1731

(Facility)

1. What is the name of the Facility? La Kebrada

2. When did you visit the Facility? 7/28/13 (Date) 630 pm (Time)

3. What is the address of the Facility? 1042 N marks Ave

4. Was this your first visit to the Facility? yes

5. How many times have you visited the Facility? _____ If more than one visit, please list the date and time if you know it. _____

6. What was the purpose of your visit? To Eat

7. Who accompanied you to the Facility? ~~Le~~ my wife Lynn

8. What car did you drive to the Facility? mine

9. Did you drive yourself of did you get a ride from someone else? I prove

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. In D/p spot could hardly see it.

11. Was it difficult for you to park there? Yes No Signs

12. Why? payment cracked

13. How did you unload from your vehicle? Rear

14. What side of the vehicle did you unload from? Driver or passenger? Driver

15. Did anyone help you to transfer onto your wheelchair? No

16. What problems did you encounter transferring onto your wheelchair?
parment All cracked up very BAd

17. Which way did you go from the parking to the entrance of the Facility? to the Left to Ramp

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.
Ramp steep then it went into a straight up walk to the top No Rail very hard to get up

19. Did you encounter any problems opening the door? Describe why. yes Heavy and had a Rised Thresholdt

20. Did you have any problems inside the Facility? Describe. yes

EX. 117-176

MLF0032995

_table pole could not sit up all the way to table_

21. What did you purchase (or what meal did you have there). Describe: _____

22. Have you used the restroom at the Facility? _No_ _could not get into_
_Rest Room_
23. Why did you need to use the restroom? _Had to pee had to wait_
_untill After Dinner_
24. Did you use the sink? _No I had the waitress Bring me A_
25. Any problems? _wet wash towel so I could wash up Before. we_
_ate Because I could not get into Rest Room_

26. Did you use the urinal? _____

27. Did you use the toilet? _____

28. Did you use the toilet paper? _____

29. Did you use paper towels? _____

30. Did you use the soap dispenser? _____

31. Did you have any problem maneuvering inside the restroom? _____

32. Where did you sit? _table_

33. Was there any seating provided inside the Facility? _No_

34. Was it wheelchair accessible? _No_

35. Where you comfortable at the table? _no could not get All the way_
_up to table to eat_
36. Did you use the counter to pay for purchase? _yes_

37. Which counter did you use? _only one_

38. Was the counter accessible? _no High had to sign_

39. Which way did you go after you left the Facility? _Out Door Down 3 flights to Bottom_

40. Any problems getting back to your vehicle? _yes pavment Very Bad_

41. Any problems transferring from your wheelchair to your vehicle? _ground very uneven_

42. If you have any additional information you believe would assist us in evaluating this inquiry.

MLF0032996

U SAVE LIQUOR 2
3209 W SHAW AVE STE 110
FRESNO, CA 937110000

08/02/2013                    19:48:57
Merchant ID:        000000002808826
Terminal ID:              04170571
267001381883

CREDIT CARD

VISA SALE

CARD #              XXXXXXXXXXXX4006
INVOICE                       0031
Batch #:                    000351
Approval Code:              05758B
Entry Method:               Swiped
Mode:                       Online

SALE AMOUNT                  $6.00


CUSTOMER COPY

MLF0033520

U SAVE LIQUOR 2
3209 W SHAW AVE STE 110
FRESNO, CA 937110000

05/15/2014                    19:54:59
MID: 000000002808826    TID: 05324286

CREDIT CARD

MC SALE

| | |
|---|---|
| CARD # | XXXXXXXXXXXX7245 |
| INVOICE | 0031 |
| SEQ #: | 0027 |
| Batch #: | 000190 |
| Approval Code: | 701502 |
| Entry Method: | Swiped |
| Mode: | Online |

SALE AMOUNT                    $4.24

CUSTOMER COPY

MLF0033521

1736

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE
ADAI No.
(Facility)

1. What is the name of the Facility?  U Save Liquor 2

2. When did you visit the Facility? 8/2/13 (Date) 6:48 pm (Time)

3. What is the address of the Facility?  3209 W Shaw Ave Ste 110

4. Was this your first visit to the Facility?  NO

5. How many times have you visited the Facility? couple If more than one visit, please list the date and time if you
   know it.

6. What was the purpose of your visit?  Smokies

7. Who accompanied you to the Facility?  my wife Lynn

8. What car did you drive to the Facility?  I Drove

9. Did you drive yourself or did you get a ride from someone else?  I Drove

10. Where did you park when you arrived at the Facility?  Describe a specific location where you parked your
    vehicle.  In D/P parking

11. Was it difficult for you to park there?  Yes

12. Why?  Because Its Down Side walk Then Turn Left Down
    to store No parking in front of Store     cracked
    pavment
13. How did you unload from your vehicle?  Rear

14. What side of the vehicle did you unload from? Driver or passenger?  Driver

15. Did anyone help you to transfer onto your wheelchair?  NO

16. What problems did you encounter transferring onto your wheelchair?

    pavment cracked up

17. Which way did you go from the parking to the entrance of the Facility?  up Ramp to Left

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.
    CRACK Between sidewalk and Ramp   RAMP NARROW and cracks

19. Did you encounter any problems opening the door? Describe why.  Yes Trashold Then Door
    closed on me.
20. Did you have any problems inside the Facility? Describe.  carpet on Floor Rolled up on me
    at Register

EX. 117-180

**MLF0033518**

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE
ADAI No.
(Facility)

_____

_____

21. What did you purchase (or what meal did you have there). Describe: _Smokes_____

_____

22. Have you used the restroom at the Facility? _No_____

23. Why did you need to use the restroom? _____

24. Did you use the sink? _____

25. Any problems? _____

26. Did you use the urinal? _____

27. Did you use the toilet? _____

28. Did you use the toilet paper? _____

29. Did you use paper towels? _____

30. Did you use the soap dispenser? _____

31. Did you have any problem maneuvering inside the restroom? _____

32. Where did you sit? ___N/a___

33. Was there any seating provided inside the Facility? _____

34. Was it wheelchair accessible? _____

35. Where you comfortable at the table? _____

36. Did you use the counter to pay for purchase? ___yes___

37. Which counter did you use? ___only one___

38. Was the counter accessible? ___No___

39. Which way did you go after you left the Facility? _to Left Then Right to Ramp to car_

40. Any problems getting back to your vehicle? _yes Ramp narrow Almost Rolled off_

41. Any problems transferring from your wheelchair to your vehicle? _pavment Uneven cracked_

42. If you have any addition information you believe would assist us in evaluating this inquiry.

MLF0033519

NEW INDIA
SWEET & SPICES
3225 W SHAW #103
FRESNO,CA 93711
(559) 225-2824
FAX(559)225-9761
DATE 08/02/2013 FRI   TIME 18:40

NONTAX F          $7.99
NONTAX F          $1.00
TOTAL             $8.99
VISAM/C           $8.99

SPICE OF YOUR LIFE
THANK YOU!

CLERK 1        000117  00000

EX. 117-182

MLF0033463

NEW INDIA SWEETS & SPICES
3225 W SHAW 103
FRESNO CA 93711
559-225-2824

Merchant ID: 000006582244
Term ID: 00874807    Ref #: 0053

Sale

xxxxxxxxxxxx4008

VISA          Entry Method: Swiped

Total:          $        8.99

08/02/13              19:58:48
Inv #: 000053  Appr Code: 054988
Apprvd: Online   Batch#: 000614

Customer Copy

MLF0033464

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

ADAI No.

(Facility)

1. What is the name of the Facility? *New Indin sweet & spices*

2. When did you visit the Facility? *8/2/13* (Date) *6 58 pm* (Time)

3. What is the address of the Facility? *3225 W Shaw Ave*

4. Was this your first visit to the Facility? *No*

5. How many times have you visited the Facility? *couple* If more than one visit, please list the date and time if you know it. *?*

6. What was the purpose of your visit? *Sweets And nuts*

7. Who accompanied you to the Facility? *my daughter Lynn*

8. What car did you drive to the Facility? *mine*

9. Did you drive yourself of did you get a ride from someone else? *I drove*

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. *For D/p parking to the Right of store*

11. Was it difficult for you to park there? *yes*

12. Why? *Cracked pavment*

13. How did you unload from your vehicle? *Rear*

14. What side of the vehicle did you unload from? Driver or passenger? *Driver*

15. Did anyone help you to transfer onto your wheelchair? *No*

16. What problems did you encounter transferring onto your wheelchair?

*Cracked up pavment.*

17. Which way did you go from the parking to the entrance of the Facility? *To Access Issle to Ramp*

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.

*Ramp go's into street crack Between Ramp and Sidewalk Ramp Narrow*

19. Did you encounter any problems opening the door? Describe why. *yes Door closed on me*

20. Did you have any problems inside the Facility? Describe. *yes Issle were to small*

EX. 117-184

MLF0033461

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE
ADAI No.
(Facility)

counter to get sweets to high nynn had to
get stuff I could not see the guy

21. What did you purchase (or what meal did you have there). Describe: _NUTS And_
_Some sweats_

22. Have you used the restroom at the Facility? _No_

23. Why did you need to use the restroom? _No_

24. Did you use the sink? _no_

25. Any problems? _no_

26. Did you use the urinal? _No_

27. Did you use the toilet? _No_

28. Did you use the toilet paper? _No_

29. Did you use paper towels? _No_

30. Did you use the soap dispenser? _No_

31. Did you have any problem maneuvering inside the restroom? _____

32. Where did you sit? _We did not_

33. Was there any seating provided inside the Facility? _Yes_

34. Was it wheelchair accessible? _No_

35. Where you comfortable at the table? _N/A_

36. Did you use the counter to pay for purchase? _yes counter high to pay_

37. Which counter did you use? _only one_

38. Was the counter accessible? _No_

39. Which way did you go after you left the Facility? _to the Left to Ramp_

40. Any problems getting back to your vehicle? _yes Almost Rolled off Ramp_
_Very Narrow_
41. Any problems transferring from your wheelchair to your vehicle? _____

42. If you have any addition information you believe would assist us in evaluating this inquiry.

MLF0033462



**BIG LOTS!**

#04061
5345 North Blackstone Ave.
Fresno, CA 93710
(559) 435-2870

| 12/16/2009 | 7:04:34 PM PST |
|---|---|
| Trans.: 8745 | Store: 04061 |
| Reg.: 002 | Till:caro2 |
| Cashier: 1206058 | Sales: 1206058 |

SALE

0406100287452009121216

| | | |
|---|---|---|
| GYRO RACERS | | 4.00 T |
| 510022454 | 1 @ 4.00 | |
| POP IT ROCKET | | 2.00 T |
| 510022387 | 1 @ 2.00 | |
| DISNEY 3 GAME BUNDLE | | 5.00 T |
| 510022311 | 1 @ 5.00 | |
| TEMPO TISSUE 4/12BR 176C | | 4.00 T |
| 150005314 | 1 @ 4.00 | |
| CRAYOLA 4PK PUZZLES | | 7.00 T |
| 510022423 | 1 @ 7.00 | |
| LICENSED TOP LAUNCHERS | | 3.00 T |
| 510022381 | 1 @ 3.00 | |
| DISNEY SKYDIVERS 2PK | | 3.00 T |
| 510022379 | 1 @ 3.00 | |
| GYRO RACERS | | 4.00 T |
| 510022454 | 1 @ 4.00 | |
| GYRO SKATE | | 4.00 T |
| 510022455 | 1 @ 4.00 | |
| BUG WALL RACERS | | 1.50 T |
| 510018271 | 1 @ 1.50 | |
| VITA SPLASH IMMUNE GRAPE | | 1.50 N |
| 110122428 | 1 @ 1.50 | |
| LICENSED TOP LAUNCHERS | | 3.00 T |
| 510022381 | 1 @ 3.00 | |
| LICENSED TOP LAUNCHERS | | 3.00 T |
| 510022381 | 1 @ 3.00 | |
| LICENSED TOP LAUNCHERS | | 3.00 T |
| 510022381 | 1 @ 3.00 | |
| BUNDLE 3PK GAMES | | 5.00 T |
| 510022313 | 1 @ 5.00 | |
| LICENSED TOP LAUNCHERS | | 3.00 T |
| 510022381 | 1 @ 3.00 | |
| Sub-Total | | 56.00 |
| CA 8.975% Taxable | 54.50 | |
| CA 8.975% Tax | 4.89 | |
| Total Sales Tax | | 4.89 |
| | | |
| Total | | 60.89 |
| Cash | 70.00 | |
| Total Tender | | 70.00 |
| Change Due | | -9.11 |

MLF0033709



BIG LOTS STORES - #4061
NORTHGATE S/C
5345 N BLACKSTONE AVE
FRESNO CA 93710-6705
559-435-2870

07/18/2013                    9:00:42 PM PDT
Trans.: 2412                    Store: 04061
Reg.: 002                       Till:9lor2
Cashier: 818960                Sales: 818960

SALE



040610022412201307180

WASH CLOTH LT GREY 9 PK        5.00 T
  810092707            1 @ 5.00
Sub-Total
                                      5.00
  CA 8.225% Taxable     5.00
  CA 8.225% Tax         0.41
Total Sales Tax
                                      0.41

Total                                 5.41
  Cash                  20.00
Total Tender
                                     20.00
Change Due
                                    -14.59

          . . . . . .
Tell us what you think about your
   shopping experience today.
   We appreciate your feedback!
   Visit www.biglots.com/feedback


********************************
RETURNS WITH THIS RECEIPT WILL
    BE ACCEPTED THROUGH
         8/17/2013


        Customer Copy

**MLF0033710**

## PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

ADA No. _____
(Facility)

1. What is the name of the Facility? *Big Lots*

2. When did you visit the Facility? 7/18/13 (Date) 8:15 pm (Time)

3. What is the address of the Facility? 5348 N Blackstone

4. Was this your first visit to the Facility? No

5. How many times have you visited the Facility? *few* If more than one visit, please list the date and time if you know it. _____

6. What was the purpose of your visit? mattress

7. Who accompanied you to the Facility? Lynn my wife

8. What car did you drive to the Facility? mine

9. Did you drive yourself of did you get a ride from someone else? I Drove

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. IN Front of Store

11. Was it difficult for you to park there? yes

12. Why? No signs No parking spots No Access Issues

13. How did you unload from your vehicle? Rear

14. What side of the vehicle did you unload from? Driver or passenger? Drivers

15. Did anyone help you to transfer onto your wheelchair? No

16. What problems did you encounter transferring onto your wheelchair?

None

17. Which way did you go from the parking to the entrance of the Facility? To The Right across Street

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe. yes speed Bump in middle of Road Ramp very steep got into the street

19. Did you encounter any problems opening the door? Describe why. not Bad?

20. Did you have any problems inside the Facility? Describe. yes

MLF0033707

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

ADAI No.

(Facility)

Issue to small smashed my hand turning around pinnled on Back of Bed Frame

21. What did you purchase (or what meal did you have there). Describe: _____

_____

22. Have you used the restroom at the Facility? _____ No

23. Why did you need to use the restroom? _____ out of order

24. Did you use the sink? _____

25. Any problems? _____

26. Did you use the urinal? _____

27. Did you use the toilet? _____

28. Did you use the toilet paper? _____

29. Did you use paper towels? _____

30. Did you use the soap dispenser? _____

31. Did you have any problem maneuvering inside the restroom? _____

32. Where did you sit? _____

33. Was there any seating provided inside the Facility? _____

34. Was it wheelchair accessible? _____

35. Where you comfortable at the table? _____

36. Did you use the counter to pay for purchase? _____

37. Which counter did you use? _____ one on End

38. Was the counter accessible? _____ yes

39. Which way did you go after you left the Facility? _____ Out Door into Street over speed Bump to my car

40. Any problems getting back to your vehicle? _____ NO

41. Any problems transferring from your wheelchair to your vehicle? _____ NO

42. If you have any addition information you believe would assist us in evaluating this inquiry.

EX. 117-189

MLF0033708

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

ADA No. _____

(Facility)

1. What is the name of the Facility? _Big Lots_

2. When did you visit the Facility? _7/18/13_ (Date) _8 15 pm_ (Time)

3. What is the address of the Facility? _5345 N Blackstone_

4. Was this your first visit to the Facility? _No_

5. How many times have you visited the Facility? _two_ if more than one visit, please list the date and time if you know it. _?_

6. What was the purpose of your visit? _mattress_

7. Who accompanied you to the Facility? _Lynn my wife_

8. What car did you drive to the Facility? _mine_

9. Did you drive yourself or did you get a ride from someone else? _I Drove_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. _In Front of Store_

11. Was it difficult for you to park there? _yes_

12. Why? _No Signs No parking spots NO ACCESS Issles_

13. How did you unload from your vehicle? _Rear_

14. What side of the vehicle did you unload from? Driver or passenger? _Drivers_

15. Did anyone help you to transfer onto your wheelchair? _No_

16. What problems did you encounter transferring onto your wheelchair?

_None_

17. Which way did you go from the parking to the entrance of the Facility? _To the Right across Street_

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.
_Yes Speed Bump in middle of Road Ramp very steep goes into the street_

19. Did you encounter any problems opening the door? Describe why. _not Bad_

20. Did you have any problems inside the Facility? Describe. _yes_

MLF0033681

Issle to small smashed my hand turning
around pinned on Back of Bed Frame

21. What did you purchase (or what meal did you have there). Describe: _____

_____

22. Have you used the restroom at the Facility? ___No___

23. Why did you need to use the restroom? ___out of order___

24. Did you use the sink? _____

25. Any problems? _____

26. Did you use the urinal? _____

27. Did you use the toilet? _____

28. Did you use the toilet paper? _____

29. Did you use paper towels? _____

30. Did you use the soap dispenser? _____

31. Did you have any problem maneuvering inside the restroom? _____

32. Where did you sit? _____

33. Was there any seating provided inside the Facility? _____

34. Was it wheelchair accessible? _____

35. Where you comfortable at the table? _____

36. Did you use the counter to pay for purchase? _____

37. Which counter did you use? ___one on End___

38. Was the counter accessible? ___yes___

39. Which way did you go after you left the Facility? ___out Door into street over speel Bump to my car___

40. Any problems getting back to your vehicle? ___No___

41. Any problems transferring from your wheelchair to your vehicle? ___No___

42. If you have any addition information you believe would assist us in evaluating this inquiry.

MLF0033682

```
              SANDY'S
         COUNTRY JUNCTION
          532 CLOVIS AVE
         CLOVIS, CA 93612

TERMINAL ID.:              3814

                        SRV: 19
VISA                    SWIPED
************4008 EXP:**/**
SALE
BATCH: 00001   INV: 000077
Aug 11, 13        11:58
                AUTH: 07201B

AUTH/TKT 07201B

SALE AMT        $20.78

TIP       $ ................

               23.00
TOTAL     $ _____

              TIP GUIDE
    15%=$3.11  18%=$3.74  20%=$4.15

RONALD MOORE

         559-298-1951
         THANK YOU!


         CUSTOMER COPY
```

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE
ADAI No.
(Facility)

1. What is the name of the Facility? _Sandy's Juction Kitcher_

2. When did you visit the Facility? _8/12/13_ (Date) _____ (Time)

3. What is the address of the Facility? _____

4. Was this your first visit to the Facility? _No_

5. How many times have you visited the Facility? _Four_ If more than one visit, please list the date and time if you know it. _?_

6. What was the purpose of your visit? _To eat_

7. Who accompanied you to the Facility? _My wife Lynn_

8. What car did you drive to the Facility? _mine_

9. Did you drive yourself of did you get a ride from someone else? _I drove_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. _In O/P parking._

11. Was it difficult for you to park there? _yes_

12. Why? _pavment uneven and No Route of Travel_

13. How did you unload from your vehicle? _Rear_

14. What side of the vehicle did you unload from? Driver or passenger? _Driver_

15. Did anyone help you to transfer onto your wheelchair? _No_

16. What problems did you encounter transferring onto your wheelchair?

_No_

17. Which way did you go from the parking to the entrance of the Facility? _Right Behind myers_

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.
_not a lot of Room getting By people that wer eating_

19. Did you encounter any problems opening the door? Describe why. _yes Door Heavy and Had treshold Door closed on me_

20. Did you have any problems inside the Facility? Describe. _yes No were to wash_

EX. 117-193

**MLF0033868**

for a table so one of the guy's that
visited there opened open so we could wait outside

21. What did you purchase (or what meal did you have there). Describe: 2 - Breakfast
WAS hard to get By people eating to get to Restroom

22. Have you used the restroom at the Facility? Yes

23. Why did you need to use the restroom? to go And to wash my
hands

24. Did you use the sink? Yes

25. Any problems? Not wraped Bathroom Door opened
out Into my chair All most not able to get Door By my chair
Door Also Did not close All the way

26. Did you use the urinal? NO

27. Did you use the toilet? Yes

28. Did you use the toilet paper? Yes

29. Did you use paper towels? Yes

30. Did you use the soap dispenser? Yes

31. Did you have any problem maneuvering inside the restroom? Yes the Haded Rail
were WRong

32. Where did you sit? outside at a table

33. Was there any seating provided inside the Facility? Yes

34. Was it wheelchair accessible? NO

35. Where you comfortable at the table? No

36. Did you use the counter to pay for purchase? Yes

37. Which counter did you use? one Right inside the Door

38. Was the counter accessible? No very high

39. Which way did you go after you left the Facility? out of reating Area to parking lot
to Right to my car

40. Any problems getting back to your vehicle? Just the pavement.

41. Any problems transferring from your wheelchair to your vehicle? NO

42. If you have any addition information you believe would assist us in evaluating this inquiry.

MLF0033869

PINEDALE LIQUOR
7339 N. BLACKSTONE
FRESNO, CA 93650

08/19/2013                    19:36:58
Merchant ID:         000000002874542
Terminal ID:                04272200
376253767994

CREDIT CARD

VISA SALE

CARD #              XXXXXXXXXXXX4008
INVOICE                         0032
Batch #:                      000311
Approval Code:                09769B
Entry Method:                 Swiped
Mode:                         Online

SALE AMOUNT                    $6.12

CUSTOMER COPY

MLF0034259

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

ADAI No.

(Facility)

1. What is the name of the Facility? _Pinedale Liquor_

2. When did you visit the Facility? _8/19/13_ (Date) _7:30 pm_ (Time)

3. What is the address of the Facility? _7339 N Blackstone Fresno CA 93650_

4. Was this your first visit to the Facility? _No_

5. How many times have you visited the Facility? _Few_ If more than one visit, please list the date and time if you know it. _?_

6. What was the purpose of your visit? _Smokes_

7. Who accompanied you to the Facility? _Wife Lynn_

8. What car did you drive to the Facility? _Mine_

9. Did you drive yourself of did you get a ride from someone else? _I drove_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. _In D/p spot In front to the left of Door_

11. Was it difficult for you to park there? _yes_

12. Why? _Because they had polls on side walk and in front on Door's_

13. How did you unload from your vehicle? _Rear_

14. What side of the vehicle did you unload from? Driver or passenger? _Driver_

15. Did anyone help you to transfer onto your wheelchair? _my wife_

16. What problems did you encounter transferring onto your wheelchair?

_No_

17. Which way did you go from the parking to the entrance of the Facility? _to Access Issue_

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.

_Has some kind of plastic on ground it was lose hard to get up Ramp_

19. Did you encounter any problems opening the door? Describe why. _yes Polls in way guy and store came out and opened Door's when he saw me coming_

20. Did you have any problems inside the Facility? Describe. _yes_

MLF0034178

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

ADAI No.

(Facility)

_Went into store went Right had to turn AROUND and go_
_another way could Not get thur Issle to small_

21. What did you purchase (or what meal did you have there). Describe: _Smokes and a_
_Deink._

22. Have you used the restroom at the Facility? _N/O_

23. Why did you need to use the restroom? _____

24. Did you use the sink? _____

25. Any problems? _____

26. Did you use the urinal? _____

27. Did you use the toilet? _____

28. Did you use the toilet paper? _____

29. Did you use paper towels? _____

30. Did you use the soap dispenser? _____

31. Did you have any problem maneuvering inside the restroom? _____

32. Where did you sit? _____

33. Was there any seating provided inside the Facility? _____

34. Was it wheelchair accessible? _____

35. Where you comfortable at the table? _____

36. Did you use the counter to pay for purchase? _yes_

37. Which counter did you use? _only one_

38. Was the counter accessible? _No I was smashing chips in Front of me when_
_trying to sign recipt counter High_
39. Which way did you go after you left the Facility? _out to the left to Aecoss Isrle_

40. Any problems getting back to your vehicle? _Just uneven and going Around polls_

41. Any problems transferring from your wheelchair to your vehicle? _NO_

42. If you have any addition information you believe would assist us in evaluating this inquiry.

EX. 117-197

MLF0034179

LIITLE BROWN JUG
957 CLOVIS AVE
CLOVIS, CA 93612

TERMINAL ID:                004111191
MERCHANT #:            372205968089

VISA
#xxxxxxxxxxxx4008

**SALE**
BATCH: 000152        INVOICE: 052652
DATE: SEP 23, 13        TIME:  19:16
SQ: 007              AUTH NO: 089068

TOTAL           $29.42

CUSTOMER COPY

MLF0034326

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

ADAI No. _____

(Facility)

1. What is the name of the Facility? *Little Brown Jog*

2. When did you visit the Facility? *9/23/13* (Date) _____ (Time)

3. What is the address of the Facility? *957 clour AVE clour.en.*

4. Was this your first visit to the Facility? *No*

5. How many times have you visited the Facility? *Many* If more than one visit, please list the date and time if you know it. *?*

6. What was the purpose of your visit? *Smokie Drinks*

7. Who accompanied you to the Facility? *J haw*

8. What car did you drive to the Facility? *mini*

9. Did you drive yourself of did you get a ride from someone else? *I drove*

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle *In D/P Spot*

11. Was it difficult for you to park there? *Yes*

12. Why? *Sign WAS on wall Behind Ice Box and whatever it WAS paint on ground hard to see*

13. How did you unload from your vehicle? *Rea—*

14. What side of the vehicle did you unload from? Driver or passenger? *Driver*

15. Did anyone help you to transfer onto your wheelchair? *yes*

16. What problems did you encounter transferring onto your wheelchair?

*payment crackin*

17. Which way did you go from the parking to the entrance of the Facility? *To Access Issle*

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe. *payment All cracked up in Access Issle And Ramp WAS 2 Diffent Hights got stuck on onie Jhew had to Help me.*

19. Did you encounter any problems opening the door? Describe why. *yes Heavy and got stuck Beause Trashold and*

20. Did you have any problems inside the Facility? Describe. *Wall Right inside Door Fountain Drinker to High streams out of Reach.*

EX. 117-199

MLF0034324

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE
ADAI No.
(Facility)

_WAS UnABLe to Reach the Drink I wanted Than HAd to get it for me to High_

21. What did you purchase (or what meal did you have there). Describe: _Drinks Smokes_
_Lotto ticket ._

22. Have you used the restroom at the Facility? _No_

23. Why did you need to use the restroom? _____

24. Did you use the sink? _____

25. Any problems? _____

26. Did you use the urinal? _____

27. Did you use the toilet? _____

28. Did you use the toilet paper? _____

29. Did you use paper towels? _____

30. Did you use the soap dispenser? _____

31. Did you have any problem maneuvering inside the restroom? _____

32. Where did you sit? _____

33. Was there any seating provided inside the Facility? _____

34. Was it wheelchair accessible? _No_

35. Where you comfortable at the table? _____

36. Did you use the counter to pay for purchase? _Yes_

37. Which counter did you use? _only One_

38. Was the counter accessible? _No Hard to get to Because Racks In front of counter_

39. Which way did you go after you left the Facility? _out Door to Right_

40. Any problems getting back to your vehicle? _Yes Bumps in payment Ramp_

41. Any problems transferring from your wheelchair to your vehicle? _Than Helpel me_

42. If you have any additional information you believe would assist us in evaluating this inquiry.

EX. 117-200

MLF0034325

YOUR RECEIPT
THANK YOU

02/03/2014  8:49PM   01
000000#6351    CLERK01

DEPT. 01          T I $15.00

ITEMS      1Q
CASH     $15. 00


YOUR RECEIPT
THANK YOU

02/03/2014  8:49PM   01
000000#6352    CLERK01

DEPT. 05          T I $15.00

ITEMS      1Q
CASH     $15. 00

EX. 117-201

MLF0035084

1.  What is the name of the Facility? Cadillacs Fade Shop

2.  When did you visit the Facility? 2/3/14 (Date) 7:45 (Time)

3.  What is the address of the Facility? 7277 N. Blackstone Pinedale California

4.  Was this your first visit to the Facility? No?

5.  How many times have you visited the Facility? 7 If more than one visit, please list the date and time if you know it. ?

6.  What was the purpose of your visit? haircut for Me and Grandson Ronny

7.  Who accompanied you to the Facility? Grandson Ronny

8.  What car did you drive to the Facility? Mine.

9.  Did you drive yourself of did you get a ride from someone else? I Drove

10.  Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. In DP parking to left

11.  Was it difficult for you to park there? No / Yes

12.  Why? It was next door infront of tatto shop

13.  How did you unload from your vehicle? Rear

14.  What side of the vehicle did you unload from? Driver or passenger? Driver

15.  Did anyone help you to transfer onto your wheelchair? Grandson Ronny

16.  What problems did you encounter transferring onto your wheelchair?

No grandson brought Me Mychair because pavement had cracks in it

17.  Which way did you go from the parking to the entrance of the Facility? to right towards door

18.  Did you encounter any problems on your way to the entrance, for example a ramp? Describe.

Cracks in pavement and side walk

19.  Did you encounter any problems opening the door? Describe why. high threshold door heavy and narrow

20.  Did you have any problems inside the Facility? Describe. Yes

MLF0035081

had to transfer from wheelchair to barber chair

_____

21. What did you purchase (or what meal did you have there). Describe: haircut for Me and grandson Ronnie

22. Have you used the restroom at the Facility? Yes

23. Why did you need to use the restroom? had to go

24. Did you use the sink? Yes

25. Any problems? Mirror to high sink not wrapped

26. Did you use the urinal? NO

27. Did you use the toilet? Yes no hand rails

28. Did you use the toilet paper? Yes

29. Did you use paper towels? None

30. Did you use the soap dispenser? Yes

31. Did you have any problem maneuvering inside the restroom? Door did not close on its own

32. Where did you sit? N/A

33. Was there any seating provided inside the Facility? N/A

34. Was it wheelchair accessible? NO

35. Where you comfortable at the table? N/A

36. Did you use the counter to pay for purchase? No payed barber cash

37. Which counter did you use? N/A

38. Was the counter accessible? N/A

39. Which way did you go after you left the Facility? out door to right

40. Any problems getting back to your vehicle? Cracked pavement and sidewalk

41. Any problems transferring from your wheelchair to your vehicle? No grandson brought Me to My door

42. If you have any additional information you believe would assist us in evaluating this inquiry.

MLF0035082

```
SHELL
4805 E SHIELDS
FRESNO      CA  93726
93004095756


         02/01/2014 7:46:27 PM
     Register: 1 Trans #: 7761 Op ID: 1
         Your cashier: CASHIER

       *** PREPAID RECEIPT ***

REGULAR CR   PUMP#2          $20.00  99
                           ----------
              Subtotal =    $20.00
                   Tax =     $0.00
                           ----------
                 Total =    $20.00

            Change Due =     $0.00

Credit                       $20.00
----------------------------------------
XXXX XXXX XXXX 4008, VISA
INVOICE 740910
AUTH 08111B
Buyer agrees to pay the total, according
To the agreement with the card issuer
----------------------------------------


              THANK YOU
         PLEASE COME AGIAN!!!
```

EX. 117-204

MLF0035264

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

ADAI No.

(Facility)

1. What is the name of the Facility? Shell

2. When did you visit the Facility? 2-1-14 (Date) 7:46 (Time)

3. What is the address of the Facility? 4805 E. Shields

4. Was this your first visit to the Facility? ~~yes~~ No ?

5. How many times have you visited the Facility? 7 If more than one visit, please list the date and time if you

   know it. 7

6. What was the purpose of your visit? get gas

7. Who accompanied you to the Facility? grandson Ronny

8. What car did you drive to the Facility? Mine

9. Did you drive yourself of did you get a ride from someone else? I Drove

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your

    vehicle. at the gas pump #2

11. Was it difficult for you to park there? Yes

12. Why? Car behind Me had to back up so grandson could unload My
    Chair

13. How did you unload from your vehicle? from rear

14. What side of the vehicle did you unload from? Driver or passenger? Driver

15. Did anyone help you to transfer onto your wheelchair? grandson Ronny

16. What problems did you encounter transferring onto your wheelchair?

No room between Me and car behind Me had to go in stre
to get to the door

17. Which way did you go from the parking to the entrance of the Facility? around My car threw th
Street towards door

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.

Cracked road cracked ramp the ramp goes into street no
access isle or route of travel also ramp was very steep

19. Did you encounter any problems opening the door? Describe why. high threshold guy held door op
for Me because it was heavy

20. Did you have any problems inside the Facility? Describe. Yes ~~car was in the way~~

EX. 117-205

**MLF0035262**

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE
ADAI No.
(Facility)

_hard to get to bathroom paper towels to high Mirror to high_

1. What did you purchase (or what meal did you have there). Describe: ~~_____~~ gas

22. Have you used the restroom at the Facility? Yes

23. Why did you need to use the restroom? had to go

24. Did you use the sink? Yes

25. Any problems? not wrapped

26. Did you use the urinal? NO

27. Did you use the toilet? Yes

28. Did you use the toilet paper? NO

29. Did you use paper towels? Yes they were high

30. Did you use the soap dispenser? Yes

31. Did you have any problem maneuvering inside the restroom? NO

32. Where did you sit? N/A

33. Was there any seating provided inside the Facility? N/A

34. Was it wheelchair accessible? N/A

35. Where you comfortable at the table? N/A

36. Did you use the counter to pay for purchase? Yes

37. Which counter did you use? only one

38. Was the counter accessible? NO couldn't reach guy slid My card and grandson had to sign for Me

39. Which way did you go after you left the Facility? out the door towards car

40. Any problems getting back to your vehicle? Yes ramp was steep and cracked also no access isle or route of travel

41. Any problems transferring from your wheelchair to your vehicle? Yes couldn't get chair to My car door because pump was in the way And cement wall rt turn

42. If you have any additional information you believe would assist us in evaluating this inquiry. to my door which got in way of getting my chair up to my door

MLF0035263

```
            BELMONTE
         U-SAVE LIQUOR
         (559)233-1630

DATE 01/30/2014 THU   TIME 22:32

TAXABLE T1                $2.49
TAXABLE T1                $2.49
GROCERY F                 $0.99
GROCERY F                 $0.10
TAXABLE T1                $3.89
TAXABLE T1                $0.49
TAX1                      $0.77
TOTAL                    $11.22
CASH                     $22.00
CHANGE                   $10.78
CLERK 1      No.651383    00000
```

MLF0035310

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

ADAI No.

(Facility)

1. What is the name of the Facility? Belmont.

2. When did you visit the Facility? 1-30-14 (Date) 8:00 8:30 (Time)

3. What is the address of the Facility? North East corner of Sixth and Belmont

4. Was this your first visit to the Facility? No

5. How many times have you visited the Facility? 7 If more than one visit, please list the date and time if you know it. 7

6. What was the purpose of your visit? Smokes Dog food

7. Who accompanied you to the Facility? Grandson Roany

8. What car did you drive to the Facility? Escort Minie

9. Did you drive yourself of did you get a ride from someone else? I DROVE

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. In op parking spot

11. Was it difficult for you to park there? No

12. Why?

13. How did you unload from your vehicle? Rear

14. What side of the vehicle did you unload from? Driver or passenger? Drive

15. Did you anyone help you to transfer onto your wheelchair? Grandson

16. What problems did you encounter transferring onto your wheelchair?

None

17. Which way did you go from the parking to the entrance of the Facility? To Access Issle

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.
Treshold

19. Did you encounter any problems opening the door? Describe why. Door open

20. Did you have any problems inside the Facility? Describe. yes could not

3639 E. Belmont
Fresno CA
93702

EX. 117-208

MLF0035307

not got to the Dog food so my graud's had to go get it Because I could not get By the Racks in the way

21. What did you purchase (or what meal did you have there). Describe: smokers Dog foo

22. Have you used the restroom at the Facility? No

23. Why did you need to use the restroom? No

24. Did you use the sink? No

25. Any problems? No

26. Did you use the urinal? No

27. Did you use the toilet? No

28. Did you use the toilet paper? No

29. Did you use paper towels? No

30. Did you use the soap dispenser? No

31. Did you have any problem maneuvering inside the restroom? No

32. Where did you sit? No

33. Was there any seating provided inside the Facility? N/A

34. Was it wheelchair accessible? No

35. Where you comfortable at the table? No

36. Did you use the counter to pay for purchase? Yes

37. Which counter did you use? only one

38. Was the counter accessible? No to High

39. Which way did you go after you left the Facility? out door to Right

40. Any problems getting back to your vehicle? Not to much uneven

41. Any problems transferring from your wheelchair to your vehicle? Grandson Droped in Car,

42. If you have any additional information you believe would assist us in evaluating this inquiry. my Door And put chair in

MLF0035308

BJ'S KOUNTRY KITCHEN
200 W.SHAW AVE
CLOVIS, CA 93612

| 11/01/2013 | 09:44:29 |
| Merchant ID: | 000000002230776 |
| Terminal ID: | 03316790 |
| 334242604885 | |

CREDIT CARD

VISA SALE

| CARD # | XXXXXXXXXXXX4008 |
| INVOICE | 0007 |
| Batch #: | 000818 |
| SERVER | 0001 |
| Approval Code: | 02907B |
| Entry Method: | Swiped |
| Mode: | Online |

PRE-TIP AMT          $32.25

TIP                  _____

TOTAL AMOUNT         _____

EX. 117-210

CUSTOMER COPY

**MLF0035406**

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

ADAI No.

(Facility)

1. What is the name of the Facility? _BJ's Kountry Kitchen_

2. When did you visit the Facility? _11/1/13_ (Date) _945 Am_ (Time)

3. What is the address of the Facility? _200 w shaw Ave clovis_

4. Was this your first visit to the Facility? _No_

5. How many times have you visited the Facility? _Few_ If more than one visit, please list the date and time if you know it. _?_

6. What was the purpose of your visit? _to eat_

7. Who accompanied you to the Facility? _Thron_

8. What car did you drive to the Facility? _mini_

9. Did you drive yourself of did you get a ride from someone else? _I Drove_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. _in D/p in Front_

11. Was it difficult for you to park there? _yes_

12. Why? _had to unload in street with cars coming By_

13. How did you unload from your vehicle? _Rear_

14. What side of the vehicle did you unload from? Driver or passenger? _Driver_

15. Did anyone help you to transfer onto your wheelchair? _Thron_

16. What problems did you encounter transferring onto your wheelchair?
_Road was all cracked up_

17. Which way did you go from the parking to the entrance of the Facility? _To Acue Issue_

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.
_yes Road All cracked up And Broken cracks in Acus Issue_

19. Did you encounter any problems opening the door? Describe why. _Trash could Door heavy_

20. Did you have any problems inside the Facility? Describe. _Issle to small had to move chairs toget By_

EX. 117-211

MLF0035407

Bathroom Stall Door opens in could not get chair
IN So had to Leave chair in door while I went to Restroom
people came in and out very uncofable

21. What did you purchase (or what meal did you have there). Describe: _2 Breakfasts_

22. Have you used the restroom at the Facility? _yes_

23. Why did you need to use the restroom? _hnd to go_

24. Did you use the sink? _yes_

25. Any problems? _____

26. Did you use the urinal? _____

27. Did you use the toilet? _yes_

28. Did you use the toilet paper? _yes_

29. Did you use paper towels? _yes_

30. Did you use the soap dispenser? _yes_

31. Did you have any problem maneuvering inside the restroom? _yes_

32. Where did you sit? _@ table_

33. Was there any seating provided inside the Facility? _no_

34. Was it wheelchair accessible? _No_

35. Where you comfortable at the table? _NO could not sit All the way up to table_

36. Did you use the counter to pay for purchase? _yes_

37. Which counter did you use? _billy one_

38. Was the counter accessible? _No to High_

39. Which way did you go after you left the Facility? _to the Right to Access Issle_

40. Any problems getting back to your vehicle? _Just cracks and uneven ground_

41. Any problems transferring from your wheelchair to your vehicle? _No Jhon Helped_

42. If you have any additional information you believe would assist us in evaluating this inquiry.

MLF0035408

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

1. What is the name of the Facility? Phat Manz Alley

2. What is the address of the Facility? 200 west shaw Ave #107 Fresno,

3. When did you visit the Facility? 4/29/14 (Date) 7:00pm (Time)

4. Was this your first visit to the Facility? ~~No~~ Yes

5. If you have been to the Facility before, please list the date and times of each visit if you can remember, or give an estimate of how often you go. 4/30/14

6. What was the purpose of your visit? Vape pen

7. Who accompanied you to the Facility? Grandson Ronny

8. What car did you drive to the Facility? Mine

9. Did you drive yourself or did you get a ride from someone else? I drove

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. In front of BJ's Kountry Kitchen

11. Was it difficult for you to park there? If so, why? Yes, because I had to park 3 or 4 stores down

12. How did you unload from your vehicle? Grandson Ronny unloaded chair for me

13. What side of the vehicle did you unload from? Driver or passenger? Driver

14. Did anyone help you to transfer onto your wheelchair? Who? Grandson Ronny

15. Did you encounter any problems transferring onto your wheelchair? Describe. No, because grandson Ronny helped me.

16. Which way did you go from the parking to the entrance of the Facility? To access isle

17. Did you encounter any problems on your way to the entrance, for example a ramp? Describe. Yes, ramp goes into street and street and pavement and ramp were cracked.

18. Did you encounter any problems opening the door? Describe. Yes, threshold, carpet made it hard to roll.

19. What did you purchase (or what meal did you have there)? Vape pen and hookah juice

20. Did you need to use the restroom while you were at the Facility? Why? ~~Yes~~ no restroom

21. Describe any problems you encountered with the following (or write "Did not need to use" or "No problems"):

EX. 117-213

MLF0035537

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

Sink: N|A

Toilet: N|A

Urinal: N|A

Toilet paper: N|A

Toilet seat covers: N|A

Paper towels/hand dryer: N|A

Soap dispenser: N|A

Other: N|A

22. Did you have any problem maneuvering inside the restroom? N|A

23. Was there any seating provided inside the Facility? No

24. Were you able to sit comfortably at the table? If not, why? N/A

25. Did you use the counter to pay for purchase? Which one? Yes, only one

26. Did you pay with cash or credit card? Credit card

27. Was the counter accessible? If not, describe: No, counters too high grandson Ronny gave card and signed because out of reach

28. Did you have any other problems inside the Facility? Describe. Carpet made it had to roll around on carpet.

29. Which way did you go after you left the Facility? Out door to right to ramp to car.

30. Any problems getting back to your vehicle? Ramp cracked and steep

31. Any problems transferring from your wheelchair to your vehicle? No, because grandson did it for me

32. Any additional information you believe would assist us in evaluating this inquiry?

Yes Bikes on sidewalk and cars pulled up which made it hard to get by also there is newspaper stand on sidewalk which I went back to get it fixed I had to have my wife go in for me because it was difficult for me to get in and out.

EX. 117-214

MLF0035538

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

ADAI No.

(Facility)

1. What is the name of the Facility? _Platinum Beauty salon_

2. When did you visit the Facility? _11/1/13_ (Date) _1 pm_ (Time)

3. What is the address of the Facility? _200 W Shaw Ave Clovis_

4. Was this your first visit to the Facility? _yes_

5. How many times have you visited the Facility? _____ If more than one visit, please list the date and time if you

   know it. _____

6. What was the purpose of your visit? _hair cut_

7. Who accompanied you to the Facility? _John_

8. What car did you drive to the Facility? _mine_

9. Did you drive yourself of did you get a ride from someone else? _I Drove_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your

    vehicle. _IN A/P parking space_

11. Was it difficult for you to park there? _yes Acce Issle Blocked By_

12. Why? _other cars AND Access Isle Does not_
    _Line up with sidewalk_

13. How did you unload from your vehicle? _Rear_

14. What side of the vehicle did you unload from? Driver or passenger? _Driver_

15. Did anyone help you to transfer onto your wheelchair? _John_

16. What problems did you encounter transferring onto your wheelchair?

    _had to unload in Back of someone's Truck_
    _parked in other spot_

17. Which way did you go from the parking to the entrance of the Facility? _To Access Isslto_
    _ramp_

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.

    _Ramp goes into street_

19. Did you encounter any problems opening the door? Describe why. _Front Door and Trashold_

20. Did you have any problems inside the Facility? Describe. _yes_

EX. 117-215

MLF0035539

_____

_____

21. What did you purchase (or what meal did you have there). Describe: _Hair cut_

_____

22. Have you used the restroom at the Facility? _could not get into Restroom_

23. Why did you need to use the restroom? _had to go_

24. Did you use the sink? _____

25. Any problems? _There was a chair in way said they would_
_move it But Door opened outward And I told them_

26. Did you use the urinal? _I could not get in even if they moved_
_chair_

27. Did you use the toilet? _____

28. Did you use the toilet paper? _Thow used Restroom suad sink_
_not wrapped_

29. Did you use paper towels? _and only 1 hand Rail._

30. Did you use the soap dispenser? _____

31. Did you have any problem maneuvering inside the restroom? _____

32. Where did you sit? _In middle of Room_

33. Was there any seating provided inside the Facility? _NO_

34. Was it wheelchair accessible? _NO I had to sit in the middle of_
_All the chairs_

35. Where you comfortable at the table? _N/A_

36. Did you use the counter to pay for purchase? _Yes_

37. Which counter did you use? _only one_

38. Was the counter accessible? _NO to high had to Bring Recyplate_
_me So I could sign it on my lap._

39. Which way did you go after you left the Facility? _left to Rmp to Access Issle_

40. Any problems getting back to your vehicle? _Acces Issle did not Line of with walkway_
_I Also most tiped over But Thow Grabbed me Befor I fell_

41. Any problems transferring from your wheelchair to your vehicle? _No_

42. If you have any additional information you believe would assist us in evaluating this inquiry.

MLF0035540