# Exhibit 118

```
        PLATINUM BEAUTY SALON
     200 W SHAW AVE STE 112 BLDG B
          CLOVIS, CA 93612
            559-297-9406

Merchant ID: 990114910
Term ID: 1960

              Sale

VISA
XXXXXXXXXXXX4008
Entry Method: Swiped
Apprvd: Online    Batch#: 000000
11/01/13                12:58:28

Inv#: 00000002 Appr Code: 03319B

Amount:         $      18.00
Tip:
                  ------------------
Total:
                  ================
```

Customer Copy

THANK YOU

MLF0035541

PHATMANZ ALLEY INC
200 W SHAW AVE #107
CLOVIS, CA 93612

04/30/2014                    19:41:44
MID: 000000003667158    TID: 05583980

CREDIT CARD

MC SALE

| | |
|---|---|
| CARD # | XXXXXXXXXXXX7245 |
| Chip Card: | MasterCard |
| Chip Card AID: | A0000000041010 |
| ATC: | 0003 |
| TC: | 89879BAADD3F8BB2 |
| INVOICE | 0006 |
| SEQ #: | 0006 |
| Batch #: | 000058 |
| Approval Code: | 18323Z |
| Entry Method: | Chip Read |
| Mode: | Issuer |

SALE AMOUNT              $6.49

CUSTOMER COPY

---

PHATMANZ ALLEY INC
200 W SHAW AVE #107
CLOVIS, CA 93612

2014                          19:12:08
00003667158    TID: 05583980

CREDIT CARD

MC SALE

| | |
|---|---|
| CARD # | XXXXXXXXXXXX7245 |
| Chip Card: | MasterCard |
| Chip Card AID: | 0000041010 |
| ATC: | 0002 |
| TC: | 36934H5H%%%% |
| INVOICE | 0012 |
| SEQ #: | 0011 |
| Batch #: | 000057 |
| Approval Code: | 46379Z |
| Entry Method: | Chip Read |
| Mode: | Issuer |

SALE AMOUNT              $122.08

CUSTOMER COPY

MLF0035557

MLF0035753

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE
ADAI No.
(Facility)

*[handwritten note on sticky: King's Food Grocery Store 839 E. California]*

1. What is the name of the Facility? _King Liquor Store_

2. When did you visit the Facility? _9/27/(_(Date) _2PM_ (Time)

3. What is the address of the Facility? _839 Calif St Fresno CA_

4. Was this your first visit to the Facility? _yes_

5. How many times have you visited the Facility? ____ If more than one visit, please list the date and time if you

   know it. _____

6. What was the purpose of your visit? _Smokies And Drinks_

7. Who accompanied you to the Facility? _Jhon_

8. What car did you drive to the Facility? _Mine_

9. Did you drive yourself of did you get a ride from someone else? _I Drove_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your

    vehicle. _Next to Ramp in Street_

11. Was it difficult for you to park there? _yes_

12. Why? _No Signs No D/p parking_

13. How did you unload from your vehicle? _Rear_

14. What side of the vehicle did you unload from? Driver or passenger? _Driver_

15. Did anyone help you to transfer onto your wheelchair? _Jhon_

16. What problems did you encounter transferring onto your wheelchair?

    _yes Road All cracked up and Holes And on Slant_

17. Which way did you go from the parking to the entrance of the Facility? _to Ramp_

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.

    _Ramp Steep And uneven_

19. Did you encounter any problems opening the door? Describe why. _yes Ramp in Front of_
    _Door cracked And uneven_
20. Did you have any problems inside the Facility? Describe. _yes_

MLF0035750

_could not get Down Issles to small had to go up And turn Around at End to even get to counter_

1. What did you purchase (or what meal did you have there). Describe: _Smokes could not get to Drinks_

22. Have you used the restroom at the Facility? _NO_

23. Why did you need to use the restroom? _____

24. Did you use the sink? _____

25. Any problems? _____

26. Did you use the urinal? _____

27. Did you use the toilet? _____

28. Did you use the toilet paper? _____

29. Did you use paper towels? _____

30. Did you use the soap dispenser? _____

31. Did you have any problem maneuvering inside the restroom? _____

32. Where did you sit? _____

33. Was there any seating provided inside the Facility? _____

34. Was it wheelchair accessible? _NO_

35. Where you comfortable at the table? _N/A_

36. Did you use the counter to pay for purchase? _Yes_

37. Which counter did you use? _Only one_

38. Was the counter accessible? _No Very High Show Had to even get my Change and Smokes Because to High_

39. Which way did you go after you left the Facility? _out Door to Left to Ramp_

40. Any problems getting back to your vehicle? _Ramps payment and Slopin Row_

41. Any problems transferring from your wheelchair to your vehicle? _Yes Then had to Hold Claw So I did not Roll Away._

42. If you have any additional information you believe would assist us in evaluating this inquiry.

MLF0035751

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

ADAI No.

(Facility)

1. What is the name of the Facility? _Sports Fan_

2. When did you visit the Facility? _9/23/1?_ (Date) _3 50 pm_ (Time)

3. What is the address of the Facility? _1901 E Shields Manchester Mall Fresno_

4. Was this your first visit to the Facility? _No_

5. How many times have you visited the Facility? _?_ If more than one visit, please list the date and time if you know it. _?_

6. What was the purpose of your visit? _get Sweaters_

7. Who accompanied you to the Facility? _Shaw_

8. What car did you drive to the Facility? ~~____~~ _Min_

9. Did you drive yourself of did you get a ride from someone else? _I Drove_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. _In D/P spot_

11. Was it difficult for you to park there? _Yes sign not Right And_

12. Why? _Also Dicall on ground And Access Issk not marked clearly_

13. How did you unload from your vehicle? _Rear_

14. What side of the vehicle did you unload from? Driver or passenger? _Driver_

15. Did anyone help you to transfer onto your wheelchair? _Shaw_

16. What problems did you encounter transferring onto your wheelchair?

_Pavment cranked_

17. Which way did you go from the parking to the entrance of the Facility? _to Access Issk to Ramp_

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.

_Access t Ramp Cracked Up And Ramp very steep_

19. Did you encounter any problems opening the door? Describe why. _Going into Mall Door Heavy And Trashold Shaw had to hold Door open fore me_

20. Did you have any problems inside the Facility? Describe. _yes_

EX. 118-7

MLF0036673

_Issle in stoor I got not get Thur had to push thing out of way to get Thur_

21. What did you purchase (or what meal did you have there). Describe: _Hats_

22. Have you used the restroom at the Facility? _No_

23. Why did you need to use the restroom? _____

24. Did you use the sink? _____

25. Any problems? _____

26. Did you use the urinal? _____

27. Did you use the toilet? _____

28. Did you use the toilet paper? _____

29. Did you use paper towels? _____

30. Did you use the soap dispenser? _____

31. Did you have any problem maneuvering inside the restroom? _____

32. Where did you sit? _____

33. Was there any seating provided inside the Facility? _No_

34. Was it wheelchair accessible? _NO_

35. Where you comfortable at the table? _N/A_

36. Did you use the counter to pay for purchase? _Yes I could not get to counter Thow had to give my card And sign for me could not Reach._

37. Which counter did you use? _____

38. Was the counter accessible? _No See Above_

39. Which way did you go after you left the Facility? _out to candy store_

40. Any problems getting back to your vehicle? _Yes_

41. Any problems transferring from your wheelchair to your vehicle? _Yes_

42. If you have any additional information you believe would assist us in evaluating this inquiry.

MLF0036674

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE
ADAI No.
(Facility)

1. What is the name of the Facility? _Candy and More_

2. When did you visit the Facility? _9/23/13_ (Date) _3 36 pm_ (Time)  _Mancher mall_

3. What is the address of the Facility? _3302 N Blackstone Ave_

4. Was this your first visit to the Facility? _Yes_

5. How many times have you visited the Facility? _____ If more than one visit, please list the date and time if you know it. _____

6. What was the purpose of your visit? _Candy_

7. Who accompanied you to the Facility? _Jhow_

8. What car did you drive to the Facility? _mine_

9. Did you drive yourself of did you get a ride from someone else? _I Drove_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. _In A parking spot_

11. Was it difficult for you to park there? _Yes sign not Right Access Issle_

12. Why? _And Aicall not visable_

13. How did you unload from your vehicle? _Rear_

14. What side of the vehicle did you unload from? Driver or passenger? _Driver_

15. Did anyone help you to transfer onto your wheelchair? _Jhow_

16. What problems did you encounter transferring onto your wheelchair?

_yes pay ment cranked up_

17. Which way did you go from the parking to the entrance of the Facility? _to Access + Ramp_

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.

_Access + Ramp All cracked up. Ramp Very steep_

19. Did you encounter any problems opening the door? Describe why. _opens into mall Doors Heavy and Trushold closed On me Jhow had to Hold Door open_

20. Did you have any problems inside the Facility? Describe. _yes_

EX. 118-9

MLF0036675

It WAS Impossuble to get Down Isslu
except one ~~Thow~~ ~~Thow~~ Then got stuck and had to
Back All the way out of the Store the way I came In.

21. What did you purchase (or what meal did you have there). Describe: _____

Candy And Thow Had to get it foo me cause Why to
High.

22. Have you used the restroom at the Facility? _____NO_____

23. Why did you need to use the restroom? _____

24. Did you use the sink? _____

25. Any problems? _____

26. Did you use the urinal? _____

27. Did you use the toilet? _____

28. Did you use the toilet paper? _____

29. Did you use paper towels? _____

30. Did you use the soap dispenser? _____

31. Did you have any problem maneuvering inside the restroom? _____

32. Where did you sit? _____

33. Was there any seating provided inside the Facility? _____No_____

34. Was it wheelchair accessible? _____No_____

35. Where you comfortable at the table? _____N/A_____

36. Did you use the counter to pay for purchase? Could not get up to counter
Thow had to Sign Recipt and pay for the with my credit card

37. Which counter did you use? only one

38. Was the counter accessible? No See Above.

39. Which way did you go after you left the Facility? over for the Luggage Store

40. Any problems getting back to your vehicle? Yes

41. Any problems transferring from your wheelchair to your vehicle? Yes

42. If you have any additional information you believe would assist us in evaluating this inquiry.

MLF0036676

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE
ADAI No.
(Facility)

1. What is the name of the Facility? China King Buffet

2. When did you visit the Facility? 2/9/14 (Date) 7:50 (Time)

3. What is the address of the Facility? 1901 E. Shields Ave, Fresno CA.

4. Was this your first visit to the Facility? ~~Yes~~ No

5. How many times have you visited the Facility? ? If more than one visit, please list the date and time if you know it. ?

6. What was the purpose of your visit? Eat dinner

7. Who accompanied you to the Facility? Grandson Ronny

8. What car did you drive to the Facility? Mine

9. Did you drive yourself of did you get a ride from someone else? I Drove

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. On side of building in DP parking

11. Was it difficult for you to park there? ~~Yes~~ Not really

12. Why? 

13. How did you unload from your vehicle? Rear

14. What side of the vehicle did you unload from? Driver or passenger? Driver

15. Did anyone help you to transfer onto your wheelchair? Grandson Ronny

16. What problems did you encounter transferring onto your wheelchair?

Not much

17. Which way did you go from the parking to the entrance of the Facility? Up ramp left into door

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe. Pavement at top of ramp was raised

19. Did you encounter any problems opening the door? Describe why. Door heavy high threshold

20. Did you have any problems inside the Facility? Describe. Yes drinks to high

MLF0036677

food to high to see what I was getting. Couldn't reach several food items. No way to reach soups or ice cream.

21. What did you purchase (or what meal did you have there). Describe: 2 dinners

22. Have you used the restroom at the Facility? Yes

23. Why did you need to use the restroom? had to go

24. Did you use the sink? No couldn't reach it

25. Any problems? Cabinet around sink. Door closed on me coming a

26. Did you use the urinal? No

27. Did you use the toilet? Yes

28. Did you use the toilet paper? ~~scribble~~ Yes

29. Did you use paper towels? Couldn't reach

30. Did you use the soap dispenser? Couldn't reach

31. Did you have any problem maneuvering inside the restroom? Yes couldn't get chair in DP Still

32. Where did you sit? at a table

33. Was there any seating provided inside the Facility? Yes

34. Was it wheelchair accessible? NO

35. Where you comfortable at the table? Not really

36. Did you use the counter to pay for purchase? Yes

37. Which counter did you use? Only one

38. Was the counter accessible? No it was high. Hard to sign receipt

39. Which way did you go after you left the Facility? right out door to car

40. Any problems getting back to your vehicle? Not Much

41. Any problems transferring from your wheelchair to your vehicle? Not Much grandson helped me to My door

42. If you have any additional information you believe would assist us in evaluating this inquiry.

MLF0036678

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

ADAI No.

(Facility)

1. What is the name of the Facility? *Global Luggage*

2. When did you visit the Facility? *9/23/13* (Date) *4 pm* (Time)   *Manchester mall*

3. What is the address of the Facility? *3302 N Blackstone Ave Fresno*

4. Was this your first visit to the Facility? *yes*

5. How many times have you visited the Facility? _____ If more than one visit, please list the date and time if you know it. _____

6. What was the purpose of your visit? *to Buy Luggage for Lynn for Vac*

7. Who accompanied you to the Facility? *Thow*

8. What car did you drive to the Facility? *minivan*

9. Did you drive yourself of did you get a ride from someone else? *I Drove*

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. *In O/P parking spot*

11. Was it difficult for you to park there? *yes Sign not right Access Issle*

12. Why? *And Decall on ground Hard to see*

13. How did you unload from your vehicle? *Rear*

14. What side of the vehicle did you unload from? Driver or passenger? *Driver*

15. Did anyone help you to transfer onto your wheelchair? *Thow*

16. What problems did you encounter transferring onto your wheelchair?

*Yes payment cracked up.*

17. Which way did you go from the parking to the entrance of the Facility? *to Access + Ramp*

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.

*Access + Ramp All cracked up Ramp very steep*

19. Did you encounter any problems opening the door? Describe why. *Going into mall, yes Thow had to hold Door open for me Heavey And Fast Shut.*

20. Did you have any problems inside the Facility? Describe. *yes*

MLF0036679

I could not get to where the Luggage
was I ask Show to get it for me guy want Stove Said
no he would Do it It Imbearst me so I sared forget

21. What did you purchase (or what meal did you have there). Describe: I would have my wifre come Back and look at it
I Bought a shit there I like About No

22. Have you used the restroom at the Facility? Limit pocker
No

23. Why did you need to use the restroom? _____

24. Did you use the sink? _____

25. Any problems? _____

26. Did you use the urinal? _____

27. Did you use the toilet? _____

28. Did you use the toilet paper? _____

29. Did you use paper towels? _____

30. Did you use the soap dispenser? _____

31. Did you have any problem maneuvering inside the restroom? _____

32. Where did you sit? _____

33. Was there any seating provided inside the Facility? No

34. Was it wheelchair accessible? No could not get ther Issles
are to look at Luggage and other thing

35. Where you comfortable at the table? N/A

36. Did you use the counter to pay for purchase? yes

37. Which counter did you use? only one

38. Was the counter accessible? ?

39. Which way did you go after you left the Facility? to A Sports Shop for my
Graulson Ronny for Gift.

40. Any problems getting back to your vehicle? yes

41. Any problems transferring from your wheelchair to your vehicle? yes

42. If you have any additional information you believe would assist us in evaluating this inquiry.

MLF0036680

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

ADAI No.

(Facility)

1. What is the name of the Facility? _Global Luggage_

2. When did you visit the Facility? _9/23/13_ (Date) _4 pm_ (Time)   _Manchester mall_

3. What is the address of the Facility? _3302 N Blackstone Ave Fresno_

4. Was this your first visit to the Facility? _Yes_

5. How many times have you visited the Facility? _____ If more than one visit, please list the date and time if you know it. _____

6. What was the purpose of your visit? _to Buy Luggage for Lynn for vac_

7. Who accompanied you to the Facility? _Thow_

8. What car did you drive to the Facility? _minivan_

9. Did you drive yourself of did you get a ride from someone else? _Inrova_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. _In O/p parking spot_

11. Was it difficult for you to park there? _Yes sign not right Access Issle_

12. Why? _And Decall on ground Hard to see_

13. How did you unload from your vehicle? _Rear_

14. What side of the vehicle did you unload from? Driver or passenger? _Driver_

15. Did anyone help you to transfer onto your wheelchair? _Thow_

16. What problems did you encounter transferring onto your wheelchair?

_Yes pavment cracked up._

17. Which way did you go from the parking to the entrance of the Facility? _to Access + Ramp_

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.

_Access + Ramp All cracked Up Ramp very steep_

19. Did you encounter any problems opening the door? Describe why. _Going into mall yes Thow had to hold Door open for me Heavey And Hard Work._

20. Did you have any problems inside the Facility? Describe. _Yes_

MLF0036681

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE
ADAI No.
(Facility)

I could not get to where the Luggage was I ask Show to get it for me guy hmd Stive Said no he would Do it It Imbearst me so I shrd forget

21. What did you purchase (or what meal did you have there). Describe: (I would have my wifre come Back und look at it I bought a shit there I liked About No Limit pocker

22. Have you used the restroom at the Facility? No

23. Why did you need to use the restroom? _____

24. Did you use the sink? _____

25. Any problems? _____

26. Did you use the urinal? _____

27. Did you use the toilet? _____

28. Did you use the toilet paper? _____

29. Did you use paper towels? _____

30. Did you use the soap dispenser? _____

31. Did you have any problem maneuvering inside the restroom? _____

32. Where did you sit? _____

33. Was there any seating provided inside the Facility? No

34. Was it wheelchair accessible? No could not get ther Issles are to look at Luggage and other thing'

35. Where you comfortable at the table? N/A

36. Did you use the counter to pay for purchase? yes

37. Which counter did you use? only one

38. Was the counter accessible? ?

39. Which way did you go after you left the Facility? to A Sports Shop for my Grandson Ronny for Gift. yes

40. Any problems getting back to your vehicle? _____

41. Any problems transferring from your wheelchair to your vehicle? yes

42. If you have any additional information you believe would assist us in evaluating this inquiry.

EX. 118-16

MLF0036682

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

ADAI No.

(Facility)

1. What is the name of the Facility? _K Sports wear_

2. When did you visit the Facility? _9/23/13_ (Date) _5 pm_ (Time)

3. What is the address of the Facility? _3602 N Blackstone Ave Fresno_

4. Was this your first visit to the Facility? _Yes_

5. How many times have you visited the Facility? _?_ If more than one visit, please list the date and time if you know it. _?_

6. What was the purpose of your visit? ~~Not sure~~ _to get cell phone_

7. Who accompanied you to the Facility? _Thow_

8. What car did you drive to the Facility? _mine_

9. Did you drive yourself of did you get a ride from someone else? _I drove_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. _In D/P_

11. Was it difficult for you to park there? _Yes Sign not Right_

12. Why? _Ramp into street And Access Issle Dicullson ground not marks so you could see Amp Access Issle_

13. How did you unload from your vehicle? _Rear_

14. What side of the vehicle did you unload from? Driver or passenger? _Driver_

15. Did anyone help you to transfer onto your wheelchair? _Thow_

16. What problems did you encounter transferring onto your wheelchair?

_Paymant All Cracked up_

17. Which way did you go from the parking to the entrance of the Facility? _to Access Issle to ramp_

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.

_Access And Ramp cracked up And Ramp Very steep_

19. Did you encounter any problems opening the door? Describe why. _yes going into mall Heavy And Treshold Doors closed on me Thow had to Hold Door_

20. Did you have any problems inside the Facility? Describe. _yes Ramp in store too_

EX. 118-17

MLF0036683

_Very Very Steep In Store I had to push my way Thur every Issle And Knock over Things to get Bvy_

21. What did you purchase (or what meal did you have there). Describe: _pants_

22. Have you used the restroom at the Facility? _NO_

23. Why did you need to use the restroom? _____

24. Did you use the sink? _____

25. Any problems? _____

26. Did you use the urinal? _____

27. Did you use the toilet? _____

28. Did you use the toilet paper? _____

29. Did you use paper towels? _____

30. Did you use the soap dispenser? _____

31. Did you have any problem maneuvering inside the restroom? _____

32. Where did you sit? _____

33. Was there any seating provided inside the Facility? _No_

34. Was it wheelchair accessible? _No_

35. Where you comfortable at the table? _N/A_

36. Did you use the counter to pay for purchase? _Yes_

37. Which counter did you use? _O only one_

38. Was the counter accessible? _No had to sign Recipte on my leg would not Let Them sign for me_

39. Which way did you go after you left the Facility? _out to parking Area_

40. Any problems getting back to your vehicle? _Yes Almost Fell over At Ramp Because Did not Line up with Access Issle Thow grabbed me OR I would have_

41. Any problems transferring from your wheelchair to your vehicle? _payment cracked_ _Follow Over_

42. If you have any additional information you believe would assist us in evaluating this inquiry.

MLF0036684

# PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

1. What is the name of the Facility? _Manchester Steak House_

2. What is the address of the Facility? _1901 E Shields Ave ste 114_

3. When did you visit the Facility? _5/24/14_ (Date) _2-7:30 pm_ (Time)

4. Was this your first visit to the Facility? _No_

5. If you have been to the Facility before, please list the date and times of each visit if you can remember, or give an estimate of how often you go. _?_

6. What was the purpose of your visit? _To eat Dinner me And my Grandsons Jason Ronny_

7. Who accompanied you to the Facility? _Ronny Jason_

8. What car did you drive to the Facility? _Mine_

9. Did you drive yourself or did you get a ride from someone else? _I Drove_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. _In 0/ps ect Right in Front of the door_

11. Was it difficult for you to park there? If so, why? _No_

12. How did you unload from your vehicle? _Rear_

13. What side of the vehicle did you unload from? Driver or passenger? _Drive_

14. Did anyone help you to transfer onto your wheelchair? Who? _Yes, Jason_

15. Did you encounter any problems transferring onto your wheelchair? Describe. _No, because Jason helped me with my chair._

16. Which way did you go from the parking to the entrance of the Facility? _To access isle_

17. Did you encounter any problems on your way to the entrance, for example a ramp? Describe. _Yes, ramp went out too street and ramp doesn't line up with access isle._

18. Did you encounter any problems opening the door? Describe. _Yes, threshold and door was heavy._

19. What did you purchase (or what meal did you have there? _3 Dinners._

20. Did you need to use the restroom while you were at the Facility? Why? _Yes, because I had to go._

21. Describe any problems you encountered with the following (or write "Did not need to use" or "No problems"):

MLF0036685

Sink: Yes, sink too high and not wrapped

Toilet: Yes

Urinal: No

Toilet paper: Yes

Toilet seat covers: No

Paper towels/hand dryer: Yes

Soap dispenser: Yes

Other: Yes, door was heavy closed on me going in and out and stall door did not shut all the way.

22. Did you have any problem maneuvering inside the restroom? Yes, door was heavy and shut on me going in and out.

23. Was there any seating provided inside the Facility? Yes

24. Were you able to sit comfortably at the table? If not, why? No, because the worker had to move 2 chairs at our table and I almost knocked over the table behind me and he grabbed it and water glass and table leg couldn't set up to the table.

25. Did you use the counter to pay for purchase? Which one? No, paid at the table

26. Did you pay with cash or credit card? Credit Card

27. Was the counter accessible? If not, describe: Didn't use the counter.

28. Did you have any other problems inside the Facility? Describe. Yes, couldn't sit up to the table.

29. Which way did you go after you left the Facility? Out door to accessible to car.

30. Any problems getting back to your vehicle? Yes, ramp was steep.

31. Any problems transferring from your wheelchair to your vehicle? No, because Jason helped me with chair.

32. Any additional information you believe would assist us in evaluating this inquiry?
The bathroom door closed on me going in and out. On the way out he opened the door and locked it open. And the table behind me was way too close almost knocked it over.

MLF0036686

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

ADAI No.

(Facility)

1. What is the name of the Facility? _Blue Jay Ice cream_

2. When did you visit the Facility? _9/23/13_ (Date) _445 pm_ (Time) _man dor small_

3. What is the address of the Facility? _3502 n Blackstone Ave_

4. Was this your first visit to the Facility? _NO_

5. How many times have you visited the Facility? _?_ If more than one visit, please list the date and time if you know it. _?_

6. What was the purpose of your visit? _To get some Ice cream_

7. Who accompanied you to the Facility? _Jhon_

8. What car did you drive to the Facility? _MINC_

9. Did you drive yourself of did you get a ride from someone else? _I Drove_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. _In D/p spot_

11. Was it difficult for you to park there? _Yes Sign not Right Access + Ramp_

12. Why? _and Dica Vl $ on ground not vissible_

13. How did you unload from your vehicle? _Rear_

14. What side of the vehicle did you unload from? Driver or passenger? _Driver_

15. Did anyone help you to transfer onto your wheelchair? _Yes Jhon_

16. What problems did you encounter transferring onto your wheelchair?

_Yes Paymnt crackal up unceen_

17. Which way did you go from the parking to the entrance of the Facility? _to Access + Ramp_

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.

_Access And Ramp All cracked up Ramp Very Steep Also All most Fell over leaving Because Ramp did not Line up_

19. Did you encounter any problems opening the door? Describe why. _yes with Access Issle Jhon grabbd me or I would have went over_

20. Did you have any problems inside the Facility? Describe. _yes_

MLF0036687

Could not see Flavers of IceCream could not Reach cowe Then Had to hawl it to me Then while Lenving there was a Counter with metal Egge And cut my foot pretty good.

**21. What did you purchase (or what meal did you have there). Describe:** ICE CReam

Also when leaving there was a steep sloop going out.

**22. Have you used the restroom at the Facility?** Used mall Rest Room

**23. Why did you need to use the restroom?** Had to go Fast Need to go

**24. Did you use the sink?** Yes sink not wrapped.

**25. Any problems?** High Stall Door did not close By it self

**26. Did you use the urinal?** No

**27. Did you use the toilet?** yes

**28. Did you use the toilet paper?** c/yes

**29. Did you use paper towels?** No Towel Blower to High

**30. Did you use the soap dispenser?** On Wall

**31. Did you have any problem maneuvering inside the restroom?** Yes Door Slamed closed one are very Heavy//

**32. Where did you sit?** N/A

**33. Was there any seating provided inside the Facility?** No ?

**34. Was it wheelchair accessible?** No

**35. Where you comfortable at the table?** N/A

**36. Did you use the counter to pay for purchase?** yes

**37. Which counter did you use?** only one

**38. Was the counter accessible?** No could not Reach Napkins Asked 3 times for them.

**39. Which way did you go after you left the Facility?** to parking to go Home.

**40. Any problems getting back to your vehicle?** yes

**41. Any problems transferring from your wheelchair to your vehicle?** yes

**42. If you have any additional information you believe would assist us in evaluating this inquiry.** the was A Eleavor there But No Root ol travel saw it on way Out After went up And Down Very Very steep Rampin Mall Burnal Hause.

MLF0036688

BLUE JAY ICE CREAM & SANDWICH
3502 N BLACKSTONE AVE STE F180
FRESNO, CA 93726
(559) 226-3780

Sale

Merchant ID: 542929804848109

Term ID: LK116277

04/25/14                    17:30:55
Batch#: 000773    Inv #: 000021

MASTERCARD      Entry Method: S
XXXXXXXXXXXX7245

Seq.#: 0021   Appr Code: 89856Z

Total:$       5.38

APPROVED

Customer Copy

THANK YOU!

MLF0036689

BLUE JAY ICE CREAM & SANDWICH
3502 N FRESNO ONE AVE  # #180
FRESNO, CA 9
(559) 226-37

## Sale

Merchant ID: 542929804848109

Term ID: LK116277

09/23/13                    16:45:11
Batch#: 000562      Inv #: 000012

VISA                Entr Method: S
XXXXXXXXXXXXX4006

Seq.#: 0012    Appr Code: 05876B

Total:$          3.98

APPROVED

Customer Copy

THANK YOU!

MLF0036690

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

ADAI No.

(Facility)

1. What is the name of the Facility? _Candy and More_

2. When did you visit the Facility? _9/23/13_ (Date) _336 pm_ (Time)   _manchu mall_

3. What is the address of the Facility? _3302 N Blackstone Ave_

4. Was this your first visit to the Facility? _yes_

5. How many times have you visited the Facility? _____ If more than one visit, please list the date and time if you

   know it. _____

6. What was the purpose of your visit? _Candy_

7. Who accompanied you to the Facility? _Jhow_

8. What car did you drive to the Facility? _minn_

9. Did you drive yourself of did you get a ride from someone else? _I Drove_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your

    vehicle. _In D/P parking spot_

11. Was it difficult for you to park there? _Yes sign not Right Access Issue_

12. Why? _And Dicall not visable_

13. How did you unload from your vehicle? _Rear_

14. What side of the vehicle did you unload from? Driver or passenger? _Driver_

15. Did anyone help you to transfer onto your wheelchair? _Jhow_

16. What problems did you encounter transferring onto your wheelchair?

_Yes pay ment cranked up_

17. Which way did you go from the parking to the entrance of the Facility? _to Access + Ramp_

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.

_Access + Ramp All cranked up. Ramp very steep_

19. Did you encounter any problems opening the door? Describe why. _Opening into mall Doors_
_Heavy and Threshold closed On me Jhow had to Hold Door open_

20. Did you have any problems inside the Facility? Describe. _yes_

EX. 118-25

MLF0036691

It WAS Impossible to get Down Issle
except one ~~Than~~ ~~John~~ Then got stuck and had to
Back All the way out of the store the way I came IN.

21. What did you purchase (or what meal did you have there). Describe: _____

Candy. And Then Had to get it foo me cause why to
High.

22. Have you used the restroom at the Facility? _____ NO _____

23. Why did you need to use the restroom? _____

24. Did you use the sink? _____

25. Any problems? _____

26. Did you use the urinal? _____

27. Did you use the toilet? _____

28. Did you use the toilet paper? _____

29. Did you use paper towels? _____

30. Did you use the soap dispenser? _____

31. Did you have any problem maneuvering inside the restroom? _____

32. Where did you sit? _____

33. Was there any seating provided inside the Facility? _____ No _____

34. Was it wheelchair accessible? _____ No _____

35. Where you comfortable at the table? _____ N/A _____

36. Did you use the counter to pay for purchase? Could not get up to counter
Then had to Sign Recipt and pay for me with my credit card.

37. Which counter did you use? _____ only one _____

38. Was the counter accessible? _____ No   See Above. _____

39. Which way did you go after you left the Facility? _____ over for the Luggage Store _____

40. Any problems getting back to your vehicle? _____ Yes _____

41. Any problems transferring from your wheelchair to your vehicle? _____ Yes _____

42. If you have any additional information you believe would assist us in evaluating this inquiry.

MLF0036692

```
         CANDY AND MORE
    3302 N BLACKSTONE AV
      FRESNO, CA 93726
        (559) 224-2489
          V5531894

            BATCH: 454
        S-A-L-E-S  D-R-A-F-T
            75531894
            000016623439

REF:      0012
CD TYPE: MASTERCARD
TR TYPE: PURCHASE
DATE:   APR 25, 14  17:24:06


TOTAL               $8.72

ACCT: ************7245    EXP: **/**
AP: 724922
NAME: RONALD D MOORE
TRAN. 0425MCWFTHV5J


CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS
   AND/OR SERVICES IN THE AMOUNT OF THE
  TOTAL SHOWN HEREON AND AGREES TO PERFORM
     THE OBLIGATIONS SET FORTH BY THE
  CARDMEMBER'S AGREEMENT WITH THE ISSUER



          CUSTOMER COPY
```

MLF0036693

```
            CANDY AND MORE
        3302 N BLACKSTONE AV
           FRESNO, CA 93726
           (559) 224-2480
               U5531894

              BATCH: 243
          S-A-L-E-S  D-R-A-F-T
                75531894
              000016623439

REF:      0001
CD TYPE: VISA
TR TYPE: PURCHASE
DATE:     SEP 23, 13  15:36:28


TOTAL                    $7.55

ACCT: ************4008      EXP: **/**
AP: 088988
NAME: RONALD MOORE
TRAN. 003266013092792


CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS
 AND/OR SERVICES IN THE AMOUNT OF THE
TOTAL SHOWN HEREON AND AGREES TO PERFORM
  THE OBLIGATIONS SET FORTH BY THE
CARDMEMBER'S AGREEMENT WITH THE ISSUER

       THANKS FOR USING VISA

          CUSTOMER COPY
```

MLF0036694

# PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE
## ADAI No.
### (Facility)

1. What is the name of the Facility? China King Buffet

2. When did you visit the Facility? 2/9/14 (Date) 7:50 (Time)

3. What is the address of the Facility? 1901 E. Shields Ave, Fresno CA.

4. Was this your first visit to the Facility? ~~Yes~~ No

5. How many times have you visited the Facility? ? If more than one visit, please list the date and time if you know it. ?

6. What was the purpose of your visit? Eat dinner

7. Who accompanied you to the Facility? Grandson Ronny

8. What car did you drive to the Facility? Mine

9. Did you drive yourself of did you get a ride from someone else? I Drove

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. On side of building in DP parking

11. Was it difficult for you to park there? ~~Yes~~ Not really

12. Why? _____

13. How did you unload from your vehicle? Rear

14. What side of the vehicle did you unload from? Driver or passenger? Driver

15. Did anyone help you to transfer onto your wheelchair? Grandson Ronny

16. What problems did you encounter transferring onto your wheelchair?

Not Much

17. Which way did you go from the parking to the entrance of the Facility? Up ramp left into door

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.

Pavement at top of ramp was raised

19. Did you encounter any problems opening the door? Describe why. Door heavy high threshold

20. Did you have any problems inside the Facility? Describe. Yes drinks to high

MLF0036695

food to high to see whert I was getting. couldn't reach several food items. No way to reach soups or ice cream.

21. What did you purchase (or what meal did you have there). Describe: 2 dinners

22. Have you used the restroom at the Facility? Yes

23. Why did you need to use the restroom? had to go

24. Did you use the sink? No couldn't reach it

25. Any problems? Cabinet around sink. Door closed on me coming out

26. Did you use the urinal? NO

27. Did you use the toilet? Yes

28. Did you use the toilet paper? ~~couldn't reach~~ yes

29. Did you use paper towels? Couldn't reach

30. Did you use the soap dispenser? Couldn't reach

31. Did you have any problem maneuvering inside the restroom? Yes couldn't get chair in DR stall

32. Where did you sit? at a table

33. Was there any seating provided inside the Facility? Yes

34. Was it wheelchair accessible? NO

35. Where you comfortable at the table? Not really

36. Did you use the counter to pay for purchase? Yes

37. Which counter did you use? only one

38. Was the counter accessible? No it was high. Hard to sign receipt

39. Which way did you go after you left the Facility? right out door to car

40. Any problems getting back to your vehicle? Not Much

41. Any problems transferring from your wheelchair to your vehicle? Not Much grandson helped me to my door

42. If you have any additional information you believe would assist us in evaluating this inquiry.

MLF0036696

## King Buffet
1901 E. Shields St Suite# 149
Fresno, CA 93726
Tel:(559)227-3888 Fax:(559)227-3889

### BUFFET
BUFFET 02/19/2014 19:44 No.159

Tb#:                    No.of Guest:
Server:

| QTY | DISHES | SUBTL |
|-----|--------|-------|
| 2 Dinner Buffet Adult | | 23.98 |

SUBTOTAL:      23.98
TAX(8.22%):     1.97
**TOTAL:      25.95**
RECEIVED:      25.95
CHANGE:         0.00
PAID BY CHARGE

Thank you very much.

---

CHINA KING BUFFET
1901 E SHIELDS AVE
FRESNO CA 93726
559-227-3888

Merchant ID: 000006100005
Term ID: 00841808    Ref #: 0042

Sale

xxxxxxxxxxxx4008
VISA        Entry Method: Swiped

Amount:         $      25.95
Tip:
           ========= ======
Total:
           ========= ======

02/19/14            9:42:43
Inv #: 000042  Appr Code: 07325B
Apprvd: Online    Batch#: 000186

Customer Copy

EX. 118-31

MLF0036697

1. What is the name of the Facility? _Cricket phone Store_

2. When did you visit the Facility? _9/23/13_ (Date) _230 pm_ (Time)

3. What is the address of the Facility? _Manchester Mall Blackstone Fresno_

4. Was this your first visit to the Facility? _Yes_

5. How many times have you visited the Facility? _____ If more than one visit, please list the date and time if you know it. _____

6. What was the purpose of your visit? _to get phone And New service plan_

7. Who accompanied you to the Facility? _Show_

8. What car did you drive to the Facility? _minu_

9. Did you drive yourself of did you get a ride from someone else? _I drove_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. _In D/P spot_

11. Was it difficult for you to park there? _Yes sign not Right ACCESS ISSle_

12. Why? _and Dication ground not Visable_

13. How did you unload from your vehicle? _Rear_

14. What side of the vehicle did you unload from? Driver or passenger? _Driver_

15. Did anyone help you to transfer onto your wheelchair? _Yes Show_

16. What problems did you encounter transferring onto your wheelchair?

_Yes Payment CRacked Up_

17. Which way did you go from the parking to the entrance of the Facility? _to Access to Ramp_

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.
_Access & Ramp payment All cracked Up Ramp Very Steep_

19. Did you encounter any problems opening the door? Describe why. _going into mall Door Close on me Then Held it open_

20. Did you have any problems inside the Facility? Describe. _Yes_

MLF0036698

Counter to High to see plans Also
phone's to High So I had to Ask to Have
her give me every one I wanted to Look At

21. What did you purchase (or what meal did you have there). Describe: _____

Nothing yet going Back After talk to Lynn

22. Have you used the restroom at the Facility? _NO_

23. Why did you need to use the restroom? _____

24. Did you use the sink? _____

25. Any problems? _____

26. Did you use the urinal? _____

27. Did you use the toilet? _____

28. Did you use the toilet paper? _____

29. Did you use paper towels? _____

30. Did you use the soap dispenser? _____

31. Did you have any problem maneuvering inside the restroom? _____

32. Where did you sit? _____

33. Was there any seating provided inside the Facility? _NO_

34. Was it wheelchair accessible? _NO_

35. Where you comfortable at the table? _N/A_

36. Did you use the counter to pay for purchase? _Not yet But it is Very_
_High_

37. Which counter did you use? _Only One_
_to Look_

38. Was the counter accessible? _NO / No to Buy_

39. Which way did you go after you left the Facility? _to Ice cream shop._

40. Any problems getting back to your vehicle? _Yes_

41. Any problems transferring from your wheelchair to your vehicle? _Yes_

42. If you have any additional information you believe would assist us in evaluating this inquiry.

MLF0036699

Kyocera Hydro
- $100+tax
- $51 month
→ ABP → $5
→ Lifeline → $13.50

Total = $32.50

° Activation Fee
    $15
  Act By NOV or DEC

MLF0036700



Pagestar Wireless
Manchester Cricket Store
3602 N. Blackstone Avenue #117
Fresno, CA 93726
Phone: (559) 320-0505

SALES RECEIPT



Transaction # 142646
SOLD TO        Ronnie Loreto
Tran. Date:    6/2/2014
Tran. Time:    1:21:18 PM
Cashier:       Joanna
Register:      4

Card#          ************7245
Account        MasterCard
Card Holder    RONALD D MOORE
Tran Status    00: APPROVAL, Approved
Bank Ref #         002V0000006836
Resp/ISO Code 00 /
Authorization Code 99150Z

| Item | Description | Amount |
|------|-------------|--------|
| 1060 | Prepaid Phone Payment galaxy express 5592731080 | $249.99 |
| 901 | TIO Fee Amount | $50.00 |
| 1140 | Faceplate Robot Case with screen | $19.99 |
| 1140 | Faceplate Robot Case with screen | $19.99 |

```
          SubTotal:    $339.97
          Discount:      $0.00
           Coupons:      $0.00
         Sales Tax:     $26.10
             Total:    $366.07

Credit Card Tendered:   $366.07
```

MLF0036701



Marbella

Paysten (cricket)
Manchester

MLF0036702

# WHAT IS FEDERAL CRICKET LIFELINE CREDIT?

Lifeline is a government assistance program that grants eligible individuals a credit each month on their phone bill. Millions of Americans benefit from this credit. Eligible customers may receive the Lifeline credit for landline or wireless service, but the credit is available for only one phone line per household. **Cricket now offers a $13.50 Federal Cricket Lifeline Credit to our California Cricket Wireless customers**; the Federal Cricket Lifeline Credit is not available for Cricket Broadband or Cricket PAYGo service.

### HOW DO I APPLY?

If you don't have Cricket Wireless service already, you must activate a new account before you can apply for the Federal Cricket Lifeline Credit. Once you have Cricket Wireless service, you can start the application process for the Federal Cricket Lifeline Credit at a Cricket Corporate-Owned Store or an Exclusive Cricket Dealer. Just complete and sign the Federal Lifeline Application, provide documentation verifying your eligibility, and show a government-issued photo ID. The California PUC manages the Federal Lifeline program and is solely responsible for approving or denying eligibility.

### WHEN WILL I GET MY FEDERAL CRICKET LIFELINE CREDIT?

You will be billed the regular rates for Cricket Wireless phone service until your application is approved by the state of California. Once your application is approved, you will receive a letter of approval, and Cricket will add the Federal Cricket Lifeline Credit to your account. Your first credit will be retroactive to the date you requested the Federal Cricket Lifeline Credit. You should see this credit within 60 days of being approved for the Federal Cricket Lifeline Credit. If you haven't received this credit by your second full month of service, just come back to the store for help. After you receive the credit, if you have a net credit balance of $10 or more, you may request a refund check from Cricket.

### HOW LONG CAN I KEEP MY FEDERAL CRICKET LIFELINE CREDIT?

Your Lifeline eligibility lasts for one year. You will continue to receive the Federal Cricket Lifeline Credit for a year, unless you request the Federal Cricket Lifeline Credit be removed from your account, you are found to no longer be eligible, or you change phone service providers (if you change service providers, you have 30 days

to transfer Lifeline to your new provider).
You must renew your participation annually. Each year, you will receive a renewal form. You may choose to continue your enrollment under any eligible method shown next, regardless of which method you used to apply for the current year. If you do not renew, Cricket will remove the Federal Cricket Lifeline Credit from your account, and your future bills will reflect the regular rates for Cricket Wireless phone service.

### WHAT DOES THE FEDERAL CRICKET LIFELINE CREDIT MEAN FOR ME?

When you take advantage of the Cricket Lifeline Credit, Cricket service delivers even more value for the dollar. Step up to a higher-value rate plan, add a feature bolt-on you've always wanted, or just enjoy the savings each month!

### ARE THERE ANY RESTRICTIONS?

Only eligible consumers may enroll and the service is non-transferable. No one at your residence can receive land or wireless Lifeline service from another provider. Lifeline can be applied to only **ONE PHONE LINE PER HOUSEHOLD**. To receive the Federal Cricket Lifeline Credit, you must be a resident of California, you must live in Cricket's designated service area, you must meet the eligibility rules, and you cannot be claimed as a dependent on another person's income tax return. Additionally, the name on the account must match the name of the household member applying for the Federal Cricket Lifeline Credit.



MLF0036703

## WHO QUALIFIES FOR FEDERAL CRICKET LIFELINE CREDIT?

If you are a resident of California, you may qualify for the Federal Cricket Lifeline Credit by one of two methods. **Method 1** is program-based: if you or another person in your household is enrolled in at least one of the public assistance programs listed below, you may qualify. **Method 2** is income-based: you may also qualify if your household's total annual gross income is at or below the annual income limits listed below.

### METHOD 1: PROGRAM-BASED

**Bureau of Indian Affairs General Assistance**

**Head Start Income Eligible** (Tribal Only)

**Healthy Families Category A**

**LIHEAP** (Low-Income Home Energy Assistance Program)

**Medicaid Medical Assistance/Medi-Cal**

**NSLP** (National School Lunch Program; Free Lunch Program Only)

**Section 8** (Federal Public Housing Assistance)

**SNAP** (CalFresh, Food Stamps or Supplemental Nutrition Assistance Program)

**SSI** (Supplemental Security Income, not including Security Retirement benefits)

**TANF** (Temporary Assistance for Needy Families)

  **CalWORKs** (California Work Opportunity and Responsibility to Kids)

  **StanWORKs** (Stanislaus County Work Opportunity and Responsibility to Kids)

  **WTW** (Welfare-to-Work)

  **GAIN** (Greater Avenues for Independence)

**Tribal TANF** (Tribal Temporary Assistance for Needy Families)

**WIC** (Women, Infants, and Children Program)

**FDPIR** (Food Distribution Program on Indian Reservations)

### METHOD 2: INCOME-BASED

**One or Two Person Household:** $24,700

**Three Person Household:** $28,800

**Four Person Household:** $34,800

**More Than Four Person Household:** $34,800, plus $6,000 for each additional household member.

### WHERE CAN I LEARN MORE?

For more information about the Federal Cricket Lifeline Credit, please visit the Federal Cricket Lifeline Credit information webpage below. You may also visit one of the Cricket locations listed or visit **mycricket.com/locations** to find a Cricket Corporate-Owned Store or an Exclusive Cricket Dealer.

Cricket Lifeline information website:
**http://www.mycricket.com/lifelinecalifornia**

### SELECT CRICKET RETAIL STORES

**FRESNO:** 6460 N. Blackstone Avenue, Suite 101, 93710
**FRESNO:** 4993 E. Kings Canyon Road, Suite 102, 93727
**MODESTO:** 3430 Tully Road, #46, 95350
**VISALIA:** 2313 S. Mooney Boulevard, 93277
**CARLSBAD:** 1818 Marron Road, Suite 102, 92008
**CHULA VISTA:** 645 H Street, Suite E-F, 91910
**EL CAJON:** 375 N. Second Street, Suite 102-103, 92021
**SAN DIEGO:** 1490 S. 43rd Street, Suite D-E, 92113
**SAN DIEGO:** 5399 El Cajon Boulevard, 92115

Cricket Lifeline is also available at Exclusive Cricket Dealer locations. Find a list of locations at **mycricket.com/locations.** Muve Music, the Muve Music note icon are trademarks of Cricket Communications, Inc. Patents ... are trademarks of Google Inc. © 2013 HTC Corporation. All rights reserved. The

EX. 118-38

LL.BRO.CA13.1

MLF0036704

# ¿QUÉ ES EL CRÉDITO FEDERAL LIFELINE DE CRICKET?

Lifeline es un programa de ayuda gubernamental que otorga un crédito en la factura telefónica cada mes a las personas elegibles. Millones de estadounidenses se benefician con este crédito. Los clientes elegibles pueden recibir el crédito Lifeline para servicio telefónico de línea fija o celular, pero el crédito está disponible para una sola línea telefónica por cada hogar. **Cricket ahora brinda un Crédito Federal Lifeline de Cricket de $13.50 a nuestros clientes de California Cricket Wireless;** el Crédito Federal Lifeline de Cricket no está disponible para servicios de Cricket Broadband o Cricket PAYGo.

### ¿CÓMO LO SOLICITO?

Si aún no tienes el servicio celular de Cricket, debes activar una cuenta nueva antes de poder solicitar el Crédito federal Lifeline de Cricket. Cuando ya tengas servicio de Cricket Wireless, puedes solicitar el Crédito federal Lifeline de Cricket en una tienda que sea propiedad corporativa de Cricket o en un concesionario exclusivo de Cricket. Tan solo llena y firma la solicitud federal Lifeline, proporciona documentación que corrobore tu elegibilidad y presenta una identificación con foto emitida por el gobierno. La California PUC administra el programa federal Lifeline y es la única responsable de aprobar o denegar la elegibilidad.

### ¿CUÁNDO OBTENDRÉ MI CRÉDITO FEDERAL LIFELINE DE CRICKET?

Se te facturarán las tarifas regulares por servicio telefónico de Cricket Wireless hasta que tu solicitud sea aprobada por el estado de California. Cuando se haya aprobado tu solicitud, recibirás una carta de aprobación, y Cricket agregará el Crédito federal Lifeline de Cricket a tu cuenta. Tu primer crédito será retroactivo a la fecha en que solicitaste el Crédito federal Lifeline de Cricket. Debes ver este crédito en un plazo de 60 días a partir de haber recibido la aprobación para el Crédito federal Lifeline de Cricket. Si no has recibido este crédito para tu segundo mes completo de servicio, solo vuelve a la tienda para obtener ayuda. Después de recibir el crédito, si tienes un saldo de crédito neto de $10 o más, puedes pedir un cheque de reembolso a Cricket.

### ¿POR CUÁNTO TIEMPO PUEDO CONSERVAR MI CRÉDITO FEDERAL LIFELINE DE CRICKET?

Tu elegibilidad para Lifeline dura un año. Seguirás recibiendo el Crédito federal Lifeline de Cricket durante un año, a menos que solicites que el Crédito federal Lifeline de Cricket sea removido de tu cuenta, que se determine que ya no eres elegible, o que cambies de proveedor de servicio telefónico (si cambias de proveedor de servicio, tendrás 30 días

para transferir a Lifeline a tu nuevo proveedor). Debes renovar tu participación anualmente. Cada año, recibirás un formulario de renovación. Puedes elegir continuar tu inscripción conforme a cualquier método elegible mostrado a continuación, sin importar cuál método usaste para solicitar el servicio en el año actual. Si no renuevas el servicio, Cricket retirará el Crédito federal Lifeline de Cricket de tu cuenta, y tus facturas futuras reflejarán las tarifas regulares para el servicio telefónico de Cricket Wireless.

### ¿QUÉ SIGNIFICA EL CRÉDITO FEDERAL LIFELINE DE CRICKET PARA MÍ?

Cuando aprovechas el Crédito Lifeline de Cricket, el servicio de Cricket te brinda un valor aún mayor por tu dinero. ¡Ven y disfruta de un plan de tarifas de mayor valor, agrega una función adicional que siempre has deseado o solo disfruta del ahorro mensual!

### ¿HAY ALGUNA RESTRICCIÓN?

Solo se pueden inscribir los consumidores elegibles y el servicio es intransferible. Ninguna persona en tu residencia puede recibir servicio Lifeline de línea fija o celular de parte de otro proveedor. El Lifeline solo se puede aplicar a **UNA SOLA LÍNEA TELEFÓNICA POR CADA HOGAR.** Para recibir el Crédito Federal Lifeline de Cricket, debes ser residente de California, debes vivir en el área de servicio designada de Cricket, debes cumplir con las reglas de elegibilidad y ninguna otra persona puede reclamarte como dependiente en su declaración de impuestos. Además, el nombre en la cuenta debe ser el mismo nombre del miembro del hogar que solicita el Crédito Federal Lifeline de Cricket.

### ¿DÓNDE PUEDO CONOCER MÁS DETALLES?

Para más información acerca del Crédito Federal Lifeline de Cricket, visita la página web de información



MLF0036705

# ¿QUIÉN ES ELEGIBLE PARA EL CRÉDITO FEDERAL LIFELINE DE CRICKET?

Si eres residente de California, puedes ser elegible para el Crédito Federal Lifeline de Cricket mediante uno de dos métodos. **El Método 1** se basa en un programa; si tú u otra persona en tu hogar están registrados en al menos uno de los programas de asistencia pública listados abajo, puedes ser elegible. **El Método 2** se basa en el ingreso; también puedes ser elegible si el ingreso bruto anual total de tu hogar es igual o menor a los límites de ingreso anuales listados abajo.

## MÉTODO 1: BASADO EN UN PROGRAMA

**Bureau of Indian Affairs General Assistance** (Asistencia general de la Oficina de Asuntos Indígenas)

**Head Start Income Eligible** (Tribal Only) (Elegible para Head Start por sus ingresos; solo tribal)

**Healthy Families Category A** (Familias saludables, categoría A)

**LIHEAP** (Low Income Home Energy Assistance Program) (Programa de asistencia energética para viviendas de bajos ingresos)

**Medicaid Medical Assistance/Medi-Cal**

**NSLP** (National School Lunch Program; Free Lunch Program Only) (Programa nacional de almuerzos escolares; solo el Programa de almuerzos gratuitos)

**Section 8** (Federal Public Housing Assistance) (Asistencia Federal para vivienda pública)

**SNAP** (CalFresh, Food Stamps or Supplemental Nutrition Assistance Program) (CalFresh, Cupones de alimentos o el Programa de asistencia nutricional suplementaria)

**SSI** (Supplemental Security Income, not including Security Retirement benefits) (Ingreso suplementario de seguridad, sin incluir beneficios por jubilación del Seguro Social)

**TANF** (Temporary Assistance for Needy Families) (Asistencia temporal para familias necesitadas)

**CalWORKs** (California Work Opportunity and Responsibility to Kids) (Oportunidad laboral y responsabilidad con los niños de California)

**StanWORKs** (Stanislaus County Work Opportunity and Responsibility to Kids) (Oportunidad laboral y responsabilidad con los niños del Condado de Stanislaus)

**WTW** (Welfare-to-Work) (Bienestar público al trabajo)

**GAIN** (Greater Avenues for Independence) (Mayores rutas hacia la autosuficiencia)

**Tribal TANF** (Tribal Temporary Assistance for Needy Families) (Asistencia temporal tribal para familias necesitadas)

**WIC** (Women, Infants, and Children Program) (Programa para Mujeres, Bebés y Niños)

**FDPIR** (Food Distribution Program on Indian Reservations) (Programa de distribución de alimentos en reservaciones indígenas)

## MÉTODO 2: BASADO EN EL INGRESO

**Hogar de una o dos personas:** $24,700

**Hogar de tres personas:** $28,800

**Hogar de cuatro personas:** $34,800

**Hogar de más de cuatro personas:** $34,800, más $6,000 por cada miembro adicional del hogar

---

sobre el Crédito Federal Lifeline de Cricket que se indica abajo. También puedes visitar una de las localidades Cricket listadas o visitar **mycricket.com/locations** para encontrar una tienda que sea propiedad corporativa de Cricket o un concesionario exclusivo de Cricket.

Sitio web de información sobre el Crédito Lifeline de Cricket: **http://www.mycricket.com/lifelinecalifornia**

## TIENDAS CRICKET MINORISTAS SELECCIONADAS

**FRESNO:** 6460 N. Blackstone Avenue, Suite 101, 93710
**FRESNO:** 4993 E. Kings Canyon Road, Suite 102, 93727
**MODESTO:** 3430 Tully Road, #46, 95350
**VISALIA:** 2313 S. Mooney Boulevard, 93277
**CARLSBAD:** 1818 Marron Road, Suite 102, 92008
**CHULA VISTA:** 645 H Street, Suite E-F, 91910
**EL CAJON:** 375 N. Second Street, Suite 102-103, 92021
**SAN DIEGO:** 1490 S. 43rd Street, Suite D-E, 92113
**SAN DIEGO:** 5399 El Cajon Boulevard, 92115

Lifeline de Cricket también está disponible en localidades exclusivas de concesionarios Cricket. Encuentra una lista de localidades en **mycricket.com/locations**. Muve Music, el logotipo de Muve Music y el icono del Muve Music Note son marcas comerciales de Cricket Communications, Inc. Patentes pendientes. Google Play y Google Maps son marcas comerciales de Google Inc. © 2013 HTC Corporation. Todos los derechos reservados. El logotipo de HTC One es marca comercial de HTC Corporation. © 2013 Cricket Communications, Inc.

EX.: 118-40

LL.BRO.CA13.1

MLF0036706

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

ADAI No.

(Facility)

1. What is the name of the Facility? Manchester Mall Fade Shop

2. When did you visit the Facility? 5/5/14 (Date) 5:00 (Time)

3. What is the address of the Facility? 200 w Shaw

4. Was this your first visit to the Facility? No

5. How many times have you visited the Facility? ? If more than one visit, please list the date and time if you know it. ?

6. What was the purpose of your visit? Haircuts

7. Who accompanied you to the Facility? Grandson Ronny

8. What car did you drive to the Facility? Mine

9. Did you drive yourself of did you get a ride from someone else? I Drove

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. In DP parking

11. Was it difficult for you to park there? No

12. Why?

13. How did you unload from your vehicle? Rear

14. What side of the vehicle did you unload from? Driver or passenger? Driver

15. Did anyone help you to transfer onto your wheelchair? Grandson Ronny

16. What problems did you encounter transferring onto your wheelchair?

None grandson helped Me

17. Which way did you go from the parking to the entrance of the Facility? Up ramp towards door

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.

Yes access isle doesn't line up with ramp

19. Did you encounter any problems opening the door? Describe why. No grandson opened it

20. Did you have any problems inside the Facility? Describe. Yes

EX. 118-41

MLF0036707

No Seating anywhere had to sit in the Middle of the room and Move to let people by Me

21. What did you purchase (or what meal did you have there). Describe: 2 hair cuts

22. Have you used the restroom at the Facility? ~~Yes~~ N/A

23. Why did you need to use the restroom? ~~Want~~ N/A

24. Did you use the sink? N/A

25. Any problems? ~~No~~ Cracks in street and access isle

26. Did you use the urinal? N/A

27. Did you use the toilet? N/A

28. Did you use the toilet paper? N/A

29. Did you use paper towels? N/A

30. Did you use the soap dispenser? N/A

31. Did you have any problem maneuvering inside the restroom? N/A

32. Where did you sit? In Middle of room

33. Was there any seating provided inside the Facility? No

34. Was it wheelchair accessible? No

35. Where you comfortable at the table? N/A

36. Did you use the counter to pay for purchase? No Grandson had to sign reciept

37. Which counter did you use? No counter

38. Was the counter accessible? N/A

39. Which way did you go after you left the Facility? Out door into Mall

40. Any problems getting back to your vehicle? ~~No~~ Grandson helped Me down ramp because it didn't line up almost fell off curb

41. Any problems transferring from your wheelchair to your vehicle? No Grandson helped Me to My door

42. If you have any additional information you believe would assist us in evaluating this inquiry.

MLF0036708

HAIRCUT
$35.00
FADESHOP

Build your Business at www.vistaprint.com

MLF0036709



**GLOBAL LUGGAGE, LEATHER & GIFTS**
Watch Battery Replacement & Watch band Resizing

UBAID QURESHI
ALEEM BAIG
(559) 222-0111

3302 N. Blackstone Ave.
Suite 160 Fresno, CA. 93726

ubaidshaukat@hotmail.com

MLF0036747

Pink Hard Case
Suite Cases   2 Pcs/Set
$ 130/=

Business Cards are FREE at www.vistaprint.com!

MLF0036748

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE
ADAI No.
(Facility)

1. What is the name of the Facility? _Global Luggage_

2. When did you visit the Facility? _9/23/13_ (Date) _4 pm_ (Time) _Manchester mall_

3. What is the address of the Facility? _3302 N Blackstone Ave Fresno_

4. Was this your first visit to the Facility? _Yes_

5. How many times have you visited the Facility? _____ If more than one visit, please list the date and time if you know it. _____

6. What was the purpose of your visit? _To Buy Luggage for Lynn for Vac_

7. Who accompanied you to the Facility? _Shaw_

8. What car did you drive to the Facility? _minivan_

9. Did you drive yourself of did you get a ride from someone else? _I drove_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. _In D/p parking spot_

11. Was it difficult for you to park there? _Yes sign not right Access Issue_

12. Why? _And Decall on ground Hard to see_

13. How did you unload from your vehicle? _Rear_

14. What side of the vehicle did you unload from? Driver or passenger? _Driver_

15. Did anyone help you to transfer onto your wheelchair? _Shaw_

16. What problems did you encounter transferring onto your wheelchair?

_Yes pavement cracked up._

17. Which way did you go from the parking to the entrance of the Facility? _to Access + ramp_

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.

_Access + Ramp All cracked up Ramp very steep_

19. Did you encounter any problems opening the door? Describe why. _Going into mall, yes Shaw had to hold Door open for me Heavy And hard to hold._

20. Did you have any problems inside the Facility? Describe. _Yes_

MLF0036749

_I could not get to where the Luggage WAS I ASK Show to get it for me guy and Stive Said no he would Do it If I Wants me So I Shird Forgi_

21. What did you purchase (or what meal did you have there). Describe: _I would have my wife come Buck want look at it I Bought a shit there I Liked About No_

22. Have you used the restroom at the Facility? _No Limit pocker_

23. Why did you need to use the restroom? _____

24. Did you use the sink? _____

25. Any problems? _____

26. Did you use the urinal? _____

27. Did you use the toilet? _____

28. Did you use the toilet paper? _____

29. Did you use paper towels? _____

30. Did you use the soap dispenser? _____

31. Did you have any problem maneuvering inside the restroom? _____

32. Where did you sit? _____

33. Was there any seating provided inside the Facility? _No_

34. Was it wheelchair accessible? _No could not get thru Issles are to Look at Luggage and other thing_

35. Where you comfortable at the table? _N/A_

36. Did you use the counter to pay for purchase? _yes_

37. Which counter did you use? _only one_

38. Was the counter accessible? _?_

39. Which way did you go after you left the Facility? _to A Sports Shop for my Grandson Ronny for Gift._

40. Any problems getting back to your vehicle? _yes_

41. Any problems transferring from your wheelchair to your vehicle? _yes_

42. If you have any additional information you believe would assist us in evaluating this inquiry.

MLF0036750

```
        GLOBAL LUGGAGE
       LEATHER & GIFTS
   3302 N. BLACKSTONE AVE
      FRESNO, CA 93776

TERMINAL ID.:              088600
MERCHANT #:           88014107460

VISA
************4008 EXP:**/**      SWIPED
SALE
BATCH: 000092    INV: 000001
Sep 23, 13          15:59
RRN: 00920001    AUTH: 01 05B
TRACE #: 00326682839031
VALIDATION CODE: BKR5

REWARDS PROGRAM: 530888

AP

BASE                   $15.14

TIP            $................

TOTAL          $................

RONALD MOORE


X ..........................
   I AGREE TO PAY ABOVE TOTAL AMOUNT
   ACCORDING TO CARD ISSUER AGREEMENT
   MERCHANT AGREEMENT IF CREDIT VOUCHER

       THANK YOU!
   PLEASE COME AGAIN!
       559-222-0111


       CUSTOMER COPY
```

MLF0036751

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

ADAI No.

(Facility)

1. What is the name of the Facility? *Good Fellas pizza*

2. When did you visit the Facility? *9/23/13* (Date) *430 pm* (Time)

3. What is the address of the Facility? *Manchester center*

4. Was this your first visit to the Facility? *Yes*

5. How many times have you visited the Facility? _____ If more than one visit, please list the date and time if you know it. _____

6. What was the purpose of your visit? *to eat*

7. Who accompanied you to the Facility? *J how*

8. What car did you drive to the Facility? *I drove*

9. Did you drive yourself of did you get a ride from someone else? *I drove*

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. *In D/P spot*

11. Was it difficult for you to park there? *yes*

12. Why? *Could not see picallson ground And Access Issle*

13. How did you unload from your vehicle? *Rear*

14. What side of the vehicle did you unload from? Driver or passenger? *Driver*

15. Did anyone help you to transfer onto your wheelchair? *J.how*

16. What problems did you encounter transferring onto your wheelchair?

*payment cracked.*

17. Which way did you go from the parking to the entrance of the Facility? *To Access to Ramp then to the Left to Door cracked payment.*

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.

*yes Ramp go in to Access Issle Ramp steep and no side protection*

19. Did you encounter any problems opening the door? Describe why. *Door to mall heavy and closed And trashold*

20. Did you have any problems inside the Facility? Describe. *yes Issle to small had to move table so I did not Have to Back All the way out of the store*

EX. 118-49

MLF0036752

Ramp in mall Very Steep Carpet where meet title Broken and hard to get over

21. What did you purchase (or what meal did you have there). Describe: _pizza_

22. Have you used the restroom at the Facility? _yes_

23. Why did you need to use the restroom? _had to go_

24. Did you use the sink? _yes_

25. Any problems? _Door very Heavy and closed on me._

26. Did you use the urinal? _____

27. Did you use the toilet? _____

28. Did you use the toilet paper? _____

29. Did you use paper towels? _____

30. Did you use the soap dispenser? _____

31. Did you have any problem maneuvering inside the restroom? _____

32. Where did you sit? _table poll in way could not sit up to table_

33. Was there any seating provided inside the Facility? _yes_

34. Was it wheelchair accessible? _No O/p seating Then Asked_

35. Where you comfortable at the table? _No had to place plate in lap_

36. Did you use the counter to pay for purchase? _yes_

37. Which counter did you use? _only one_

38. Was the counter accessible? _yes_

39. Which way did you go after you left the Facility? _out and had to move chairs out of way so I could get By._

40. Any problems getting back to your vehicle? _yes Ramp did not Line up with Alexs Issie Almost Fell But Then grabed me or I would have fallen over_

41. Any problems transferring from your wheelchair to your vehicle? _____

42. If you have any additional information you believe would assist us in evaluating this inquiry.

MLF0036753

GOODFELLAS PIZZA
MANCHESTER
CENTER
(559) 229-0177

DATE 09/23/2013 MON    TIME 16:30
TABLE #--- -                          6
  1  LRG 1-TOPP \1          1.59
     /PEPPERONI
  1  OPEN FOOD            $0.99
     /SAUSAGE
     TAX1 AMT              $1.16
     **TOTAL   $15.74**
     VISA M/ $15.74
EMPLOYEE1   NO.000044   REG 01

THANK YOU!
PLEASE COME AGAIN

MLF0036754

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

ADAI No.

(Facility)

1. What is the name of the Facility? _K Sports Wear_

2. When did you visit the Facility? _9/23/13_ (Date) _5 pm_ (Time)

3. What is the address of the Facility? _3602 N Blackstone Ave Fresno_

4. Was this your first visit to the Facility? _Yes_

5. How many times have you visited the Facility? _?_ If more than one visit, please list the date and time if you know it. _?_

6. What was the purpose of your visit? _to get cell phone_

7. Who accompanied you to the Facility? _Thow_

8. What car did you drive to the Facility? _mine_

9. Did you drive yourself of did you get a ride from someone else? _I drove_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. _IN D/P_

11. Was it difficult for you to park there? _yes_ _Sign not Right_

12. Why? _Ramp into Street And Access Issle Dicalls on ground not marks so you could see And Access Issle._

13. How did you unload from your vehicle? _Rear_

14. What side of the vehicle did you unload from? Driver or passenger? _Driver_

15. Did anyone help you to transfer onto your wheelchair? _Thow_

16. What problems did you encounter transferring onto your wheelchair?

_Payment All Cracked up_

17. Which way did you go from the parking to the entrance of the Facility? _to Access Issle to ramp_

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.

_Access And Ramp cracked up And Ramp Very Steep_

19. Did you encounter any problems opening the door? Describe why. _yes going into Mall Heavy And Treshold Doors Closed on me Thow had to Hold Door_

20. Did you have any problems inside the Facility? Describe. _yes Ramp in Store_

EX. 118-52

MLF0036755

Very very steep. In store I had to push my way thru every Issle And Knock over Things to get Bry

21. What did you purchase (or what meal did you have there). Describe: _pants_

22. Have you used the restroom at the Facility? _No_

23. Why did you need to use the restroom? _____

24. Did you use the sink? _____

25. Any problems? _____

26. Did you use the urinal? _____

27. Did you use the toilet? _____

28. Did you use the toilet paper? _____

29. Did you use paper towels? _____

30. Did you use the soap dispenser? _____

31. Did you have any problem maneuvering inside the restroom? _____

32. Where did you sit? _____

33. Was there any seating provided inside the Facility? _No_

34. Was it wheelchair accessible? _No_

35. Where you comfortable at the table? _N/A_

36. Did you use the counter to pay for purchase? _Yes_

37. Which counter did you use? _only one_

38. Was the counter accessible? _No had to sign Recipte on my leg would not Let Them sign for me._

39. Which way did you go after you left the Facility? _out to parking Area._

40. Any problems getting back to your vehicle? _Yes Almost Fell over At Ramp Because Did not Line up with Acces Issl Them grabbed me or I would have_

41. Any problems transferring from your wheelchair to your vehicle? _payment cracked_ _Follow over_

42. If you have any additional information you believe would assist us in evaluating this inquiry.

MLF0036756

```
              K SPORTS WEAR
        3602 N BLACKSTONE AVE
          FRESNO CA 93726
            559-248-0171

    TERMINAL ID.:              79958863
    MERCHANT #:           797900552973

    VISA
    ************4008 EXP:XX/XX     SWIPED
    SALE
    BATCH: 000541    INV: 000003
    Feb 19, 14          19:11
    RRN: 405103405955  AUTH:04643B
    TRAN SEQ #: 007344

    APPROVAL 04643B
```

RONALD MOORE


CUSTOMER COPY

MLF0036757

YOUR RECEIPT
THANK YOU

09/23/2013  5:53PM    01
000000#9931    CLERK01

DEPT.05         TI $22.99
MDSE ST            $22.99
TAX1                $1.83

ITEMS        10
CASH       $24. 82

K SPORTSWEAR
3602 N BLACKSTONE AVE
FRESNO CA 93726
559-248-0171

TERMINAL ID.:              79958863
MERCHANT #:            797900552973

VISA
################4000 EXP:XX/XX      SWIPED
SALE
BATCH: 000356       INV: 000001
Sep 23,                    17:03
RRN: 326700000      AUTH:00580B
TRAN SEQ #  004593

APPROVAL 00580B

TOTAL              $24.82

RONALD MOORE

CUSTOMER COPY

MLF0036758



Pagestar Wireless
Manchester Cricket Store
3602 N. Blackstone Avenue #117
Fresno, CA 93726
Phone: (559) 320-0505

SALES RECEIPT

Transaction # 139537
SOLD TO    Ron Moore
Tran. Date:   5/5/2014
Tran. Time:   5:35:16 PM
Cashier:   cesar
Register:   Register 3

Card#          ************7245
Account        MasterCard
Card Holder    RONALDD MOORE
Tran Status    00: APPROVAL, Approved
Bank Ref #          002V000006542
Resp/ISO Code 00 /
Authorization Code 458332

| Item | Description | Amount |
|------|-------------|--------|
| 1511 | Cricket Kingston 8GB microSDHC Class 4 | $26.99 |

SubTotal:    $26.99
Discount:    $0.00
Coupons:     $0.00
Sales Tax:   $2.43
Total:       $29.42

MLF0036759

Credit Card Tendered:     $29.42

IMPORTANT - retain this copy
for your records

Please save your receipt as it is
necessary for exchanging defective
products. There is a 7 day return
policy for cricket phones. Phones
have a 30 day in store warranty
and a one year warranty through
the Cricket service center.
Shipping fees may apply. MUST have
original packaging. All manuals
and be in original condition for
warranty exchanges if not a fee
may apply. REFURBISHED AND
FLASHED phones have a 15 day in
store warranty
FLASH PHONES- left for service
must be picked up within 30 days.
-Picture messaging and other
features may not be available.
please be advised that we cannot
warranty or be held responsible
for manufacturer defects of phone
serviced after unlocked or
flashed.
-Fees for service are non
refundable. Flashed phones have a
30 day warranty.
-Changing a number on a flashed
phone may result in phone having
to be re-flashed for which there
is a charge.

Thank you for shopping with us!

MLF0036760

~~ADA No. 00734~~

~~(Hotel Figueroa) 1427 E Pacific Coast Hwy, Long Beach, CA~~

1. What is the name of the Facility? Manchester Cricket Store

2. When did you visit the Facility? 5/5/14 (Date) 5:35 (Time)

3. What is the address of the Facility? 3602 N. Black Stone Ave. # Fresno CA

4. Was this your first visit to the Facility? NO

5. How many times have you visited the Facility? 2 If more than one visit, please list the date and time if you know it. ?

6. What was the purpose of your visit? SD Card for My phone

7. Who accompanied you to the Facility? Grandson Ronny

8. What car did you drive to the Facility? Mine

9. Did you drive yourself of did you get a ride from someone else? I drove

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. In DP Parking Spot

11. Was it difficult for you to park there? NO

12. Why?

13. How did you unload from your vehicle? Rear

14. What side of the vehicle did you unload from? Driver or passenger? Driver

15. Did anyone help you to transfer onto your wheelchair? Grandson Ronny

16. What problems did you encounter transferring onto your wheelchair?

None grandson helped Me

17. Which way did you go from the parking to the entrance of the Facility? Up ramp towards door

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.

Yes Access Isle doesn't line up with ramp

19. Did you encounter any problems opening the door? Describe why. Yes threshold to

MLF0036761

20. Did you have any problems inside the Facility? Describe. the store was hard to get over and counter was really high

21. What did you purchase (or what meal did you have there). Describe: SD Card for My Phone

22. Have you used the restroom at the Facility? N/A

23. Why did you need to use the restroom? N/A

24. Did you use the sink? N/A

25. Any problems? ~~yes~~ Cracks in street and access isle

26. Did you use the urinal? N/A

27. Did you use the toilet? N/A

28. Did you use the toilet paper? N/A

29. Did you use paper towels? N/A

30. Did you use the soap dispenser? N/A

31. Did you have any problem maneuvering inside the restroom? N/A

32. Where did you sit? N/A

33. Was there any seating provided inside the Facility? N/A

34. Was it wheelchair accessible? NO

35. Where you comfortable at the table? N/A

36. Did you use the counter to pay for purchase? Yes

37. Which counter did you use? Only one

38. Was the counter accessible? NO grandson had to sign reciept and give them My Phone

39. Which way did you go after you left the Facility? out door into Mall

40. Any problems getting back to your vehicle? ~~yes~~ grandson helped Me down ramp beacuse it wasn't lined up almost fell off curb

MLF0036762

41. Any problems transferring from your wheelchair to your vehicle? _No My grandson brought he to My door and put chair in back_

42. If you have any addition information you believe would assist us in evaluating this inquiry.

MLF0036763

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

ADAI No.

(Facility)

1. What is the name of the Facility? _Radioshack    Manchester Mall_

2. When did you visit the Facility? _4/25/14_ (Date) _5:00 pm_ (Time)

3. What is the address of the Facility? _3402  North  Blackstone  #180 Fresno, CA_

4. Was this your first visit to the Facility? _No_

5. How many times have you visited the Facility? _7_ If more than one visit, please list the date and time if you know it. _7._

6. What was the purpose of your visit? _Tape recorder_

7. Who accompanied you to the Facility? _Grandson_

8. What car did you drive to the Facility? _Mine_

9. Did you drive yourself of did you get a ride from someone else? _I drove_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. _In dp parking spot by Sears/Ice cream place_

11. Was it difficult for you to park there? _Yes, because there was metal_

12. Why? _plates in ground in dp spot, no ruite of trave_

13. How did you unload from your vehicle? _Rear_

14. What side of the vehicle did you unload from? Driver or passenger? _Driver_

15. Did anyone help you to transfer onto your wheelchair? _Grandson_

16. What problems did you encounter transferring onto your wheelchair?

_Yes, steel plates in ground in dp spot_

17. Which way did you go from the parking to the entrance of the Facility? _To left by poles to enter_

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.

_Yes, ramp was steep_

19. Did you encounter any problems opening the door? Describe why. _Yes Doors were hard to open grandson had to open the door because I could not get_

20. Did you have any problems inside the Facility? Describe. _Yes I had to get assisstance_

MLF0036771

to get recorder because they were too high and
they were locked I did not know this because they
were too high for me to see what capabilities they had
got one then had to have them come back and get another

**21. What did you purchase (or what meal did you have there). Describe:**

Tape recorder

**22. Have you used the restroom at the Facility?** N/A

**23. Why did you need to use the restroom?** N/A

**24. Did you use the sink?** N/A

**25. Any problems?** N/A

**26. Did you use the urinal?** N/A

**27. Did you use the toilet?** N/A

**28. Did you use the toilet paper?** N/A

**29. Did you use paper towels?** N/A

**30. Did you use the soap dispenser?** N/A

**31. Did you have any problem maneuvering inside the restroom?** N/A

**32. Where did you sit?** N/A

**33. Was there any seating provided inside the Facility?** N/A

**34. Was it wheelchair accessible?** No,

**35. Where you comfortable at the table?** N/A

**36. Did you use the counter to pay for purchase?** Yes

**37. Which counter did you use?** The one on right closest to the door

**38. Was the counter accessible?** No, way too high out reach grandson
had to reach had to run lard and sign the

**39. Which way did you go after you left the Facility?** Out door to the right to my
vehicle

**40. Any problems getting back to your vehicle?** ramp steep and goes into road
and also behind a parked car.

**41. Any problems transferring from your wheelchair to your vehicle?** No, because grandson
loaded chair into vehicle

**42. If you have any additional information you believe would assist us in evaluating this inquiry.**

MLF0036772

RADIOSHACK THANKS YOU.

RADIOSHACK
MANCHESTER CENTER #180
3402 N BLACKSTONE
FRESNO, CA 93726-5308
(559) 222-6483

Last Valid Day for Return is 5/25/2014,
see back of receipt for full return policy

| | | |
|---|---|---|
| 1400232 | | |
| OLYMPUS VN-721PC RECORDER | $49.99 | N |
| 0007002 | | |
| 1 YR REPLACEMENT W/AD | $7.99 | N |
| S/N #1400232 | | |
| Covered Item: 1400232 OLYMPUS VN-721P | | |
| Exp. Date: 04/25/2015 | | |
| 6801026 | | |
| 6801026 PROTECTION PLAN BROCHU | $0.00 | N |

SubTotal                          $57.98
Tax           8.225%               $4.11
TOTAL                             $62.09

MasterCard                        $62.09
CHANGE                             $0.00

Total Items Sold: 3

Card number: *************7245   N
Tran # 14518766
Authorization 088672
Host Captured Y    $62.09

EX. 118-63

MLF0036773

Protection Plan Recipient:
RONALD MOORE
80 N HUGHES AVE
CLOVIS, CA 93612
(559) 298-3228

Protection Plans are subject to the terms
and conditions on contracts.

Store: 013866   Register: 02      Tran: 3737
Operator: AM        Sales Associate: AM
Ticket #: 023737        4/25/2014 5:07:19 PM

0138660237370010425140009

Your name, address and the original sales
receipt are required for all refunds.
Sales and returns are subject to the terms
and conditions identified on the back.

Shop online 24/7 at
http://www.radioshack.com

*****************************************
*          Tell us about your           *
*        shopping experience!           *
*                                        *
*   Visit www.tell1radioshack.com within *
*    5 days to complete a short survey and *
*          give us your feedback.        *
*****************************************

RadioShack is not responsible for any personal or other information
on a returned item.

EX. 118-64

MLF0036774

RADIOSHACK THANKS YOU.

RADIOSHACK
MANCHESTER CENTER
3402 N BLACKSTONE #180
FRESNO, CA 93726-5308
(559) 222-6483

Last Valid Day for Return is 7/2/2014,
see back of receipt for full return policy

| | |
|---|---|
| 1400232 | $49.99 |
| OLYMPUS VN-721PC RECORDER | |
| 1125770 | ($49.99) * |
| PROTECTION PLAN CLAIM CREDIT | |

Authorization Number:
30625813
Covered SKU:
1400232

| | |
|---|---|
| SubTotal | $0.00 |
| TOTAL | $0.00 |

Total Items Sold: 2

Store: 013866  Register: 01    Tran: 3199
Operator: KV         Sales Associate: KV
Ticket #: 013199     6/2/2014 2:15:52 PM

013866013199001060214001

Your name, address and the original sales
receipt are required for all refunds.
Sales and returns are subject to the terms
and conditions identified on the back.

Shop online 24/7 at
http://www.radioshack.com

******************************************
*          Tell us about your          *
*        shopping experience!          *
*                                      *
* Visit www.tellradioshack.com within  *
* 5 days to complete a short survey and *

Ex. 118-65

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

1. What is the name of the Facility? _Sears_

2. What is the address of the Facility? _Manchester Center 01283636 Blackstone Ave_

3. When did you visit the Facility? _6/2/14_ (Date) _2:00 pm_ (Time)

4. Was this your first visit to the Facility? _No_

5. If you have been to the Facility before, please list the date and times of each visit if you can remember, or give an estimate of how often you go. _7_

6. What was the purpose of your visit? _Pants_

7. Who accompanied you to the Facility? _Grandson Ronny_

8. What car did you drive to the Facility? _Mine_

9. Did you drive yourself or did you get a ride from someone else? _I drove_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. _In de parking spot_

11. Was it difficult for you to park there? If so, why? _No_

12. How did you unload from your vehicle? _Rear_

13. What side of the vehicle did you unload from? Driver or passenger? _Driver_

14. Did anyone help you to transfer onto your wheelchair? Who? _Yes, Ronny_

15. Did you encounter any problems transferring onto your wheelchair? Describe. _No, because Ronny helped me with my chair._

16. Which way did you go from the parking to the entrance of the Facility? _To access isle_

17. Did you encounter any problems on your way to the entrance, for example a ramp? Describe. _Yes, Ramp went into the street and ramp was sho_ _steep and narrow, and access isle short._

18. Did you encounter any problems opening the door? Describe. _No_

19. What did you purchase (or what meal did you have there)? _Pants_

20. Did you need to use the restroom while you were at the Facility? Why? _No_

21. Describe any problems you encountered with the following (or write "Did not need to use" or "No problems")

MLF0036777

Sink: N|A

Toilet: N|A

Urinal: N|A

Toilet paper: N|A

Toilet seat covers: N|A

Paper towels/hand dryer: N|A

Soap dispenser: N|A

Other: N|A

22. Did you have any problem maneuvering inside the restroom? N|A

23. Was there any seating provided inside the Facility? N|A

24. Were you able to sit comfortably at the table? If not, why? N|A

25. Did you use the counter to pay for purchase? Which one? Yes, one by shorts, shirts, pant.

26. Did you pay with cash or credit card? Credit

27. Was the counter accessible? If not, describe: No, counter was wide Ronny had to give card and sign reciept

28. Did you have any other problems inside the Facility? Describe. Yes, the dressing room didn't have grab bars grandson had to come in and help me.

29. Which way did you go after you left the Facility? Out door to access isle to car.

30. Any problems getting back to your vehicle? No

31. Any problems transferring from your wheelchair to your vehicle? No, because Ronny helped me with my chair

32. Any additional information you believe would assist us in evaluating this inquiry?

Yes, the dressing didn't have grab bars so Ronny had to come in and help me.

MLF0036778

**Sears**

MANCHESTER CTR  01208
3636 N BLACKSTONE AVE
FRESNO, CA 93726-5304
559-244-3300

SALESCHECK # 012085329710

| TRAN# | PG/STORE | REG# | ASSOC# |
|-------|----------|------|--------|
| 9710 | 15 01208 | 532 | 41889 |

SALE

| 41 68926098 ERWH THIN SAL | 19.99T |
|---|---|
| UPC: 786664549702 | |
| 41 73443098 SS INTERLO SAL | 17.99T |
| UPC: 786664120697 | |
| 43 17072363 WORKPANT,D SAL | 24.99T |
| UPC: 029311067571 | |
| SUBTOTAL | 62.97 |
| TAX 08.225% | 5.18 |

CARD TYPE: MASTERCARD
ACCT #: W7245/0
 AUTH CODE: 32577Z/E
06/02/14    MASTERCARD TOTAL    68.15

CRC: 4539-5612-6729-1949-0619

CARDHOLDER ACKNOWLEDGES RECEIPT
OF GOODS AND/OR SERVICES IN THE
AMOUNT OF
$68.15
WITH AMOUNTS AS SHOWN CHARGED TO
EACH CREDIT CARD IDENTIFIED HEREON,
AND AGREES TO BE BOUND BY THE TERMS
SET FORTH IN THE CARDHOLDER'S
AGREEMENT(S) WITH THE ISSUER(S) OF
THOSE CREDIT CARDS.

* * * * * *

---

**Sears**

MANCHESTER CTR  01208
3636 N BLACKSTONE AVE
FRESNO, CA 93726-5304
559-244-3300

SALESCHECK # 012085329853

REWARDS CARD #: XXXXXXXXXXXX0482

| TRAN# | PG/STORE | REG# | ASSOC# |
|-------|----------|------|--------|
| 9853 | 15 01208 | 532 | 22491 |

EXCHANGE

DATE SOLD: 06/02/14 SOLD BY: 041889
SALES CHECK:          012085329710
| 43 17072363 WORKPANT,D RET | 24.99T- |
|---|---|
| UPC: 0029311067571 | |
| SUBTOTAL | 24.99 - |
| END OF RETURNED MERCHANDISE---- | |
| 43 17072403 WORKPANT,D SAL | 24.99T |
| UPC: 029311067731 | |
| SUBTOTAL | .00 |
| TAX | .00 |

CRC: 4439-5913-2769-1949-0619

THE FOLLOWING TENDER(S) PLUS TAX PAID
FROM THE RETURNED MERCHANDISE HAVE
BEEN APPLIED TO YOUR PURCHASE
THIRD PARTY CREDIT 24.99

---

MLF0036779

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

ADAI No.

(Facility)

1. What is the name of the Facility? _Sports Fan_

2. When did you visit the Facility? _9/23/13_(Date) _3 50 pm_ (Time)

3. What is the address of the Facility? _1901 E Shields manchester mall Fresno_

4. Was this your first visit to the Facility? _NO_

5. How many times have you visited the Facility? _?_ If more than one visit, please list the date and time if you know it. _?_

6. What was the purpose of your visit? _get profits_

7. Who accompanied you to the Facility? _Show_

8. What car did you drive to the Facility? _~~Escap~~ Min_

9. Did you drive yourself of did you get a ride from someone else? _I Drove_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. _In D/P spot_

11. Was it difficult for you to park there? _Yes Sign not Right And_

12. Why? _Also DiCalln ground And Access Isle not marked clearly_

13. How did you unload from your vehicle? _Rear_

14. What side of the vehicle did you unload from? Driver or passenger? _Driver_

15. Did anyone help you to transfer onto your wheelchair? _Show_

16. What problems did you encounter transferring onto your wheelchair?

_payment cranked_

17. Which way did you go from the parking to the entrance of the Facility? _to Access Issle to Ramp_

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.

_Access + Ramp Cracked up And Ramp very steep_

19. Did you encounter any problems opening the door? Describe why. _Going into Mall Door Heavy And Trashold Show had to hold Door open fore me_

20. Did you have any problems inside the Facility? Describe. _Yes_

EX. 118-69

MLF0036781

_Issle in Store I got not get Thur had to push thing oot of way to get Thur_

21. What did you purchase (or what meal did you have there). Describe: _Hats_

22. Have you used the restroom at the Facility? _No_

23. Why did you need to use the restroom? _____

24. Did you use the sink? _____

25. Any problems? _____

26. Did you use the urinal? _____

27. Did you use the toilet? _____

28. Did you use the toilet paper? _____

29. Did you use paper towels? _____

30. Did you use the soap dispenser? _____

31. Did you have any problem maneuvering inside the restroom? _____

32. Where did you sit? _____

33. Was there any seating provided inside the Facility? _No_

34. Was it wheelchair accessible? _NO_

35. Where you comfortable at the table? _N/A_

36. Did you use the counter to pay for purchase? _Yes I could not get to counter Thow had to give my card And sign for me could not Reach._

37. Which counter did you use? _____

38. Was the counter accessible? _No See Above_

39. Which way did you go after you left the Facility? _out to candy store_

40. Any problems getting back to your vehicle? _yes_

41. Any problems transferring from your wheelchair to your vehicle? _yes_

42. If you have any additional information you believe would assist us in evaluating this inquiry.

MLF0036782

SALES DRAFT

ALL AMER. SPORTS FAN#1
1901 E. SHIELDS / S194
FRESNO, CA 937265300
TERMINAL 2020121

227521160993
04/25/2014  17:19:52

MC
  XXXXXXXXXXXX7245
AUTH. TRANS. ID. MCWJF0I45    0425A090
INVOICE    39004 H02
AUTH. CODE 20929Z

SALE TOTAL                    $10.82

CUSTOMER COPY



ALL AMERICAN
Sports FAN

MANCHESTER MALL
1901 E. Shields Ave #194
Fresno, CA 93726
(559) 226-8334

DATE    04/25/2014      FRI
SALE MERCHANDISE        $10.00
TAX TOTAL               $0.82
TOTAL          $10.82
CREDIT CARD $10.82
NO.000480 REG01 JOSEPH    TIME 17:18
THANK YOU!

SALES DRAFT

ALL AMER. SPORTS FAN#1
1901 E. SHIELDS / S194
FRESNO, CA 937265300
TERMINAL 2020121

227521160993
05/05/2014  17:52:18

MC
  XXXXXXXXXXXX7245
AUTH. TRANS. ID. MCWVODK68    0505A090
INVOICE    49004 H02
AUTH. CODE 01819Z

SALE TOTAL                    $24.84

CUSTOMER COPY



ALL AMERICAN
Sports FAN

MANCHESTER MALL
1901 E. Shields Ave #194
Fresno, CA 93726
(559) 226-8334

DATE    05/05/2014      MON
Home and Office        $22.95
TAX TOTAL               $1.89
TOTAL          $24.84
CREDIT CARD $24.84
NO.000621 REG01 ROBERT    TIME 17:50
THANK YOU!

EX. 118-71

**MLF0036783**

ALL AMERICAN
SPORTS FAN
MANCHESTER MALL
909-266-8134
NO RETURNS/EXCHANGES
AFTER 10 DAYS- ALL
SALE/EVENT MDSE FINAL

09-23-13  H402

28 MONTH
SALE MDSE    25.00T
SUBTL        25.00
TAX           2.06
VS CARD      27.06

ITEM    1
CSHR1111:342 15:51TN

SALES DRAFT

ALL AMER. SPORTS FAN#1
1901 E. SHIELDS / S194
FRESNO, CA 937265300
TERMINAL 2020121

227521160993
09/23/2013   15:53:26

V I S A
XXXXXXXXXXXX4008
AUTH. TRANS. ID.  163266823370579DPDVE 90
INVOICE    33002 H02
AUTH. CODE  06557B

SALE TOTAL              $27.06

CUSTOMER COPY

MLF0036784

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

1. What is the name of the Facility? _Manchester Steak House_

2. What is the address of the Facility? _1801 E Shields Ave ste 114_

3. When did you visit the Facility? _5/24/14_ (Date) _2 - 7³⁰pm_ (Time)

4. Was this your first visit to the Facility? _No_

5. If you have been to the Facility before, please list the date and times of each visit if you can remember, or give an estimate of how often you go. _?_

6. What was the purpose of your visit? _To eat Dinner me And my (randsons_

7. Who accompanied you to the Facility? _Ronny Jason_

8. What car did you drive to the Facility? _MINE_

9. Did you drive yourself or did you get a ride from someone else? _I DROVE_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. _In O/p spot Right in Front of the door_

11. Was it difficult for you to park there? If so, why? _No_

12. How did you unload from your vehicle? _Rear_

13. What side of the vehicle did you unload from? Driver or passenger? _Drive_

14. Did anyone help you to transfer onto your wheelchair? Who? _Yes, Jason_

15. Did you encounter any problems transferring onto your wheelchair? Describe. _No, because Jason helped me with my chair._

16. Which way did you go from the parking to the entrance of the Facility? _To access isle_

17. Did you encounter any problems on your way to the entrance, for example a ramp? Describe. _Yes, ramp went out too street and ramp doesn't line up with access isle._

18. Did you encounter any problems opening the door? Describe. _Yes, threshold and door way heavy._

19. What did you purchase (or what meal did you have there)? _3 Dinners._

20. Did you need to use the restroom while you were at the Facility? Why? _Yes, because I had to go._

21. Describe any problems you encountered with the following (or write "Did not need to use" or "No problems"):

EX. 118-73

MLF0036785

Sink: Yes, sink too high and not wrapped

Toilet: Yes

Urinal: No

Toilet paper: Yes

Toilet seat covers: No

Paper towels/hand dryer: Yes

Soap dispenser: Yes

Other: Yes, door was heavy closed on me going in and out and stall door did not shut all the way.

22. Did you have any problem maneuvering inside the restroom? Yes, door was heavy and shut on me going in and out.

23. Was there any seating provided inside the Facility? Yes

24. Were you able to sit comfortably at the table? If not, why? No, because the ~~worker~~ worker had to move 2 chairs at our table and I almost knock over the table behind me and he grabbed it and water glass and table leg couldn't set up to the table.

25. Did you use the counter to pay for purchase? Which one? No, paid at the table

26. Did you pay with cash or credit card? Credit Card

27. Was the counter accessible? If not, describe: Didn't use the counter.

28. Did you have any other problems inside the Facility? Describe. Yes, couldn't sit up to the table.

29. Which way did you go after you left the Facility? Out door to accessible to car.

30. Any problems getting back to your vehicle? Yes, ramp was steep

31. Any problems transferring from your wheelchair to your vehicle? No, because Jason helped me with chair.

32. Any additional information you believe would assist us in evaluating this inquiry?
The bathroom door closed on me going in and out. On the way out he opened the door and locked it open. And the table behind me was way too close almost knocked it over.

MLF0036786

MANCHESTER ARMS HOUSE
1901 E SHIELDS STE14
FRESNO, CA 9 726
(559) 228-0608

Sale

Merchant ID: 542929801132083
Term ID: LK160841
05/24/14                    20:27:11
Bat.N:  000568     In.,#: 000607

MASTERCARD     Entry Method: S
XXXXXXXXXXXXX7245
Seq #: 0001    Appr Code: 200192
Amount:            $      33.99
Tip:

================================
Total:

================================

APPROVED

Customer Copy
*THANK YOU*

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

ADAI No.

(Facility)

1. What is the name of the Facility? _Tom Kew English_

2. When did you visit the Facility? _____ (Date) _____ (Time)  _Manchester mall_

3. What is the address of the Facility? _3402 N Blackstone AVE. #118_

4. Was this your first visit to the Facility? _Yes_

5. How many times have you visited the Facility? _____ If more than one visit, please list the date and time if you know it. _____

6. What was the purpose of your visit? _Gift for grandson_

7. Who accompanied you to the Facility? _Jhon_

8. What car did you drive to the Facility? _I drove_

9. Did you drive yourself of did you get a ride from someone else? _minn_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. _In D/p spot_

11. Was it difficult for you to park there? _Yes Sign not Right ACcuss Issle_

12. Why? _And Dicullson Ground not visABle_

13. How did you unload from your vehicle? _Rear_

14. What side of the vehicle did you unload from? Driver or passenger? _Driver_

15. Did anyone help you to transfer onto your wheelchair? _Jhon_

16. What problems did you encounter transferring onto your wheelchair?

_Yes payment cracked up_

17. Which way did you go from the parking to the entrance of the Facility? _to ACcuss t Ramp_

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.

_ACcess t Ramp All cracked up Ramp very steep_

19. Did you encounter any problems opening the door? Describe why. _Yes going into small Door Closed on me Jhon Held open for me Trustold._

20. Did you have any problems inside the Facility? Describe. _yes_

EX. 118-76

MLF0036788

_I could only get Down one ISSle then I had to Back out of that one_ ~~to the~~

21. What did you purchase (or what meal did you have there). Describe: _Bumper Sticker Because I could not get to what I Really wanted to see Jhon went to phone store guy_

22. Have you used the restroom at the Facility? _Just set Behind counter._

23. Why did you need to use the restroom? _____

24. Did you use the sink? _____

25. Any problems? _____

26. Did you use the urinal? _____

27. Did you use the toilet? _____

28. Did you use the toilet paper? _____

29. Did you use paper towels? _____

30. Did you use the soap dispenser? _____

31. Did you have any problem maneuvering inside the restroom? _____

32. Where did you sit? _____

33. Was there any seating provided inside the Facility? _No_

34. Was it wheelchair accessible? _No_

35. Where you comfortable at the table? _N/A_

36. Did you use the counter to pay for purchase? _Yes_

37. Which counter did you use? _it was hard to sign Recipts_

38. Was the counter accessible? _?_

39. Which way did you go after you left the Facility? _To the phone store_

40. Any problems getting back to your vehicle? _Yes_

41. Any problems transferring from your wheelchair to your vehicle? _Yes_

42. If you have any additional information you believe would assist us in evaluating this inquiry.

EX. 118-77

MLF0036789

TOM KEN ENG.
3402 N BLACKSTO
FR5 NO. CA
PHONE (559)

Sale

ID: 75105121                    #:    0002
09/23/13                        15:24:37
Batch #: 188

VISA
XXXXXXXXXXXX4008
Appr Code: 03165B      Invoice#: 000002
Total:                        $ 4.00

Customer Copy
THANK YOU!
HAVE A NICE DAY!

MLF0036790



PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

1. What is the name of the Facility? Unique

2. What is the address of the Facility? 3602 N. Blackstone Ave, Fresno, CA

3. When did you visit the Facility? 6/9/14 (Date) 2:00 (Time)

4. Was this your first visit to the Facility? No

5. If you have been to the Facility before, please list the date and times of each visit if you can remember, or give an estimate of how often you go. ?

6. What was the purpose of your visit? Shorts

7. Who accompanied you to the Facility? Grandson Ronny

8. What car did you drive to the Facility? Mine

9. Did you drive yourself or did you get a ride from someone else? I drove

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. In first d/p parking stall to left of entrance by Manchester Steak house

11. Was it difficult for you to park there? If so, why? No

12. How did you unload from your vehicle? Rear

13. What side of the vehicle did you unload from? Driver or passenger? Driver

14. Did anyone help you to transfer onto your wheelchair? Who? Grandson Ronny

15. Did you encounter any problems transferring onto your wheelchair? Describe. No, grandson helped Me.

16. Which way did you go from the parking to the entrance of the Facility? Up ramp to door

17. Did you encounter any problems on your way to the entrance, for example a ramp? Describe. half ramp goes into driveway and doesn't line up with access isle

18. Did you encounter any problems opening the door? Describe. door heavy

19. What did you purchase (or what meal did you have there)? 2 pairs of shorts

20. Did you need to use the restroom while you were at the Facility? Why? No restroom so went to restroom to the left of store

21. Describe any problems you encountered with the following (or write "Did not need to use" or "No problems":

MLF0036791

Sink: Yes

Toilet: Yes

Urinal: Yes

Toilet paper: Yes

Toilet seat covers: Yes

Paper towels/hand dryer: Yes

Soap dispenser: Yes

Other: door really heavy

22. Did you have any problem maneuvering inside the restroom? Yes

23. Was there any seating provided inside the Facility? No

24. Were you able to sit comfortably at the table? If not, why? N/A

25. Did you use the counter to pay for purchase? Which one? Yes, only one

26. Did you pay with cash or credit card? Credit

27. Was the counter accessible? If not, describe: No to high grandson had to give them card and I had to sign in my lap on a notepad

28. Did you have any other problems inside the Facility? Describe: Isles very small hard to get around in store.

29. Which way did you go after you left the Facility? Out door threw Mall towards car

30. Any problems getting back to your vehicle? Car parked on top of ramp barly able to get to car

31. Any problems transferring from your wheelchair to your vehicle? No grandson brought me to door and put chair in car.

32. Any additional information you believe would assist us in evaluating this inquiry?

MLF0036792

```
                    UNIQUE
        3602 N BLACKSTONE AVE
                    #113
              FRESNO CA 93726

TERMINAL ID.:                    75575468


VISA
**************8374 EXP:**/**         SWIPED
SALE
BATCH: 000471      INV: 000003
Jun 09, 14              14:01
RRN: 416021201863 AUTH: 009790
TRAN SEQ #: 002305

TRANSACTION ID: 304160757043235

APPROVAL 009790

TOTAL              $42.79


RONALD MOORE



              CUSTOMER COPY
```

MLF0036793



# DOLLAR TREE STORES, INC.

Store# 1964                    (559) 221-1601
3730 North Blackstone
Ave
Fresno CA 93726-5306
===============================================

| DESCRIPTION | QTY | PRICE | TOTAL |
|---|---|---|---|
| TRASH BAGS | 1 | 1.00 | 1.00T |
| MR PIBB | 1 | 1.00 | 1.00T |
| DEPOSIT | 1 | 0.05 | 0.05T |
| HAIR GEL 5Z | 1 | 1.00 | 1.00T |

          Sub Total        $3.05
          SALES TAX        $0.25
          Total            $3.30
          Visa             $3.30
          ************4008           S
          Auth. Code: 068988

==================================================
Thank You for Shopping at Dollar Tree
        Where Everything's $1.00
   Now Shop On-Line at Dollartree.com
==================================================

************************************************
*        We value your opinion!              *
*      Please provide your feedback at        *
*        www.dollartreefeedback.com          *
* Receive chances to win $1,000 daily plus*
*  instant prizes valued at $1,500 weekly  *
*      or by calling 1-877-368-2540.         *
*  For complete rules, eligibility and sweepstakes  *
*    period and previous winners please visit    *
*        www.dollartreefeedback.com          *
*    No purchase/survey required to enter.    *
*    Sweepstakes sponsored by Empathica, Inc.   *
*      across multiple international clients.    *
*       Survey Code: 1916 0882 2349 0109       *
*                                             *
*   We will gladly exchange any unopened item  *

EX. 118-82

MLF0036838



**Dollar Tree Stores, Inc.**

Store# 1964                    (559) 221-1601
3730 North Blackstone
Ave
Fresno CA 93726-5306
========================================
DESCRIPTION          QTY  PRICE      TOTAL
----------------------------------------
POWER STICK SPRAY     1   1.00       1.00T
POWERSTICK SPRAY      1   1.00       1.00T
LED FLASH LIGHT       1   1.00       1.00T
JAR CANDLE 3Z         1   1.00       1.00T
JAR CANDLES           1   1.00       1.00T
JAR CANDLES           1   1.00       1.00T

         Sub Total          $6.00
         SALES TAX          $0.49
         Total              $6.49
         Visa               $6.49
         ************4008       S
         Auth. Code: 03500B

========================================
Thank You for Shopping at Dollar Tree
       Where Everything's $1.00
   Now Shop On-Line at Dollartree.com
========================================

2025 01964 01 022 57055     9/23/13 17:34
Sales Associate:angie

MLF0036839

# DOLLAR TREE STORES, INC.®

Store# 1964
3730 North Blackstone
Ave
Fresno CA 93746-5306                    (559) 221-1601

| DESCRIPTION | QTY | PRICE | TOTAL |
|---|---|---|---|
| AAA BATTERIES | 1 | 1.00 | 1.00T |
| AAA BATTERIES | 1 | 1.00 | 1.00T |
| HOUSEHOLD CONSUMAB | 1 | 1.00 | 1.00T |
| AWESOME PREMASH | 1 | 1.00 | 1.00T |
| SIXLETS 3.5Z | 1 | 1.00 | 1.00N |

| | |
|---|---|
| Sub Total | $5.00 |
| GENERAL EXEM | $0.00 |
| SALES TAX | $0.33 |
| Total | $5.33 |
| MasterCard | $5.33 |
| xxxxxxxxxxxx7245 | S |
| Auth. Code: 03969Z | |

=================================
Thank You for Shopping at Dollar Tree
Where Everything's $1.00
Now Shop On-Line at DollarTree.com
=================================

2968 01964 05 055 61676           4/25/14 17:47
Sales Associate:jessica

MLF0036840

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

ADAI No.

(Facility)

1.  What is the name of the Facility? _Dollar tree_

2.  When did you visit the Facility? _9/23/13_ (Date) _5 30 pm_ (Time)

3.  What is the address of the Facility? _3736 N Blackstone_

4.  Was this your first visit to the Facility? _No_

5.  How many times have you visited the Facility? _?_ If more than one visit, please list the date and time if you know it. _?_

6.  What was the purpose of your visit? _Cawdlis And sprays_

7.  Who accompanied you to the Facility? _Jhow_

8.  What car did you drive to the Facility? _mint_

9.  Did you drive yourself of did you get a ride from someone else? _I nvove_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. _In O/p spot_

11. Was it difficult for you to park there? _Yes_

12. Why? _It was on A slop And in A Rain Ditch_

13. How did you unload from your vehicle? _Rear_

14. What side of the vehicle did you unload from? Driver or passenger? _Driver_

15. Did anyone help you to transfer onto your wheelchair? _Jhow_

16. What problems did you encounter transferring onto your wheelchair?

_Yes Slop uneven ground_

17. Which way did you go from the parking to the entrance of the Facility? _to Ramp_

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.

_Yes the IS A UNeven cuRB Before Ramp And Ramp gos into ANother Ramp Both very Steep_

19. Did you encounter any problems opening the door? Describe why. _Trashold_

20. Did you have any problems inside the Facility? Describe. _Yes_

EX. 118-85

MLF0036836

_Then Asked if I could use Restroom D/A_
_Restroom was told out of order_

21. What did you purchase (or what meal did you have there). Describe: _Candles and sprays_

22. Have you used the restroom at the Facility? _told out of order_

23. Why did you need to use the restroom? _Then Another Costomer_

24. Did you use the sink? _Came out to my car and said Rest_
_Rooms are open Now_

25. Any problems?

26. Did you use the urinal? _I was Already in car_

27. Did you use the toilet? _Leaving._

28. Did you use the toilet paper?

29. Did you use paper towels?

30. Did you use the soap dispenser?

31. Did you have any problem maneuvering inside the restroom?

32. Where did you sit?

33. Was there any seating provided inside the Facility?

34. Was it wheelchair accessible? _No_

35. Where you comfortable at the table? _N/A_

36. Did you use the counter to pay for purchase? _yes_

37. Which counter did you use? _The only one Open in Front of Door_

38. Was the counter accessible? _No Then Had to Run my card Ther to High_

39. Which way did you go after you left the Facility? _Out Door Down Ramps Then Had to Help me Because Steep_

40. Any problems getting back to your vehicle? _yes Ramps After payment_

41. Any problems transferring from your wheelchair to your vehicle? _yes Unevean ground Slooped_

42. If you have any additional information you believe would assist us in evaluating this inquiry.

MLF0036837

```
         MTB #0713 FRESNO  CA
             000000713
         3744 N BLACKSTONE AVE
          FRESNO, CA 93726
           (559) 221-0444
```

# Sale

```
Clerk ID: 229
ID: 004
Merchant ID: 000000652883
Bank ID: 1340

03/04/14                      18:46:17
Batch#: 063001
Retrieval Ref #: 31544720
```

VISA                    **Entry Method: Swiped**

XXXXXXXXXXXX4008

Appr Code: 092338          Inv #: 000035

Total:              $       40.54

Customer Copy
THANK YOU

MLF0036852

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

ADAI No.

(Facility)

1. What is the name of the Facility? *Home Town Buffett*

2. When did you visit the Facility? *3/4/14* (Date) *730 pm* (Time)

3. What is the address of the Facility? *3744 N Blackstone Fresno*

4. Was this your first visit to the Facility? *NO*

5. How many times have you visited the Facility? *?* If more than one visit, please list the date and time if you know it. *?*

6. What was the purpose of your visit? *To Eat*

7. Who accompanied you to the Facility? *Wife And Grandson*

8. What car did you drive to the Facility? *Mine*

9. Did you drive yourself of did you get a ride from someone else? *I drove*

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. *In D/P Spot*

11. Was it difficult for you to park there? *yes*

12. Why? *There Is A Drainage Ditch Behind*

13. How did you unload from your vehicle? *Rear*

14. What side of the vehicle did you unload from? Driver or passenger? *Driver*

15. Did anyone help you to transfer onto your wheelchair? *my Grandson*

16. What problems did you encounter transferring onto your wheelchair?

*My grand son Halpul me are I coldnot Have a Down it*

17. Which way did you go from the parking to the entrance of the Facility? *Up Access Issue*

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.

*Ramp Steep And uneven*

19. Did you encounter any problems opening the door? Describe why. *yes Heabey and closal on me*

20. Did you have any problems inside the Facility? Describe. *yes*

EX. 118-88

MLF0036850

I could not Reach some of the Food And coneiments Also Dessets And Ice Cream Cone And mechine to high

**21. What did you purchase (or what meal did you have there). Describe:** 3 meals

**22. Have you used the restroom at the Facility?** Yes

**23. Why did you need to use the restroom?** Had to go

**24. Did you use the sink?** Yes

**25. Any problems?** Yes

**26. Did you use the urinal?**

**27. Did you use the toilet?** Yes

**28. Did you use the toilet paper?** Yes

**29. Did you use paper towels?** Yes

**30. Did you use the soap dispenser?**

**31. Did you have any problem maneuvering inside the restroom?**

**32. Where did you sit?** At table

**33. Was there any seating provided inside the Facility?** Yes

**34. Was it wheelchair accessible?** No

**35. Where you comfortable at the table?** No Leg under toBle no way to sit UP to table

**36. Did you use the counter to pay for purchase?** Yes

**37. Which counter did you use?** Oxthy one

**38. Was the counter accessible?** It was very wide And Hard to sign

**39. Which way did you go after you left the Facility?** Out Door to car

**40. Any problems getting back to your vehicle?** Going Down Ramp

**41. Any problems transferring from your wheelchair to your vehicle?** No only Because my Godsen did it are I could not Have done it.

**42. If you have any additional information you believe would assist us in evaluating this inquiry.**

MLF0036851

```
                    JOS JOS
                701 W SHAW AVE
               CLOVIS, CA 93612
                 559-322-1788
Merchant ID: 230063901
Term ID: 0005
Server ID: 4

                   Sale

VISA
XXXXXXXXXXXX4008
Entry Method: Swiped
Apprvd: Online    Batch#: 000001
02/17/14                13:30:17

Inv#: 00000071 Appr Code: 050998

Amount:          $       20.44
Tip:
                       ------------
Total:
                       ============

          Customer Copy
           THANK YOU!
```

MLF0037337

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

ADAI No.

(Facility)

1. What is the name of the Facility? Jus Jo's

2. When did you visit the Facility? 2/17/14 (Date) 1:30 (Time)

3. What is the address of the Facility? 701 W. Shaw Ave. Clovis CA

4. Was this your first visit to the Facility? NO

5. How many times have you visited the Facility? 7 If more than one visit, please list the date and time if you know it. ?

6. What was the purpose of your visit? Breakfast

7. Who accompanied you to the Facility? Grandson Ronny

8. What car did you drive to the Facility? Mine

9. Did you drive yourself of did you get a ride from someone else? I Drove

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. across street in available DP parking space

11. Was it difficult for you to park there? Not really

12. Why? No a Route of travel across street

13. How did you unload from your vehicle? Rear

14. What side of the vehicle did you unload from? Driver or passenger? Driver

15. Did anyone help you to transfer onto your wheelchair? Grandson Ronny

16. What problems did you encounter transferring onto your wheelchair?

Not much grandson helped Me

17. Which way did you go from the parking to the entrance of the Facility? across street to der

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.

No route of travel

19. Did you encounter any problems opening the door? Describe why. high threshold

20. Did you have any problems inside the Facility? Describe. Yes no were for Me in waiti area I was blocking bathroom doors

EX. 118-91

**MLF0037323**

Waiter tried to seat Me at a booth had to Move Chairs to get Me in to table wall on side and behind had to sit sideways because I couldn't turn to table

21. What did you purchase (or what meal did you have there). Describe: 2 breakfast's

22. Have you used the restroom at the Facility? Yes

23. Why did you need to use the restroom? had to go

24. Did you use the sink? Yes

25. Any problems? Cabinet around sink Mirror to high

26. Did you use the urinal? NO

27. Did you use the toilet? Yes

28. Did you use the toilet paper? Yes

29. Did you use paper towels? No to high

30. Did you use the soap dispenser? Yes hard to reach

31. Did you have any problem maneuvering inside the restroom? Yes couldn't get chair all the way in stall had to leave stall door open with chair in way

32. Where did you sit? at a table

33. Was there any seating provided inside the Facility? Yes

34. Was it wheelchair accessible? NO

35. Where you comfortable at the table? No couldn't sit forward at table

36. Did you use the counter to pay for purchase? Yes

37. Which counter did you use? Only one

38. Was the counter accessible? No couldn't reach to high

39. Which way did you go after you left the Facility? towards car

40. Any problems getting back to your vehicle? Not Much

41. Any problems transferring from your wheelchair to your vehicle? Not Much grandson took-R to My door and put chair in car

42. If you have any additional information you believe would assist us in evaluating this inquiry.

MLF0037324

```
            424357639881
          AMERI... BEST VALUE
            16733 VALLEY BLVD
            FONTANA, CA 92335
             909-822-3350

TERMINAL I.D.:              57639881


VISA                    CLK: 1
XXXXXXXX XXXX4008
CHECK-...
BATCH: 00054   ... 0: 111
DATE: 02/05/14        22:59:32
AUTH NO: 020928
INV: 18956
CHECK-IN: 02/05/14
CHECK-OUT: 02/06/14
ACT: E

TOTAL              $69.98


RONALD MOORE


X_____
    I AGREE TO PAY ABOVE TOTAL AMOUNT
    ACCORDING TO CARD ISSUER AGREEMENT
  (MERCHANT AGREEMENT IF CREDIT VOUCHER)


***CUSTOMER COPY***
```

EX. 118-93

**MLF0037974**

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

ADAI No.

(Facility)

1. What is the name of the Facility? _America Best Vaul+_

2. When did you visit the Facility? _2/5/11_(Date) _11 pm_ (Time)

3. What is the address of the Facility? _16780 VAlley Blvd Fontana ca_

4. Was this your first visit to the Facility? _yes_

5. How many times have you visited the Facility? _____ If more than one visit, please list the date and time if you

   know it. _____

6. What was the purpose of your visit? _to sleep_

7. Who accompanied you to the Facility? _No one_

8. What car did you drive to the Facility? _Mine_

9. Did you drive yourself of did you get a ride from someone else? _I drove_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your

    vehicle. _IN D/p Spot_

11. Was it difficult for you to park there? _yes_

12. Why? _I had to park IN ACcess Issle Because I could not get out of my car_

13. How did you unload from your vehicle? _Rear_

14. What side of the vehicle did you unload from? Driver or passenger? _Driver_

15. Did anyone help you to transfer onto your wheelchair? _No_

16. What problems did you encounter transferring onto your wheelchair?

    _had to get BAck in car and move it over so I could get my chair_

17. Which way did you go from the parking to the entrance of the Facility? _to ACcess Issle_

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.

    _Ramp Very Very short and steep took 20R3 times to get up_

19. Did you encounter any problems opening the door? Describe why. _yes Ramp in Front of Door opened outward Very hard to get in_

20. Did you have any problems inside the Facility? Describe. _yes where you hang cloths high_

EX. 118-94

MLF0037958

*Door matts in Front of every door making it*

*havel to get Down walkway guy had to Rekey my Key*

then saw J was having troble with door in the So he moled one in

21. What did you purchase (or what meal did you have there). Describe: _Room_

Front of my Room. TRAShold to the Room very high

22. Have you used the restroom at the Facility? _yes_

23. Why did you need to use the restroom? _Needed to_

24. Did you use the sink? _Yes_

25. Any problems? _hair Dryer High_

26. Did you use the urinal? _____

27. Did you use the toilet? _yes_

28. Did you use the toilet paper? _yes_

29. Did you use paper towels? _yes_

30. Did you use the soap dispenser? _yes_

31. Did you have any problem maneuvering inside the restroom? _No_

32. Where did you sit? _yes_

33. Was there any seating provided inside the Facility? _N/A_

34. Was it wheelchair accessible? _Yes_

35. Where you comfortable at the table? _No_ Had to move chair out of
way to get to table
36. Did you use the counter to pay for purchase? _yes_

37. Which counter did you use? _only one_

38. Was the counter accessible? _No guy had to come out from Behind_
Glass counter and have me fill out paper and pay
39. Which way did you go after you left the Facility? _out Door to Room_

40. Any problems getting back to your vehicle? _Yes Almost did not get up Ramp with_
my cloths guy next Door Ask if I needed help to get up Ramp
41. Any problems transferring from your wheelchair to your vehicle?
Because he saw me try to get up 3 or 4 times

42. If you have any additional information you believe would assist us in evaluating this inquiry.

MLF0037959

Hotel

There is NO why to check in
at Front Have to go to middle
of Hotel to O/P parking Then
All the way Back to the LoBBy
Ramp is very Short And very Very
steep took me 2 on 3 times to get
up

There is Door matts in Front
of every Door in walk-way making
it Hard to get By

Front Door has tile or Brick with
the Big Lip And it gos up steep Der
opens outward making it very hard
to get in toot 2 on 3 times to Be ABle
to get into LoBBy

Counter WAy High
guy came out with a check Borad
And had me Fill paper out
then he opend Door for me on way
out
Key did not work so I had to go
Back in same thing with Door
He Rekeyed And then he Same to
He Room with me to open Door
he saw that place matts were in
the way So the moved the one in
Front of my Door
TRASHold very hard to get over

MLF0037960

When I went out to get my
cloths And stuff I could not
get up Ramp so guy came over
and offerd to push me up.
Sink not wrapped
Cloths Rack very High ~~head~~ ~~hand~~
Hair Dryer to High
Light are High By the Bed.

MLF0037961

STOP-N-SHOP LIQUOR

THANK YOU!

02/19/2014 6:38PM    01
0000000#5810        CLERK01

GROCERY              $1.20

ITEMS         10
***TOTAL       $1.20
CASH           $5.00
CHANGE         $3.80

MLF0038248

STOP-N-SHOP LIQUOR

THANK YOU!

02/19/2014  6:38PM    01
000000#5810          CLERK01

GROCERY                    $1.20

ITEMS          10
***TOTAL      $1.20
CASH          $5.00
CHANGE        $3.80

EX. 118-99

MLF0038215

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE
ADAI No. 1918
(Facility)

1. What is the name of the Facility? Stop-N-Shop liquor

2. When did you visit the Facility? 2/9/14 (Date) 6:40 (Time)

3. What is the address of the Facility? 3093 E. McKinley Ave. Fresno CA.

4. Was this your first visit to the Facility? No

5. How many times have you visited the Facility? ? If more than one visit, please list the date and time if you
   know it. ?

6. What was the purpose of your visit? lotto tickets

7. Who accompanied you to the Facility? Grandson Ronny

8. What car did you drive to the Facility? Mine

9. Did you drive yourself of did you get a ride from someone else? I Drove

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your
    vehicle.

11. Was it difficult for you to park there? Yes No DP parking /signs

12. Why? No route of travel /accessisle

13. How did you unload from your vehicle? Rear

14. What side of the vehicle did you unload from? Driver or passenger? Driver

15. Did anyone help you to transfer onto your wheelchair? Grandson Ronny

16. What problems did you encounter transferring onto your wheelchair?

Parking lot really sloped

17. Which way did you go from the parking to the entrance of the Facility?

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.

19. Did you encounter any problems opening the door? Describe why. door small barley got
threw door
20. Did you have any problems inside the Facility? Describe. Yes

EX. 118-100

MLF0038213

isles to small couldn't get to drinks

21. What did you purchase (or what meal did you have there). Describe: Arizona tea

22. Have you used the restroom at the Facility? NO

23. Why did you need to use the restroom? N/A

24. Did you use the sink? N/A

25. Any problems? N/A

26. Did you use the urinal? N/A

27. Did you use the toilet? N/A

28. Did you use the toilet paper? N/A

29. Did you use paper towels? N/A

30. Did you use the soap dispenser? N/A

31. Did you have any problem maneuvering inside the restroom? N/A

32. Where did you sit? N/A .

33. Was there any seating provided inside the Facility? N/A

34. Was it wheelchair accessible? NO

35. Where you comfortable at the table? N/A

36. Did you use the counter to pay for purchase? Yes

37. Which counter did you use? only one

38. Was the counter accessible? Some what

39. Which way did you go after you left the Facility? out door to car

40. Any problems getting back to your vehicle? Yes parking lot reelly sloped

41. Any problems transferring from your wheelchair to your vehicle? Not Much grandson helped Me to My door

42. If you have any additional information you believe would assist us in evaluating this inquiry.

MLF0038214



**RITE AID**
PHARMACY

## With us, it's personal.

Store #05863
6074 N FIRST
FRESNO, CA  93710
(559) 431-5110

Register #6 Transaction #474504
Cashier #58636978  4/17/14  8:56PM

```
1 ICE CREAM  COLOSSAL DIP      3.99  F
1 ICE CREAM TRIPLE DIP         3.29  F
1 ICE CREAM  COLOSSAL DIP      3.99  F

3 Items          Subtotal     11.27
                      Tax       .00
                    Total     11.27
    *MASTER*                   11.27
        MASTER card * #XXXXXXXXXXXX7245
        App # AUTO
        Ref # 96737Z
        Card Present
                 Tendered     11.27
              Cash Change       .00
```

THANK YOU FOR SHOPPING AT RITE AID



F - Food Stamp Fli---

MLF0038822

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

ADAI No.

(Facility) ,

1. What is the name of the Facility? *Rite Aid*

2. When did you visit the Facility? *4/17/14* (Date) *9pm* (Time)

3. What is the address of the Facility? *6047 N First*

4. Was this your first visit to the Facility? *No*

5. How many times have you visited the Facility? *?* If more than one visit, please list the date and time if you know it. *?*

6. What was the purpose of your visit? *Ice Cream*

7. Who accompanied you to the Facility? *my grandson Roung And Juson*

8. What car did you drive to the Facility? *Mine*

9. Did you drive yourself of did you get a ride from someone else? *I drove*

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. *in D/P spot*

11. Was it difficult for you to park there? *No*

12. Why? _____

13. How did you unload from your vehicle? *rear*

14. What side of the vehicle did you unload from? Driver or passenger? *Driver*

15. Did anyone help you to transfer onto your wheelchair? *yes my grandson*

16. What problems did you encounter transferring onto your wheelchair?

*I had help But cracks in pavement*

17. Which way did you go from the parking to the entrance of the Facility? *No Access Issue*

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.

*Cracks in Access Issle*

19. Did you encounter any problems opening the door? Describe why. *No*

20. Did you have any problems inside the Facility? Describe. *yes*

EX. 118-103

MLF0038834

I could not see what the Ice cream Looked like so I had to keep Asking girl to let me try some A lot of times telling but I'm sorry but could not see Ice cream

21. What did you purchase (or what meal did you have there). Describe: _____

3 - Triple Scoops

22. Have you used the restroom at the Facility? _No_

23. Why did you need to use the restroom? _____

24. Did you use the sink? _____

25. Any problems? _Yes the lady had to Bring my Ice cream out from Behind counter to me Because I was last and my grant sons_

26. Did you use the urinal? _walked off counter to High_

27. Did you use the toilet? _____

28. Did you use the toilet paper? _____

29. Did you use paper towels? _____

30. Did you use the soap dispenser? _____

31. Did you have any problem maneuvering inside the restroom? _____

32. Where did you sit? _____

33. Was there any seating provided inside the Facility? _____

34. Was it wheelchair accessible? _____

35. Where you comfortable at the table? _____

36. Did you use the counter to pay for purchase? _Yes_

37. Which counter did you use? _Only one_

38. Was the counter accessible? _No She had to come get my card then had to come Back out to Have me my Recipt Because counter to High_

39. Which way did you go after you left the Facility? _out Door to car_

40. Any problems getting back to your vehicle? _No_

41. Any problems transferring from your wheelchair to your vehicle? _No_

42. If you have any additional information you believe would assist us in evaluating this inquiry.

MLF0038835

**GOLDEN HORSE CHINESE**
**4313 N BLACKSTONE AV**
**FRESNO, CA 93726**
**559-227-8808**

TERMINAL I.D.:                    2015
MERCHANT # :

**MASTERCARD**
################7245
**SALE**
BATCH: 000327      INV: 000010
DATE: APR 17, 14      TIME: 19:16
                   AUTH:02167Z

**BASE**              **$44.30**

**TIP**          $_____.____

**TOTAL**        $_____.____

TIP GUIDE
FF% = $29.23 FF% = $29.23 FF% = $29.23

RONALD D MOORE

CUSTOMER COPY

MLF0038935

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

ADAI No.

(Facility)

1. What is the name of the Facility? _Golden Horse Chinese_

2. When did you visit the Facility? _4/17/14_ (Date) _7:00 pm_ (Time)

3. What is the address of the Facility? _4313 N Blackstone Ave_

4. Was this your first visit to the Facility? _?_

5. How many times have you visited the Facility? _?_ If more than one visit, please list the date and time if you know it. _?_

6. What was the purpose of your visit? _To eat_

7. Who accompanied you to the Facility? _My wife and grandson's_

8. What car did you drive to the Facility? _mine_

9. Did you drive yourself of did you get a ride from someone else? _I drove_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. _In Front_

11. Was it difficult for you to park there? _No Sign_

12. Why? _No Restrct Travl_

13. How did you unload from your vehicle? _Rear_

14. What side of the vehicle did you unload from? Driver or passenger? _Driver_

15. Did anyone help you to transfer onto your wheelchair? _My Grandson's_

16. What problems did you encounter transferring onto your wheelchair?

_none_

17. Which way did you go from the parking to the entrance of the Facility? _Across Rd_

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.

_Crackd In payment_

19. Did you encounter any problems opening the door? Describe why. _Doors Heavy and Hard Double Doors_

20. Did you have any problems inside the Facility? Describe. _carpet Hard to Roll on_

EX. 118-106

MLF0038962

21. What did you purchase (or what meal did you have there). Describe: _4 meals_

22. Have you used the restroom at the Facility? _Yes_

23. Why did you need to use the restroom? _Had to go_

24. Did you use the sink? _Yes  Sink not wrepped_

25. Any problems? _Sink had lip on it made it hard to get to soap con up to sink Light switch to high Head Dryer to high._

26. Did you use the urinal? _____

27. Did you use the toilet? _Yes  Stall Door did not close hard to close it_

28. Did you use the toilet paper? _Yes_

29. Did you use paper towels? _Hand Dryer hard to use came to turn it on_

30. Did you use the soap dispenser? _Soap on counter dispenser could not Reach_

31. Did you have any problem maneuvering inside the restroom? _Yes_

32. Where did you sit? _Table_

33. Was there any seating provided inside the Facility? _Yes_

34. Was it wheelchair accessible? _Some what_

35. Where you comfortable at the table? _not Bad_

36. Did you use the counter to pay for purchase? _Yes But had to call my grandson over to pay_

37. Which counter did you use? _only one_

38. Was the counter accessible? _No it was over my Head my grandson came and gave and signed card._

39. Which way did you go after you left the Facility? _out Door to Back_

40. Any problems getting back to your vehicle? _No_

41. Any problems transferring from your wheelchair to your vehicle? _My Grandson Helped_

42. If you have any additional information you believe would assist us in evaluating this inquiry.

MLF0038963

SAVE ON LIQUOR
4988 N FRESNO ST
FRESNO, CA 93726

04/17/2014                    20:24:38
MID: 000000003360574      TID: 05301252

CREDIT CARD

MC SALE

| | |
|---|---|
| CARD # | XXXXXXXXXXXX7245 |
| Chip Card: | MasterCard |
| Chip Card AID: | A0000000041010 |
| ATC: | 0001 |
| TC: | 26BE72E0EB1132B4 |
| INVOICE | 0037 |
| SEQ #: | 0036 |
| Batch #: | 000187 |
| Approval Code: | 961562 |
| Entry Method: | Chip Read |
| Mode: | Issuer |

SALE AMOUNT              $4.67

CUSTOMER COPY

MLF0039001

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

ADAI No.

(Facility)

1. What is the name of the Facility? _Save on Liquor_

2. When did you visit the Facility? _4/17/14_ (Date) _8.20_ (Time)

3. What is the address of the Facility? _4988 N Fresno St_

4. Was this your first visit to the Facility? _?_

5. How many times have you visited the Facility? _?_ If more than one visit, please list the date and time if you know it. _?_

6. What was the purpose of your visit? _To get a Cigar and A Drink_

7. Who accompanied you to the Facility? _My grandson_

8. What car did you drive to the Facility? _Mine_

9. Did you drive yourself of did you get a ride from someone else? _I Drove_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. _In Front of Store to Left of Ramp_

11. Was it difficult for you to park there? _Yes_

12. Why? _No Sign No Spots no Rout of Travel_

13. How did you unload from your vehicle? _Rear_

14. What side of the vehicle did you unload from? Driver or passenger? _Driver_

15. Did anyone help you to transfer onto your wheelchair? _My Grandson_

16. What problems did you encounter transferring onto your wheelchair?

_My grandson Brought it to me_

17. Which way did you go from the parking to the entrance of the Facility? _~~~~ Up Ramp_

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.

_Ramp go's into street Also Steep_

19. Did you encounter any problems opening the door? Describe why. _Open But Narrow_

20. Did you have any problems inside the Facility? Describe. _Yes_

EX. 118-109

MLF0039048

Could not get Down to where Fountain Drinks were And Grandson had to Do it & they were to high Anyway

**21. What did you purchase (or what meal did you have there). Describe:** Chew and DRINK

I could not get A cirgar Because I could Not get Down either Issue to them I even Asked the guy how Mu

**22. Have you used the restroom at the Facility?** for cirgar's she $7.00 then he got

**23. Why did you need to use the restroom?** Bussy and that way that I even told him I could not get to them.

**24. Did you use the sink?**

**25. Any problems?** Issue - to narrow

**26. Did you use the urinal?**

**27. Did you use the toilet?**

**28. Did you use the toilet paper?**

**29. Did you use paper towels?**

**30. Did you use the soap dispenser?**

**31. Did you have any problem maneuvering inside the restroom?**

**32. Where did you sit?**

**33. Was there any seating provided inside the Facility?**

**34. Was it wheelchair accessible?** No

**35. Where you comfortable at the table?**

**36. Did you use the counter to pay for purchase?** Yes

**37. Which counter did you use?** Only one

**38. Was the counter accessible?** No my Grandson Jason had to sign Reciep t After the guy at store Ran card for me could not Reach !

**39. Which way did you go after you left the Facility?** Out Door

**40. Any problems getting back to your vehicle?** NO

**41. Any problems transferring from your wheelchair to your vehicle?** NO

**42. If you have any additional information you believe would assist us in evaluating this inquiry.**

MLF0039049

ZLFREDOS INC.
4030 N. BLACKSTONE AVE.
FRESNO, CA 93726

Merchant ID: 021600085
Term ID: 0001

# Sale

MSTRCARD
XXXXXXXXXXXX7245
Entry Method: Swiped
Apprvd: Online    Batch#: 000001
04/14/14              19:41:39

Inv#: 00000012 Appr Code: 25625Z

Amount:        $      85.57
Tip:

Total:         $   98.00

Customer Copy

THANK YOU FOR YOUR BUSINESS!

EX. 118-111

MLF0039194

YEM KABOB
4030 N BLACKSTON
FRESNO, CA. 9372
359-441-7050

## SALE

Server #: 000001

REF#: 00000013

Batch #: 068
04/30/15                                    14:46:36
APPR CODE: 091218
Trace: 13
VISA                                        Swiped
*************4008                           **/**

**AMOUNT**          $18.95

**TIP**        $ _____ _____

**TOTAL**      $ _____ _____

APPROVED

THANK  AJ

CUSTOMER COPY

MLF0039195

YEM KABOB
4030 N BLACKSTONE
FRESNO, CA 93726
359-441-7050

SALE

Server #: 000001

REF#: 00000013

Batch #: 068                    14:46:36
04/30/15
APPR CODE: 09126
Trace: 13
VISA
***********4008                 Swiped
                                **/**

AMOUNT              $18 95

TIP         $ _____

TOTAL       $ _____

APPROVED

THANK U

Cust/Merchant Copy

EX. 118-113

**MLF0039433**

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

ADAI No.

(Facility)

1. What is the name of the Facility? _Z/Freds_

2. When did you visit the Facility? _4/14/44_ (Date) _7:30_ (Time)

3. What is the address of the Facility? _4030 No Blackstone Ave Fresno_

4. Was this your first visit to the Facility? _no_

5. How many times have you visited the Facility? _3_ If more than one visit, please list the date and time if you

   know it. _3_

6. What was the purpose of your visit? _To eat_

7. Who accompanied you to the Facility? _my wife and grandsons_

8. What car did you drive to the Facility? _mine_

9. Did you drive yourself of did you get a ride from someone else? _I Drove_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your

    vehicle. _In D/P spot_

11. Was it difficult for you to park there? _yes_

12. Why? _Because it Blocked the Ramp_

13. How did you unload from your vehicle? _Door_

14. What side of the vehicle did you unload from? Driver or passenger? _Driver_

15. Did anyone help you to transfer onto your wheelchair? _My Grandson_

16. What problems did you encounter transferring onto your wheelchair?

    _None_

17. Which way did you go from the parking to the entrance of the Facility? _To Ramp_

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.

    _yes Ramp Was a half Curb and was Blocked By my Car_

19. Did you encounter any problems opening the door? Describe why. _yes Door Heavy Trashold_

20. Did you have any problems inside the Facility? Describe. _yes_

EX. 118-114

MLF0039518

_____

_____

21. What did you purchase (or what meal did you have there).  Describe: *4 meals*

_____

22. Have you used the restroom at the Facility? *yes*

23. Why did you need to use the restroom? *Had to go*

24. Did you use the sink? *yes not wrapped*

25. Any problems? *yes two doors got stuck in Door Leaving*

26. Did you use the urinal? _____

27. Did you use the toilet? *No Hand Rails could not get my chair into Stall grandson Helped me*

28. Did you use the toilet paper? *yes*

29. Did you use paper towels? *Hand Dryer High*

30. Did you use the soap dispenser? *Counter Low hard to get to soap*

31. Did you have any problem maneuvering inside the restroom? *yes I got stuck trying to Leave had to yell to get my grandsons to help me get out of Rest Room*

32. Where did you sit? *Table*

33. Was there any seating provided inside the Facility? *yes*

34. Was it wheelchair accessible? *NO*

35. Where you comfortable at the table? *NO Legs in way had to set with Back*

36. Did you use the counter to pay for purchase? *yes*

37. Which counter did you use? *only one*

38. Was the counter accessible? *NO had to have my Grandson come give them my card and sign it Very very high*

39. Which way did you go after you left the Facility? *out Doors Lady held Door for me to car*

40. Any problems getting back to your vehicle? *Just my car in way of Ramp*

41. Any problems transferring from your wheelchair to your vehicle? *No grandson did it.*

42. If you have any additional information you believe would assist us in evaluating this inquiry.

MLF0039519

YOUR RECEIPT
THANK YOU

05/09/2014  3:44PM    01
000000#3332    CLERK01

DEPT.01         TI $1.59
DEPT.01         TI $0.99
MDSE ST         $2.58
TAX1            $0.21

ITEMS         2Q
***TOTAL      $2.79
CASH          $5.00
CHANGE        $2.21

MLF0039805

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

ADAI No.

(Facility)

1. What is the name of the Facility? _Dollar 97 Plus Store_

2. When did you visit the Facility? _5/9/14_ (Date) _345pm_ (Time)

3. What is the address of the Facility? _2464 N MARK's AVE_

4. Was this your first visit to the Facility? _yes_ _No_

5. How many times have you visited the Facility? _2_ If more than one visit, please list the date and time if you know it. _2_

6. What was the purpose of your visit? _SoAp And Glue._

7. Who accompanied you to the Facility? _Jhonny_

8. What car did you drive to the Facility? _mini_

9. Did you drive yourself of did you get a ride from someone else? _I Drove_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. _in D/p spot_

11. Was it difficult for you to park there? _yes_

12. Why? _Because of Drainage Ditch Behind car_

13. How did you unload from your vehicle? _Rear_

14. What side of the vehicle did you unload from? Driver or passenger? _Driver_

15. Did anyone help you to transfer onto your wheelchair? _yes Jhonny_

16. What problems did you encounter transferring onto your wheelchair?

_Drainage Ditch_

17. Which way did you go from the parking to the entrance of the Facility? _AROUND curb to Access iSSla Street cRacked_

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.

_Ramp gos into street Ramp cRAcked Narrow_

19. Did you encounter any problems opening the door? Describe why. _yes Treshold High And Door closed on me._

20. Did you have any problems inside the Facility? Describe. _yes it wAs Almost_

MLF0039803

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

ADAI No.

(Facility)

_Impossible to get Thru any of the Issue_

21. What did you purchase (or what meal did you have there). Describe: _Soap And Colve_
_Could not get Anything Else Because I could_
_not get in the store knocking things over_

22. Have you used the restroom at the Facility? _No_

23. Why did you need to use the restroom? _____

24. Did you use the sink? _____

25. Any problems? _____

26. Did you use the urinal? _____

27. Did you use the toilet? _____

28. Did you use the toilet paper? _____

29. Did you use paper towels? _____

30. Did you use the soap dispenser? _____

31. Did you have any problem maneuvering inside the restroom? _____

32. Where did you sit? _____

33. Was there any seating provided inside the Facility? _____

34. Was it wheelchair accessible? _No_

35. Where you comfortable at the table? _N/A_

36. Did you use the counter to pay for purchase? _Yes_

37. Which counter did you use? _onhy one_

38. Was the counter accessible? _NO Thonny had to give him my_
_card then gave it BACK Because No credit just cash, so Thonny_
_gave him the move to High to wide_

39. Which way did you go after you left the Facility? _Out Door to Left_

40. Any problems getting back to your vehicle? _yes Ramp steep NARROW And gós_
_FW to Drainage Ditch street Really All Broke up_

41. Any problems transferring from your wheelchair to your vehicle? _Thonnay took me to_
_My Door then put chair in car_

42. If you have any additional information you believe would assist us in evaluating this inquiry.

EX. 118-118

MLF0039804

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

ADAI No.

(Facility)

1. What is the name of the Facility? _Chinese ~~~~ Pagoda Room_

2. When did you visit the Facility? _5/9/14_ (Date) _230pm_ (Time)

3. What is the address of the Facility? _2450 N Marks Ave_

4. Was this your first visit to the Facility? _NO_

5. How many times have you visited the Facility? _?_ If more than one visit, please list the date and time if you

   know it. _?_

6. What was the purpose of your visit? _Food_

7. Who accompanied you to the Facility? _Thonny_

8. What car did you drive to the Facility? _mine_

9. Did you drive yourself of did you get a ride from someone else? _I drove_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your

    vehicle. _In D/p spot_

11. Was it difficult for you to park there? _yes_

12. Why? _Drainage Ditch Behind car_

13. How did you unload from your vehicle? _Rear'_

14. What side of the vehicle did you unload from? Driver or passenger? _Driver_

15. Did anyone help you to transfer onto your wheelchair? _Yes Thonny Brought my_
    _Chair to me_
16. What problems did you encounter transferring onto your wheelchair?

    _Just street and Drainage ditch Road Really Bad_

17. Which way did you go from the parking to the entrance of the Facility? _To Access Issle_

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.

    _Ramp gos into Street Very Narrow And cracked up_
    _9 feet_
19. Did you encounter any problems opening the door? Describe why. _yes Door Heavy_
    _Trashold_
20. Did you have any problems inside the Facility? Describe. _yes No where to sit_

EX. 118-119

MLF0039812

*I had to sit in the middle of the Room Becau. No where else I could go*

21. What did you purchase (or what meal did you have there). Describe: *Food 3 meal - Soup And Ribs*

22. Have you used the restroom at the Facility? _____

23. Why did you need to use the restroom? _____

24. Did you use the sink? _____

25. Any problems? _____

26. Did you use the urinal? _____

27. Did you use the toilet? _____

28. Did you use the toilet paper? _____

29. Did you use paper towels? _____

30. Did you use the soap dispenser? _____

31. Did you have any problem maneuvering inside the restroom? _____

32. Where did you sit? *In middle of the Room*

33. Was there any seating provided inside the Facility? *yes*

34. Was it wheelchair accessible? *No*

35. Where you comfortable at the table? *N/A table taken*

36. Did you use the counter to pay for purchase? *yes*

37. Which counter did you use? *only one*

38. Was the counter accessible? *No Thowey gave him my card And my Also had to Sign it Because why to high*.

39. Which way did you go after you left the Facility? *out Door to Right*

40. Any problems getting back to your vehicle? *yes going Down Ramp to Ditch Street and Ramp Very Bad*

41. Any problems transferring from your wheelchair to your vehicle? *Thowey took me to my Poor*

42. If you have any additional information you believe would assist us in evaluating this inquiry.

MLF0039813

CHINESE TO GO PAGODA ROOM
2450 N MARKS AVE
FRESNO, CA 93722-
FRESNO        CA 93722-

Merchant ID: 110239878
Term ID: 2013

## Sale

MSTRCARD
XXXXXXXXXXXX7245
Entry Method: Swiped
Apprvd: Online    Batch#: 000001
05/09/14                14:31:46

Inv#: 00000005 Appr Code: 8S899Z

Amount:        $      24.36
Tip:

Total:

Customer Copy

THANK YOU

MLF0039814

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

ADAI No.

(Facility)

1. What is the name of the Facility? _①_ EVER GREEN

2. When did you visit the Facility? 5/9/14 (Date) 12:56 pm (Time)

3. What is the address of the Facility? 2414 N. Marks Ave

4. Was this your first visit to the Facility? No

5. How many times have you visited the Facility? 7 If more than one visit, please list the date and time if you know it. 7

6. What was the purpose of your visit? To get a drinLs

7. Who accompanied you to the Facility? Jhonny

8. What car did you drive to the Facility? Mine

9. Did you drive yourself of did you get a ride from someone else? I Drove

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. In dp parking spot on right side

11. Was it difficult for you to park there? ~~~~ No

12. Why? N/A

13. How did you unload from your vehicle? Rear

14. What side of the vehicle did you unload from? Driver or passenger? Driver

15. Did anyone help you to transfer onto your wheelchair? Jhonny

16. What problems did you encounter transferring onto your wheelchair?

None because Jhonny brought my chair to my door because if not big drainage ditch no way I could get my chair out.

17. Which way did you go from the parking to the entrance of the Facility? To access isle

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.

Ramps go into street, pavement was cracked on ramp

19. Did you encounter any problems opening the door? Describe why. Yes, doors heavy doors closed on me

20. Did you have any problems inside the Facility? Describe. Yes, Isles too small too narrow.

EX. 118-122

MLF0039815

_Fountain drinks too high Jhonny had to get it for me, caps out of reach._

21. What did you purchase (or what meal did you have there). Describe: _Fountain drinks_

22. Have you used the restroom at the Facility? _N/A_

23. Why did you need to use the restroom? _N/A_

24. Did you use the sink? _N/A_

25. Any problems? _N/A_

26. Did you use the urinal? _N/A_

27. Did you use the toilet? _N/A_

28. Did you use the toilet paper? _N/A_

29. Did you use paper towels? _N/A_

30. Did you use the soap dispenser? _N/A_

31. Did you have any problem maneuvering inside the restroom? _N/A_

32. Where did you sit? _N/A_

33. Was there any seating provided inside the Facility? _N/A_

34. Was it wheelchair accessible? _No_

35. Where you comfortable at the table? _N/A_

36. Did you use the counter to pay for purchase? _Yes_

37. Which counter did you use? _Only one_

38. Was the counter accessible? _No, too high Jhonny also had to pay and sign the reciept._

39. Which way did you go after you left the Facility? _To access isle_

40. Any problems getting back to your vehicle? _No_

41. Any problems transferring from your wheelchair to your vehicle?

42. If you have any additional information you believe would assist us in evaluating this inquiry.

MLF0039816

EVERGREEN FOOD STORE
2411 N MARKS AVE
FRESNO, CA 93722
559-233-2701

Bat ID: 2642
Merchant ID: 140000206641
Term ID: 002

Sale

XXXXXXXXXXXX7245
MASTERCARD                    Entry Method: Swiped

Total: $                           8.26

05/09/14                          12:56:54
Inv #: 000000            Appr Code: 956932
Apprvd: Online              Ref #:: 12960H
Retrieval Ref #: 11433044

Decline

MLF0039817

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

ADAI No.

(Facility)

*Fresh Donuts*
*2418 N MARKS*

1. What is the name of the Facility? *Doughnut Shop*

2. When did you visit the Facility? *5/9/14* (Date) *2 50pm* (Time)

3. What is the address of the Facility? *2456 N MARKS And eliton*

4. Was this your first visit to the Facility? *NO*

5. How many times have you visited the Facility? *?* If more than one visit, please list the date and time if you

   know it. *?*

6. What was the purpose of your visit? *Doughnuts and milkss*

7. Who accompanied you to the Facility? *Showny*

8. What car did you drive to the Facility? *Mine*

9. Did you drive yourself of did you get a ride from someone else? *I Drove*

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your

    vehicle. *IN P/p spot*

11. Was it difficult for you to park there? *Yes*

12. Why? *Road All cracked up And Dreinaig Ditch*

13. How did you unload from your vehicle? *Rear*

14. What side of the vehicle did you unload from? Driver or passenger? *Drivers*

15. Did anyone help you to transfer onto your wheelchair? *Yes Jhonny*

16. What problems did you encounter transferring onto your wheelchair?

*Yes had to Bring my chair to me Because of
Dreinage Ditch And cracked and hole in Road.*

17. Which way did you go from the parking to the entrance of the Facility? *To Access Issle*

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.

*Ramp goes into street steep Narrow And cracked*

19. Did you encounter any problems opening the door? Describe why. *Heavy And Trushold*

20. Did you have any problems inside the Facility? Describe. *Yes Ice Box Door*

EX. 118-125

MLF0039831

*Very very hard to ppen had to use my Carr to get milk Down*

21. What did you purchase (or what meal did you have there). Describe: *Doughnut & milks*

22. Have you used the restroom at the Facility? _____

23. Why did you need to use the restroom? _____

24. Did you use the sink? _____

25. Any problems? _____

26. Did you use the urinal? _____

27. Did you use the toilet? _____

28. Did you use the toilet paper? _____

29. Did you use paper towels? _____

30. Did you use the soap dispenser? _____

31. Did you have any problem maneuvering inside the restroom? _____

32. Where did you sit? _____

33. Was there any seating provided inside the Facility? _____

34. Was it wheelchair accessible? _____

35. Where you comfortable at the table? _____

36. Did you use the counter to pay for purchase? *Yes*

37. Which counter did you use? *only one*

38. Was the counter accessible? *No High and wide Thommy gave her my card*

39. Which way did you go after you left the Facility? *OUt Door to Right to my Car*

40. Any problems getting back to your vehicle? *bump into Ditch and hole in Road*

41. Any problems transferring from your wheelchair to your vehicle? *No Because take to my Door and then I hommy put chair in car*

42. If you have any additional information you believe would assist us in evaluating this inquiry.

MLF0039832

YOUR RECEIPT
THANK YOU
CALL AGAIN

```
REG   05-09-2014 14:48
                  000006
DEPT09            $1.40
DEPT09            $1.40
DEPT09            $1.65
DEPT09            $1.65
TOTAL             $6.10
CASH             $20.00
CHANGE           $13.90
```

MLF0039833

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

ADAI No.

(Facility)

1. What is the name of the Facility? _PALKA BAZAR_

2. When did you visit the Facility? _5/9/14_ (Date) _11:40 pm_ (Time)

3. What is the address of the Facility? _2435 N MARKS_

4. Was this your first visit to the Facility? _nos_

5. How many times have you visited the Facility? _?_ If more than one visit, please list the date and time if you know it. _?_

6. What was the purpose of your visit? _to get Turkey cooker_

7. Who accompanied you to the Facility? _Thonny_

8. What car did you drive to the Facility? _Mine_

9. Did you drive yourself of did you get a ride from someone else? _I Drove_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. _In D/p spot_

11. Was it difficult for you to park there? _Yes_

12. Why? _Drawn Ditch street All cracked up_

13. How did you unload from your vehicle? _Ren_

14. What side of the vehicle did you unload from? Driver or passenger? _Driver_

15. Did anyone help you to transfer onto your wheelchair? _Yes_

16. What problems did you encounter transferring onto your wheelchair?

_Thonny Brought my chair to my Door_

17. Which way did you go from the parking to the entrance of the Facility? _to Access Issle_

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.

_Ramp go's Into street Narrow All cracked up steep_

19. Did you encounter any problems opening the door? Describe why. _Heavy trashold_

20. Did you have any problems inside the Facility? Describe. _Ice Box very hard to_

MLF0039834

_Open had to use my cane to get Drick Pop Down Jhonny had to shut it_

21. What did you purchase (or what meal did you have there). Describe: _Juice_

_Have to go Back with JR to see if Turkey cooker will work_

22. Have you used the restroom at the Facility? _No_

23. Why did you need to use the restroom? _____

24. Did you use the sink? _____

25. Any problems? _____

26. Did you use the urinal? _____

27. Did you use the toilet? _____

28. Did you use the toilet paper? _____

29. Did you use paper towels? _____

30. Did you use the soap dispenser? _____

31. Did you have any problem maneuvering inside the restroom? _____

32. Where did you sit? _____

33. Was there any seating provided inside the Facility? _____

34. Was it wheelchair accessible? _Treats were to High to see. some of Them._

35. Where you comfortable at the table? _N/A_

36. Did you use the counter to pay for purchase? _yes_

37. Which counter did you use? _Only one to wide and had to lip on it_

38. Was the counter accessible? _No Jhonny had to give them my card And Also sign it_

39. Which way did you go after you left the Facility? _out Door to car_

40. Any problems getting back to your vehicle? _Ramp go into Drainage Ditch street &Sl Really Bad_

41. Any problems transferring from your wheelchair to your vehicle? _No Because Jhonny took me to my Door over Ditches And holes in street_

42. If you have any additional information you believe would assist us in evaluating this inquiry.

MLF0039835

PALKA BAZAR
2438 N MARKS AVE
FRESNO, CA 93792

05/06/2014                          14:44:29
Merchant ID:              000000002403317
Terminal ID:                     03575961
345174930882

CREDIT CARD

MC SALE

CARD #                   XXXXXXXXXXXX7245
INVOICE                              0007
Batch #:                           000840
Approval Code:                     17977Z
Entry Method:                      Swiped
Mode:                              Online

SALE AMOUNT                         $2.17

CUSTOMER COPY

EX. 118-130

Palka Bazar
2438 N. Marks Ave.
Fresno C. 93722

#007673  05/09/2014  1:42:31PM
01 CLERK01                    000000

1@ 2.00                      T,$2.00
DEPT.02
MDSE ST                        $2.00
TAX1                           $0.17

ITEMS 1Q
CASH                         $2.17

Phone# 1- (559) 237-3333

Thank you

**MLF0039836**

2414 N Marks Ave
Fresno
CA 93722
Tel : 5592332701
Site Number   12054479

PAID IN
Cash                              20.00
**Total**                         **20.00**

Number 1817505              ORIGINAL
1 HARRY             06/21/2014 17:59
       Thank you for shopping with us

MLF0039837



EX. 118-132

MLF0040395

Brake Job
Parts & LABOR

SURFACE ALL ROTORS
$250.00

MLF0040396

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

1. What is the name of the Facility? Punjab Auto Repair

2. What is the address of the Facility? 16060 N. Cedar Ave. Fresno CA

3. When did you visit the Facility? 5/21/14 _____ (Date) 2:00 _____ (Time)

4. Was this your first visit to the Facility? Yes

5. If you have been to the Facility before, please list the date and times of each visit if you can remember, or give an estimate of how often you go. Plan on going back to get breaks Service (Estimate Attached)

6. What was the purpose of your visit? Oil Change and break check

7. Who accompanied you to the Facility? Grandson Ronny

8. What car did you drive to the Facility? Mine

9. Did you drive yourself or did you get a ride from someone else? I drove

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. In front of office

11. Was it difficult for you to park there? If so, why? Yes No signs or D/P parking

12. How did you unload from your vehicle? Rear

13. What side of the vehicle did you unload from? Driver or passenger? Driver

14. Did anyone help you to transfer onto your wheelchair? Who? Grandson Ronny

15. Did you encounter any problems transferring onto your wheelchair? Describe. Street extremely cracked

16. Which way did you go from the parking to the entrance of the Facility? Could not get to entrance No ramp head to go behind cars to go in garage to talk to guy

17. Did you encounter any problems on your way to the entrance, for example a ramp? Describe. No ramp Couldn't get in waiting room had to sit in parking lot in the heat!

18. Did you encounter any problems opening the door? Describe. No couldn't get to it

19. What did you purchase (or what meal did you have there)? An oil change

20. Did you need to use the restroom while you were at the Facility? Why? No restroom

21. Describe any problems you encountered with the following (or write "Did not need to use" or "No problems"):

EX. 118-134

MLF0040442

## PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

Sink: N/A

Toilet: N/A

Urinal: N/A

Toilet paper: N/A

Toilet seat covers: N/A

Paper towels/hand dryer: N/A

Soap dispenser: N/A

Other: N/A

22. Did you have any problem maneuvering inside the restroom? N/A

23. Was there any seating provided inside the Facility? Yes, couldn't get into it because of curb

24. Were you able to sit comfortably at the table? If not, why? No table

25. Did you use the counter to pay for purchase? Which one? No grandson had to take card in and pay

26. Did you pay with cash or credit card? Credit

27. Was the counter accessible? If not, describe: I don't know I couldn't get into see

28. Did you have any other problems inside the Facility? Describe. Couldn't get in

29. Which way did you go after you left the Facility? to My car

30. Any problems getting back to your vehicle? Yes Street all cracked up

31. Any problems transferring from your wheelchair to your vehicle? No grandson helped Me to my door and put chair in car

32. Any additional information you believe would assist us in evaluating this inquiry?

No ramp to get in waiting room had to sit in hot sun in parking lot that was all cracked up and I was embaressed because people keep staring at Me and someone had to park in a different spot because I was sitting in a spot in front of of

MLF0040443

PUNJAB AUTO REPAIR
1606 N CEDAR AVE
FRESNO, CA 93703

05/21/2014                          13:58:44
Merchant ID:            000000001960179
Terminal ID:                   02924006
313268865885

CREDIT CARD

MC SALE

CARD #               XXXXXXXXXXXX7245
INVOICE                          0001
Batch #:                       000810
Approval Code:                 93933Z
Entry Method:                   Swiped
Mode:                           Online

SALE AMOUNT                     $40.75


CUSTOMER COPY

MLF0040470

PUNJAB AUTOREPAIR
**1606 N CEDAR AVE**
**FRESNO CA 93703**
**559-252-2711**
**BAR# ARD00264313**

| | | |
|---|---|---|
| **Customer:** RON | **Service Writer:** | SNAEPY |
| **Address:** | **Service Tech:** | SNAEPY |
| **City, State:** | | |
| **Day Phone:** | **VID:** | |
| **Night Phone:** | **Mileage:** | |
| **Fax:** | | |

**Estimate Ref:** 3538
**Date:** May 21, 2014
**Time:** 01:50 PM

**Vehicle:** 2004 Chevy Truck Suburban 1/2 Ton 2WD V8-5.3L VIN T

| Description | Part #/Labor Rate | Qty | Price/Time | Extended |
|---|---|---|---|---|
| OIL CHANGE / NEW OIL FILTER | | 1 | 40.00 | 40.00 |
| | Labor Total | | | 40.00 |
| | Parts Total | | | 0.00 |
| | Sub-Total | | | 40.00 |
| | Total | | | $ 40.00 |

I HEREBY AUTHORIZE THE ABOVE REPAIR WORK TO BE DONE ALONG WITH THE NECESSARY MATERIAL, AND HEREBY GRANT YOU AND/YOUR AMPLOYEES PER-MISSION TO OPERATE THE CAR,TRUCK OR VEHICLE HEREIN DESCRIBED ON STREETS,HIGHWAY OR ELSEWHERE FOR THE PURPOSEOF TESTING AND/OR INSPECTION. AN EXPRESS MECHANIC`S LIEN IS HEREBY ACKNOWLEDGED ON ABOVE CAR, TRUCK OR VEHICLE TO SECURE THE AMOUNT OF REPAIRS THERE TO. YOU ARE ENTITLED TO A PRICE ESTIMATE FOR THE REPAIRS YOU HAVE AUTHORIZED. THE REPAIR PRICE MAY BE LESS THAN THE ESTIMATE, BUT WILL NOT EXCEED THE ESTIMATE WITHOUT YOUR PERMISSION. YOUR SIGNATURE WILL INDICATE YOUR ESTIMATE SELECTION.

TEARDOWN ESTIMATE-I UNDERSTAND THAT MY CAR WILL BE REASSEBLED WITHIN _____ DAYS OF THE DATESHOWN IF I CHOOSE NOT AUTHORIZE THE SERVICES RECOMMENDED. 90 DAYS WARRANTY ON PCM/ELECTRIC DEVICES AND MODULES.NO WARRANTY ON PARTS WHEN CUSTOMER BRING HIS OWN PARTS.

_____     _____
Signature                              Date

MLF0040471

BULLARD U-SAVE LI
778 W BULLARD AVE
FRESNO, CA 93704
(559) 439-3413

Sale

Merchant ID: 542929801091455

Term ID: LK523356

05/22/14                    18:39:44
Batch#: 000157      Inv #: 000040

MASTERCARD      Entry Method: S
XXXXXXXXXXXX7245

Seq.#: 0040    Appr Code: 14777Z

Total:$      11.77

APPROVED

Customer Copy

THANK YOU!

EX. 118-138

**MLF0040578**

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

ADAI No.

(Facility)

1. What is the name of the Facility? Bullard U-Save Liquor

2. When did you visit the Facility? 5/22/14 (Date) 6:40 (Time)

3. What is the address of the Facility? 778 W. Bullard Ave. Fresno CA

4. Was this your first visit to the Facility? NO

5. How many times have you visited the Facility? ? If more than one visit, please list the date and time if you know it. ?

6. What was the purpose of your visit? Stopped to get a bottle and something to drink

7. Who accompanied you to the Facility? grandson Ronny and Jhonny

8. What car did you drive to the Facility? Mine

9. Did you drive yourself of did you get a ride from someone else? I drove

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. in d/p parking spot in front of Store

11. Was it difficult for you to park there? NO

12. Why?

13. How did you unload from your vehicle? Rear

14. What side of the vehicle did you unload from? Driver or passenger? driver

15. Did anyone help you to transfer onto your wheelchair? Jhonny

16. What problems did you encounter transferring onto your wheelchair?

Street Cracked

17. Which way did you go from the parking to the entrance of the Facility? Straight ahead

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.

Cracks in access isle and pavement

19. Did you encounter any problems opening the door? Describe why. No it was already open

20. Did you have any problems inside the Facility? Describe. Yes fountain drinks to high

EX. 118-139

MLF0040575

*Grandson had to get it. Couldn't get down isle to see bottles grandson had to get it*

21. What did you purchase (or what meal did you have there). Describe: *A bottle and a soda*

22. Have you used the restroom at the Facility? *No restroom*

23. Why did you need to use the restroom? *N/A*

24. Did you use the sink? *N/A*

25. Any problems? *N/A*

26. Did you use the urinal? *N/A*

27. Did you use the toilet? *N/A*

28. Did you use the toilet paper? *N/A*

29. Did you use paper towels? *N/A*

30. Did you use the soap dispenser? *N/A*

31. Did you have any problem maneuvering inside the restroom? *N/A*

32. Where did you sit? *N/A*

33. Was there any seating provided inside the Facility? *NO*

34. Was it wheelchair accessible? *NO*

35. Where you comfortable at the table? *N/A*

36. Did you use the counter to pay for purchase? *Yes*

37. Which counter did you use? *Only one*

38. Was the counter accessible? *No to far to reach grandson had to sign reciept*

39. Which way did you go after you left the Facility? *Out door to car*

40. Any problems getting back to your vehicle? *access isle and street cracked*

41. Any problems transferring from your wheelchair to your vehicle? *No Jhonny brought me to mi door and put chair in car*

42. If you have any additional information you believe would assist us in evaluating this inquiry.

MLF0040576

MERCHANT COPY

COAST TO COAST ELECT
3085 W BULLARD AVENUE
FRESNO CA 93711
(559)438-1698

Terminal #:          0001
MAY 28, 14           16:14:45

VISA
************4008 M
SALE                 REF#:004
BATCH #: 712         AUTH #:03094B
AVS: Z

TOTAL                $250.00

APPROVED

CUSTOMER COPY

MLF0040666

MERCHANT COPY

COAST TO COAST ELECT
3885 W BULLARD AVENUE
FRESNO CA 93711
(559)438-1638

Terminal #:            0001
MAY 22, 14         17:49:50

MASTERCARD
XXXXXXXXXXXX7245
SALE                    REF#:005
BATCH #: 709         AUTH #:861842

TOTAL            $20.00

APPROVED

CUSTOMER COPY

MLF0040668

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

1. What is the name of the Facility? Coast to Coast Electronics

2. What is the address of the Facility? 3085 West Bullard Ave Fresno, CA

3. When did you visit the Facility? 5/22/14 (Date) 7.00pm (Time)

4. Was this your first visit to the Facility? Yes

5. If you have been to the Facility before, please list the date and times of each visit if you can remember, or give an estimate of how often you go.

6. What was the purpose of your visit? To fix stereo reciever

7. Who accompanied you to the Facility? Grandson Ronny and Jhonny

8. What car did you drive to the Facility? Mine

9. Did you drive yourself or did you get a ride from someone else? I drove

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. In dp parking spot

11. Was it difficult for you to park there? If so, why? Yes, because there was no signs.

12. How did you unload from your vehicle? Rear

13. What side of the vehicle did you unload from? Driver or passenger? Driver

14. Did anyone help you to transfer onto your wheelchair? Who? Yes, Jhonny

15. Did you encounter any problems transferring onto your wheelchair? Describe. No

16. Which way did you go from the parking to the entrance of the Facility? To access isle

17. Did you encounter any problems on your way to the entrance, for example a ramp? Describe. Yes, because ramp goes from sidewalk into street, ramp doesn't line up with access isle,

18. Did you encounter any problems opening the door? Describe.

19. What did you purchase (or what meal did you have there)? Stereo reciever repair

20. Did you need to use the restroom while you were at the Facility? Why? No restroom

21. Describe any problems you encountered with the following (or write "Did not need to use" or "No problems"):

MLF0040664

# PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

Sink: N/A

Toilet: N/A

Urinal: N/A

Toilet paper: N/A

Toilet seat covers: N/A

Paper towels/hand dryer: N/A

Soap dispenser: N/A

Other: N/A

22. Did you have any problem maneuvering inside the restroom? N/A

23. Was there any seating provided inside the Facility? N/A

24. Were you able to sit comfortably at the table? If not, why? N/A

25. Did you use the counter to pay for purchase? Which one? There was no counter

26. Did you pay with cash or credit card? Credit Card

27. Was the counter accessible? If not, describe: No, because there was no counter

28. Did you have any other problems inside the Facility? Describe. Yes, because there was a TV in the way of the door and facility was way overcrowded with electronic stuff couldn't move much at all inside.

29. Which way did you go after you left the Facility? Out door to access isle to car.

30. Any problems getting back to your vehicle? No, Jhonny brought me to door and put wheelchair into car.

31. Any problems transferring from your wheelchair to your vehicle? No, because Jhonny helped me with chair.

32. Any additional information you believe would assist us in evaluating this inquiry?
Yes, because when leaving went off the edge of the access isle and curb did not line up almost tipped over Jhonny grabbed me stopped me from tipping over.

MLF0040665

Spacetel Corporation
West Shaw Wireless
3759 W. Shaw Ave. Suite103
Fresno, CA 93711
559-277-8861
Fax: (000) 000-0000

SALES RECEIPT



Transaction # 304864
Tran. Date: 5/27/2014
Tran. Time: 4:22:11 PM
Cashier:    Juliana
Register:   2

| Item | Description | Amount |
|------|-------------|--------|
| 1412 | Cricket Samsung Galaxy Express (GSM) Serial No.355273050352461 | $254.99 |
|      | Discount | $5.00 |
| 1046 | TIO Payment | $35.00 |

Payment ID

39379821

Reference Number

362812021

Phone Number

(559) 394-7971

Amount Applied

$35.00

Convenience Fee

$0.00

Total Payment
Amount

$35.00

| 1036 | Esn Change | $15.00 |
| 1421 | Sim Card Fee | $10.00 |

```
          SubTotal:  $314.99
          Discount:  ($5.00)
          Coupons:   $0.00
          Sales Tax: $20.65
          Total:     $330.64

Credit/Debit (7245):  $330.64
```

Return Policy:
- Phone has to be returned within
7 days in new condition with box
- Accessories sales are final, No
refund or exchange
- Service fees are not refundable

EX. 118-145

MLF0040789

# PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

1. What is the name of the Facility? _CRICKet (Spacetel Corporation_

2. What is the address of the Facility? _3759 W Shaw Ave Suite 103_ _Fresno_

3. When did you visit the Facility? _5/27/14_ (Date) _4:00 pm_ (Time)

4. Was this your first visit to the Facility? _Yes_

5. If you have been to the Facility before, please list the date and times of each visit if you can remember, or give an estimate of how often you go. _Have to go Back to get phone case_

6. What was the purpose of your visit? _get phone for grandson his Broke_

7. Who accompanied you to the Facility? _Ronny_

8. What car did you drive to the Facility? _Mini_

9. Did you drive yourself or did you get a ride from someone else? _I drove_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. _In D/p spot In Front TAX place_

11. Was it difficult for you to park there? If so, why? _No_

12. How did you unload from your vehicle? _Rear_

13. What side of the vehicle did you unload from? Driver or passenger? _Driver_

14. Did anyone help you to transfer onto your wheelchair? Who? _Grandson Ronny_

15. Did you encounter any problems transferring onto your wheelchair? Describe. _No Grandson got chair for me_

16. Which way did you go from the parking to the entrance of the Facility? _to Access Isle_

17. Did you encounter any problems on your way to the entrance, for example a ramp? Describe. _Yes Ramp Went from sideway into street Also Access Isle payment in Road And Access Isle cracked._

18. Did you encounter any problems opening the door? Describe. _Yes Door Heavy and closed one me going in got Stuck Also on the the way out_

19. What did you purchase (or what meal did you have there)? _Phone_

20. Did you need to use the restroom while you were at the Facility? Why? _No_

21. Describe any problems you encountered with the following (or write "Did not need to use" or "No problems"):

MLF0040787

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

Sink: _N/A_

Toilet: _N/A_

Urinal: _N/A_

Toilet paper: _N/A_

Toilet seat covers: _N/A_

Paper towels/hand dryer: _N/A_

Soap dispenser: _N/A_

Other: _____

22. Did you have any problem maneuvering inside the restroom? _N/A_

23. Was there any seating provided inside the Facility? _No_

24. Were you able to sit comfortably at the table? If not, why? _N/A_

25. Did you use the counter to pay for purchase? Which one? _Yes only one_

26. Did you pay with cash or credit card? _Credit card._

27. Was the counter accessible? If not, describe: _No It was very very High No way I could get to it._

28. Did you have any other problems inside the Facility? Describe. _Looking at phone they were to High_

29. Which way did you go after you left the Facility? _out Door to Right to Ramp to car_

30. Any problems getting back to your vehicle? _Just Ramp into street_

31. Any problems transferring from your wheelchair to your vehicle? _No Grandson did it_

32. Any additional information you believe would assist us in evaluating this inquiry?

_It was Rediculouse how High counterarms could not almost see over it._

EX. 118-147

MLF0040788

# PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

1. **What is the name of the Facility?** Express Graphics

2. **What is the address of the Facility?** 3759 West Shaw Ave Suite 101 Fresno/ CA

3. **When did you visit the Facility?** 5/27/14 (Date) 3:30pm (Time)

4. **Was this your first visit to the Facility?** Yes

5. **If you have been to the Facility before, please list the date and times of each visit if you can remember, or give an estimate of how often you go.** 1

6. **What was the purpose of your visit?** To get a banner

7. **Who accompanied you to the Facility?** Grandson Ronny

8. **What car did you drive to the Facility?** Mine

9. **Did you drive yourself or did you get a ride from someone else?** I drove

10. **Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle.** In dp parking spot

11. **Was it difficult for you to park there? If so, why?** No

12. **How did you unload from your vehicle?** Rear

13. **What side of the vehicle did you unload from? Driver or passenger?** Driver

14. **Did anyone help you to transfer onto your wheelchair? Who?** Yes, Ronny

15. **Did you encounter any problems transferring onto your wheelchair? Describe.** No, because Ronny helped me with my chair.

16. **Which way did you go from the parking to the entrance of the Facility?** To access isle to left

17. **Did you encounter any problems on your way to the entrance, for example a ramp? Describe.** Yes, ramp went into street and accessible, cracks on pavement.

18. **Did you encounter any problems opening the door? Describe.** No it was open

19. **What did you purchase (or what meal did you have there)?** Estimate on Banner

20. **Did you need to use the restroom while you were at the Facility? Why?** No

21. **Describe any problems you encountered with the following (or write "Did not need to use" or "No problems"):**

MLF0040790

Sink: N/A

Toilet: N/A

Urinal: N/A

Toilet paper: N/A

Toilet seat covers: N/A

Paper towels/hand dryer: N/A

Soap dispenser: N/A

Other: N/A

22. Did you have any problem maneuvering inside the restroom? N/A

23. Was there any seating provided inside the Facility? N/A

24. Were you able to sit comfortably at the table? If not, why? N/A

25. Did you use the counter to pay for purchase? Which one? There was no purchase

26. Did you pay with cash or credit card? N/A

27. Was the counter accessible? If not, describe: No, I had to go on the side and block the walk way, and sit next to the guy on the computer because counter too high.

28. Did you have any other problems inside the Facility? Describe. No

29. Which way did you go after you left the Facility? Out door to left to ramp

30. Any problems getting back to your vehicle? Just the ramp going into street.

31. Any problems transferring from your wheelchair to your vehicle? No, because Ronny helped me with my chair.

32. Any additional information you believe would assist us in evaluating this inquiry?

MLF0040791



**EXPRESS GRAPHICS**
Signs, Banners, Screen Printing, Embroidery & Decals
3759 W. Shaw Ave. Suite 101   93711 Fresno, CA
Tel.: 559-271-5000   Fax: 559-271-5004
www.ExpressGraphicsFresno.com   E-Mail: egfresno@gmail.com

Rd's Marketing
Ron Moore
559-273-1080

**Offer**

| Date | Page | Customer no. | Offer no. |
|------|------|--------------|-----------|
| 05/27/2014 | 1 | | **180** |

| Quantity | Description | Price | TAX | Total price |
|----------|-------------|-------|-----|-------------|
| 1 | **BANNERS**<br>3x10 banner yellow with black writing | 170.00 USD | 8.23 % | 170.00 USD |

| Total net | TAX 8.23 % | Total amount |
|-----------|------------|--------------|
| 170.00 USD | 13.99 USD | **183.99 USD** |

THANK YOU FOR YOUR BUSINESS, WE LOOK FORWARD TO SERVING YOU AGAIN
I approve to process my Order, Express Graphics is not responsible for misspelled, numbers or other corrections
after I sign the proof, after completion of my order any claims regarding my order will not accepted.

Customer Sign:_____

WE REQUIRE A 50% DEPOSIT ON ALL ORDERS.
YOUR DEPOSIT:  $ _____  TOTAL DUE $ :_____

EX. 118-150

MLF0040792

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

1. What is the name of the Facility? _Pacifica Pizza_

2. What is the address of the Facility? _3761 West Shaw Ave Fresno, CA_

3. When did you visit the Facility? _5/27/14_ (Date) _4:30 PM_ (Time)

4. Was this your first visit to the Facility? _No_

5. If you have been to the Facility before, please list the date and times of each visit if you can remember, or give an estimate of how often you go. _____

6. What was the purpose of your visit? _Dinner_

7. Who accompanied you to the Facility? _Grandson Ronny_

8. What car did you drive to the Facility? _Mine_

9. Did you drive yourself or did you get a ride from someone else? _I drove_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. _In do parking spot in front of tax place_

11. Was it difficult for you to park there? If so, why? _No_

_____

12. How did you unload from your vehicle? _Rear_

13. What side of the vehicle did you unload from? Driver or passenger? _Driver_

14. Did anyone help you to transfer onto your wheelchair? Who? _Yes, Ronny_

15. Did you encounter any problems transferring onto your wheelchair? Describe. _No, because Ronny helped me with my chair._

16. Which way did you go from the parking to the entrance of the Facility? _To access isle_

17. Did you encounter any problems on your way to the entrance, for example a ramp? Describe. _Yes, ramp went from sidewalk into street also access isle pavement in road and access isle cracked_

18. Did you encounter any problems opening the door? Describe. _Yes, door heavy and closed on me going in, after dinner Ronny opened door for me so it wouldn't close on me_

19. What did you purchase (or what meal did you have there)? _Dinner_

20. Did you need to use the restroom while you were at the Facility? Why? _No_

21. Describe any problems you encountered with the following (or write "Did not need to use" or "No problems"):

MLF0040805

# PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

Sink: N/A

Toilet: N/A

Urinal: N/A

Toilet paper: N/A

Toilet seat covers: N/A

Paper towels/hand dryer: N/A

Soap dispenser: N/A

Other: N/A

22. Did you have any problem maneuvering inside the restroom? N/A

23. Was there any seating provided inside the Facility? Yes, there was a bench.

24. Were you able to sit comfortably at the table? If not, why? No, because I couldn't get next to the bench no room.

25. Did you use the counter to pay for purchase? Which one? Yes, only

26. Did you pay with cash or credit card? Credit card

27. Was the counter accessible? If not, describe: No, counter was really high grandson had to give card and sign reciept.

28. Did you have any other problems inside the Facility? Describe. Yes, when anybody needed to walk by I had to move because I was in the middle of the isle.

29. Which way did you go after you left the Facility? Outdoor to right to ramp to car.

30. Any problems getting back to your vehicle? Just ramp into street.

31. Any problems transferring from your wheelchair to your vehicle? No, because Ronny helped me with my chair.

32. Any additional information you believe would assist us in evaluating this inquiry?

I had to sit in the middle of the isle when somebody came in the door I had to move. Could not reach soda on top shelf that I wanted lady held open cooler while I got soda with my cane. Ice box hard to open

EX. 118-152

MLF0040806

Pacifica Pizza - West Shaw
3761 W Shaw Ave
Fresno, CA 93711
ph 559-271-5151

Thank you for visiting
www.pacificapizza.com

TABLE: Take Out - 1 Guest
Your server was Maria Barrera
5/27/2014 4:30:58 PM - ID #: O106481

| ITEM | QTY | PRICE |
|------|-----|-------|
| 16 pc. Hot Wings | 1 | $12.99 |
| 2 Lt. Mt. Dew | 1 | $2.59 |
| Subtotal | | $15.58 |
| Taxes | | $1.28 |
| Grand Total | | $16.86 |
| Amount Due: | | $16.86 |
| | | 16.86 |

Credit Purchase
Name          :MOORE/RONALD D
CC Type       :MasterCard
CC Num        :xxxx xxxx xxxx 7245
Reference     :843008
Approval      :11830Z
Server        :Maria Barrera
Ticket Name   :Take Out

Payment Amount:    $16.86

Tip:          _____

Total:        _____

x _____
CUSTOMER COPY
I agree to pay the amount shown above.

Driver
Imprint

EX. 118-153

MLF0040807

RASPADOS DIABLITO LOCO
1228 W.SHIELDS AVE
FRESNO, CA 93705

06/06/2014                              21:03:22
Merchant ID:                    000000002951219
Terminal ID:                           04390114
334254391884

CREDIT CARD

MC SALE

CARD #                          XXXXXXXXXXXX7245
INVOICE                                     0007
Batch #:                                  000510
Approval Code:                            00297Z
Entry Method:                             Swiped
Mode:                                     Online

## SALE AMOUNT                            $8.50

559-224-3586

CUSTOMER COPY

MLF056573

SHELL
1014 EAST BULLARD AVENU
FRESNO        CA  93710
57441666807

05/29/2014 7:31:40 PM
Register: 1 Trans #: 9421 Op ID: 14
Your cashier: FERNANDO

*** PREPAID RECEIPT ***

REGULAR CR   PUMP#12         $20.00  99
                          ----------
               Subtotal =   $20.00
                    Tax =    $0.00
                          ----------
                  Total =   $20.00

             Change Due =    $0.00

Credit                       $20.00
----------------------------------------
XXXX XXXX XXXX 7245, MASTERCARD
INVOICE 083212
AUTH 29036Z
Buyer agrees to pay the total, according
To the agreement with the card issuer
----------------------------------------

SHELL
1014 EAST BULLARD AVENU
FRESNO        CA  93710
57441666807

05/29/2014 7:28:24 PM
Register: 1 Trans #: 9417 Op ID: 14
Your cashier: FERNANDO

WRIGLEY'S                    $1.69  99
VITAMINWATER/MINUTEMAID      $1.99 101
1LT FUZE ICE TEA             $0.99 101
                          ----------
               Subtotal =    $4.67
                    Tax =    $0.25
                          ----------
                  Total =    $4.92

             Change Due =    $0.00

Credit                        $4.92
----------------------------------------
XXXX XXXX XXXX 7245, MASTERCARD
INVOICE 083196
AUTH 49320Z
Buyer agrees to pay the total, according
To the agreement with the card issuer
----------------------------------------

SHELL
57441666807
1014 EAST BULLARD A
FRESNO          , CA
93710
05/29/2014 95334169
07:24:43 PM

XXXX XXXX 4370
MASTERCARD
INVOICE 083170
AUTH 09821B

PUMP   12
REGULAR CR        4.861
PRICE/GAL         4.13

FUEL TOTAL   $   20.1

CREDIT       $   20.1

EX. 118-155

MLF056574

SHELL
57441666807
1014 EAST BULLARD AV
FRESNO    , CA
93710
05/29/2014 95341691
07:24:43 PM

MASTERCARD XXXX XXXX 4376
MASTERCARD
INVOICE 003170
AUTH 098218

PUMP   12
REGULAR CR          4.861G
PRICE/GAL           4.139

FUEL TOTAL    $    20.12

CREDIT        $    20.12

MLF056575

SLATER SHELL, 299
1014 E BULLARD
FRESNO, CA 93710

06/19/2014 7:35:57 PM
Register: 1 Trans #: 5852 Op ID: 14
Your cashier: FERNANDO

*** REPRINT *** REPRINT *** REPRINT ***

REGULAR CA    PUMP#11
5.051 GAL @ $ 3.959/GAL          $20.00  99
                            ----------
              Subtotal =    $20.00
                   Tax =     $0.00
                            ----------
                 Total =    $20.00

*** REPRINT *** REPRINT *** REPRINT ***

              Change Due =    $0.00

Cash                         $20.00

SLATER SHELL, 299
1014 E BULLARD
FRESNO, CA 93710

06/19/2014 7:34:52 PM
Register: 1 Trans #: 5850 Op ID: 14
Your cashier: FERNANDO

32 OZ                          $0.92 101
                            ----------
              Subtotal =     $0.92
                   Tax =     $0.08
                            ----------
                 Total =     $1.00

              Change Due =   $-4.00

                             $5.00

EX. 118-157

MLF056576

SHELL
1014 EAST BULLARD AVENU
FRESNO      CA  93710
57441666807


05/29/2014 7:28:24 PM
Register: 1 Trans #: 9417 Op ID: 14
Your cashier: FERNANDO

WRIGLEY'S                           $1.69  99
VITAMINWATER/MINUTEMAID             $1.99 101
1LT FUZE ICE TEA                    $0.99 101
                                   ----------
                     Subtotal =     $4.67
                          Tax =     $0.25
                                   ----------
                        Total =     $4.92

                   Change Due =     $0.00
Credit
                                    $4.92
------------------------------------------
XXXX XXXX XXXX 7245, MASTERCARD
INVOICE 083196
AUTH 493202
Buyer agrees to pay the total, according
To the agreement with the card issuer
------------------------------------------

MLF056577

```
SHELL
57441666807
1014 EAST BULLARD AV
FRESNO        , CA
93710
05/29/2014 953341691
07:24:43 PM

XXXX XXXX XXXX 4370
MASTERCARD
INVOICE 083170
AUTH 09821B

PUMP#  12
REGULAR CR      4.861G
PRICE/GAL       4.139

FUEL TOTAL  $   20.12

CREDIT      $   20.12
```

MLF056578

SHELL
1014 EAST BULLARD AVENU
FRESNO        CA  93710
57441666807

05/29/2014 7:31:40 PM
Register: 1 Trans #: 9421 Op ID: 14
Your cashier: FERNANDO

*** PREPAID RECEIPT ***

REGULAR CR    PUMP#12              $20.00   99
                              ----------
                 Subtotal =   $20.00
                      Tax =   $0.00
                              ----------
                    Total =   $20.00

                Change Due =   $0.00

Credit                         $20.00
------------------------------------------
XXXX XXXX XXXX 7245, MASTERCARD
INVOICE 083212
AUTH 29036Z
Buyer agrees to pay the total, according
To the agreement with the card issuer
------------------------------------------

MLF056579

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

1. What is the name of the Facility? Shell Gas Station

2. What is the address of the Facility? 1014 East Bullard Ave

3. When did you visit the Facility? 5/29/14 (Date) 7:30pm (Time)

4. Was this your first visit to the Facility? No

5. If you have been to the Facility before, please list the date and times of each visit if you can remember, or give an estimate of how often you go. )

6. What was the purpose of your visit? Gas and drinks

7. Who accompanied you to the Facility? Grandson Ronny and Jhonny

8. What car did you drive to the Facility? Mine

9. Did you drive yourself or did you get a ride from someone else? I drove

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. By gas pump

11. Was it difficult for you to park there? If so, why? No

12. How did you unload from your vehicle? Rear

13. What side of the vehicle did you unload from? Driver or passenger? Driver

14. Did anyone help you to transfer onto your wheelchair? Who? Yes, Jhonny

15. Did you encounter any problems transferring onto your wheelchair? Describe. No because Jhonny helped me with chair.

16. Which way did you go from the parking to the entrance of the Facility? I had to go across the street to ramp.

17. Did you encounter any problems on your way to the entrance, for example a ramp? Describe. Yes, ramp went into parking spot if there was a car parked in the spot I would have to go behind it to get to ramp, road cracked and pavement cracked.

18. Did you encounter any problems opening the door? Describe. Yes, door heavy + opened outward and if someone opened door I would have to wait till the closed to get in.

19. What did you purchase (or what meal did you have there)? Gas and drinks.

20. Did you need to use the restroom while you were at the Facility? Why? Yes, I had to go.

21. Describe any problems you encountered with the following (or write "Did not need to use" or "No problems"):

EX. 118-161

MLF056580

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

Sink: _Yes_

Toilet: _Yes_

Urinal: _No_

Toilet paper: _Yes_

Toilet seat covers: _Yes_

Paper towels/hand dryer: _Yes_

Soap dispenser: _Yes_

Other: _There was no mirror._

22. Did you have any problem maneuvering inside the restroom? _No_

23. Was there any seating provided inside the Facility? _N/A_

24. Were you able to sit comfortably at the table? If not, why? _N/A_

25. Did you use the counter to pay for purchase? Which one? _Yes only one_

26. Did you pay with cash or credit card? _Credit card_

27. Was the counter accessible? If not, describe: _No, counter was high grandson had to sign reciept and swipe card._

28. Did you have any other problems inside the Facility? Describe. _Yes, isles too small made it hard to get by cut my wheel on rack because isle too small._

29. Which way did you go after you left the Facility? _Out door too ramp too car._

30. Any problems getting back to your vehicle? _Yes, pavement very cracked lots of bumps in road,_

31. Any problems transferring from your wheelchair to your vehicle? _No, because Jhonny helped me with my chair._

32. Any additional information you believe would assist us in evaluating this inquiry?
_Yes, racks in the way made it hard to by and made isles to small. Access isle goes into curb. Ramp inside of parking spot._

EX. 118-162

MLF056581

```
            SUNSHINE
             DONUTS
        522 S. LOVERS LANE
        VISALIA, CA. 93292
         (559) 622-0311
DATE 06/11/ 14 WED   TIME 13:28

MISC NON-TAX              $1.95
      === TO GO ===
TOTAL                    $1.95
CASH                     $1.95
CLERK 1      No.005168   00000
```

MLF0041833

1. What is the name of the Facility? Sunshine Donuts

2. What is the address of the Facility? 522 S. Lovers Lane, Visalia, CA

3. When did you visit the Facility? 6/11/14 (Date) 1:30 (Time)

4. Was this your first visit to the Facility? Yes

5. If you have been to the Facility before, please list the date and times of each visit if you can remember, or give an estimate of how often you go. When wanted

6. What was the purpose of your visit? doughnuts

7. Who accompanied you to the Facility? Grandson Ronny

8. What car did you drive to the Facility? Mine

9. Did you drive yourself or did you get a ride from someone else? I drove

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. In d/p parking spot

11. Was it difficult for you to park there? If so, why? No

12. How did you unload from your vehicle? Rear

13. What side of the vehicle did you unload from? Driver or passenger? Driver

14. Did anyone help you to transfer onto your wheelchair? Who? Grandson Ronny

15. Did you encounter any problems transferring onto your wheelchair? Describe. No, grandson help Me onto chair

16. Which way did you go from the parking to the entrance of the Facility? Up ramp to door

17. Did you encounter any problems on your way to the entrance, for example a ramp? Describe. Ramp short, steep, and cracked. Goes into street

18. Did you encounter any problems opening the door? Describe. door heavy

19. What did you purchase (or what meal did you have there)? 2 doughnuts

20. Did you need to use the restroom while you were at the Facility? Why? didn't use it.

21. Describe any problems you encountered with the following (or write "Did not need to use" or "No problems")

MLF0041830

Sink: N/A

Toilet: N/A

Urinal: N/A

Toilet paper: N/A

Toilet seat covers: N/A

Paper towels/hand dryer: N/A

Soap dispenser: N/A

Other: N/A

22. Did you have any problem maneuvering inside the restroom? N/A

23. Was there any seating provided inside the Facility? Yes

24. Were you able to sit comfortably at the table? If not, why? didn't use table because none of them were handicap accessible

25. Did you use the counter to pay for purchase? Which one? Yes, only one

26. Did you pay with cash or credit card? Credit

27. Was the counter accessible? If not, describe: I don't remember

28. Did you have any other problems inside the Facility? Describe.

29. Which way did you go after you left the Facility? Out door down ramp to car

30. Any problems getting back to your vehicle? Ramp short and steep and pavement cracked

31. Any problems transferring from your wheelchair to your vehicle? No, grandson brought cha to door and put it in car

32. Any additional information you believe would assist us in evaluating this inquiry?

MLF0041831

```
             WELCOME TO
              OUR STORE
228 BELLEVUE MIN 54292980086623-727574-1
1429 E TULARE AVE              TULARE CA
559-686-6190                      93274


Descr.            qty         amount
-----------------------------------
<CUSTOMER COPY>
NON TAX            1           2.10
Prepay DR#04                  50.00

                 Sub Total    52.10
                      Tax      0.00
      TOTAL            52.10
                 CREDIT $     52.10
****************************************

CARD TYPE: VISA
CARD NAME: MOORE/RONALD
ACCT NUMBER: ************4008
EXP. DATE:      TRANS TYPE: SALE
SEQ# 9896  REFERENCE# 416219979866284
AUTH# 03705B    APPROVED        0000
BATCH# 20140610041
****************************************

THANKS·COME AGAIN
REG# 0001 CSH# 002 DR# 00  TRAN# 13155
06/11/14  12:41:14          ST# AB123
```

EX. 118-166

**MLF0042002**

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

1. What is the name of the Facility? _Belleve mini mart_

2. What is the address of the Facility? _1428 E tulare Ave Tulare Ca_

3. When did you visit the Facility? _6/11/14_ (Date) _1230 Am_ (Time)

4. Was this your first visit to the Facility? _NO_

5. If you have been to the Facility before, please list the date and times of each visit if you can remember, or give an estimate of how often you go. _a Few times as needed._

6. What was the purpose of your visit? _Gas Drink's_

7. Who accompanied you to the Facility? _Ronny_

8. What car did you drive to the Facility? _mine_

9. Did you drive yourself or did you get a ride from someone else? _I Drove_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. _AT pump # 4_

11. Was it difficult for you to park there? If so, why? _yes Street All cracked up_

12. How did you unload from your vehicle? _Rear_

13. What side of the vehicle did you unload from? Driver or passenger? _Driver_

14. Did anyone help you to transfer onto your wheelchair? Who? _Ronny_

15. Did you encounter any problems transferring onto your wheelchair? Describe. _____

16. Which way did you go from the parking to the entrance of the Facility? _ACcess Road_

17. Did you encounter any problems on your way to the entrance, for example a ramp? Describe. _CRACK Between Access Isle and sidewalk_

18. Did you encounter any problems opening the door? Describe. _____

19. What did you purchase (or what meal did you have there)? _____

20. Did you need to use the restroom while you were at the Facility? Why? _____

21. Describe any problems you encountered with the following (or write "Did not need to use" or "No problems")

MLF0041999

Sink: _N/A_

Toilet: _N/A_

Urinal: _N/A_

Toilet paper: _N/A_

Toilet seat covers: _N/A_

Paper towels/hand dryer: _N/A_

Soap dispenser: _N/A_

Other: _____

22. Did you have any problem maneuvering inside the restroom? _N/A_

23. Was there any seating provided inside the Facility? _N/A_

24. Were you able to sit comfortably at the table? If not, why? _N/A_

25. Did you use the counter to pay for purchase? Which one? _____

26. Did you pay with cash or credit card? _Credit Card_

27. Was the counter accessible? If not, describe: _No I to turn sideways to sign Recipet when leaving I got stuck on stuff next to_

28. Did you have any other problems inside the Facility? Describe. _Cash Register had to go up And Back 3 or 4 times to get out_

_Yes could not go anywhere in the store Just why to small._

29. Which way did you go after you left the Facility? _Out Door and got stuck in crack from sidewalk to pavyment_

30. Any problems getting back to your vehicle? _yes crack And had to cross Row_

31. Any problems transferring from your wheelchair to your vehicle? _Yes Car Pulled in Behind me had to ASK them to Back up so could get chair in car._

32. Any additional information you believe would assist us in evaluating this inquiry?

_Fountain machine to High Also Ronny had to get my Ice tea out of cooler Because Isle were to small I could not get Down any of them._

MLF0042000



Dine In

Restaurant #1941
795 EAST PROSPERITY AVENUE
TULARE, CA 93274
(559) 686-1920

6/11/2014                    10:37:04 AM
Order:   511374      Server: SAMANTHA G
Table:  47  Guests:   7

SEAT:  1
    1 Mild Roast Coffee                 2.09
    1 Strawberry Banana                 3.29
    1 Lumberjack Slam                   9.59
              Tax:                      1.27
                                     ───────
    Seat  1 Total:                     16.24


SEAT:  2
    1 Mild Roast Coffee                 2.09
    1 Brkfst Sausage Skillet            7.59
              Tax:                      0.82
                                     ───────
    Seat  2 Total:                     10.50


SEAT:  3
    1 Mild Roast Coffee                 2.09
    1 BYO Slam                          6.59
              Tax:                      0.74
                                     ───────
    Seat  3 Total:                      9.42


SEAT:  4
    1 Lg Choc Milk                      2.75
    1 Strawberry                        3.29
    1 GrandSlamwich                     8.29
    1 Sprite                            2.19
              Tax:                      1.40
                                     ───────
    Seat  4 Total:                     17.92

SEAT:  5
    1 Strawberry                        3.29

EX. 118-169

**MLF0042075**

```
                              1 Strawberry
                    1 Iced Coffee              2.99
                        Caramel
                    1 $$ Hashbrowns            2.59
                            Tax:               0.75
                                              _____
                    Seat  5 Total:             9.62


             SEAT:  6
                    1 Dr Pepper                2.19
                    1 2 Eggs/CFS               9.79
                            Tax:               1.02
                                              _____
                    Seat  6 Total:            13.00


             SEAT:  7
                    1 Strawberry Banana        3.29
                    1 GrandSlamwich            8.29
                    1 Coke                     2.19
                            Tax:               1.17
                                              _____
                    Seat  7 Total:            14.94



                        SubTotal              84.47
                        Tax                    7.18
                        Gratuity               8.35
                  Total            100.00

                        Visa                 100.00
                        Acct:XXXXXXXX4008
                     AuthCode:01259B

                        Contact us at
                      www.Dennys.com

          *******************************************
               Go to www.dennys.com and join
             Denny's Rewards to receive exclusive
           offers and the latest news delivered right
                         to your inbox.
          *******************************************


                        Customer Copy
```

MLF0042076

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

1. What is the name of the Facility? _Denny's_

2. What is the address of the Facility? _795 E prosperity Ave tulare ca_

3. When did you visit the Facility? _6/11/14_ (Date) _1030 am_, (Time)

4. Was this your first visit to the Facility? _yes_

5. If you have been to the Facility before, please list the date and times of each visit if you can remember, or give an estimate of how often you go. _?_

6. What was the purpose of your visit? _to eat_

7. Who accompanied you to the Facility? _Ronny and Nephews_

8. What car did you drive to the Facility? _mine_

9. Did you drive yourself or did you get a ride from someone else? _I drove_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. _I Req spot_

11. Was it difficult for you to park there? If so, why? _yes not enough O/P spots_

12. How did you unload from your vehicle? _Rear_

13. What side of the vehicle did you unload from? Driver or passenger? _Drivers_

14. Did anyone help you to transfer onto your wheelchair? Who? _Ronny_

15. Did you encounter any problems transferring onto your wheelchair? Describe. _In the Road had to go Behind a Bunch of cars_

16. Which way did you go from the parking to the entrance of the Facility? _to the Left to Access Ise_

17. Did you encounter any problems on your way to the entrance, for example a ramp? Describe. _Ramp go's into street Ramp is cracked Also pavment cracks_

18. Did you encounter any problems opening the door? Describe. _yes Door Heavy_

19. What did you purchase (or what meal did you have there)? _Breakfast's_

20. Did you need to use the restroom while you were at the Facility? Why? _yes_

21. Describe any problems you encountered with the following (or write "Did not need to use" or "No problems"):

MLF0042073

Sink: yes not wrapped All the way

Toilet: yes

Urinal: No

Toilet paper: yes

Toilet seat covers: yes

Paper towels/hand dryer: yes

Soap dispenser: yes

Other: Door to Restroom.

22. Did you have any problem maneuvering inside the restroom? No

23. Was there any seating provided inside the Facility? yes not D/p seating

24. Were you able to sit comfortably at the table? If not, why? No they had to sit me at the End of the table and people would Bump me as they went by.

25. Did you use the counter to pay for purchase? Which one? yes only one

26. Did you pay with cash or credit card? credit card

27. Was the counter accessible? If not, describe: No it was too High my Grandson Had to sign Recipt

28. Did you have any other problems inside the Facility? Describe. No

29. Which way did you go after you left the Facility? Out Door Down Ramp Behind Car to get to my car

30. Any problems getting back to your vehicle? Had to go Behind cars in Stree

31. Any problems transferring from your wheelchair to your vehicle? Car passing By

32. Any additional information you believe would assist us in evaluating this inquiry?

MLF0042074

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

1. What is the name of the Facility? Shell

2. What is the address of the Facility? 2459 W. Tahoe Ave. Caruthers, CA

3. When did you visit the Facility? 6/23/14 _____ (Date) 2:50 _____ (Time)

4. Was this your first visit to the Facility? Yes

5. If you have been to the Facility before, please list the date and times of each visit if you can remember, or give an estimate of how often you go. ? When I'm in that area

6. What was the purpose of your visit? Drink

7. Who accompanied you to the Facility? Grandson Ronny

8. What car did you drive to the Facility? Mine

9. Did you drive yourself or did you get a ride from someone else? I drove

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. In d/p spot at Subway

11. Was it difficult for you to park there? If so, why? No

12. How did you unload from your vehicle? Rear

13. What side of the vehicle did you unload from? Driver or passenger? Driver

14. Did anyone help you to transfer onto your wheelchair? Who? Grandson Ronny

15. Did you encounter any problems transferring onto your wheelchair? Describe. No Grandson helped Me

16. Which way did you go from the parking to the entrance of the Facility? ~~illegible~~ towards store to the left

17. Did you encounter any problems on your way to the entrance, for example a ramp? Describe. No it was fine

18. Did you encounter any problems opening the door? Describe. Door proped open

19. What did you purchase (or what meal did you have there)? a drink

20. Did you need to use the restroom while you were at the Facility? Why? No restroom

21. Describe any problems you encountered with the following (or write "Did not need to use" or "No problems"):

MLF0042423

Sink: N/A

Toilet: N/A

Urinal: N/A

Toilet paper: N/A

Toilet seat covers: N/A

Paper towels/hand dryer: N/A

Soap dispenser: N/A

Other: N/A

22. Did you have any problem maneuvering inside the restroom? N/A

23. Was there any seating provided inside the Facility? NO

24. Were you able to sit comfortably at the table? If not, why? N/A

25. Did you use the counter to pay for purchase? Which one? No grandson did / couldn't get to it

26. Did you pay with cash or credit card? Credit

27. Was the counter accessible? If not, describe: No couldn't get to it

28. Did you have any other problems inside the Facility? Describe. Couldn't get down any isles in the store at all grandson had to get My drink for Me

29. Which way did you go after you left the Facility? to the left towards car

30. Any problems getting back to your vehicle? NO

31. Any problems transferring from your wheelchair to your vehicle? No, grandson helped Met door and put chair in car.

32. Any additional information you believe would assist us in evaluating this inquiry?

MLF0042424

```
SHELL
2459 WEST TAHOE AVENUE
CARUTHERS      CA  93609
93004089406


        06/23/2014 2:51:58 PM
   Register: 1 Trans #: 5826 Op ID: 1
         Your cashier: IMA

MILLER H L                    $1.49   1
10 CRV                        $0.10  99
                         ----------
            Subtotal =        $1.59
                 Tax =        $0.12
                         ----------
               Total =        $1.71

          Change Due =        $0.00

Credit                        $1.71
----------------------------------------
XXXX XXXX XXXX 4008, VISA
INVOICE 013177
AUTH 06493B
Buyer agrees to pay the total, according
To the agreement with the card issuer
----------------------------------------
```

MLF0042425

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

1. What is the name of the Facility? _SUBWAY  Store # 14208_

2. What is the address of the Facility? _2459 W Tahoe Ave  Caruthers Ca_

3. When did you visit the Facility? _6/23/14_ (Date) _2 45 pm_ (Time)

4. Was this your first visit to the Facility? _yes_

5. If you have been to the Facility before, please list the date and times of each visit if you can remember, or give an estimate of how often you go. _when needed_

6. What was the purpose of your visit? _To eat_

7. Who accompanied you to the Facility? _Ronny_

8. What car did you drive to the Facility? _Mine_

9. Did you drive yourself or did you get a ride from someone else? _I Drove_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. _in d/p spot_

11. Was it difficult for you to park there? If so, why? _Nves_
_No Route of travel_

12. How did you unload from your vehicle? _rear_

13. What side of the vehicle did you unload from? Driver or passenger? _driver_

14. Did anyone help you to transfer onto your wheelchair? Who? _Grandson Ronny_

15. Did you encounter any problems transferring onto your wheelchair? Describe. _No grandson helped Me_

16. Which way did you go from the parking to the entrance of the Facility? _up curb to door_

17. Did you encounter any problems on your way to the entrance, for example a ramp? Describe. _couldn't get up ramp because of ice Machine in way, had to go up curb_

18. Did you encounter any problems opening the door? Describe. _Door narrow and hard to get threw_

19. What did you purchase (or what meal did you have there)? _a sandwich and drink_

20. Did you need to use the restroom while you were at the Facility? Why? _yes_

21. Describe any problems you encountered with the following (or write "Did not need to use" or "No problems"):

EX. 118-176

MLF0042427

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

Sink: ~~N/A~~ yes High

Toilet: ~~N/A~~ yes

Urinal: ~~N/A~~ No

Toilet paper: ~~N/A~~ yes

Toilet seat covers: ~~N/A~~ yes

Paper towels/hand dryer: ~~N/A~~ yes High

Soap dispenser: ~~N/A~~ yes High

Other: ~~N/A~~ Door Heavy Stall Door did not close.

22. Did you have any problem maneuvering inside the restroom? ~~N/A~~

23. Was there any seating provided inside the Facility? yes

24. Were you able to sit comfortably at the table? If not, why? No Seating for Me so I ate in My car

25. Did you use the counter to pay for purchase? Which one? yes only one

26. Did you pay with cash or credit card? Credit

27. Was the counter accessible? If not, describe: No to high grandson had to pay

28. Did you have any other problems inside the Facility? Describe. ~~is~~ No could not see food so I Just ordered

29. Which way did you go after you left the Facility? out door down curb to car

30. Any problems getting back to your vehicle? couldn't go down ramp.

31. Any problems transferring from your wheelchair to your vehicle? No grandson brought Me to door and put chair in car.

32. Any additional information you believe would assist us in evaluating this inquiry?

Ice. mechine in way to get By on sidewalk had to go over curb.

MLF0042428



| Qty | Item | Price |
|-----|------|-------|
| 1 | 6" Turkey Breast | $0.00 |
| 1 | 6" Turkey Breast | $4.50 |
| 1 | Fountain Drink - 21oz | $1.50 |

```
              Memo:BGO6w/m
              SUBTOTAL        $6.00
              Sales Tx        $0.12
        TAKE-OUT **TOTAL      $6.12
        CredCardAMT TEND      $6.12
              CHANGE DUE      $0.00
Approval No: 02706B
Reference No: 417421095798
Acquired: Swipe
Account No: ************400B
Card Issuer: Visa
Amount: $6.12
Host Id: 624-159-640588
```

 **Get a FREE Cookie**
Take our 1 minute survey at
www.tellsubway.com
and receive your reward.

```
Store #14208 | (559)864-3098
        2459 W Tahoe
06/23/14 14:47:07 Trans #71
        Clerk: Dwr 1 5
```





**$1 OFF ANY SUPREME FOOTLONG**

Hurry, Valid From:06/24/14 ~ 06/27/14
Valid At:2459 W Tahoe

Valid at the SUBWAY® restaurant listed above only. Prices and participation may vary. No cash value. Not for sale. If void if transferred, sold, reproduced or auctioned. One coupon per customer per visit. Additional charge for extras. May not be combined with any other coupons, offers, discounts or promotions. Plus applicable tax. Coupon must be surrendered with purchase. ©2014 Doctor's Associates Inc. SUBWAY® is a registered trademark of Doctor's Associates Inc.

---

```
* * * * RECEIPT IS REPRINTED * * * * *
        06/23/14    14:55:21
           SALE RECEIPT
Store #14208       tkc 06/23/14 14:47:07
Subway Sandwiches & Salads
2459 W Tahoe
Caruthers                CA 93609
(559)864-3098
  Trans# 71 Clerk 5   Dwr 1 TRDT 062314
  Receipt # 0000397434 Reg-ID REG-MAIN
  --- ITEM --- QTY      PRICE MEMO  PLU
* * * * * RECEIPT IS REPRINTED * * * * *

TURKEY    6r  1   D$   0.00BGO6w/m10123
TURKEY    6r  1    $   4.50BGO6w/m10123
DRK-21oz      1  T $   1.50BGO6w/m10002
                       --------
        SUBTOTAL $     6.00
        Sales Tx $     0.12
                       --------
TAKE-OUT **TOTAL $     6.12
CredCardAMT TEND $     6.12
                       --------
        CHANGE DUE$     0.00

How Did we Do? Get a Free Cookie
Take 1min. Survey at www.tellsubway.com
   Approval No: 02706B
   Reference No: 417421095798
     Acquired: Swipe
     Account No: ************4008
   Card Issuer: Visa
       Amount: $6.12
```

```
Take our 1-minute Survey at
www.tellsubway.com and receive a free
cookie. Keep your receipt and write
your unique coupon code
here_____.


Host Order ID: 624-159-640588
* * * * * RECEIPT IS REPRINTED * * * * *
```

Powered by **SmartReceipt** Receipt.com

EX. 118-178

**MLF0042429**

```
                CARUTHERS FOOD & LIQUOR
                   2290 W. TAHOE AVE
                  CARUTHERS, CA 93609
                     559-864-8200

        Merchant ID: 5900055442
        Term ID: 2102

                      Sale

        VISA
        XXXXXXXXXXXX4008
        Entry Method: Swiped
        Apprvd: Online   Batch#: 000006
        06/23/14              13:35:17

        Inv#: 00000044 Appr Code: 03710B

        Total:        $       65.01

                  Customer Copy
```

MLF0042498

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

1. What is the name of the Facility? _Caruthers Food And Liquor_

2. What is the address of the Facility? _2290 W Tahoe Ave Caruthers CA_

3. When did you visit the Facility? _6/23/14_ (Date) _130 pm_ (Time)

4. Was this your first visit to the Facility? _No_

5. If you have been to the Facility before, please list the date and times of each visit if you can remember, or give an estimate of how often you go. _?_

6. What was the purpose of your visit? _Gas & drinks_

7. Who accompanied you to the Facility? _Ronny_

8. What car did you drive to the Facility? _Mine_

9. Did you drive yourself or did you get a ride from someone else? _I drove_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. _I think pump # 4 ?_

11. Was it difficult for you to park there? If so, why? _yes No Rout of Travel_

12. How did you unload from your vehicle? _Rear_

13. What side of the vehicle did you unload from? Driver or passenger? _Driver_

14. Did anyone help you to transfer onto your wheelchair? Who? _Ronny did_

15. Did you encounter any problems transferring onto your wheelchair? Describe. _yes had uneven groval Because of Gas tank's caps_

16. Which way did you go from the parking to the entrance of the Facility? _Accross Street to Ramp_

17. Did you encounter any problems on your way to the entrance, for example a ramp? Describe. _Ramp steep And Also went into street_

18. Did you encounter any problems opening the door? Describe. _No open_

19. What did you purchase (or what meal did you have there)? _Gas Drinks_

20. Did you need to use the restroom while you were at the Facility? Why? _No_

21. Describe any problems you encountered with the following (or write "Did not need to use" or "No problems"):

MLF0042496

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

Sink: _N/A_

Toilet: _N/A_

Urinal: _N/A_

Toilet paper: _N/A_

Toilet seat covers: _N/A_

Paper towels/hand dryer: _N/A_

Soap dispenser: _N/A_

Other: _____

22. Did you have any problem maneuvering inside the restroom? _N/A_

23. Was there any seating provided inside the Facility? _N/A_

24. Were you able to sit comfortably at the table? If not, why? _N/A_

25. Did you use the counter to pay for purchase? Which one? _Yes only one_

26. Did you pay with cash or credit card? _Credit card_

27. Was the counter accessible? If not, describe: _Yes ?_

28. Did you have any other problems inside the Facility? Describe. _Isle small_

29. Which way did you go after you left the Facility? _Down Ramp Across Road._

30. Any problems getting back to your vehicle? _Yes Had to cross Road while Car's going Buy_

31. Any problems transferring from your wheelchair to your vehicle? _No_

32. Any additional information you believe would assist us in evaluating this inquiry?

_Fountain Drinks Jo high Ramry had to get mine for mee._

MLF0042497

QUIK STOP MINI MART
12945 S ELM
CARUTHERS,CA 93609
1D06614604-001

| Descr. | qty | amount |
|--------|-----|--------|
| GROCERY | 1 | 1.79 |
| Prepay CA#06 | | 18.21 |

| | | |
|---|---|---|
| Sub Total | | 20.00 |
| Tax | | 0.00 |

**TOTAL    20.00**
                    CASH $    20.00
**THANKS,COME AGAIN**
REG# 0001 CSH# 004 DR# 01  TRAN# 19542
06/23/14  14:14:48          ST# AB123

EX. 118-182

MLF0042546

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

1. What is the name of the Facility? Quik Stop Mini Mart

2. What is the address of the Facility? 12945 S. Elm Caruthers, CA

3. When did you visit the Facility? 6/23/14 (Date) 2:10 (Time)

4. Was this your first visit to the Facility? Yes

5. If you have been to the Facility before, please list the date and times of each visit if you can remember, or give an estimate of how often you go. ?

6. What was the purpose of your visit? Gas

7. Who accompanied you to the Facility? Grandson Ronny

8. What car did you drive to the Facility? Mine

9. Did you drive yourself or did you get a ride from someone else? I drove

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. at pump # 6

11. Was it difficult for you to park there? If so, why? No

12. How did you unload from your vehicle? no exit

13. What side of the vehicle did you unload from? Driver or passenger? Driver

14. Did anyone help you to transfer onto your wheelchair? Who? Grandson Ronny

15. Did you encounter any problems transferring onto your wheelchair? Describe. No grandson helped me.

16. Which way did you go from the parking to the entrance of the Facility? across Street up ramp to door

17. Did you encounter any problems on your way to the entrance, for example a ramp? Describe. ramp steep hard to get between poles by door. No rate of travel

18. Did you encounter any problems opening the door? Describe. No grandson held it open

19. What did you purchase (or what meal did you have there)? Gas and Soda

20. Did you need to use the restroom while you were at the Facility? Why? No restroom

21. Describe any problems you encountered with the following (or write "Did not need to use" or "No problems"):

EX. 118-183

MLF0042526

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

Sink: N/A

Toilet: N/A

Urinal: N/A

Toilet paper: N/A

Toilet seat covers: N/A

Paper towels/hand dryer: N/A

Soap dispenser: N/A

Other: N/A

22. Did you have any problem maneuvering inside the restroom? N/A

23. Was there any seating provided inside the Facility? NO

24. Were you able to sit comfortably at the table? If not, why? N/A

25. Did you use the counter to pay for purchase? Which one? Yes, only one.

26. Did you pay with cash or credit card? Cash

27. Was the counter accessible? If not, describe: No, to high grandson gave them the Money

28. Did you have any other problems inside the Facility? Describe. fountain drinks to high to reach grandson had to get it for Me

29. Which way did you go after you left the Facility? Out door, down ramp, to car

30. Any problems getting back to your vehicle? ramp steep, no route of travel

31. Any problems transferring from your wheelchair to your vehicle? No grandson brought Me to door and put chair in car.

32. Any additional information you believe would assist us in evaluating this inquiry?

EX. 118-184

MLF0042527

```
         TACOS
EL GRULLENSE JAL#2
   108 CARLYLE WAY
  CHOWCHILLA, CA.
     (559) 665-4398

-------------------------------------

ORDER 10168

CAJA #2            #      2
06/21/2014 19:48   0  CASHIER  1
-------------------------------------
DINING
        1 SPR BRTO ASADA      5.50
        1 ---------------     0.00
        1 SPR BRTO ASADA      5.50
        1 ---------------     0.00
SUBTOTAL:                    11.00
TAX:                          0.88
A#657651    T#5015 ----------------
TOTAL                      11.88
CASH                         11.88
CHANGE:                       0.00



         THANK  YOU
         GRACIAS
```

```
        TACOS EL GRULLENSE JAL
           108 CARLYLE WAY
         CHOWCHILLA, CA 93610

06/21/2014                    19:49:35
Merchant ID:          000000002211172
Terminal ID:                 04497886
345219874889

              CREDIT CARD

               VISA SALE

CARD #              XXXXXXXXXXXX4008
INVOICE                          0048
Batch #:                       000535
Approval Code:                 08089B
Entry Method:                  Swiped
Mode:                          Online

SALE AMOUNT                   $11.88


            CUSTOMER COPY
```

MLF0042859

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

1. What is the name of the Facility? Tacos El Grullense Jal

2. What is the address of the Facility? 108 Carlyle Way Chowchilla, CA

3. When did you visit the Facility? 6/21/14 (Date) 7:50pm (Time)

4. Was this your first visit to the Facility? Yes

5. If you have been to the Facility before, please list the date and times of each visit if you can remember, or give an estimate of how often you go. ___

6. What was the purpose of your visit? Dinner

7. Who accompanied you to the Facility? Grandson Ronny

8. What car did you drive to the Facility? Mine

9. Did you drive yourself or did you get a ride from someone else? I drove

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. In d/p parking spot but no sign,

11. Was it difficult for you to park there? If so, why? Yes, because there was no signs

12. How did you unload from your vehicle? Rear

13. What side of the vehicle did you unload from? Driver or passenger? Driver

14. Did anyone help you to transfer onto your wheelchair? Who? Yes, Ronny

15. Did you encounter any problems transferring onto your wheelchair? Describe. No, because Ronny helped me with my chair.

16. Which way did you go from the parking to the entrance of the Facility? To access isle

17. Did you encounter any problems on your way to the entrance, for example a ramp? Describe. Yes, Ramp goes into street,

18. Did you encounter any problems opening the door? Describe. Yes, door heavy and closes really fast

19. What did you purchase (or what meal did you have there)? Dinner

20. Did you need to use the restroom while you were at the Facility? Why? Yes, because I had to go.

21. Describe any problems you encountered with the following (or write "Did not need to use" or "No problems"):

MLF0042856

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

Sink: Yes

Toilet: Yes

Urinal: No

Toilet paper: Yes

Toilet seat covers: Yes

Paper towels/hand dryer: Yes

Soap dispenser: High

Other: Cabinet made it hard to reach dispenser, sink and door heavy

22. Did you have any problem maneuvering inside the restroom? No

23. Was there any seating provided inside the Facility? Yes, but no where that I could sit

24. Were you able to sit comfortably at the table? If not, why? No, because there was no seating for me.

25. Did you use the counter to pay for purchase? Which one? Yes, only one

26. Did you pay with cash or credit card? Credit Card

27. Was the counter accessible? If not, describe: No, because they had a built in line with poles too small for me to get through had to go the front and counter too high and wide, didn't have card and sign reciept.

28. Did you have any other problems inside the Facility? Describe. Yes, I couldn't reach the water Ronny had to get it for me.

29. Which way did you go after you left the Facility? Out door too access isle too Ramp to car.

30. Any problems getting back to your vehicle? Yes, because Ramp goes into street.

31. Any problems transferring from your wheelchair to your vehicle? No, because Ronny helped me with my chair.

32. Any additional information you believe would assist us in evaluating this inquiry?

EX. 118-187

MLF0042857

KOWLOON KITCHEN
651 SHAW AVE
CLOVIS, CA. 93612,
559-299-2942

Merchant ID: 8022698545
Term ID: 007542000802269854500

## Sale

xxxxxxxxxxxx7245
MASTERCARD  Entry Method: Swiped

Total:                     34.51

06/01/14              18:10:02
Inv #: 000032  Appr Code: 84427Z
Apprvd: Online

Customer Copy

THANK YOU!

MLF0043354

```
SEVEN SEAS AQUARIUM
647 SHAW AVE CLOVIS CA
559-298-4091 M-SAT 10-6

06/02/2014  3:36PM    01
000000#4731      MARK D

SM ANIMALS      T₁ $1.95
SM ANIMALS      T₁ $1.95
MDSE ST            $3.90
TAX1               $0.32

ITEMS      2Q
***TOTAL       $4.22
CASH          $20.00
CHANGE        $15.78
```

PLEASE
VISIT
US AGAIN

MLF0043355

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

1. What is the name of the Facility? Kowloon Kitchen

2. What is the address of the Facility? 651 Shaw Ave

3. When did you visit the Facility? 6/1/14 (Date) 6 pm (Time)

4. Was this your first visit to the Facility? Yes

5. If you have been to the Facility before, please list the date and times of each visit if you can remember, or give an estimate of how often you go.

6. What was the purpose of your visit? To eat

7. Who accompanied you to the Facility? Ronny Jhonny and Hawna

8. What car did you drive to the Facility? Mine

9. Did you drive yourself or did you get a ride from someone else? I Drove

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. In A/P spot Down to the Right

11. Was it difficult for you to park there? If so, why? Yes Because All the way on the End

12. How did you unload from your vehicle? Rear

13. What side of the vehicle did you unload from? Driver or passenger? Driver

14. Did anyone help you to transfer onto your wheelchair? Who? Ronny

15. Did you encounter any problems transferring onto your wheelchair? Describe. Ronny Brought my chair to me

16. Which way did you go from the parking to the entrance of the Facility? To Access Isle then Ramp.

17. Did you encounter any problems on your way to the entrance, for example a ramp? Describe. Ramp went into street Also Access Isle Payment cracked Also Ramp Ramp Short And steep

18. Did you encounter any problems opening the door? Describe. Yes Heavy closed to Fast

19. What did you purchase (or what meal did you have there)? 4 meals

20. Did you need to use the restroom while you were at the Facility? Why? Yes Had to go

21. Describe any problems you encountered with the following (or write "Did not need to use" or "No problems"):

EX. 118-190

MLF0043350

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

Sink: ?

Toilet: ?

Urinal: ?

Toilet paper: ?

Toilet seat covers: ?

Paper towels/hand dryer: ?

Soap dispenser: ?

Other: _Could not get into the Restroom Door to Small_

22. Did you have any problem maneuvering inside the restroom? _N/A_

23. Was there any seating provided inside the Facility? _yes_

24. Were you able to sit comfortably at the table? If not, why? _No could not seat All the way up to table table leg in way._

25. Did you use the counter to pay for purchase? Which one? _yes only one_

26. Did you pay with cash or credit card? _credit card_

27. Was the counter accessible? If not, describe: _No I could not Reach way to High gave card to Ronny And he paid and Signed Receipt._

28. Did you have any other problems inside the Facility? Describe. _____

_____

29. Which way did you go after you left the Facility? _Out Door to the Left to Ramp And Access' Isle._

30. Any problems getting back to your vehicle? _Not Really Jut Door._

31. Any problems transferring from your wheelchair to your vehicle? _No_

32. Any additional information you believe would assist us in evaluating this inquiry?

_Counter was very High And Hard to see menue and order._

MLF0043351

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

1. What is the name of the Facility? Seven Seas Aquarium

2. What is the address of the Facility? 647 Shaw Ave clovis ca

3. When did you visit the Facility? 6/2/14 (Date) 3:30 (Time)

4. Was this your first visit to the Facility? NO

5. If you have been to the Facility before, please list the date and times of each visit if you can remember, or give an estimate of how often you go. ? When needed for mices for snake.

6. What was the purpose of your visit? MICE

7. Who accompanied you to the Facility? Thonny

8. What car did you drive to the Facility? Mine

9. Did you drive yourself or did you get a ride from someone else? I drove

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. In D/P spot

11. Was it difficult for you to park there? If so, why? yes it was at other End.

12. How did you unload from your vehicle? Rear

13. What side of the vehicle did you unload from? Driver or passenger? Driver

14. Did anyone help you to transfer onto your wheelchair? Who? Thonny did

15. Did you encounter any problems transferring onto your wheelchair? Describe. No Thonny Brought chair to me.

16. Which way did you go from the parking to the entrance of the Facility? To The Access Isle to Ramp

17. Did you encounter any problems on your way to the entrance, for example a ramp? Describe. Ramp show And step and G's into street And Access Isle payment Crac

18. Did you encounter any problems opening the door? Describe. Not a lot But closed Fast

19. What did you purchase (or what meal did you have there)? 2 mice

20. Did you need to use the restroom while you were at the Facility? Why? No

21. Describe any problems you encountered with the following (or write "Did not need to use" or "No problems":

EX. 118-192

**MLF0043352**

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

Sink: N/A

Toilet: N/A

Urinal: N/A

Toilet paper: N/A

Toilet seat covers: N/A

Paper towels/hand dryer: N/A

Soap dispenser: N/A

Other:

22. Did you have any problem maneuvering inside the restroom? N/A

23. Was there any seating provided inside the Facility? N/A

24. Were you able to sit comfortably at the table? If not, why? N/A

25. Did you use the counter to pay for purchase? Which one? yes only one

26. Did you pay with cash or credit card? CASH

27. Was the counter accessible? If not, describe: No widu

28. Did you have any other problems inside the Facility? Describe. Could not get mice out of Box to High Jhonny had to get them out for me the guy told use where they were at Then we Asked for Bag Then he came over and Helpe

29. Which way did you go after you left the Facility? out Door to the Left to Ramp on our

30. Any problems getting back to your vehicle? Door / THReshold then Ramp

31. Any problems transferring from your wheelchair to your vehicle? No Because Jhonny Help.

32. Any additional information you believe would assist us in evaluating this inquiry?

MLF0043353



**Applebee's**

APPLEBEE'S
NEIGHBORHOOD GRILL & BAR
98 Shaw Ave
Clovis, CA 93612
(559) 322-9830

MICHAEL R          TB#21
DATE: 06-12-14 TIME: 03:21 PM GUESTS: 2
Check #:7778-5367

CARD TYPE: VISA
CARD NUMBER: ************4008
APPROVAL CODE: 03262B
Merchant ID: 35715
Trans Type: Auth

Amount :          25.95

Tip: _____

Total: $30.00

Cardmember agrees to pay total in
accordance with agreement governing
use of such card.

Gratuity Examples
15% = $3.60
18% = $4.32
20% = $4.80

** Guest Copy **



**Applebee's**

APPLEBEE'S
NEIGHBORHOOD GRILL & BAR
98 Shaw Ave
Clovis, CA 93612
(559) 322-9830

MICHAEL R          TB#21
DATE: 06-12-14 TIME: 03:18 PM GUESTS: 2
Check #:7778-5367

| 1 | SIRLOIN | 14.99 |
| 1 | WATER | 0.00 |
| 1 | SIGNTURE COMBO | 8.99 |
| 1 | WATER | 0.00 |

**************************************
We want to
See You Tomorrow,
so tell us
how we did!!!

Take Applebee's
GUEST EXPERIENCE SURVEY

Go online to:
applebees.com/survey

Receive 10 CHANCES to
WIN $1,000 DAILY
PLUS you can INSTANTLY WIN
other GREAT PRIZES
valued at $1500 WEEKLY!

No purchase/survey required to enter.
See website for complete rules,
eligibility, Sweepstakes period, and
previous winners. Sweepstakes sponsored
by Empathica Inc, across multiple
international clients. Winners drawn
from combined pool, not from
separate Applebee's pool. Void where
prohibited. Must be of legal age.
Canadian winners subject to skills
testing requirements.
**************************************
* Serial Number:   067778663      *
**************************************

Check TOTAL:   23.98
TAX:   1.97
Total Due:          25.95

Gratuity Examples
15% = $3.60
18% = $4.32
20% = $4.80

EX. 118-194

**MLF0043394**

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

1. What is the name of the Facility? _AppleBees_

2. What is the address of the Facility? _98 shaw Ave          Clovis CA_

3. When did you visit the Facility? _6/12/14_          (Date) _3 pm_          (Time)

4. Was this your first visit to the Facility? _No_

5. If you have been to the Facility before, please list the date and times of each visit if you can remember, or give an estimate of how often you go. _a Few times Now And then_

6. What was the purpose of your visit? _To eat_

7. Who accompanied you to the Facility? _Lynn curtis_

8. What car did you drive to the Facility? _mine_

9. Did you drive yourself or did you get a ride from someone else? _I Drove_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. _IN Frist D/p spot_

11. Was it difficult for you to park there? If so, why? _yes   Had to unload chair into A Drainage Ditch_

12. How did you unload from your vehicle? _Rear_

13. What side of the vehicle did you unload from? Driver or passenger? _DRiver_

14. Did anyone help you to transfer onto your wheelchair? Who? _Lynn_

15. Did you encounter any problems transferring onto your wheelchair? Describe. _Drainage Ditch_

16. Which way did you go from the parking to the entrance of the Facility? _to Access Isle_

17. Did you encounter any problems on your way to the entrance, for example a ramp? Describe. _Ramp went into street And Also into Access Isle Short and Steep_

18. Did you encounter any problems opening the door? Describe. _outside Door No But inside Door opened inward hard to open_

19. What did you purchase (or what meal did you have there)? _2 meals_

20. Did you need to use the restroom while you were at the Facility? Why? _yes   to go Also to wash Hands_

21. Describe any problems you encountered with the following (or write "Did not need to use" or "No problems"):

MLF0043391

Sink: yes not wrapped All the way

Toilet: yes

Urinal: No

Toilet paper: yes

Toilet seat covers: ~~yes~~ No

Paper towels/hand dryer: yes

Soap dispenser: yes

Other: BAthroom Door Hard to get out of

22. Did you have any problem maneuvering inside the restroom? No

23. Was there any seating provided inside the Facility? yes

24. Were you able to sit comfortably at the table? If not, why? No about not seat All the way Up to table. it was suppose to Be a U/p table and the leg was in the way

25. Did you use the counter to pay for purchase? Which one? No

26. Did you pay with cash or credit card? Credit card.

27. Was the counter accessible? If not, describe: N/A

28. Did you have any other problems inside the Facility? Describe. yes the Ramp to get to table was very steep

29. Which way did you go after you left the Facility? Straight out to Ramp.

30. Any problems getting back to your vehicle? the guy opened the First Door for me

31. Any problems transferring from your wheelchair to your vehicle? DRainage Ditch

32. Any additional information you believe would assist us in evaluating this inquiry?
WAS. A U/p table Could Not ~~sitt~~ all the way
- Up table leg in the way
Hand to get chair into Car Because of
Drainage Ditch

MLF0043392



Clinton Street Clippers

1843 W. Clinton
Fresno, Ca. 93705

Mari Zermeño
(559) 496-0364

MLF0051556

2 HAIR CUTS $12.⁻ x 2

$24.⁻

*[signature]*

MLF0051557

```
          ^PIZZA HUT
       ****CARRY_OUT****

       Ticket #  00016

ENTERED BY
   JARED
027391        05/31/14      01:21PM

MOR
(559)566-8525

01  1  Large                   11.00
       Pan
       Cheese
       Pepperoni
       ItSaus
       Mushrm

            Subtotal           11.00
            SALES TAX           0.90
            Balance Due        11.90

Amt Tendered
   Credit Card                 11.90
   Change                       0.00

       Taken at 01:21PM
       Pick Up at 01:36PM


      SECURITY CHECKS
  DEBIT $\25FEE 877-892-4325
```

# CHANCE to WIN! $1000
### Store No. 027391
#### (see back for details)

```
            ^PIZZA HUT #027391
             1839 W Clinton
                 Fresno
                233-4400
                 SALE

   Server: JARED            Ticket #16
   05/31/14                   01:22PM
   MC
   ***********7245
   APPR CODE: 60935Z        Invoice #3


   AMOUNT:                      11.90

   TIP:

   Total:

   I agree to pay above total amount
   according to card issuer agreement.

   Signature_____  _____
        MOOR/DONALD D


      Customer Copy


      SECURITY CHECKS
  DEBIT $\25FEE 877-892-4325
```

MLF0051558

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

1. What is the name of the Facility? _Clinton Street Clippers_

2. What is the address of the Facility? _1843 West Clinton Fresno, CA_

3. When did you visit the Facility? _5/3//14_ (Date) _1:30 pm_ (Time)

4. Was this your first visit to the Facility? _No_

5. If you have been to the Facility before, please list the date and times of each visit if you can remember, or give an estimate of how often you go. _7_

6. What was the purpose of your visit? _Haircuts_

7. Who accompanied you to the Facility? _Grandson Ronny and Jhonny_

8. What car did you drive to the Facility? _Mine_

9. Did you drive yourself or did you get a ride from someone else? _I drove_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. _In the parking spot on the right_

11. Was it difficult for you to park there? If so, why? _No_

12. How did you unload from your vehicle? _Rear_

13. What side of the vehicle did you unload from? Driver or passenger? _Driver_

14. Did anyone help you to transfer onto your wheelchair? Who? _Yes, Jhonny_

15. Did you encounter any problems transferring onto your wheelchair? Describe. _No, because Jhonny helped me with my chair._

16. Which way did you go from the parking to the entrance of the Facility? _To access isle_

17. Did you encounter any problems on your way to the entrance, for example a ramp? Describe. _Yes, ramp was short and steep and uneven._

18. Did you encounter any problems opening the door? Describe. _Yes, door heavy and threshold._

19. What did you purchase (or what meal did you have there)? _2 haircuts_

20. Did you need to use the restroom while you were at the Facility? Why? _No, because of the benches in the barbershop's chairs blocked me and door_

21. Describe any problems you encountered with the following (or write "Did not need to use" or "No problems"): _to small to get in_

EX. 118-200

MLF0049811

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

Sink: __N/A__

Toilet: __N/A__

Urinal: __N/A__

Toilet paper: __N/A__

Toilet seat covers: __N/A__

Paper towels/hand dryer: __N/A__

Soap dispenser: __N/A__

Other: __N/A__

22. Did you have any problem maneuvering inside the restroom? __N/A__

23. Was there any seating provided inside the Facility? __Yes, but not handicapped accessible, I had to sit in the middle of room and__

24. Were you able to sit comfortably at the table? If not, why? __There was no tables.__

25. Did you use the counter to pay for purchase? Which one? __Didn't use a counter.__

26. Did you pay with cash or credit card? __Cash__

27. Was the counter accessible? If not, describe: __N/A__

28. Did you have any other problems inside the Facility? Describe. __Yes, I couldn't get to the restroom and it looked like I did but door too small to get in the bathroom__

29. Which way did you go after you left the Facility? __Outdoor right too ramp too car.__

30. Any problems getting back to your vehicle? __Yes, ramp uneven, short, and steep put me out into the street.__

31. Any problems transferring from your wheelchair to your vehicle? __No, because Jhonny helped me with my chair.__

32. Any additional information you believe would assist us in evaluating this inquiry? __Yes, I had to sit in the middle of the room because no place to sit.__

MLF0049812

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

1. What is the name of the Facility? _Pizza Hut_

2. What is the address of the Facility? _1839 West Clinton Fresno, CA_

3. When did you visit the Facility? _5/31/14_ (Date) _1:20 pm_ (Time)

4. Was this your first visit to the Facility? _No_

5. If you have been to the Facility before, please list the date and times of each visit if you can remember, or give an estimate of how often you go. _7_

6. What was the purpose of your visit? _Lunch_

7. Who accompanied you to the Facility? _Grandson Ronny and Jhonny_

8. What car did you drive to the Facility? _Mine_

9. Did you drive yourself or did you get a ride from someone else? _I drove_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. _In second dp parking spot on the right_

11. Was it difficult for you to park there? If so, why? _No_

12. How did you unload from your vehicle? _Rear_

13. What side of the vehicle did you unload from? Driver or passenger? _Driver_

14. Did anyone help you to transfer onto your wheelchair? Who? _Yes, Jhonny_

15. Did you encounter any problems transferring onto your wheelchair? Describe. _No because Jhonny helped me with my chair._

16. Which way did you go from the parking to the entrance of the Facility? _Too accessible_

17. Did you encounter any problems on your way to the entrance, for example a ramp? Describe. _Yes, ramp is short and very steep, cracks in street all over._

18. Did you encounter any problems opening the door? Describe. _Yes, door heavy, threshold_

19. What did you purchase (or what meal did you have there)? _Pizza_

20. Did you need to use the restroom while you were at the Facility? Why? _No_

21. Describe any problems you encountered with the following (or write "Did not need to use" or "No problems"):

MLF0049825

Sink: N/A

Toilet: N/A

Urinal: N/A

Toilet paper: N/A

Toilet seat covers: N/A

Paper towels/hand dryer: N/A

Soap dispenser: N/A

Other: N/A

22. Did you have any problem maneuvering inside the restroom? N/A

23. Was there any seating provided inside the Facility? Yes, but not accessible.
Benches got in the way of the seating in the facili

24. Were you able to sit comfortably at the table? If not, why? There was no tables
in the facility.

25. Did you use the counter to pay for purchase? Which one? Yes, only one

26. Did you pay with cash or credit card? Credit Card

27. Was the counter accessible? If not, describe: No, because counter too
wide.

28. Did you have any other problems inside the Facility? Describe. Yes, counter
was wide.

29. Which way did you go after you left the Facility? Outdoor too ramp to car

30. Any problems getting back to your vehicle? Yes, ramp was short and steep

31. Any problems transferring from your wheelchair to your vehicle? No, because Jhonny helped me with my chair.

32. Any additional information you believe would assist us in evaluating this inquiry?
Yes, I had to go behind another car that
was parked in the other dp spot and ramp
was uneven and steep.

EX. 118-203

MLF0049826

```
ARCO 83577
1460 P St
Fresno
CA 93721
Tel : 5592376040
Site Number   12054453

PAID IN
Cash                        100.00
Total                       100.00

Number 1532647           ORIGINAL
2 JARNAIL           11/03/2013 12:28
    Thank you for shopping with us
```

```
ARCO 83577
1460 P St
Fresno
CA 93721
Tel : 5592376040
Site Number   12054453

PAID
Cash                        100.00
Total                        00.00

Number 1517633
2 JARNAIL           10/27/2013 12:41
    Thank you for shopping with us
```

MLF0049010

No Ramp at all
Big Curb to get
into Door
Isle's very small
going out Door
fall off curb
FRONT DOORS

MLF0049006



1460 P St
FRESNO CA 93721
(559) 237 6040
12054453

VISA                      mod: Swiped

Total:                        103.28

02/29/12                    13:47:59
Trace#: 003983    Appr Code: 029225
Apprvd: Online        Batch#: 000565

ARCO 54453
1460 P St
Fresno
CA 93721
Tel : 5592376040
Site Number   12054453

PAID CA
Cash                        50.00
Total                       50.00

Number 855473           ORIGINAL
1 CHRISTIAN        04/03/2012 14:20
    Thank you for shopping with us

## ARCO

ARCO 54453
1460 P St
Fresno
CA 93721
Tel : 5592376040
Site Number   12054453

| Qty Name | Price | Total |
|----------|-------|-------|
| 1 GRZLY LC WGR | 2.99 | 2.99 T |
| SubTotal | | 2.99 |
| SALES TAX   @ 7.97% on | 2.99 | 0.24 |
| Total | | 3.23 |

Cash                  $        5.00
Change due customer          -1.77

Receipt 1217657         ORIGINAL
1 JASWINDER       10/05/2012 13:53
    Thank you for shopping with us

MLF0049007

1. What is the name of the Facility? _ARCO_

2. When did you visit the Facility? _____ (Date) _____ (Time) _YOU have Recipts_

3. What is the address of the Facility? _1460 P St FRESNO CA 93612_

4. Was this your first visit to the Facility? _NO_

5. How many times have you visited the Facility? _Feu_ If more than one visit, please list the date and time if you

    know it. _you have the Recipti_

6. What was the purpose of your visit? _GAS_

7. Who accompanied you to the Facility? _ME / Lynn / Renny Lereto_

8. What car did you drive to the Facility? _Minie_

9. Did you drive yourself of did you get a ride from someone else? _I Drove_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your

    vehicle. _IN Front of the Gas pumps_

11. Was it difficult for you to park there? _____

12. Why? _____

13. How did you unload from your vehicle? _the Rear_

14. What side of the vehicle did you unl[...] _noine_

15. Did anyone help you to transfer ont[...]

16. What problems did you encounter [...]

    _____

17. Which way did you go from the p[...] _2 + one time + one time_

18. Did you encounter any problem[...] [...]p? Describe.

    _CRUB No Ra[...]_

19. Did you encounter any problems opening the door? Describe why. _Door OPENS out onto sidewalk_

20. Did you have any problems inside the Facility? Describe. _Issles to small to get Down_

MLF0049008

21. What did you purchase (or what meal did you have there). Describe: _Gas_

22. Have you used the restroom at the Facility? _No way too_

23. Why did you need to use the restroom? _____

24. Did you use the sink? _____

25. Any problems? _____

26. Did you use the urinal? _____

27. Did you use the toilet? _____

28. Did you use the toilet paper? _____

29. Did you use paper towels? _____

30. Did you use the soap dispenser? _____

31. Did you have any problem maneuvering inside the restroom? _____

32. Where did you sit? _____

33. Was there any seating provided inside the Facility? _____

34. Was it wheelchair accessible? _No_

35. Where you comfortable at the table? _____

36. Did you use the counter to pay for purchase? _Yes_

37. Which counter did you use? _one inside door to the Left_

38. Was the counter accessible? _not Really_

39. Which way did you go after you left the Facility? _Back to my car_

40. Any problems getting back to your vehicle? _yes I had to go a lil crab to get to my car_

41. Any problems transferring from your wheelchair to your vehicle? _one time nav parked in Behind me my grandson had to move car up so I could put my_

42. If you have any addition information you believe would assist us in evaluating this inquiry. _Chair in cola_

MLF0049009

EL REALITO DE ORO
518 S GATEWAY
MADERA,CA 93637
(559) 673-6749
DATE 03/13/2012 TUE    TIME 15:10

OPEN FOOD T1          $1.39
TAX1                  $0.11
TOTAL                 $1.50
CASH                  $1.50
    CARNICERIA Y TAQUERIA
    OPEN FROM 8:00am-9:00pm
    THANK YOU!
    COME AGAIN
    GRACIAS!
CLERK 1        00007    00000

EX. 118-209

MLF0051570

Ramp goes
out into Drive
Way

yasometo, mass

← Bad parking
lots of vendors
inside

**My℗com.**   Valley △ Yellow Pages.
Isles Door centers

MLF0051571

Liquor Max
No Ramp in front of Store
Hc parking is @ end & Ramp is
Hidden around corner
Ron Had to pop wheelis to
get up on Sidewalk & then
got Stuck, Someone came &
helped him up The curb Then saw
Ramp when Leaving the store on the side where
it could not Be seen

Ron tried to go up the ramp and almost
tipped over b/c the wheelchair wheels went
to the left as he hit the inclened portion of the
ramp.

LIQUOR
MAX
497 CLOVIS AVE

DATE 02/07/2010 SUN    TIME 15:03

NON TAX
TOTAL                    $9.00
CASH                     $9.00
CLERK 1        No.46569   00000

MLF0028488

people

```
    LIQUOR                          LIQUOR
      MAX                             MAX
  497 CLOVIS AVE                  497 CLOVIS AVE

DATE 02/11/2010 THU  TIME 14:07   DATE 02/25/2010 THU  TIME 14:0

TAXABLE T1          $3.99        LOTTERY             $19.00
TAX1               $0.36         LOTTERY PAID        -19.00
TOTAL               .35          NON TAX              $1.00
CASH                             TAXABLE T1           $3.99
CHANGE                           TAX1                 $0.36
CLERK 1      No.                 TOTAL                $5.35
                                                     $20.00
                                                     $14.65
                                 No.472261   00000
```

Liquor Max
Herndon & Clovis av
N.E. corner No the parking
in front of Store

MLF0028489



ARSENIO'S

MEXICAN FOOD

497 N.CLOVIS AVE.#201
CLOVIS,CA.93612

ORDER # 0150

| | |
|---|---|
| [illegible]IMP BURRI | 5.4 |
| [illegible]CK BURRIT | 3.75 |

| | | |
|---|---|---|
| [illegible] | $ | [illegible] |
| [illegible] | $ | [illegible] |
| [illegible] | $ | 10.07 |

$ 10.07

CAR PICK 548

[illegible] 1 FEB.16,12 21:15

PHONE (559) 298-7033
GRACIAS POR VENIR
REGRESE PRONTO
THANK YOU-COME BACK [illegible]

ARSENIO'S

MEXICAN FOOD

497 N.CLOVIS AVE.#201
CLOVIS,CA.93612

ORDER # 0125

```
1 ASADA NACHOS        7.49
1 CON CREMA
1 SEPARADO
1 COMBO # 3           7.49
1 PREGUNTAR
1 QUESO
```

LLEVAR
```
  SUBTOTAL      $    14.98
  TAX 1         $     1.34
  TOTAL         $    16.32

  CASH          $    ..00

  CHANGE        $     3.68
```

CAR PICK UP #    177

FURNO 1  118.19,12 19:24

PHONE (559) 298-7033
GRACIAS POR VENIR
REGRESE PRONTO
THANK YOU-COME BACK SOON

MLF0028491

# ARSENIO'S

# MEXICAN FOOD

497 N.CLOVIS AVE.#201
CLOVIS,CA.93612

## ORDER # 0175

| | | |
|---|---|---|
| 1 SHRIMP BURRI | | 5.49 |
| 1 PREGUNTAR | | |
| 1 COMBO # 6 | | 7.49 |
| 1 BEEF | | |
| 1 CHICKEN | | |
| 1 BEEF BURRITO | | 3.75 |
| -1 BEEF BURRITO | | -3.75 |
| 1 C.VERDE BURR | | 4.99 |

LLEVAR
| | | |
|---|---|---|
| SUBTOTAL | $ | 17.97 |
| TAX 1 | $ | 1.43 |
| TOTAL | $ | 19.40 |
| CASH | $ | 100.00 |
| CHANGE | $ | 80.60 |

CAR PICK UP # 040

TURNO 1  MAR.18,12 14:28

PHONE (559) 298-7033
GRACIAS POR VENIR
REGRESE PRONTO
THANK YOU COME BACK SOON

EX. 118-215

MLF0028492