# Exhibit 119

**S21 Sushi and Sake Bar**
5754 N. 1st Street
559-438-7100

| Dine In | Party of 2 |
|---|---|
| Table   C4 | Ticket   2005 |
| Server  : Ludwig | REG1 |
| 06:37 PM | Date 07/18/13 |

Seat  1>> ------------------------

| 1 | OMG | 13.95 |
| 1 | RAINBOW ROLL | 9.95 |

--------------------------------

| Sub Total | : | 23.90 |
| Sales Tax | : | 1.97 |
| **Check Total** | **$** | **25.87** |

Thank you very much!
Find us on facebook
www.facebook.com/S21sushi

EX. 119-000002

MLF0051546

```
        SZ1 SUSHI AND SAKE BAR
           5754 N. FIRST ST
           FRESNO, CA 93710

TERMINAL ID:              008594657
MERCHANT #:            334189590081

VISA
#xxxxxxxxxxxx4008

SALE
BATCH: 000399      INVOICE: 0996320100
DATE: JUL 18, 13         TIME: 18:43
SQ: 015              AUTH NO: 08571B

PRE-TIP AMT              $25.87

TIP                     _____
                          33.00
TOTAL                   _____

         CUSTOMER COPY
```

EX. 119-000003

MLF0051547

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

ADA1 No.

(Facility)

1. What is the name of the Facility? _Sushi and Sake Bar_

2. When did you visit the Facility? _7/18/13_ (Date) _6:00 pm_ (Time)

3. What is the address of the Facility? _5754 N 1st Street Fresno CA_

4. Was this your first visit to the Facility? _No_

5. How many times have you visited the Facility? _Few_ If more than one visit, please list the date and time if you know it. _2_

6. What was the purpose of your visit? _To Eat_

7. Who accompanied you to the Facility? _my wife_

8. What car did you drive to the Facility? _mine_

9. Did you drive yourself or did you get a ride from someone else? _I drove_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. _Around on the side in Back They had No parking_

11. Was it difficult for you to park there? _Yes_

12. Why? _had to go Around corner to go to place_

13. How did you unload from your vehicle? _Rear_ CRacks in pagment

14. What side of the vehicle did you unload from? Driver or passenger? _Driver_

15. Did anyone help you to transfer onto your wheelchair? _No_

16. What problems did you encounter transferring onto your wheelchair? _None_

17. Which way did you go from the parking to the entrance of the Facility? _Up Access Issle to sidealing_

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe. _Yes when you got to the Front of Building sidewalk has a Drainage Valley in middle of sidewalk._

19. Did you encounter any problems opening the door? Describe why. _Yes And Also Thresh hold_

20. Did you have any problems inside the Facility? Describe. _Yes_

MLF0051548

table had palls could not get up to table
Also Isle to small to get Down when people sitting @
table's

21. What did you purchase (or what meal did you have there). Describe: _Two meal Rolls_

22. Have you used the restroom at the Facility? _Yes_

23. Why did you need to use the restroom? _Had to go_

24. Did you use the sink? _Yes_

25. Any problems? _it was very High pipes not wrapped mirror Very high_

26. Did you use the urinal? _No_

27. Did you use the toilet? _yes_

28. Did you use the toilet paper? _Yes_

29. Did you use paper towels? _yes_

30. Did you use the soap dispenser? _Yes_

31. Did you have any problem maneuvering inside the restroom? _got stuck Backing from sink to get out Hit toilet Then wall_

32. Where did you sit? _at table_

33. Was there any seating provided inside the Facility? _No_

34. Was it wheelchair accessible? _No_

35. Where you comfortable at the table? _No people did not have Room to walk By Because so far away from table._

36. Did you use the counter to pay for purchase? _Yes_

37. Which counter did you use? _only one_

38. Was the counter accessible? _No very high the had to Bring paper to Sign Around the counter to me on other side no way to Reach._

39. Which way did you go after you left the Facility? _to the Right Around Building_

40. Any problems getting back to your vehicle? _Just the side walk And Drainage in middle of it_

41. Any problems transferring from your wheelchair to your vehicle? _No_

42. If you have any addition information you believe would assist us in evaluating this inquiry.

MLF0051549

BAMBOO CHOPSTICKS
1604 N.FRUIT AVE
FRESNO, CA 937055101
02/29/2012                        14:13:51
Merchant ID:            000000002041345
Terminal ID               03040041
334239456885

CREDIT CARD
VISA SALE

CARD #              XXXXXXXXXXX8374
INVOICE                       0013
Batch #:                    000281
Approval Code:              029209
Entry Method:               Swiped
Mode:                       Online

PRE-TIP AMT           $8.55

TIP                 _____

TOTAL AMOUNT        _____


CUSTOMER COPY

MLF0051578

**Burger King ®**
**#7705**

3200 Floral Ave.
Selma, CA. 93622
(559) 891-7713

**ORDER 33**

**EAT IN**

| | |
|---|---|
| SAL APL GRIL | 5.49 |
| WATER | 0.00 |
| ----------- | |
| SUBTOTAL | 5.49 |
| TAX | 0.47 |
| TOTAL | 5.96 |
| CASH | 21.00 |
| CHANGE | 15.04 |

================================
WHOPPER® Sandwich for your thoughts:
**www.mybkexperience.com**

CHECK ON BACK FOR FOOD OFFER.

OUR GOAL IS YOUR SATISFACTION!
================================
Thu Mar 29 2012 01:18 PM T=01L I=5 C=133

*Signs*
*Bed Parking*
*Bathroom*
*counter*
*Doors*

Valley Ⓐ Yellow Pages.

my Ⓜ com.

MLF0029468

Burger King ®
#7705

3200 Floral Ave.
Selma, CA. 93622
(559) 891-7713

**ORDER 33**

EAT IN

| SAL APL GRIL | 5.49 |
| WATER | 0.00 |

| SUBTOTAL | 5.49 |
| TAX | 0.47 |

| TOTAL | 5.96 |
| CASH | 21.00 |
| CHANGE | 15.04 |

==============================
WHOPPER® Sandwich for your thoughts:
www.mybkexperience.com

CHECK ON BACK FOR FOOD OFFER.

OUR GOAL I° ... FACTION!
==========  ==========
Thu Mar 29 2012          1L I=5 C=133



MLF0051580

EX. 119-000009

MLF0051584

NO SIGNS
NO RAMP
FRONT DOOR,
Have Rail IN
FRONT OF Cash
Register No place
to sign C.C. Receipt

MLF0051585

EX. 119-000011

MLF0051586

# PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

## ADAI No.1521

### *Cal-Skate Clovis* (Facility) 2881 Peach Ave, Clovis, CA 93612

1. What is the name of the Facility? _Cal Skate_

2. When did you visit the Facility? _____(Date) _____(Time) _you Have Recipt_

3. What is the address of the Facility? _2881 Peach AVE Clovis Ca_

4. Was this your first visit to the Facility? _NO_

5. How many times have you visited the Facility? _A Few times_ If more than one visit, please list the date and time if you know it. _my GrandKids Birthday @ Least 2 times_

6. What was the purpose of your visit? _BiRth day party_

7. Who accompanied you to the Facility? _my wife Lynn_

8. What car did you drive to the Facility? _mine_

9. Did you drive yourself of did you get a ride from someone else? _Me_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. _IN Front_

11. Was it difficult for you to park there? _____

12. Why? _____

13. How did you unload from your vehicle? _Rear_

14. What side of the vehicle did you unload from? Driver or passenger? _Driver_

15. Did anyone help you to transfer onto your wheelchair? _No_

16. What problems did you encounter transferring onto your wheelchair?

   _WAS in Road_

17. Which way did you go from the parking to the entrance of the Facility? _To the Right_

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.
   _Ramp go's into street Also Access Issle Also there is a high treshold going into the_

19. Did you encounter any problems opening the door? Describe why. _High treshold Hard to get over while opening Door_

20. Did you have any problems inside the Facility? Describe. _yes they had to Bring out a Ramp So I could get up to the Skate Bar or party ARea._

MLF0051587

So I could watch open Gifts and cake Then I was Stuck there until time to Leave Because They Removed the Ramp

21. What did you purchase (or what meal did you have there). Describe: *Hot Dog, cake*

22. Have you used the restroom at the Facility? *WAS not ABle to Because*

23. Why did you need to use the restroom? *They took the Ramp AWAY*

24. Did you use the sink? _____

25. Any problems? _____

26. Did you use the urinal? _____

27. Did you use the toilet? _____

28. Did you use the toilet paper? _____

29. Did you use paper towels? _____

30. Did you use the soap dispenser? _____

31. Did you have any problem maneuvering inside the restroom? _____

32. Where did you sit? *UP Next to tables*

33. Was there any seating provided inside the Facility? *No*

34. Was it wheelchair accessible? *No*

35. Where you comfortable at the table? *No*

36. Did you use the counter to pay for purchase? *yes*

37. Which counter did you use? *SNAck Bar counter*

38. Was the counter accessible? *No*

39. Which way did you go after you left the Facility? *Forward to my car*

40. Any problems getting back to your vehicle? *Ramp puts you Right into the Road*

41. Any problems transferring from your wheelchair to your vehicle? *No*

42. If you have any addition information you believe would assist us in evaluating this inquiry.

MLF0051588



YOUR RECEIPT
THANK YOU
CALL AGAIN

REG 09-07-2012 12:24
5385

(                    $1.45
CHECK          $1.45

EX. 119-000014

MLF0030293

one very fooled
spot/ not sign
no? on anchor
671 Tulare Parlier
La michoacana
Taqueria

646-0475

my**ⓜ**com.  Valley △ Yellow Pages.

MLF0030308

Meat Counter about
@ 4½ feet tall. Tables
are made so chair
won't fit, Door is
too heavy + swings
Back + hits you.

MLF0030309

```
*********************
**    Carry-Out    **
**      RON        **
*********************
(559)298    0

    DaV       Pizza
7509 NORTH WILLOW AVE
   FRESNO,  A 93720

Emp#: 9           3:30 pm
Ord#: 201
                  07/03

  1 $6.99 XL          6.99
    PEPPERONI


            SUB $     6.99
           DISC $     0.00
            TAX $     0.56
            TOT $     7.55

      CASH TEND $     7.55


      ***  PAID  ***
```

MLF0030997

Ramp gos out str
Have to go Behind
car to get to Ramp
Front DOOR
signs not Right —

MyYP.com     Valley Yellow Pages.

EX. 119-000018

MLF0030996

```
*********************
*   NEW CUSTOMER    *
*********************

*********************
**    Carry-Out    **
**      RON        **
*********************
(559)273-1080 x.
<>

      DaVinci's Pizza
    7509 NORTH WILLOW AVE
      FRESNO, CA 93720
```

| | |
|---|---|
| Emp#: 9 | 4:23 pm |
| Ord#: 404 | |
| | 07/29 |

| | |
|---|---|
| 1 $5 LARGE | 5.55 |
| PEPPERONI | |

| | |
|---|---|
| SUB $ | 5.55 |
| DISC $ | 0.00 |
| TAX $ | 0.46 |
| TOT $ | 6.01 |
| CASH TEND $ | 6.01 |

```
          *** PAID ***



            DAVINCI'S PIZZA
          7509 N WILLOW AVE
           FRESNO, CA 93704
             559/298-9400

    TERMINAL ID.:          26430001
    MERCHANT #:    000210003244381

    VISA
    ************4008 EXP:**/**    SWIPED
    SALE
    BATCH: 000572    INV: 000006
    Jul 29, 13        16:20
    RRN: 000057260497 AUTH: 00228B

    TOTAL              $6.01

    RONALD MOORE



             CUSTOMER COPY
```

MLF0030942

```
*********************
**   Carry-Out    **
**      RON       **
*********************
(559)298    0

     DaVi     Pizza
7509 NORTH WILLOW AVE
   FRESNO, CA 93720

Emp#: 9          3:30 pm
Ord#: 201
                    07/03

   1 $6.99 XL          6.99
     PEPPERONI


              SUB $    6.99
             DISC $    0.00
              TAX $    0.56
              TOT $    7.55

         CASH TEND $   7.55


         *** PAID ***
```

EX. 119-000020

MLF0030943

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE
ADAI No.1663
DaVinci's Pizza(Facility) 7509 Willow Ave, Fresno CA

1. What is the name of the Facility? _Davinci's Pizza_

2. When did you visit the Facility? _7/29/13_ (Date) _4/20 pm_ (Time)

3. What is the address of the Facility? _7509 N Willow Ave_

4. Was this your first visit to the Facility? _No_

5. How many times have you visited the Facility? _Few_ If more than one visit, please list the date and time if you know it. _?_

6. What was the purpose of your visit? _To get Pizza for Grandkids_

7. Who accompanied you to the Facility? _Lynn my wife_

8. What car did you drive to the Facility? _Min—_

9. Did you drive yourself of did you get a ride from someone else? _I drove_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. _In D/P In Front_

11. Was it difficult for you to park there? _Yes_

12. Why? _____

13. How did you unload from your vehicle? _Rear_

14. What side of the vehicle did you unload from? Driver or passenger? _Drivers_

15. Did anyone help you to transfer onto your wheelchair? _Lynn_

16. What problems did you encounter transferring onto your wheelchair?

_Drainage Ditch and Road had a Bunch on cracks_

17. Which way did you go from the parking to the entrance of the Facility? _To Access Issle_
_Access Issle up_

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.

_Ramp go's into street And into Access Issle steep_

19. Did you encounter any problems opening the door? Describe why. _Heavey_

MLF0030945

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE
ADAI No.1663
DaVinci's Pizza(Facility) 7509 Willow Ave, Fresno CA

20. Did you have any problems inside the Facility? Describe. _____ Yes _____

_____

_____

21. What did you purchase (or what meal did you have there). Describe: _____ Pizza _____

_____

22. Have you used the restroom at the Facility? _____ No _____

23. Why did you need to use the restroom? _____

24. Did you use the sink? _____

25. Any problems? _____

26. Did you use the urinal? _____

27. Did you use the toilet? _____

28. Did you use the toilet paper? _____

29. Did you use paper towels? _____

30. Did you use the soap dispenser? _____

31. Did you have any problem maneuvering inside the restroom? _____

32. Where did you sit? _____

33. Was there any seating provided inside the Facility? _____ No _____

34. Was it wheelchair accessible? _____ No _____

35. Where you comfortable at the table? _____ N/A _____

36. Did you use the counter to pay for purchase? _____ Yes _____

37. Which counter did you use? _____ only one _____

38. Was the counter accessible? _____ No was high And hard to sign Recipt
Because wall And they had Cash Regersister in the middle so had to
39. Which way did you go after you left the Facility? _____ Down the Ramp;
Sign on the side wheel chair hit wall could not get close
40. Any problems getting back to your vehicle? _____ Ramp steep and Ditch
to sign up and AWAY.

EX. 119-000022

41. Any problems transferring from your wheelchair to your vehicle? _Drainage Ditch made it hard._

42. If you have any additional information you believe would assist us in evaluating this inquiry.

MLF0030947

Ramp go's out strd
Have to go Behind
Car to get to Ramp
Front DOOR
Signs not Right _

MyYP.com    Valley Yellow Pages.

MLF0030959

```
            Cupertino Union 76
          21530 Stevens Creek Blvd
            Cupertino,Ca 95014
              408-446-3426

   Cupertino Union 76, 6080
   21530 Stevens Creek Blvd
   Cupertino , Ca  95014

           09/23/2011 6:36:49 PM
      Register: 1 Trans #: 7337 Op ID: 15
          Your cashier: Jeff

   Skoal-long cut -mint       $5.26 101
                             ----------
            Subtotal =    $5.26
                 Tax =    $0.43
                             ----------
               Total =    $5.69

           Change Due = $-14.31

   Cash
                           $20.00



          Complete A Survey
          WWW.GASVISIT.COM
          *Register To Win*
```

```
*** REPRINT *** REPRINT *** REPRINT ***
CUPERTINO UNION 76  , 10097301
21530 STEVENS CREE
CUPERTINO       , CA

09/23/2011 06:35:05 PM 567434169

4370 MASTERCRD

INVOICE 183338
AUTH 00-R9762Z
REF 630060923111833

PUMP#  9
PREMIUM                      4.697G
PRICE/GAL                    4.259

FUEL TOTAL               $  20.00

                            --------
              Subtotal = $  20.00
                   Tax = $   0.00
*** REPRINT *** REPRINT *** REPRINT ***
                            --------
                 Total = $  20.00
CREDIT                   $  20.00
*** REPRINT *** REPRINT *** REPRINT ***
Batch: 63 Seq Num: 6
Term ID: 9
ZIP ENTERED
Workstation ID: 00
WANT FREE GAS?
REGISTER TO WIN AT
WWW.GASVISIT.COM


***
```

EX. 119-000025

MLF0025744



WELCOME TO
CAL-FRESNO OILS
UNION 76
TWIN STATIONS
93706

00420125
CAL FRESNO #108
2585 SO EAST AVE
FRESNO CA 93728

| Descr. | qty | amount |
|---|---|---|
| PWRD MTN BLAST 3 | 1 | 1.25 |
| PWRD MTN BLAST 3 | 1 | 1.25 |
| T C R V | 1 | 0.10 |
| T C R V | 1 | 0.10 |
| T WAVE LT BOX | 1 | 4.99 |
| CUSTOMER ID VERIFIED | 02/03/66 | |

Sub Total        7.69
Tax         0.43
TOTAL        8.12
CASH $       10.00
Change $      -1.88

COMPLETE A SURVEY
WWW.GASVISIT.COM
**REGISTER TO WIN**
REG# 0004 CSH# 016 DR# 01 TRAN# 46706
01/03/13 14:41:07          ST# CF108

MLF0051616

WELCOME TO
CAL-FRESNO OILS
UNION 76
TWIN STATIONS
95706

```
       00420125
     CAL FRESNO #108
     2585 90 EAST AVE
     FRESNO CA 93728
```

| Descr. | qty | amount |
|--------|-----|--------|
| PEACE GRN TEA 25 | 1 | 0.99 |
| GATORADE WM C BL | 1 | 1.39 |
| T C R V | 1 | 0.10 |

```
        Sub Total      2.48
             Tax       0.01
   TOTAL             2.49
            CASH $     3.00
          Change $    -0.51
```

COMPLETE A SURVEY
WWW.GASVISIT.COM
**REGISTER TO WIN**
REG# 0004 CSH# 005 DRW 01  TRAN# 44430
04/05/12 16:24:50           STN 0F108

*person +
signs  99
Parking is
Bad
Bathroom
Doors
Ramps*

My com.    Valley Yellow Pages.

EX. 119-000027

MLF0051617

WELCOME TO
HANDI STOP
4206 E WHITE
FRESNO CA
T006896190-001  HANDI STOP MARKET #8
4206 E. WHITE
FRESNO    CA 93702

| Descr. | qty | amount |
| --- | --- | --- |
| <CUSTOMER COPY> | | |
| T  TAX | 1 | 4.00 |
| T  WAVE 100 | 1 | 3.89 |
| Sub Total | | 7.89 |
| Tax | | 0.63 |
| **TOTAL** | | **8.52** |
| CREDIT $ | | 8.52 |

CARD TYPE: MASTERCARD
CARD NAME: MOORE/RONALD D
ACCT NUMBER: XXXX XXXX XXXX 4370
TRANS TYPE: SALE
APPROVAL: R1132Z        INVOICE: 026321
AMOUNT:          $   8.52

APPROVED R1132Z
*******************************************

THANKS,COME AGAIN
REG# 0001 CSH# 001 DR# 01  TRAN# 10281
01/03/13  15:18:42          ST# AB123

WELCOME TO
HANDI STOP
4206 E WHITE
FRESNO CA
T006896190-001  HANDI STOP MARKET #8
4206 E. WHITE
FRESNO    CA 93702

| Descr. | qty | amount |
| --- | --- | --- |
| FOR 07 | 1 | 1.99 |
| Sub Total | | 1.99 |
| Tax | | 0.00 |
| TOTAL | | 1.99 |
| CV053060006+ $ | | 2.00 |
| Change $ | | -0.01 |

THANKS,COME AGAIN
REG# 0001 CSH# 001 DR# 01  TRAN# 10281
01/03/13  15:18:42          ST# AB123

MLF0051619

# PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE
## *ADAI No. 1528*
## *Handi Stop (Facility) 4206 E. White, Fresno, CA*

1. What is the name of the Facility? *Handi Stop*

2. When did you visit the Facility? _____ (Date) _____ (Time) *you have recit*

3. What is the address of the Facility? *4206 E White Ave Fresno CA*

4. Was this your first visit to the Facility? *NO*

5. How many times have you visited the Facility? *couple* If more than one visit, please list the date and time if you know it. _____

6. What was the purpose of your visit? *Get Something to Drink + smoke*

7. Who accompanied you to the Facility? _____

8. What car did you drive to the Facility? *mine*

9. Did you drive yourself of did you get a ride from someone else? *myself*

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. *In front of store*

11. Was it difficult for you to park there? *yes if someone is getting gas*

12. Why? *there in the way*

13. How did you unload from your vehicle? *rear*

14. What side of the vehicle did you unload from? Driver or passenger? *Driver*

15. Did anyone help you to transfer onto your wheelchair? *No*

16. What problems did you encounter transferring onto your wheelchair?

    *None*

17. Which way did you go from the parking to the entrance of the Facility? *Left*

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.
    *Ramp gos into the Street into Access Issue*

19. Did you encounter any problems opening the door? Describe why. *N/o*

20. Did you have any problems inside the Facility? Describe. *Issle couple to small to get Down*

EX. 119-000029

MLF0051620

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE
*ADAI No. 1528*
*Handi Stop (Facility) 4206 E. White, Fresno, CA*

21. What did you purchase (or what meal did you have there). Describe: Drinks and smokes

22. Have you used the restroom at the Facility? _No_

23. Why did you need to use the restroom? _____

24. Did you use the sink? _____

25. Any problems? _____

26. Did you use the urinal? _____

27. Did you use the toilet? _____

28. Did you use the toilet paper? _____

29. Did you use paper towels? _____

30. Did you use the soap dispenser? _____

31. Did you have any problem maneuvering inside the restroom? _____

32. Where did you sit? _N/A_

33. Was there any seating provided inside the Facility? _No_

34. Was it wheelchair accessible? _pretty small_

35. Where you comfortable at the table? _N/A_

36. Did you use the counter to pay for purchase? _Yes_

37. Which counter did you use? _the only one that is there to the Right when you go into store_

38. Was the counter accessible? _was kind of hard to sign credit card_

39. Which way did you go after you left the Facility? _out and then to back of my car_

40. Any problems getting back to your vehicle? _No_

41. Any problems transferring from your wheelchair to your vehicle? _No_

42. If you have any addition information you believe would assist us in evaluating this inquiry.

MLF0051621



MLF0051622

KERMAN CARNITAS
14980 W WHITESBRIDGE AVE
KERMAN CA 93630
559-846-3939

Terminal ID: 00727715          0001
----------------------
1/29/13                     7:50 PM
----------------------

MASTERCARD
ACCT #: ************4370
CREDIT SALE

                          REF #: 044
BATCH #: 464        AUTH #: R6818Z

AMOUNT                        $26.38

APPROVED

CUSTOMER COPY

---

KERMAN CARNITAS

14980 W WHITEBRIDGE
846-3939

1/19/2012 THU    TIME 16:04

TACO T1                         $1.3
TAX1                            $0.1
TOTAL                           $1.50
CASH                            $1.50
CLERK 1        870747         00000

---

en WhitesBridge
Ramp comes out in
Road cant Reach
caunter to get ordered
food. Tables are all
Booths No wheelchairs
Want fit, aisle is
also too Small.
Bumping into things

My YP.com        Valley Yellow Pages.

**REPRINTED**

**Valley Hydroponics**
207 E. Sierra Ave
Fresno, Ca 93710
(559) 449-0426

Cashier: Chi

| Item Name | Qty | Price | Ext Price |
|---|---|---|---|
| Clay Pebbles (Plant! | 4 | $27.00 | $108.00 T |
| Plant'T Clay Pebbles 45 | | | |
| ltr | | | |

| | | |
|---|---|---|
| | Subtotal: | $108.00 |
| Local Sales Tax | 8.225 % Tax | + $8.88 |
| | **RECEIPT TOTAL:** | **$116.88** |

Amount Tendered    $117.00
Change Given    $0.12

Cash   $117.00

Thank you for shopping at Valley Hydroponics
All sales are final
Defective items will be thru manufacturer only

19722

EX. 119-000033

MLF0051692

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

ADAI No.

(Facility)

1. What is the name of the Facility? *Valley Hydroponics*

2. When did you visit the Facility? *3/12/13* (Date) *5:13 pm* (Time)

3. What is the address of the Facility? *207 E Sierra Ave Fresn*

4. Was this your first visit to the Facility? *Yes*

5. How many times have you visited the Facility? _____ If more than one visit, please list the date and time if you

   know it. _____

6. What was the purpose of your visit? *To get Rocks*

7. Who accompanied you to the Facility? *Anthony*

8. What car did you drive to the Facility? *Mine*

9. Did you drive yourself of did you get a ride from someone else? *I Drove*

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your

    vehicle. *In parking space No signs*

11. Was it difficult for you to park there? *Yes had to park in Between*

12. Why? *2 CAR Had to wait for car to move so I could get out my Door*

13. How did you unload from your vehicle? *Rear*

14. What side of the vehicle did you unload from? Driver or passenger? *Driver*

15. Did anyone help you to transfer onto your wheelchair? *Anthony*

16. What problems did you encounter transferring onto your wheelchair?

    *Uneven ground kind of in Road away*

17. Which way did you go from the parking to the entrance of the Facility? *Right Behind me*

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.

    *payment Door Small Treshold No Route of travel*

19. Did you encounter any problems opening the door? Describe why. *Door open*

20. Did you have any problems inside the Facility? Describe. *Yes All Kind of Stuff*

MLF0051693

_IN DooR WAY The Isrl(e) were to small to even get in store Let Alone go Thur store._

21. What did you purchase (or what meal did you have there). Describe: _Racks for Lyons Garden_

22. Have you used the restroom at the Facility? _NO_

23. Why did you need to use the restroom? _NO_

24. Did you use the sink? _no_

25. Any problems? _no_

26. Did you use the urinal? _No_

27. Did you use the toilet? _No_

28. Did you use the toilet paper? _No_

29. Did you use paper towels? _No_

30. Did you use the soap dispenser? _No_

31. Did you have any problem maneuvering inside the restroom? _No_

32. Where did you sit? _N/A_

33. Was there any seating provided inside the Facility? _N/A_

34. Was it wheelchair accessible? _No_

35. Where you comfortable at the table? _N/A_

36. Did you use the counter to pay for purchase? _Yes_

37. Which counter did you use? _only one_

38. Was the counter accessible? _NO All kind of stuff in Front of cash Register Made it very hard to PAY over everthing_

39. Which way did you go after you left the Facility? _Straight out to my Car_

40. Any problems getting back to your vehicle? _Do not go ACROSS Road_

41. Any problems transferring from your wheelchair to your vehicle? _No_

42. If you have any addition information you believe would assist us in evaluating this inquiry.

MLF0051694

Eat In

Order #105877    1/8/2013 6:28:22 PM
WENDY'S   Store # Store #00005319
18525 Pistachio Dr
Madera, CA 93637
(559)661-8309

Name: martin r        REG 1
--------------------------------------
1  Double Cheese        4.39
1  Small Water
        SubTotal        4.39
        Tax        0.35

    Total        4.74
    Cash Tender        5.00
    Change        0.26

Tell us about your Visit.
1-800-82-Wendy
www.tellwendys.com



Total Items 2

---

WENDY'S OLD FASHIONED HAMBURGERS
MADERA     STORE#437
(559) 661-8039

#265
1 FROSTY FLOAT
  20 OZ        1.99
1 CHOCOLATE FROSTY
  SMALL  10 OZ    .99

    SBTL      2.98

    TXTL      .23
    TOTL    3.21
    CASH    5.00
    CHNG    1.79
JULISSA
0102 15:20 #05 MAR.30'12 REG0002

---

Eat In

Order #105877    1/8/2013 6:28:22 PM
WENDY'S   Store # Store #00005319
18525 Pistachio Dr
Madera, CA 93637
(559)661-8309

Name: martin r        REG 1
--------------------------------------
1  Double Cheese        4.39
1  Small Water
        SubTotal        4.39
        Tax        0.35

    Total        4.74
    Cash Tender        5.00
    Change        0.26

Tell us about your Visit.
1-800-82-Wendy
www.tellwendys.com

---

Eat In

Order #105884    1/8/2013 6:42:31 PM
WENDY'S   Store # Store #00005319
18525 Pistachio Dr
Madera, CA 93637
(559)661-8309

Name: martin r        REG 1
--------------------------------------
1  Small Choc Frosty      0.99
        SubTotal        0.99
        Tax        0.08

    Total        1.07
    Cash Tender        1.10
    Change        0.03

Tell us about your Visit.
1-800-82-Wendy
www.tellwendys.com


Total Items 1

EX. 119-000036

**MLF0051696**

# PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

ADAI No. 1393
(Facility)

1. What is the name of the Facility? *Wendy's*

2. When did you visit the Facility? 1/8/13 (Date) 6:45 (Time)

3. What is the address of the Facility? 18525 pistachio Dr Madera Ca

4. Was this your first visit to the Facility? No

5. How many times have you visited the Facility? few If more than one visit, please list the date and time if you know it. _____

6. What was the purpose of your visit? Eat

7. Who accompanied you to the Facility? My self

8. What car did you drive to the Facility? mone

9. Did you drive yourself of did you get a ride from someone else? I Drove

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. to the Right of Door and Ramp

11. Was it difficult for you to park there? No

12. Why? _____

13. How did you unload from your vehicle? Rear

14. What side of the vehicle did you unload from? Driver or passenger? Driver

15. Did you anyone help you to transfer onto your wheelchair? No

16. What problems did you encounter transferring onto your wheelchair?

None

17. Which way did you go from the parking to the entrance of the Facility? Right Then Left

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.
Ramp gos into st Broke apart at curb Ramp in Acess Issle

19. Did you encounter any problems opening the door? Describe why. Yes Front Door shuts on you going thru

20. Did you have any problems inside the Facility? Describe. They have a Line no way to get My Chair into it so had to wait for people in line

MLF0051697

Because I had to wait on the outside

21. What did you purchase (or what meal did you have there). Describe: Double Cheese And a Frosty

22. Have you used the restroom at the Facility? Yes

23. Why did you need to use the restroom? Had to go

24. Did you use the sink? Yes

25. Any problems? No mirror sink not Raped

26. Did you use the urinal? No

27. Did you use the toilet? Yes Toilet Door didn'd close

28. Did you use the toilet paper? Yes

29. Did you use paper towels? Yes

30. Did you use the soap dispenser? Yes

31. Did you have any problem maneuvering inside the restroom? they have frunthat gos Around conter

32. Where did you sit? Table

33. Was there any seating provided inside the Facility? Yes

34. Was it wheelchair accessible? No

35. Where you comfortable at the table? No I had to put try on my lap and table at sume time

36. Did you use the counter to pay for purchase? Yes

37. Which counter did you use? only one

38. Was the counter accessible? No Had to wait outside line

39. Which way did you go after you left the Facility? Right

40. Any problems getting back to your vehicle? Ramp into street

41. Any problems transferring from your wheelchair to your vehicle? No

42. If you have any addition information you believe would assist us in evaluating this inquiry.

MLF0051698



### HYATT PLACE®

No parking
No signs
Ramp go's into
street
Had to go thru
street to get
to store
Front Door opens
out Have to
Back up Shutdoor
Because no Room
to get around Door
to get in to
QR Would not Parl Road

888 HYATT HP
HyattPlace.com
Contains 30% Post Consumer Recycled Material ♻

CHERRY VALERO
14518 VALLEY BLVD
FONTANA    CA  92335
L306687496001

08/19/2012 6:16:16 PM
Register: 1 Trans #: 9713 Op ID: 300
Your cashier: CHARLENE

*** PREPAID RECEIPT ***

| SATH CANDY CORN 2/$1.50 | $0.89 | 99 |
| CANDY 2 FOR 1.50 | $-0.14 | |

| SATH CANDY CORN 2/$1.50 | $0.89 | 99 |
| CANDY 2 FOR 1.50 | $-0.14 | |

| SATHERS 2/$1.50 CIRCUS P | $0.89 | 99 |
| CANDY 2 FOR 1.50 | $-0.14 | |

| SATHERS 2/$1.50 CIRCUS P | $0.89 | 99 |
| CANDY 2 FOR 1.50 | $-0.14 | |

| Arizona Iced Tea Mucho M | $0.99 | 99 |
| Bottle Deposit 0.05 | $0.05 | 99 |
| LOTTO | $10.00 | 99 |
| REGULAR CA   PUMP#1 | $99.96 | 99 |
| GROSARY NON-TAX | $1.00 | 99 |

Subtotal = $115.00
Tax = $0.00

Total = $115.00

Change Due = $0.00

Credit                          $115.00

XXXX XXXX XXXX 1890, Mastercard
MOORE/RONALD D
INVOICE 036189
AUTH 20433B
=========================================
Sequence Number 64497
APPROVED  20433B
=========================================
I agree to pay the above total amount
according to the card issuer agreement.

Thank You For Choosing
Cherry Valero

EX. 119-000039

**MLF0051706**

Isles in store
way to small
to get down them
was only able to
get some candy
on outside Isle
and Tea out of
1 cooler could
Not get down
other Isles no
way.

Cherry Ave
Interstate 10
Fonta. CA

EX. 119-000040

MLF0051707

**CHEVRON**
**3769 W. SHAW AVE.**
**FRESNO, CA.**

CHEVRON
3769 W. SHAW AVE. FRESNO     CA
STN# 00205529

Credit Card Receipt

MOORE/RONALD

| xxxxxxxxxxxx4008 | E/VISA | |
|---|---|---|
| milk | | 2.99 |
| WAW LGT 100 | | 3.79T |

| Items: 2 | Subtotal | 6.78 |
|---|---|---|
| Sales Tax | | 0.30 |
| **Total** | | 7.08 |

Credit Card(USD$)      $7.08

Invoice#:    2913958
Auth#:      07598B

\*\*\* Customer Copy \*\*\*

Learn how to
EARN REWARDS
with a Chevron
or Texaco
Credit Card
See application
for details

76803e4s235t1 08/02/13 21:39:27

**THANK YOU**
**CALL AGAIN**

EX. 119-000041

MLF056569

1735

## PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

### ADAI No.

(Facility)

1. What is the name of the Facility? _Chevron_

2. When did you visit the Facility? _8/2/13_ (Date) _9:30 pm_ (Time)

3. What is the address of the Facility? _3769 W Shiner Ave_

4. Was this your first visit to the Facility? _No_

5. How many times have you visited the Facility? _couple_ If more than one visit, please list the date and time if you know it. _2_

6. What was the purpose of your visit? _milk and smokes_

7. Who accompanied you to the Facility? _spouse my wife Lynn_

8. What car did you drive to the Facility? _minivan_

9. Did you drive yourself of did you get a ride from someone else? _I drove_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. _In D/p spot_

11. Was it difficult for you to park there? _yes)_

12. Why? _No signs_

13. How did you unload from your vehicle? _Rear_

14. What side of the vehicle did you unload from? Driver or passenger? _Driver_

15. Did anyone help you to transfer onto your wheelchair? _no_

16. What problems did you encounter transferring onto your wheelchair?

   _None_

17. Which way did you go from the parking to the entrance of the Facility? _To Ramp_

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.
   _Ramp uneven go's into street and access Issle And Ramp dont match up_

19. Did you encounter any problems opening the door? Describe why. _guy saw me getting wheel. chair out And opened Door_

20. Did you have any problems inside the Facility? Describe. _yes_

MLF056570

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

ADAI No.

(Facility)

_Cant guet By tebk's  Issly To small_
_Hot Dog's And Fountain Drinks to High._

21. What did you purchase (or what meal did you have there). Describe: _____

_____

22. Have you used the restroom at the Facility? _~~lone~~ ~~type~~ yes_

23. Why did you need to use the restroom? _had to pee_

24. Did you use the sink? _Yes_

25. Any problems? _Bathroom Door Does not shut_

26. Did you use the urinal? _no_

27. Did you use the toilet? _Yes_

28. Did you use the toilet paper? _No_

29. Did you use paper towels? _yes_

30. Did you use the soap dispenser? _yes_

31. Did you have any problem maneuvering inside the restroom? _No_

32. Where did you sit? _Did not_

33. Was there any seating provided inside the Facility? _yes_

34. Was it wheelchair accessible? _No_

35. Where you comfortable at the table? _Did not eat there_

36. Did you use the counter to pay for purchase? _yes_

37. Which counter did you use? _the one in Frontend Store_

38. Was the counter accessible? _No  Stuff in Front made it Real_
_hard to See Count_

39. Which way did you go after you left the Facility? _to the Left to Ramp to my car_

40. Any problems getting back to your vehicle? _Ramp sloped and uneven._

41. Any problems transferring from your wheelchair to your vehicle? _No_

42. If you have any addition information you believe would assist us in evaluating this inquiry.

MLF056571

# CHEVRON
## 3769 W. SHAW AVE.
### FRESNO, CA.

*** DUPLICATE RECEIPT ***

CHEVRON
3769 W. SHAW AVE. FRESNO          CA
STN# 00205529

Credit Card Receipt

MOORE/RONALD

| xxxxxxxxxxxx4370 | E/MASTERCARD |
|---|---|
| SNK KING | 1.99 |
| SNK KING | 1.99 |
| ARZ MNGO | 0.99 |
| crv big | 0.10T |

| Items: 4 | Subtotal | 5.07 |
|---|---|---|
| Sales Tax | | 0.01 |
| **Total** | | **5.08** |

Credit Card(USD$)

Invoice#:    2942327
Auth#:       05772Z

X_____

Customer Signature

Learn how to
EARN REWARDS
with a Chevron
or Texaco
Credit Card
See application
for details

166033e4s503t1 11/17/13 13:39:17

## THANK YOU
## CALL AGAIN

EX. 119-000044

MLF056572

```
        TAYLOR REPTILES,
           THANK YOU
         559-324-7100
     WWW.TAYLORREPTILES.COM
         ALL SALES FINAL

REG  06-17-2014 10:40
                        4893

RODENTS      T1      $2.50
TAX-AMT 1            $2.50
TAX 1               $0.22
TOTAL             $2.72
CASH               $20.00
CHANGE             $17.28
```

MLF0043417

1. What is the name of the Facility? _Taylors Reptile_

2. What is the address of the Facility? _Otorleg_

3. When did you visit the Facility? _6/12/14_ (Date) _1:30pm_ (Time)

4. Was this your first visit to the Facility? _Yes_

5. If you have been to the Facility before, please list the date and times of each visit if you can remember, or give an estimate of how often you go. _As needed_

6. What was the purpose of your visit? _To get mice for snake._

7. Who accompanied you to the Facility? _Ronny_

8. What car did you drive to the Facility? _Mine_

9. Did you drive yourself or did you get a ride from someone else? _I drove_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. _In D/P spot_

11. Was it difficult for you to park there? If so, why? _Yes had to unload in stre__

12. How did you unload from your vehicle? _Rear_

13. What side of the vehicle did you unload from? Driver or passenger? _Driver_

14. Did anyone help you to transfer onto your wheelchair? Who? _Ronny_

15. Did you encounter any problems transferring onto your wheelchair? Describe. _In Road._

16. Which way did you go from the parking to the entrance of the Facility? _To Access to Ramp_

17. Did you encounter any problems on your way to the entrance, for example a ramp? Describe. _Ramp go's onto street and Accessible gap between ramp_

18. Did you encounter any problems opening the door? Describe. _No Open Treashold_
_and payment_

19. What did you purchase (or what meal did you have there)? _Mice._

20. Did you need to use the restroom while you were at the Facility? Why? _No_

21. Describe any problems you encountered with the following (or write "Did not need to use" or "No problems"

MLF0043407

Sink: _N/A_

Toilet: _N/A_

Urinal: _N/A_

Toilet paper: _N/A_

Toilet seat covers: _N/A_

Paper towels/hand dryer: _N/A_

Soap dispenser: _N/A_

Other: _____

22. Did you have any problem maneuvering inside the restroom? _N/A_

23. Was there any seating provided inside the Facility? _N/A_

24. Were you able to sit comfortably at the table? If not, why? _N/A_

25. Did you use the counter to pay for purchase? Which one? _yes  only one_

26. Did you pay with cash or credit card? _cash_

27. Was the counter accessible? If not, describe: _High._

28. Did you have any other problems inside the Facility? Describe. _____

29. Which way did you go after you left the Facility? _Out Door to Left_

30. Any problems getting back to your vehicle? _Trishold got stuck @ Door, Ronny had to push me_

31. Any problems transferring from your wheelchair to your vehicle? _No  Ronny did it_

32. Any additional information you believe would assist us in evaluating this inquiry?

_____

_____

MLF0043408

Toledo's Mexican Restaurant
www.toledosmexicanfood.com
1125 SHAW AVE
CLOVIS, CA 93611
559/298-0290

Server: MARIA                      04/13/2014
Table 28/1                         11:54 AM
Guests: 1
Reprint #: 2

Coke
Diet Coke                              2.75
Pancake Breakfast                      2.75
Steak & Eggs                           9.79
Breakfast Machaca                     10.99
Tacos De Carne Asada                   9.79
                                      14.59

Complete Subtotal
                                      50.66
Subtotal
Tax
                                       4.17
Total
                                      54.83
CASH
Change                                65.00
                                      10.17

service@toledosmexicanfood.com
Tip Calculator based on $50.66
     18% Tip = $9.12
     20% Tip = $10.13
     15% Tip = $7.60

---- Check Closed ----

EX. 119-000048

**MLF0051740**

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

ADAI No.

(Facility)

1. What is the name of the Facility? _Toledos mexican_

2. When did you visit the Facility? _4/13/14_ (Date) _12:30 pm_ (Time)

3. What is the address of the Facility? _1125 Shaw Ave Clovis_

4. Was this your first visit to the Facility? _NO_

5. How many times have you visited the Facility? _?_ If more than one visit, please list the date and time if you know it. _?_

6. What was the purpose of your visit? _To eat_

7. Who accompanied you to the Facility? _IR his kid And my grandson_

8. What car did you drive to the Facility? _mine_

9. Did you drive yourself of did you get a ride from someone else? _I drove_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. _In D/P spot_

11. Was it difficult for you to park there? _NO_

12. Why? _____

13. How did you unload from your vehicle? _Rear_

14. What side of the vehicle did you unload from? Driver or passenger? _Drive_

15. Did anyone help you to transfer onto your wheelchair? _my grandson_

16. What problems did you encounter transferring onto your wheelchair?

_none_

17. Which way did you go from the parking to the entrance of the Facility? _to Acces Issle_

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.
_Ramp gos into Acces Issle At top of Ramp it Does not Line up with Side walk Big Lip very hard to get up_

19. Did you encounter any problems opening the door? Describe why. _Doors closed on me Before I could get Thru_

20. Did you have any problems inside the Facility? Describe. _Yes_

MLF0051741

It WAS very hard to get into my table Because
they had A vase there And I had to go up and Back ABoo
3 or 4 times Before I could get straight into table

**21. What did you purchase (or what meal did you have there). Describe:** 4 meals

**22. Have you used the restroom at the Facility?** Yes

**23. Why did you need to use the restroom?** wash hand and pee

**24. Did you use the sink?** yes

**25. Any problems?** yes

**26. Did you use the urinal?** Yes

**27. Did you use the toilet?**

**28. Did you use the toilet paper?**

**29. Did you use paper towels?** Yes

**30. Did you use the soap dispenser?** Yes high

**31. Did you have any problem maneuvering inside the restroom?** Yes

**32. Where did you sit?** taBle

**33. Was there any seating provided inside the Facility?** yes

**34. Was it wheelchair accessible?** No

**35. Where you comfortable at the table?** No table leg's could not seat up to taBle

**36. Did you use the counter to pay for purchase?** no

**37. Which counter did you use?** paid at table

**38. Was the counter accessible?** No do not look like it So Just paid at table

**39. Which way did you go after you left the Facility?** out Door Down walk way then over grow Bushes cut my ARM All up make me Bleed

**40. Any problems getting back to your vehicle?** up at Ramp grandson Helped

**41. Any problems transferring from your wheelchair to your vehicle?** grandson did it.

**42. If you have any additional information you believe would assist us in evaluating this inquiry.**

Z'S SMOKE SHOP
1001 E PROSPERITY AVE.
TULARE, CA 93274

Merchant ID: 0327

Ref #: 0003

## Sale

XXXXXXXXXXXX4008
VISA                    Entry Method: Swiped

Total:              $       20.00

06/11/14                      12:21:13
Inv #: 000003        Appr Code: 03442B
Transaction ID: 384162696745592
Apprvd: Online           Batch#: 000294


Customer Copy

THANK YOU!



Ruth's Chris Steak House
7844 North Blackstone Avenue
Fresno, CA 93720
559-490-0358

1021786 Andrew
------------------------------------
Tbl 31/1      Chk 6616         Gst 8
              31/MOORE
          Jun10'14 08:19PM
------------------------------------
1 G ML Duckhorn              20.00
1 Stolichnaya Up             13.00
1 G CS Silver Oak            25.00
1 Caesar Salad                9.50
3 Porterhouse               264.00
1 Filet Ruths Classic        53.95
1 Ribeye                     47.00
1 Ice Cream Van               6.00

  Subtotal                  438.45
  Tax                        36.06
  Total              474.51

Try our new
Ruth's Seasonal Classics menu.
Three delicious courses
with new seasonally inspired
dishes, starting at $42.95

Reservations & Gift Cards
Available at RuthsChris.com



Ruth's Ch,
744 Nort B        venu
  Fresno,  C   72
   559-49
         Jun10   09:33 M
L    Type:  Visa
A cc #:    XXX     XYXX
Card Entry: SWT  D
Trans Type: FU HASE
Trans Key:  C1U  91653412
Auth Code:  0916 8
Check:      6616
Table:     1/1
Check ID:   31/MOORE
Server:    1021786 Andrew

Subtot              174.51

Gratuity:  ----------

Total:    $190.00

     Guest's Copy

EX. 119-000052

**MLF0043727**



Ruth's Chris Steak House
7844 North Blackstone Avenue
Fresno, CA 93720
559-490-0358

1021786 Andrew

Tbl 31/1      Chk 6616        Gst 8
                31/MOORE
           Jun10'14 08:19PM

1 G ML Ducxxorn              20.00
1 Stolichnaya ic            13.00
1 G CS 2: e.  ah            25.00
1 Caesar Salad               9.50
3 Porterhouse              264.00
1 Filet Ruths Classic       53.95
1 Ribeye                    47.00

  Subtotal                 432.45
  Tax                       35.57
  Total          468.02

Try our new
Ruth's Seasonal Classics menu.
Three delicious courses
with new seasonally inspired
dishes, starting at $42.95

Reservations & Gift Cards
Available at RuthsChris.com

MLF0043725

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

1. What is the name of the Facility? _Ruth's Chris steak House_

2. What is the address of the Facility? _7844 N Blackstone Ave Fresno CA_

3. When did you visit the Facility? _6/10/14_ (Date) _8pm_ (Time)

4. Was this your first visit to the Facility? _yes_

5. If you have been to the Facility before, please list the date and times of each visit if you can remember, or give an estimate of how often you go. _When I can._

6. What was the purpose of your visit? _To eat_

7. Who accompanied you to the Facility? _Ronny Jason Grandson's_

8. What car did you drive to the Facility? _Mini_

9. Did you drive yourself or did you get a ride from someone else? _I drove_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. _In Res spot_

11. Was it difficult for you to park there? If so, why? _yes    No parking_

12. How did you unload from your vehicle? _Rear_

13. What side of the vehicle did you unload from? Driver or passenger? _Driver_

14. Did anyone help you to transfer onto your wheelchair? Who? _yes    Ronny_

15. Did you encounter any problems transferring onto your wheelchair? Describe. _Car passing By_

16. Which way did you go from the parking to the entrance of the Facility? _to the Right ARcoss Road._

17. Did you encounter any problems on your way to the entrance, for example a ramp? Describe. _yes  Had to cross Road 2 times_

18. Did you encounter any problems opening the door? Describe. _yes  Heavy_

19. What did you purchase (or what meal did you have there)? _3 meals_

20. Did you need to use the restroom while you were at the Facility? Why? _yes had to go_

21. Describe any problems you encountered with the following (or write "Did not need to use" or "No problems":

EX. 119-000054

**MLF0043723**

Sink: _yes Not wrapsed All the way High_

Toilet: _yes_

Urinal: _No_

Toilet paper: _yes_

Toilet seat covers: _yes_

Paper towels/hand dryer: _yes Out of Reach_

Soap dispenser: _yes_

Other: _Door to Restroom Heavy and closed on me Leaving._

22. Did you have any problem maneuvering inside the restroom? _No_

23. Was there any seating provided inside the Facility? _yes_

24. Were you able to sit comfortably at the table? If not, why? _No could not sit All the way up to table._

25. Did you use the counter to pay for purchase? Which one? _No._

26. Did you pay with cash or credit card? _Credit Card._

27. Was the counter accessible? If not, describe: _n/a_

28. Did you have any other problems inside the Facility? Describe. _Bath Room sink Had a closed Bottom could not get All the way up to it_

29. Which way did you go after you left the Facility? _out Door to the Right_

30. Any problems getting back to your vehicle? _Had to cross Road And walking_

31. Any problems transferring from your wheelchair to your vehicle? _____

32. Any additional information you believe would assist us in evaluating this inquiry?

_they had metal on the Bottom of the table that my Legs Hit and it Hurt._

MLF0043724

```
          QUICK N EZ
     6415 N BLACKSTONE
      FRESNO, CA 93704

05/24/2014        20:38:52
MID:      000000001366099
TID:             04175583
433208910888

        CREDIT CARD
        MC SALE

CARD:   XXXXXXXXXXXX7245
INVOICE               0082
Batch #:            000448
APP Code:           20199Z
Entry Mode:         Swiped
Mode:               Online

SALE AMT          $15.65

        CUSTOMER COPY
```

MLF0043822

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

1. What is the name of the Facility? _Food Liquor Quick N EZ_

2. What is the address of the Facility? _6415 N Blackstone Fresno_

3. When did you visit the Facility? _5/24/14_ (Date) _830pm_ (Time)

4. Was this your first visit to the Facility? _No_

5. If you have been to the Facility before, please list the date and times of each visit if you can remember, or give an estimate of how often you go. _?_

6. What was the purpose of your visit? _DRink_

7. Who accompanied you to the Facility? _Ronny Jason Thenny_

8. What car did you drive to the Facility? _mine_

9. Did you drive yourself or did you get a ride from someone else? _I DROVE_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. _IN D/P spot_

11. Was it difficult for you to park there? If so, why? _yes NO sign's_

12. How did you unload from your vehicle? _Rear_

13. What side of the vehicle did you unload from? Driver or passenger? _DRiver_

14. Did anyone help you to transfer onto your wheelchair? Who? _Shonny_

15. Did you encounter any problems transferring onto your wheelchair? Describe. _Jhonny Brought My chair to my door_

16. Which way did you go from the parking to the entrance of the Facility? _To Access Issle_

17. Did you encounter any problems on your way to the entrance, for example a ramp? Describe. _Street crack, Access Issle Cracked Ramp got into Street Also Has mnt of Ramp thats comms eg_

18. Did you encounter any problems opening the door? Describe. _Yes, door narrow and threshold._

19. What did you purchase (or what meal did you have there)? _Drinks_

20. Did you need to use the restroom while you were at the Facility? Why? _No_

21. Describe any problems you encountered with the following (or write "Did not need to use" or "No problems"):

MLF0043819

Sink: _N/A_

Toilet: _N/A_

Urinal: _N/A_

Toilet paper: _N/A_

Toilet seat covers: _N/A_

Paper towels/hand dryer: _N/A_

Soap dispenser: _N/A_

Other: _N/A_

22. Did you have any problem maneuvering inside the restroom? _N/A_

23. Was there any seating provided inside the Facility? _N/A_

24. Were you able to sit comfortably at the table? If not, why? _N/A_

25. Did you use the counter to pay for purchase? Which one? _Yes, the only one_

26. Did you pay with cash or credit card? _Credit card_

27. Was the counter accessible? If not, describe: _No, counter too high ronny had to sign reciept._

28. Did you have any other problems inside the Facility? Describe. _Yes, isles narrow and stuff infront on counter._

29. Which way did you go after you left the Facility? _Out door to accessisle to car._

30. Any problems getting back to your vehicle? _Yes, there is a bump between accessisle and pavement._

31. Any problems transferring from your wheelchair to your vehicle? _No, because Jhonny helped me with chair_

32. Any additional information you believe would assist us in evaluating this inquiry? _There was a crack between sidewalk and street. Couldn't get to drinks._

MLF0043820

The Old Spaghetti Factory
Catering is now available!!
1610 East Shaw Ave

Server: Anaise                05/26/2014
Table 131/1                      9:16 PM
Guests: 2                         40104

Sicilian Garlic Ch Bread          6.25
Dr. Pepper                        2.59
#2 The Half& Half Platter (2 @12.9  25.98

                                 34.82
Subtotal
Tax                               2.86

Total                            37.68

**Balance Due          37.68**

Thank you for visiting us
'ease come back soon!!
Please vi it www.osf.com for details.

The Old Spaghetti Factory
Catering is now available!!
1610 East Shaw Ave

Server: Anaise             DOB: 05/26/2014
09:21 PM                        05/26/2014
Table 131/1                     4/40104

                   SALE

Mastercard                      3145789
Card #XXXYYXXXXXXX7245
Magnetic card present: MOORE RONALD D
Card Entry Method: S

Approval: 01465Z

          Amount:       $ 37.68

          + Tip: _____

          = Total: _____

     I agree to pay the above
   total amount according to the
       card issuer agreement.

X_____

            **Guest Copy**

EX. 119-000059

MLF0044520

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

1. What is the name of the Facility? _Old Spaghetti Factory_

2. What is the address of the Facility? _1610 E Shaw Ave Fresno_

3. When did you visit the Facility? _5/26/14_ (Date) _9pm_ (Time)

4. Was this your first visit to the Facility? _NO_

5. If you have been to the Facility before, please list the date and times of each visit if you can remember, or give an estimate of how often you go. _Once in a while_

6. What was the purpose of your visit? _eat Dinner_

7. Who accompanied you to the Facility? _Grandson_

8. What car did you drive to the Facility? _mini_

9. Did you drive yourself or did you get a ride from someone else? _I Drive_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. _IN D/p step second one_

11. Was it difficult for you to park there? If so, why? _yes_
_Because street All cracked up_

12. How did you unload from your vehicle? _Rear_

13. What side of the vehicle did you unload from? Driver or passenger? _Driver_

14. Did anyone help you to transfer onto your wheelchair? Who? _Ronny_

15. Did you encounter any problems transferring onto your wheelchair? Describe. _yes Because of payment_

16. Which way did you go from the parking to the entrance of the Facility? _To Access Isle Then to Left then Right to Door_

17. Did you encounter any problems on your way to the entrance, for example a ramp? Describe. _Ramp short Steep Access Isle cracked._

18. Did you encounter any problems opening the door? Describe. _Door Heavy shut on me IN and out_

19. What did you purchase (or what meal did you have there)? _2- Half and Half Half Half Spaghetti Lasgnia_

20. Did you need to use the restroom while you were at the Facility? Why? _yes_

21. Describe any problems you encountered with the following (or write "Did not need to use" or "No problems"):

MLF0044430

Sink: yes    no WRApped

Toilet: yes

Urinal: no

Toilet paper: yes

Toilet seat covers: no yes

Paper towels/hand dryer: yes

Soap dispenser: yes

Other: Bathroom door Heavy

22. Did you have any problem maneuvering inside the restroom? no

23. Was there any seating provided inside the Facility? yes

24. Were you able to sit comfortably at the table? If not, why? No table Leg in way not ABle to get All the way up to table.

25. Did you use the counter to pay for purchase? Which one? No put to table

26. Did you pay with cash or credit card? credit card credit card

27. Was the counter accessible? If not, describe: N/A

28. Did you have any other problems inside the Facility? Describe. Carpets on the Floor

29. Which way did you go after you left the Facility? To Left then Right to Ramp

30. Any problems getting back to your vehicle? Shot Ramp and cracked up pAyment

31. Any problems transferring from your wheelchair to your vehicle? Yes Back had BlACK top Just put on ground.

32. Any additional information you believe would assist us in evaluating this inquiry?

At Host Desk could not see over it to see and Body they seat me at A table. when we knew my Chair hit it and could not get All the way up.

MLF0044431

**FRESNO**
**CIGARETTE & CIGARS #2**

DATE 05.14.'14    WED

LOTTERY        $10.00
TOTAL          $10.00
**CASH**         $10.00
CLERK 1     NO.683610
TIME 02:37        0000

---

FRESNO CIGARETTES
& CIGARS #2
4141 N. SHAW AVE
FRESNO CA 93711
559 226 2007

Merchant ID: 456117501
Term ID: 0002

## Sale

MASTERCARD
XXXXXXXXXXXX7245
Entry Method: Swiped

Apprvd: Online          Batch#: 000000
05/15/14                    14:51:50

Inv#: 00000013         Appr Code: 56321Z

## Total:$          25.95

Customer Copy

THANK YOU

EX. 119-000062

MLF0044639

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

ADAI No.

(Facility)

1. What is the name of the Facility? FRESNO Cigarette & Cigars #2

2. When did you visit the Facility? 5/14/14 (Date) 500 pm (Time)

3. What is the address of the Facility? 3193 W Shaw AVE FRESNO

4. Was this your first visit to the Facility? ⬛ I dont Thinkso

5. How many times have you visited the Facility? ? If more than one visit, please list the date and time if you know it. ?

6. What was the purpose of your visit? To get Juice for my VAP pen

7. Who accompanied you to the Facility? my wife Lynn

8. What car did you drive to the Facility? mine

9. Did you drive yourself of did you get a ride from someone else? I Drove

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. Right in Front in D/P spot

11. Was it difficult for you to park there? yes

12. Why? Road Ditch

13. How did you unload from your vehicle? Rear

14. What side of the vehicle did you unload from? Driver or passenger? Driver

15. Did anyone help you to transfer onto your wheelchair? wife

16. What problems did you encounter transferring onto your wheelchair?

Drainage Ditch my wife Held chair until I got in it

17. Which way did you go from the parking to the entrance of the Facility? To Access Isle to Ramp.

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.

Ramp steep Drainage Ditch in Access Isle

19. Did you encounter any problems opening the door? Describe why. Front Door Heavey shut on me coming in and out

20. Did you have any problems inside the Facility? Describe. yes Counter to high

EX. 119-000063

MLF0044614

to Reach stuff could not Reach stuff guy had to come
a Round counter to give to me

21. What did you purchase (or what meal did you have there). Describe: _____

_____

22. Have you used the restroom at the Facility? _____ N/A

23. Why did you need to use the restroom? _____ N/A

24. Did you use the sink? _____ N/A

25. Any problems? _____ N/A

26. Did you use the urinal? _____ N/A

27. Did you use the toilet? _____ N/A

28. Did you use the toilet paper? _____ N/A

29. Did you use paper towels? _____ N/A

30. Did you use the soap dispenser? _____ N/A

31. Did you have any problem maneuvering inside the restroom? _____ N/A

32. Where did you sit? _____ N/A

33. Was there any seating provided inside the Facility? _____ N/A

34. Was it wheelchair accessible? _____ No

35. Where you comfortable at the table? _____ N/A

36. Did you use the counter to pay for purchase? _____ yes

37. Which counter did you use? _____ only one

38. Was the counter accessible? _____ no high and wide had to sign on my
Lap Because I could not Reach counter

39. Which way did you go after you left the Facility? _____

40. Any problems getting back to your vehicle? _____

41. Any problems transferring from your wheelchair to your vehicle? _____

42. If you have any additional information you believe would assist us in evaluating this inquiry.

MLF0044615

PETE'S
TERIYAKI HOUSE
7738 W SHAW A
(59) 276-389
CEPT PHONE-IN ORDERS!

DATE    /2014 WED   TIME 21:34
                      $8.95
                  t X1 $26.85
3X                   $1.85
BEVERAGE X1          $5.55
        EAT-IN ***
        MT           $2.66
        TOTAL      $35.06
        CREDIT     $35.06
    * ORDER 0103 *
CHRISTIAN   NO. 00203   REG 01

    THANK    U!
MONDAY-THURGD    m-8:30pm
FRIDAY-SATURDA   0am-9:00pm
      SUNDAY CLOSED
http://    testeriyaki.com

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

1. What is the name of the Facility? _Petes Teriyaki House_

2. What is the address of the Facility? _2738 W Shaw Ave Fresno_

3. When did you visit the Facility? _5/22/14_ (Date) _5-6pm_ (Time)

4. Was this your first visit to the Facility? _No_

5. If you have been to the Facility before, please list the date and times of each visit if you can remember, or give an estimate of how often you go. _?_

6. What was the purpose of your visit? _To Eat_

7. Who accompanied you to the Facility? _Grandson And Jhonny_

8. What car did you drive to the Facility? _Mine_

9. Did you drive yourself or did you get a ride from someone else? _I Drove_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. _All the way at End on D/P stop_

11. Was it difficult for you to park there? If so, why? _Yes had to park at the End of Roll_

12. How did you unload from your vehicle? _Rear_

13. What side of the vehicle did you unload from? Driver or passenger? _Driver_

14. Did anyone help you to transfer onto your wheelchair? Who? _Ronny_

15. Did you encounter any problems transferring onto your wheelchair? Describe. _Ronny Brought it to me_

16. Which way did you go from the parking to the entrance of the Facility? _To Access Isle then Ramp_

17. Did you encounter any problems on your way to the entrance, for example a ramp? Describe. _Ramp Short And steep Streetcracked_

18. Did you encounter any problems opening the door? Describe. _Door Heavy Thashold Build UP Door shut on me_

19. What did you purchase (or what meal did you have there)? _3 meals_

20. Did you need to use the restroom while you were at the Facility? Why? _No_

21. Describe any problems you encountered with the following (or write "Did not need to use" or "No problems"):

MLF0044703

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

Sink: _____ N/A

Toilet: _____ N/A

Urinal: _____ N/A

Toilet paper: _____ N/A

Toilet seat covers: _____ N/A

Paper towels/hand dryer: _____ N/A

Soap dispenser: _____ N/A

Other: _____ N/A

22. Did you have any problem maneuvering inside the restroom? N/A

23. Was there any seating provided inside the Facility? N/A

24. Were you able to sit comfortably at the table? If not, why? N/A

25. Did you use the counter to pay for purchase? Which one? Yes Grand son Had to Because
I could not even get up to counter to order no Room.
26. Did you pay with cash or credit card? credit card

27. Was the counter accessible? If not, describe: I could not get to it Because of
Fountain Drink machine And chairs And people no way I could
even get that close to wariou
28. Did you have any other problems inside the Facility? Describe. Yes Table Leg had to
move 2 chairs so I could sit Down Isle to small

29. Which way did you go after you left the Facility? to the Left to the Ramp to
my CHVR
30. Any problems getting back to your vehicle? Ramp Steep into street

31. Any problems transferring from your wheelchair to your vehicle? No Roway put in my
car for me.
32. Any additional information you believe would assist us in evaluating this inquiry?
There was A Crank Between cement and payment
Front Door shut on me Because so Heavy And TRAShold

EX. 119-000067

**MLF0044704**

# PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

## ADAI No.

### (Facility)

1. What is the name of the Facility? _Best cuts_

2. When did you visit the Facility? _5/20/14_ (Date) _7:00 pm_ (Time)

3. What is the address of the Facility? _3225 w Shaw_

4. Was this your first visit to the Facility? _yes_

5. How many times have you visited the Facility? _/_ If more than one visit, please list the date and time if you

   know it. _____

6. What was the purpose of your visit? _To get our Hair cut_

7. Who accompanied you to the Facility? _My Grandson._

8. What car did you drive to the Facility? _mine_

9. Did you drive yourself of did you get a ride from someone else? _I Drove_

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your

    vehicle. _IN D/p spot in Front on Left side_

11. Was it difficult for you to park there? _yes_

12. Why? _Because car parked to close hard to get man out of my car._

13. How did you unload from your vehicle? _Rear_

14. What side of the vehicle did you unload from? Driver or passenger? _Driver_

15. Did anyone help you to transfer onto your wheelchair? _Grandson_

16. What problems did you encounter transferring onto your wheelchair?

    _Just trying to get to it!_

17. Which way did you go from the parking to the entrance of the Facility? _To Access Isle to Ramp_

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.

    _Yes payment All Cracked Ramp cRacked up and NO guard Rails_

19. Did you encounter any problems opening the door? Describe why. _yes Door Heavy_

20. Did you have any problems inside the Facility? Describe. _Bathroom Door did not_

EX. 119-000068

**MLF0044768**

Close No wear to sit

21. What did you purchase (or what meal did you have there). Describe: 2 Hair cuts

22. Have you used the restroom at the Facility? Yes

23. Why did you need to use the restroom? Had to go

24. Did you use the sink? yes

25. Any problems? yes sink had caBinet Around it

26. Did you use the urinal? No

27. Did you use the toilet? yes

28. Did you use the toilet paper? yes

29. Did you use paper towels? yes High

30. Did you use the soap dispenser? yes out of Reach Because of caBinet

31. Did you have any problem maneuvering inside the restroom? Yes

32. Where did you sit? N/A

33. Was there any seating provided inside the Facility? NYES No place to seat in my chair

34. Was it wheelchair accessible? No

35. Where you comfortable at the table? N/A

36. Did you use the counter to pay for purchase? Yes

37. Which counter did you use? only one

38. Was the counter accessible? No My grandson had to give and Bign Reciept

39. Which way did you go after you left the Facility? Out Door to Righ to Ramp

40. Any problems getting back to your vehicle? yes Ramp cracked and steep pots you into street

41. Any problems transferring from your wheelchair to your vehicle? No My Guardson did it

42. If you have any additional information you believe would assist us in evaluating this inquiry.

MLF0044769

```
                    BEST CUTS
                   3225 W SHAW
                 FRESNO, CA 93711
05/20/2014                        19:23:26
MID: 000000003460117      TID: 05250419

                  CREDIT CARD
                    MC SALE

CARD #                  XXXXXXXXXXXX7245
INVOICE                         0013
SEQ #:                          0013
Batch #:                      000220
Approval Code:               07859Z
Entry Method:                Manual
Mode:                        Online

MDSE/SERVICES           $22.00

TIP

TOTAL AMOUNT    $ 30.00


             CUSTOMER COPY
```

MLF0044770

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

1. What is the name of the Facility? Food Maxx

2. What is the address of the Facility? 3241 West Shaw Fresno, CA

3. When did you visit the Facility? 5/15/14 (Date) 7:30 pm (Time)

4. Was this your first visit to the Facility? No

5. If you have been to the Facility before, please list the date and times of each visit if you can remember, or give an estimate of how often you go. 1

6. What was the purpose of your visit? To get tri tip for bbq at my daughters house

7. Who accompanied you to the Facility? Grandson Ronny and Jhonny

8. What car did you drive to the Facility? Mine

9. Did you drive yourself or did you get a ride from someone else? I drove

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. In dp parking spot

11. Was it difficult for you to park there? If so, why? Yes, no route or travel and cracks in street

12. How did you unload from your vehicle? Rear

13. What side of the vehicle did you unload from? Driver or passenger? Driver

14. Did anyone help you to transfer onto your wheelchair? Who? Jhonny

15. Did you encounter any problems transferring onto your wheelchair? Describe. Yes, because Curb and bushes when I got out my door hard to get by.

16. Which way did you go from the parking to the entrance of the Facility? To arcessible

17. Did you encounter any problems on your way to the entrance, for example a ramp? Describe. Yes, ramp had a dip and was uneven made it difficuly.

18. Did you encounter any problems opening the door? Describe. No

19. What did you purchase (or what meal did you have there)? Milk and meat.

20. Did you need to use the restroom while you were at the Facility? Why? No

21. Describe any problems you encountered with the following (or write "Did not need to use" or "No problems"):

MLF0044771

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

Sink: N/A

Toilet: N/A

Urinal: N/A

Toilet paper: N/A

Toilet seat covers: N/A

Paper towels/hand dryer: N/A

Soap dispenser: N/A

Other: N/A

22. Did you have any problem maneuvering inside the restroom? N/A

23. Was there any seating provided inside the Facility? N/A

24. Were you able to sit comfortably at the table? If not, why? N/A

25. Did you use the counter to pay for purchase? Which one? Yes, the one open.

26. Did you pay with cash or credit card? Credit Card

27. Was the counter accessible? If not, describe: No, counter too high grandson Ronny had to give card and sign reciept.

28. Did you have any other problems inside the Facility? Describe. Yes Display in the middle of the isle made it hard to get by.

29. Which way did you go after you left the Facility? Out door right to ramp.

30. Any problems getting back to your vehicle? Yes, pavement had a dip which fling me into traffic and was cracked with no right of travel.

31. Any problems transferring from your wheelchair to your vehicle? Yes, curbs and bushes made it hard to get by.

32. Any additional information you believe would assist us in evaluating this inquiry?

Yes, counter made it hard to get to tri tip because too high grandson Ronny had to get the tri tip

MLF0044772



3241 West Shaw
Fresno Ca
(559) 224-0994
FoodMaxx

Cashier: Moe A          Clerk#  23228

05/15/14                        19:21:19

### DAIRY-DELI-FROZEN
SSF WHOLE MILK                    4.69 F
  Supermarket Price        4.99
### MEAT
TRI TIP RST UNTRMD               17.81 F
             SUBTOTAL      22.50
             TOTAL TAX       .00

## TOTAL              22.50

CREDIT CARDS    TENDER           22.50
Acct:xxxxxxxxxxxx7245
APPRVL CODE  122972
CASH            CHANGE             .00

             NUMBER OF ITEMS         2

Total Savings vs SuperMarket       .30

YOU SAVED A TOTAL OF               .30
THAT IS A SAVINGS OF                1%


Trx:139    Term:4    Store:403    19:21:49


        We Have Blown The Whistle
         On High Prices. Shop The
           Wall Of Values And
            See For Yourself!

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

1. What is the name of the Facility? Gifts B More

2. What is the address of the Facility? 3225 West Shaw #115 Fresno, CA

3. When did you visit the Facility? 5/15/14 (Date) 7:00pm (Time)

4. Was this your first visit to the Facility? No

5. If you have been to the Facility before, please list the date and times of each visit if you can remember, or give an estimate of how often you go. ?

6. What was the purpose of your visit? Shorts and shirt

7. Who accompanied you to the Facility? Grandson and Jhonny

8. What car did you drive to the Facility? Mine

9. Did you drive yourself or did you get a ride from someone else? I drove

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. In dp parking spot

11. Was it difficult for you to park there? If so, why? Yes, road was cracked and uneven.

12. How did you unload from your vehicle? Rear

13. What side of the vehicle did you unload from? Driver or passenger? Driver

14. Did anyone help you to transfer onto your wheelchair? Who? Yes, Jhonny

15. Did you encounter any problems transferring onto your wheelchair? Describe. Yes/No, because Jhonny helped me.

16. Which way did you go from the parking to the entrance of the Facility? To access isle

17. Did you encounter any problems on your way to the entrance, for example a ramp? Describe. Ramp went into the street, very steep, and cracked.

18. Did you encounter any problems opening the door? Describe. Door was heavy threshold had to have help from grandson

19. What did you purchase (or what meal did you have there)? 2 pairs of shorts and a shirt

20. Did you need to use the restroom while you were at the Facility? Why? No

21. Describe any problems you encountered with the following (or write "Did not need to use" or "No problems"):

MLF0044774

Sink: N/A

Toilet: N/A

Urinal: N/A

Toilet paper: N/A

Toilet seat covers: N/A

Paper towels/hand dryer: N/A

Soap dispenser: N/A

Other: N/A

22. Did you have any problem maneuvering inside the restroom? N/A

23. Was there any seating provided inside the Facility? No seating at all in dressing'o fitting room

24. Were you able to sit comfortably at the table? If not, why? N/A

25. Did you use the counter to pay for purchase? Which one? Yes, the one on the right.

26. Did you pay with cash or credit card? Credit card

27. Was the counter accessible? If not, describe: No, grandson had to give cashier card and sign reciept because to high.

28. Did you have any other problems inside the Facility? Describe. Yes, fitting room door didn't close by itself I had to ask Jhonny to come into the dressing room because no bench or hooks for clothes.

29. Which way did you go after you left the Facility? Out door to access to car.

30. Any problems getting back to your vehicle? Going down ramp goes right into traffic. There was a car going by Johnny had to grab m

31. Any problems transferring from your wheelchair to your vehicle? No because Jhonny helped

32. Any additional information you believe would assist us in evaluating this inquiry?

Where the shorts were I had to have grandson and Jhonny get them for me because isles to small. Door opens outward. Hooks were too high and no hand railings.

**MLF0044775**

GIFTS & MORE
3225 W. SHAW #115
FRESNO CA 93711
559-222-6292
DATE 05/15/2014 THU  TIME 19:04

BOYS          T1    $15.99
BOYS          T1    $22.99
TAX1                 $3.21
TOTAL               $42.19
Credit Card         $42.19
    * NO REFUND EXCHANGE ONLY.
EXCHANGE WITHIN 7 DAYS WITH A
RECEIPT AND ORIGINAL CONDITIONS
THAT YOU PURCHASED ALONG W/TAGS.
    ** ACCESORY, UNDERWEAR AND
SALE-ITEMS, SHOES ARE FINAL!**
CLERK 1       151284   00000

MLF0044776

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

ADAI No.

(Facility)

1. What is the name of the Facility? Howes Chinese Restaurant

2. When did you visit the Facility? 5/15/14 (Date) 6:45 pm (Time)

3. What is the address of the Facility? 3209 W Shaw Ave #108

4. Was this your first visit to the Facility? No

5. How many times have you visited the Facility? ? If more than one visit, please list the date and time if you know it. ?

6. What was the purpose of your visit? Food.

7. Who accompanied you to the Facility? My Grandson and Jhonny

8. What car did you drive to the Facility? Mine

9. Did you drive yourself of did you get a ride from someone else? I Drove

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. In D/P spot About 10 store away only one available

11. Was it difficult for you to park there? yues

12. Why? Because No Room to get out of my car

13. How did you unload from your vehicle? Rear

14. What side of the vehicle did you unload from? Driver or passenger? Driver

15. Did anyone help you to transfer onto your wheelchair? Grandson got chair out

16. What problems did you encounter transferring onto your wheelchair?

Just getting to it.

17. Which way did you go from the parking to the entrance of the Facility? To Access Isle to Ramp then to the Left.

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.

Road cracked Ramp cracked Ramp steep

19. Did you encounter any problems opening the door? Describe why. yes Door Heavy and shut on me

20. Did you have any problems inside the Facility? Describe. yes Isle were to small

MLF0044777

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE
ADAI No.
(Facility)

_made it to hard to get By_ ~~Also~~

21. What did you purchase (or what meal did you have there). Describe: _Food 3 combo plates_

22. Have you used the restroom at the Facility? _yes_

23. Why did you need to use the restroom? _Had to go_

24. Did you use the sink? _yes_

25. Any problems? _yes_

26. Did you use the urinal?

27. Did you use the toilet? _yes_

28. Did you use the toilet paper? _yes_

29. Did you use paper towels? _yes_

30. Did you use the soap dispenser? _yes_

31. Did you have any problem maneuvering inside the restroom? _yes_

32. Where did you sit? _in the middle of the isle_

33. Was there any seating provided inside the Facility? _yes_

34. Was it wheelchair accessible? _No_

35. Where you comfortable at the table? _No seat in Isle while Rowny and
Thonny were sitting at the table._

36. Did you use the counter to pay for purchase? _yes_

37. Which counter did you use? _only one_

38. Was the counter accessible? _No had to go around side so I could
hand her my card signed on my Lap_

39. Which way did you go after you left the Facility? _out door to Left Then Right to
Ramp to car_

40. Any problems getting back to your vehicle? _Ramp put you into street cracked
payment._

41. Any problems transferring from your wheelchair to your vehicle? _NO Jhonny put chair in my
car_

42. If you have any additional information you believe would assist us in evaluating this inquiry.

MLF0044778

HONHS CHINESE RESTAURANT
5205 S SHAW ... 98
FRESNO CA ...
559 ...

Merchant ID: ...
Term ID: 0001

## Sale

MSTRCARD
XXXXXXXXXX7245
Entry Method: Swiped
Apprvd: Online    Batch#: 000008
5/15/14                    18:45:12

Invk: 00000014 Appr Code: 54116Z

Amount:          $        18.78
Tip:             ------------------

Total:           ==================

Customer Copy

THANK YOU

MLF0044779

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

ADAI No.

(Facility)

1. What is the name of the Facility? Little Caesars Hot-N-Ready Pizza

2. When did you visit the Facility? 5/20/14 (Date) 7:30 (Time)

3. What is the address of the Facility? 3209 W. Shaw Ave. Fresno CA

4. Was this your first visit to the Facility? NO

5. How many times have you visited the Facility? ? If more than one visit, please list the date and time if you know it. ?

6. What was the purpose of your visit? Pizza

7. Who accompanied you to the Facility? Grandson Ronny

8. What car did you drive to the Facility? Mine

9. Did you drive yourself of did you get a ride from someone else? I drove

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. In d/p parking in front of Best Cut's on left

11. Was it difficult for you to park there? Yes

12. Why? Cars parked next to Me Made it hard to get by

13. How did you unload from your vehicle? Rear

14. What side of the vehicle did you unload from? Driver or passenger? Driver

15. Did anyone help you to transfer onto your wheelchair? Grandson Ronny

16. What problems did you encounter transferring onto your wheelchair?

Attempting to get to My chair

17. Which way did you go from the parking to the entrance of the Facility? Up ramp to other si of shopping center to Little Caesars

18. Did you encounter any problems on your way to the entrance, for example a ramp? Describe.

Yes ramp steep. Road cracked. No guard rails on ramp

19. Did you encounter any problems opening the door? Describe why door heavy and closed on Me because of threshold

20. Did you have any problems inside the Facility? Describe. Yes

EX. 119-000080

MLF0044780

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE
ADAI No.
(Facility)

_Counter was to wide grandson had to hand him_
_card but they didn't credit So had to go get Money from_
_Car and grandson paid_

21. What did you purchase (or what meal did you have there). Describe: 1 large pizza

22. Have you used the restroom at the Facility? No restroom

23. Why did you need to use the restroom? N/A

24. Did you use the sink? N/A

25. Any problems? N/A

26. Did you use the urinal? N/A

27. Did you use the toilet? N/A

28. Did you use the toilet paper? N/A

29. Did you use paper towels? N/A

30. Did you use the soap dispenser? N/A

31. Did you have any problem maneuvering inside the restroom? N/A

32. Where did you sit? in Middle of Store

33. Was there any seating provided inside the Facility? Yes

34. Was it wheelchair accessible? No, chairs along wall no were for Me to Sit

35. Where you comfortable at the table? N/A

36. Did you use the counter to pay for purchase? No grandson did counter to wide

37. Which counter did you use? Only one

38. Was the counter accessible? No to wide

39. Which way did you go after you left the Facility? down Shopping center to car

40. Any problems getting back to your vehicle? Yes ramp Steep put Me in street

41. Any problems transferring from your wheelchair to your vehicle? No grandson helped Me to door and put chair in car

42. If you have any additional information you believe would assist us in evaluating this inquiry.

MLF0044781



**HOT-N-READY**
PIZZA

05/20/2014  7:29PM   0003
000001#8865      CASHIER3

HNR-PEP          $5.00
MDSE ST          $5.00
TAX1             $0.41

ITEMS              1U
***TOTAL       $5.41
CASH            $6.00
CHANGE          $0.59

THANK YOU! THANK YOU!
HOT-N-READY
ALWAYS HOT ALWAYS READY

MLF0044782

Header

41 GAS + LIQUOR, 299
10480 N. HWY 41
MADERA, CA 93638

08/02/2014 3:52:48 PM
Register: 1 Trans #: 1859 Op ID: 1
Your cashier: IMA

*** PREPAID RECEIPT ***

REGULAR CA    PUMP#3              $97.75   99
                            ----------
                  Subtotal =   $97.75
                       Tax =    $0.00
                            ----------
                     Total =   $97.75

                Change Due =    $0.00

Cash                           $97.75

Footer

MLF0045067

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

1. What is the name of the Facility? _Valero Gas_

2. What is the address of the Facility? _10480 N Hwy 41 madera_

3. When did you visit the Facility? _8/2/14_ (Date) _4 PM_ (Time)

4. Was this your first visit to the Facility? _No_

5. If you have been to the Facility before, please list the date and times of each visit if you can remember, or give an estimate of how often you go. _? when needed_

6. What was the purpose of your visit? _gas_

7. Who accompanied you to the Facility? _my wife_

8. What car did you drive to the Facility? _mine_

9. Did you drive yourself or did you get a ride from someone else? _I drove_

10. Describe a specific location where you parked your vehicle.

    _at the pump's_

11. Was it difficult for you to park there?   No ☑   Yes ☐

    If you marked yes, please describe _HOW_ it was difficult:

12. How did you unload from your vehicle? _Rear_

13. What side of the vehicle did you unload from? Driver or passenger? _Driver_

14. Did anyone help you to transfer onto your wheelchair? Who? _No_

15. Did you encounter any problems transferring onto your wheelchair?   No ☑   Yes ☐

    If you marked yes, please describe these problems and _HOW_ they prevented you from accessing your wheelchair:

    a) _____

    b) _____

    c) _____

16. Which way did you go from the parking to the entrance of the Facility? _Access Isle to Pump_

17. Did you encounter any problems on your way to the entrance?   No ☐   Yes ☑

EX. 119-000084

MLF0045037

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

If you marked yes, list each problem and **_HOW/WHY_** it made it difficult for you to get to the facility:

a) _Ramp went into street_

b) _Short And steep_

c) _____

18. Did you encounter any problems opening the door?          No ☒          Yes ☐

If you marked yes, list each problem and **HOW/WHY** it made it difficult for you to get inside the facility:

a) _____

b) _____

c) _____

19. What did you purchase (or what meal did you have there)? _GAS And DRink_

20. Did you need to use the restroom while you were at the Facility? Why? _N/O_

21. List any problems you encountered and **_HOW_** they prevented you from accessing any of the following (or write

"Did not need to use" or "No problems"):

Sink: _N/A_

Toilet: _____

Urinal: _____

Toilet paper: _____

Toilet seat covers: _____

Paper towels: _____

Hand dryer: _____

Soap dispenser: _N/n_

Other: _N/A_

22. Did you have any problem maneuvering inside the restroom?          No ☒          Yes ☐

If you marked yes, list each problem and **_HOW/WHY_** it prevented or made it hard to move around the restroom:

a) _____

b) _____

EX. 119-000085

**MLF0045038**

23. Did you want to sit down in the facility?  No ☒  Yes ☐

24. If you answered yes to the question above, please describe a specific location of where you sat:

_____

25. Were you able to sit comfortably in the seating provided?  No ☐ *N/A*  Yes ☐

If you marked no, list each reason **WHY** you were not able to sit comfortably in the seating provided:

a) _____

b) _____

c) _____

26. Did you use the counter to pay for purchase? Which one? *yes  to High*

27. Did you pay with cash or credit card? *Cash*

28. Was the counter accessible?  No ☒  Yes ☐

If you marked no, list each reason **WHY and HOW** the counter was not accessible:

a) *High*

b) _____

c) _____

29. Did you have any other problems inside the Facility?  No ☐  Yes ☒

If you marked yes, list each problem and **_HOW and WHY_** they caused you to feel uncomfortable in the facility:

a) *Fountain drinks to high*

b) *had to get something else to drink*

c) _____

30. Which way did you go after you left the Facility? *out Door to Right*

31. Any problems getting back to your vehicle?  No ☐  Yes ☒

If you marked yes, list each problem and **_HOW_** it was a barrier for you to get back to your vehicle:

a) *Door closed on me going out guy came out*

b) *to Help me.*

MLF0045039

c) _____

32. Any problems transferring from your wheelchair to your vehicle? _____ No _____

33. Any additional information you believe would assist us in evaluating this inquiry?

_____

_____

MLF0045040



**OUTBACK**
STEAKHOUSE

0079a  Table 74  #Party 2
KERI C    SvrCk: 5  6:57p 07/02/14

| | |
|---|---|
| 1 BLOOM | 6.99 |
| 1 6 SIRLOIN NW, -swt pot (0.99) | 13.98 |
| 1 6 SIRLOIN NW | 12.99 |
| 2 CAKE NW | 0.00 |
| 1 COLD BEV | 2.65 |

Sub Total: 36.61
TAX     :  3.01
07/02 7:45p TOTAL :  **39.62**

Here's a SECRET,Mate:
Get exclusive deals and insider info.
Sign up at OUTBACK.COM/365

*Thank You!!*

EX. 119-000088

**MLF0045195**

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

1. What is the name of the Facility? _OUTBACK Steak House_

2. What is the address of the Facility? _Shaw Ave FRESNO_

3. When did you visit the Facility? _7/2/14_ (Date) _7pm_ (Time)

4. Was this your first visit to the Facility? _NO_

5. If you have been to the Facility before, please list the date and times of each visit if you can remember, or give an estimate of how often you go. _Now and then_

6. What was the purpose of your visit? _To eat_

7. Who accompanied you to the Facility? _my wife Lynn_

8. What car did you drive to the Facility? _Mine_

9. Did you drive yourself or did you get a ride from someone else? _I drove_

10. Describe a specific location where you parked your vehicle.

    _ACROSS street not enough parking spots_

11. Was it difficult for you to park there?     No ☐          Yes ☒

    If you marked yes, please describe _HOW_ it was difficult:

    _Had to park ACROSS street and it was Rasied up_

12. How did you unload from your vehicle? _Rear_

13. What side of the vehicle did you unload from? Driver or passenger? _Driver_

14. Did anyone help you to transfer onto your wheelchair? Who? _yes wife_

15. Did you encounter any problems transferring onto your wheelchair?   No ☐      Yes ☒

    If you marked yes, please describe these problems and _HOW_ they prevented you from accessing your wheelchair:

    a) _unload in street_

    b) _Because space is Rasied Rolled off_

    c) _Rolled into street_

16. Which way did you go from the parking to the entrance of the Facility? _ACROSS street_

17. Did you encounter any problems on your way to the entrance?     No ☐        Yes ☒

EX. 119-000089

**MLF0045190**

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

If you marked yes, list each problem and *HOW/WHY* it made it difficult for you to get to the facility:

a) Rain gutter in Access Isla

b) Sida WALK ALL Bumpy

c) _____

18. Did you encounter any problems opening the door?    No ☐    Yes ☒

If you marked yes, list each problem and **HOW/WHY** it made it difficult for you to get inside the facility:

a) There WAS 2 doors hard to get in

b) Closed on me going in

c) Lady opened Door for us on way out

19. What did you purchase (or what meal did you have there)? 2 Meals And App

20. Did you need to use the restroom while you were at the Facility? Why? yes had to go

21. List any problems you encountered and *HOW* they prevented you from accessing any of the following (or write "Did not need to use" or "No problems"):

Sink: not wrapped

Toilet: yes stall Door did not close all the way

Urinal: NO

Toilet paper: yes

Toilet seat covers: _____

Paper towels: yes

Hand dryer: _____

Soap dispenser: yes

Other: Door Heavey and shut on me

22. Did you have any problem maneuvering inside the restroom?    No ☒    Yes ☐

If you marked yes, list each problem and **HOW/WHY** it prevented or made it hard to move around the restroom:

a) _____

b) _____

EX. 119-000090

MLF0045191

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

23. Did you want to sit down in the facility?    No ☐    Yes ☒

24. If you answered yes to the question above, please describe a specific location of where you sat:

at the table

25. Were you able to sit comfortably in the seating provided?    No ☒    Yes ☐

If you marked no, list each reason **WHY** you were not able to sit comfortably in the seating provided:

a) could not sit All the way up to table
b) Kind of sitting in Isle.
c) not much Room for people to get By

26. Did you use the counter to pay for purchase? Which one? NO

27. Did you pay with cash or credit card? CRedit card

28. Was the counter accessible?    No ☐    Yes ☐

If you marked no, list each reason **WHY and HOW** the counter was not accessible:

a) _____
b) _____
c) _____

29. Did you have any other problems inside the Facility?    No ☒    Yes ☐

If you marked yes, list each problem and **HOW and WHY** they caused you to feel uncomfortable in the facility:

a) _____
b) _____
c) _____

30. Which way did you go after you left the Facility? out Door to the Right

31. Any problems getting back to your vehicle?    No ☐    Yes ☒

If you marked yes, list each problem and **HOW** it was a barrier for you to get back to your vehicle:

a) I had to get Help from A guy that was
b) Walking by to get my chair into my car.

EX. 119-000091

**MLF0045192**

c) _____

32. Any problems transferring from your wheelchair to your vehicle? _The Raised spot make it Hrd_

33. Any additional information you believe would assist us in evaluating this inquiry?

No

MLF0045193



**Receipt for Over the Counter** 0000000690 (Paid)

**Sales Rep:** No Sales Rep
Thursday, May 29, 2014

**Aerus**
5341 NORTH BLACKSTONE
FRESNO, CA 93710
(559)448-0331

**Customer:**
BRANCH BRANCH
FRESNO
FRESNO, CA 55555
(###)### ####

| Item | Quantity | Unit Price | Extended Price |
|------|----------|------------|----------------|
| 82010: CCP PARTS | 1 | $29.99 | $29.99 |
| | | Sub Total: | $29.99 |
| | | Tax 1: | $2.47 |
| | | Tax 2: | $0.00 |
| | | **Total:** | **$32.46** |
| | | Payment (Credit Card): | $32.46 |
| | | **Unpaid Balance:** | **$0.00** |

AIR PURIFIERS ALLERGIES?  SLEEP BETTER? ASK HOW WE CAN HELP

FREE PICKUP AND DELIVERY PARTS SUPPLIES SERVICE

20% RESTOCKING FEE ON ALL RETURNED PARTS AND MACHINE

MLF0045975

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

1. What is the name of the Facility? Aerus Electrolux

2. What is the address of the Facility? 5341 N. Blackstone Fresno, CA

3. When did you visit the Facility? 5/29/14 (Date) 6:50 (Time)

4. Was this your first visit to the Facility? No

5. If you have been to the Facility before, please list the date and times of each visit if you can remember, or give an estimate of how often you go. every time I need bags for vacuum

6. What was the purpose of your visit? Vaccum bags

7. Who accompanied you to the Facility? Grandson Ronny

8. What car did you drive to the Facility? Mine

9. Did you drive yourself or did you get a ride from someone else? I drove

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. In d/p parking accross street Second spot over

11. Was it difficult for you to park there? If so, why? No

12. How did you unload from your vehicle? Rear

13. What side of the vehicle did you unload from? Driver or passenger? driver

14. Did anyone help you to transfer onto your wheelchair? Who? Grandson Ronny

15. Did you encounter any problems transferring onto your wheelchair? Describe. No, grandson helped Me

16. Which way did you go from the parking to the entrance of the Facility? accross street to store.

17. Did you encounter any problems on your way to the entrance, for example a ramp? Describe. Ramp short and steep Cracks in street

18. Did you encounter any problems opening the door? Describe. door heavy closed on Me threshold high

19. What did you purchase (or what meal did you have there)? vaccum bags

20. Did you need to use the restroom while you were at the Facility? Why? No restroom

21. Describe any problems you encountered with the following (or write "Did not need to use" or "No problems"):

MLF0045976

Sink: N/A

Toilet: N/A

Urinal: N/A

Toilet paper: N/A

Toilet seat covers: N/A

Paper towels/hand dryer: N/A

Soap dispenser: N/A

Other: N/A

22. Did you have any problem maneuvering inside the restroom? N/A

23. Was there any seating provided inside the Facility? NO

24. Were you able to sit comfortably at the table? If not, why? N/A

25. Did you use the counter to pay for purchase? Which one? Yes only one

26. Did you pay with cash or credit card? Credit

27. Was the counter accessible? If not, describe: No to high

28. Did you have any other problems inside the Facility? Describe. NO

29. Which way did you go after you left the Facility? Out door down ramp to car

30. Any problems getting back to your vehicle? ramp steep shot me into street

31. Any problems transferring from your wheelchair to your vehicle? No grandson brought me to door and put chair in car

32. Any additional information you believe would assist us in evaluating this inquiry?

MLF0045977

```
. . . . . . . . . . . . . . . . . . . . . . . . . .
           AERUS ELECTROLUX
          5341 N Blackstone Ave
           FRESNO, CA 93710
            (559) 448-0221

Terminal Number:            29632902
05/30/2014                  06:50:48

Sale:

Transaction #:                     4
Card Type:               MasterCard
Account:           ************7245
Entry:                      Swiped
Invoice #:                     690
Amount:                      32.46

Ref. Number:             10467208
Auth Code:                336067
Response:                 Approved

            CUSTOMER COPY


. . . . . . . . . . . . . . . . . . . . . . . . . .
```

EX. 119-000096

MLF0045978

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

1. What is the name of the Facility? Olé Frijole Mexican Burket

2. What is the address of the Facility? 5279 North Blackstone Ave Fresno, (

3. When did you visit the Facility? 5/29/14 (Date) 2.45 pm (Time)

4. Was this your first visit to the Facility? No

5. If you have been to the Facility before, please list the date and times of each visit if you can remember, or give an estimate of how often you go. ~

6. What was the purpose of your visit? Lunch

7. Who accompanied you to the Facility? Grandson Ronny and Wife Lynn

8. What car did you drive to the Facility? Mine

9. Did you drive yourself or did you get a ride from someone else? I drove

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. Across the street in dp parking spot.

11. Was it difficult for you to park there? If so, why? No

12. How did you unload from your vehicle? Rear

13. What side of the vehicle did you unload from? Driver or passenger? Driver

14. Did anyone help you to transfer onto your wheelchair? Who? Yes, Ronny

15. Did you encounter any problems transferring onto your wheelchair? Describe. No, because Ronny helped me with my chair

16. Which way did you go from the parking to the entrance of the Facility? To access isle

17. Did you encounter any problems on your way to the entrance, for example a ramp? Describe. Yes, ramp short and very steep No route of travel

18. Did you encounter any problems opening the door? Describe. Yes, door heavy, threshold and closed on me.

19. What did you purchase (or what meal did you have there)? Lunch

20. Did you need to use the restroom while you were at the Facility? Why? Yes, because I had to go

21. Describe any problems you encountered with the following (or write "Did not need to use" or "No problems"):

MLF0045994

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

Sink: _Yes_

Toilet: _Yes_

Urinal: _No_

Toilet paper: _Yes_

Toilet seat covers: _Yes_

Paper towels/hand dryer: _Yes_

Soap dispenser: _Yes_

Other: _____

22. Did you have any problem maneuvering inside the restroom? _No_

23. Was there any seating provided inside the Facility? _Yes_

24. Were you able to sit comfortably at the table? If not, why? _No, I couldn't sit all the way up to the table because too short and leg in the way._

25. Did you use the counter to pay for purchase? Which one? _Yes, only one_

26. Did you pay with cash or credit card? _Credit card_

27. Was the counter accessible? If not, describe: _No, counter too high grandson had to give card and sign reciept_

28. Did you have any other problems inside the Facility? Describe. _Yes, I couldn't reach fountain drinks and Ice cream because too high and food out reach Ronny and Lynn had to get it for me._

29. Which way did you go after you left the Facility? _Out door to access isle to car._

30. Any problems getting back to your vehicle? _Yes, ramp short and steep._

31. Any problems transferring from your wheelchair to your vehicle? _No, because Ronny helped me with my chair._

32. Any additional information you believe would assist us in evaluating this inquiry?

_Ramp too steep and goes into street I almost tipped over._

MLF0045995

OLE FRIJOLE RESTAURANT
5279 N BLACKSTONE AVE
FRESNO CA 93710
559-435-6570

Terminal ID: 01120125          0527
------------------------------------
5/29/14                      2:47 PM

MASTERCARD
ACCT #: ***********7245
CREDIT SALE
UID: 414931577992    REF #: 7769
BATCH #: 188      AUTH #: 22050Z

AMOUNT                      $27.60

APPROVED

CUSTOMER COPY

EX. 119-000099

MLF0045996

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

1. What is the name of the Facility? Whitie's Pet's

2. What is the address of the Facility? 5215 N. Blackstone Ave.

3. When did you visit the Facility? 5/26/14 (Date) 8:14 (Time)

4. Was this your first visit to the Facility? No

5. If you have been to the Facility before, please list the date and times of each visit if you can remember, or give an estimate of how often you go. ? When necessary

6. What was the purpose of your visit? To get a snake for my grandson

7. Who accompanied you to the Facility? Grandson Ronny

8. What car did you drive to the Facility? Mine

9. Did you drive yourself or did you get a ride from someone else? I drove

10. Where did you park when you arrived at the Facility? Describe a specific location where you parked your vehicle. Accross Street in d/p parking

11. Was it difficult for you to park there? If so, why? No

12. How did you unload from your vehicle? Rear

13. What side of the vehicle did you unload from? Driver or passenger? driver

14. Did anyone help you to transfer onto your wheelchair? Who? Grandson Ronny

15. Did you encounter any problems transferring onto your wheelchair? Describe. No grandson got it out for me

16. Which way did you go from the parking to the entrance of the Facility? Accross Street

17. Did you encounter any problems on your way to the entrance, for example a ramp? Describe. No route of travel, Street built up to sidewalk and is steep, access isle cracke[d]

18. Did you encounter any problems opening the door? Describe. No doors were automatic

19. What did you purchase (or what meal did you have there)? Snake, reptile tank, and snake supplies

20. Did you need to use the restroom while you were at the Facility? Why? No

21. Describe any problems you encountered with the following (or write "Did not need to use" or "No problems"):

MLF0046029

PUBLIC ACCOMMODATION VISIT QUESTIONNAIRE

Sink: N/A

Toilet: N/A

Urinal: N/A

Toilet paper: N/A

Toilet seat covers: N/A

Paper towels/hand dryer: N/A

Soap dispenser: N/A

Other: N/A

22. Did you have any problem maneuvering inside the restroom? N/A

23. Was there any seating provided inside the Facility? NO

24. Were you able to sit comfortably at the table? If not, why? N/A

25. Did you use the counter to pay for purchase? Which one? Yes only one open

26. Did you pay with cash or credit card? Credit

27. Was the counter accessible? If not, describe: No to high guy at counter swiped Card and signed for Me.

28. Did you have any other problems inside the Facility? Describe. Could not see snakes grndson had to help Me see them, couldn't see tanks or prices.

9. Which way did you go after you left the Facility? Across street to car.

0. Any problems getting back to your vehicle? because of angle in street I almost tipped over

1. Any problems transferring from your wheelchair to your vehicle? No grandson brought Me to rand put chair in car

2. Any additional information you believe would assist us in evaluating this inquiry?
Couldn't see snakes or tanks. Counter to high

MLF0046030



**PETS**

5215 N. BLACKSTONE AVE.
(559) 438-4343

```
                                              JOHN
0001 03 03196133 05/26/14  8:14pm  904
     REPTILES                  $99.00    T
     REPTILES                  $99.99    T
     SMALL ANIMALS              $1.75    T
 2 @ $9.99 EACH
     REPTILES                  $19.98    T
     REPTILES                  $13.00    T

           SUBTOTAL           $233.72
          SALES TAX            $19.22
              TOTAL           $252.94

        MASTER CARD            $252.94
ACCT# XXXXXXXXXXXX7245
05/26/14  20:15
AUTH # 203622
REF # 034295
SEQ # 034295
              CHANGE            $0.00
```

# OF ITEMS: 6

PLEASE KEEP THIS RECEIPT
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
REFUNDS AND EXCHANGES FOR NEW UNUSED
PRODUCT GLADLY ACCEPTED WITHIN 30 DAYS
OF PURCHASE WITH ORIGNAL SALES RECEIPT
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
ALL LIVE ANIMAL SALES ARE FINAL
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
THANK YOU FOR YOUR BUSINESS
FOLLOW US ON FACEBOOK!

**MLF0046031**

Date May 26th

M _____

Address _____

| Reg. No. | Clerk | Account Forward | |
|---|---|---|---|
| 1 | | 99 00 | |
| 2 | 9 Red | | |
| 3 | tail | | |
| 4 | | | |
| 5 | | | |
| 6 | | X1 | |
| 7 | | | |
| 8 | | | |
| 9 | DW | 99 00 | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |

A-1200/3510/3330
T-45200/46200/46203          Your Account Stated to Date - If Error is Found, Return at Once

EX. 119-000103

**MLF0046032**