# Exhibit 120

Don Moore

ACADEMY HARDWARE
911 ACADEMY AVE
THANK YOU

02/16/2010  8:10AM    01
000000#1171    CLERK01

HOSE              $2.49
HOSE ST           $2.79
TAX1              $0.22

ITEMS      10
***TOTAL      $2.51
CASH          $5.00
              $2.49

EX. 120-2

MLF0055740

ACADEMY HARDWARE
911 ACADEMY AVE
THANK YOU

12/30/2009 3:58PM    01
000000#1615    CLERK01

MDSE          1; $4.99
MDSE ST        $4.99
TAXI           $0.49

ITEMS         10
***TOTAL      $5.48
CASH         $100.00
CHANGE        $94.52

EX. 120-3

MLF0055741

Carrows

Welcome to Carrows!
CW 0946 Clovis
2100 Clovis Avenue
Clovis, CA 93612
559-291-3921

Check # :40396

**Table 50**
Michelle W
9 Aug 2009 17:21:47 PDT          Gst 2
Transaction #:11194

----------------------------------------

'd Number                    Auth Cod
******8374                      00912
JOE/RONALD                       Visa

Amount              11.08

Total               11.08


Tip      .. _____


Total    .. _____



GUEST COPY

Carrows
older
man & woman
said wow you
are, stuck are we
going to have to
go back out. Man
with long hair by
the door and said
there sure [was] not
much room.
MyVP.com          Valley YellowPages

EX. 120-4

MLF0055744

```
        CHEVRON/J. Q. #151
         1805 ASHLAN AVE.
           FRESNO, CA.

CHEVRON/J. Q. #151
1805 ASHLAN AVE.  CLOVIS        CA
STN# 00205530


            Cash Receipt

SNACKS                    1.89


Items:  1     Subtotal    1.89
Tax                       0.00
Total                     1.89

Cash                     $1.89
   CHANGE DUE             0.00

189922e5s1091t1 12/09/09 13:45:56


         THANK YOU
      PLEASE COME AGAIN
```

Ashland fowler
clovis

MLF0055745



GUESTCHECK™

790427

APPT—SOUP/SAL—ENTREES—VEG/POT—DESSERT—BEV

Co bnch Bus R+B
Spec Nachos
Co GB bus R+B
Co ck ynch R+B
SB Taco R+B 400
CK/Ch Rice Bur
400
400
575
525
Tax 175
Total 325

Thank You
Muchas Gracias! Regrese Pronto
www.nationalchecks.com

El Gallo
Muchas Gracias!

El Gallo
Clovis ca

EL GALLO
1320 CLOVIS AVE
CLOVIS, CA 93612
559-297-7280

Merchant ID: 768101626
Term ID: 1957
Server ID: 5

## Sale

VISA
XXXXXXXXXXXX8374
Entry Method: Swiped
Apprvd: Online    Batch#: 000003
02/02/10              15:50:43

Inv#: 00000010 Appr Code: 002706

Amount:      $        41.14
Tip:

Total:         41.14

Customer Copy

THANK YOU
FOR VISITING!

MLF0055763



Rom



MAXIMUM DISCOUNT SUPERMARKETS

1355 Shaw Ave.
Clovis, CA
Consumer Relations 800-692-5710
FoodMaxx

Cashier: Kelly                    Clerk# 5855

09/17/09                          19:03:59

GROCERY
FLAY FRITOS ORIG                    1.98 F
  Supermarket Price       2.85
FLAY TOST CRSP RND                  3.48 F
  Supermarket Price       3.99
GUERR SFT FLR TORT                  2.98 F
  Supermarket Price       4.59
SNKR LT STRWBRY                     3.48 F
  Supermarket Price
ICE TEA / TEA                       1.48 F
  Supermarket Price       1.69
+BEV N/T CRV <24 OZ                  .05 F
SOBE LEAN DT TEA                    1.48 F
  Supermarket Price       1.69
+BEV N/T CRV <24 OZ                  .05 F
SOBE LFWTR ACAI FP                   .98 F
  Supermarket Price       1.69
+SODA CRV <24 OZ                     .05 TF
SOBE LFWTR ACAI FP                   .98 F
  Supermarket Price       1.69
+SODA CRV <24 OZ                     .05 TF
WRIGL 5 SOLSTICE                    1.34 F
  Supermarket Price       1.59
DAIRY-DELI-FROZEN                   2.18 F
DOLE PN/ANG/BN JCE
  Supermarket Price       3.79
SMPLY ORNG NFC ORG                  2.78 F
  Supermarket Price       3.99
SRGNT 4CHS MEX F/S                  3.48 F
  Supermarket Price       5.49
SSF WHOLE MILK                      1.45 F
  Supermarket Price       1.89
YPLT CHERRY YOGURT                   .58 F
  Supermarket Price        .75
YPLT FRNCH VAN ORG
  Supermarket Price
YPLT PEACH YOGURT
  Supermarket Price
YPLT PEACH YOGURT

Moore vs. Food Maxx

MLF0055779



FOODMAXX

MAXIMUM DISCOUNT    SUPERMARKETS

1355 Shaw Ave.
Clovis, CA
Consumer Relations 800-692-5710
FoodMaxx

Cashier: Monica          Clerk# 18733

12/27/09                        14:12:56

ALCO  BEVERAGE
BIRTHDATE: 03/03/33
BALLATORE SPUMANTE              6.38 T
Supermarket Price            9.99
          SUBTOTAL            6.38
          TOTAL TAX            .57

TOTAL                        6.95

CASH            TENDER        7.00
CASH            CHANGE         .05

          NUMBER OF ITEMS            1

Savings over Supermarket Price    3.61

YOU SAVED A TOTAL OF              3.61
THAT IS A SAVINGS OF              36%

Trx:474    Term:8    Store:459    14:12:56

Taste The Freshness Of Spring
With, Asparagus, Cherries, Berries
Fresh From The

EX. 120-9

MLF0055780

new Fosters Freeze
probabely
same bus owner

Please open free

```
FOSTER FREEZE
630 ACADEMY
SANGER, CA
(875-8130)

DATE  02/14/2010   SUN

SM PEPSI #1      $1.59
   TAX AMT 1     $0.15
TOTAL           $1.74
   CASH         $2.00
CHANGE          $0.26
   # ORDER# 0197 #
CASHIER 1        #01
   TIME 16:55
```

Academy → N

no sign
no acess to
sidewalk
needs to check 22m
take pics.

MLF0055856

Ron Moore



```
        FOSTER FREEZE
         630 ACADEMY
          SANGER, CA
         (875-8130)

DATE  02/18/2010      THU

MED SMOOTHIE A1      $3.49
  TRIPLEBERRY
BANANA

TAX ART 1            $0.34
TOTAL               $3.83
CASH               $20.00
CHANGE             $16.17
  # ORDER# 0191 #
CASHIER 1            #01
TIME 15:23




       FOSTER FREEZE
```

MLF0055857

Mcbees
Bathroom
Door Slams.

(San Jose)
Trader Joes
Had to pop wheelie
going up. Could
not pay. Had to
turn to get into
line. Counter is
too high to pay.
Carts were in the
way going out.

MLF0055860

1 C. Taber Food Inc.

Spoke to Manager
Scott
Taber Food Services
Inc

```
*********************************
DATE 4/30/10                    TIME 10:58AM
MID 438355

            HOBEE'S LOS GATOS
       165 LOS GATOS SARATOGA ROAD
             LOS GATOS, CA,,
                 95030
               4083955600


MASTER XXXXXXXXXXXX4370    S
AUTH F1261Z   TBL 113    CHECK    91964
PRE-AUTH          1-DINING        EDGAR


                                  13.70
AMOUNT                             1.27
TAX               -------------------
     SUBTOTAL $           14.97

        TIP $
      TOTAL $  81750

      CUSTOMER COPY
*********************************
```

EX. 120-13

MLF0055861



```
*****************************************
CHECK # 81964           DATE  4/30/10
TABLE # 113             TIME  10:56AM
=========================================

  --    1-DINING : EDGAR      --

   ITEMS ORDERED              AMOUNT

  1 BAGEL                      2.25
  1 OATMEAL                    4.95
  1 w/Cream Cheese             0.50
  1 Blueberry, Crm Ch          1.00
  1 Blueberry                  0.50
  2 COF/TEA                    4.50

*****************************************
   SUBTOTAL           13.70
        TAX            1.27

   TOTAL DUE          14.97

          # OF GUESTS          2

  ******THANK YOU FOR YOUR VISIT******
  ***KIDS EAT FREE WEDNESDAY NIGHTS***
  *IF YOU HAVE A BIRTHDAY PARTY, BUSINESS
  MEETING, OR JUST NEED A PLACE TO MEET?
  CALL US AND RESERVE OUR LARGE SIDE ROOM*
  ***HOBEE'S LOS GATOS AT WWW.HOBEES.COM**
  **408 395-5600*** FAX **408 395-4700***
```

EX. 120-14

MLF0055862

Ron Moore

Johnny Quick #

SHELL                    . 62680608120
7995 N CEDAR
FRESNO        , CA  93720

        01/30/2010 6:44:08 PM
     Register: 2 Trans #: 2557 Op ID: 91
        Your cashier: Linda/Nikki

Gpc                              $3.89 101
WAVE                             $4.19 101
        ---------------------------------
              Subtotal =         $8.19
                  Tax =          $0.73
        ---------------------------------
                 Total =         $8.91

          Change Due =           $0.00

Credit                           $8.91
        ---------------------------------
XXXX XXXX XXXX 4370, MASTERCARD
MOORE/RONALD D
INVOICE 669176
AUTH R4794Z
Buyer agrees to pay the total, according
To the agreement with the card issuer
------------------------------------------

                THANK YOU
             PLEASE COME AGAIN

Shell Fuel

Johnny Quick Shell

Pauced
m file

High

MLF0055910

No Signs Have to go all the
Way to End to get in
cedar & reef

Shell Fish

MLF0055911

Ron More

**Mattress Land** *by Sleepfit*

no Room to go ~~any else~~ any
with ~~date~~

**Shaun Howitt**

288 W. Shaw Ave • Clovis, CA 93722
559.323.5085 phone • 559.323.5086 fax
www.mattressland.com

Sleepfit. Inc.                    Inc.

Had to Set By
door while he
Went got
Estimates for
mattress
Ramp grade steep

**MyYP.com**          **Valley YellowPages**
                     *The better book... Since 1983.*

S. H.

EX. 120-17

MLF0055914



Ron

9/17/2009 6:37:05 PM



## PET EXTREME
Service & Selection Unleashed

1235 Shaw Avenue
Clovis, CA

| 9/17/2009 | Receipt #: | 219976 |
| | Store: | 0010 |
| Workstation 2 | Cashier: | NATALEE |

| ITEM DESCRIPTION | QTY | PRICE | EXT PRICE |
|---|---|---|---|
| 11447 | 38.99 | 1 | 38.99 | 38.99 |
| LE BISTRO WATERER LINEN | | | LG EACH |

| 1 Unit(s) | Subtotal: | 38.99 |
| | 8.975 % Tax: | 3.50 |
| **RECEIPT TOTAL:** | | **42.49** |

| | Tend: | 100.00 |
| | Change: | 57.51 |

Cash: 100.00

ALL RETURNS MUST BE WITHIN 30 DAYS;
YOU MUST HAVE YOUR RECEIPT FOR A
REFUND. 10 DAY CHECK CLEARANCE
POLICY. LIVE ANIMAL RETURNS SUBJECT
TO LIVE ANIMAL RETURN POLICY



219976

EX. 120-18

MLF0056026

Thank You for Dining!
Red Robin Gourmet Burgers
950 Shaw Ave
Clovis, CA 93612
559-299-4500

Server: CHRISTIAN                09/17/2009
Table 71/1                         5:06 PM
Guests: 1                           50022

                                      2.39
SODA                                  8.79
CHZ BG
  ADD MODS                            0.99
  +AVO

                                     12.17
Subtotal                              1.09
Tax

                                     13.26

Total

Balance Due               13.26

Tell us about your visit at
TellRedRobin.com and you could
INSTANTLY win an iPod PLUS
RECEIVE 10 CHANCES TO WIN
$1000 OR call 1-866-725-6855
for a chance to win $1000

MLF0056062



**With us, it's personal.**

#05855
ENSEN
, CA  93657
675 - 000

er #a  Transaction #1250942
r #58598950  8/10/09  7:23PM

| | | |
|---|---|---|
| NITINE ICE ARCT TWN PK | | 1.29 |
| LRY WAV 2 TU GO 3.53Z | | 1.49 |
| TRA POLAR THE 16CT | | 1.29 |
| RISTPRKS BIG CHRRY 1.75 | | 0.50 |
| SALE, Reg 1/0.89 | | |

| | | |
|---|---|---|
| ems | Subtotal | 4.57 |
| | Tax | .00 |
| | Total | 4.57 |
| ISA  ^ | | 4.57 |
| card * #XX*XXX?XXXXX8374 | | |
| AUTO | | |
| 010342 | | |
| resent | | |
| | Tendered | 4.57 |
| | Cash Change | .00 |



us about our service
you will be entered
to win

**$10,000**

Call  TOLL  FREE
Disponible en Espanol, llame

**1-800-734-5383**

*Shell*
*Bethel & Jensen*

```
SUNRISE FOOD MART
2600 JENSEN
SANGER, CA

SHELL
2600 JENSEN
SANGER CA
RT# 93004089415

08/10/09      17:43:01
MOORE/RONALD
VISA           Acct#
XXXX XXXX XXXX 8374

RCPT# 10-7167
Inv# 635003
Auth# 010973

PUMP#  8
Unleaded       3.561G
SELF
PRICE/GAL      $3.119

FUEL TOTAL     $11.11

TOTAL          $11.11


THANK YOU
```

Shell
Bethel & Jensen

```
SUNRISE FOOD MART
2600 JENSEN
SANGER, CA

SHELL
2600 JENSEN
SANGER CA
RT# 93004089415

 3/10/09      17:43
 DORE/RONALD
 ISA          Ac
 XXX XXXX XXXX 83

 CPT# 10-7167
 nv# 635003
 uth# 010973

PUMP#  8
Unleaded      3.5___
SELF
PRICE/GAL     $3.119

FUEL TOTAL    $11.11

TOTAL         $11.11

THANK YOU
```

Ron told both
Shell attendant Jacob &
Fernando Janitor that
he was dissatisfied
and that they
 were inaccessible

MLF0056066