MOJI SANIEFAR, Cal. Bar. No. 233330
SANIEFAR LAW
7469 Mission St., 2nd Fl.
Daly City, CA 94014
Tel: (650) 581-0025
moji@saniefarlaw.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ROBERT ROSE, Cal. Bar No. 62599
RAYMOND C. MARSHALL, Cal. Bar No. 83717
HAYLEY S. GRUNVALD, Cal. Bar No. 227909
rrose@sheppardmullin.com
rmarshall@sheppardmullin.com
hgrunvald@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California 92130
Telephone:    858.720.8900
Facsimile:    858.509.3691

Attorneys for Plaintiff FATEMEH SANIEFAR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| FATEMEH SANIEFAR,<br><br>                Plaintiff,<br><br>vs.<br><br>RONALD D. MOORE, TANYA E. MOORE, KENNETH RANDOLPH MOORE, MAREJKA SACKS, ELMER LEROY FALK, ZACHARY M. BEST, MOORE LAW FIRM, a California Professional Corporation, MISSION LAW FIRM, a California Professional Corporation, GEOSHUA LEVINSON, RICK D. MOORE, WEST COAST CASP AND ADA SERVICES, a California Corporation, RONNY LORETO, and DOES 1 THROUGH 100, inclusive,<br><br>                Defendants. | **Case No. 1:17-cv-00823-LJO-BAM**<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED *EX PARTE* APPLICATION TO CONTINUE THE HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION PURSUANT TO RULES 56(d) or 6(b) AND LOCAL RULE 144(c)**<br><br><u>Noticed Hearing Date</u><br>Date:  November 14, 2019<br><br><u>Requested Hearing Date</u><br>Date:  December 20, 2019<br><br>Trial Date: May 5, 2020<br>[*Filed Concurrently with Ex Parte Application and Order*] |

This Court has read and considered the papers submitted by the Parties in connection with Plaintiff's *Ex Parte* Application to Continue the Hearing on Defendants' Motion for Summary Judgment be granted. ECF Nos. 220 & 225. The Court finds good cause to grant the motion primarily because Plaintiff has indicated her intent to file a cross motion by the established dispositive filing deadline of November 22, 2019. For reasons of judicial efficiency, it therefore makes sense to continue the deadlines related to Defendants' motion so the cross motions can be decided together. Although Defendants do not agree with the factual premise(s) offered by Plaintiffs in support of the application to continue, Defendants nonetheless do not oppose a continuance. Therefore, the Court orders the following:

(i) That the hearing on Defendants Motion for Summary Judgment be continued to December 20, 2019 and

(ii) That Plaintiff's Opposition thereto is due on or before December 6, 2019.

IT IS SO ORDERED.

Dated: **October 17, 2019**          /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE