UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATEMEH SANIEFAR,<br><br>    Plaintiff,<br><br>vs.<br><br>RONALD D. MOORE, TANYA E. MOORE, KENNETH RANDOLPH MOORE, MAREJKA SACKS, ELMER LEROY FALK, ZACHARY M. BEST, MOORE LAW FIRM, a California Professional Corporation, MISSION LAW FIRM, a California Professional Corporation, GEOSHUA LEVINSON, RICK D. MOORE, WEST COAST CASP AND ADA SERVICES, a California Corporation, RONNY LORETO, and DOES 1 THROUGH 100, inclusive,<br><br>    Defendants. | Case No. 1:17-cv-00823-LJO-BAM<br>Hon. Lawrence J. O'Neill<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT ZACHARY BEST <u>ONLY</u> AND REQUEST FOR COURT TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT DURING PENDENCY OF ACTION**<br><br>Action Filed: June 20, 2017<br>Trial Date: May 5, 2020 |

| | |
|---|---|
| 1 | Pursuant to Plaintiff Fatemah Saniefar and Defendant Zachary Best's (the "Parties") "Joint Stipulation for Dismissal with Prejudice as to Defendant Zachary Best <u>Only</u> and Request for Court to Retain Jurisdiction to Enforce Settlement Agreement During Pendency of Action" and good cause appearing therefore, **IT IS HEREBY ORDERED** that Defendant Zachary Best is hereby dismissed from the instant case with prejudice. Each party shall bear his and/or her own costs and attorney's fees. The Court shall retain jurisdiction to enforce the settlement agreement between Plaintiff Fatemeh Saniefar and Defendant Zachary Best ONLY until such time that the Action remains pending before Court and such jurisdiction shall conclude upon termination of the Action. |

IT IS SO ORDERED.

Dated: **October 28, 2019**        /s/ Lawrence J. O'Neill
                                   UNITED STATES CHIEF DISTRICT JUDGE