UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATEMEH SANIEFAR,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>RONALD D. MOORE, TANYA E. MOORE, KENNETH RANDOLPH MOORE, MAREJKA SACKS, ELMER LEROY FALK, ZACHARY M. BEST, MOORE LAW FIRM, a California Professional Corporation, MISSION LAW FIRM, a California Professional Corporation, GEOSHUA LEVINSON, RICK D. MOORE, WEST COAST CASP AND ADA SERVICES, a California Corporation, RONNY LORETO, and DOES 1 THROUGH 100, inclusive,<br><br>　　　　　　Defendants. | Case No. 1:17-cv-00823-LJO-BAM<br>Hon. Lawrence J. O'Neill<br><br>**ORDER GRANTING JOINT STIPULATION FOR REQUEST TO SET SETTLEMENT DISPOSITION CONFERENCE AND VACATING ALL OTHER DATES**<br><br><br>Action Filed:　June 20, 2017<br>Trial Date:　　May 5, 2020 |

Pursuant to Plaintiff Fatemeh Saniefar and Defendants Ronald Moore, Tanya E. Moore, Kenneth Randolph Moore, Marejka Sacks, Elmer Leroy Falk, Moore Law Firm, Mission Law Firm, Geoshua Levinson, Rick D. Moore, West Coast CASP and ADA Services, and Ronny Loreto (collectively, "the Parties") jointly notifying the Court that the above referenced matter has been resolved in its entirety as of October 20, 2019, and good cause appearing therefore, **IT IS HEREBY ORDERED** that:

1. The Parties are given to and including February 3, 2020, within which to file the Joint Stipulation for Dismissal with Prejudice to allow time for certain conditions of the agreement to be met.
2. The Court sets a Settlement Disposition Conference ("the Conference") on **February 5, 2020, at 9:00 A.M. in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.** The Parties may appear at the conference by telephone with each party using the following dial-in number and access code: **dial-in number 1-877-411-9748; access code 3190866**. The Conference shall be taken off calendar if the Parties file a Joint Stipulation for Dismissal with Prejudice in advance of the Conference; and
3. The Court VACATES all other pending dates and matters.

IT IS SO ORDERED.

Dated: __October 29, 2019__  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE